# EXHIBIT A



CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.

# Filed Actions Chart

*In re: Apple, Inc. Smartphone Antitrust Litigation* – MDL 3113

| District | Case Caption | Case Number | Assigned Judge | Date Filed | Law Firm(s) | Lawyer's Emails (From Signature Page) |
|---|---|---|---|---|---|---|
| **D. Minn.** | *Kyndberg v. Apple, Inc.* | MN/0:24-cv-01107 | Judge Nancy E. Brasel | 3/29/2024 | Gustafson Gluek PLLC | dgustafson@gustafsongluek.com; dhedlund@gustafsongluek.com; dnordin@gustafsongluek.com; mnikolai@gustafsongluek.com; mlooby@gustafsongluek.com. |
| **D.N.J.** | *Aceto v. Apple* | NJ/2:24-cv-05663 | Judge Julien Xavier Neals | 4/25/2024 | Lowey Dannenberg, P.C. | pbarile@lowey.com; pdemato@lowey.com; rgirnys@lowey.com; vbriganti@lowey.com; pstphillip@lowey.com. |
| **D.N.J.** | *Aguiar v. Apple* | 2:24-cv-06341 | Judge Julien Xavier Neals | 5/22/2024 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com<br><br>rbonsignore@classactions.us; melanie@classactions.us |



| Court | Case Name | Case Number | Judge | Date Filed | Counsel | Email |
|---|---|---|---|---|---|---|
| **D.N.J.** | *Balogh et al v. Apple Inc.* | 2:24-cv-06049 | Judge Julien Xavier Neals; referred to Judge Leda D. Wettre | 5/13/2024 | Seeger Weiss LLP | cseeger@seegerweiss.com |
| **D.N.J** | *Bove v. Apple* | NJ/2:24-cv-05727 | Judge Julien Xavier Neals | 4/29/2024 | Nussbaum Law Group, P.C.; Criden & Love, P.A.; Carella, Byrne, Cecchi, Brody & Agnello, P.C. | lnussbaum@nussbaumpc.com; lgrossman@cridenlove.com; mcriden@cridenlove.com; jcecchi@carellabyrne.com. |
| **D.N.J.** | *Crocco v. Apple Inc.* | NJ/2:24-cv-05281 | Judge Julien Xavier Neals | 4/18/2024 | Connolly Wells & Gray, LLP | gwells@cwglaw.com. |
| **D.N.J.** | *Cross v. Apple, Inc.* | 2:24-cv-06411 |  | 5/24/2024 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com; rbonsignore@classactions.us; melanie@classactions.us. |
| **D.N.J.** | *Daines et. al. v. Apple Inc.* | NJ/2:24-cv-05359 | Judge Julien Xavier Neals | 4/19/2024 | Spiro Harrison & Nelson; Dapeer Law, P.A.; Seeger Weiss LLP; | amartinez@shnlegal.com; dharrison@shnlegal.com; jspiro@shnlegal.com; jesposito@shnlegal.com; Ejaso@shnlegal.com; mclerkin@shnlegal.com; rachel@dapeer.com; |


CARELLA BYRNE
CECCHI BRODY
AGNELLO, P.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| **D.N.J.** | *Deluca v. Apple* | 2:24-cv-06381 | Judge Julien Xavier Neals | 05/23/2024 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com<br><br>rbonsignore@classactions.us; melanie@classactions.us |
| **D.N.J.** | *Filter v. Apple, Inc.* | 24-cv-6342 (D.N.J.) | Judge Julien Xavier Neals | 5/22/2024 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com<br><br>rbonsignore@classactions.us; melanie@classactions.us |
| **D.N.J.** | *Goldfus v. Apple Inc.* | NJ/2:24-cv-04108 | Judge Michael E. Farbiarz; Referred to Judge Leda D. Wettre | 3/22/2024 | Carella, Byrne, Cecchi, Brody & Agnello, P.C.; Hausfeld LLP | cbartlett@carellabyrne.com; jcecchi@carellabyrne.com;<br><br>mhausfeld@hausfeld.com; mcoolidge@hausfeld.com; slafreniere@hausfeld.com; nmurphy@hausfeld.com; tdisalvo@hausfeld.com; kberan@hausfeld.com; smartin@hausfeld.com; dweick@hausfeld.com; mlehman@hausfeld.com; mjones@hausfeld.com. |



