# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

_____

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **PHONE (973) 994-1700** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **FAX (973) 994-1744** | STEVEN G. TYSON | SEAN M. KILEY |
| | BRIAN H. FENLON | **www.carellabyrne.com** | MATTHEW J. CERES | ROBERT J. VASQUEZ |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | BRITTNEY M. MASTRANGELO |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN++ | GRANT Y. LEE*** |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MEGAN A. NATALE | | **MEMBER NY BAR | |
| | KEVIN G. COOPER | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

July 3, 2024

**VIA ECF**

Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *In re: Apple Inc. Smartphone Antitrust Litigation*,
             <u>Civil Action No. 2:24-md-03113</u>

Dear Judge Neals:

      This firm, along with others, represents Direct Purchaser Plaintiffs in this multidistrict litigation. I am writing to advise the Court that following the letters from the Direct Purchaser Plaintiffs and Defendant Apple, Inc., the parties (including the Indirect Purchaser Plaintiffs[1]) have met and conferred concerning the next steps in this litigation. We are confident that those discussions will be productive and we will inform the Court of our progress next week.

      As always, we remain available at the Court's convenience.

---

[1] Counsel for Plaintiff Whiteside did not participate and is not represented in the Parties' discussions as he filed a Notice of Opposition to Conditional Transfer Order No. 1. *See Whiteside v. Apple Inc.*, Civil Action No. 5:24-cv-02699-KAW (N.D. Cal.); *IN RE: Apple Inc. Smartphone Antitrust Litigation*, MDL No. 3113 (J.P.M.L.) (ECF No. 120).

                                  Respectfully submitted,

                                  CARELLA BYRNE CECCHI
                                  BRODY & AGNELLO, P.C.

                                  /s/ *James E. Cecchi*
                                  JAMES E. CECCHI

cc:    Hon. Leda Dunn Wettre, U.S.M.J.
       Counsel of Record (via ECF)