AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| In re: Apple Inc. Smartphone Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-md-03113-JXN-LDW |
| | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.                                                                                                                  .

Date:      08/05/2024

/s/ Devora W. Allon
*Attorney's signature*

Devora W. Allon (NY SBN# 4693032)
*Printed name and bar number*

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

*Address*

devora.allon@kirkland.com
*E-mail address*

(212) 446-5967
*Telephone number*

(212) 446-4900
*FAX number*