# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

**COUNSELLORS AT LAW**

_____

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **PHONE (973) 994-1700** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | **FAX (973) 994-1744** | STEVEN G. TYSON | SEAN M. KILEY |
| | BRIAN H. FENLON | www.carellabyrne.com | MATTHEW J. CERES | ROBERT J. VASQUEZ |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | BRITTNEY M. MASTRANGELO |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | GRANT Y. LEE*** |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | **MEMBER NY BAR | |
| | | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

October 8, 2024

**VIA ECF**
Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *In re: Apple Inc. Smartphone Antitrust Litigation*,
              <u>Civil Action No. 2:24-md-03113</u>

Dear Judge Neals:

      I represent plaintiffs in the Direct Purchaser class in the above-referenced matter and I am part of the Majority Group's proposed leadership structure.

      We are aware that Your Honor has scheduled a "Technology Tutorial" in the parallel DOJ action for November 6, 2024. *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-4055, ECF 118, 125 (JXN)(LDW)(D.N.J.). The private plaintiffs believe it is important to attend this hearing to stay fully informed of developments in the DOJ action in order to ensure that both the MDL and DOJ cases proceed efficiently on parallel coordinated tracks. Therefore, unless there are any objections, we request permission to attend the Technology Tutorial. Additionally, if Your Honor's schedule permits, this hearing may provide an appropriate time to address organizational and other preliminary issues in the parallel MDL.

                              Respectfully submitted,

                              CARELLA BYRNE CECCHI
                              BRODY & AGNELLO, P.C.

                              */s/ James E. Cecchi*
                              JAMES E. CECCHI

cc:      Hon. Leda Dunn Wettre, U.S.M.J.
           Counsel of Record (via ECF)