# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

October 8, 2024

<u>Via ECF</u>

Hon. Julien X. Neals, U.S.D.J.
Martin Luther King, Jr. Federal Building
 and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

      Re:    *In re Apple Inc. Smartphone Antitrust Litigation*
              **Civil Action No. 2:24-md-03113 (JXN)(LDW)**

Dear Judge Neals:

      We represent plaintiff Joseph Giamanco and the proposed class of Apple Watch purchasers in this multi-district litigation, along with attorneys from Korein Tillery LLC, MoloLamken LLP, and Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.

      We understand that Your Honor has scheduled a "Technology Tutorial" on November 6, 2024, in the parallel DOJ action captioned *United States of America et al. v. Apple Inc.*, Civil Action No. 2:24-cv-4055 (JXN)(LDW). We request permission to attend this Tutorial, as we believe it is important to stay fully informed of developments in the DOJ action, to ensure that these cases proceed efficiently on parallel coordinated tracks.

      Respectfully Submitted,

      /s/ *Thomas R. Curtin*
      Thomas R. Curtin
      MCELROY, DEUTSCH,
      MULVANEY & CARPENTER, LLP
      1300 Mount Kemble Avenue
      Morristown, NJ 07962
      Tel: (973) 993-8100
      tcurtin@mdmc-law.com

cc:    All counsel (w/enc.) (by ECF)