

**Michael A. Galpern, Esquire**
mgalpern@lawjw.com

**Stanley O. King, Esquire**
sking@lawjw.com

LAUREL OAK CORPORATE CENTER
1000 HADDONFIELD BERLIN ROAD ~ SUITE 203
VOORHEES, NEW JERSEY 08043
PHONE: 856.596.4100
FAX: 856.702.6640
——
www.lawjw.com

**Lauren Goodfellow, Esquire**
lgoodfellow@lawjw.com

**Alex Fajardo, Esquire**
afajardo@lawjw.com

October 8, 2024

**VIA ECF**
Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *In re: Apple Inc. Smartphone Antitrust Litigation*,
              <u>Civil Action No. 2:24-md-03113 (JXN)(LDW)</u>

Dear Judge Neals:

    We represent the Indirect Purchaser Class in the above-referenced matter and are part of the proposed leadership structure for the Indirect Purchaser Class.

    We understand that Your Honor has scheduled a "Technology Tutorial" on November 6, 2024, in the parallel DOJ action captioned *United States of America et al. v. Apple Inc.*, Civil Action No. 2:24-cv-4055 (JXN)(LDW). We respectfully request permission to attend this Technology Tutorial, as we believe it is important to stay fully informed of developments in the DOJ action to ensure that these cases proceed efficiently on parallel coordinated tracks.

                                      Respectfully submitted,

                                      <u>/s/ Stanley O. King</u>
                                      Stanley O. King
                                      **JAVERBAUM WURGAFT HICKS**
                                      **KAHN WIKSTROM & SININS, P.C.**
                                      1000 Haddonfield-Berlin Road, Suite 203
                                      Voorhees, NJ 08043
                                      Tel: 856.596.4100
                                      sking@lawjw.com

cc:    Hon. Leda Dunn Wettre, U.S.M.J.
         All counsel (via ECF)