# JAVERBAUM WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.
*Certified Trial Attorneys*

| | | |
|---|---|---|
| **Michael A. Galpern, Esquire**<br>mgalpern@lawjw.com<br><br>**Stanley O. King, Esquire**<br>sking@lawjw.com | LAUREL OAK CORPORATE CENTER<br>1000 HADDONFIELD BERLIN ROAD ~ SUITE 203<br>VOORHEES, NEW JERSEY 08043<br>PHONE: 856.596.4100<br>FAX: 856.702.6640<br>———<br>www.lawjw.com | **Lauren Goodfellow, Esquire**<br>lgoodfellow@lawjw.com<br><br>**Alex Fajardo, Esquire**<br>afajardo@lawjw.com |

October 10, 2024

**VIA ECF**
Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    *In re: Apple Inc. Smartphone Antitrust Litigation*,
            Civil Action No. 2:24-md-03113 (JXN)(LDW)

Dear Judge Neals:

    We represent the Indirect Purchaser Plaintiffs in the above-referenced matter and, as proposed liaison counsel, are part of the consensus proposed leadership structure for the Indirect Purchaser Plaintiffs. This proposed leadership structure was agreed upon by all Indirect Purchaser Plaintiffs' counsel, as reflected in the Indirect Purchaser Plaintiffs' unopposed motion to appoint interim co-lead counsel. *See* ECF No. 18.

    We write pursuant to the Court's Text Order dated October 9, 2024. *See* ECF No. 28. To the extent the Court would find it helpful, we are prepared to address our pending motion for leadership on November 6, 2024, or on any other date at the Court's convenience.

                                     Respectfully submitted,

                                     /s/ Stanley O. King
                                   Stanley O. King
                                 **JAVERBAUM WURGAFT HICKS**
                                 **KAHN WIKSTROM & SININS, P.C.**
                                 1000 Haddonfield-Berlin Road, Suite 203
                                 Voorhees, NJ 08043
                                 Tel: 856.596.4100
                                 sking@lawjw.com

cc:    Hon. Leda Dunn Wettre, U.S.M.J.
        All counsel (via ECF)