# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
MDMC-LAW.COM

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

October 10, 2024

**Via ECF**
Hon. Julien X. Neals, U.S.D.J.
Martin Luther King, Jr. Federal Building
 and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *In re Apple Inc. Smartphone Antitrust Litigation*
              **Civil Action No. 2:24-md-03113 (JXN)(LDW)**

Dear Judge Neals:

    We represent plaintiff Joseph Giamanco and the proposed class of Apple Watch purchasers in this multi-district litigation, along with attorneys from Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Korein Tillery LLC, and MoloLamken LLP. We write in response to your Text Orders of October 9 and October 10 directing plaintiffs to outline the organizational issues they propose to address at the hearing scheduled for November 6, 2024, and to identify the counsel that will attend that hearing. MDL Dkt. Nos. 28, 29.

    We support the request of the iPhone purchaser plaintiffs to use the November 6 hearing to discuss the pending motions to appoint interim lead counsel under Rule 23(g). Although Mr. Giamanco's motion to appoint his counsel interim lead counsel for the Apple Watch purchasers is unopposed, we would be present to answer any questions Your Honor has about Mr. Giamanco's motion or plans for coordination of the iPhone and Apple Watch cases.

    I currently plan to attend the hearing on November 6 along with the following co-counsel for Mr. Giamanco and the proposed Apple Watch purchaser class: George Zelcs from Korein Tillery LLC, Ariela Migdal and Alex Parkinson from Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Kayvon Ghayoumi from MoloLamken LLP.

# McElroy Deutsch

Hon. Julien X. Neals, U.S.D.J.
October 10, 2024
Page 2

                                                                                                    Respectfully Submitted,

                                                                                                    /s/ *Thomas R. Curtin*
                                                                                                    Thomas R. Curtin
                                                                                                    MCELROY, DEUTSCH,
                                                                                                    MULVANEY & CARPENTER, LLP
                                                                                                    1300 Mount Kemble Avenue
                                                                                                    Morristown, NJ 07962
                                                                                                    Tel: (973) 993-8100
                                                                                                    tcurtin@mdmc-law.com

cc:       All counsel (w/enc.) (by ECF)