

570 Broad Street / Suite 1201 / Newark, NJ 07102
973.623.3000 Main / 973.623.0858 Fax / litedepalma.com

Newark / Philadelphia

October 11, 2024

**<u>Via ECF</u>**
Hon. Julien X. Neals, U.S.D.J.
Martin Luther King, Jr. Federal Building
and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *In re Apple Inc. Smartphone Antitrust Litigation*,
Civil Action No. 2:24-md-03113 (JXN)(LDW)

Dear Judge Neals:

On behalf of Hausfeld LLP and Susman Godfrey LLP as Proposed Co-Lead Counsel ("Proposed Co-Leads") for the Direct Purchaser Plaintiff ("DPP") Class, we respond to Your Honor's inquiries in Text Orders issued over the past two days concerning the technology tutorial scheduled for November 6, 2024 and "organizational and other matters."

Daniel Weick and Mark Musico, along with either the undersigned or Michael Critchley, will attend the November 6th technology tutorial on behalf of the Proposed Co-Leads, assuming that no hearing on other issues is scheduled on that date.

We have reviewed the letter filed yesterday by James E. Cecchi – to whom we tried reaching out on Wednesday to coordinate a single letter on behalf of all private plaintiffs, direct and indirect. The Proposed Co-Leads are prepared to address the lead counsel issue at the Court's convenience. However, should the Court prefer first to take up the motion to dismiss directed to the complaint filed by the DOJ and state attorneys general, we stand ready to proceed in whatever manner the Court deems most efficient. In this regard, though, it bears mention that the Proposed Co-Leads have pleaded factual allegations beyond those of the governmental entities and other private plaintiffs, and we intend to plead additional anticompetitive conduct by Apple.

Respectfully Submitted,

*/s/ Joseph J. DePalma*

Joseph J. DePalma

JJD:cd

1010214.1