UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates To: All Actions* | Civil Action No. 2:24-md-03113<br><br>MDL 3113<br><br>**ORDER** |

**NEALS**, District Judge:

This matter comes before the Court upon the following four groups of motions for the appointment of interim co-lead counsel in this Multi-District Litigation: (1) Steve W. Berman of Hagens Berman Sobol Shapiro, LLP ("Hagens Berman"), Dena Sharp of Girard Sharp LLP ("Girard Sharp"), Christopher A. Seeger of Seeger Weiss, LLP ("Seeger Weiss"), and James E. Cecchi of Carella Bryne Cecchi Brody & Agnello, P.C. ("Carella Bryne"; collectively with Hagens Berman, Girard Sharp, and Seeger Weiss, "DIP Group 1") on behalf of direct iPhone purchasers (ECF No. 17); (2) Hausfeld LLP ("Hausfeld") and Susman Godfrey LLP ("Susman Godfrey"; collectively with Hausfeld, "DIP Group 2") on behalf of direct iPhone purchasers (ECF No. 19); (3) Schneider Wallace Cottrell Konecky LLP ("Schneider Wallace"), Berger Montague PC ("Berger Montague"), Lockridge Grindal Nauen PLLP ("Lockridge Grindal"), and Spector Roseman & Kodroff, P.C. ("Spector Roseman"; collectively, with Schneider Wallace, Berger Montague, and Lockridge Grindal, "IIP Group") on behalf of indirect iPhone purchasers (ECF No. 18); and (4) Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. ("Kellogg, Hansen"), Korein Tillery LLC ("Korein Tillery"), and MoloLamken LLP ("MoloLamken") ("DAWP Group") on behalf of direct Apple Watch purchasers. (ECF No. 20).

For the reasons stated in the accompanying Opinion,

1

**IT IS** on this 17th day of October, 2024,

**ORDERED** that the DAWP Group's motion to appoint Kellogg, Hansen, Korein Tillery, and MoloLamken as co-lead interim counsel for the putative Direct Apple Watch Purchaser Plaintiff Class and McElroy, Deutsch, Mulvaney & Carpenter, LLP as liaison counsel (ECF No. 20) is **GRANTED**; and it is further

**ORDERED** that the IIP Group's motion to appoint Schneider Wallace, Berger Montague, Lockridge Grindal, and Spector Roseman as co-lead interim counsel for the putative Indirect iPhone Purchaser Plaintiff Class and Javerbaum Wurgaft Hicks Kahn & Sinins, P.C. as liaison counsel (ECF No. 18) is **GRANTED**, but the Court **RESERVES** decision on the request for appointment of an executive committee until after supplementary briefing is submitted and reviewed by the Court; and it is further

**ORDERED** that the Court **RESERVES** its decision on the DIP Group 1 and DIP Group 2's competing motions for appointment as co-lead interim counsel for the putative Direct iPhone Purchaser Plaintiff Class (ECF Nos. 17, 19) until after supplementary briefing is submitted and reviewed by the Court; and it is further

**ORDERED** that, in accordance with the accompanying Opinion, the IIP Group, the DIP Group 1, and the DIP Group 2 shall file their supplementary briefings, which shall be no longer than ten double-spaced pages, by no later than Thursday, October 31, 2024, and it is further

**ORDERED** that upon reviewing the Groups' supplementary briefings, the Court will determine whether oral argument is necessary to address any outstanding issues pertaining to the leadership applications.

HONORABLE JULIEN XAVIER NEALS
United States District Judge