# JAVERBAUM WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.
*Certified Trial Attorneys*

**Michael A. Galpern, Esquire**
mgalpern@lawjw.com

**Stanley O. King, Esquire**
sking@lawjw.com

LAUREL OAK CORPORATE CENTER
1000 HADDONFIELD BERLIN ROAD ~ SUITE 203
VOORHEES, NEW JERSEY 08043
PHONE: 856.596.4100
FAX: 856.702.6640
———
www.lawjw.com

**Lauren Goodfellow, Esquire**
lgoodfellow@lawjw.com

**Alex Fajardo, Esquire**
afajardo@lawjw.com

October 24, 2024

**VIA ECF**
Hon. Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *In re: Apple Inc. Smartphone Antitrust Litigation*,
    <u>Civil Action No. 2:24-md-03113 (JXN)(LDW)</u>

Dear Judge Wettre:

  As appointed liaison counsel and co-lead counsel for the Indirect Purchaser Plaintiffs, we write with an inquiry related to the Court's Text Order dated October 21, 2024, setting an in-person case management conference on October 30, 2024. *See* ECF No. 36.

  As the case management conference seeks to resolve consensually and without further briefing the Indirect Purchaser Plaintiffs' request for appointment of an executive committee, the Indirect Purchaser Plaintiffs request in the spirit of efficiency that the Proposed Executive Committee firms be permitted to attend the case management conference remotely (via videoconference or dial-in), but should the Court prefer it, they are available to attend in-person.

  Accordingly, the Indirect Purchaser Plaintiffs ask that the Court permit one member from each of the Proposed Executive Committee firms to remotely attend the October 30, 2024 case management conference. For the Court's ease of reference, the Proposed Executive Committee firms are

1) Cohen Milstein Sellers & Toll PLLC
2) Freed Kanner Londen & Millen LLC
3) Reinhardt Wendorf & Blanchfield
4) Preti, Flaherty, Beliveau & Pachios, Chartered, LLP
5) Israel David LLC

Respectfully submitted,

/s/ Stanley O. King
Stanley O. King
**JAVERBAUM WURGAFT HICKS**
**KAHN WIKSTROM & SININS, P.C.**
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com

**Liaison Counsel for Indirect Purchaser Plaintiffs**

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Candice J. Enders
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
cenders@bm.net

/s/ Heidi M. Silton
Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

/s/ Matthew S. Weiler
Matthew S. Weiler
Todd M. Schneider
Jason H. Kim
Mahzad K. Hite
Raymond S. Levine
**SCHNEIDER WALLACE COTTRELL**
**KONECKY LLP**

        2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
mweiler@schneiderwallace.com

<u>/s/ William G. Caldes</u>
William G. Caldes
Jeffrey L. Spector
Cary Zhang
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
bcaldes@srkattorneys.com
jspector@srkattorneys.com
czhang@srkattorneys.com

**Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs**

cc:    Hon. Julien X. Neals, U.S.D.J.
        All counsel (via ECF)