# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
MDMC-LAW.COM

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

November 4, 2024

**Via ECF**
Hon. Julien X. Neals, U.S.D.J.
Martin Luther King, Jr. Federal Building
 and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:   *In re Apple Inc. Smartphone Antitrust Litigation*
            **Civil Action No. 2:24-md-03113 (JXN)(LDW)**

Dear Judge Neals:

    We represent plaintiff Joseph Giamanco and the proposed class of Apple Watch purchasers in this multi-district litigation, along with attorneys from Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Korein Tillery LLC, and MoloLamken LLP.  By letter dated October 10, 2024, and in response to your Text Orders of October 9 and October 10, we advised that I would be attending the November 6 Technology Tutorial, along with the following co-counsel for Mr. Giamanco and the proposed Apple Watch purchaser class: George Zelcs from Korein Tillery LLC, Ariela Migdal and Alex Parkinson from Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., and Kayvon Ghayoumi from MoloLamken LLP.

    We write to request that Your Honor permit Scott K. Attaway, Esq., also of  Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., to attend the Tutorial.

    Respectfully Submitted,

    /s/ *Thomas R. Curtin*
    Thomas R. Curtin
    MCELROY, DEUTSCH,
    MULVANEY & CARPENTER, LLP
    1300 Mount Kemble Avenue
    Morristown, NJ 07962
    Tel: (973) 993-8100
    tcurtin@mdmc-law.com

cc:    All counsel (w/enc.) (by ECF)