# JAVERBAUM WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.
*Certified Trial Attorneys*

**Michael A. Galpern, Esquire**
mgalpern@lawjw.com

**Stanley O. King, Esquire**
sking@lawjw.com

LAUREL OAK CORPORATE CENTER
1000 HADDONFIELD BERLIN ROAD ~ SUITE 203
VOORHEES, NEW JERSEY 08043
PHONE: 856.596.4100
FAX: 856.702.6640
———
www.lawjw.com

**Lauren Goodfellow, Esquire**
lgoodfellow@lawjw.com

**Alex Fajardo, Esquire**
afajardo@lawjw.com

November 4, 2024

**VIA ECF**
Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *In re: Apple Inc. Smartphone Antitrust Litigation*,
     Civil Action No. 2:24-md-03113 (JXN)(LDW)

Dear Judge Neals:

  As appointed liaison counsel and co-lead counsel for the Indirect iPhone Purchaser Plaintiffs (IIPs), we write to inform the Court of a change in counsel who will attend the technology tutorial on November 6, 2024.

  On October 25, 2024, IIPs identified the following attorneys as attending the technology tutorial in-person on behalf of liaison and co-lead counsel for the IIPs: Stanley King from Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C., Candice Enders from Berger Montague PC, Heidi Silton from Lockridge Grindal Nauen PLLP, Matthew Weiler from Schneider Wallace Cottrell Konecky LLP, and Jeffrey Spector from Spector Roseman & Kodroff, P.C.

  Due to an unavoidable conflict, William Caldes will attend for Spector Roseman & Kodroff in place of Jeffrey Spector. Additionally, Matthew Weiler from Schneider Wallace Cottrell Konecky will attend remotely. Otherwise, the list of counsel attending in-person remains unchanged.

             Respectfully submitted,

             /s/ Stanley O. King
             Stanley O. King
             **JAVERBAUM WURGAFT HICKS**
             **KAHN WIKSTROM & SININS, P.C.**

1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com

**Liaison Counsel for Indirect Purchaser Plaintiffs**

/s/ Michael Dell'Angelo
Michael Dell'Angelo
Candice J. Enders
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net
cenders@bm.net

/s/ Heidi M. Silton
Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

/s/ Matthew S. Weiler
Matthew S. Weiler
Todd M. Schneider
Jason H. Kim
Mahzad K. Hite
Raymond S. Levine
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
mweiler@schneiderwallace.com

/s/ William G. Caldes
William G. Caldes
Jeffrey L. Spector

Cary Zhang
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
bcaldes@srkattorneys.com
jspector@srkattorneys.com
czhang@srkattorneys.com

**Interim Co-Lead Counsel for Indirect Purchaser Plaintiffs**

cc:   Hon. Leda Dunn Wettre, U.S.M.J.
      All counsel (via ECF)