# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

---

| | | | | |
|---|---|---|---|---|
| CHARLES C. CARELLA | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JAN ALAN BRODY | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| JOHN M. AGNELLO | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE** |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | SEAN M. KILEY |
| | BRIAN H. FENLON | | MATTHEW J. CERES | ROBERT J. VASQUEZ |
| | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | BRITTNEY M. MASTRANGELO |
| | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN+ + | GRANT Y. LEE*** |
| | DONALD A. ECKLUND | | | |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | MEGAN A. NATALE | | **MEMBER NY BAR | |
| | KEVIN G. COOPER | | ***MEMBER IL BAR | |
| | | | +MEMBER FL BAR | |
| | | | + + MEMBER NY & FL BAR | |

November 5, 2024

**VIA ECF**
Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: *In re: Apple Inc. Smartphone Antitrust Litigation*,
           Civil Action No. 2:24-md-03113

Dear Judge Neals:

      We write on behalf of the Direct iPhone Purchaser Group 1 to inform the Court of a change in counsel regarding in-person attendance at the technology tutorial on November 6, 2024. On October 25, 2024, the DIP Group 1 identified the following attorneys as attending the technology tutorial: James Cecchi, Steve Berman, Chris Seeger, and Dena Sharp. There are two changes: Ben Harrington from Hagens Berman will attend in the place of Steve Berman, and Patrick Johnson of Girard Sharp will attend in the place of Dena Sharp.

      We appreciate the Court's continued attention to the efficient administration of this MDL and are available to answer any questions the Court may have.

                              Respectfully submitted,

                              CARELLA BYRNE CECCHI
                              BRODY & AGNELLO, P.C.

                              */s/ James E. Cecchi*
                              JAMES E. CECCHI

cc:    Hon. Leda Dunn Wettre, U.S.M.J.
       Counsel of Record (via ECF)