



November 5, 2024

**VIA ECF**
Hon. Julien X. Neals, U.S.D.J.
Martin Luther King, Jr. Federal Building
and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re:    *In re Apple Inc. Smartphone Antitrust Litigation*
             **Civil Action No. 2:24-md-03113 (JXN)(LDW)**

Dear Judge Neals:

    We represent Plaintiffs Shoshi Goldfus and Ira Polly for the proposed Direct Purchaser Plaintiff ("DPP") Class, along with attorneys from Hausfeld LLP ("Hausfeld") and Susman Godfrey LLP ("Susman").

    As we stated in our October 10, 2024 correspondence, Daniel Weick, Mark Musico, and the undersigned will attend the upcoming "Technology Tutorial" on November 6, 2024, in the parallel action: *United States of America et al. v. Apple Inc.*, Civil Action No. 2:24-cv-4055 (JXN)(LDW). (ECF No. 33.) We write to advise the Court that Michael Lehmann of Hausfeld LLP will also be attending the Technology Tutorial remotely.

             Respectfully Submitted,

             */s/ Joseph J. DePalma*

             Joseph J. DePalma

JJD:emp

cc:    All Counsel of Record (via ECF)

1013175.2