# EXHIBIT A

# PROPOSED ASSIGNMENTS

| Assignment | Proposed Co-Lead Counsel | Proposed Executive Committee |
|---|---|---|
| **Law & Briefing** | Dena Sharp (Girard Sharp LLP) | Peter Barile (Lowey Dannenberg), Karin Swope (Cotchett, Pitre & McCarthy, LLP), Hae Sung Nam (Kaplan Fox & Kilsheimer LLP) |
| **Affirmative Discovery** | Steve Berman (Hagens Berman Sobol Shapiro, LLP) | Joseph Meltzer (Kessler Topaz Meltzer & Check, LLP) |
| **Defensive Discovery** | Dena Sharp | Daniel Nordin (Gustafson Luek PLLC) |
| **Liability Experts** | Shawn Rabin (Susman Godfrey LLP) | Linda Nussbaum (Nussbaum Law Group, PC) |
| **Damages Experts** | James Cecchi (Carella Byrne Cecchi Brody & Agnello, PC) | Mark Dearman (Robbins Geller Rudman & Dowd LLP) |
| **Technology** | Steve Berman | Attorney from Hausfeld LLP |
| **Trial** | Christopher Seeger (Seeger Weiss LLP), Shawn Rabin | Michael Critchley (Critchley, Kinum & Luria) |
| **Settlement** | James Cecchi and Christopher Seeger | |