UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Civil Action No. 2:24-md-03113 (JXN)(LDW) |
| *This Document Relates to:* | MDL 3113 |
| DIRECT PURCHASER ACTIONS | [PROPOSED] ORDER |

**THIS MATTER** having come before the Court in response to Case Management Order Number 1, ¶ 5 (ECF 7), wherein the Court directed Plaintiffs to submit applications for interim leadership of the Direct Purchaser Plaintiff class; and

the Court having considered all the papers submitted in support of and in opposition to Direct Purchaser Plaintiff class leadership; and

having considered Direct Purchaser Plaintiff Group 1's supplemental submission on the necessity for and responsibilities of an Executive Committee as requested by the Court (ECF 34); and

based on the parties' submissions and the arguments and representations of counsel; and for good cause shown;

**IT IS** on this _____ day of _____ 2024,

**HEREBY ORDERED**:

I.   **Organization of Plaintiffs' Counsel**

   1.   ***Plaintiffs' Co-Lead Interim Class Counsel.*** Steve W. Berman of Hagens Berman Sobel Shapiro, LLP, Dena Sharp of Girard Sharp, LLP, Christopher A. Seeger of Seeger Weiss

LLP, James E. Cecchi of Carella Byrne Cecchi Brody & Agnello, PC, and Shawn Rabin of Susman Godfrey L.L.P. shall serve as Co-Lead Interim Class Counsel.

2. Consistent with the Manual for Complex Litigation, Fourth §§ 10.221 and 40.22, Co-Lead Counsel shall have the authority to perform or delegate the following tasks on behalf of all Plaintiffs in this consolidated action:

   a. directing, coordinating, and supervising the prosecution of Plaintiffs' claims in this action;

   b. preparing, structuring, and presenting pretrial and other case management orders;

   c. convening meetings of counsel;

   d. communicating with defense counsel;

   e. initiating, responding to, scheduling, briefing, and arguing all motions;

   f. appearing at all hearings and conferences regarding the case;

   g. determining the scope, order, and conduct of all discovery proceedings;

   h. assigning work to other Plaintiffs' counsel in this action, as necessary and appropriate;

   i. retaining experts;

   j. conducting settlement negotiations on behalf of Plaintiffs and the class;

   k. entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

   l. preparing and distributing status reports to other Plaintiffs' counsel;

   m. collecting and reviewing time and expense records from Plaintiffs' counsel on a regular basis, or as provided for under any Court-approved protocol;

3. The Court appoints Michael Critchley Sr. of Critchley, Kinum & Luria as Trial Counsel.

4. The Court appoints Newark attorney [Joseph DePalma or Bruce Greenberg] of Lite DePalma Greenberg & Afanador as Liaison Counsel. Consistent with the Manual for Complex Litigation, Fourth §§ 10.221 and 40.22, Liaison Counsel shall assist with communications between the Court and other counsel, maintain an up-to-date service list, and otherwise assist in the prosecution of the litigation consistent with the local rules of practice.

5. *Plaintiffs' Committees.* Further, this Court hereby appoints a Plaintiffs' Executive Committee ("PEC"), which shall consist of the following attorneys and their respective law firms:

### Plaintiffs' Executive Committee ("PEC") Members

| | |
|---|---|
| Michael Hausfeld<br>**Hausfeld LLP** | Karin Swope<br>**COTCHETT, PITRE &<br>MCCARTHY, LLP** |
| Linda Nussbaum<br>**NUSSBAUM LAW GROUP, PC** | Hae Sung Nam<br>**KAPLAN FOX<br>& KILSHEIMER LLP** |
| Joseph Meltzer<br>**KESSLER TOPAZ MELTZER<br>& CHECK, LLP** | Daniel Nordin<br>**GUSTAFSON GLUEK PLLC** |
| Peter A. Barile III<br>**LOWEY DANNENBERG, PC** | Mark J. Dearman<br>**ROBBINS GELLER RUDMAN<br>& DOWD LLP** |

6. Co-Lead Counsel are responsible for assigning Executive Committee duties and assigning each Executive Committee member to a substantive committee, with specific Co-Lead Counsel assigned to oversee work performed by the committees.

7. The foregoing appointments are personal to the individual attorney appointed.

8. The Court grants Co-Lead Counsel the authority to draw upon the following firms for particular non-duplicative, discrete projects, should the case warrant it, under the direction and oversight of Co-Lead Counsel.

| | |
|---|---|
| Jeff Ostrow<br>**KOPELOWITZ OSTROW PA** | Alison E. Chase<br>**KELLER ROHRBACK LLP** |
| Joseph M. Vanek<br>**SPERLING & SLATER, LLC** | Michelle C. Clerkin<br>**SPIRO HARRISON & NELSON LLC** |
| | Roberta D. Liebenberg<br>**FINE KAPLAN & BLACK, R.P.C.** |

_____
HON. JULIEN XAVIER NEALS
UNITED STATES DISTRICT JUDGE

**DATED:**

cc: Leda D. Wettre, U.S.M.J.