```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY

                                     .
APPLE INC. SMARTPHONE                . Case No. 24-md-03113
ANTITRUST LITIGATION                 .
                                     . Newark, New Jersey
                                     . October 30, 2024


           TRANSCRIPT OF CASE MANAGEMENT CONFERENCE
             BEFORE THE HONORABLE LEDA DUNN WETTRE
                 UNITED STATES MAGISTRATE JUDGE

This transcript has been reviewed and revised in accordance
with L. Civ. R. 52.1.

APPEARANCES (the parties appeared in person):

For the Direct         JAMES E. CECCHI, ESQ.
iPhone Purchaser       Carella, Byrne, Cecchi, Brody &
Group 1:               Agnello, P.C.
                       5 Becker Farm Road
                       Roseland, NJ 07068
                       (973) 994-1700
                       jcecchi@carellabyrne.com

                       DENA SHARP, ESQ.
                       Girard Sharp LLP
                       601 California Street, Suite 1400
                       San Francisco, CA 94108
                       (415) 544-6455
                       dsharp@girardsharp.com

                       BEN MICHAEL HARRINGTON, ESQ.
                       Hagens Berman Sobol Shapiro LLP
                       715 Hearst Avenue, Suite 202
                       Berkeley, CA 94710
                       (510) 725-3000
                       benh@hbsslaw.com

Audio Operator:
Transcription Service:    KING TRANSCRIPTION SERVICES, LLC
                          3 South Corporate Drive, Suite 203
                          Riverdale, NJ  07457
                          (973) 237-6080

Proceedings recorded by electronic sound recording; transcript
produced by transcription service.
```

```
 1  (APPEARANCES continued)

 2  For the Direct          CHRISTOPHER A. SEEGER, ESQ.
    iPhone Purchaser        Seeger Weiss LLP
 3  Group 1:                55 Challenger Road, 6th Floor
                            Ridgefield Park, NJ 07660
 4                          (973) 639-9100
                            cseeger@seegerweiss.com
 5

 6  For the Direct          MICHAEL D. CRITCHLEY, ESQ.
    iPhone Purchaser        Critchley, Kinum & Luria, LLC
 7  Group 2:                75 Livingston Avenue, Suite 303
                            Roseland, NJ 07068
 8                          (973) 422-9200
                            mcritchley@critchleylaw.com
 9
                            SHAWN J. RABIN, ESQ.
10                          Susman Godfrey L.L.P.
                            One Manhattan West
11                          New York, NY 10001-8602
                            (212) 471-8347
12                          Srabin@susmangodfrey.com

13                          MELINDA COOLIDGE, ESQ.
                            Hausfeld LLP
14                          888 16th Street, NW, Suite 300
                            Washington, DC 20006
15                          (202) 540-7200
                            mcoolidge@hausfeld.com
16
                            BRUCE D. GREENBERG
17                          Lite DePalma Greenberg & Afanador, LLC
                            570 Broad Street, Suite 1201
18                          Newark, NJ 07102
                            (973) 623-3000
19                          bgreenberg@litedepalma.com

20
    For the Indirect        MICHAEL C. DELL'ANGELO, ESQ.
21  iPhone Purchaser        Berger Montague PC
    Group:                  1818 Market Street, Suite 3600
22                          Philadelphia, PA 19103
                            (215) 875-3080
23                          mdellangelo@bm.net

24

25
```

```
(APPEARANCES continued)

For the Indirect          STANLEY O. KING, ESQ.
iPhone Purchaser          Javerbaum Wurgaft Hicks Kahn Wikstrom
Group:                    & Sinins, P.C.
                          231 S. Broad Street
                          Woodbury, NJ 08096
                          (856) 845-3001
                          stan@kingslaw.com

                          WILLIAM GERALD CALDES, ESQ.
                          Spector Roseman & Kodroff, P.C.
