**JAVERBAUM WURGAFT**
**HICKS KAHN WIKSTROM & SININS, P.C.**
*Certified Trial Attorneys*

**Michael A. Galpern, Esquire**
mgalpern@lawjw.com

**Stanley O. King, Esquire**
sking@lawjw.com

LAUREL OAK CORPORATE CENTER
1000 HADDONFIELD BERLIN ROAD ~ SUITE 203
VOORHEES, NEW JERSEY 08043
PHONE: 856.596.4100
FAX: 856.702.6640
———
www.lawjw.com

**Lauren Goodfellow, Esquire**
lgoodfellow@lawjw.com

**Alex Fajardo, Esquire**
afajardo@lawjw.com

December 13, 2024

**VIA ECF**
Hon. Leda D. Wettre
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07102

      Re: *In re Apple Inc. Smartphone Antitrust Litigation*
          Civil Action No. 2:24-md-03113 (JXN)(LDW)

Dear Judge Wettre:

    In accordance with Your Honor's Order dated December 10, 2024 (ECF 53), we write to clarify assignments for firms on the proposed Executive Committee enumerated in the Indirect iPhone Purchaser Plaintiffs' Memorandum of Law in Support of Appointment of an Executive Committee (ECF 44). Anticipated assignments are as follows:

1. <u>Plaintiff Discovery</u>: The firm Reinhardt Wendorf & Blanchfield, principally under Garrett Blanchfield, will lead these tasks among other tasks necessary for the efficient, orderly management of the litigation.
2. <u>Third-Party Discovery</u>: The firm Preti, Flaherty, Beliveau & Pachios, LLP, principally under Michael S. Smith, will lead these tasks among other tasks necessary for the efficient, orderly management of the litigation.
3. <u>Government Liaison</u>: The firm Israel David LLC, principally under Israel David, will lead these tasks among other tasks necessary to the efficient, orderly management of the litigation.
4. <u>Briefing and Legal Research</u>: The firm Freed Kanner London & Millen LLC, principally under Kimberly Justice, will lead these tasks among other tasks necessary for the efficient, orderly management of the litigation.
5. <u>Work with Experts</u>: The firm Cohen Milstein Sellers & Toll PLLC, principally under Daniel H. Silverman, will lead these tasks among other tasks necessary for the efficient, orderly management of the litigation.



*Certified Trial Attorneys*

**Michael A. Galpern, Esquire**
mgalpern@lawjw.com

**Stanley O. King, Esquire**
sking@lawjw.com

LAUREL OAK CORPORATE CENTER
1000 HADDONFIELD BERLIN ROAD ~ SUITE 203
VOORHEES, NEW JERSEY 08043
PHONE: 856.596.4100
FAX: 856.702.6640
——
www.lawjw.com

**Lauren Goodfellow, Esquire**
lgoodfellow@lawjw.com

**Alex Fajardo, Esquire**
afajardo@lawjw.com

The firms and counsel named above have been selected for targeted tasks that match their strengths with the needs of the case. Each firm has ample skill and experience to execute their assigned duties and any additional duties, as may arise. While we anticipate members of the proposed Executive Committee may have some involvement in other aspects of the litigation, apart from their assigned subject matter and as determined by Interim Co-Lead Counsel, each assigned firm will have principal responsibility for assisting Interim Co-Lead Counsel with their assigned subject matter.

Interim Co-Lead Counsel for the putative Indirect iPhone Purchaser Plaintiff Class respectfully request that this Court appoint the proposed Executive Committee.

Respectfully submitted,

/s/ *Stanley O. King*
STANLEY O. KING, ESQ.
**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.**
231 S. Broad Street
Woodbury, NJ 08096
Tel: 856.845.3001
Fax: 856.845.3079
Stanley O. King
Attorney ID No. 03413-1996

*Liaison Counsel for Plaintiffs*

/s/ *Michael Dell'Angelo*
Michael Dell'Angelo (*pro hac vice*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net

**JAVERBAUM WURGAFT**
HICKS KAHN WIKSTROM & SININS, P.C.
*Certified Trial Attorneys*

LAUREL OAK CORPORATE CENTER
1000 HADDONFIELD BERLIN ROAD ~ SUITE 203
VOORHEES, NEW JERSEY 08043
PHONE: 856.596.4100
FAX: 856.702.6640
——
www.lawjw.com

**Michael A. Galpern, Esquire**
mgalpern@lawjw.com

**Stanley O. King, Esquire**
sking@lawjw.com

**Lauren Goodfellow, Esquire**
lgoodfellow@lawjw.com

**Alex Fajardo, Esquire**
afajardo@lawjw.com

/s/ Heidi M. Silton
Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

/s/ Matthew S. Weiler
Matthew S. Weiler (to file *pro hac vice*)
Todd M. Schneider (to file *pro hac vice*)
Jason H. Kim (to file *pro hac vice*)
Mahzad K. Hite (to file *pro hac vice*)
Raymond S. Levine (to file *pro hac vice*)
**SCHNEIDER WALLACE COTTRELL KONECKY LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
mweiler@schneiderwallace.com

# JAVERBAUM WURGAFT
## HICKS KAHN WIKSTROM & SININS, P.C.
*Certified Trial Attorneys*

**Michael A. Galpern, Esquire**
mgalpern@lawjw.com

**Stanley O. King, Esquire**
sking@lawjw.com

LAUREL OAK CORPORATE CENTER
1000 HADDONFIELD BERLIN ROAD ~ SUITE 203
VOORHEES, NEW JERSEY 08043
PHONE: 856.596.4100
FAX: 856.702.6640
────
www.lawjw.com

**Lauren Goodfellow, Esquire**
lgoodfellow@lawjw.com

**Alex Fajardo, Esquire**
afajardo@lawjw.com

/s/ William G. Caldes
William G. Caldes (SBN 00062-1995)
Jeffrey L. Spector (SBN 03375-2007)
Cary Zhang (SBN 37948-2021)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
bcaldes@srkattorneys.com
jspector@srkattorneys.com
czhang@srkattorneys.com

*Interim Co-Lead Counsel*

cc: All Counsel of Record (via ECF)