# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
## COUNSELLORS AT LAW

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
1933 – 2023

DONALD F. MICELI
CARL R. WOODWARD, III
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

5 BECKER FARM ROAD
ROSELAND, N.J. 07068-1739
PHONE (973) 994-1700
FAX (973) 994-1744
www.carellabyrne.com

PETER G. STEWART
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN+ +

OF COUNSEL

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
**MEMBER NY BAR ONLY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY
 + + MEMBER NY & FL BAR ONLY

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE**
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY

December 18, 2024

<u>VIA ECF</u>

Hon. Julien Xavier Neals, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

   Re: *In re: Apple Inc. Smartphone Antitrust Litigation*,
     <u>Civil Action No. 2:24-md-03113</u>

Dear Judge Neals and Judge Wettre:

  I am writing in connection with the pending motions under Rule 23(g) of the Federal Rules. I am pleased to report that, with the assistance and dedication of Magistrate Judge Wettre, the Group 1 and Group 2 Direct Purchaser Plaintiffs have reached a proposed consensual structure regarding the Direct Purchaser Plaintiffs' leadership. I have enclosed a form of order which memorializes the Direct Purchaser Plaintiffs' agreement. If the outlined structure is acceptable to the Court it will obviate the need for further motion practice or discussions regarding this issue. As such, if the order meets with Your Honor's approval, we ask that it be executed and returned as "So-Ordered" on the Court's electronic docket.

  We appreciate the Court's consideration of this request and for its continued attention to this matter. Of course should Your Honor have any questions, we are available at your convenience.

        Respectfully submitted,

        CARELLA BYRNE CECCHI
        BRODY & AGNELLO, P.C.

        */s/ James E. Cecchi*
        JAMES E. CECCHI

cc: Counsel of Record (via ECF)