UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>All Indirect Purchaser Cases | Civil Action No. 2:24-md-03113 (JXN)(LDW) |

## ORDER

Pursuant to Case Management Order Number 1 (ECF No. 7), on August 8, 2024, the Indirect iPhone Purchasers ("IIPs") filed a motion for appointment of Interim Co-Lead Class Counsel with supporting memoranda. On October 17, 2024, the Court issued a written Opinion (ECF No. 34) and Order (ECF No. 35) granting IIPs' motion to appoint Berger Montague PC, Lockridge Grindal Nauen PLLP, Schneider Wallace Cottrell Konecky LLP, and Spector Roseman & Kodroff, P.C. as Interim Co-Lead Counsel and Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. as Liaison Counsel for the putative IIP class, and reserving decision on IIPs' request for appointment of an executive committee until after supplementary briefing was submitted and reviewed by the Court. On October 30, 2024, the parties appeared before Magistrate Judge Hon. Leda D. Wettre for a case management

conference regarding IIPs' request for appointment of an executive committee (ECF No. 36). On October 31, 2024, IIPs filed a supplemental brief in support of their request for appointment of an executive committee (ECF No. 44). On December 10, 2024, the Court directed IIPs to file a letter clarifying whether a specific firm or attorney would be assigned to each of the tasks for which the Executive Committee would be responsible (ECF No. 53). On December 13, 2024, IIPs filed a letter pursuant to the Court's request (ECF No. 54). On December 20, 2024, the Court directed IIPs to file a proposed order consistent with their December 13, 2024 letter outlining the anticipated assignments for the proposed Executive Committee (ECF No. 56). On December 23, 2024, IIPs filed a proposed order consistent with the Court's request.

Thus, having reviewed IIPs' motion and supplemental supporting materials, pursuant to Fed. R. Civ. P. 23(g), the Court hereby ORDERS the following:

**ORGANIZATION OF AND ANTICIPATED ASSIGNEMENTS FOR INDIRECT IPHONE PURCHASERS' EXECUTIVE COMMITTEE**

1. <u>IIP Executive Committee</u>. The Court designates the following law firms to serve on an Executive Committee on behalf of all IIPs in the MDL, to work at the direction of Interim Co-Lead Counsel, with responsibilities hereinafter described:

| Cohen Milstein Sellers & Toll PLLC | Freed Kanner London & Millen LLC |
|---|---|
| 769 Centre Street | 923 Fayette Street |
| Suite 207 | Conshohocken, PA 19428 |
| Boston, MA 02130 | |

| | |
|---|---|
| Israel David LLC<br>17 State Street<br>Suite 4010<br>New York, NY 10004 | Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center<br>Portland, ME 04101 |

Reinhardt Wendorf & Blanchfield
80 So. 8th Street
Suite 900
Minneapolis, MN 55402

2. <u>IIP Executive Committee's Duties and Responsibilities</u>. The IIP Executive Committee shall assist IIP Interim Co-Lead Counsel and IIP Liaison Counsel with pretrial activities and trial. The IIP Executive Committee and any other IIP counsel shall only be authorized to perform work at the express direction of IIP Interim Co-Lead Counsel (or their designees). Anticipated assignments for the IIP Executive Committee firms are as follows:

   a. <u>Plaintiff Discovery</u>: The firm Reinhardt Wendorf & Blanchfield, principally under Garrett Blanchfield, will have responsibility for plaintiff discovery, among other tasks necessary for the efficient, orderly management of the litigation;

   b. <u>Third-Party Discovery</u>: The firm Preti, Flaherty, Beliveau & Pachios, LLP, principally under Michael S. Smith, will have responsibility for third-party discovery, among other tasks necessary for the efficient, orderly management of the litigation.

    c. <u>Government Liaison</u>: The firm Israel David LLC, principally under Israel David, will have responsibility for liaising with the government entities involved in related litigation against Apple Inc., among other tasks necessary to the efficient, orderly management of the litigation.

    d. <u>Briefing and Legal Research</u>: The firm Freed Kanner London & Millen LLC, principally under Kimberly Justice, will have responsibility for briefing and legal research, among other tasks necessary for the efficient, orderly management of the litigation.

    e. <u>Work with Experts</u>: The firm Cohen Milstein Sellers & Toll PLLC, principally under Daniel H. Silverman, will have responsibility for working with IIPs' expert(s), among other tasks necessary for the efficient, orderly management of the litigation.

As determined by Interim Co-Lead Counsel, members of the Executive Committee may also have involvement in other aspects of the litigation apart from these specified assignments, but each assigned firm shall have principal responsibility for assisting Interim Co-Lead Counsel with its assigned subject matter.

**IT IS SO ORDERED.**

Dated: 12/26/2024

                                          HONORABLE JULIEN XAVIER NEALS
                                          United States District Judge