

Jordan Rice
MoloLamken LLP
300 North LaSalle Street
Chicago, IL 60654
T: 312.450.6709
F: 847.440.2698
jrice@mololamken.com
www.mololamken.com

January 13, 2025

BY ECF

Honorable Leda D. Wettre
United States Magistrate Judge
U.S. District Court
   for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

        Re:   *Withdrawal as Counsel for Plaintiff Joseph Giamanco and as Interim Counsel for the Putative Direct Apple Watch Purchaser Plaintiff Class*, Civil Action Nos. 2:24-md-3113 and 2:24-cv-7238

Dear Judge Wettre,

        Pursuant to Local Civil Rule 102.1, I write to respectfully request that the Court approve my withdrawal as counsel for Plaintiff Joseph Giamanco in No. 24-cv-7238 and as Interim Counsel for the Putative Direct Apple Watch Purchaser Plaintiff Class in No. 24-md-3113. As of January 16, 2025, I will no longer be associated with MoloLamken LLP. My withdrawal will not result in any delay, as Mr. Giamanco and the Putative Direct Apple Watch Purchaser Plaintiff Class will continue to be represented by MoloLamken LLP; Korein Tillery LLC; Kellogg, Hansen, Todd, Figel & Frederick, PLLC; and McElroy, Deutsch, Mulvaney & Carpenter, LLP. *See* No. 24-md-3113, Dkts. 34-35.

        I thank the Court for its time and attention to this matter. If Your Honor approves, I respectfully request that Your Honor "So Order" this letter and have it filed on the docket.

                                            Sincerely,

                                            /s/ Jordan A. Rice
                                            Jordan A. Rice

SO ORDERED THIS <u>15th</u> day of January 2025

*Leda Dunn Wettre*
_____
Hon. Leda D. Wettre, U.S.M.J.