**SPECTOR ROSEMAN & KODROFF, P.C.**
William G. Caldes (SBN 00062-1995)
2001 Market Street, Suite 3420
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile:  (215) 496-6611
bcaldes@srkattorneys.com

*Counsel for Plaintiffs, Christina Kolinsky,*
*Sidney Rossi, and Nicole Arends*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>ALL ACTIONS | Civil Action No. 2:24-md-03113 (JXN)(LDW)<br><br>MDL 3113 |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF COUNSEL

Pursuant to Local Rule 102.1, counsel for Plaintiffs Christina Kolinsky, Sidney Rossi, and Nicole Arends hereby give notice and respectfully request leave of the Court to withdraw Cary Zhang of the law firm of Spector Roseman & Kodroff, P.C. as counsel of record for Plaintiffs in this action and that she be removed from the docket and electronic service list accordingly. Plaintiffs will continue to be represented by other counsel of record, including the undersigned below.

Dated: February 24, 2025

Respectfully submitted,

/s/ *William G. Caldes*
William G. Caldes (SBN 00062-1995)
Jeffrey L. Spector (SBN 03375-2007)
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel.: (215) 496-0300
bcaldes@srkattorneys.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 24, 2025 a true and correct copy of the foregoing was filed and served on all counsel of record via ECF.

/s/ *William G. Caldes*
William G. Caldes