

Jonathan E. Barbee
MoloLamken LLP
430 Park Avenue
New York, NY 10022
T: 212.607.8173
jbarbee@mololamken.com
www.mololamken.com

May 5, 2025

BY ECF

Honorable Leda D. Wettre
United States Magistrate Judge
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, NJ 07102

      Re:    *Withdrawal as Counsel for Plaintiff Joseph Giamanco and as Interim Counsel for the Putative Direct Apple Watch Purchaser Plaintiff Class*, Civil Action Nos. 2:24-md-3113 and 2:24-cv-7238

Dear Judge Wettre,

      Pursuant to Local Civil Rule 102.1, I write to respectfully request that the Court approve my withdrawal as counsel for Plaintiff Joseph Giamanco in No. 24-cv-7238 and as Interim Counsel for the Putative Direct Apple Watch Purchaser Plaintiff Class in No. 24-md-3113. As of May 5, 2025, I will no longer be associated with MoloLamken LLP. My withdrawal will not result in any delay because Mr. Giamanco and the Putative Direct Apple Watch Purchaser Plaintiff Class will continue to be represented by MoloLamken LLP; Korein Tillery LLC; Kellogg, Hansen, Todd, Figel & Frederick, PLLC; and McElroy, Deutsch, Mulvaney & Carpenter, LLP. *See* No. 24-md-3113, Dkts. 34-35.

      I thank the Court for its time and attention to this matter. If Your Honor approves, I respectfully request that Your Honor "So Order" this letter and have it filed on the docket.

                                        Sincerely,

                                        /s/ Jonathan E. Barbee
                                        Jonathan E. Barbee

SO ORDERED THIS ___ day of May 2025

_____
Hon. Leda Wettre, U.S.M.J.