AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey ▾

| | | |
|---|---|---|
| In re: Apple Inc. Smartphone Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-md-03113-JXN-LDW |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Giamanco, individually and on behalf of all others similarly situated                                        .

Date:     08/20/2025

/s/ Daniel A. Epstein
*Attorney's signature*

Daniel A. Epstein (N.D. Il. Bar No. 6320580)
*Printed name and bar number*
Korein Tillery LLC
205 N Michigan Ave, Suite 1950
Chicago, IL 60601

*Address*

depstein@koreintillery.com
*E-mail address*

(312) 899-9047
*Telephone number*

(312) 641-9751
*FAX number*