

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

1000 HADDONFIELD-BERLIN RD.
SUITE 203
VOORHEES, NJ 08043
Phone: (856) 845-3001
Fax: (856) 845-3079
WWW.LAWJW.COM

September 8, 2025

Honorable Leda Wettre, U.S.M.J.
Martin Luther King Building
United States Court House
50 Walnut Street
Newark, NJ 07102

    Re: *Apple Inc. Smartphone Antitrust Litigation*
       Civil Action No. 24-md-03113

Dear Judge Wettre,

    I write on behalf of the Indirect Purchaser Plaintiffs ('IPPs") to request permission to file a Corrected Consolidated Class Action Complaint (the "Corrected Complaint").

    After filing the operative Consolidated Class Acton Complaint on July 30, 2025, (ECF 85) (the "CAC"), IPPs became aware that there were (a) mistakes in four class representative's purchase dates, and (b) two individuals mistakenly included in the CAC. IPPs wish to correct these mistakes and are not seeking to make any substantive changes to the CAC. IPPs' have met and conferred and with Apple regarding these proposed corrections, and Apple has no objection to IPPs' request for permission to file the Corrected Complaint.

    Accordingly, attached for your consideration are (1) a red lined version of the Proposed Corrected Complaint, (2) a clean version of the Proposed Corrected Complaint, (3) a Proposed Order granting IPPs' permission to file the Corrected Complaint.

                    Very truly yours,

                    *Stanley O. King*
                    Stanley O. King