

STANLEY O. KING, ESQ.
Partner
sking@lawjw.com

1000 HADDONFIELD-BERLIN RD.
SUITE 203
VOORHEES, NJ 08043
Phone: (856) 845-3001
Fax: (856) 845-3079
WWW.LAWJW.COM

September 25, 2025

Hon. Julien Xavier Neals
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Judge Neals:

We write in response to the Court's September 22, 2025 order concerning additional briefing on the motion to remand filed in *Whiteside v. Apple Inc.*, No. 2:24-cv-09658 (D.N.J.). *See* ECF No. 115. As the Court is aware, Whiteside has moved to remand his action to California state court. Interim Co-Lead Counsel for the Indirect iPhone Purchaser Plaintiffs ("IIPs") filed a letter in response to the issues raised in the pending motion to remand on September 12, 2025. ECF No. 110. The Direct iPhone Purchaser Plaintiffs ("DIPs") join the September 12, 2025 submission by the Indirect iPhone Purchaser Plaintiffs ("IIPs") (ECF No. 110) opposing remand of the Whiteside action (No. 3:24-cv-02699, N.D. Cal.; transferred as No. 2:24-cv-09658, D.N.J.).

Counsel for Whiteside, the IIPs, and the DIPs have conferred and submit this joint letter concerning additional briefing on the Whiteside motion to remand.

IIPs will by October 10 file a brief addressing the issues raised by Whiteside's motion to remand. The DIPs anticipate that they will join the supplemental brief filed by the IIPs, but if not the DIPs will file any separate supplemental brief by October 10 as agreed between the IIPs and the Whiteside plaintiffs. The IIP and DIP briefing will be limited to 12 pages.

Whiteside will file a brief in response, also limited to 12 pages, by October 24. Whiteside reserves the right to request additional time to respond depending on the issues raised.

Apple has indicated to counsel for the IIPs and DIPs that it takes no position on the scheduling issues and will respond to the additional issues raised by the IIPs on the schedule set by the Court.

Respectfully submitted,

/s/ *Stanley O. King*
Stanley O. King, Esq.
**JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.**

<div style="display: flex;">
<div>

Michael Dell'Angelo
Candice J. Enders
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
mdellangelo@bm.net cenders@bm.net

Matthew S. Weiler
Todd M. Schneider
SCHNEIDER WALLACE COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
mweiler@schneiderwallace.com

</div>
<div>

1000 Haddonfield-Berlin Rd., Suite 203
Voorhees, NJ 08043
Tel: (856) 845-3001
Attorney ID No. 03413-1996

*Liaison Counsel for Indirect iPhone Purchaser Plaintiffs*

Heidi M. Silton
Jessica N. Servais
Joseph C. Bourne
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
hmsilton@locklaw.com
jnservais@locklaw.com
jcbourne@locklaw.com

William G. Caldes
Jeffrey L. Spector
SPECTOR ROSEMAN & KODROFF, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
bcaldes@srkattorneys.com
jspector@srkattorneys.com

</div>
</div>

*Co-Lead Interim Counsel for Indirect iPhone Purchaser Plaintiffs*

**So ORDERED on 9/26/2025:**

_____
**JULIEN XAVIER NEALS**
**United States District Judge**

**KIRBY McINERNEY LLP**
*/s/ David E. Kovel*
David E. Kovel
Lauren Wands
250 Park Avenue, Suite 820
New York, NY 10177
Tel: (212) 371-6600
DKovel@kmllp.com
LWands@kmllp.com

Robert J. Gralewski, Jr.
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Tel: (858) 834-2044
BGralewski@kmllp.com

*Counsel for Plaintiff Kyle T. Whiteside*

2