THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>**Return Date: January 5, 2026**<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>*Oral Argument Requested*<br>*Document filed electronically* |

### APPLE INC.'S NOTICE OF MOTION TO DISMISS CONSOLIDATED COMPLAINTS OF DIRECT AND INDIRECT IPHONE PURCHASERS AND DIRECT APPLE WATCH PURCHASER

TO: All Counsel

**COUNSEL**:

**PLEASE TAKE NOTICE** that Defendant Apple Inc. ("Apple"), by and through its undersigned counsel, shall move before the Honorable Julien X. Neals, U.S.D.J. at a date and time to be determined by the Court, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), dismissing the Consolidated Complaints of Direct and Indirect iPhone Purchasers and Direct Apple Watch Purchaser.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Apple will rely on its Memorandum in Support of Apple Inc.'s Motion to Dismiss, associated appendices, Declaration of Julian Kleinbrodt with Exhibit 1 annexed thereto, any additional replies or submissions made hereafter, and all pleadings and proceedings on file.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Apple hereby requests oral argument.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: October 6, 2025

Julian W. Kleinbrodt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.:   (415) 393-8200
Email: jkleinbrodt@gibsondunn.com

Devora W. Allon, P.C. (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Tel.:   (212) 446-5967
Email:  devora.allon@kirkland.com

Craig S. Primis, P.C. (*pro hac vice*)
Matthew J. Reilly, P.C. (*pro hac vice*)
K. Winn Allen, P.C. (*pro hac vice*)
Mary Elizabeth Miller  (*pro hac vice*)
Luke P. McGuire  (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.:   (202) 389-5000
Email: craig.primis@kirkland.com
         matt.reilly@kirkland.com
         winn.allen@kirkland.com
         mary.miller@kirkland.com
         luke.mcguire@kirkland.com

Respectfully submitted,

By:*/s/ Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel.:   (973) 757-110
Email:  LWalsh@walsh.law
         DArpert@walsh.law

Cynthia E. Richman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street. N.W.
Washington, DC 20036
Tel.:   (202) 955-8500
Email: crichman@gibsondunn.com

Daniel G. Swanson (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Tel.:   (213) 219-7000
 Email: dswanson@gibsondunn.com

*Counsel for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 6, 2025, a copy of the foregoing was served on all counsel of record via the Court's electronic filing system.

*/s/ Liza M. Walsh*
Liza M. Walsh