**WALSH PIZZI O'REILLY FALANGA**

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 9, 2025

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:   *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Judge Wettre:

    This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced action. We write jointly on behalf of Apple and all Plaintiffs to inform the Court that the parties have been meeting and conferring on discovery coordination and case scheduling issues and are nearing agreement on many issues. The parties would benefit, however, from additional time to meet and confer. Accordingly, the parties jointly request to file on October 30, 2025, a Joint Discovery Plan and Proposed Scheduling and Case Management Order. If this request meets with Your Honor's approval, we respectfully request that Your Honor "So Order" this letter and enter it on the docket.

    Thank you for Your Honor's continued attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc:   All Counsel of Record (via ECF)

**SO ORDERED:**

_____
**Hon. Leda D. Wettre, U.S.M.J.**