# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Whiteside, et al. v. Apple Inc.*, No. 2:24-cv-9658 | Case No. 2:24-md-03113 (JXN)(LDW)<br><br>MDL No. 3113<br><br>**NOTICE OF<br>WITHDRAWAL OF MOTION** |

Plaintiff Kyle T. Whiteside hereby withdraws the pending Motion to Remand to the Superior Court of the State of California for the County of Santa Clara (*Whiteside, et al. v. Apple Inc.*, No. 2:24-cv-9658 (ECF No. 35)).

Respectfully submitted,

Dated: October 24, 2025

**KIRBY McINERNEY LLP**
*/s/ David E. Kovel*
David E. Kovel
Lauren Wands
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: DKovel@kmllp.com
   LWands@kmllp.com

Robert J. Gralewski, Jr.
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Email: BGralewski@kmllp.com

*Counsel for Plaintiff Kyle T. Whiteside*