# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Whiteside, et al. v. Apple Inc.*, No. 2:24-cv-9658 | Case No. 2:24-md-03113 (JXN)(LDW)<br><br>MDL No. 3113<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Kyle T. Whiteside, by and through his undersigned counsel, voluntarily dismisses, without prejudice and without waiving his right to participate in any recovery as an absent class member, his claims against Defendant Apple Inc. ("Apple"). Apple has not served an answer or motion for summary judgment.

Respectfully submitted,

Dated: November 19, 2025

**KIRBY McINERNEY LLP**
*/s/ David E. Kovel*
David E. Kovel
Lauren Wands
250 Park Avenue, Suite 820
New York, NY 10177
Telephone: (212) 371-6600
Email: DKovel@kmllp.com
        LWands@kmllp.com

Robert J. Gralewski, Jr.
1420 Kettner Boulevard, Suite 100
San Diego, CA 92101
Telephone: (858) 834-2044
Email: BGralewski@kmllp.com

*Counsel for Plaintiff Kyle T. Whiteside*