# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113 (JXN)(LDW) |
| This Document Relates to: *Whiteside, et al. v. Apple Inc.*, No. 2:24-cv-9658 | MDL No. 3113<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Thomas Leonard, by and through his undersigned counsel, voluntarily dismisses, without prejudice and without waiving his right to participate in any recovery as an absent class member, his claims against Defendant Apple Inc. ("Apple"). Apple has not served an answer or motion for summary judgment.

Respectfully submitted,

Dated: November 20, 2025

**ALTSHULER BERZON LLP**
*/s/ James Finberg*
James Finberg
Michael Rubin
Corinne Johnson
177 Post St., Ste. 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Email: jfinberg@altber.com
        mrubin@altber.com
        cjohnson@altber.com

*Counsel for Plaintiff Thomas Leonard*

_____
**JULIEN XAVIER NEALS**
**United States District Judge**