

January 9, 2026

**VIA ECF**

The Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

```
SO ORDERED.
s/ Leda Dunn Wettre, U.S.M.J.
Dated:      1/12/2026
```

      Re:    *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Judge Wettre:

      We write on behalf of the Direct iPhone Purchasers, Indirect iPhone Purchasers, and Direct Apple Watch Purchasers (together, the "MDL Plaintiffs"). In the Case Management Order Your Honor issued on December 4, 2025 (ECF 142), Your Honor ordered the parties to make a joint submission on January 12, 2026 to propose a new substantial completion deadline. The parties have been meeting and conferring on that question, but have not come to agreement at this time.

      The MDL Plaintiffs respectfully request to extend the deadline for the joint submission to January 14, 2026. Apple does not oppose this request.

Respectfully submitted,

Jennifer Scullion