Gayle M. Blatt (SBN 122048)
P. Camille Guerra (SBN 326546)
CASEY GERRY FRANCAVILLA BLATT LLP
110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
gmb@cglaw.com
camille@cglaw.com

*Counsel for Plaintiffs Anali Herrerias and Mariah Nayeri*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates To: All Actions* | Case No. 2:24-md-03113-JXN-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>MDL 3113 |

TO THE COURT AND COUNSEL OF RECORD: Please take notice that Mariah Nayeri hereby voluntarily dismisses their claims against defendant Apple, Inc., pursuant to Fed. R. Civ. P. 41(a).

Dated: January 29, 2026

Respectfully submitted,

**CASEY GERRY FRANCAVILLA BLATT LLP**

By:   */s/ Gayle M. Blatt*
         Gayle M. Blatt

110 Laurel Street
San Diego, CA 92101
Tel: (619) 238-1811
Fax: (619) 544-9232
gmb@cglaw.com

*Counsel for Plaintiffs*