Hae Sung Nam
**KAPLAN FOX & KILSHEIMER LLP**
800 Third Avenue, 38th Floor
New York, NY 10022
Tel.: (212) 687-1980
Fax: (212) 687-7715
Email: hnam@kaplanfox.com

*Counsel for Plaintiffs Christopher Miller and Angela Boykin*

*[Additional counsel appear on signature page]*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>Miller et al. v. Apple, Inc.<br>Case No.: 2:24-cv-07291-JNX-LDW (D.N.J.) | Case No. 2:24-md-03113-JXN-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

TO THE COURT AND COUNSEL OF RECORD: Plaintiffs, Christopher Miller and Angela Boykin, by and through undersigned counsel, hereby gives notice of voluntary dismissal of this case without prejudice against Defendant Apple, Inc, pursuant to Fed. R. Civ. P. 41(a).

Dated: February 11, 2026         Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**

By: /s/   *Hae Sung Nam*
     Hae Sung Nam

Kaplan Fox & Kilsheimer LLP
800 Third Avenue, 38th Floor
New York, NY 10022
Tel: (212) 687-1980
Fax: (212) 687-7714
Email: hnam@kaplanfox.com

Laurence D. King (SBN 206423)
Matthew George (SBN 239322)
Blair E. Reed (SBN 316791)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1501
Oakland, CA 94612
Tel.: (415) 772-4700
Fax: (415) 772-4707
Email:  lking@kaplanfox.com
  mgeorge@kaplanfox.com
  breed@kaplanfox.com

*Counsel for Plaintiffs Christopher Miller and Angela Boykin*

2