Timothy N. Matthews
(NJ ID No. 022262003)
**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**
361 West Lancaster Avenue
Haverford, PA 19041
Tel: (610) 642-8500
tnm@chimicles.com

*Counsel for Plaintiff Kevin Melkowski*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates To: All Actions* | Case No. 2:24-md-03113-JXN-LDW<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>MDL 3113 |

TO THE COURT AND COUNSEL OF RECORD: Please take notice that Kevin Melkowski hereby voluntarily dismisses his claims against defendant Apple, Inc., pursuant to Fed. R. Civ. P. 41(a) without prejudice.

Dated: March 4, 2026

Respectfully submitted,

**CHIMICLES SCHWARTZ KRINER & DONALDSON-SMITH LLP**

<u>/s/ Timothy N. Mathews</u>
Timothy N. Mathews
(NJ ID No. 022262003)
361 West Lancaster Avenue
Haverford, PA 19041
Phone: 610-642-8500
Fax: 610-649-3633
tnm@chimicles.com

*Counsel for Plaintiff Kevin Melkowski*

**So ORDERED on 3/5/2026:**

JULIEN XAVIER NEALS
United States District Judge