**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Civil Action No.<br>24-md-3113 (JXN) (LDW)<br><br>MDL 3113<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a March 18, 2026 case management conference before the undersigned, and for good cause shown,

**IT IS, on this 6th day of April 2026, ORDERED** that the Joint Scheduling and Case Management Order entered December 5, 2025 (ECF 142) is hereby amended as follows:

1. Documents shall be produced on a rolling basis, and document productions (for requests served on or prior to January 5, 2026) shall be substantially completed no later than **June 15, 2026**.

2. Contention interrogatories shall not be served before **December 30, 2026** unless otherwise permitted by the Court. Responses to contention interrogatories shall be served on or before **February 12, 2027**. If a response to a contention interrogatory or portion thereof calls for expert opinion to be addressed in expert discovery, the response to that contention interrogatory or portion thereof shall be served on or before **October 6, 2027**.

3. Fact discovery is extended through **January 29, 2027**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

4. Opening expert reports in support of class certification shall be served on or before **April 2, 2027**.

5. Rebuttal expert reports regarding class certification shall be served on or before **July 1, 2027**.

6.  Reply expert reports in support of class certification shall be served on or before **September 22, 2027**.

7.  Expert discovery concerning class certification, including the depositions of any expert witnesses, shall be completed on or before **November 3, 2027**.

8.  Plaintiffs' motion for class certification shall be served <u>but not filed</u> on or before **November 23, 2027**.

9.  Apple's opposition to plaintiffs' motion for class certification and *Daubert* motion(s) against plaintiffs' class certification experts shall be served <u>but not filed</u> on or before **February 4, 2028**.

10. Plaintiffs' reply in further support of the motion for class certification, *Daubert* motions(s) against Apple's class certification experts, and opposition to Apple's *Daubert* motion(s) shall be served <u>but not filed</u> on or before **April 17, 2028**.

11. Apple's reply in further support of its *Daubert* motion(s) against plaintiffs' class certification experts shall be served <u>but not filed</u> on or before **May 12, 2028**.

12. Apple's opposition to plaintiffs' *Daubert* motion(s) shall be served <u>but not filed</u> on or before **May 12, 2028**.

13. Plaintiffs' reply in further support of their *Daubert* motion(s) against Apple's class certification experts shall be served on or before **June 6, 2028**.

14. All class certification and class certification-related *Daubert* motion papers shall be filed when the motions are fully briefed on **June 6, 2028**.

15. The parties shall appear for an in-person case management conference before the undersigned on **May 27, 2026** in Courtroom 3C of the Martin Luther King Jr. Federal Building and U.S. Courthouse.  The conference will begin immediately following the

conclusion of the 10:00 a.m. conference in *United States v. Apple Inc.*, 24-cv-4055 (JXN) (LDW).  The parties shall submit a joint status letter to the Court no later than **May 13, 2026**.

       *s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge

3