**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 24-md-3113-JXN-LDW |
|  | MDL No. 3113 |
| *This Document Relates to:* | Hon. Julien X. Neals, U.S.D.J. |
|  | Hon. Leda D. Wettre, U.S.M.J. |
| *Giamanco v. Apple Inc.,* 24-cv-7238-JXN-LDW |  |

**ORDER GRANTING DIRECT APPLE WATCH PURCHASER PLAINTIFFS' CROSS-MOTION FOR ISSUANCE OF LETTER OF REQUEST UNDER THE HAGUE CONVENTION TO SAMSUNG ELECTRONICS CO., LTD. IN THE REPUBLIC OF KOREA**

**THIS MATTER** having come before the Court by way of the Cross Motion of Direct Apple Watch Purchaser Plaintiffs by and through their attorneys for the entry of an Order Issuing a Letter of Request to Samsung Electronics Co., Ltd., pursuant 28 U.S.C. § 1781 and Chapter I to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555, (the "Cross Motion"), and the Court having considered the submissions of the parties and argument of counsel (if any) and for good cause having been shown,

**IT IS ON THIS** __7th__ day of _____May_____, 2026

**ORDERED** that Direct Apple Watch Purchaser Plaintiffs' Cross Motion is hereby GRANTED; and it is further

**SO ORDERED** that the Court shall execute the submitted Letter of Request for International Judicial Assistance with an original signature, to which the clerk shall affix an original seal, and two hard copies of said document will be forwarded to counsel for Direct Apple Watch Purchaser Plaintiffs to allow for service in accordance with the provisions of the Hague Service Convention.

Hon. Leda D. Wettre
United States Magistrate Judge

** The Clerk of Court is directed to terminate the motion at ECF 180.