# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                    Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>                    Defendant. | Case No. 2:24-cv-04055<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-MD-3113<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>***Document filed electronically*** |

## ORDER
## GRANTING APPLE INC.'S MOTION FOR ISSUANCE OF LETTER OF REQUEST UNDER THE HAGUE EVIDENCE CONVENTION TO SAMSUNG ELECTRONICS CO., LTD. IN THE REPUBLIC OF KOREA

**THIS MATTER** having come before the Court by way of the Motion of Defendant Apple Inc. by and through its attorneys for the entry of an Order Issuing a Letter of Request to Samsung Electronics Co., Ltd. pursuant to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444, and 28 U.S.C. § 1781 (the "Motion"), and the Court having considered the submissions of the parties and argument of counsel (if any), and for good cause having been shown,

IT IS ON THIS _7th_ day of _May_ , 2026

**ORDERED** that Defendant's Motion is hereby **GRANTED**; and it is further

**SO ORDERED** The Court shall execute the submitted Letter of Request For International Judicial Assistance with an original signature, to which the clerk shall affix an original seal, and two hard copies of said document will be forwarded to counsel for Apple to allow for service in accordance with the provisions of the Hague Service Convention.

_Leda Dunn Wettre_
_____
Hon. Leda D. Wettre
United States Magistrate Judge

** The Clerk of Court is directed to terminate the motion at ECF 178.