**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 24-md-3113-JXN-LDW |
| | MDL No. 3113 |
| This Document Relates to: | Hon. Julien X. Neals, U.S.D.J. |
| | Hon. Leda D. Wettre, U.S.M.J. |
| All Direct Purchaser Actions and All Indirect Purchaser Actions | **RETURN DATE: MAY 26, 2026** |

**DIRECT IPHONE PURCHASER PLAINTIFFS' AND INDIRECT IPHONE PURCHASER PLAINTIFFS' NOTICE OF CROSS-MOTION FOR ISSUANCE OF LETTER OF REQUEST UNDER THE HAGUE CONVENTION TO SAMSUNG ELECTRONICS CO., LTD. IN THE REPUBLIC OF KOREA**

**PLEASE TAKE NOTICE** that Direct iPhone Purchaser Plaintiffs and Indirect iPhone Purchaser Plaintiffs (collectively, "iPhone Plaintiffs") will cross-move before the Honorable Leda D. Wettre, U.S.M.J., at a date and time to be determined by the Court, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order issuing a Request for International Judicial Assistance pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555, to Samsung Electronics Co., Ltd. in the Republic of Korea.

**PLEASE TAKE FURTHER NOTICE** that, in support of this cross-motion, iPhone Plaintiffs will rely on their accompanying Memorandum in Support and the Declaration of Zachary S. Bower with Exhibits A–C.

**PLEASE TAKE FURTHER NOTICE** that a Proposed Order is attached.

Dated: May 14, 2026

*Respectfully submitted,*

*/s/ Joseph J. DePalma*
Joseph J. DePalma
**LITE DEPALMA GREENBERG
& AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel.: (973) 623-3000
jdepalma@litedepalma.com

*Liaison Counsel for Direct iPhone Purchaser
Plaintiffs*

*/s/ James E. Cecchi*
James E. Cecchi
**CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com

*/s/ Dena Sharp*
Dena Sharp
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel.: (415) 981-4800
dsharp@girardsharp.com

*/s/ William Christopher Carmody*
William Christopher Carmody
Shawn J. Rabin
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com

*/s/ Steven W. Berman*
Steven W. Berman
**HAGENS BERMAN SOBOL
SHAPIRO, LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
steve@hbsslaw.com

*/s/ Christopher A. Seeger*
Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

*/s/ Melinda R. Coolidge*
Melinda R. Coolidge
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Tel.: (202) 540-7200
mcoolidge@hausfeld.com

*Interim Co-Lead Counsel for Direct iPhone Purchaser Plaintiffs*

/s/ Stanley O. King
Stanley O. King
**JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.**
231 S. Broad Street
Woodbury, NJ 08096
Tel.: (856) 845-3001
Attorney ID No. 03413-1996

*Liaison Counsel for
Indirect iPhone Purchaser Plaintiffs*

/s/ Michael Dell'Angelo
Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
mdellangelo@bergermontague.com

/s/ Heidi M. Silton
Heidi M. Silton
**LOCKRIDGE GRINDAL
NAUEN PLLP**
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
hmsilton@locklaw.com

/s/ Todd M. Schneider
Todd M. Schneider
**SCHNEIDER WALLACE COTTRELL
KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
tschneider@schneiderwallace.com

/s/ Jeffrey L. Spector
Jeffrey L. Spector
**SPECTOR ROSEMAN & KODROFF, P.C.**
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300 jspector@srkattorneys.com

*Interim Co-Lead Counsel for Indirect iPhone Purchaser Plaintiffs*

3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 14, 2026, 2026, a copy of the foregoing and all accompanying documents was served on all counsel of record via the Court's electronic filing system.

/s/ Joseph J. DePalma
Joseph J. DePalma
**LITE DEPALMA GREENBERG
& AFANADOR, LLC**
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel.: (973) 623-3000
jdepalma@litedepalma.com