**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 24-md-3113-JXN-LDW |
| | MDL No. 3113 |
| This Document Relates to: | Hon. Julien X. Neals, U.S.D.J. |
| | Hon. Leda D. Wettre, U.S.M.J. |
| All Direct Purchaser Actions and All Indirect Purchaser Actions | |

**[PROPOSED] ORDER GRANTING DIRECT IPHONE PURCHASER PLAINTIFFS' AND INDIRECT IPHONE PURCHASER PLAINTIFFS' CROSS-MOTION FOR ISSUANCE OF LETTER OF REQUEST UNDER THE HAGUE CONVENTION TO SAMSUNG ELECTRONICS CO., LTD. IN THE REPUBLIC OF KOREA**

**THIS MATTER** having come before the Court by way of the Cross-Motion of Direct iPhone Purchaser Plaintiffs and Indirect iPhone Purchaser Plaintiffs (collectively, "iPhone Plaintiffs"), by and through their attorneys, for the entry of an Order Issuing a Letter of Request to Samsung Electronics Co., Ltd., pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18, 1970, T.I.A.S. No. 7444, 23 U.S.T. 2555 (the "Cross-Motion"), and the Court having considered the submissions of the parties and the argument of counsel (if any), and for good cause having been shown,

**IT IS ON THIS _____ day of _____, 2026,**

**ORDERED** that iPhone Plaintiffs' Cross-Motion is hereby **GRANTED**; and it is further

**SO ORDERED** that the Court shall execute the submitted Letter of Request for International Judicial Assistance with an original signature, to which the Clerk shall affix an original seal, and two hard copies of said document will be forwarded to counsel for iPhone Plaintiffs to allow for service in accordance with the provisions of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters.

_____

Hon. Leda D. Wettre
United States Magistrate Judge