AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey  ▼

| | | |
|---|---|---|
| Joseph Giamanco | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-md-03113-JXN-LDW |
| Apple, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Giamanco, individually and on behalf of all others similarly situated                    .

Date:     05/15/2026

/s/ Anthony R. Guttman
*Attorney's signature*

Anthony R. Guttman (D.C. Bar No. 1754586)
*Printed name and bar number*
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C
1615 M St., N.W., Suite 400
Washington, D.C. 20036-3215

*Address*

aguttman@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*