# UNITED STATES DISTRICT COURT

for the

District of New Jersey ▾

| | |
|---|---|
| Joseph Giamanco | ) |
| *Plaintiff* | ) |
| v. | ) |
| Apple, Inc. | ) |
| *Defendant* | ) |

Case No.   2:24-md-03113-JXN-LDW

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Giamanco, individually and on behalf of all others similarly situated                              .

Date:    05/15/2026

/s/ Kathryn E. Ghotbi*
*Attorney's signature*

Kathryn E. Ghotbi (New York Bar No. 5850037)
*Printed name and bar number*
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C
1615 M St., N.W., Suite 400
Washington, D.C. 20036-3215

*Address*

kghotbi@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*

*Admitted only in New York and practicing in
the District of Columbia under the supervision
of members of the Firm.