# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | GRANT Y. LEE*** |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | MAYBOL HALL |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | WILLIAM J. MANORY |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | PATRICK J. DOHERTY |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CIVIL TRIAL ATTORNEY |
| | MEGAN A. NATALE | | ***MEMBER IL BAR ONLY |
| | KEVIN G. COOPER | | +MEMBER FL BAR ONLY |

May 26, 2026

**By ECF**

Hon. Julien X. Neals, U.S.D.J.
U. S. District Court
Martin Luther King Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> **Re:**    ***In re: Apple Inc. Smartphone Antitrust Litigation,***
> **Civil Action No. 2:24-md-03113**

Dear Judge Neals:

On behalf of Plaintiffs in all Tracks in the above-referenced multidistrict litigation, we jointly write to confirm our consent to the Court's proposed appointments of Jose L. Linares, U.S.D.J. (ret.), Ronald J. Hedges, U.S.M.J. (ret.), and Peter F. Bariso, Jr., A.J.S.C. (ret.) as special discovery masters. We appreciate the Court's careful consideration of the case management needs in these complex matters and welcome the assistance of the Special Masters.  We are available, as always, to discuss this matter with the Court should you have any questions.

Respectfully submitted,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO

*/s/ James E. Cecchi*

James E. Cecchi

JEC:neh