AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | | |
|---|---|---|---|
| Joseph Giamanco | ) | | |
| *Plaintiff* | ) | | 2:24-cv-07238-JXN-LDW |
| v. | ) | Case No. | 2:24-md-03113-JXN-LDW |
| Apple, Inc. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Giamanco, individually and on behalf of all others similarly situated, and Putative Direct Apple Watch Purchaser Plaintiff Class .

Date:     6/17/2026

/s/ Caroline Grueskin
*Attorney's signature*

Caroline Grueskin
*Printed name and bar number*

MoloLamken LLP
600 New Hampshire Ave., NW
Washington, DC  20037
*Address*

cgrueskin@mololamken.com
*E-mail address*

202-556-2016
*Telephone number*

202-556-2001
*FAX number*