# McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

June 19, 2026

**Via ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King, Jr. Federal Building
 & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

>          **Re:**     **In re Apple Inc. Smartphone Antitrust Litigation**
>                 **Case No. 2:24-md-03113-JXN-LDW**

Dear Judge Wettre:

The Watch Purchaser Plaintiffs' counsel appearing for Your Honor's Tuesday, June 23, 2026, Case Management Conference are:

| | | |
|---|---|---|
| Thomas R. Curtin | - | McElroy Deutsch |
| Ariela M. Migdal | - | Kellogg Hansen |
| Rund M.  Khayyat | - | Kellogg Hansen |
| Lauren F. Dayton | - | Molo Lamken |

Respectfully Submitted,

McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP

*/s/ Thomas R. Curtin*

Thomas R. Curtin

TRC/jtt

cc:  All Counsel (Via ECF)

NEW JERSEY    NEW YORK    PENNSYLVANIA    CONNECTICUT    MASSACHUSETTS    COLORADO    DELAWARE    FLORIDA    RHODE ISLAND

#20004583v1<MDMDOCS>