# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE INC.,<br><br>    Defendant. | Case No. 2:24-cv-04055-JXN-LDW |
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-3113-JXN-LDW |

## AFFIDAVIT OF RONALD J. HEDGES

State of New Jersey  )

                     ) ss:

County of Essex      )


Ronald J. Hedges, of full age and sound mind, being duly sworn according to law, deposes and says:

1. I submit this Affidavit pursuant to 28 U.S.C. Section 455.
2. I am a former United States Magistrate Judge for the District of New Jersey (1986-2007).
3. I am the principal of Ronald J. Hedges LLC.
4. There is no basis for my disqualification under 28 U.S.C. Section 455(a) or (b).

I swear that the statements in this affidavit are true and correct. I am aware that I am subject to punishment if any of my statements are willfully false.

Dated: June 23, 2026