**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113<br><br>24-md-3113 (JXN) (LDW)<br><br>**ORDER** |

In accordance with the June 18, 2026 Special Master Appointment Order (ECF 208),

**IT IS** on this day, June 26, 2026, **ORDERED** that:

1. The disputes concerning (a) whether Apple should be excused from logging communications with outside counsel in a privilege log, (b) document processing and imaging errors, and (c) Plaintiffs' RFPs to Apple, which are reflected in Sections II, IV, and V of the joint dispute letter at ECF 192, are referred to Special Master Ronald J. Hedges.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge