**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN) (LDW) |

**NOTICE OF CHANGE OF FIRM NAME**

TO THE COURT AND ALL ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that effective immediately the law firm of Spector Roseman & Kodroff, P.C. has changed its name to Spector Caldes & Corrigan, PC. The firm's address, telephone number, and fax number remain unchanged. The firm's email domain has changed from @srkattorneys.com to @scc.law. Counsel respectfully requests that the Court and all parties update their records accordingly.

DATED: July 6, 2026

/s/ *William G. Caldes*
William G. Caldes
Jeffrey L. Spector
**SPECTOR CALDES & CORRIGAN, PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
bcaldes@scc.law
jspector@scc.law

*Interim Co-Lead Counsel for Indirect*
*iPhone Purchaser Plaintiffs*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 6th day of July, 2026, a true and correct

copy of NOTICE OF CHANGE OF FIRM NAME was filed with the Court and served on all

parties to this action via the CM/ECF.


/s/ *William G. Caldes*
William G. Caldes