# McCarter & English

**Jose L. Linares**
Partner

T. 973-639-7944
F. 973-297-3743

jlinares@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

July 6, 2026

**VIA ECF**

Hon. Julien X. Neals, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom 5D
Newark, NJ 07102

Hon. Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Courtroom 3C
Newark, NJ 07102

> **Re:** *United States of America, et al. v. Apple Inc.*, Civil Action No.:
> 24-4055; *In re Apple Inc. Smartphone Antitrust Litig.*, Civil Action No.:
> <u>24-md-3113</u>

Dear Judges Neals and Wettre:

I hope this letter finds you well. I am writing in connection with the above referenced matters to advise the Court and counsel that I have been asked to conduct a confidential mediation in an unrelated patent litigation pending in the District of New Jersey. The parties and subject matter of that case are different from the parties and subject matter of this case, thus, there is no relation to the subject dispute. However, some of the attorneys in the proposed mediation are also involved in the Apple litigation, wherein I have been appointed as one of the Special Masters. Accordingly, for transparency, I am making this disclosure although there is no conflict of interest nor would that mediation have any impact on my ability to serve as an impartial Special Master.

To the extent that the Court or any party has any objections or concerns, I will decline the proposed mediation. Therefore, I ask that the parties please advise the Court and the undersigned of any concerns as soon as possible (preferably, if the Court agrees, by end of business Wednesday) so that I can advise the mediation parties in the event that they need to make alternative arrangements.

Respectfully submitted,

/s/ *Jose L. Linares*
Hon. Jose L. Linares, U.S.D.J. (ret.).

ME1\61740786.v1

September 18, 2024
Page 2

CC: All counsel of recover (via ECF)

ME1\61740786.v1