UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                                   :
                                                                   :
                                                                   :
                                                                   :
IN RE: APPLE INC. SMARTPHONE                                       :
ANTITRUST LITIGATION                                              :        Case No. 2:24-md-03113
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

APPEARANCE OF COUNSEL

To:     The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this

case as counsel for: Defendant Apple Inc.

Date: 7/6/2026

                                    _____s/ David A. O'Neil_____
                                              *Attorney's signature*

                                    _____David A. O'Neil / DC 1030615__
                                           *Printed name and bar number*


                                          Debevoise & Plimpton LLP
                                          801 Pennsylvania Ave NW
                                    _____Washington, DC 20004_____
                                                   *Address*

                                    _____daoneil@debevoise.com_____
                                               *E-mail address*

                                    _____(202) 383-8000_____
                                             *Telephone number*


                                    _____(202) 383-8118_____
                                               *FAX number*