UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
IN RE: APPLE INC. SMARTPHONE            :
ANTITRUST LITIGATION                    :        Case No. 2:24-md-03113
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this

case as counsel for: Defendant Apple Inc.


Date: 7/6/2026

                              _____s/ Michael Schaper_____
                                        *Attorney's signature*

                              ____Michael Schaper / NY 4033486____
                                    *Printed name and bar number*


                                    Debevoise & Plimpton LLP
                              __66 Hudson Blvd, New York, NY 10001
                                              *Address*

                              _____mschaper@debevoise.com_____
                                          *E-mail address*

                              _____(212) 909-6000_____
                                        *Telephone number*


                              _____212 909 6836_____
                                          *FAX number*