UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                      :

IN RE: APPLE INC. SMARTPHONE        :
ANTITRUST LITIGATION                  :       Case No. 2:24-md-03113

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

APPEARANCE OF COUNSEL

To:    The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendant Apple Inc.

Date: 7/6/2026

                           _____s/ Anna Moody_____
                                    *Attorney's signature*

                           _____Anna Moody / DC 1047647_____
                             *Printed name and bar number*

                              Debevoise & Plimpton LLP
                              801 Pennsylvania Ave NW
                          _____Washington, DC 20004_____
                                     *Address*

                          _____amoody@debevoise.com_____
                                  *E-mail address*

                              _____(202) 383-8000_____
                                *Telephone number*

                            _____(202) 383-8118_____
                                  *FAX number*