

## CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | BRITTNEY M. MASTRANGELO |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | GRANT Y. LEE*** |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | MAYBOL HALL |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | WILLIAM J. MANORY |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | NESLIHAN Z. TALU |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | PATRICK J. DOHERTY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | *CERTIFIED BY THE SUPREME COURT OF |
| | MICHAEL A. INNES | | NEW JERSEY AS A CIVIL TRIAL |
| | MEGAN A. NATALE | | ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

July 6, 2026

<u>Via ECF</u>

Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: In re: Apple Inc. Smartphone Antitrust Litigation,
     Civil Action No. 2:24-md-03113

Dear Judge Wettre:

   We write on behalf of Co-Lead Interim Class Counsel representing the direct purchasers of iPhones ("DP Plaintiffs"), direct purchasers of Apple Watches ("AW Plaintiffs) and the indirect purchasers of iPhones ("IP Plaintiffs") in this litigation (collectively, "Private Plaintiffs"). In accordance with Judge Hedges' request, we confirm that in any of our motions for class certification in the above-captioned matter, all Special Masters will be excluded from our proposed class definitions.

   Thank you for your continued attention and, as always, we are available at your convenience should the Court have any questions.

     Respectfully Submitted,

     CARELLA BYRNE CECCHI
     BRODY & AGNELLO, P.C.

     <u>*/s/James E. Cecchi*</u>
     James E. Cecchi

Cc:
   Hon. Ronald J. Hedges (ret.)
   Hon. Jose L. Linares (ret.)

July 6, 2026
Page  2

    Hon. Peter F. Bariso, Jr. (ret.)