

## CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

| | | | |
|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | OF COUNSEL | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | MELISSA E. FLAX | PETER G. STEWART | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | CARL R. WOODWARD, III | BRITTNEY M. MASTRANGELO |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | FRANCIS C. HAND | GRANT Y. LEE*** |
| | BRIAN H. FENLON | JAMES A. O'BRIEN, III | MAYBOL HALL |
| | CAROLINE F. BARTLETT | JOHN G. ESMERADO | WILLIAM J. MANORY |
| CHARLES C. CARELLA | ZACHARY S. BOWER+ | STEVEN G. TYSON | NESLIHAN Z. TALU |
| 11/21/33 – 11/4/23 | DONALD A. ECKLUND | MATTHEW J. CERES | PATRICK J. DOHERTY |
| | CHRISTOPHER H. WESTRICK* | ZACHARY A. JACOBS*** | |
| | STEPHEN R. DANEK | JASON H. ALPERSTEIN | *CERTIFIED BY THE SUPREME COURT OF |
| | MICHAEL A. INNES | | NEW JERSEY AS A CIVIL TRIAL |
| | MEGAN A. NATALE | | ATTORNEY |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY |
| | | | +MEMBER FL BAR ONLY |

July 7, 2026

<u>Via ECF</u>

Hon. Julien Xavier Neals, U.S.D.J.
Hon. Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    In re: Apple Inc. Smartphone Antitrust Litigation,
                Civil Action No. 2:24-md-03113

Dear Judge Neals and Judge Wettre:

We write on behalf of Co-Lead Interim Class Counsel representing the direct purchasers of iPhones ("DP Plaintiffs"), direct purchasers of Apple Watches ("AW Plaintiffs) and the indirect purchasers of iPhones ("IP Plaintiffs") in this litigation (collectively, "Private Plaintiffs"). We are filing two orders entered by Special Master Ronald J. Hedges today: (1) Special Master's Discovery Order No. 1, and (2) Stipulation and Order Re: Privilege Log Exclusions.

Thank you for your continued attention and, as always, we are available at your convenience should the Court have any questions.

             Respectfully Submitted,

             CARELLA BYRNE CECCHI
             BRODY & AGNELLO, P.C.

             <u>*/s/James E. Cecchi*</u>
             James E. Cecchi

Cc:
    Hon. Ronald J. Hedges (ret.)
    Hon. Jose L. Linares (ret.)
    Hon. Peter F. Bariso, Jr. (ret.)