**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN) (LDW) |

### SPECIAL MASTER'S DISCOVERY ORDER NO. 1

**THIS MATTER** having come for resolution by Special Master Ronald J. Hedges, pursuant to the Order of Judge Wettre (ECF No. 214), referring disputes concerning (a) whether Apple should be excused from logging communications with outside counsel in a privilege log, (b) document processing and imaging errors, and (c) Plaintiffs' requests for production to Apple, as reflected in Sections II, IV, and V of the parties' joint status letter at ECF No. 192; and the Special Master having conducted a hearing on July 2, 2026, and having reviewed the submissions of the parties;

**IT IS** on this day of July, 2026, **ORDERED** as follows:

1. Apple shall produce to MDL Plaintiffs native format versions of all documents it has produced or will produce in *In re: Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113 (JXN) (LDW).

2. Apple shall search for documents using the search terms MDL Plaintiffs' included in their most recent proposal, dated June 18, 2026, and shall produce all responsive, non-privileged documents no later than 30 days from the date of this Order. This paragraph does not address any other issues, including but not limited to the additional custodians that MDL

Plaintiffs proposed in their most recent proposal, which the parties continue to negotiate and may

raise at a future date, if necessary.

_____

Hon. Ronald J. Hedges, Special Master