**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN) (LDW) |

**STIPULATION AND [PROPOSED] ORDER RE: PRIVILEGE LOG EXCLUSIONS**

The Parties hereby submit the following Stipulation and Order regarding privilege log exceptions.

Whereas on June 6, 2026, Judge Wettre referred a dispute concerning whether Apple should be excused from logging communications with outside counsel in a privilege log to Special Master Ronald J. Hedges (ECF No. 214);

Whereas in a hearing held on July 2, 2026, Special Master Hedges ordered the parties to further meet and confer; and

Whereas the parties hereby stipulate as follows:

1.      To the extent the following communications are privileged or otherwise protected, Apple may exclude them from its privilege logs in *In re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-3113: Documents or communications that (1) are sent solely between Apple and its outside litigation counsel representing Apple in this Action[1], (2) relate to this Action, and (3) are sent after January 6, 2020.

---

[1] "This Action" includes *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-3113 (and related cases consolidated therein) and *United States v. Apple Inc.*, No. 2:24-cv-04055 (and the related pre-Complaint investigation).

2.      Notwithstanding the above paragraph (¶1), documents and communications that Apple withholds on the basis of privilege or other protection that relate to European Union DMA investigations must be logged on a categorical basis, regardless of date or any other consideration.

**Dated: July 6, 2026**

**AGREED TO:**

Cynthia E. Richman (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
(202) 955-8234
crichman@gibsondunn.com

Daniel G. Swanson (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
dswanson@gibsondunn.com

Connor S. Sullivan (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (415) 351-4000
cssullivan@gibsondunn.com

/s/ *Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
darpert@walsh.law

Joseph R. Rose (pro hac vice)
Julian W. Kleinbrodt (pro hac vice)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200
jrose@gibsondunn.com
jkleinbrodt@gibsondunn.com

Attorneys for Defendant Apple Inc.

William Christopher Carmody
Shawn J. Rabin
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel: (212) 336-8330
Email: bcarmody@susmangodfrey.com
Email: srabin@susmangodfrey.com

Christopher A. Seeger
SEEGER WEISS, LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Tel: 973-639-9100
Email: cseeger@seegerweiss.com

Dena Sharp
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: 415-981-4800
Email: dsharp@girardsharp.com

/s/ James E. Cecchi
James E. Cecchi
CARELLA BYRNE CECCHI
BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, NJ 07068
Tel: 973-994-1700
Email: jcecchi@carellabyrne.com

Steven W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101
Tel: 206-623-7292
Email: steve@hbsslaw.com

Melinda R. Coolidge
HAUSFELD LLP
888 16th Street, NW Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Email: mcoolidge@hausfeld.com

*Co-Lead Interim Class Counsel for Direct iPhone Purchaser Plaintiffs*

Joseph J. DePalma
LITE DEPALMA GREENBERG
& AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Email: jdepalma@litedepalma.com

*Liaison Counsel for Direct iPhone Purchaser Plaintiffs*

Michael Critchley Sr.
CRITCHLEY, KINUM & LURIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 422-9200
Email: mcritchley@critchleylaw.com

*Trial Counsel/Direct iPhone Purchaser Plaintiffs*

Heidi M. Silton
LOCKRIDGE GRINDAL
NAUEN PLLP
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Email: hmsilton@locklaw.com

Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL
KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Email: mweiler@schneiderwallace.com

/s/ Michael Dell'Angelo
Michael Dell'Angelo
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com

Jeffrey L. Spector
SPECTOR CALDES & CORRIGAN, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Email: jspector@scc.law

*Co-Lead Interim Class Counsel for Indirect iPhone Purchaser Plaintiffs*

Stanley O. King
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.
231 S. Broad Street
Woodbury, NJ 08096
Tel: (856) 845-3001
Email: sking@lawjw.com

*Liaison Counsel for Indirect iPhone Purchaser Plaintiffs*

Steven F. Molo
Lauren F. Dayton
Eric Posner
Matthew E. Gold
Sofia M. Debbiche
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 450-6700
smolo@mololamken.com
ldayton@mololamken.com
eposner@mololamken.com
mgold@mololamken.com
sdebbiche@mololamken.com

Kayvon Ghayoumi
Caroline A. Veniero
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Tel: (202) 556-2000
kghayoumi@mololamken.com
cveniero@mololamken.com

George A. Zelcs
David Walchak
Daniel Epstein
KOREIN TILLERY LLC
205 North Michigan Ave., Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750
gzelcs@koreintillery.com
dwalchak@koreintillery.com
depstein@koreintillery.com

Stephen M. Tillery
Carol O'Keefe
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844
stillery@koreintillery.com
cokeefe@koreintillery.com

/s/ Thomas R. Curtin
Thomas R. Curtin
Kathleen N. Fennelly
MCELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com
kfennelly@mdmc-law.com

David C. Frederick
Aaron M. Panner
Alex A. Parkinson
Scott K. Attaway
Ariela M. Migdal
Katherine V. Tondrowski
Rund M. Khayyat
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
dfrederick@kellogghansen.com
apanner@kellogghansen.com
aparkinson@kellogghansen.com
sattaway@kellogghansen.com
amigdal@kellogghansen.com
ktondrowski@kellogghansen.com
rkhayyat@kellogghansen.com

*Co-Lead Interim Class Counsel for Direct Apple Watch Purchaser Plaintiffs*

**IT IS SO ORDERED.**

Dated: July 7, 2026

Hon. Ronald J. Hedges, Special Master