**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | : Civil Action No.: 24-cv-3113-JXN-LDW |
| | : |
| | : MDL No. 3113 |
| *This Document Relates to:* | : |
| *All Direct Purchaser Plaintiff Actions* | : |
| | : |
| | : |
| | : |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that SHAYLA JANELLE HARRIS of Hausfeld

LLP hereby enters his appearance as counsel of record for Plaintiffs Sochi Goldfus

and Ira Polly, individually and on behalf of all others similarly situated.


Dated:        July 7, 2026

                                                          */s/ Shayla Janelle Harris*
                                                          Shayla Janelle Harris
                                                          **HAUSFELD LLP**
                                                          33 Whitehall Street
                                                          14th Floor
                                                          New York, New York 10004
                                                          Tel: (646) 357-1100
                                                          sharris@hausfeld.com

## **CERTIFICATE OF SERVICE**

I, Shayla Janelle Harris do hereby certify that the foregoing Notice of Appearance was filed and served on all counsel electronically via the Court's CM/ECF system.

Dated:    July 7, 2026

/s/ Shayla Janelle Harris
Shayla Janelle Harris