**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: APPLE INC. SMARTPHONE
ANTITRUST LITIGATION

*This Document Relates to:*
*ALL ACTIONS*

Case No. 2:24-md-03113 (JXN) (LDW)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that NICHOLAS J. ALICATA of Spector Caldes & Corrigan,

PC hereby enters his appearance as counsel of record for Plaintiffs Christina Kolinsky, Sidney

Rossi, and Nicole Arends, individually and on behalf of all others similarly situated.

DATED: July 7, 2026

/s/ *Nicholas J. Alicata*
Nicholas J. Alicata
**SPECTOR CALDES & CORRIGAN, PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel:  (215) 496-0300
Fax:  (215) 496-6611
nalicata@scc.law

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 7th day of July, 2026, a true and correct

copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all

parties to this action via the CM/ECF.


/s/ *Nicholas J. Alicata*
Nicholas J. Alicata