UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
IN RE: APPLE INC. SMARTPHONE                                        :
ANTITRUST LITIGATION                                               :        Case No. 2:24-md-03113
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
                                                                   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

        I am admitted or otherwise authorized to practice in this court, and I appear in this

        case as counsel for: Defendant Apple Inc.

Date: 7/10/2026

|                                          |
| ---------------------------------------- |
| s/ Edward D. Hassi                       |
| *Attorney's signature*                   |

|                                          |
| ---------------------------------------- |
| Edward D. Hassi / DC 1026776             |
| *Printed name and bar number*            |

|                                          |
| ---------------------------------------- |
| Debevoise & Plimpton LLP                 |
| 801 Pennsylvania Ave NW                  |
| Washington, DC 20004                     |
| *Address*                                |

|                                          |
| ---------------------------------------- |
| thassi@debevoise.com                     |
| *E-mail address*                         |

|                                          |
| ---------------------------------------- |
| (202) 383-8000                           |
| *Telephone number*                       |

|                                          |
| ---------------------------------------- |
| (202) 383-8118                           |
| *FAX number*                             |