AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey                    [▼]

In re: Apple Inc. Smartphone Antitrust Litigation )
*Plaintiff* )
v. )                Case No.    2:24-md-03113-JXN-LDW
)
*Defendant* )

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Direct Purchaser Plaintiffs                                                                .

Date:     07/10/2026                                    s/ Jeremy R. Kasha
                                                        *Attorney's signature*

                                                Jeremy Kasha (S.D.N.Y. No.: JK9239)
                                                *Printed name and bar number*

                                                        SEEGER WEISS LLP
                                        100 Church Street New York, NY 10007
                                                        *Address*

                                                jkasha@seegerweiss.com
                                                *E-mail address*

                                                        (973) 639-9100
                                                *Telephone number*

                                                *FAX number*