**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 24-md-3113-JXN-LDW |
| | MDL No. 3113 |
| This Document Relates to: | Hon. Julien X. Neals, U.S.D.J. |
| | Hon. Leda D. Wettre, U.S.M.J. |
| All Direct Purchaser Actions and All Indirect Purchaser Actions | **RETURN DATE: August 17, 2026** |

**DIRECT IPHONE PURCHASER PLAINTIFFS' AND INDIRECT IPHONE PURCHASER PLAINTIFFS' NOTICE OF MOTION FOR ISSUANCE OF A LETTER OF REQUEST UNDER THE HAGUE CONVENTION TO KLARNA BANK AB IN THE KINGDOM OF SWEDEN**

TO:   All Counsel

**COUNSEL:**

**PLEASE TAKE NOTICE** that Direct iPhone Purchaser Plaintiffs and Indirect iPhone Purchaser Plaintiffs (collectively, "iPhone Plaintiffs"), by and through their undersigned counsel, shall move before the Honorable Leda D. Wettre, U.S.M.J., at a date and time to be determined by the Court, at the Martin Luther King Building & United States Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for an Order issuing a Request for International Judicial Assistance pursuant to 28 U.S.C. § 1781 and Chapter I of the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, March 18,

1970, T.I.A.S. No. 7444, 23 U.S.T. 2555, to Klarna Bank AB in the Kingdom of Sweden.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, iPhone Plaintiffs will rely on their accompanying Memorandum of Points and Authorities, the Declaration of Kyle P. Quackenbush with Exhibits A–C annexed thereto, and any additional replies or submissions made hereafter.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that iPhone Plaintiffs will appear for argument on this Motion or provide any other information if requested by the Court.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service is also submitted herewith.

Dated: July 15, 2026

**LITE DEPALMA GREENBERG & AFANADOR, LLC**

*s/ Joseph J. DePalma*
Joseph J. DePalma
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel.: (973) 623-3000
jdepalma@litedepalma.com

*Liaison Counsel for Direct iPhone Purchaser Plaintiffs*

1

s/ James E. Cecchi
James E. Cecchi
**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, NJ 07068
Tel.: (973) 994-1700
jcecchi@carellabyrne.com

s/ Dena Sharp
Dena Sharp
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel.: (415) 981-4800
dsharp@girardsharp.com

s/ William Christopher Carmody
William Christopher Carmody
Shawn J. Rabin
**SUSMAN GODFREY LLP**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel.: (212) 336-8330
bcarmody@susmangodfrey.com
srabin@susmangodfrey.com

s/ Steven W. Berman
Steven W. Berman
**HAGENS BERMAN SOBOL SHAPIRO, LLP**
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel.: (206) 623-7292
steve@hbsslaw.com

s/ Christopher A. Seeger
Christopher A. Seeger
**SEEGER WEISS, LLP**
55 Challenger Road
Ridgefield Park, NJ 07660
Tel.: (973) 639-9100
cseeger@seegerweiss.com

s/ Melinda R. Coolidge
Melinda R. Coolidge
**HAUSFELD LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006
Tel.: (202) 540-7200
mcoolidge@hausfeld.com

*Interim Co-Lead Counsel for Direct iPhone Purchaser Plaintiffs*

s/ Stanley O. King
Stanley O. King
**JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.**
231 S. Broad Street
Woodbury, NJ 08096
Tel.: (856) 845-3001
Attorney ID No. 03413-1996

*Liaison Counsel for Indirect iPhone Purchaser Plaintiffs*

2

s/ *Michael Dell'Angelo*
Michael Dell'Angelo
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel.: (215) 875-3000
mdellangelo@bergermontague.com

s/ *Heidi M. Silton*
Heidi M. Silton
**LOCKRIDGE GRINDAL
NAUEN PLLP**
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel.: (612) 339-6900
hmsilton@locklaw.com

s/ *Todd M. Schneider*
Todd M. Schneider
**SCHNEIDER WALLACE
COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
tschneider@schneiderwallace.com

s/ *Jeffrey L. Spector*
Jeffrey L. Spector
**SPECTOR ROSEMAN &
KODROFF, P.C.** 2001 Market Street,
Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
jspector@srkattorneys.com

*Interim Co-Lead Counsel for Indirect iPhone Purchaser Plaintiffs*

3