# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: APPLE INC. SMARTPHONE
ANTITRUST LITIGATION

Case No. 2:24-md-03113 (JXN) (LDW)

*This Document Relates to:*

*ALL ACTIONS*

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Roxana Moussavian of Hagens Berman

Sobol Shapiro LLP hereby enters her appearance as counsel of record for Plaintiffs

Deborah Collins and Henry Morales, individually and on behalf of all others

similarly situated.

DATED: July 15, 2026

Respectfully submitted,

By: /s/ Roxana Moussavian
    Roxana Moussavian
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Ave., Ste. 300
Berkeley, CA 94710
Telephone: (510) 725-3000
roxana.moussavian@hbsslaw.com

*Attorneys for Plaintiffs*

-1-

011240-11/5050117 V1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 15th day of July, 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

/s/ *Roxana Moussavian*
Roxana Moussavian

-2-

011240-11/5050117 V1