# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: APPLE INC. SMARTPHONE
ANTITRUST LITIGATION

*This Document Relates to:*

*ALL ACTIONS*

Case No. 2:24-md-03113 (JXN) (LDW)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Elizabeth "Ani" Zotti of Hagens Berman

Sobol Shapiro LLP hereby enters her appearance as counsel of record for Plaintiffs

Deborah Collins and Henry Morales, individually and on behalf of all others

similarly situated.

DATED: July 15, 2026        Respectfully submitted,


By: /s/ Elizabeth "Ani" Zotti
    Elizabeth "Ani" Zotti
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Second Ave., Ste. 2000
Seattle, WA 98101
Telephone: (206) 623-7292
ani.zotti@hbsslaw.com

*Attorneys for Plaintiffs*

-1-

011240-11/5050118 V1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 15th day of July, 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

/s/ *Elizabeth "Ani" Zotti*
Elizabeth "Ani" Zotti

-2-

011240-11/5050118 V1