

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

July 16, 2026

**VIA ECF**

Honorable Julien Xavier Neals, U.S.D.J.
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

Re:     *In re: Apple Inc. Smartphone Antitrust Litigation*
         **Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Neals and Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). We write to confirm our understanding of the Special Master Appointment Order as it relates to the time to appeal a ruling of the Special Master.

On July 9, 2026, Apple filed motions for reconsideration of the Special Master's July 7, 2026 order. *See* Dkts. 226-228. Apple's motions for reconsideration remain pending before Special Master Hedges, and the parties are continuing to negotiate potential resolutions of their disputes and meeting with Judge Hedges regarding the same. Apple understands that under the Special Master Appointment Order (Dkt. 208) and Local Civil Rule 72.1(c)(1)(A), Apple's deadline to appeal is tolled until that motion is resolved. *See* Dkt. 208 ¶ 16 ("Any appeal of a ruling made by the Special Master shall be taken to the District Judge through the procedure for appealing described in Paragraph 17 and consistent with Local Civil Rule 72.1(c)(1)."); L. Civ. R. 72.1(c)(1)(A) (providing that, where a timely motion for reargument has been filed, "the time to appeal will begin to run when the parties are served with a copy of the . . . order rendering a determination on the merits of such a motion").

Apple respectfully requests confirmation of that understanding in light of paragraph 17 of the Special Master Appointment Order, which provides that a party may appeal "no later than 14 calendar days after the Special Master's ruling is filed on the docket." *See* Dkt. 208 ¶ 17. Apple has conferred via email with MDL Plaintiffs and the Government in the parallel Government Action on this matter. The United States and Plaintiff States agree with Apple's understanding that the Special Master Appointment Order preserves Local Civil Rule 72.1(c)(1)(A), which tolls the time to appeal a Special Master's order while a motion for reconsideration is pending. Direct Phone Purchaser Plaintiffs and Indirect Phone Purchaser Plaintiffs likewise agree with Apple's understanding that the Special Master Appointment Order preserves Local Civil rule 72.1(c)(1)(A). Watch Plaintiff likewise agrees with Apple's understanding that the Special Master

Hon. Julien Xavier Neals, U.S.D.J.
Hon. Leda D. Wettre, U.S.M.J.
July 16, 2026
Page 2

Appointment Order preserves Local Civil rule 72.1(c)(1)(A), but wishes to expressly reserve its rights to contest all issues with Apple's motions for reconsideration.

To the extent the Court agrees that the Special Master Appointment Order preserves Local Civil Rule 72.1(c)(1)(A), which tolls the deadlines to appeal while a motion for reconsideration is pending, including Apple's current pending motions, Dkts. 226-228, we respectfully request that the Court "So Order" this letter and enter it on the docket. We appreciate the Court's attention to this matter and are available to address any questions at the Court's convenience.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF)


SO ORDERED:

_____