AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | | |
|---|---|---|
| In re: Apple Inc. Smartphone Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   2:24-md-03113-JXN-LDW |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.                                                                                          .

Date:        7/22/2026

/s/ Nicola T. Hanna
*Attorney's signature*

Nicola T. Hanna (CA SBN# 130694)
*Printed name and bar number*

Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA 90071-3197
*Address*

NHanna@gibsondunn.com
*E-mail address*

(213) 229-7269
*Telephone number*

*FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22th day of July, 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

/s/ Nicola T. Hanna

Nicola T. Hanna