AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| In re: Apple Inc. Smartphone Antitrust Litigation | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-md-03113-JXN-LDW |
| | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Apple Inc.                                                                                          .

Date:        7/22/2026                                                    /s/ George J. Hazel
                                                                          *Attorney's signature*

                                                              George J. Hazel (DC SBN# 468838)
                                                                        *Printed name and bar number*

                                                                   Gibson, Dunn & Crutcher
                                                                       1700 M Street, N.W.
                                                                  Washington, D.C. 20036-4504
                                                                              *Address*

                                                                   ghazel@gibsondunn.com
                                                                          *E-mail address*

                                                                       (202) 887-3674
                                                                        *Telephone number*

                                                                          *FAX number*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 22th day of July, 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

/s/ George J. Hazel

George J. Hazel