# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION

This Document Relates to:

*Schwartz et al v. Apple Inc.*, No. 2:24-cv-07195

Case No. 2:24-md-03113 (JXN)(LDW)

MDL No. 3113

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

 

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Zachary Schwartz by and through his undersigned counsel, voluntarily dismisses, without prejudice and without waiving his right to participate in any recovery as an absent class member, his claims against Defendant Apple Inc. ("Apple"). Apple has not served an answer or motion for summary judgment.

Respectfully submitted,

Dated: July 23, 2026

**AHDOOT & WOLFSON, PC**

*/s/ Tina Wolfson*
Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Tina Wolfson (SBN 174806)
twolfson@ahdootwolfson.com
Theodore W. Maya (SBN 223242)
tmaya@ahdootwolfson.com
Christopher E. Stiner (SBN 276033)
cstiner@ahdootwolfson.com
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile: (310) 474-8585

*Counsel for Plaintiff Zachary Schwartz*

---

**JULIEN XAVIER NEALS**
**United States District Judge**