**WALSH**
**PIZZI**
**O'REILLY**
**FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

July 27, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *In re: Apple Inc. Smartphone Antitrust Litigation*
> Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. We write on behalf of Apple to respectfully request an extension of today's deadline until August 10, 2026, to file a motion to seal the Declaration of Jason Lo in support of Apple Inc.'s Letter Brief for Reconsideration of Special Master Order, dated July 9, 2026, with Exhibits A-C (Dkt. No. 227) and the Declaration of Larry Barela in support of Apple Inc.'s Letter Brief for Reconsideration of Special Master Order, dated July 9, 2026 (Dkt. No. 227-1).

Apple requests the extension in order to give the parties additional time to discuss the proposed redactions. Plaintiffs consent to this request. If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF)

SO ORDERED:  7/29/2026

_____
Hon. Leda D. Wettre, U.S.M.J.