**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-3113(JXN)(LDW) <br><br> MDL No. 3113 <br><br> Hon. Julien X. Neals, U.S.D.J. <br> Hon. Leda D. Wettre, U.S.M.J. <br><br> **SPECIAL MASTER CASE MANAGEMENT ORDER** |

WHEREAS, the Special Master having heard from counsel for all parties; and the Special Master having considered the arguments of counsel and the parties' submissions; and good cause appearing;

**IT IS HEREBY ORDERED** as follows:

1. Apple shall use a Technology-Assisted Review ("TAR") 1.0 model (the "Model") using a 75% recall rate.

2. Apple shall provide Plaintiffs with a review sample totaling 100,000 documents, consisting of four sample batches of approximately 25,000 documents each, with the purpose of allowing Plaintiffs to assess the recall rate (the "Production Set"). The documents shall be selected randomly.

3. Apple shall provide the first sample batch to Plaintiffs 14 days after the parties have confirmed the final search terms as to MDL Plaintiffs' First and Second Sets of RFPs, which terms must be finalized no later than August 7, 2026.

4. Plaintiffs will also have the right to request a batch of fewer than 25,000 documents in any sample, though Apple will not be required to produce more than four samples, with each sample not to exceed 25,000 documents, and with the total documents not to exceed 100,000.

5. Thereafter, Apple shall provide sample batches every 10 calendar days. These documents are being provided for validation purposes and shall not be used for any other purpose. To the extent the documents will be produced because they score above the cutoff, litigation Bates-labeled versions will be produced.

6. Before providing a sample batch, Apple may withhold documents on the basis of attorney-client privilege and attorney work product protection. Apple may not screen for personally identifiable information.

7. Apple must identify within the Production Set which documents scored above the cutoff score.

8. The Parties shall meet and confer on a weekly basis related to any disputes related to the sample batches provided to Plaintiffs for validation purposes. In the event the Parties cannot resolve a dispute, the Parties shall contact Special Master Hedges.

9. Apple shall substantially complete production of all documents above the cutoff score, including families, other than those withheld for attorney-client privilege or attorney work product protection, within 75 days of August 7, 2026.

SO ORDERED this ____ day of August, 2026.

_____
HONORABLE RONALD J. HEDGES
Special Master