# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 102.1, please take notice that Katherine V. Tondrowski will no longer be associated with Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and hereby requests withdrawal as counsel for Plaintiff Joseph Giamanco in No. 24-cv-7238 and for the Putative Direct Apple Watch Purchaser Plaintiff Class in No. 24-md-3113.

The withdrawal will not result in any delay because Mr. Giamanco and the Putative Direct Apple Watch Purchaser Plaintiff Class will continue to be represented by MoloLamken LLP; Korein Tillery LLC; Kellogg, Hansen, Todd, Figel & Frederick, PLLC; and McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Correspondence and filings regarding this case should be directed to counsel of record.

Dated: August 7, 2026

Respectfully submitted,

/s/ Katherine V. Tondrowski
Katherine V. Tondrowski
KELLOGG, HANSEN, TODD,
  FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
ktondrowski@kellogghansen.com

---

**SO ORDERED.**

*s/ Leda Dunn Wettre, U.S.M.J.*

**Dated:** _____ 8/10/2026 _____

---

** The Clerk of Court is directed to terminate the motion at ECF 271.

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this document was filed through the Electronic Case Filing system and will be served upon the attorney of record for each party registered to receive electronic service this 7th day of August 2026.

/s/ *Katherine V Tondrowski*
Katherine V. Tondrowski