Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW <br><br> MDL No. 3113 <br><br> **DECLARATION OF LIZA M. WALSH** <br><br> *Filed Electronically* |

I, Liza M. Walsh, hereby declare and state as follows:

1.      I am an attorney admitted to practice before this Court and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Apple Inc. ("Apple") in connection with the above-captioned matter. I am familiar with the facts set forth herein as well as the categories and types of information that Apple keeps confidential. I am also familiar with the harm that Apple would sustain if its confidential information were to become public. I have personal knowledge of the facts set forth in this declaration.

2.      I submit this Declaration on behalf of Apple in support of the Motion to Seal (1) the Declaration of Jason Lo in support of Apple Inc.'s Letter Brief for Reconsideration of Special Master Order, dated July 9, 2026, with Exhibits A-C (Dkt. No. 227), and (2) the

Declaration of Larry Barela in support of Apple Inc.'s Letter Brief for Reconsideration of Special Master Order, dated July 9, 2026 (Dkt. No. 227-1) (collectively, "Confidential Information").

3.    In support of the motion, Apple prepared an Index identifying the specific portions of the relevant documents Apple seeks to maintain under seal and explaining (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; (d) why a less restrictive alternative to the relief sought is not available; (e) any prior order sealing the same materials in the pending action; and (f) the identity of any party or nonparty known to be objecting to the sealing request. The Index is being submitted concurrently herewith as Exhibit 1.

4.    Apple operates in an intensely competitive environment. Apple has serious and legitimate concerns that competitors will be quick to capitalize on any release of Apple's highly sensitive information in order to gain competitive advantage. Similarly, bad actors may exploit non-public information to harm Apple. As such, Apple takes extensive measures to protect the confidentiality of its information.

5.    Apple requests sealing of the Confidential Information that reflects Apple's non-public, proprietary, and/or competitively sensitive business information that it maintains in confidence and is of the type that Apple treats as confidential and proprietary generally. In particular, the Confidential Information concerns nonpublic code names that Apple uses to protect the confidentiality of its business operations, including its development of unannounced products and services. Apple does not publicly disclose its code names.

6. The Confidential Information Apple seeks to seal reflects information that Apple designated as "Highly Confidential" pursuant to the Discovery Confidentiality Order, entered by this Court on October 7, 2025 (Dkt. No. 124) ("DCO").

7. The Confidential Information is before the Court in connection with a discovery dispute before the Special Master, the Honorable Ronald Hedges, U.S.M.J. (Ret.). *See generally* Dkt. No. 226.

8. There is a substantial public interest in ensuring that the nonpublic highly proprietary information remains confidential and not become public at a later date.

9. Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the confidential proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Apple's non-public business information and would likely use the confidential information to enhance their own business operations, better their market and negotiation positions, and cause Apple competitive harm.

10. There is no less restrictive alternative other than sealing the Confidential Information, as set forth in the Index submitted concurrently herewith. Apple's request is narrowly tailored to redact and seal only the confidential information at issue. This is the least restrictive alternative available to protect the non-public confidential information.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

3

WALSH PIZZI O'REILLY FALANGA LLP


Dated: August 10, 2026                    *s/ Liza M. Walsh*
                                          Liza M. Walsh