| D.N.J. | *Hernandez v. Apple* | 2:24-06380 | Judge Xavier Neals | 05/23/2024 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com<br><br>rbonsignore@classactions.us; melanie@classactions.us |
| --- | --- | --- | --- | --- | --- | --- |
| D.N.J. | *Kurtz v. Apple Inc.* | NJ/2:24-cv-04355 | Judge Julien Xavier Neals | 3/28/2024 | Lowey Dannenberg, P.C.; | pbarile@lowey.com; pdemato@lowey.com; rgirnys@lowey.com; vbriganti@lowey.com; pstphillip@lowey.com. |
| D.N.J. | *Levine v. Apple Inc.* | NJ/2:24-cv-04284 | Judge Julien Xavier Neals | 3/27/2024 | Barrack Rodos and Bacine | dbacine@barrack.com; grodos@barrack.com; wban@barrack.com; aheo@barrack.com. |
| D.N.J. | *Melkowski v. Apple Inc.* | NJ/2:24-cv-04827 | Judge Julien Xavier Neals | 4/11/2024 | Chimicles Schwartz Kriner & Donaldson-Smith LLP | tnm@chimicles.com; amk@chimicles.com. |
| D.N.J. | *Michaelson v. Apple, Inc.* | NJ/2:24-cv-05722 | Judge Julien Xavier Neals | 4/29/2024 | Kessler Topaz Meltzer & Check, LLP; Carella, Byrne, Cecchi, Brody & Agnello, P.C. | jmeltzer@ktmc.com; tziegler@ktmc.com; ebarlieb@ktmc.com;<br><br>jcecchi@carellabyrne.com. |


Case 2:24-md-03113-JXN-LDW   Document 2-1   Filed 06/20/24   Page 6 of 9 PageID: 13


CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | | | | |
|---|---|---|---|---|---|---|
| **D.N.J.** | *Miller v. Apple Inc.* | NJ/2:24-cv-06427 | Judge Julien Xavier Neals | 5/24/24 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com; rbonsignore@classactions.us; melanie@classactions.us. |
| **D.N.J.** | *Moody et al v. Apple, Inc.* | NJ/2:24-cv-04560 | Judge Julien Xavier Neals | 4/4/2024 | Milberg Coleman Bryson Phillips Grossman PLLC; Stranch, Jennings & Garvey, PLLC; Kopelowitz Ostrow Ferguson Weiselberg Gilbert | gklinger@milberg.com; gstranch@stranchlaw.com; ostrow@kolawyers.com; sukert@kolawyers.com; grunfeld@kolawyers.com. |
| **D.N.J.** | *Mukherjee v. Apple* | DNJ 2:24-cv-06131-JXN-LDW | Judge Julien Xavier Neals | 5/14/2024 | Seeger Weiss LLP | cseeger@seegerweiss.com |
| **D.N.J.** | *Oraheta v. Apple* | 2:24-cv-06397 | | 5/24/2024 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com; rbonsignore@classactions.us; melanie@classactions.us. |



| | | | | | | |
|---|---|---|---|---|---|---|
| **D.N.J.** | *Rodgers v. Apple, Inc.* | 24-cv-6343 (D.N.J.) | Judge Julien Xavier Neals | 5/22/2024 | Lowey Dannenberg, P.C.; Bonsignore Trial Lawyers, PLLC | pstphillip@lowey.com; vbriganti@lowey.com; rgirnys@lowey.com; pbarile@lowey.com; pdemato@lowey.com; <br><br> rbonsignore@classactions.us; melanie@classactions.us. |
| **D.N.J.** | *Siano et al v. Apple Inc.* | NJ/2:24-cv-04568 | Judge Julien Xavier Neals | 4/4/2024 | Robbins Geller Rudman & Dowd LLP ; Seeger Weiss LLP; Robbins Geller Rudman & Dowd LLP; | xanb@rgrdlaw.com; ashingler@rgrdlaw.com; davidm@rgrdlaw.com; dantullis@rgrdlaw.com; mdearman@rgrdlaw.com; PGeller@rgrdlaw.com; <br><br> cayers@seegerweiss.com; cseeger@seegerweiss.com; jscullion@seegerweiss.com. |
| **D.N.J.** | *Ultra Home Set, LLC v. Apple Inc.* | NJ/2:24-cv-04223 | Judge Julien Xavier Neals | 3/26/2024 | Roberts Law Firm US, P.C.; Carella, Byrne, Cecchi, Brody & Agnello, P.C. | mikeroberts@robertslawfirm.us; morganhunt-mackey@robertslawfirm.us; <br><br> cbartlett@carellabyrne.com; jcecchi@carellabyrne.com. |
| **D.N.J.** | *Watson v. Apple Inc.* | NJ/2:24-cv-04445 | Judge Julien Xavier Neals | 4/01/2024 | Boni, Zack & Snyder LLC; Pogust Goodhead LLC | jsnyder@bonizack.com; mboni@bonizack.com; <br><br> mtalbot@pogustgoodhead.com; zpogust@pogustgoodhead.com; jgittleman@pogustgoodhead.com. |