                          2001 Market Street, Suite 3420
                          Philadelphia, PA 19103
                          (215) 496-0300
                          bcaldes@srkattorneys.com

                          JOSEPH C. BOURNE, ESQ.
                          Lockridge Grindal Nauen PLLP
                          100 Washington Avenue South
                          Suite 2200
                          Minneapolis, Minnesota 55401-2159
                          (612) 339-6900
                          jcbourne@locklaw.com

                          MATTHEW SINCLAIR WEILER, ESQ.
                          Schneider Wallace Cottrell Konecky LLP
                          2000 Powell Street, Suite 1400
                          Emeryville, CA 94612
                          (510) 740-2930
                          mweiler@schneiderwallace.com

                          KIMBERLY A. JUSTICE, ESQ.
                          Freed Kanner London & Millen LLC
                          923 Fayette Street
                          Conshohocken, PA 19428
                          (484) 243-6335
                          kjustice@fklmlaw.com

                          DANIEL H. SILVERMAN, ESQ.
                          Cohen Milstein Sellers & Toll PLLC
                          769 Centre Street, Suite 207
                          Boston, MA 02130
                          (202) 408-4628
                          dsilverman@cohenmilstein.com
```

```
 1                (APPEARANCES continued)
 2
       For the Indirect       MICHAEL S. SMITH, ESQ.
 3     iPhone Purchaser       Preti, Flaherty, Beliveau & Pachios,
       Group:                 LLP
 4                            One City Center
                              P.O. Box 9546
 5                            Portland, ME 04112-9546
                              (207) 791-3000
 6                            msmith@preti.com

 7                            GARRETT D. BLANCHFIELD, JR., ESQ.
                              Reinhardt Wendorf & Blanchfield
 8                            80 South 8th Street, Suite 900
                              Minneapolis, MN  55402
 9                            (651) 287-2100
                              g.blanchfield@rwblawfirm.com
10

11     For the Apple Watch    ARIELA MIGDAL, ESQ.
       Purchaser Group:       Kellogg, Hansen, Todd, Figel &
12                            Frederick, P.L.L.C.
                              1615 M Street, NW, Suite 400
13                            Washington, DC 20036
                              (202) 326-7900
14                            amigdal@kellogghansen.com

15
       For the Defendant      LIZA M. WALSH, ESQ.
16     Apple:                 Walsh Pizzi O'Reilly Falanga LLP
                              Three Gateway Center
17                            100 Mulberry Street, 15th Floor
                              Newark, NJ 07102
18                            (973) 757-1100
                              lwalsh@walsh.law
19
                              LAUREN R. MALAKOFF, ESQ.
20                            Walsh Pizzi O'Reilly Falanga LLP
                              Three Gateway Center
21                            100 Mulberry Street, 15th Floor
                              Newark, NJ 07102
22                            (973) 757-1100
                              lmalakoff@walsh.law
23

24

25
```

```
 1
     (APPEARANCES continued)
 2
     For the Defendant      CYNTHIA RICHMAN, ESQ.
 3   Apple:                 Gibson, Dunn & Crutcher LLP
                            1700 M Street, N.W.
 4                          Washington, DC 20036-4504
                            (202) 955-8234
 5                          crichman@gibsondunn.com

 6                          JULIAN W. KLEINBRODT, ESQ.
                            Gibson, Dunn & Crutcher LLP
 7                          One Embarcadero Center, Suite 2600
                            San Francisco, CA 94111-3715
 8                          (415) 393-8382
                            jkleinbrodt@gibsondunn.com
 9
                            ALEXIA BRANCATO, ESQ.
10                          Kirkland & Ellis LLP
                            601 Lexington Avenue
11                          New York, NY 10022
                            (212) 909-3344
12                          alexia.brancato@kirkland.com

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    (Commencement of proceedings)

2

3          THE COURT: Good morning, all. We are on the

4    record in In re Apple Inc. Smartphone Antitrust Litigation,

5    24-md-3113.