# Exhibit 1

**INDEX IN SUPPORT OF MOTION TO SEAL**

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| across: Declaration of Jason Lo in support of Apple Inc.'s Letter Brief for Reconsideration of Special Master Order, dated July 9, 2026, with Exs. A-C (Dkt. No. 227) |||||||||| 
| Exhibit B | 57 | 2 | 2 | (i) on line 8, the word between "this includes Project" and ", Project"; (ii) on line 8, the word between ", Project" and ", Project"; (iii) on line 9, the word after ", Project", to the end of the line; (iv) on line 10, the word after "Beeper Mini, and", to the end of the line. | Apple requests sealing of this text because it relates to competitively sensitive aspects of Apple's business, specifically it concerns non-public code names that Apple uses to preserve the confidentiality of its business operations, including its development of unannounced products and services.  This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally.  Producing this information would reveal to competitors and potential bad actors specific code names that Apple does not reveal to the public.  In addition, the Confidential Information reflects | If filed on the public docket, Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the non-public, confidential, proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be publicly disclosed in contravention of the terms of the DCO or the Local Rules.   Competitors would improperly and unfairly benefit from the disclosure of Apple's non-public business information and would likely use this information to enhance their market position and cause Apple competitive harm. | Apple requests sealing only of documents that reflect its confidential information or non-public discovery information. There is no less restrictive alternative other than sealing the Confidential Information.  Apple's request is narrowly tailored to seal the confidential information at issue.  This is the least restrictive alternative available to protect the non-public confidential information.  *See* Walsh Decl. ¶ 10. | No prior order entered in this action. | Plaintiffs take no position on the Motion to Seal. |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the Discovery Confidentiality Order, entered by this Court on October 7, 2025 (Dkt. No. 124) ("DCO"). *See* Declaration of Liza M. Walsh ¶¶ 5–6 ("Walsh Decl.") | *See* Walsh Decl. ¶ 9. | | | |
| Exhibit B | 57 | 2 | 3 | On line 2, the quoted terms between "Search 7.1 (("" and "") OR ("Beeper" NEAR/2". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 57 | 2 | 4 | On line 2, the quoted terms between "Search 7.1 ((" and ") OR ("Beeper" NEAR/5". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 57 | 2 | 6 | On line 2, the quoted terms between "DOJ RFP 7 (Search 7.1): ((" and "") OR ("Beeper" NEAR/2". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 57 | 3 | 2 | (i) on line 8, the word after "this includes Project", to the end of the line; (ii) on line 8, the word after "Project", to the end of the line; (iii) on line 9, the word after "Project", to the end of the line; (iv) on line 10, the word after "Beeper Mini, and", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

3

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 57 | 3 | 4 | On line 2, the quoted terms after "Search 7.2 ("Project", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 57 | 4 | 2 | (i) on line 8, the word after "this includes Project", to the end of the line; (ii) on line 8, the word after "Project", to the end of the line; (iii) on line 9, the word after "Project", to the end of the line; (iv) on line 10, the word after "Beeper Mini, and", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

4

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 57 | 4 | 4 | On line 2, the quoted terms after "Search 7.3 ("Project", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 58 | 1 | 2 | (i) on line 8, the word after "this includes Project", to the end of the line; (ii) on line 8, the word after "Project", to the end of the line; (iii) on line 9, the word after "Project", to the end of the line; (iv) on line 10, the word after "Beeper Mini, and", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

5

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 58 | 2 | 2 | (i) on line 8, the word after "this includes Project", to the end of the line; (ii) on line 8, the word after "Project", to the end of the line; (iii) on line 9, the word after "Project", to the end of the line; (iv) on line 10, the word after "Beeper Mini, and", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 58 | 3 | 3 | On line 2, the quoted terms between "Search 7.1 ((""" and "OR ("Beeper" NEAR/2". | Same as above | Same as above | Same as above | Same as above | Same as above |

6

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 58 | 3 | 6 | On line 2, the quoted terms between "RFP 7 (Search 7.1): (("" and "OR ("Beeper" NEAR/2". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 96 | 1 | 3 | Each quoted term beginning on line 13 with the term after "OR "Play station*" OR", and the first quoted word on line 14. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 96 | 1 | 4 | On line 12, the quoted terms after "OR "Play station*" OR", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 96 | 1 | 6 | On line 17, the quoted terms after "OR "Play station*" OR", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 101 | 3 | 3 | (i) on line 3, the quoted term between ""iWallet" OR "iCard" OR" and "OR ("apple" NEAR/3"; (ii) on line 19, the quoted term after "OR "contactless" OR", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 101 | 3 | 4 | On line 14, the quoted term after "OR "contactless" OR", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 101 | 3 | 6 | On line 19, the quoted term after "OR "contactless" OR", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 108 | 2 | 4 | (i) on line 1, the quoted terms between "("" and "") OR ("Project"; (ii) on line 1, the word between "") OR ("Project" and "") OR ("Project"; (iii) on line 1, the word between "") OR ("Project" and "")". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 128 | 3 | 2 | On line 1, the word between "related to "Project"" and "and/or plans to acquire,". | Same as above | Same as above | Same as above | Same as above | Same as above |