| | | | | | | |
|---|---|---|---|---|---|---|
| N.D. Cal. | *Chiuchiarelli et al v. Apple* | CAN/3:24-cv-01895 | Judge Vince Chhabria | 3/27/2024 | Cotchett Pitre & McCarthy LLP | azapala@cpmlegal.com; ecastillo@cpmlegal.com; elewis@cpmlegal.com; gpark@cpmlegal.com; jcotchett@cpmlegal.com; kswope@cpmlegal.com. |
| N.D. Cal. | *Collins et al v. Apple Inc.* | CAN/3:24-cv-01796 | Chief Judge, USDC Richard Seeborg | 3/22/2024 | Hagens Berman Sobol Shapiro LLP; Carella, Byrne, Cecchi, Brody, & Agnello, P.C.; Altshuler Berzon LLP | steve@hbsslaw.com; benh@hbsslaw.com; jcecchi@carellabyrne.com; jfinberg@altshulerberzon.com. |
| N.D. Cal. | *Dwyer et al. v. Apple Inc.* | CAN/5:24-cv-01844 | Judge P. Casey Pitts | 3/25/2024 | Girard Sharp LLP; Carella, Byrne, Cecchi, Brody & Agnello, P.C.; | apolk@girardsharp.com; jelias@girardsharp.com; ndhawan@girardsharp.com; jcecchi@carellabyrne.com; dsharp@girardsharp.com; jelias@girardsharp.com. |
| N.D. Cal. | *Herrerias et al. v. Apple Inc.* | CAN/3:24-cv-02199 | Judge Vince Chhabria | 4/12/2024 | Casey, Gerry, Schenk, Francavilla, Blatt & Penfield LLP; | gmb@cglaw.com; jrobinson@cglaw.com; camille@cglaw.com. |
| N.D. Cal. | *Kane v. Apple Inc.* | CAN/4:24-cv-02193 | Judge Haywood S. Gilliam, Jr. | 4/12/2024 | Bottini & Bottini, Inc.; | aarnzen@bottinilaw.com; achang@bottinilaw.com; fbottini@bottinilaw.com. |



| | | | | | | |
|---|---|---|---|---|---|---|
| **N.D. Cal.** | *Kouyate et al v. Apple Inc.* | 3:24-cv-03135 | Judge Jeffrey S. White | 05/23/2024 | Keller Rohrback L.L.P. | achase@kellerrohrback.com; dloeser@kellerrohrback.com; gcappio@kellerrohrback.com; rmcdevitt@kellerrohrback.com. |
| **N.D. Cal.** | *Leonard v. Apple Inc.* | CAN/3:24-cv-02156 | Judge James Donato | 4/10/2024 | Altshuler Berzon LLP | cjohnson@altber.com; finberg@altshulerberzon.com; mrubin@altber.com. |
| **N.D. Cal.** | *Miller et al v. Apple Inc.* | CAN/3:24-cv-01988 | Judge Rita F. Lin | 4/1/2024 | Kaplan Fox & Kilsheimer LLP | breed@kaplanfox.com; mgeorge@kaplanfox.com; lking@kaplanfox.com. |
| **N.D. Cal.** | *Schwartz et al v. Apple Inc.* | CAN/3:24-cv-02213 | Judge James Donato | 4/13/2024 | Ahdoot & Wolfson, PC | cstiner@ahdootwolfson.com; rahdoot@ahdootwolfson.com; tmaya@ahdootwolfson.com; twolfson@ahdootwolfson.com. |
| **N.D. Cal.** | *Whiteside v. Apple Inc.* | CAN/3:24-cv-02699 | Judge Araceli Martinez-Olguin | 5/06/2024 | Kirby McInerney LLP | dkovel@kmllp.com; LWands@kmllp.com; bgralewski@kmllp.com. |
| **N.D. Ill.** | *Giamanco v. Apple* | 1:24-cv-02694 | Judge Robert W. Gettleman | 4/3/2024 | Korein Tillery LLC; Mololamken LLP | gzelcs@koreintillery.com; stillery@koreintillery.com; cokeefe@koreintillery.com; smolo@mololamken.com; eposner@mololamken.com. |
| **W.D. P.A.** | *Maxa v. Apple* | 2:24-cv-00639 | Judge J. Nicholas Ranjan | 4/29/2024 | Janove PLLC | Raphael@Janove.law |