6          I will take appearances. I know it'll be lengthy.

7          MR. CECCHI: Good morning, Your Honor. James

8    Cecchi, Carella Byrne, on behalf of the group which we've

9    self-titled "The Majority Group" in terms of the application

10   for 23(g) appointment. Thank you.

11         THE COURT: Thank you.

12         And, yeah, let's go across your table.

13         MR. CECCHI: Thank you.

14         MS. SHARP: Good morning, Your Honor. Dena Sharp,

15   Girard Sharp LLP, with The Majority Group as well. Thank

16   you.

17         THE COURT: Good morning.

18         MR. HARRINGTON: Good morning, Your Honor. Ben

19   Harrington of Hagens Berman also for The Majority Group.

20         THE COURT: Good morning.

21         MR. SEEGER: Good morning, Your Honor. Chris

22   Seeger -- nice to see you -- also with The Majority Group.

23         THE COURT: Nice to see you. Good morning. All

24   right.

25         Are we going -- we're putting the jury box aside

1  for now.
2          I'll go across to Mr. Critchley.
3          Good morning, Mr. Critchley.
4          MR. CRITCHLEY:  Good morning.  Picking up on
5  Mr. Cecchi, we're for the good guys.
6          THE COURT:  Majority Group Super?
7          MR. RABIN:  Good morning, Your Honor.  Shawn Rabin
8  from Susman Godfrey.  I'm also in with what Judge Neals has
9  called DIP Group 2.
10         THE COURT:  Right.  They're Group 1 and Group 2 to
11 me.
12         MS. COOLIDGE:  Good morning, Your Honor.  Melinda
13 Coolidge from Hausfeld LLP.  Same group.
14         THE COURT:  Good morning.
15         MR. GREENBERG:  Good morning, Your Honor.  Bruce
16 Greenberg from Lite DePalma Greenberg & Afanador here in
17 Newark, also on behalf of Group 2.
18         THE COURT:  Good morning, Mr. Greenberg.
19         MR. DELL'ANGELO:  Good morning, Your Honor.
20 Michael Dell'Angelo from Berger Montague PC on behalf of the
21 Indirect Purchaser plaintiffs.
22         THE COURT:  Good morning to you.
23         MR. KING:  Good morning.  Stanley King, Javerbaum
24 Wurgaft, on behalf of the Indirect Purchasers.
25         THE COURT:  Good to see you, Mr. King.

1                MR. CALDES:  Good morning, Your Honor.  Bill Caldes
2     from Spector Roseman & Kodroff on behalf of the same group.
3                THE COURT:  Good morning.
4                MR. BOURNE:  Good morning, Your Honor.  Joe Bourne
5     from Lockridge Grindal Nauen for the Indirect Purchasers.
6                THE COURT:  Good morning to you.
7                All right.
8                Shall we take appearances from anyone else?
9                I know we have the Apple group here.  So let's hear
10    from you.
11               MR. WEILER:  Good morning, Your Honor.  Matthew S.
12    Weiler of Schneider Wallace on behalf of the Indirect
13    Purchasers as well.
14               THE COURT:  Okay.  Good morning.
15               MS. MIGDAL:  Good morning, Your Honor, Ariela
16    Migdal, Kellogg, Hansen.  We're here on behalf of the Apple
17    Watch Purchaser Group.
18               THE COURT:  Okay.  Good morning.
19               MS. JUSTICE:  Good morning, Your Honor.  Kimberly
20    Justice from Freed Kanner London & Millen on behalf of the
21    Indirect Purchaser plaintiffs.
22               THE COURT:  Good morning.
23               MR. SILVERMAN:  Good morning, Your Honor.  David
24    Silverman, Cohen Milstein Sellers & Toll, on behalf of the
25    Indirect Purchaser plaintiffs.

```
 1                THE COURT:  Good morning.
 2                MR. SMITH:  Good morning, Your Honor.  Michael
 3   Smith, Preti, Flaherty, Beliveau & Pachios, on behalf of the
 4   Indirect Purchaser plaintiffs.
 5                THE COURT:  Good morning.
 6                MR. BLANCHFIELD:  Good morning, Your Honor.
 7   Garrett Blanchfield, Reinhardt Wendorf & Blanchfield, also on
 8   behalf of the Indirect Purchaser plaintiffs.