9

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 130 | 3 | 2 | On line 1, the word between "related to "Project"" and "and Apple's plans to". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 138 | 3 | 2 | Each quoted term beginning on line 2 with the term after ""Apple Smartphone*" OR", through line 12, ending with the term before "OR (("iPhone" OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 138 | 3 | 4 | Each quoted term beginning on line 2 with the term after ""Apple Smartphone*" OR", through line 10, ending with the term before "OR (("iPhone" OR". | Same as above | Same as above | Same as above | Same as above | Same as above |

10

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 140 | 1 | 2 | (i) each quoted term beginning on line 5 with the term after "OR "arcade" OR", through line 11, ending with the term before ""' OR "encrypt*" OR "end to"; (ii) each quoted term beginning on line 12 with the term after "end" OR "end-to-end" OR "", through line 15, ending with the term before "OR "iCard" OR "iMessage""; (iii) each quoted term beginning on line 17 with the term after ""iPay" OR "iWallet" OR", through line 20, ending with the term before "OR "watch os") OR"; (iv) on line 25, the quoted term between "Element" OR "SE" OR "" and | Same as above | Same as above | Same as above | Same as above | Same as above |

11

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | "OR "secure". | | | | | |
| Exhibit B | 140 | 1 | 4 | (i) each quoted term beginning on line 4 with the term after "OR "arcade" OR", through line 9, ending with the term before "OR "end to end" OR"; (ii) each quoted term beginning on line 10 with the term after "end" OR "end-to- end" OR "", through line 12, ending with the term before "OR "iCard" OR "iMessage""; (iii) each quoted term beginning on line 13 with the term after ""iPay" OR | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | "iWallet" OR", through line 16, to the end of the line; (iv) on line 21, the quoted term between "Element" OR "SE" OR "" and "OR "secure enclave")) OR". | | | | | |
| Exhibit B | 142 | 1 | 2 | Each quoted term beginning on line 2 with the term after "OR "watch os" OR", through line 11, to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 142 | 1 | 4 | Each quoted term beginning on line 2 with the term after "OR "watch os" OR", through line 9, to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 148 | 3 | 5 | (i) each quoted term beginning on line 4 with the term after ""Apple Smartphone*"", through line 7, ending with the term before "OR ((BodyText:["iPhone""; (ii) each quoted term beginning on line 11 with the term after ""watch os"", through line 14, ending with the term before ")AND (BodyText:["anti"]" . | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 149 | 2 | 5 | Each quoted term beginning on line 12 with the term after ""Apple Smartphone*"", through line 15, to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

14

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 150 | 1 | 5 | Each quoted term beginning on line 10 with the term after ""Apple Smartphone*"", through line 13, ending with the term before "OR ((BodyText : ["iPhone"". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 150 | 2 | 5 | (i) each quoted term beginning on line 2 with the term after ""Apple Smartphone*"", through line 6, ending with the term before "OR ((BodyText : ["iPhone""; (ii) each quoted term beginning on line 10 with the term after ""applewallet" "arcade"", through line 12, ending with the term before ""encrypt*" "end to end""; (iii) each quoted term | Same as above | Same as above | Same as above | Same as above | Same as above |

15

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | beginning on line 12 with the term after "to end" "end-to-end" "", through line 13, ending with the term before ""iCard" "iMessage""; (iv) each quoted term beginning on line 14 with the term after ""iPay" "iWallet"", through line 15, ending with the term before ""watch os" "App Store""; (v) on line 18, the quoted term between ""Secure Element" "SE"" and ""secure enclave"])) OR". | | | | | |
| Exhibit B | 151 | 1 | 2 | (i) on line 5, the word between "this includes Project" and "Project"; (ii) on line 5, the word between "Project" and "Project"; (iii) on line 5, the word | Same as above | Same as above | Same as above | Same as above | Same as above |