 9                THE COURT:  Good morning.
10                MR. DAVID:  Good morning, Your Honor.  Israel David
11   also on behalf of the Indirect Purchaser plaintiffs.
12                THE COURT:  Great.  Good morning.
13                MS. MALAKOFF:  Good morning, Your Honor.  Lauren
14   Malakoff and Liza Walsh from Walsh Pizzi O'Reilly Falanga.
15   We also have Julian Kleinbrodt, Cynthia Richman from Gibson &
16   Dunn; Alexia Brancato from Kirkland & Ellis; and we have a
17   client representative from Apple.
18                THE COURT:  Okay.  Good morning to you as well.
19           I think we covered everyone in the courtroom.
20           So I won't be on the bench for long.  I just wanted
21   to say that -- I tried to be as plain as I could in my text
22   order about the purpose of today.  I'm trying to do what
23   magistrate judges are designed to do, which is to be an
24   adjunct to the district judge to reduce their work load.
25                And Judge Neals took a first pass at, I believe,
```

```
 1  counsel motions.  And you saw he left some issues open.
 2           And I would like to resolve them today, if at all
 3  possible.
 4           I can reach out to Judge Neals as needed.  But I
 5  would like to see compromise today, if compromise is
 6  possible.  It's always -- I always found as a lawyer -- and
 7  I'm sure you do too, it's better to keep matters in your own
 8  hands than to let the Court decide if they don't know as well
 9  how things work behind the scenes.  And let's face it:  We
10  don't.  So you all know how your structures might work best
11  and most efficiently.
12           And I'd like you to give -- I'd like to give you an
13  opportunity to have some discussions.  I'll play the role of
14  mediator, and we'll see if we can agree to something today.
15           So is there anything that the parties -- and I'm
16  saying -- and nothing controversial?  If you have anything
17  nice to say that would be productive, I'm happy to hear it.
18  If you don't, then you can remain silent.
19           MR. CECCHI:  In the productive vein, Judge, I'll
20  report that we did already, pursuant to Judge Neals' and
21  Your Honor's text order, start a dialogue.
22           THE COURT:  Good.  I was hoping that.
23           MR. CECCHI:  Right?  Mr. Critchley and I and his
24  team and Mr. Greenberg.
25           I don't know how much progress we made, but we did
```

1  articulate our positions.  So we sort of know where we stand.

2             THE COURT:  Okay.

3             MR. CECCHI:  So we welcome Your Honor's efforts to

4  mediate.

5             THE COURT:  Okay.  Great.  Thank you for telling me

6  that.

7             Anything else?  No?

8             Okay.  Then let's go off the record.

9             And then I'll take -- I want to start, take each

10 Direct Purchasers group separately, initially, back in my

11 conference room.  It might be challenging to fit everybody,

12 but I think we probably can.

13            All right.  So let's go off the record.  Thank you.

14                    (Conclusion of proceedings)

Certification

I, SARA L. KERN, Transcriptionist, do hereby certify that the 12 pages contained herein constitute a full, true, and accurate transcript from the official electronic recording of the proceedings had in the above-entitled matter; that research was performed on the spelling of proper names and utilizing the information provided, but that in many cases the spellings were educated guesses; that the transcript was prepared by me or under my direction and was done to the best of my skill and ability.

I further certify that I am in no way related to any of the parties hereto nor am I in any way interested in the outcome hereof.

s/ *Sara L. Kern*                                    1st of November, 2024
_____        _____
Signature of Approved Transcriber                    Date


Sara L. Kern, CET**D-338
King Transcription Services, LLC
3 South Corporate Drive, Suite 203
Riverdale, NJ  07457
(973) 237-6080