16

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | between "Project" and "Beeper Mini, and"; (iv) on line 5, the word after "Beeper Mini, and", to the end of the line. | | | | | |
| Exhibit B | 151 | 1 | 3 | On line 2, the quoted terms between "Search 7.1 (("" and "OR ("Beeper" NEAR/5". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 151 | 1 | 5 | On line 1, the quoted terms between "((BodyText:["" and "OR (BodyText:"Beeper "". | Same as above | Same as above | Same as above | Same as above | Same as above |

17

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 152 | 1 | 2 | (i) on line 5, the word between "this includes Project" and "Project"; (ii) on line 5, the word between "Project" and "Project"; (iii) on line 5, the word between "Project" and "Beeper Mini, and"; (iv) on line 5, the word after "Beeper Mini, and", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 152 | 1 | 3 | On line 2, the quoted terms between "Search 7.2 ("Project" and "NEAR/50 "Qatar")))". | Same as above | Same as above | Same as above | Same as above | Same as above |

18

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 152 | 1 | 5 | On line 1, the quoted terms between "((BodyText:"Project" and "NEAR/50". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 152 | 2 | 2 | (i) on line 5, the word between "this includes Project" and "Project"; (ii) on line 5, the word between "Project" and "Project"; (iii) on line 5, the word between "Project" and "Beeper Mini, and"; (iv) on line 5, the word after "Beeper Mini, and", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

19

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 152 | 2 | 3 | On line 2, the quoted terms between "Search 7.3 ("Project" and "NEAR/50 "Austria"))) 100". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 152 | 2 | 5 | On line 1, the quoted terms between "((BodyText:"Project" and "NEAR/50". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 153 | 1 | 2 | (i) on line 5, the word between "this includes Project" and "Project"; (ii) on line 5, the word between "Project" and "Project"; (iii) on line 5, the word between "Project" and "Beeper Mini, and"; (iv) on line 5, the word after "Beeper Mini, and", to the end of the | Same as above | Same as above | Same as above | Same as above | Same as above |

20

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | line. | | | | | |
| Exhibit B | 158 | 3 | 5 | Each quoted term beginning on line 12 with the term after ""Apple Smartphone*"", through line 16, ending with the term before "OR ((BodyText:["iPhone"". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 159 | 3 | 5 | Each quoted term beginning on line 14 with the term after ": ["watchos" "watch os"", through line 17, ending with the term before "AND ((ParentDocDate >=". | Same as above | Same as above | Same as above | Same as above | Same as above |

21

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 160 | 2 | 5 | Each quoted term beginning on line 19 with the term after ""Apple Smartphone*"", through line 22, ending with the term before "OR ((BodyText:["iPhone"". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 160 | 3 | 5 | Each quoted term beginning on line 7 with the term after ": ["watchos" "watch os"", through line 10, ending with the term before ")))))) AND ((ParentDocDate". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 161 | 2 | 5 | Each quoted term beginning on line 6 with the term after ": ["watchos" "watch os"", through line 10, ending with the term before "OR (((BodyText : ["*watch"". | Same as above | Same as above | Same as above | Same as above | Same as above |

22

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 162 | 2 | 5 | Each quoted term beginning on line 7 with the term after ": ["watchos" "watch os"", through line 10, ending with the term before "OR BodyText:["watch"]) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 162 | 3 | 5 | (i) Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 11, ending with the term before "OR ((BodyText : ["iPhone""; (ii) each quoted term beginning on line 26 with the term after ": ["watchos" "watch os"", through line 28, to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

23

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 163 | 2 | 5 | Each quoted term beginning on line 30 with the term after ""applewallet" "arcade"", through line 31, to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 164 | 1 | 5 | Each quoted term beginning on line 5 with the term after ": ["watchos" "watch os"", through line 8, ending with the term before "OR (((BodyText : ["*watch"". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 166 | 1 | 5 | (i) each quoted term beginning on line 16 with the term after ""Apple Smartphone*"", through line 20, ending with the term before "OR (BodyText : ["iPhone""; (ii) each quoted term beginning on line | Same as above | Same as above | Same as above | Same as above | Same as above |

24

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 24 with the term after ""applewallet" "arcade"", through line 26, ending with the term before ""encrypt*" "end to end""; (iii) each quoted term beginning on line 26 with the term after ""end to end" "end-to-end"", through line 27, ending with the term before ""iCard"" ; (iv) on line 28, the quoted terms after ""iPay" "iWallet"", to the end of the line. | | | | | |
| Exhibit B | 166 | 2 | 5 | (i) each quoted term beginning on line 5 with the term after ""Apple Smartphone*"", through line 9, ending with the term before ""]) OR"; (ii) each quoted term | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | beginning on line 12 with the term after ""applewallet" "arcade"", through line 14, ending with the term before ""encrypt*" "end to end""; (iii) each quoted term beginning on line 15 with the term after ""end to end" "end-to-end"", through line 16, ending with the term before ""iCard" "iMessage""; (iv) each quoted term beginning on line 16 with the term after ""iWallet"", through line 18, ending with the term before ""watch os"]) OR"; (v) on line 20, the quoted term between ""Secure Element" "SE"" and ""secure enclave"])) | | | | | |

26

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | OR". | | | | | |
| Exhibit B | 167 | 1 | 5 | Each quoted term beginning on line 7 with the term after ""watch os"", through line 10, ending with the term before "])) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 175 | 1 | 5 | Each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 176 | 1 | 5 | (i) each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before "]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" "arcade"", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 176 | 2 | 5 | Each quoted term beginning on line 10 with the term after ": ["watchos" "watch os"", through line 13, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

28

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 177 | 1 | 5 | Each quoted term beginning on line 3 with the term after ""Apple Smartphone*"", through line 7, ending with the term before ""]) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 177 | 2 | 5 | Each quoted term beginning on line 4 with the term after ": ["watchos" "watch os"", through line 7, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 178 | 1 | 5 | (i) each quoted term beginning on line 5 with the term after ""Apple Smartphone*"", through line 9, ending with the term before ""] OR (BodyText :"; (ii) each quoted term beginning on line 24 with the term | Same as above | Same as above | Same as above | Same as above | Same as above |

29

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | after ""applewallet" "arcade"", through line 26, ending with the term before ""encrypt*" "end to end""; (iii) each quoted term beginning on line 26 with the term after "to end" "end-to-end", through line 27, ending with the term before ""iCard" "iMessage""; (iv) on line 28, the quoted terms after ""iPay" "iWallet", to the end of the line. | | | | | |
| Exhibit B | 178 | 2 | 5 | (i) each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""] OR (BodyText :"; (ii) each quoted term | Same as above | Same as above | Same as above | Same as above | Same as above |

30

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | beginning on line 26 with the term after ""applewallet" "arcade"", through line 28, ending with the term before ""encrypt*" "end to end""; (iii) on line 28, the quoted terms after "to end" "end-to-end" "", to the end of the line. | | | | | |
| Exhibit B | 179 | 1 | 5 | Each quoted term beginning on line 5 with the term after ": ["watchos" "watch os"", through line 8, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 179 | 2 | 5 | Each quoted term beginning on line 8 with the term after ""Apple Smartphone*"", through line 12, ending with the term before "OR (BodyText : | Same as above | Same as above | Same as above | Same as above | Same as above |

31

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ["iPhone""]. | | | | | |
| Exhibit B | 180 | 1 | 5 | (i) each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""] OR (BodyText :"; (ii) each quoted term beginning on line 26 with the term after ""applewallet" "arcade"", through line 28, ending with the term before "encrypt*" "end to end""; (iii) on line 28, the quoted terms after ""end to end" "end-to-end"", to the end of the | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | line. | | | | | |
| Exhibit B | 180 | 2 | 5 | Each quoted term beginning on line 2 with the term after ": ["watchos" "watch os"", through line 5, ending with the term before ""])) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 181 | 1 | 5 | Each quoted term beginning on line 4 with the term after ""Apple Smartphone*"", through line 7, ending with the term before ""] OR (BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

33

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 181 | 2 | 5 | (i) each quoted term beginning on line 8 with the term after ""Apple Smartphone*"", through line 11, ending with the term before ""] OR (BodyText :"; (ii) each quoted term beginning on line 15 with the term after ""applewallet" "arcade"", through line 17, ending with the term before ""encrypt*" "end to end""; (iii) each quoted term beginning on line 17 with the term after ""end to end" "end-to-end"", through line 18, ending with the term before ""iCard" "iMessage""; (iv) each quoted term beginning on line 19 with the term | Same as above | Same as above | Same as above | Same as above | Same as above |

34

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | after ""iPay" "iWallet"", through line 20, ending with the term before ""watch os"]) OR"; (v) on line 23, the quoted term between ""Secure Element" "SE"" and ""secure enclave"]) OR". | | | | | |
| Exhibit B | 182 | 3 | 5 | Each quoted term beginning on line 8 with the term after ": ["watchos" "watch os"", through line 11, ending with the term before ""]))))))) AND". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 183 | 1 | 5 | Each quoted term beginning on line 10 with the term after ""Apple Smartphone*"", through line 13, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 183 | 2 | 5 | Each quoted term beginning on line 4 with the term after ""watch os"", through line 7, ending with the term before ""])) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 184 | 3 | 5 | Each quoted term beginning on line 6 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 185 | 1 | 5 | Each quoted term beginning on line 4 with the term after ""Apple Smartphone*"", through line 7, ending with the term before ""] OR (BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 185 | 2 | 5 | (i) each quoted term beginning on line 6 with the term after ""applewallet" "arcade"", through line 8, ending with the term before ""encrypt*" "end to end""; (ii) each quoted term beginning on line 8 with the term after ""end to end" "end-to-end"", through line 9, ending with the term before ""iCard" "iMessage""; (iii) each quoted term beginning on line 10 with the term after ""iPay" "iWallet"", through line 11, ending with the term before ""watch os" "App Store""; (iv) on line 14, the quoted term between ""Secure Element" "SE"" and ""secure enclave"])) | Same as above | Same as above | Same as above | Same as above | Same as above |

37

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | OR"; (v) each quoted term beginning on line 20 with the term after ""Apple Smartphone*"", through line 23, ending with the term before ""]) OR ((BodyText :". | | | | | |
| Exhibit B | 186 | 1 | 5 | Each quoted term beginning on line 6 with the term after ""Apple Smartphone*"", through line 9, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 186 | 3 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

38

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 187 | 2 | 5 | Each quoted term beginning on line 7 with the term after ": ["watchos" "watch os"", through line 10, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 187 | 3 | 5 | (i) each quoted term beginning on line 9 with the term after ""applewallet" "arcade"", through line 11, ending with the term before ""encrypt*" "end to end""; (ii) each quoted term beginning on line 11 with the term after ""end to end" "end-to-end"", through line 12, to the end of the cell; (iii) each quoted term beginning on line 13 with the term after ""iPay" "iWallet"", through | Same as above | Same as above | Same as above | Same as above | Same as above |

39

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | line 14, ending with the term before ""watch os"] OR (BodyText"; (iv) on line 16, the quoted term between ""Secure Element" "SE"" and ""secure enclave"]) OR". | | | | | |
| Exhibit B | 190 | 2 | 5 | Each quoted term beginning on line 11 with the term after ": ["watchos" "watch os"", through line 14, ending with the term before ""]))))". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 190 | 3 | 5 | Each quoted term beginning on line 11 with the term after ""watch os"", through line 14, ending with the term before "])))))) AND ((ParentDocDate". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 191 | 2 | 3 | On line 11, the quoted terms between "OR "Play station*" OR" and "OR "arcade") OR (("amazon"". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 191 | 2 | 5 | On line 12, the quoted terms between ""PSN" "Play station*"" and ""arcade"] OR (BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 193 | 1 | 5 | (i) each quoted term beginning on line 5 with the term after ""Apple Smartphone*"", through line 9, ending with the term before ""]) OR"; (ii) each quoted term beginning on line 12 with the term after ""watch os"", through line 15, | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | ending with the term before ""])))))) AND". | | | | | |
| Exhibit B | 193 | 3 | 5 | (i) each quoted term beginning on line 1 with the term after "(((((BodyText : ["iOS"", through line 6, ending with the term before "])) NEAR/20"; (ii) each quoted term beginning on line 11 with the term after ": ["watchos" "watch os"", through line 14, ending with the term before ""])) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 194 | 3 | 3 | On line 12, the quoted term between "OR "contactless" OR" and "OR "ISO 7816" OR "ISO7816"". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 194 | 3 | 5 | (i) on line 4, the quoted term between ""iPay" "iWallet" "iCard"" and "OR (BodyText : "apple""; (ii) on line 16, the quoted term between ": ["TTP" "contactless"" and ""ISO 7816" "ISO7816" "ISO". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 195 | 2 | 5 | (i) each quoted term beginning on line 7 with the term after ""applewallet" "arcade"", through line 9, ending with the term before ""encrypt*" "end to end""; (ii) each quoted term | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | beginning on line 10 with the term after ""end to end" "end-to-end"", through line 11, ending with the term before ""iCard" "iMessage""; (iii) each quoted term beginning on line 11 with the term after ""iPay" "iWallet"", through line 13, ending with the term before ""watch os"]) OR (BodyText"; (iv) on line 15, the quoted term between ""Secure Element" "SE"" and ""secure enclave"]) OR". | | | | | |

44

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 196 | 4 | 5 | Each quoted term beginning on line 2 with the term after ": ["watchos" "watch os"", through line 5, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 198 | 1 | 5 | (i) each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before ""]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" "arcade"", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

45

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 199 | 1 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 199 | 3 | 3 | (i) on line 1, the quoted terms between "("" and "") OR ("Project"; (ii) on line 1, the word between "") OR ("Project" and "") OR ("Project"; (iii) on line 1, the word between "") OR ("Project" and "")". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 199 | 3 | 5 | (i) on line 1, the quoted terms between "(((BodyText:["" and ""]) OR (BodyText:["Project"; (ii) on line 1, the word between ""]) OR | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (BodyText:["Project" and ""]) OR (BodyText:["Project"; (iii) on line 2, the word between ""]) OR (BodyText:["Project" and ""])) AND ((ParentDocDate". | | | | | |
| Exhibit B | 200 | 2 | 5 | (i) each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before ""]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" "arcade"", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

47

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 201 | 2 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before "]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 202 | 2 | 5 | (i) each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before ""]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" "arcade"", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

48

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 203 | 2 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before "]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 204 | 2 | 5 | (i) each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before "]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" "arcade"", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

49

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 205 | 2 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 206 | 2 | 5 | (i) each quoted term from the beginning of the cell, through line 12, ending with the term before ""]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" "arcade"", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 207 | 2 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 208 | 1 | 5 | (i) each quoted term beginning on line 4 with the term after ""applewallet" "arcade"", through line 6, ending with the term before ""encrypt*" "end to end""; (ii) each quoted term beginning on line 7 with the term after ""end to end" "end-to-end"", through line 8, ending with the term before ""iCard" "iMessage""; (iii) each quoted term from the beginning of the cell, through line 10, ending with the term before ""watch os" "App Store""; (iv) on line 13, the quoted term between ""Secure Element" "SE"" and ""secure enclave"])) OR"; (v) each quoted term | Same as above | Same as above | Same as above | Same as above | Same as above |

51

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | beginning on line 18 with the term after ""Apple Smartphone*"", through line 22, ending with the term before ""]) OR ((BodyText :"; (vi) each quoted term beginning on line 25 with the term after ": ["watchos" "watch os"", through line 28, ending with the term before ""])))) AND ((ParentDocDate". | | | | | |
| Exhibit B | 208 | 2 | 5 | Each quoted term beginning on line 12 with the term after ": ["watchos" "watch os"", through line 15, ending with the term before ""]))))) AND". | Same as above | Same as above | Same as above | Same as above | Same as above |

52

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 209 | 1 | 5 | Each quoted term beginning on line 7 with the term after ": ["watchos" "watch os"", through line 10, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 210 | 2 | 5 | Each quoted term beginning on line 17 with the term after ""Apple Smartphone*"", through line 20, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 212 | 2 | 5 | Each quoted term beginning on line 3 with the term after ": ["watchos" "watch os"", through line 6, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 213 | 2 | 5 | Each quoted term beginning on line 3 with the term after ": ["watchos" "watch os"", through line 6, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 217 | 2 | 5 | (i) each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before ""]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" "arcade"", to the end of the line. | Same as above | Same as above | Same as above | Same as above | Same as above |

54

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 218 | 1 | 5 | (i) each quoted term beginning on line 3 with the term after ""Apple Smartphone*"", through line 7, ending with the term before ""]) OR ((BodyText :"; (ii) each quoted term beginning on line 22 with the term after ""applewallet" "arcade"", through line 24, ending with the term before ""encrypt*" "end to end""; (iii) each quoted term beginning on line 25 with the term after ""end to end" "end-to-end"", through line 26, ending with the term before ""iCard" "iMessage""; (iv) each quoted term beginning on line 26 with the term | Same as above | Same as above | Same as above | Same as above | Same as above |

55

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | after ""iPay" "iWallet", through line 28, ending with the term before ""watch os" "App Store"". | | | | | |
| Exhibit B | 218 | 2 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before "]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 219 | 1 | 5 | Each quoted term beginning on line 4 with the term after ""Apple Smartphone*"", through line 8, ending with the term before ""]) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |

56

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 219 | 2 | 5 | Each quoted term beginning on line 2 with the term after ""Apple Smartphone*"", through line 5, ending with the term before ""]) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 220 | 2 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 221 | 2 | 5 | (i) each quoted term beginning on line 9 with the term after ""Apple Smartphone*"", through line 12, ending with the term before "]) OR ((BodyText :"; (ii) on line 28, the quoted terms after ""applewallet" | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | "arcade"", to the end of the line. | | | | | |
| Exhibit B | 222 | 2 | 5 | Each quoted term beginning on line 7 with the term after ""Apple Smartphone*"", through line 10, ending with the term before ""]) OR ((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 224 | 1 | 5 | (i) each quoted term beginning on line 4 with the term after ""applewallet" "arcade"", through line 6, ending with the term before ""encrypt*" "end to end""; (ii) each quoted term beginning on line 6 with the term after "to end" "end-to- | Same as above | Same as above | Same as above | Same as above | Same as above |

58

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | end" "", through line 7, ending with the term before ""iCard" "iMessage""; (iii) each quoted term beginning on line 8 with the term after ""iWallet"", through line 9, ending with the term before ""watch os"]) OR"; (iv) on line 11, the quoted term between ""Secure Element" "SE"" and ""secure enclave"])) OR". | | | | | |
| Exhibit B | 225 | 1 | 5 | Each quoted term beginning on line 2 with the term after ": ["watchos" "watch os"", through line 5, ending with the term before ""])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 225 | 3 | 5 | Each quoted term beginning on line 3 with the term after ""Apple Smartphone*"", through line 6, ending with the term before ""]) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 226 | 1 | 5 | Each quoted term beginning on line 2 with the term after ": ["watchos" "watch os"", through line 5, ending with the term before "])) OR (((BodyText :". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 226 | 2 | 5 | (i) each quoted term beginning on line 4 with the term after ""Apple Smartphone*"", through line 7, ending with the term before ""]) OR"; (ii) each quoted term beginning on line 12 with the term | Same as above | Same as above | Same as above | Same as above | Same as above |

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| | | | | after ""applewallet" "arcade"", through line 14, ending with the term before "encrypt*" "end to end""; (iii) each quoted term beginning on line 14 with the term after ""end to end" "end-to-end"", through line 15, ending with the term before ""iCard" "iMessage""; (iv) each quoted term beginning on line 16 with the term after ""iWallet"", through line 17, ending with the term before ""watch os"]) OR"; (v) on line 20, the quoted term between ""Secure Element" "SE"" and ""secure enclave"])) OR". | | | | | |

61

| Material / Title of Document | PDF Page # | Row # | Column # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit B | 227 | 1 | 5 | Each quoted term beginning on line 12 with the term after ""Apple Smartphone*"", through line 16, ending with the term before ""]) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |
| Exhibit B | 228 | 1 | 5 | Each quoted term beginning on line 3 with the term after ""Apple Smartphone*"", through line 6, ending with the term before ""]) OR". | Same as above | Same as above | Same as above | Same as above | Same as above |