CONFIDENTIAL FILED UNDER SEAL

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br>Hon. Ronald J. Hedges, Special Master (U.S.M.J. Ret.) |

## DECLARATION OF JASON LO IN SUPPORT OF APPLE INC.'S LETTER BRIEF FOR RECONSIDERATION OF SPECIAL MASTER ORDER

Gibson, Dunn &
Crutcher LLP

CONFIDENTIAL / FILED UNDER SEAL

I hereby declare as follows:

1.      I am an attorney licensed to practice in the State of California, and have been admitted *pro hac vice* to practice before this Court pursuant to Case Management Order No. 1 (Dkt. 7).  I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case.  I submit this declaration in support of Apple's letter brief seeking reconsideration of the portion of the Special Master's July 7, 2026 Order (the "Order") requiring Apple to search for documents using the search terms MDL Plaintiffs included in their June 18, 2026 proposal and produce all responsive, non-privileged documents, or in the alternative a stay of the Order pending its appeal.  The facts set forth in this declaration are based on my personal knowledge, my involvement in this matter, and my review of correspondence, files, and records maintained by Gibson Dunn in the ordinary course of its representation of Apple.  If called as a witness, I could and would testify competently to the facts stated herein.

2.      Attached hereto as **Exhibit A** is a true and correct copy of the certified transcript of the July 2, 2026 Conference with Special Master Ronald J. Hedges.

3.      Attached hereto as **Exhibit B** is a chart prepared under my supervision summarizing the parties' search term negotiation history, including, for each request for production ("RFP"), the text of the request, Apple's March 13, 2026 search term proposal, Plaintiffs' most recent search term proposal and its associated hit count,

Gibson, Dunn &
Crutcher LLP

CONFIDENTIAL / FILED UNDER SEAL

and Apple's most recent counterproposal and its associated hit count, based on hit-count information provided by Apple's eDiscovery vendor. Exhibit B is designated Highly Confidential pursuant to the Discovery Confidentiality Order (Dkt. 124).

4. Attached hereto as **Exhibit C** is a chart prepared under my supervision setting forth, for the selected RFPs discussed in this declaration, the text of each request and Plaintiffs' corresponding most recent proposed search terms. Exhibit C is designated Highly Confidential pursuant to the Discovery Confidentiality Order (Dkt. 124).

5. In my role, I have overseen and helped coordinate Apple's document discovery in this litigation, and I am familiar with the corresponding discovery conducted in the related investigation and litigation brought by the United States Department of Justice in *United States v. Apple Inc.,* 2:24-cv-04055 (D.N.J.) (the "Government Action"). In preparing this declaration, I have reviewed the Special Master's Discovery Order No. 1 (Dkt. 223-1) and the parties' correspondence and submissions concerning search terms.

6. This declaration addresses two topics principally. First, I describe the parties' search term negotiations, including Apple's productions to date, the hit counts generated from Plaintiffs' June 18, 2026 proposed terms, representative examples of terms that would substantially increase Apple's review burden without corresponding focus on the RFPs they purport to address, and the overlap between

CONFIDENTIAL / FILED UNDER SEAL

Plaintiffs' requests and requests served in the Government Action.

7.     Second, I describe Apple's document-review and production process, including the roles of Apple's outside counsel and eDiscovery vendors.

8.     In making this declaration, I do not intend to—and I am not authorized to—waive any applicable privilege or protection from discovery, including the attorney-client privilege and the work product protection.

**Search Term Negotiations And Associated Hit Counts**

9.     Since March 2026, the parties have exchanged proposals and met and conferred extensively about the search terms to apply to Apple's documents in this litigation.

10.     Apple served its initial proposal on Plaintiffs on March 13, 2026. Plaintiffs served a counterproposal on April 16.  Apple and its eDiscovery vendor then reviewed the counterproposal to determine whether the proposed terms could be run and, during that process, identified syntax errors and missing information that prevented reliable hit counts for portions of the proposal.  On April 28, Apple requested clarification from Plaintiffs as to those errors.  Search term hit counts, especially for hundreds of search terms with complex terms, take Apple's vendor approximately four to five business days to run.  To avoid further delay, Apple began running Plaintiffs' proposed terms to the best of its ability given the syntax errors and, on May 12, Apple served a further proposal accompanied by a hit-count report.

CONFIDENTIAL / FILED UNDER SEAL

At Plaintiffs' request, Apple updated that report on May 21 to include unique hit counts by search term. Also at Plaintiffs' request, on May 27, Apple sent Plaintiffs a hit-count report for their April 16 proposal, broken down by search term and custodian. Plaintiffs served a further proposal on May 29, followed by corrected syntax on May 30, and Apple sent hit counts for that proposal on June 3 followed by a revised hit-count report on June 5 in response to requests made by Plaintiffs during the June 4 meet and confer. Plaintiffs served a further proposal on June 13, followed by corrected syntax on June 18. Apple provided a hit-count report for Plaintiffs' June 13 terms with corrected syntax on June 25. And Apple served its most recent proposal on June 22, 2026.

11.    Despite ongoing search term negotiation and in accordance with the Court's Amended Scheduling Order (Dkt. 175), Apple substantially completed its document productions on June 15, 2026. The Court's Amended Scheduling Order makes clear that this deadline applies only to "requests served on or prior to January 5, 2026"—i.e., only to Plaintiffs' and Apple's First Sets of Requests for Production. In the months before the June 15 deadline, Apple explained in writing to Plaintiffs that, in light of the ongoing disputes and negotiations over search terms, Apple would substantially complete productions of documents using its March 13, 2026 search term proposal. Apple also informed the Court of these details in its May 13, 2026 submission (Dkt. 192). Apple's productions up to and on June 15, 2026, reflect

CONFIDENTIAL / FILED UNDER SEAL

substantial completion of document discovery in response to Plaintiffs' First Set of Requests for Production within these parameters. By June 15, 2026, Apple produced to Plaintiffs approximately 2,144,272 documents or 17,269,148 pages.

12. Separate from its document productions, Apple is also producing structured data in this action. Apple's structured-data productions are expected to exceed hundreds of millions of entries, and Apple has already produced more than 100 billion data points including from survey data and records in other datasets. Apple's production of structured data is separate and apart from the search term disputes at issue here. But I provide these facts given the Special Master's prior reference to discovery that occurred in *In re OpenAI, Inc., Copyright Infringement Litig.*, Case No. 25-MD-3143 (S.D.N.Y.). *See* Tr. 10:5–13. Based on publicly available information, the production of 20 million chat logs in that matter is more comparable to the structured-data reference in this paragraph than to the search term disputes at issue in this motion. Structured data typically does not require separate human review because it will typically not contain privileged information, and the confidentiality of that data is pre-negotiated by the parties.

13. In addition to written correspondence and dueling search term proposals, the parties conferred about search terms on at least six occasions (May 13, May 21, May 26, June 4, June 5, and June 26, 2026), totaling approximately five hours. I participated in that process.

Gibson, Dunn &
Crutcher LLP

CONFIDENTIAL / FILED UNDER SEAL

14.    Throughout this process, the parties made progress narrowing their disputes, including by agreeing on search terms and definitions for a number of requests, which removed those requests from the dispute.

15.    Apple provided Plaintiffs with hit counts on June 25, 2026 reflecting the volume of documents based on Plaintiffs' proposed terms sent on June 13, which were later corrected by Plaintiffs on June 18.  Apple provided these counts on a deduplicated basis (approximately 19,435,569 documents in the total review set[1]) to reflect Apple's review burden.

16.    My understanding is that, under the Order, Apple is required to apply Plaintiffs' June 18 search terms proposal.  Based on the information provided to me by Apple's eDiscovery vendor, Plaintiffs' June 18 proposal results in a review population of 19,370,191 documents.  That figure is in addition to the documents Apple has already produced or logged in this action and the Government Action.

17.    The 19,370,191-document figure also includes many documents, approximately 7.2 million, from the Government Action that Apple has already reviewed and determined were not responsive to the Government Action RFPs. Plaintiffs' June 18 proposal would require Apple to re-review many of those documents again.  Because Plaintiffs' proposal includes documents that have already

---

[1] This number does not remove the number of documents produced or privilege logged in the MDL Action.

CONFIDENTIAL / FILED UNDER SEAL

been reviewed and found nonresponsive in the Government Action, I anticipate that Plaintiffs' June 18 search terms will yield a lower responsiveness rate than the search terms used in the Government Action.

18.    Plaintiffs repeatedly requested Apple to provide what they called "unique" hit counts, suggesting they lacked the information needed to assess Apple's review burden.  Apple had, however, already provided Plaintiffs with deduplicated hit counts reflecting the incremental documents Apple would need to review as a result of Plaintiffs' proposed terms.  As the parties' discussions confirmed, Plaintiffs used the term "unique" to mean deduplicated.  That was the figure Apple had already furnished, and the very measure of incremental burden Plaintiffs said they were seeking.

19.    At the parties' most recent conference, on June 26, 2026, I explained that continuing to negotiate the search terms on a request-by-request basis was unlikely to be productive, and that the parties would benefit from the Special Master's guidance on the time available to complete document review before depositions, which bears directly on the scope of review that is feasible.

20.    Based on my participation in the search term negotiations described above, and on the hit-count reports generated by Apple's eDiscovery vendor, I have observed that many of Plaintiffs' proposed search terms are overbroad in ways that would substantially increase Apple's review burden without corresponding focus on

Gibson, Dunn &
Crutcher LLP

CONFIDENTIAL / FILED UNDER SEAL

the RFPs they purport to address. In particular, many are not reasonably tailored to the subject matter of the relevant RFPs, omit the key limitations in those RFPs, or capture a large volume of documents that do not appear to concern the requested subject matter. I describe representative examples below.

21. **<u>iPhone RFP 15 and Watch RFP 15</u>**: These identical requests[2] seek "[a]ll documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service." Apple proposed using the agreed search term for Government Action RFP 15 for these MDL Action RFPs since the requests are identical. Instead, Plaintiffs proposed 15 additional searches for these requests.[3] Not one of the 15 searches contains a term directly related to Apple's "market share, sales, or profitability" or to "efforts to increase, protect, or preserve" them. Rather, the searches use general

---

[2] iPhone RFP 15 and Watch RFP 15 are also identical to the Government Action RFP 15.

[3] Plaintiffs' fifteen additional proposed searches for iPhone RFP 15 and Watch RFP 15 are: Search 15.3.1: (("full line" OR "full-line") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.2: (("range") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.3: (("end of life" OR "EOL") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.4: (("marketing development fund*" OR "MDF") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.5: (("co-op" OR "coop" OR "cooperative marketing") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.6: (("marketing" NEAR/3 ("reimburs*" OR "credit*" OR "allowance*")) NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.7: (("volume" NEAR/5 "require*") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.8: (("store front" OR "storefront") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.9: (("signage" OR "advertise*") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.10: ("promo*" NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.11: (("blackout" NEAR/15 "launch")) NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.12: (("preload*" OR "bloat") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.13: ((("mmwave" OR "28ghz") NEAR/15 "requir*") NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.14: ("exclusiv*" NEAR/15 (#Carriers# OR #Retailers#)); Search 15.3.15: ("FirstNet") NEAR/15 (#Carriers# OR #Retailers#)). "#Carriers#" and "#Retailers#" are defined lists of carrier and retailer names in Plaintiffs' proposal. Ex. C.

CONFIDENTIAL / FILED UNDER SEAL

retail and channel terms—such as "range," "promo*," "co-op," "advertise," "storefront," "full line," and "end of life"—with more than a hundred carrier and retailer names. The searches also do not require any connection to Smartphones or any Identified Product or Service. As a result, they can hit on documents about unrelated Apple products or irrelevant to Plaintiffs' allegations, such as a document describing the "range" of iPad or Magic Keyboards a retailer carries or a "promo" run for the new MacBook Neo—even if those documents have nothing to do with the market-share, sales, or profitability efforts sought by these RFPs, and even if those documents relate to products not at issue here. Together, running these 15 searches generates a total review population of 3,231,530 documents.

22. **<u>iPhone RFP 100</u>**: This request seeks "[a]ll documents related to any effort or decision by Apple to prevent or limit any third-party developer's ability or permission to provide end-to-end encryption for messages between Apple Messages and Android users." Although the request is specifically limited to Apple efforts or decisions concerning end-to-end encrypted messages between Apple Messages and Android users, Plaintiffs' proposed term[4] is much broader. It does not require any

---

[4] Plaintiffs' proposed search term for RFP 100 is: ((encrypt* NEAR/50 messag*) NEAR/50 ("develop*" OR "release*" OR OR "enabl* OR "allow*" OR "block*" OR "degrad*" OR "imped*" OR "improv*" OR "discontinu*" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict*" OR "prevent*" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR SMS OR RSMS OR RCS OR MMS OR OTT) OR beeper OR (("message" OR "messages" OR "messaging" OR "chat*" OR "communicat*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) OR ("Whats App"

CONFIDENTIAL / FILED UNDER SEAL

connections to encryption, Android, or any effort by Apple to prevent or limit anything.  For example, a document can hit if it discusses other messaging services or platforms—such as Signal, WhatsApp, Telegram, or Facebook—so long as they are near common words such as "chat*" or "communicat*."  The term can also hit on generic references to "third party," "independent," "3P," or "rival*" so long as they are close to a set of messaging- or communication-related terms.  Because two of those terms—"communicat*" or "chat*"—are not limited to messaging, that formulation is not confined to documents about messaging apps.  It captures documents about communications involving third-party or rival apps and services in other categories—such as browsers or maps.  Finally, even where the term uses the RFP's core concepts, it treats a document as a hit so long as an encryption-related word appears within 50 words of a message-related word.  That broad window can capture documents where those words appear in different portions of a document addressing unrelated topics.  This search generates a total review population of 1,946,194 documents.

23.    **Watch RFP 8.4**: This request seeks "[a]ll Documents relating to Your Phone Number Sharing Restrictions."  "Phone Number Sharing Restrictions" is a

---

OR "WhatsApp" OR "Signal" OR "Telegram") OR (("facebook" OR "meta") NEAR/2 ("message" OR "messages" OR "messaging")) OR ("google" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("android" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("Samsung" NEAR/2 ("message" OR "messages" OR "messaging") )) NEAR/50 (#iPhone# AND #Non-Apple Smartphone#).  Ex. C.

CONFIDENTIAL / FILED UNDER SEAL

defined term directed to a specific alleged phone-number sharing restriction between iPhone and Third-Party Smartwatches.  Plaintiffs' proposed term[5] is broader than the request.  In practical terms, the term is written so that either of two alternatives is sufficient.  One alternative captures documents that mention Garmin or Vivoactive near Verizon or "Connected Devices."  The other captures documents that mention number-sharing-related language near watch terms.  As a result, a document can hit based solely on the Garmin/Verizon or Vivoactive/Connected Devices language even if it contains no reference to phone number sharing or restriction.  For example, the search can return a document discussing Garmin watches in connection with Verizon connected-device offerings even if it says nothing about the Phone Number Sharing Restrictions addressed by Watch RFP 8.4.  The term therefore can capture documents about non-Apple smartwatches or carrier connected-device offerings that do not appear to concern the subject matter of the request.  This search generates a total review population of 96,459 documents.

24.    In addition to the overbreadth issues described above, a majority of the parties' remaining search term disputes concern requests that duplicate requests served in the Government Action.  For those requests, Apple offered to apply the search terms negotiated with the Government Plaintiffs—terms under which Apple

---

[5] Plaintiffs' proposed search term for Watch RFP 8.4 includes: ((Garmin OR "Vivoactive") NEAR/20 ("Verizon" OR "Connected Devices")) OR (("*number NEAR/5 ("shar*" OR "twinning*" OR "mirror*") OR "rio") NEAR/20 ("watch" OR #Non-Apple Smartwatches#)). Ex. C.

CONFIDENTIAL / FILED UNDER SEAL

has already reviewed approximately 11 million documents. Apple has already produced to Plaintiffs the responsive, non-privileged documents identified through that review. Plaintiffs nevertheless responded with materially broader terms. In the parties' correspondence and conferences, Plaintiffs have not identified any meaningful gap in the Government Action terms that justifies replacing those negotiated terms with the materially broader terms Plaintiffs now propose. In total, Plaintiffs have proposed new search terms for at least 57 requests for which there is no difference in scope between the request in this action and the corresponding Government Action request. *See infra* ¶ 27.

25.    Watch RFP 57.1 illustrates the point. That request seeks "[a]ll Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, Developers, carriers, or others from the Alleged Conduct . . . ; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct." On May 29, 2026, Plaintiffs agreed to the use of the Government Action search terms—the term negotiated for Government Action RFP 57, which is verbatim identical to Watch RFP 57.1. On June 13, 2026, however, Plaintiffs requested that Apple re-review approximately 1.5 million documents that had already been reviewed under that term in the Government Action and determined to be

CONFIDENTIAL / FILED UNDER SEAL

nonresponsive. Plaintiffs identified no change in the request, and no defect in the term they had accepted, that would warrant reviewing those documents again.

26. The same is true for iPhone RFP 15 and Watch RFP 15, discussed in Paragraph 21 above. Those requests are verbatim identical to Government Action RFP 15. Apple proposed applying the negotiated Government Action search terms to these identical requests. Plaintiffs proposed 15 additional searches beyond those terms. As described above, those additional searches do not contain terms directed to "market share," "sales," "profitability," or efforts to increase, protect, or preserve those metrics, and they would add more than three million documents to Apple's review burden.

27. Through search term negotiations, the parties have reached agreement on one or more search terms for 51 RFPs.[6] Through search term negotiations, disputes remain over one or more search terms for 57 RFPs[7] because Plaintiffs have

---

[6] iPhone 1(D)/Watch 1.4, iPhone 8/Watch 8, Watch 8.4, iPhone 9(A)/Watch 9.1, iPhone 13/Watch 13, iPhone 15/Watch 15, iPhone 19/Watch 19, iPhone 21/Watch 21, iPhone 25/Watch 25, iPhone 32/Watch 32, iPhone 36/Watch 36, iPhone 37/Watch 37, iPhone 39/Watch 39, iPhone 39(A), iPhone 40/Watch 40, Watch 40.1, Watch 40.2, Watch 40.3, iPhone 43/Watch 43, iPhone 44/Watch 44, iPhone 45/Watch 45, iPhone 46/Watch 46, iPhone 47/Watch 47, iPhone 48/Watch 48, iPhone 49/Watch 49, iPhone 50/Watch 50, iPhone 51/Watch 51, Watch 51.4, iPhone 52/Watch 52, iPhone 53/Watch 53, iPhone 57/Watch 57, iPhone 58/Watch 58, iPhone 59/Watch 59, iPhone 60/Watch 60, iPhone 64, iPhone 65, iPhone 66, iPhone 67, iPhone 68, iPhone 70, Watch 73, iPhone 78, iPhone 79, iPhone 82, iPhone 83, Watch 85, Watch 86, iPhone 94, Watch 94, iPhone 99, and iPhone 108.

[7] iPhone 1/Watch 1, iPhone 5/Watch 5, iPhone 6/Watch 6, iPhone 7/Watch 7, iPhone 7(A), iPhone 8/Watch 8, iPhone 9/Watch 9, iPhone 10/Watch 10, Watch 10.1, Watch 10.2, Watch 10.3, Watch 10.4, Watch 10.5, iPhone 11/Watch 11, Watch 11.1, iPhone 12/Watch 12, Watch 12.1, iPhone 14/Watch 14, iPhone 15/Watch 15, iPhone 15(A), iPhone 15(B), iPhone 15(C),

CONFIDENTIAL / FILED UNDER SEAL

proposed search terms for RFPs for which there is no difference in scope from the Government Action RFPs. Through search term negotiations, disputes remain over one or more search terms for 39 RFPs[8] because Plaintiffs have proposed search terms that are overbroad and Plaintiffs are not willing to accept Apple's reasonably tailored search terms.

**Apple's Review Process**

28.    This declaration describes the end-to-end process by which Apple collects, reviews, and produces documents in this litigation, and the respective roles of Apple's outside counsel and its eDiscovery service providers. The accompanying declarations of Larry Barela of OpenText Corporation ("OpenText"), Clayton Leech of Consilio LLC ("Consilio"), and Robert D. Keeling of Redgrave LLP ("Redgrave") address the capacity and burden associated with the specific phases of that process. Together, these declarations establish that the Order cannot be complied with in the time it allows.

29.    I understand that the Special Master ordered Apple to apply Plaintiffs'

---

[8] iPhone 16/Watch 16, iPhone 16(A), iPhone 17/Watch 17, iPhone/Watch 18, iPhone 18(A)/Watch 18.2, Watch 25.1, iPhone 27/Watch 27, iPhone 28/Watch 28, iPhone 31/Watch 31, iPhone 34/Watch 34, iPhone 34(A), iPhone 37/Watch 37, iPhone 38/Watch 38, iPhone 39(A), iPhone 41/Watch 41, iPhone 42/Watch 42, iPhone 42(A), iPhone 43/Watch 43, iPhone 55/Watch 55, iPhone 56/Watch 56, Watch 57.1, Watch 57.2, iPhone 64, iPhone 65, iPhone 66, iPhone 67, iPhone 68, iPhone 72, iPhone 73, iPhone 74, iPhone 78, iPhone 82, Watch 82, Watch 88, and iPhone 101.

CONFIDENTIAL / FILED UNDER SEAL

June 18, 2026 proposed search terms and to complete review and production of the responsive and non-privileged documents no later than 30 days from the date of the Order.

30.   Based on information provided by Apple's eDiscovery vendor in this matter, the application of Plaintiffs' proposed search terms adds approximately 19,370,191 documents to the existing review population.

31.   Apple's document discovery is a multi-stage process that is directed and supervised throughout by Apple's outside counsel, Gibson Dunn, Kirkland & Ellis LLP, and Redgrave LLP, and carried out with the assistance of three specialized service providers, each responsible for a distinct phase: OpenText handles loading and production processing; Consilio conducts attorney document review; and Redgrave conducts privilege and quality-control review.  As explained below, these phases are largely sequential: later phases cannot begin until earlier phases are substantially complete.

32.   Before any review can begin, documents must be collected from Apple's custodians and systems and loaded into an eDiscovery review platform. Apple provides OpenText with collections and OpenText loads the collections into the review platform.

33.   Once documents are loaded, search terms are run over the collected documents.  Search term hits are reviewed for responsiveness by contract attorneys

CONFIDENTIAL / FILED UNDER SEAL

in a multi-layered process consisting of first-pass and second-pass review, with quality-control review at each stage. Apple's review vendor is Consilio, which works under the direction and supervision of Apple's outside counsel, Gibson Dunn and Kirkland & Ellis, who design the review protocol, instruct and manage the review teams, and resolve reviewer questions. As Mr. Leech explains, reviewing this volume of documents at the largest advisable team size would take up to 100-150 weeks, and completing it within a month is not feasible; among other things, it would entail a review team many times larger than any that exists or could be located and trained in the time allowed. *See* Leech Decl. ¶ 10.

34.    Documents identified as responsive must then undergo quality control review to identify and protect Apple's privileged, confidential, and proprietary information before any document is produced. This review is performed by Apple's outside eDiscovery counsel, Redgrave. As Mr. Keeling explains, this review proceeds far more slowly than responsiveness review and cannot begin until responsiveness review is complete—it cannot be conducted in parallel, because one of its purposes is to check the results of the responsiveness review. *See* Keeling Decl. ¶¶ 17–18. Even setting responsiveness review aside entirely, privilege and quality-control review could not be accomplished within one month. *See* Barela Decl. ¶ 16; Keeling Decl. ¶ 19.

35.    Finally, responsive, non-privileged documents must be prepared for

CONFIDENTIAL / FILED UNDER SEAL

production by OpenText, a multi-step process with manual quality-control checks at each step. As Mr. Barela explains, preparing a production of several million documents would take approximately 40 days. *See* Barela Decl. ¶ 14.

36. Across all of these phases, Apple's outside counsel—Gibson Dunn, Kirkland & Ellis, and Redgrave—direct, supervise, and engage in the process. Outside counsel meet and confer with Plaintiffs, design and refine the review protocols, supervise and instruct the review teams, and perform and oversee the privilege and quality-control reviews. This supervision is itself time- and resource-intensive, and the burden it imposes scales with the size of the review.

37. These phases are cumulative and sequential. Documents cannot be reviewed for privilege and quality-control until the initial contractor responsiveness review is complete; and they cannot be prepared for production until privilege and quality-control review is complete. The time each phase requires therefore adds to, rather than overlaps with, the time required by the others.

38. Technology Assisted Review ("TAR") may be used to review documents. Counsel must also invest significant time in training the TAR model in order to utilize TAR. Once the model is trained, additional review is necessary to ensure accuracy, protect highly personal or otherwise protected information including third-party confidential information, and ensure the protection of privilege. It is not feasible to train a TAR model, implement the additional review,

Gibson, Dunn &
Crutcher LLP

and complete TAR review of approximately 19.4 million documents in one month.

39.     For these reasons, and those set forth in the accompanying declarations of Mr. Barela, Mr. Leech, and Mr. Keeling, complying with the Order within the time it allows is not feasible at any individual stage of the process, and still less in the aggregate, where the stages are cumulative and sequential.

40.     Nor could compliance be achieved simply by adding personnel: I understand that the review team it would demand does not exist and could not be located and trained in the time allowed. *See* Leech Decl. ¶¶ 11–13. Moreover, an overwhelming number of reviewers in a database can result in latency issues, resulting in the review pace significantly slowing. The Order cannot be met as written. Even if Apple abandoned the safeguards that protect Apple's privileged materials from production, it is not possible to comply with the Order; abandoning these protections would greatly increase the risk that Apple would produce unresponsive and/or privileged materials to which Plaintiffs are not entitled— causing Apple substantial and irreparable prejudice.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CONFIDENTIAL / FILED UNDER SEAL

DATED:  July 9, 2026                    GIBSON, DUNN & CRUTCHER LLP


By: */s/ Jason Lo*
Jason Lo
*Attorney for Apple Inc.*

# EXHIBIT A

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

- - -

IN RE:                        :

APPLE INC. SMARTPHONE         :   Civil Action No.

ANTITRUST LITIGATION          :   2:24-md-03113

                              :   (JXN)(LDW)

                              :

                              :

- - -

MDL CONFERENCE

BEFORE SPECIAL MASTER HEDGES

- - -

Taken remotely, via Zoom, on Thursday, July 2, 2026, beginning at 12:01, p.m. before Beau Dillard, RPR, a Notary Public in and for the Commonwealth of Pennsylvania.

- - -

- - -

Job No. CS8304883

A P P E A R A N C E S (ALL REMOTE):

SPECIAL MASTER
RESOLUTE SYSTEMS, LLC
BY:   RON HEDGES, ESQ.
370 Lexington Avenue
Suite 702
New York, New York 10017
(212)967-6799
R_hedges@live.com

CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.
BY:   JAMES E. CECCHI, ESQ.
5 Becker Farm Road
Roseland, New Jersey 07068
(973)994-1700
Jcecchi@carellabyrne.com
Representing Direct iPhone Purchaser
Plaintiffs

KELLOGG HANSEN TODD FIGEL & FREDERICK PLLC
BY:   ARIELA M. MIGDAL, ESQ.
      SCOTT K. ATTAWAY, ESQ.
      RUND KHAYYAT, ESQ.
1615 M Street NW
Suite 400
Washington, DC 20036
(202)326-7919
Amigdal@kellogghansen.com
Sattaway@kellogghansen.com
Rkhayyat@kellogghansen.com
Representing Direct Apple Watch
Purchaser Plaintiffs

LOCKRIDGE GRINDAL NAUEN PLLP
BY:   JOSEPH C. BOURNE, ESQ.
100 Washington Avenue South
Suite 2200
Minneapolis, Minnesota 55401
(612)339-6900
Jcbourne@locklaw.com
Representing Indirect For iPhone
Purchaser Plaintiffs

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 3

A P P E A R A N C E S (CONTINUED):

GIBSON DUNN & CRUTCHER LLP
BY:   JASON C. LO, ESQ.
      JOSEPH ROSE, ESQ.
      BRIAN ANDERSON, ESQ.
      CYNTHIA RICHMAN, ESQ.
      CONNOR S. SULLIVAN, ESQ.
      EMMA LI, ESQ.
333 South Grand Avenue
Los Angeles, California 90071
(213)229-7000
Jlo@gibsondunn.com
Jrose@gibsondunn.com
Banderson@gibsondunn.com
Crichman@gibsondunn.com
Csullivan@gibsondunn.com
Eli@gibsondunn.com
Representing Defendant

KIRKLAND & ELLIS LLP
BY:   ALEXIA R. BRANCATO, ESQ.
601 Lexington Avenue
New York, New York 10022
(212)909-3344
Alexia.brancato@kirkland.com
Representing Defendant

BERGER MONTAGUE PC
BY:   CANDICE J. ENDERS, ESQ.
      TAYLOR HOLLINGER, ESQ.
1818 Market Street
Suite 3600
Philadelphia, Pennsylvania 19103
(215)875-4606
Cenders@bergermontague.com
Thollinger@bergermontague.com

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 4

A P P E A R A N C E S (CONTINUED):

    HAUSFELD LLP
    BY:   THEODORE F. DISALVO, ESQ.
          MELINDA R. COOLIDGE, ESQ.
          SHAYLA HARRIS, ESQ.
    1200 17th Street NW
    Suite 600
    Washington, DC 20036
    (202)540-7200
    Tdisalvo@hausfeld.com
    Mcoolidge@hausfeld.com
    Sharris@hausfeld.com


    JAVERBAUM WURGAFT HICKS KAHN WIKSTROM &
    SININS, P.C.
    BY:   STANLEY O. KING, ESQ.
    231 South Broad Street
    Woodbury, New Jersey 08096
    (856)845-3079
    Sking@lawjw.com


    KOREIN TILLERY
    BY:   DANIEL EPSTEIN, ESQ.
    205 North Michigan Avenue
    Suite 1950
    Chicago, Illinois 60601
    (312)641-9750
    Depstein@koreintillery.com
    McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
    BY:   THOMAS R. CURTIN, ESQ.
    1300 Mount Kemble Avenue
    P.O. Box 2975
    Morristown, New Jersey 07962
    (973)401-7117
    Tcurtin@mdmc-law.com


    LITE DEPALMA GREENBERG & AFANADOR, LLC
    BY:   EUGENE HUTCHINSON, ESQ.
    One Gateway Center
    Suite 1200
    Newark, New Jersey 07102
    (973)877-3836
    Ehutchinson@litedepalma.com

Case 2:24-md-03113-JXN-LDW   Document 275   Filed 08/10/26   Page 26 of 235 PageID: 6760
Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 5

A P P E A R A N C E S (CONTINUED):

MOLOLAMKEN LLP
BY:   MATTHEW GOLD, ESQ.
      LAUREN F. DAYTON, ESQ.
      KAYVON GHAYOUMI, ESQ.
300 North LaSalle Street
Chicago, Illinois 60654
(312)450-6711
Mgold@mololamken.com
Ldayton@mololamken.com
Kghayoumi@mololamken.com


SCHNEIDER WALLACE COTTRELL KIM LLP
BY:   SUNEEL JAIN, ESQ.
2000 Powell Street
Suite 1400
Emeryville, California 94608
(415)421-7100
Sjain@schneiderwallace.com


SEEGER WEISS LLP
BY:   FRAZAR THOMAS, ESQ.
325 Chestnut Street
Suite 917
Philadelphia, Pennsylvania 19106
(973)639-9100
Fthomas@seegerweiss.com


SPECTOR CALDES & CORRIGAN PC
BY:   JEFFREY L. SPECTOR, ESQ.
      WILLIAM C. CALDES, ESQ.
      NICHOLAS J. ALICATA
2001 Market Street
Suite 3420
Philadelphia, Pennsylvania 19103
(215)496-0300
Jspector@arkattorneys.com
Bcaldes@srkattorneys.com
Nalicata@srkattorneys.com

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 6

A P P E A R A N C E S (CONTINUED):

        WALSH PIZZI O'REILLY FALANGA LLP

        BY:   LIZA M. WALSH, ESQ.

              LAUREN R. MALAKOFF, ESQ.

        100 Mulberry Street

        15th Floor, Three Gateway Center

        Newark, New Jersey 07102

        (973)757-1103

        Lwalsh@walsh.law

        Lmalakoff@walsh.law

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 7

- - -

The attorneys participating in this deposition acknowledge that the court stenographer is not physically present in the deposition room and that he will be reporting this deposition remotely.

They further acknowledge that, in lieu of an oath administered in person, the oath will be administered remotely.  The parties and their counsel consent to this arrangement and waive any objections to this manner of reporting.

The attorneys have indicated their agreement to the above stipulation off the stenographic record.

It is stipulated and agreed to by and between counsel for the respective parties that all objections, except as to form of the question, are reserved to the time of trial.

- - -

SPECIAL MASTER:  I really wanted more than anything else to take a few minutes today to speak to you about what's expected of you under Rules 1 and 26(b)(1) of the Federal Rules.

I know you've cooperated to some degree in the past, and I've seen the letter that's gone into Judge Wettre, so I understand what's open and what the impasses are.

So I just suggest we think about that as we go forward in the case.

And now I want to talk about the three issues where we have impasse.  So let me start with the first one on the Plaintiff's Request For Production.

I appreciate Apple's argument with regard to what might have been agreed to before or not in the government case and the like, that's irrelevant to me as far as this class action goes.

I haven't seen any substantive arguments with regard to disproportion of discovery or with regard to undue burden on Apple, which I doubt it could be made

Page 9

anyway, quite frankly, given the size of Apple and its revenue, but I'll agree with the Plaintiffs' proposals.

Go ahead what the Plaintiffs have proposed and respond to them.

How long is that going to take to do, two weeks?

MR. LO:  Your Honor, just to be clear, are you talking about the search-terms issue?

SPECIAL MASTER:  Yes.  I am.

MR. LO:  Okay.

Their latest proposal was put into review about 20 million documents, so it would be on the scale of multiple months.

In the government case, Apple did about 11 million documents and that took about six or seven months, that is assuming a pace of roughly 125,000 documents per week all in.

It's obviously a little bit slower at the beginning -- when you're at the beginning of a review process, and it's much -- you know, it speeds up.

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 10

SPECIAL MASTER:  Counsel, any of you involved in the OpenAI MDL in the Southern District of New York?

MR. CECCHI:  No, Your Honor.

SPECIAL MASTER:  Okay.

There were billions of pieces of information that the Judge there wanted to look at and they were looked at.

You have a month to make the production.  Get as many people on as you need in a team.  As I said, I've seen no argument of undue burden or proportionality.

Next question has to do with the document processing and imaging errors. Let me ask, when the Plaintiffs found these errors, were they pointed out specifically to Apple or did you just say, we had some problems?

MR. EPSTEIN:  Your Honor, this is Daniel Epstein on behalf of the Watch Plaintiffs.  I raised this issue and speak on behalf of all the MDL Plaintiffs for this issue.

We raised and provided, over the

Case 2:24-md-03113-JXN-LDW   Document 275   Filed 08/10/26   Page 32 of 235 PageID: 6766
Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 11

course of several months, specific examples of the types of errors that we were seeing in hopes that Apple would remedy it.

So we did not address it in the abstract, we addressed it with specific examples of what we were seeing.

SPECIAL MASTER:  Why don't you send them some specific examples, but I agree with the Plaintiffs, Apple has an obligation to comply with Rule 34(b) and produce things in a reasonably usable format.  It apparently hasn't been done.

I appreciate Apple's arguments with regard to what may be in the content and the like.  Produce everything in native.

MR. ROSE:  Your Honor --

SPECIAL MASTER:  Just a second, Counsel.

Produce everything in native. You have a protective order in place.  If you need to do individual redactions, do the redactions.

Okay.

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 12

The third item has to do with these are communications with counsel.

How many documents have -- has Apple looked at so far that would go on a privilege log, assuming it was required to do?

MR. ROSE:  Your Honor, I don't have that number in front of me.  The number of outside counsel communications, those documents are still under review through our privilege review process.

And the question here is, I think, whether the outside counsel-only communications should be exempted from logging?

We -- we have an agreement that there should be some form of outside counsel exemption.  I think the issue here is just whether -- what the date cutoff should be for that exemption.

SPECIAL MASTER:  I haven't seen any real discussion about date cutoff in the letter that went into the Judge.

What's Apple proposing for a date cutoff?

Page 13

MR. ROSE:  So the issue in dispute between the Parties is quite narrow, I believe.

Apple is proposing that the same cutoff -- the same protocol be done in the DOJ action be applied in this action, which is communications solely.

SPECIAL MASTER:  I understand what that is, Counsel.  Excuse me.

I understand what Apple and DOJ agreed to in the antitrust action.

That's not what I'm asking you.

What's the cutoff you want in the class action?

MR. ROSE:  So we are not proposing a date cutoff.  The MDL Plaintiffs are proposing a date cutoff of January 6th, 2020.

SPECIAL MASTER:  How many documents do you think there may be that have to be looked at, that might be subject to privilege or work product protection?

MR. ROSE:  Your Honor, I don't have that number in front of you, but we

Page 14

are not arguing that we wouldn't look at the documents.

So we're going to look at the same number of documents, whether there is a cutoff or not.  The question is just whether we would prepare a privilege log for those, outside of counsel-only communications.

SPECIAL MASTER:  Counsel, I appreciate that.  I just asked you a question of whether you knew the number and I guess the answer is no, correct?

MR. ROSE:  Correct, Your Honor. I don't have that number in front of me.

SPECIAL MASTER:  Okay.

How many documents have been made available already?  Because I know that discovery wasn't substantially completed by June 15th, correct?

MR. ROSE:  Your Honor, we completed production of -- I'll let Mr. Lo provide the exact numbers on what we reviewed and what we produced by that date.

But I don't -- I don't

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 15

believe -- I think we would take the position we did substantially complete production as to the search terms that had been -- that had been agreed on between the Parties so far.

The question, of course, is whether there are additional searches that would need to be run, that the Plaintiffs --

SPECIAL MASTER:  Well, I expect there may be, considering what I said about the search terms, correct?

MR. ROSE:  Yes, Your Honor.

I'll let Mr. Lo weigh in on the number of documents that have been produced.

SPECIAL MASTER:  Okay.

How much has been produced by June 15th or subsequent to that date?

MR. LO:  Roughly 2.2 million in total between the two cases, because they all overlap, as Your Honor knows.

SPECIAL MASTER:  And I assume everything that was produced in the antitrust case was made available to the

Apple Smartphone Antitrust Litigation-MDL Conference with Special Master Hedges

Page 16

MDL Plaintiffs, correct?

MR. LO:  That's what I was referencing, that the production goes to both cases.

SPECIAL MASTER:  Well, first, there's no such thing as a presumption of privilege.  Just because something is being sent by or received by an attorney, does not make something privileged, maybe a -- (inaudible) -- to producing -- (inaudible).

Obviously the Parties -- (inaudible) -- privilege of work product, it has a burden of proof in that area.

I see no reason why you can't make productions of everything with metadata, other than content.

So you can work out the metadata fields in the native format of what the production is going to be.

And as far as the scope of production and what has to be logged or not logged, I'll give you until Monday to work that out.

If I haven't heard an agreement

on Monday, I will issue an order with regard to whether or not I'm going to allow certain things to be exempted from the log.

Mr. Cecchi, would you or someone else get a form of order to me, please?

MR. CECCHI:  Absolutely, Your Honor.

SPECIAL MASTER:  All right, Counsel.

Anything else to talk about?

MS. MIGDAL:  Good afternoon, Your Honor.  Ariela Migdal, also representing the Watch Plaintiffs and on this privilege logging issue, the MDL Plaintiffs.

I just wanted to correct one thing.  Your Honor's original brief was correct, we don't have a date proposed cutoff.

Our position is just to ask that Apple comply generally with the rule for privilege logging.  There were previous compromises that we had offered and then those were rejected, so our position

Case 2:24-md-03113-JXN-LDW    Document 275    Filed 08/10/26    Page 39 of 235 PageID: 6773
Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 18

currently is just to follow the rule.

SPECIAL MASTER:  I don't want to have any argument about this.  I understand your position.  I've read the joint submission that went in.

I'll make a decision on Monday about what has to be logged or not logged, but quite frankly I expect I'm going to come down somewhere in the middle as to what all of you want to do.

And I will just warn you, you're a lot better off agreeing among yourselves with regard to this logging question than having me do it.

I have no problem with categorical logs, however you want to do it, you can do it.  If it really bothers you, and you can't make an agreement, probably -- (inaudible) -- have the Parties agree on 100 documents that I do an in-camera review on.

If I determine that a majority of those documents are not scope for privilege or work product, I'm going to order everything to be produced and

Page 19

logged.

So, Counsel, I suggest you try to work things out.  I don't want to shepherd you through all of this.  You are all sophisticated attorneys, you have been through this before.  Let's get through with this and see what happens.

MS. MIGDAL:  Thank you, Your Honor.

SPECIAL MASTER:  All right.

Thank you, everyone.

So --

MR. LO:  Your Honor, may I raise one other issues?

SPECIAL MASTER:  -- of course.

MR. LO:  Your Honor, may I raise one other issue?

SPECIAL MASTER:  Is it within the scope of what's been referred to me by the Judge?

MR. LO:  It is.  Yes.

SPECIAL MASTER:  Okay.

Go ahead.

MR. LO:  You've mentioned a couple times in terms of the joint

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 20

submission and I just wanted to point out that our understanding at the time that it was submitted was we were not supposed to be making arguments.

Judge Wettre wanted us to just lay out what the issues were.

SPECIAL MASTER:  I understand.

MR. LO:  And so, for example, with respect to the search terms, I think you didn't even have the numbers because they were still being negotiated at the time.

And frankly, it was Apple's position that what was in the letters themselves was actually more than Judge Wettre had asked for and wanted.

And so if -- if, Your Honor, is ruling in terms of the letter, we would suggest -- we would request that we have an ability to actually brief the issues and give you a sense of what the proportionality and the burden is, because those issues have also been discussed at length with Judge Wettre in the prior proceedings and we just didn't

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

Page 21

put it in the letter because it was our understanding that the letter was supposed to be, frankly, limited to a couple of lines, just outlining what the issue was as opposed to what the actual arguments and the -- the specific search terms are.

SPECIAL MASTER:  Counsel, I'll sign an order that Mr. Cecchi submits to me.  You can take an appeal to Judge Neals if you want to.

MR. LO:  Okay.

Thank you, everyone.

SPECIAL MASTER:  Have a good holiday.  Goodbye.

-   -   -

(MDL Conference Ended.)

-   -   -

(Deposition concluded at 12:13 p.m.)

Apple Smartphone Antitrust Litigation-MDL Conference with Special Master Hedges

Page 22

C E R T I F I C A T E

COMMONWEALTH OF PENNSYLVANIA:

COUNTY OF PHILADELPHIA:

        I, Beau Dillard, RPR, a Notary Public within and for the County and State aforesaid, do hereby certify that the foregoing MDL CONFERENCE was taken before me, pursuant to notice, at the time and place indicated; that said deponent was by me duly sworn to tell the truth, the whole truth, and nothing but the truth; that the testimony of said deponent was correctly recorded in machine shorthand by me and thereafter transcribed under my supervision with computer-aided transcription; that the deposition is a true record of the testimony given by the witness; and that I am neither of counsel nor kin to any party in said action, nor interested in the outcome thereof.

        WITNESS my hand and official seal this 3rd day of July, 2026.

                        Beau Dillard, RPR
                        Notary Public

Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

**[& - allow]**

Page 1

| & | | |
|---|---|---|
| **&** 2:12 3:2,11 4:8,16,21 5:17 | | |

| 0 | | |
|---|---|---|
| **03113** 1:5 | | |
| **07068** 2:8 | | |
| **07102** 4:23 6:4 | | |
| **07962** 4:18 | | |
| **08096** 4:10 | | |

| 1 | | |
|---|---|---|
| **1** 8:4,5 | | |
| **100** 2:20 6:3 18:20 | | |
| **10017** 2:4 | | |
| **10022** 3:13 | | |
| **11** 9:18 | | |
| **1200** 4:4,22 | | |
| **125,000** 9:20 | | |
| **12:01** 1:12 | | |
| **12:13** 21:20 | | |
| **1300** 4:17 | | |
| **1400** 5:9 | | |
| **15th** 6:4 14:19 15:19 | | |
| **1615** 2:14 | | |
| **17th** 4:4 | | |
| **1818** 3:17 | | |
| **19103** 3:18 5:20 | | |
| **19106** 5:14 | | |
| **1950** 4:14 | | |

| 2 | | |
|---|---|---|
| **2** 1:12 | | |
| **2.2** 15:20 | | |
| **20** 9:14 | | |

**2000** 5:9
**2001** 5:19
**20036** 2:15 4:5
**202** 2:15 4:5
**2020** 13:18
**2026** 1:12 22:13
**205** 4:14
**212** 2:5 3:13
**213** 3:6
**215** 3:19 5:20
**21851** 22:16
**2200** 2:21
**229-7000** 3:6
**231** 4:10
**26** 8:5
**2975** 4:18
**2:24** 1:5

| 3 | | |
|---|---|---|
| **300** 5:4 | | |
| **312** 4:15 5:5 | | |
| **325** 5:13 | | |
| **326-7919** 2:15 | | |
| **333** 3:5 | | |
| **339-6900** 2:22 | | |
| **34** 11:11 | | |
| **3420** 5:19 | | |
| **3600** 3:18 | | |
| **370** 2:3 | | |
| **3rd** 22:13 | | |

| 4 | | |
|---|---|---|
| **400** 2:14 | | |
| **401-7117** 4:19 | | |
| **415** 5:10 | | |
| **421-7100** 5:10 | | |
| **450-6711** 5:5 | | |

**496-0300** 5:20

| 5 | | |
|---|---|---|
| **5** 2:8 | | |
| **540-7200** 4:5 | | |
| **55401** 2:21 | | |

| 6 | | |
|---|---|---|
| **600** 4:4 | | |
| **601** 3:12 | | |
| **60601** 4:15 | | |
| **60654** 5:4 | | |
| **612** 2:22 | | |
| **639-9100** 5:15 | | |
| **641-9750** 4:15 | | |
| **6th** 13:18 | | |

| 7 | | |
|---|---|---|
| **702** 2:4 | | |
| **757-1103** 6:5 | | |

| 8 | | |
|---|---|---|
| **845-3079** 4:11 | | |
| **856** 4:11 | | |
| **875-4606** 3:19 | | |
| **877-3836** 4:23 | | |

| 9 | | |
|---|---|---|
| **90071** 3:6 | | |
| **909-3344** 3:13 | | |
| **917** 5:14 | | |
| **94608** 5:10 | | |
| **967-6799** 2:5 | | |
| **973** 2:9 4:19,23 5:15 6:5 | | |
| **994-1700** 2:9 | | |

| a | | |
|---|---|---|
| **ability** 20:20 | | |
| **above** 7:15 | | |

**absolutely** 17:7
**abstract** 11:6
**acknowledge** 7:3,8
**action** 1:4 8:21 13:6,6,11,14 22:11
**actual** 21:5
**actually** 20:15 20:20
**additional** 15:7
**address** 11:5
**addressed** 11:6
**administered** 7:9,10
**afanador** 4:21
**aforesaid** 22:5
**afternoon** 17:12
**agnello** 2:7
**agree** 9:2 11:10 18:20
**agreed** 7:17 8:19 13:11 15:4
**agreeing** 18:12
**agreement** 7:15 12:16 16:25 18:18
**ahead** 9:4 19:23
**aided** 22:10
**alexia** 3:12
**alexia.brancato** 3:14
**alicata** 5:18
**allow** 17:3

[amigdal - corrigan]

Page 2

amigdal 2:16
anderson 3:3
angeles 3:6
answer 14:12
antitrust 1:5
  13:11 15:25
anyway 9:1
apparently
  11:13
appeal 21:10
apple 1:4 2:17
  8:25 9:2,17
  10:18 11:3,10
  12:4,24 13:4
  13:10 17:22
apple's 8:17
  11:14 20:13
applied 13:6
appreciate
  8:17 11:14
  14:10
area 16:14
arguing 14:1
argument 8:17
  10:12 18:3
arguments
  8:23 11:14
  20:4 21:6
ariela 2:12
  17:13
arkattorneys....
  5:21
arrangement
  7:12
asked 14:10
  20:16
asking 13:12

assume 15:23
assuming 9:20
  12:5
attaway 2:13
attorney 16:8
attorneys 7:2
  7:14 19:5
available 14:17
  15:25
avenue 2:3,20
  3:5,12 4:14,17

b

b 8:5 11:11
banderson 3:8
bcaldes 5:21
beau 1:13 22:5
  22:17
becker 2:8
beginning 1:12
  9:23,24
behalf 10:21,23
believe 13:3
  15:1
berger 3:16
bergermonta...
  3:19,20
better 18:12
billions 10:6
bit 9:22
bothers 18:17
bourne 2:20
box 4:18
brancato 3:12
brian 3:3
brief 17:18
  20:20

broad 4:10
brody 2:7
burden 8:24
  10:12 16:14
  20:22
byrne 2:7

c

c 2:1,20 3:1,2
  4:1 5:1,18 6:1
  22:1,1
caldes 5:17,18
california 3:6
  5:10
camera 18:21
candice 3:16
carella 2:7
carellabyrne....
  2:9
carpenter 4:16
case 8:12,20
  9:17 15:25
cases 15:21
  16:4
categorical
  18:16
cecchi 2:7,7
  10:4 17:5,7
  21:9
cenders 3:19
center 4:22 6:4
certain 17:3
certify 22:6
chestnut 5:13
chicago 4:15
  5:4
civil 1:4

class 8:21
  13:14
clear 9:9
come 18:9
commonwealth
  1:14 22:2
communicati...
  12:2,9,14 13:7
  14:8
complete 15:2
completed
  14:19,21
comply 11:11
  17:22
compromises
  17:24
computer
  22:10
concluded
  21:19
conference 1:8
  21:17 22:6
connor 3:4
consent 7:12
considering
  15:11
content 11:15
  16:17
continued 3:1
  4:1 5:1 6:1
coolidge 4:3
cooperated 8:6
correct 14:12
  14:13,19 15:12
  16:1 17:17,19
correctly 22:9
corrigan 5:17

**[cottrell - gibsondunn.com]** Page 3

| | | e | **expected**  8:4 |
|---|---|---|---|
| **cottrell**  5:8 | **degree**  8:7 | | f |
| **counsel**  7:11,18 | **depalma**  4:21 | **e**  2:1,1,7 3:1,1 | |
| 10:1 11:20 | **deponent**  22:7 | 4:1,1 5:1,1 6:1 | **f**  4:2 5:3 22:1 |
| 12:2,9,13,18 | 22:8 | 6:1 22:1,1 | **falanga**  6:2 |
| 13:9 14:7,9 | **deposition**  7:3 | **ehutchinson** | **far**  8:21 12:4 |
| 17:10 19:2 | 7:5,6 21:19 | 4:24 | 15:5 16:21 |
| 21:8 22:11 | 22:10 | **eli**  3:9 | **farm**  2:8 |
| **county**  22:3,5 | **depstein**  4:16 | **ellis**  3:11 | **federal**  8:5 |
| **couple**  19:25 | **determine** | **emeryville**  5:10 | **fields**  16:19 |
| 21:4 | 18:22 | **emma**  3:5 | **figel**  2:12 |
| **course**  11:1 | **deutsch**  4:16 | **ended**  21:17 | **first**  8:15 16:5 |
| 15:6 19:15 | **dillard**  1:13 | **enders**  3:16 | **floor**  6:4 |
| **court**  1:1 7:4 | 22:5,17 | **epstein**  4:13 | **follow**  18:1 |
| **crichman**  3:8 | **direct**  2:10,17 | 10:20,21 | **foregoing**  22:6 |
| **crutcher**  3:2 | **disalvo**  4:2 | **errors**  10:15,17 | **form**  7:20 |
| **cs8304883**  1:25 | **discovery**  8:24 | 11:2 | 12:17 17:6 |
| **csullivan**  3:9 | 14:18 | **esq**  2:3,7,12,13 | **format**  11:13 |
| **currently**  18:1 | **discussed** | 2:13,20 3:2,3,3 | 16:19 |
| **curtin**  4:17 | 20:24 | 3:4,4,5,12,16 | **forward**  8:12 |
| **cutoff**  12:20,22 | **discussion** | 3:17 4:2,3,3,9 | **found**  10:16 |
| 12:25 13:5,13 | 12:22 | 4:13,17,21 5:2 | **frankly**  9:1 |
| 13:16,17 14:5 | **disproportion** | 5:3,3,8,13,17 | 18:8 20:13 |
| 17:20 | 8:23 | 5:18 6:2,3 | 21:3 |
| **cynthia**  3:4 | **dispute**  13:2 | **eugene**  4:21 | **frazar**  5:13 |
| | d | **district**  1:1,2 | **exact**  14:22 | **frederick**  2:12 |
| | 10:3 | **example**  20:8 | **front**  12:8 |
| **daniel**  4:13 | **document** | **examples**  11:2 | 13:25 14:14 |
| 10:21 | 10:15 | 11:7,9 | **fthomas**  5:15 |
| **date**  12:19,22 | **documents** | **except**  7:19 | **further**  7:8 |
| 12:25 13:16,17 | 9:14,18,21 | **excuse**  13:9 | |
| 14:24 15:19 | 12:3,10 13:20 | **exempted** | g |
| 17:19 | 14:2,4,16 | 12:14 17:3 | **gateway**  4:22 |
| **day**  22:13 | 15:15 18:20,23 | **exemption** | 6:4 |
| **dayton**  5:3 | **doj**  13:6,10 | 12:18,20 | **generally**  17:22 |
| **dc**  2:15 4:5 | **doubt**  8:25 | **expect**  15:10 | **ghayoumi**  5:3 |
| **decision**  18:6 | **duly**  22:7 | 18:8 | **gibson**  3:2 |
| **defendant**  3:10 | **dunn**  3:2 | | **gibsondunn.c...** |
| 3:14 | | | 3:7,7,8,8,9,9 |

**give** 16:23 20:21
**given** 9:1 22:11
**go** 8:12 9:4 12:4 19:23
**goes** 8:21 16:3
**going** 9:6 14:3 16:20 17:2 18:9,24
**gold** 5:2
**good** 17:12 21:14
**goodbye** 21:15
**government** 8:19 9:17
**grand** 3:5
**greenberg** 4:21
**grindal** 2:19
**guess** 14:12

**h**

**hand** 22:13
**hansen** 2:12
**happens** 19:7
**harris** 4:3
**hausfeld** 4:2
**hausfeld.com** 4:6,6,7
**heard** 16:25
**hedges** 1:9 2:3 2:5
**hicks** 4:8
**holiday** 21:15
**hollinger** 3:17
**honor** 9:8 10:4 10:20 11:18 12:7 13:24 14:13,20 15:13

15:22 17:8,13 19:9,13,16 20:17
**honor's** 17:18
**hopes** 11:3
**hutchinson** 4:21

**i**

**illinois** 4:15 5:4
**imaging** 10:15
**impasse** 8:14
**impasses** 8:10
**inaudible** 16:10,11,13 18:19
**indicated** 7:14 22:7
**indirect** 2:23
**individual** 11:23
**information** 10:7
**interested** 22:12
**involved** 10:2
**iphone** 2:10,23
**irrelevant** 8:20
**issue** 9:10 10:22,24 12:18 13:1 17:1,15 19:17 21:5
**issues** 8:14 19:14 20:6,20 20:23
**item** 12:1

**j**

**j** 3:16 5:18
**jain** 5:8
**james** 2:7
**january** 13:18
**jason** 3:2
**javerbaum** 4:8
**jcbourne** 2:22
**jcecchi** 2:9
**jeffrey** 5:17
**jersey** 1:2 2:8 4:10,18,23 6:4
**jlo** 3:7
**job** 1:25
**joint** 18:5 19:25
**joseph** 2:20 3:3
**jrose** 3:7
**jspector** 5:21
**judge** 8:8 10:7 12:23 19:20 20:5,16,24 21:11
**july** 1:12 22:13
**june** 14:19 15:19
**jxn** 1:5

**k**

**k** 2:13
**kahn** 4:8
**kayvon** 5:3
**kellogg** 2:12
**kellogghanse...** 2:16,16,17
**kemble** 4:17
**kghayoumi** 5:6

**khayyat** 2:13
**kim** 5:8
**kin** 22:11
**king** 4:9
**kirkland** 3:11
**kirkland.com** 3:14
**knew** 14:11
**know** 8:6 9:25 14:17
**knows** 15:22
**korein** 4:13
**koreintillery....** 4:16

**l**

**l** 5:17
**lasalle** 5:4
**latest** 9:13
**lauren** 5:3 6:3
**law.com** 4:19
**lawjw.com** 4:11
**lay** 20:6
**ldayton** 5:6
**ldw** 1:5
**length** 20:24
**letter** 8:8 12:23 20:18 21:1,2
**letters** 20:14
**lexington** 2:3 3:12
**li** 3:5
**lieu** 7:9
**limited** 21:3
**lines** 21:4
**lite** 4:21

Case 2:24-md-03113-JXN-LDW   Document 275   Filed 08/10/26   Page 48 of 235 PageID: 6782
Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

[litedepalma.com - okay]

Page 5

**litedepalma.c...** 4:24
**litigation** 1:5
**little** 9:22
**live.com** 2:5
**liza** 6:2
**llc** 2:2 4:21
**llp** 3:2,11 4:2 4:16 5:2,8,12 6:2
**lmalakoff** 6:6
**lo** 3:2 9:8,12 14:22 15:14,20 16:2 19:13,16 19:21,24 20:8 21:12
**locklaw.com** 2:22
**lockridge** 2:19
**log** 12:5 14:6 17:4
**logged** 16:22 16:23 18:7,8 19:1
**logging** 12:15 17:15,23 18:13
**logs** 18:16
**long** 9:6
**look** 10:8 14:1 14:3
**looked** 10:8 12:4 13:21
**los** 3:6
**lot** 18:12
**lwalsh** 6:5

**m**

**m** 2:12,14 6:2
**machine** 22:9
**made** 8:25 14:17 15:25
**majority** 18:22
**make** 10:9 16:9 16:16 18:6,18
**making** 20:4
**malakoff** 6:3
**manner** 7:13
**market** 3:17 5:19
**master** 1:9 2:2 8:1 9:11 10:1,5 11:8,19 12:21 13:8,19 14:9 14:15 15:10,17 15:23 16:5 17:9 18:2 19:10,15,18,22 20:7 21:8,14
**matthew** 5:2
**mcelroy** 4:16
**mcoolidge** 4:6
**md** 1:5
**mdl** 1:8 10:2,23 13:16 16:1 17:15 21:17 22:6
**mdmc** 4:19
**melinda** 4:3
**mentioned** 19:24
**metadata** 16:17,18

**mgold** 5:5
**michigan** 4:14
**middle** 18:10
**migdal** 2:12 17:12,13 19:8
**million** 9:14,18 15:20
**minneapolis** 2:21
**minnesota** 2:21
**minutes** 8:3
**mololamken** 5:2
**mololamken....** 5:5,6,6
**monday** 16:23 17:1 18:6
**montague** 3:16
**month** 10:9
**months** 9:16,19 11:1
**morristown** 4:18
**mount** 4:17
**mulberry** 6:3
**multiple** 9:15
**mulvaney** 4:16

**n**

**n** 2:1 3:1 4:1 5:1 6:1
**nalicata** 5:22
**narrow** 13:3
**native** 11:17,21 16:19
**nauen** 2:19
**neals** 21:11

**need** 10:11 11:23 15:8
**negotiated** 20:11
**neither** 22:11
**new** 1:2 2:4,4,8 3:13,13 4:10 4:18,23 6:4 10:3
**newark** 4:23 6:4
**nicholas** 5:18
**north** 4:14 5:4
**notary** 1:13 22:5,17
**notice** 22:7
**number** 12:8,9 13:25 14:4,11 14:14 15:15
**numbers** 14:22 20:10
**nw** 2:14 4:4

**o**

**o** 4:9
**o'reilly** 6:2
**oath** 7:9,10
**objections** 7:13 7:19
**obligation** 11:11
**obviously** 9:22 16:12
**offered** 17:24
**official** 22:13
**okay** 9:12 10:5 11:25 14:15 15:17 19:22

**[okay - regard]**                                                                 Page 6

21:12
**open** 8:9
**openai** 10:2
**opposed** 21:5
**order** 11:22
17:1,6 18:25
21:9
**original** 17:18
**outcome** 22:12
**outlining** 21:4
**outside** 12:9,13
12:17 14:7
**overlap** 15:22

**p**

**p** 2:1,1 3:1,1
4:1,1 5:1,1 6:1
6:1
**p.c.** 2:7 4:9
**p.m.** 1:13 21:20
**p.o.** 4:18
**pace** 9:20
**participating**
7:2
**parties** 7:11,19
13:2 15:5
16:12 18:20
**party** 22:11
**past** 8:7
**pc** 3:16 5:17
**pennsylvania**
1:14 3:18 5:14
5:20 22:2
**people** 10:10
**person** 7:10
**philadelphia**
3:18 5:14,20
22:3

**physically** 7:4
**pieces** 10:6
**pizzi** 6:2
**place** 11:22
22:7
**plaintiff's** 8:16
**plaintiffs** 2:10
2:18,23 9:3,4
10:16,22,23
11:10 13:17
15:9 16:1
17:14,16
**please** 17:6
**pllc** 2:12
**pllp** 2:19
**point** 20:1
**pointed** 10:17
**position** 15:2
17:21,25 18:4
20:14
**powell** 5:9
**prepare** 14:6
**present** 7:5
**presumption**
16:6
**previous** 17:23
**prior** 20:25
**privilege** 12:5
12:11 13:22
14:6 16:7,13
17:15,23 18:24
**privileged** 16:9
**probably** 18:19
**problem** 18:15
**problems**
10:19
**proceedings**
20:25

**process** 9:24
12:11
**processing**
10:15
**produce** 11:12
11:16,21
**produced**
14:23 15:16,18
15:24 18:25
**producing**
16:10
**product** 13:22
16:13 18:24
**production**
8:16 10:10
14:21 15:3
16:3,20,22
**productions**
16:16
**proof** 16:14
**proportionality**
10:13 20:22
**proposal** 9:13
**proposals** 9:3
**proposed** 9:5
17:19
**proposing**
12:24 13:4,16
13:17
**protection**
13:23
**protective**
11:22
**protocol** 13:5
**provide** 14:22
**provided** 10:25
**public** 1:13
22:5,17

**purchaser** 2:10
2:18,23
**pursuant** 22:6
**put** 9:13 21:1

**q**

**question** 7:20
10:14 12:12
14:5,11 15:6
18:14
**quite** 9:1 13:2
18:8

**r**

**r** 2:1,5 3:1,12
4:1,3,17 5:1
6:1,3 22:1
**raise** 19:13,16
**raised** 10:22,25
**read** 18:4
**real** 12:22
**really** 8:1
18:17
**reason** 16:15
**reasonably**
11:12
**received** 16:8
**record** 7:16
22:10
**recorded** 22:9
**redactions**
11:23,24
**referencing**
16:3
**referred** 19:19
**regard** 8:18,23
8:24 11:15
17:2 18:13

| | | | |
|---|---|---|---|
| rejected  17:25 | rule  11:11 | shayla  4:3 | stanley  4:9 |
| remedy  11:4 | 17:22 18:1 | shepherd  19:4 | start  8:15 |
| remote  2:1 | rules  8:4,5 | shorthand  22:9 | state  22:5 |
| remotely  1:11 | ruling  20:18 | sign  21:9 | states  1:1 |
| 7:7,11 | run  15:8 | signature | stenographer |
| reporting  7:6 | rund  2:13 | 22:16 | 7:4 |
| 7:13 | **s** | sinins  4:9 | stenographic |
| representing | s  2:1 3:1,4 4:1 | six  9:19 | 7:16 |
| 2:10,17,23 | 5:1 6:1 | size  9:1 | stipulated  7:17 |
| 3:10,14 17:14 | sattaway  2:16 | sjain  5:11 | stipulation |
| request  8:16 | scale  9:15 | sking  4:11 | 7:15 |
| 20:19 | schneider  5:8 | slower  9:23 | street  2:14 3:17 |
| required  12:5 | schneiderwal... | smartphone | 4:4,10 5:4,9,13 |
| reserved  7:20 | 5:11 | 1:4 | 5:19 6:3 |
| resolute  2:2 | scope  16:21 | solely  13:7 | subject  13:22 |
| respect  20:9 | 18:23 19:19 | sophisticated | submission |
| respective  7:18 | scott  2:13 | 19:5 | 18:5 20:1 |
| respond  9:5 | seal  22:13 | south  2:20 3:5 | submits  21:9 |
| revenue  9:2 | search  9:10 | 4:10 | submitted  20:3 |
| review  9:14,24 | 15:3,12 20:9 | southern  10:3 | subsequent |
| 12:10,11 18:21 | 21:6 | speak  8:3 10:23 | 15:19 |
| reviewed  14:23 | searches  15:7 | special  1:9 2:2 | substantially |
| richman  3:4 | second  11:19 | 8:1 9:11 10:1,5 | 14:18 15:2 |
| right  17:9 | see  16:15 19:7 | 11:8,19 12:21 | substantive |
| 19:10 | seeger  5:12 | 13:8,19 14:9 | 8:22 |
| rkhayyat  2:17 | seegerweiss.... | 14:15 15:10,17 | suggest  8:11 |
| road  2:8 | 5:15 | 15:23 16:5 | 19:2 20:19 |
| ron  2:3 | seeing  11:3,7 | 17:9 18:2 | suite  2:4,14,21 |
| room  7:5 | seen  8:7,22 | 19:10,15,18,22 | 3:18 4:4,14,22 |
| rose  3:3 11:18 | 10:11 12:21 | 20:7 21:8,14 | 5:9,14,19 |
| 12:7 13:1,15 | send  11:9 | specific  11:1,6 | sullivan  3:4 |
| 13:24 14:13,20 | sense  20:21 | 11:9 21:6 | suneel  5:8 |
| 15:13 | sent  16:8 | specifically | supervision |
| roseland  2:8 | seven  9:19 | 10:18 | 22:9 |
| roughly  9:20 | several  11:1 | spector  5:17,17 | supposed  20:3 |
| 15:20 | sharris  4:7 | speeds  9:25 | 21:3 |
| rpr  1:13 22:5 | | srkattorneys.... | sworn  22:7 |
| 22:17 | | 5:21,22 | |

Case 2:24-md-03113-JXN-LDW Document 275 Filed 08/10/26 Page 51 of 235 PageID: 6785
Apple Smartphone Antitrust Litigation MDL Conference with Special Master Hedges

[systems - zoom]

Page 8

| | | |
|---|---|---|
| **systems** 2:2 | **time** 7:21 20:2 20:12 22:7 | 18:16 19:3 21:11 |
| **t** | **times** 19:25 | **wanted** 8:1 10:7 17:17 20:1,5,16 |
| **t** 22:1,1 | **today** 8:3 | |
| **take** 8:2 9:6 15:1 21:10 | **todd** 2:12 | **warn** 18:11 |
| **taken** 1:11 22:6 | **took** 9:19 | **washington** 2:15,20 4:5 |
| **talk** 8:13 17:11 | **total** 15:21 | |
| **talking** 9:9 | **transcribed** 22:9 | **watch** 2:17 10:21 17:14 |
| **taylor** 3:17 | **transcription** 22:10 | **week** 9:21 |
| **tcurtin** 4:19 | **trial** 7:21 | **weeks** 9:7 |
| **tdisalvo** 4:6 | **true** 22:10 | **weigh** 15:14 |
| **team** 10:11 | **truth** 22:8,8,8 | **weiss** 5:12 |
| **tell** 22:7 | **try** 19:2 | **went** 12:23 18:5 |
| **terms** 9:10 15:3 15:12 19:25 20:9,18 21:7 | **two** 9:7 15:21 | |
| | **types** 11:2 | **wettre** 8:8 20:5 20:16,24 |
| **testimony** 22:8 22:10 | **u** | **wikstrom** 4:8 |
| **thank** 19:8,11 21:13 | **under** 8:4 12:10 22:9 | **william** 5:18 |
| **theodore** 4:2 | **understand** 8:9 13:8,10 18:4 20:7 | **witness** 22:11 22:13 |
| **thereof** 22:12 | | **woodbury** 4:10 |
| **thing** 16:6 17:18 | **understanding** 20:2 21:2 | **work** 13:22 16:13,18,24 18:24 19:3 |
| **things** 11:12 17:3 19:3 | **undue** 8:24 10:12 | |
| **think** 8:11 12:13,18 13:20 15:1 20:9 | **united** 1:1 | **wurgaft** 4:8 |
| | **usable** 11:12 | **y** |
| **third** 12:1 | **w** | **york** 2:4,4 3:13 3:13 10:3 |
| **thollinger** 3:20 | **waive** 7:12 | **z** |
| **thomas** 4:17 5:13 | **wallace** 5:8 | **zoom** 1:11 |
| **three** 6:4 8:14 | **walsh** 6:2,2 | |
| **thursday** 1:12 | **walsh.law** 6:5 6:6 | |
| **tillery** 4:13 | **want** 8:13 13:13 18:2,10 | |

# EXHIBIT B

## HIGHLY CONFIDENTIAL

| | Highly Confidential | | | | |
|---|---|---|---|---|---|
| RFP No. | RFP Text | Apple's 3/13 Search Term Proposal | MDL Pls' 6/18 Search Term Proposal | MDL Pls' 6/18 Search Term Proposal Hit Count | Apple Counter Proposal (Draft on 6/12; circulated on 6/22) | Apple's Counterproposal Hit Count |
| iPhone 1/Watch 1 | All communications between Apple (including outside counsel) and any third party (including the third party's counsel) related to this Litigation or Investigation, including all document produced to Apple by persons other than Plaintiffs in this Litigation. | ((((To : ("@apple.com") AND FROM : ("meta*" OR "google*" OR "alphabet*")) OR (From : ("@apple.com") AND To : ("meta*" OR "google*" OR "alphabet*")) OR ("1 apple park way, Cupertino, CA 95014" NEAR/10 ("attention" OR "attn" OR "c/o" OR "dear" OR "to whom it may concern"))) AND (("anticompetitive" OR ("anti" NEAR/2 "competitive") OR "compet*" OR "antitrust" OR "anti-trust" OR "anti trust" OR "monopol*" OR "oligopol*" OR "monopson*" OR "dominan*" OR "conspir*" OR "collusion" OR "collud*" OR "Sherman" OR "clayton" OR "FTC" OR "DOJ" OR "united states v. apple" OR "US v. Apple" OR "district of New Jersey" OR "D.N.J" OR "DNJ" OR "department of justice" OR "Federal trade commission"))))<br><br>Note: Email To and From metadata fields searched for specified terms | ((((To : (("@apple.com") AND FROM : ("meta*" OR "Facebook" OR "Instagram" OR "google*" OR "alphabet*")) OR "Spotify" OR "PayPal" OR "Venmo" OR "Qualcomm" OR "Epiq" OR "GM" OR "General Motors" OR microsoft OR "#Non-Apple Smartphones#" OR #Non-Apple Smartwatches#")) OR (From : ("@apple.com") AND To : ("meta*" OR "Facebook" OR "Instagram" OR "google*" OR "alphabet*" OR "Microsoft" OR "#Non-Apple Smartwatches#")) OR ("1 apple park way, Cupertino, CA 95014")))) AND (("anticompetitive" OR ("anti" NEAR/2 "competitive") OR "compet*" OR "antitrust" OR "anti-trust" OR "anti trust" OR "monopol*" OR "oligopol*" OR "monopson*" OR "dominan*" OR "conspir*" OR "collusion" OR "collud*" OR "Sherman" OR "clayton" OR "FTC" OR "DOJ" OR "united states v. apple" OR "US v. Apple" OR "district of New Jersey" OR "D.N.J" OR "DNJ" OR "department of justice" OR "Federal trade commission" OR "investig*" OR "CID" OR "Civil investigative demand")) | 591,361 | DOJ RFP 1:<br><br>((((To : ("@apple.com") AND FROM : ("meta*" OR "google*" OR "alphabet*")) OR (From : ("@apple.com") AND To : ("meta*" OR "google*" OR "alphabet*")) OR ("1 apple park way, Cupertino, CA 95014" NEAR/10 ("attention" OR "attn" OR "c/o" OR "dear" OR "to whom it may concern"))) AND (("anticompetitive" OR ("anti" NEAR/2 "competitive") OR "compet*" OR "antitrust" OR "anti-trust" OR "anti trust" OR "monopol*" OR "oligopol*" OR "monopson*" OR "dominan*" OR "conspir*" OR "collusion" OR "collud*" OR "Sherman" OR "clayton" OR "FTC" OR "DOJ" OR "united states v. apple" OR "US v. Apple" OR "district of New Jersey" OR "D.N.J" OR "DNJ" OR "department of justice" OR "Federal trade commission"))))<br><br>Note: Email To and From metadata fields searched for specified terms | 1,451 |
| Watch 1.1 | All Communications between Apple (including its outside counsel) and the Government Plaintiffs (including the Government Plaintiffs' counsel) related to the Action or the Investigation, including all Documents produced to Apple by the Government Plaintiffs and all Documents produced to the Government Plaintiffs by Apple in the Government Action. | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 1(B)/Watch 1.2 | All communications between Apple (including its outside counsel) and the Government Plaintiffs (including the Government Plaintiffs' counsel) related to any civil or criminal investigation regarding the iPhone, such as Civil Investigative Demands Nos. 30193, 30356, and 31300, including all documents produced to the Government Plaintiffs by Apple in said investigation. | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |

1

| iPhone 1(C)/Watch 1.3 | All communications between Apple and any United States or non-United States government entity, official, employee, or executive branch representative (whether or not formally employed by the government) other than the Government Plaintiffs related to any actual or potential antitrust investigation regarding the iPhone, including all communications between Apple and Brazil's Administrative Council for Economic Defense (CADE) related to Apple's restrictions on NFC technology. | ((From : ["usdoj.gov" "ftc.gov"]) AND To : "@apple.com") OR (From : "@apple.com" AND (To : ["usdoj.gov" "ftc.gov"])) AND (((#iPhone# OR #Apple Smartwatches#) AND ("anti" NEAR/2 "competitive")) OR "anticompetitive" OR "compet*" OR "antitrust" OR "anti-trust" OR "monopol*" OR "investigat*") | ((From : ["usdoj.gov" "ftc.gov" "whitehouse.gov"]) AND To : "@apple.com") OR (From : "@apple.com" AND (To : ["usdoj.gov" "ftc.gov" "whitehouse.gov"]) OR "Trump administration" OR "Biden administration") AND (((#iPhone# OR #Apple Smartwatches#) AND ("anti" NEAR/2 "competitive")) OR "anticompetitive" OR "compet*" OR "antitrust" OR "anti-trust" OR "monopol*" OR "investigat*") | 36,823 | ((From : ["usdoj.gov" "ftc.gov" "whitehouse.gov"]) AND To : "@apple.com") OR (From : "@apple.com" AND (To : ["usdoj.gov" "ftc.gov" "whitehouse.gov"]) OR "Trump administration" OR "Biden administration") AND (((#iPhone# OR #Apple Smartwatches#) AND ("anti" NEAR/2 "competitive")) OR "anticompetitive" OR "compet*" OR "antitrust" OR "anti-trust" OR "monopol*" OR "investigat*") | 36,858 |
| iPhone 1(D)/Watch 1.4 | All communications between Apple (including its outside counsel) and any third party (including the third party's counsel) related to This Litigation, including all documents produced to Apple by persons other than Plaintiffs in This Litigation. | (To : ("@apple.com") OR (From : ("@apple.com") OR ("1 apple park way, Cupertino, CA 95014") AND ("anticompetitive" OR ("anti" NEAR/2 "competitive") OR "compet*" OR "antitrust" OR "anti-trust" OR "anti trust" OR "monopol*" OR "oligopol*" OR "monopson*" OR "dominan*" OR "conspir*" OR "collusion" OR "collud*" OR "Sherman" OR "clayton" OR "FTC" OR "DOJ"))) AND ("united states v. apple" OR "US v. Apple" OR "In re Apple Inc. Smartphone Antitrust Litigation" OR "MDL" OR "3113") | ((To : ("meta*" OR "Facebook" OR "google*" OR "alphabet*" OR "Spotify" OR microsoft OR "#Non-Apple Smartwatches#" OR "#Non-Apple Smartphones#")) OR (From : ( "meta*" OR "Facebook"OR "google*" OR "alphabet*" OR "Spotify" OR microsoft OR "#Non-Apple Smartwatches#" OR "#Non-Apple Smartphones#"))) NEAR/50 ("Neals" OR "Wettre" OR "JXN" OR "MDL" OR "3113") | 1,109 | ((To : ("meta*" OR "Facebook" OR "google*" OR "alphabet*" OR "Spotify" OR microsoft OR "#Non-Apple Smartwatches#" OR "#Non-Apple Smartphones#")) OR (From : ( "meta*" OR "Facebook"OR "google*" OR "alphabet*" OR "Spotify" OR microsoft OR "#Non-Apple Smartwatches#" OR "#Non-Apple Smartphones#"))) NEAR/50 ("Neals" OR "Wettre" OR "JXN" OR "MDL" OR "3113") | 1,099 |
| iPhone 1(E)/Watch 1.5 | All communications between Apple (including its outside counsel) and the Direct iPhone Purchaser Plaintiffs (including the Direct iPhone Purchaser Plaintiffs' counsel) or the Indirect iPhone Purchaser Plaintiffs (including the Indirect iPhone Purchaser Plaintiffs' counsel) or the Direct Apple Watch Purchaser Plaintiffs (including the Direct Apple Watch Purchaser Plaintiffs' counsel) related to This Litigation, including all documents produced to Apple by those plaintiffs | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 2/Watch 2 | All documents referenced in or relied upon in any pleading, discovery response, brief, or other filing by Apple in the Government Action, including all documents identified in Apple's Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures, and all docs, data, or info Apple or any Apple expert intends to offer as evidence at trial or otherwise in this Litigation, including any that Apple or its experts could use, will use, or has used to support any testimony/opinion. | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |

2

| | | | | | |
|---|---|---|---|---|---|
| iPhone 2(A)/Watch 2.1 | All documents referenced in or relied upon in any pleading, discovery response, brief, or other filing by Apple in This Litigation, including all documents identified in Apple's Federal Rule of Civil Procedure 26(a)(1) Initial Disclosures, and all documents, data, or information that Apple or any Apple expert intends to offer as evidence at trial or otherwise in This Litigation, including any that Apple or its experts could use, will use, or has used to support any testimony or opinion. | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 3/Watch 3 | All pleadings, written discovery responses, document productions, declarations, presentations/white papers, and expert reports served, filed, or produced by Apple, all expert reports served on Apple, all discovery requests served on Apple to the extent not included in Apple's response, and transcripts from all depositions, hearings, and trials for Apple employees and experts in any proceeding where Apple is a part in which the allegations related to any Alleged Conduct in the Complaint (Epic Games v. Apple, In re Apple iPhone Antitrust Litigation, Cameron v. Apple, Alivecor v. Apple, Lopez v. Apple, Dr. Rachael Kent v. Apple, Dr. Sean Ennis v. Apple, and European Commission investigation). | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 3(A)/Watch 3.1 | All pleadings, written discovery responses, document productions, declarations, presentations (including any white papers or other analysis or advocacy), and expert reports served, filed, or produced by Apple, all expert reports served on Apple, all discovery requests served on Apple to the extent not included in Apple's responses, and transcripts of all depositions, hearings, and trials for Apple employees and experts, in any proceeding in which Apple is a party where the allegations relate to any Alleged Conduct in the Complaint, including the Government Litigation. | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 4/Watch 4 | All document related to Apple's formal or informal policies, practices, training, or guidance for Apple personnel, such as:<br>a) Enabling, disabling, or modifying settings re document retention systems<br>b) Avoiding user certain words, terms, or phrases in internal or external comms and documents<br>c) Communicating in person, by phone, or video rather than in writing<br>d) Labeling documents "attorney-client privileged" or similar in business discussions, or<br>e) Including attorneys in communications or documents, or including inauthentic or pretextual requests for lawyers to advise. | N/A - will MDL Plaintiffs defer? | No search terms, targeted collection | N/A | No term, plaintiffs deferred | N/A |
| iPhone 5/Watch 5 | All documents shared with/presented to Apple's board of directors, or any committee/subcommittee thereof, re Smartphones or any Identified Product or Service, including all minutes, recordings, summaries of reports or meetings, whether formal/informal, of any meetings of any Apple board of directors, or any committee/subcommittee thereof from 1/1/2007 onward. | ((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote  OR ((minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*) NEAR/3 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/2 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee) NEAR/10 Apple))) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | ((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote  OR ((minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*) NEAR/3 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/2 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee) NEAR/10 Apple))) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 269,249 | DOJ RFP 5:<br><br>((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote  OR ((minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*) NEAR/3 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/2 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee) NEAR/10 Apple)) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 75,096 |
| Watch 5.1 | All Documents shared with, or presented to, Apple's CEO, board of directors, or any committee or subcommittee thereof, related to competitor Third-Party Smartwatch Makers, including all minutes, recordings, summaries of reports or meetings, whether formal or informal, of any meetings of any Apple board of directors, or any committee or subcommittee thereof from January 1, 2010, onward. | ((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote  OR ((minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*) NEAR/3 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/2 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee) NEAR/10 Apple))) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | ((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote OR (minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*)) NEAR/5 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/5 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee)))) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches#) | 42,728 | ((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote OR (minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*)) NEAR/5 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/5 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee)))) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches#) | 1,129 |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 6/Watch 6 | All documents re any plans/changes Apple has made, considered making, or analyzed re the iPhone or any Identified Product or Service in response to any actual or potential legal, judicial, or regulatory requirement, proceeding, or investigation in any jurisdiction worldwide, including the nature/costs/revenue impacts, and other actual/potential effects of those changes. | (#iPhone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR "non Apple" OR "nonApple" OR "non native" OR "third part*" OR "interopera*" OR "commission*" OR (("app" OR "apps" OR "app store") NEAR/3 ("review" OR "guideline*"))) NEAR/10 ("chang*" OR "modif*" OR "alter*" OR "creat*" OR "revis*" OR "expand*" OR "impact*" OR "cost*" OR "revenue*" OR "plan*" OR "proposal*" OR "accomodat*" OR "revision*" OR "impact*" OR "mitigate*") NEAR/50 ((("court" OR "case" OR "commission") NEAR/15 ("judgment*" OR "finding*" OR settlement*)) OR (("court" OR "judge*""judicial" OR "commission") NEAR/5 "order") OR "injunction*" OR "ruling" OR ("regulatory" NEAR/2 "requirement*") OR (("government" OR "department" OR "regulatory" OR "agency" OR "authority" OR "commission") NEAR/5 ("investigation" OR "inquir*" OR "demand*" OR "CID" OR "subpoena") OR "YGR" OR "Gonzalez Rogers" OR "epic v. apple") | (Watch* OR smartwatch* OR "smart watch" OR WatchOS OR #iPhone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR "non Apple" OR "nonApple" OR "non native" OR "third part*" OR "interopera*" OR "commission*" OR (("app" OR "apps" OR "app store" or compet* or third party or rival) OR "review" OR "guideline*" OR "wallet" OR "applepay OR "apple pay" OR (contactless NEAR/5 app)))) NEAR/10 ("chang*" OR "modif*" OR "alter*" OR "creat*" OR "revis*" OR "expand*" OR "impact*" OR "cost*" OR "revenue*" OR "plan*" OR "proposal*" OR "accomodat*" OR "revis*" OR "impact*" OR "mitigate*" OR stop OR start OR allow OR effect OR affect OR impact OR change OR cost) NEAR/50 (("court" OR "case" OR "commission" OR DOJ OR FTC OR antitrust OR anti-trust OR compet*) OR NEAR/15 ("judgment*" OR "finding*" OR settlement* OR lawsuit OR litigation OR sue* or case OR investigat* OR "court" OR "judge*""judicial" OR "commission" OR (("government" OR "department" OR DOJ OR FTC OR "regulatory" OR "agency" OR "authority" OR "commission") OR "investigation" OR "inquir*" OR "demand*" OR "CID" OR "subpoena" OR sue OR lawsuit OR litigation OR invest* OR alleg* OR "YGR" OR "Gonzalez" OR "Rogers" OR "epic v. apple" OR "Digital Markets Act" OR epic OR In re Apple iPhone Antitrust Litigation OR Cameron OR Alivecor OR Kent OR Ennis OR Pepper* OR Giamanco* OR EC OR EU OR enforcer))) | 9,234 | DOJ RFP 6:<br><br>(#iPhone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR "non Apple" OR "nonApple" OR "non native" OR "third part*" OR "interopera*" OR "commission*" OR (("app" OR "apps" OR "app store") NEAR/3 ("review" OR "guideline*"))) NEAR/10 ("chang*" OR "modif*" OR "alter*" OR "creat*" OR "revis*" OR "expand*" OR "impact*" OR "cost*" OR "revenue*" OR "plan*" OR "proposal*" OR "accomodat*" OR "revision*" OR "impact*" OR "mitigate*") NEAR/50 ((("court" OR "case" OR "commission") NEAR/15 ("judgment*" OR "finding*" OR settlement*)) OR (("court" OR "judge*""judicial" OR "commission") NEAR/5 "order") OR "injunction*" OR "ruling" OR ("regulatory" NEAR/2 "requirement*") OR (("government" OR "department" OR "regulatory" OR "agency" OR "authority" OR "commission") NEAR/5 ("investigation" OR "inquir*" OR "demand*" OR "CID" OR "subpoena")  OR  "YGR" OR "Gonzalez Rogers" OR "epic v. apple") | 42,394 |
| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███, Project ███, Project ███ Beeper Mini, and ███ | Search 7.1<br>(("███ OR ███" OR ███ OR ███") OR ("Beeper" NEAR/2 "mini")) NEAR/50 (#iPhone# or #Non-Apple Smartwatches#) | Search 7.1<br>(███ OR ███ OR "███ OR "███) OR ("Beeper" NEAR/5 "mini")) | 324,433 | DOJ RFP 7 (Search 7.1):<br>(███" OR ███" OR "███" OR "███") OR ("Beeper" NEAR/2 "mini")) NEAR/50 (#iPhone# or #Non-Apple Smartwatches#) | 16,357 |
| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███ Project ███ Project ███ Beeper Mini, and ███ | INTENTIONALLY LEFT BLANK | Search 7.2<br>("Project ███" OR ("███ AND NOT ("███ NEAR/50 "Qatar"))) | 99,300 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███ Project ███ Project ███ Beeper Mini, and ███ | INTENTIONALLY LEFT BLANK | Search 7.3<br>("Project ███" OR ("███ AND NOT ("███ NEAR/50 "Austria"))) | 1,397,662 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |

| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███ Project ████ Project ████ Beeper Mini, and ██ | INTENTIONALLY LEFT BLANK | Search 7.4 ("Mobeewave AND NOT ("terms" OR "price" OR "agreement")) | 11,340 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
|---|---|---|---|---|---|---|
| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███ Project ████ Project ████ Beeper Mini, and ██ | Search 7.2 (((("develop" OR "developed" OR "development" OR "release" OR "releases*" OR "releasing" OR "enable" OR "enables" OR "enabled" OR "allow" OR "allows*" OR "allowed" OR "block*" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "improve*" OR "improving" OR "discontinue" OR "discontinues" OR "discontinued" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prevent" OR "prevents" OR "preventative" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR "apple watch" OR "apple pay" OR "applepay" OR "apple wallet") NEAR/15 ("interoperab*" OR "pair" OR "pairs" OR "pairing" OR "connect" OR "connects" OR "connection" OR "connections" OR "connectivity" OR "bluetooth" OR "usable" OR "usability" OR "performance" OR "interact" OR "interacts" OR "interaction" OR "interactions")) NEAR/30 (#Non-Apple Smartphone#)) | (((("develop" OR "developed" OR "development" OR "release" OR "releases*" OR "releasing" OR "enable" OR "enables" OR "enabled" OR "allow" OR "allows*" OR "allowed" OR "block*" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "improve*" OR "improving" OR "discontinue" OR "discontinues" OR "discontinued" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prevent" OR "prevents" OR "preventative" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR "apple watch" OR "apple pay" OR "applepay" OR "apple wallet") NEAR/15 ("interoperab*" OR "pair" OR "pairs" OR "pairing" OR "connect" OR "connects" OR "connection" OR "connections" OR "connectivity" OR "bluetooth" OR "usable" OR "usability" OR "performance" OR "interact" OR "interacts" OR "interaction" OR "interactions")) NEAR/30 ((#Non-Apple Smartphone#) OR (#Non-Apple Smartwatches#))) | 1,872,190 | DOJ RFP 7 (Search 7.2): (((("develop" OR "developed" OR "development" OR "release" OR "releases*" OR "releasing" OR "enable" OR "enables" OR "enabled" OR "allow" OR "allows*" OR "allowed" OR "block*" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "improve*" OR "improving" OR "discontinue" OR "discontinues" OR "discontinued" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prevent" OR "prevents" OR "preventative" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR "apple watch" OR "apple pay" OR "applepay" OR "apple wallet") NEAR/15 ("interoperab*" OR "pair" OR "pairs" OR "pairing" OR "connect" OR "connects" OR "connection" OR "connections" OR "connectivity" OR "bluetooth" OR "usable" OR "usability" OR "performance" OR "interact" OR "interacts" OR "interaction" OR "interactions")) NEAR/30 (#Non-Apple Smartphone#)) | 194,440 |
| iPhone 7(A) | All documents related to the actual or potential impact on consumer behavior of any development, release, enablement, allowance, blocking, improvement, or degradation of any version of any Identified Product or Service that is or was interoperable or usable with non-Apple Smartphones. | Search 7.1 ((" ██████ OR " ██████ OR " ████████ OR " ████ OR ("Beeper" NEAR/2 "mini")) NEAR/50 (#iPhone# or #Non-Apple Smartwatches#) | No search terms - plaintiffs agree to address together with RFP 7 | N/A | DOJ RFP 7 (Search 7.1): ((" ██████ OR " ██████ OR " ████████ OR " ████ OR ("Beeper" NEAR/2 "mini")) NEAR/50 (#iPhone# or #Non-Apple Smartwatches#) | 16,357 |
| Watch 7.1 | All Documents relating to efforts or requests by third parties to access, send, or receive iMessages on Third-Party Smartwatches, Third-Party Smartwatch Apps, and Apps, and any changes You made to iMessage in response to those efforts or requests, including all Documents and Communications related to Beeper, Beeper Mini, Eric Migicovsky, James Gill, Amazfit, AT&T, Citizen, Core Devices LLC, Fitbit, Fossil, Garmin, Google, HMD America, HMD Global, Meta, MijoConnected, Motorola, Pebble, Samsung, T-Mobile, TracFone, Verizon, and Withings. | (#Non-Apple Smartwatches# OR (("Migicovsky" OR "James Gill" OR "Amazfit" OR "AT&T" OR "Citizen" OR "Core Devices" OR "Fitbit" OR "Fossil" OR "Garmin" OR "Google" OR "HMD America" OR "HMD Global" OR "Meta" OR "MijoConnected" OR "Motorola" OR "Pebble" OR "Samsung" OR "T-Mobile" OR "TracFone" OR "Verizon" OR "Withings") NEAR/20 watch)) NEAR/50 (("imessages" OR "imessage" OR "message" OR "messages") NEAR/30 (send OR access OR receive)) | **Search 7.1.1** (#Non-Apple Smartwatches# OR "Migicovsky" OR "James Gill") NEAR/25 ("imessag*" OR "messag*" OR "chatkit" OR "imcore" OR IMSharedUtilities)) | 3,303,954 | **Search 7.1.1(A)** (#Non-Apple Smartwatches# OR "Migicovsky" OR "James Gill") NEAR/25 ("messag*" OR "chatkit" OR "imcore" OR "IMSharedUtilities") NEAR/20 ("send" OR "access" OR "receive") | 501 |

6

| | | | | | |
|---|---|---|---|---|---|
| Watch 7.1 | All Documents relating to efforts or requests by third parties to access, send, or receive iMessages on Third-Party Smartwatches, Third-Party Smartwatch Apps, and Apps, and any changes You made to iMessage in response to those efforts or requests, including all Documents and Communications related to Beeper, Beeper Mini, Eric Migicovsky, James Gill, Amazfit, AT&T, Citizen, Core Devices LLC, Fitbit, Fossil, Garmin, Google, HMD America, HMD Global, Meta, MijoConnected, Motorola, Pebble, Samsung, T-Mobile, TracFone, Verizon, and Withings. | INTENTIONALLY LEFT BLANK | Search 7.1.2<br>(#Non-Apple Smartwatches# OR ("Migicovsky" OR "James Gill") NEAR/20 ((send OR sent OR "receive*" OR "deliver*" OR "obtain*" OR "access*" OR "configur*" OR "interoper*" OR ("deep" NEAR/5 link*")) NEAR/35 ("imessag*" OR "messag*" )) | 3,303,954 | Search 7.1.1(B) [Exclude iMessages]<br><br>(#Non-Apple Smartwatches# OR "Migicovsky" OR "James Gill") NEAR/25 "imessage"<br><br>NEAR/20 (send OR access OR receive) | 92 |
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines--for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. | Search 8.1<br>(("limit" OR "limits" OR "limited" OR "limitation" OR "limitations*" OR "different" OR "difference" OR "differences" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prefer" OR "prefers" OR "preferred" OR "preference" OR "preferences" OR "streamline*" OR "favor" OR "favors" OR "favored" OR "favorite" OR "priority" OR "priorities" OR "prioritize" OR "prioritized" OR "implement" OR "implements" OR "implemented" OR "implementation" OR "implementations" OR "constrain" OR "constrains" OR "constrained" OR "constraint" OR "constraints" OR "block*" OR "blocking" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "throttl*" OR "disabl*" OR "prevent" OR "prevents" OR "preventative" OR "permit" OR "permits" OR "permitted" OR "permission" OR "permissions") NEAR/10 ("function" OR "functions" OR "functionality" OR "functionalities" OR "feature" OR "features" OR "capable" OR "capability" OR "capabilities" OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 ("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) NEAR/50 (("iPhone" OR "iPhones") AND NOT "sent from | Search 8.0.1<br>(("limit*" OR "different*" OR "acces*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "blocking" OR "degrad*" "imped*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR usab* OR "friction" OR "compatib*") NEAR/20 ("function*" OR "feature" OR "features" OR "capabl*" OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) NEAR/50 (("iPhone" OR "iPhones") )<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families for this search 8.0.1 | 258,178 | (("limit*" OR "different*" OR "acces*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "blocking" OR "degrad*" "imped*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR usab* OR "friction" OR "compatib*") NEAR/20 ("function*" OR "feature" OR "features" OR "capabl*" OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) NEAR/50 (("iPhone" OR "iPhones") ) | 6,406 |

7

| | | | | | |
|---|---|---|---|---|---|
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines-- for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. | Search 8.2<br>(("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) | (("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*")))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 13,534 | DOJ RFP 8 (Search 8.2):<br><br>Search 8.2<br>(("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) | 19,432 |
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines-- for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. | Search 8.3<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 (("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*") OR ("Apple" NEAR/2 "messag*"))))) | Search 8.0.3<br>(((("limit*" OR "differ*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR restrain* OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/25 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitle*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/25 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")))))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 247,431 | DOJ RFP 8 (Search 8.3):<br><br>Search 8.3<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 (("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*") OR ("Apple" NEAR/2 "messag*"))))) | 1,467 |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines-- for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. | Search 8.4<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*"))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp"))) NEAR/30 (("native" NEAR/3 (("Apple" OR "iOS" OR "app*"))) OR ("first party") OR ("iOS" NEAR/2 "app*") OR (("Apple Pay" OR "Apple Wallet")))) | Search 8.0.4<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitle*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP" OR "cookies")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*" OR (contactless /3 app)))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp" OR "Klarna" OR "Block")))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 203,967 | DOJ RFP 8 (Search 8.4):<br><br>Search 8.4<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*"))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp"))) NEAR/30 (("native" NEAR/3 (("Apple" OR "iOS" OR "app*"))) OR ("first party") OR ("iOS" NEAR/2 "app*") OR (("Apple Pay" OR "Apple Wallet")))) | 6,294 |
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines-- for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. | Search 8.5<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data")) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))) NEAR/30 ("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*")))) | Search 8.0.5<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data")) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*")))))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 62,241 | DOJ RFP 8 (Search 8.5):<br><br>Search 8.5<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data")) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))) NEAR/30 ("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*")))) | 2,444 |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines-- for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. | Search 8.6<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | Search 8.0.6<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil")))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families for this search 8.0.6 | 1,475 | DOJ RFP 8 (Search 8.6):<br><br>Search 8.6<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | 9,156 |
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines-- for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. | Search 8.7<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5 NEAR/2 "mini"))) AND (("China" OR "PRC" OR "Asia" OR "Europe" OR "EMEA" OR "foreign")) AND (("domestic" OR "United States" OR "USA"))) | Search 8.0.7<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5 NEAR/2 "mini"))) OR #Apple Super Apps# OR #Non-Apple Super Apps# ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5 NEAR/2 "mini"))) OR #Apple Super Apps# OR #Non-Apple Super Apps# | 103,791 | DOJ RFP 8 (Search 8.7):<br><br>Search 8.7<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5 NEAR/2 "mini"))) AND (("China" OR "PRC" OR "Asia" OR "Europe" OR "EMEA" OR "foreign")) AND (("domestic" OR "United States" OR "USA"))) | 6,914 |

| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to:<br>a. the Apple Notification Center Service;<br>b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps;<br>c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets;<br>d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing;<br>e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and<br>f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps. | Search 8.1<br>(("limit" OR "limits" OR "limited" OR "limitation" OR "limitations*" OR "different" OR "difference" OR "differences" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prefer" OR "prefers" OR "preferred" OR "preference" OR "preferences" OR "streamline*" OR "favor" OR "favors" OR "favored" OR "favorite" OR "priority" OR "priorities" OR "prioritize" OR "prioritized" OR "implement" OR "implements" OR "implemented" OR "implementation" OR "implementations" OR "constrain" OR "constrains" OR "constrained" OR "constraint" OR "constraints" OR "block*" OR "blocking" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "throttl*" OR "disabl*" OR "prevent" OR "prevents" OR "preventative" OR "permit" OR "permits" OR "permitted" OR "permission" OR "permissions") NEAR/10 ("function" OR "functions" OR "functionality" OR "functionalities" OR "feature" OR "features" OR "capable" OR "capability" OR "capabilities" OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 ("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*")) NEAR/50 (("iPhone" OR "iPhones") AND NOT "sent from | Search 8.1.1<br>(((((""limit*"" OR ""differen*"" OR ""access*"" OR ""inaccess*"" OR ""restrict*"" OR ""prefer*"" OR ""streamline*"" OR ""favor*"" OR ""priorit*"" OR ""implement*"" OR ""constrain*"" OR ""block*"" OR ""imped*"" OR ""degrad*"" OR ""throttl*"" OR ""disabl*"" OR ""prevent*"" OR ""permi*"" OR ""friction"" OR ""requir*"" OR restrain*)) NEAR/10 ((""function*"" OR ""feature*"" OR ""capab*"" OR ""abilit*"" OR ""utilit*"" OR ""ease of use"" OR ""entitl*"" OR ""API*"" OR ""Application* Programming Interface*"" OR ""Framework*"" OR ""SPI"" OR ""SPIs"" OR ""software programming interface*"" OR ""IPI"" OR ""IPIs"" OR ""internal programming interface* OR ""Push Notification Service*"" OR ""APN*"" OR  ""IDS"" OR ""background process*"" OR ""background app refresh"" OR ""background execut*"" OR ""backgroundexecut*"" OR ""backgroundasset*"" OR ""background asset*"" OR ""backgroundtask*"" OR ""background task*"" OR ""background push*"" OR ""low power mode"" OR ""iMessage"" OR ""data"" OR ""notification*"" OR ""alert*"" OR ""pair*"" OR ""Bluetooth"" OR ""BLE"" OR ""ANCS"" OR ""Apple Notification Center*"" OR ""WiFi Direct"" OR ""AccessorySetup*"" OR ""Accessory Setup Kit*"" OR ""TelephonyMessag*"" OR ""Telephony Messag*"" OR ""LiveCommunicationKit*"" OR ""Dialer API*"")) NEAR/20 ((""Smartwatch*"" OR ""Smart watch*"") OR (""Galaxy"" NEAR/5 ((""Gear"" OR ""Watch"")) OR (""Pixel Watch*"" OR ""OnePlus Watch*"" OR ""One Plus Watch*"" OR ""Fitbit*"" OR ""fit bit*"" OR ""G Watch*"" OR ""gwatch"" OR ""Garmin"" OR ""ASUS"" OR ""Amazfit"" OR ""Fossil"")) OR | 5,858,707 | 8.1(A)<br><br>((("notification*" OR "ANCS" OR "Apple Notification Center" OR "bluetooth" OR "blue tooth" OR "Network stacking" OR "CoreBluetooth" OR "deeplink" OR "Low Energy" OR "Network Stacking" OR "Airdrop" OR "air drop" OR "Accessory Setup Kit" OR "AccesorySetup" OR "APN" OR "IDS" OR "proximity-triggered" OR "API" OR "Application Programming Interface" OR "SPI" OR "Software Programming Interface" OR "IPI" OR "Internal Programming Interface" OR "entitlement*" OR "framework*" OR "low power mode" OR "low-power mode" OR "LPM" OR "connect" OR ("background" NEAR/5 ("execut*" OR "refresh" OR "asset" OR "task")) OR "sync" OR "data sharing" OR "access" OR "inaccess" OR "constrain" OR "block" OR "throttle" OR "disable" OR "Push Notification Service" OR "APN" OR "WiFi Direct" OR "AccessorySetup" OR "TelephonyMessag*" OR "Telephony Messag*" OR "LiveCommunicationKit*" OR "Dialer API*" OR "NFC" OR "Near-field communication" OR "near field communication" OR "CoreNFC" OR "NFC Data Exchange Format" OR "NDEF" OR "ProximityReader" OR "Proximity Reader" OR "PaymentCard Reader" OR "Tap to Pay" OR "Tap-to-Pay" OR | 1,063,200 |
| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to:<br>a. the Apple Notification Center Service;<br>b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps;<br>c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets;<br>d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing;<br>e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and<br>f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps. | Search 8.2<br>(("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) | Search 8.1.3<br>((((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "Framework*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/5 "app*") OR ("TelephonyMessag*" OR "Telephony Messag*")) NEAR/30 (#Non-Apple Smartwatches#) | 5,858,707 | 8.1(B)<br><br>#Non-Apple Smartwatches# NEAR/50 ((approv* or disapprov*) NEAR/10 ("app" OR "apps" OR "applications")) | 1,614 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to: a. the Apple Notification Center Service; b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps; c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets; d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing; e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps. | Search 8.3 (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data")) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 (("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*") OR ("Apple" NEAR/2 "messag*"))))) | (("ANCS" OR "Apple Notification Center*" OR "AccessorySetup*" OR "Accessory Setup Kit*") NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external" OR (("third" OR "3d" OR "3rd") NEAR/5 "part*") NEAR/10 "watch") OR #Non-Apple Smartwatches#) | 23,657 | (("ANCS" OR "Apple Notification Center*" OR "AccessorySetup*" OR "Accessory Setup Kit*") NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external" OR (("third" OR "3d" OR "3rd") NEAR/5 "part*") NEAR/10 "watch") OR #Non-Apple Smartwatches#) | 44 |
| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to: a. the Apple Notification Center Service; b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps; c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets; d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing; e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps. | Search 8.4 (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 ((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*"))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp"))) NEAR/30 (("native" NEAR/3 (("Apple" OR "iOS" OR "app*"))) OR ("first party") OR ("iOS" NEAR/2 "app*") OR (("Apple Pay" OR "Apple Wallet")))) | ((((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "Framework*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/5 "app*")) OR ("TelephonyMessag*" OR "Telephony Messag*")) NEAR/30 (#Non-Apple Smartwatches#) | 67,334 | ((((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "Framework*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/5 "app*") OR ("TelephonyMessag*" OR "Telephony Messag*")) NEAR/30 (#Non-Apple Smartwatches#) | 1,139 |

| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to: a. the Apple Notification Center Service; b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps; c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets; d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing; e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps. | Search 8.5 ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data")) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))) NEAR/30 ("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*")))) | Search 8.1.4 ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "Framework*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication*" OR "near field communication*" OR "CoreNFC" OR "NFC Data Exchange Format" OR "NDEF" OR "Reader Mode*" OR "Writer Mode*" OR "ProximityReader" OR "Proximity Reader*" OR "PaymentCardReader*" OR "Tap to Pay*" OR "Tap-to-Pay*" OR "SecureElementCredential" OR "IAP" OR cookies)) OR ("in app" NEAR/5 "pay*") OR ("pass" NEAR/5 "through") OR (("in" NEAR/2 "store") NEAR/5 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/5 (("wallet*" OR "pay*" OR (contactless NEAR/5 app))) OR ("tap" NEAR/5 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp" OR "Klarna" OR "Block" OR "FitBit Pay" OR "Ionic"))) | 3,238,205 | No term proposed | N/A |
| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to: a. the Apple Notification Center Service; b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps; c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets; d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing; e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps. | Search 8.6 ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil")) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | ("*Bluetooth*" OR "BT" OR "BLE" OR "WiFi Direct" OR "Network Stacking" OR "CoreBluetooth" OR "deeplink" OR "ASK" OR "Low Energy" OR "Network Stacking" OR "AirDrop" OR "air drop" OR "Accessory Setup Kit*" OR "AccessorySetup*" OR "toggle" OR "Push Notification Service*" OR "APN*" OR "IDS" OR (("proximity-triggered") OR "proximit* NEAR/5 "*trigg*) NEAR/5 "pair*")) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR (#Non-Apple Smartwatches#) OR "companion app*") | 3,361,403 | No term proposed | N/A |

13

| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to:<br>a. the Apple Notification Center Service;<br>b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps;<br>c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets;<br>d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing;<br>e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and<br>f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps. | Search 8.7<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5" NEAR/2 "mini"))) AND (("China" OR "PRC" OR "Asia" OR "Europe" OR "EMEA" OR "foreign")) AND (("domestic" OR "United States" OR "USA"))) | Search 8.1.6<br>("Low Power Mode" OR "Low-Power Mode" OR "LPM") NEAR/20 ("reduc*" OR "disrupt*" OR "degrad*" OR "interfer*" OR "long*" OR "slow*" OR "reduc*" OR "affect*" OR "effect*" OR "preserv*" OR "decreas*" OR "lower*" OR "imped*" OR "impact*" OR "interrupt*" OR "delay*" OR "diminish*" OR "erod*") NEAR/40 (#Non-Apple Smartwatches# OR ("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/5 "part*"))) | 8,702 | ("Low Power Mode" OR "Low-Power Mode" OR "LPM") NEAR/20 ("reduc*" OR "disrupt*" OR "degrad*" OR "interfer*" OR "long*" OR "slow*" OR "reduc*" OR "affect*" OR "effect*" OR "preserv*" OR "decreas*" OR "lower*" OR "imped*" OR "impact*" OR "interrupt*" OR "delay*" OR "diminish*" OR "erod*") NEAR/40 (#Non-Apple Smartwatches# OR ("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/5 "part*"))) | 198 |
| Watch 8.2 | All Documents related to any decision on whether to limit the interoperability of Third-Party Smartwatches with the iPhone (or the Apple Watch with Third Party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit or reduce limits on the ability of Third-Party Smartwatches to respond to notifications;<br>b. Limit or reduce limits on the ability of Third-Party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone;<br>c. Limit or reduce limits on the ability of Third-Party Smartwatches' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets;<br>d. Limit or reduce limits on the ability of Third-Party Smartwatches to maintain a | Search 8.1<br>(("limit" OR "limits" OR "limited" OR "limitation" OR "limitations*" OR "different" OR "difference" OR "differences" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prefer" OR "prefers" OR "preferred" OR "preference" OR "preferences" OR "streamline*" OR "favor" OR "favors" OR "favored" OR "favorite" OR "priority" OR "priorities" OR "prioritize" OR "prioritized" OR "implement" OR "implements" OR "implemented" OR "implementation" OR "implementations" OR "constrain" OR "constrains" OR "constrained" OR "constraint" OR "constraints" OR "block*" OR "blocking" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "throttl*" OR "disabl*" OR "prevent" OR "prevents" OR "preventative" OR "permit" OR "permits" OR "permitted" OR "permission" OR "permissions") NEAR/10 ("function" OR "functions" OR "functionality" OR "functionalities" OR "feature" OR "features" OR "capable" OR "capability" OR "capabilities" OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) NEAR/50 (("iPhone" OR "iPhones") AND NOT "sent from | #Non-Apple Smartwatches# NEAR/20 ((("limit*" OR "restrict*" OR "prohibit*" OR "block*" OR "prevent*" OR "reduc*" OR "degrad*" OR "interoperab*" OR "compatib*") NEAR/15 ("notification*" OR "ANCS" OR "Apple Notification Center" OR "bluetooth" OR "blue tooth" OR "API" OR "Application Programming Interface" OR "SPI" OR "Sofware Programming Interface" OR "IPI" OR "Internal Programming Interface" OR "background process" OR "entitlement*" OR "framework*" OR "low power mode" OR "low-power mode" OR "LPM" OR "connect*" OR "background" OR "sync*" OR "data sharing" OR "AppleMesa" OR "com.apple.private" OR "build train" OR "RadarViewer" OR "sideloading" OR "MCC" OR "PPG") NEAR/25 ((sale OR revenue OR switch* OR demand OR purchase) NEAR/10 #iPhone#))) | 88 | #Non-Apple Smartwatches# NEAR/20 ((("limit*" OR "restrict*" OR "prohibit*" OR "block*" OR "prevent*" OR "reduc*" OR "degrad*" OR "interoperab*" OR "compatib*") NEAR/15 ("notification*" OR "ANCS" OR "Apple Notification Center" OR "bluetooth" OR "blue tooth" OR "API" OR "Application Programming Interface" OR "SPI" OR "Sofware Programming Interface" OR "IPI" OR "Internal Programming Interface" OR "background process" OR "entitlement*" OR "framework*" OR "low power mode" OR "low-power mode" OR "LPM" OR "connect*" OR "background" OR "sync*" OR "data sharing" OR "AppleMesa" OR "com.apple.private" OR "build train" OR "RadarViewer" OR "sideloading" OR "MCC" OR "PPG") NEAR/25 ((sale OR revenue OR switch* OR demand OR purchase) NEAR/10 #iPhone#))) | 88 |

| Watch 8.2 | All Documents related to any decision on whether to limit the interoperability of Third-Party Smartwatches with the iPhone (or the Apple Watch with Third Party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to: a. Limit or reduce limits on the ability of Third-Party Smartwatches to respond to notifications; b. Limit or reduce limits on the ability of Third-Party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone; c. Limit or reduce limits on the ability of Third-Party Smartwatches' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets; d. Limit or reduce limits on the ability of Third-Party Smartwatches to maintain a | Search 8.2 (("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*")))<br><br>Search 8.3 (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 | ((("limit*" OR "restrict*" OR "prohibit*" OR "block*" OR "prevent*" OR "reduc*" OR "degrad*" OR "access") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer agreement" OR "DPLA")) NEAR/20  ("app" OR "apps" OR "applications")) NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/5 "part*")) OR #Non-Apple Smartwatches#) | 1,968,458 | (((("limit*" OR "restrict*" OR "prohibit*" OR "block*" OR "prevent*" OR "reduc*" OR "degrad*" OR "access") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer agreement" OR "DPLA")) NEAR/20  ("app" OR "apps" OR "applications")) NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/5 "part*")) OR #Non-Apple Smartwatches#) | 1,067,384 |
| Watch 8.3 | All Documents relating to Background Execution by Apple Watch, Apple Watch Apps, Third-Party Smartwatches, and Third-Party Smartwatch Apps, including, but not limited to: limits or the absence of limits on the time duration for Background Execution, limits or the absence of limits on the data that can be processed during Background Execution, the effect of closing an App or Third-Party Smartwatch App on Background Execution, and Background Execution performance by Third-Party Smartwatches and Apple Watches. | No term offered at this time | Search 8.3.1 (("background" NEAR/5 ("execut*" OR "refresh" OR "app" OR "application" OR "update" OR "task*" OR "asset*" OR "push*")) OR ("foreground NEAR/10 app") OR "Background App Refresh" OR "backgroundexecut*" OR "backgroundasset*" OR "backgroundtask*" OR "daemon" OR " Dock" OR "multitasking" OR ("trigger" NEAR/5 "mechanism") OR ("listen*" NEAR/5 "mode") OR "PushKit" OR "runtime" OR ("unsuspend NEAR/10 companion") OR ("resource" NEAR/5 "allocation") OR ("app" NEAR/5 "kill*") OR "DMA 153" OR "Bluetooth state restoration" OR "IPC" OR "force-quit*" OR ("force*" NEAR/5 "quit*")) NEAR/30 ("Watch" OR "developer" OR #Non-Apple Smartwatches# OR #Apple Smartwatches#) | 1,984 | Search 8.3.1 (("background" NEAR/5 ("execut*" OR "refresh" OR "push*")) OR ("foreground NEAR/10 app") OR "Background App Refresh" OR "backgroundexecut*" OR "backgroundasset*" OR "backgroundtask*" OR "daemon"OR "PushKit" OR ("unsuspend NEAR/5 companion") OR ("app" NEAR/5 "kill*") OR "Bluetooth state restoration" OR "IPC" OR "force-quit*" OR ("force" NEAR/5 "quit"))  NEAR/30 #Non-Apple Smartwatches# | 1,984 |
| Watch 8.3 | All Documents relating to Background Execution by Apple Watch, Apple Watch Apps, Third-Party Smartwatches, and Third-Party Smartwatch Apps, including, but not limited to: limits or the absence of limits on the time duration for Background Execution, limits or the absence of limits on the data that can be processed during Background Execution, the effect of closing an App or Third-Party Smartwatch App on Background Execution, and Background Execution performance by Third-Party Smartwatches and Apple Watches. | No term offered at this time | Search 8.3.2 (("backgroundexecut*" OR "backgroundasset*" OR "backgroundtask*") OR ("background" NEAR/5 ("execut*" OR "refresh" OR "app" OR "application" OR "update" OR "task*" OR "asset*" OR "push*"))) NEAR/20 ("limit*" OR "restrict*" OR "allow*" OR "permit*" OR "perform*" OR "effect*" OR "impact*" OR "duration" OR "timeout" OR "terminat*" OR "clos*" OR "data") NEAR/30 ("Watch" OR "developer" OR #Non-Apple Smartwatches# OR #Apple Smartwatches#)<br><br>Given our disagreement about whether documents reflecting interoperability non-differences are responsive, we cannot agree to review of the MDL Docs only.<br><br>15 | 1,125,448 | (("backgroundexecut*" OR "backgroundasset*" OR "backgroundtask*") OR ("background" NEAR/5 ("execut*" OR "refresh" OR "app" OR "application" OR "update" OR "task*" OR "asset*" OR "push*"))) NEAR/20 ("limit*" OR "restrict*" OR "allow*" OR "permit*" OR "perform*" OR "effect*" OR "impact*" OR "duration" OR "timeout" OR "terminat*" OR "clos*" OR "data") NEAR/30 ("Watch" OR "developer" OR #Non-Apple Smartwatches# OR #Apple Smartwatches#) | 3,658 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 8.4 | All Documents relating to Your Phone Number Sharing Restrictions. | No term offered at this time | ((("iMessage" OR "Messages") NEAR/15 (("turn off" OR "disable" OR "deactivate" OR "switch off" OR "toggle" OR "restrict") NEAR/15 (("phone" OR "cell" OR "mobile" OR "cellular"))) OR "Number Twinning*" OR "Number Mirroring*")) NEAR/20 (("*watch* OR "*watches") OR #Non-Apple Smartwatches#) | 822 | ((("iMessage" OR "Messages") NEAR/15 (("turn off" OR "disable" OR "deactivate" OR "switch off" OR "toggle" OR "restrict") NEAR/15 (("phone" OR "cell" OR "mobile" OR "cellular"))) OR "Number Twinning*" OR "Number Mirroring*")) NEAR/20 (("*watch* OR "*watches") OR #Non-Apple Smartwatches#) | 822 |
| Watch 8.4 | All Documents relating to Your Phone Number Sharing Restrictions. | No term offered at this time | Search 8.4.2<br>((Garmin OR "Vivoactive") NEAR/20 ("Verizon" OR "Connected Devices")) OR (("*number NEAR/5 ("shar*" OR "twinning*" OR "mirror*") OR "rio") NEAR/20 ("watch" OR #Non-Apple Smartwatches#)) | 96,459 | ((Garmin OR "Vivoactive") NEAR/20 ("Verizon" OR "Connected Devices")) OR (("*number NEAR/5 ("shar*" OR "twinning*" OR "mirror*")) NEAR/20 ("watch" OR #Non-Apple Smartwatches#)) | 3,273 |
| iPhone 9/Watch 9 | All documents related to price, terms of sale (rebates, fees, promos, discounts, and financing), licensing terms or conditions, pricing plans, pricing strategies, costs, or profitability of Smartphones or any Identified Products or Service. | (((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((("pric*" NEAR/5 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*" OR "MSRP" or "net price")) NEAR/10 ((#Retailers# NEAR/10 #iPhone#) OR #Carriers#)) | 225,272 | DOJ RFP 9:<br><br>(((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1,080,902 |
| iPhone 9(A)/Watch 9.1 | All documents related to any process, method, manner, policy, practice, strategy, or procedure that Apple proposed, considered or used to set, raise, lower, change, or maintain the prices charged for the iPhone, including all documents showing how, in setting the price for the iPhone (or determining adjustments to prices such as discounts), Apple considered or factored in the price of any other product or service. | (((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((("pric*" NEAR/10 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/5 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/20 (#Apple Smartwatches#)) | 6,147 | (((("pric*" NEAR/10 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/5 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/20 (#Apple Smartwatches#)) | 6,147 |
| iPhone 10/Watch 10 | All documents after 1/1/2010 re competition affecting Smartphones or Identified Products or Services offered by Apple or any firm, including:<br>a) Relative quality/features, including technology, performance, privacy, security, user experience, brand strength, customizability, ability to integrate with or interoperate with other hardware/software, network effects, and cost<br>b) Entry, expansion, exit, scale, and repositioning<br>c) Market segmentation by geography, type of consumer, Smartphone type, Smartphone features, sales channel, or Smartphone price or price band<br>d) Competitive positioning<br>e) Sales volumes, revenue, profitability, or market share<br>f) Nascent threats, disintermediation, and commoditization | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product* OR "brand*" OR "servic*" OR "app" OR "apps" OR "develop*" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR #Carriers# OR #Retailers#) | 2,986,195 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |

16

| | | | | | |
|---|---|---|---|---|---|
| Watch 10.1 | All Documents after January 1, 2010 related to competition affecting Smartwatches offered by Apple or any firm, including:<br>a. Relative quality or features, including technology, performance, privacy, security, user experience, brand strength, customizability, ability to integrate with or interoperate with other hardware or software, network effects, and cost;<br>b. Entry, expansion, exit, scale, and repositioning;<br>c. Market segmentation by geography, type of consumer, Smartwatch type, Smartwatch features, sales channel, or Smartwatch price or price band;<br>d. Competitive positioning;<br>e. Sales volumes, revenue, profitability, or market share; and<br>f. Nascent threats, disintermediation, and commoditization. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | ((((("segm*" OR "tier*" OR "market*" OR "audience") NEAR/5 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival" OR "alternative*") NEAR/5 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 1,358,432 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| Watch 10.2 | All Documents relating to the features of, or competition or potential competition from, existing or potential Third-Party Smartwatches or Third-Party Smartwatch Apps, including, but not limited to, analysis by Apple, Third-Party consultants, financial or business services firms, or accounting firms. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (("analysis" OR "analyses" OR "report*") NEAR/30 ((("compet*" OR "rival")) OR (#Non-Apple Smartwatches#) OR (#Companion Apps#)) (NEAR/3 ("app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("feature" OR "quality" OR "messag*" OR "battery" OR "location" OR "Dynamic Energy Recalibration")))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 1,457,176 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| Watch 10.3 | All Documents relating to market analysis of the iOS-Connected Smartwatch market and the Smartwatch market, including, but not limited to, marketing strategy; Smartwatch pricing; Smartwatch features; consumer preferences relating to Smartwatch pricing and features; and differences in features, pricing, marketing strategy, and consumer preferences relating to Apple Watch Series Smartwatches, Apple Watch Ultra Smartwatches, and Apple Watch SE Smartwatches. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | ((((("pric*" NEAR/10 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/10 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/10 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/20 (#Apple Smartwatches# OR "watch") OR ("Ultra" OR "premium" OR "flagship" OR "SE" OR "entry" OR "basic") NEAR/20 "watch"))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 2,482,539 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |

17

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 10.4 | All Documents relating to past, present or anticipated future impact that pricing, Smartwatch features, and Smartwatch competitors have in the iOS-Connected Smartwatch market and the Smartwatch market, including, but not limited to: a. consumer switching among Smartwatches; b. consumer switching among Smartphones; c. the functional or economic substitutability of Smartwatches, the relative features, costs, or benefits of Smartwatches; d. factors affecting Smartwatch purchase decisions, e. competitive intelligence; f. price competition; and g. the cross-price elasticity of demand (i.e., the responsiveness of demand to changes in price) among Smartwatch products. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to" OR "switch*" OR "change" OR "substitute" OR "displace*" OR "lost" OR "migrat*" OR "conver*" OR "churn" OR "conjoint" OR "elastic*") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("pric*") NEAR/15 (#iPhone OR #Non-Apple Smartphone# OR #Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 235,535 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| Watch 10.5 | All Documents relating to past, current, and anticipated future market share of Apple and Third-Party Smartwatch Makers in the iOS-Connected Smartwatch market and the Smartwatch market. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (((("segm*" OR "tier*" OR "market*") NEAR/5 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "concentr*" OR "domin*")) OR (("compet*" OR "rival") NEAR/5 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 626,483 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| iPhone 11/Watch 11 | All documents related to any actual or potential barriers to entry, expansion, or repositioning related to Smartphones, mobile operating systems, or any Identified Product or Service, including all documents related to networks effects, economies of scale, and economies of scope. | (((("barrier*" NEAR/5 ("entr*" OR "expansion" OR "position*" OR "reposition*")) OR ("economic" NEAR/2 "barrier*") OR ("econom*" NEAR/2 ("scale" OR "scope")) OR ("network" NEAR/2 "effect*")) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (((("barrier*" NEAR/5 ("entr*" OR "expansion" OR "position*" OR "reposition*")) OR ("economic" NEAR/2 "barrier*") OR ("econom*" NEAR/2 ("scale" OR "scope")) OR ("network" NEAR/2 "effect*")) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 40,078 | DOJ RFP 11:<br><br>(((("barrier*" NEAR/5 ("entr*" OR "expansion" OR "position*" OR "reposition*")) OR ("economic" NEAR/2 "barrier*") OR ("econom*" NEAR/2 ("scale" OR "scope")) OR ("network" NEAR/2 "effect*")) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 43,888 |

| Ref | Description | Search String 1 | Search String 2 | Count | DOJ RFP | Count 2 |
|---|---|---|---|---|---|---|
| Watch 11.1 | All Documents relating to past, current, and anticipated future requirements to enter and barriers to entry into, or growth of, the market for (1) iOS-Connected Smartwatches and (2) all Smartwatches, including, but not limited to, analysis by Apple, Third-Party consultants, financial or business services firms, or accounting firms. | (((("barrier*" NEAR/5 ("entr*" OR "expansion" OR "position*" OR "reposition*")) OR ("economic" NEAR/2 "barrier*") OR ("econom*" NEAR/2 ("scale" OR "scope")) OR ("network" NEAR/2 "effect*")) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (((("share*" OR "segment*" OR "tier*" OR "position*" OR "stop*" OR ceas*" OR "stall*" OR "postpon*" OR "not viable" OR "block*" OR "enter" OR "entr*" OR "exit*" OR "delay*") NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*" OR "grow*" OR prioritiz*)) NEAR/30 ("watch" OR "#Apple Smartwatches#" OR "#Non-Apple Smartwatches#")<br><br>As noted on May 26, 2026, Apple should propose additional terms and/or custodians, or a go-get collection to cover, at a minimum, "analysis by Apple, Third-Party consultants, financial or business services firms, or accounting firms" from this RFP, which were not included in the Government RFP.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1,892,851 | DOJ RFP 11:<br><br>(((("barrier*" NEAR/5 ("entr*" OR "expansion" OR "position*" OR "reposition*")) OR ("economic" NEAR/2 "barrier*") OR ("econom*" NEAR/2 ("scale" OR "scope")) OR ("network" NEAR/2 "effect*")) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 43,888 |
| iPhone 12/Watch 12 | All documents after 1/1/2010 related to any person who previously provided or attempted to provide a Smartphone, mobile operating system, or an Identified Product or Service but ceased doing so. | (((("fail*" NEAR/3 ("attemp*" OR "launch*" OR "entr*")) OR ("ceas*" OR "stall*" OR "postpone*" OR "not viable" OR "block*" OR "exit*")) NEAR/10 ("third part*" OR "developer*" OR "manufacturer*" OR "competing" OR "competitor*" OR "rival*") NEAR/25 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((("fail*" NEAR/3 ("attemp*" OR "launch*" OR "entr*")) OR ("stop*" OR "ceas*" OR "stall*" OR "postpone*" OR "not viable" OR "block*" OR "exit*" OR "postpon*" OR "not viable" OR "delay*")) NEAR/10 (alternat* OR "third part*" OR "develop*" OR "manufacturer*" OR "compet*" OR "compet*" OR "rival*")) NEAR/25 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians. | 28,705 | DOJ RFP 12:<br><br>(((("fail*" NEAR/3 ("attemp*" OR "launch*" OR "entr*")) OR ("ceas*" OR "stall*" OR "postpone*" OR "not viable" OR "block*" OR "exit*")) NEAR/10 ("third part*" OR "developer*" OR "manufacturer*" OR "competing" OR "competitor*" OR "rival*") NEAR/25 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1,306,150 |
| Watch 12.1 | All Documents after January 1, 2010 related to any person who previously provided or attempted to provide a Smartwatch, Smartwatch Operating System, or an Identified Product or Service but ceased doing so. | (((("fail*" NEAR/3 ("attemp*" OR "launch*" OR "entr*")) OR ("ceas*" OR "stall*" OR "postpone*" OR "not viable" OR "block*" OR "exit*")) NEAR/10 ("third part*" OR "developer*" OR "manufacturer*" OR "competing" OR "competitor*" OR "rival*") NEAR/25 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((("fail*" OR "not" OR "didn't" OR "won't" OR "will not") NEAR/5 ("attemp*" OR "launch*" OR "entr*")) OR ("ceas*" OR "stall*" OR "postpone*" OR "not viable" OR "block*" OR "exit*" OR "delay*")) NEAR/25 (#Non-Apple Smartwatches#)) | 2,625,994 | DOJ RFP 12:<br><br>(((("fail*" NEAR/3 ("attemp*" OR "launch*" OR "entr*")) OR ("ceas*" OR "stall*" OR "postpone*" OR "not viable" OR "block*" OR "exit*")) NEAR/10 ("third part*" OR "developer*" OR "manufacturer*" OR "competing" OR "competitor*" OR "rival*") NEAR/25 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1,306,150 |
| iPhone 13/Watch 13 | All documents related to single-homing, multi-homing, or usage of a "preferred" or "primary" product or service, by users, developers, or any other group, related to Smartphones or any Identified Product or Service. | (((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 0 | DOJ RFP 13:<br><br>(((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1,531,868 |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 14/Watch 14 | All documents related to Apple's plans, strategies, objectives, research, development, investments, roadmaps, marketing, and features for the iPhone, Apple's App Store, or any Identified Product or Service. For avoidance of doubt this includes all documents related to Apple's product development expenses, including expenses related to privacy and security, for the iPhone, Apple's App Store, and any Identified Products or Services. | (((("QBR" OR "KPI" OR "T100" OR "Blueprint*" OR "Blue Print*" OR "Roadmap*" OR "road map*" OR "Tentpole*" OR "Executive Team" OR "Forecast*" OR "Budget*" OR "Projection*" OR "strateg*" OR "Tactic*" OR "Schem*" OR "Approach*" OR "Objective*" OR "Purpose*" OR "Aim*" OR "Target" OR "Targets" OR "Adopt" OR "adopted" OR "adoption" OR "Goal*" OR "OKR" OR "Experiment" OR "experiments" OR "Study" OR "studies" OR "Research" OR "Survey*" OR "White Paper*" OR "Whitepaper*" OR "WWDC" OR "App Review" OR "ERB" OR "Ecosystem" OR "R&D" OR "RD" OR "Monetiz*" OR "Partner*" OR "Joint venture*" OR "JV" OR "Acquire*" OR "Acquisition*" OR "Takeover" OR "Take Over" OR "Hanging fruit*" OR "Marketab*" OR "Quality" OR "Performance" OR "Privacy" OR "Security" OR "User Experience" OR "UX" OR "User Interfac*" OR "Customiz*" OR "segment*" OR "position" OR "installed base") OR (("manage*" OR "lead*") NEAR/2 "team*") OR ("design*" NEAR/2 "document") OR ("Development" NEAR/2 "Plan") OR ("investment" AND NOT "stock*") OR (("price" OR "pricing") NEAR/2 "committee*") OR ("integrat*" NEAR/2 ("software" OR "hardware" OR "feature*" OR "service*")) OR ("market" NEAR/2 "share*")) NEAR/10 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (((("QBR" OR "KPI" OR "T100" OR "Blueprint*" OR "Blue Print*" OR "Roadmap*" OR "road map*" OR "Tentpole*" OR "Executive Team" OR "Forecast*" OR "Budget*" OR "Projection*" OR "strateg*" OR "Tactic*" OR "Schem*" OR "Approach*" OR "Objective*" OR "Purpose*" OR "Aim*" OR "Target" OR "Targets" OR "Adopt" OR "adopted" OR "adoption" OR "Goal*" OR "OKR" OR "Experiment" OR "experiments" OR "Study" OR "studies" OR "Research" OR "Survey*" OR "White Paper*" OR "Whitepaper*" OR "WWDC" OR "App Review" OR "ERB" OR "Ecosystem" OR "R&D" OR "RD" OR "Monetiz*" OR "Partner*" OR "Joint venture*" OR "JV" OR "Acquire*" OR "Acquisition*" OR "Takeover" OR "Take Over" OR "Hanging fruit*" OR "Marketab*" OR "Quality" OR "Performance" OR "Privacy" OR "Security" OR "User Experience" OR "UX" OR "User Interfac*" OR "Customiz*" OR "segment*" OR "position" OR "installed base") OR (("manage*" OR "lead*") NEAR/2 "team*") OR ("design*" NEAR/2 "document") OR ("Development" NEAR/2 "Plan") OR ("investment" AND NOT "stock*") OR (("price" OR "pricing") NEAR/2 "committee*") OR ("integrat*" NEAR/2 ("software" OR "hardware" OR "feature*" OR "service*")) OR ("market" NEAR/2 "share*")) NEAR/10 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 458,727 | DOJ RFP 14:<br><br>(((("QBR" OR "KPI" OR "T100" OR "Blueprint*" OR "Blue Print*" OR "Roadmap*" OR "road map*" OR "Tentpole*" OR "Executive Team" OR "Forecast*" OR "Budget*" OR "Projection*" OR "strateg*" OR "Tactic*" OR "Schem*" OR "Approach*" OR "Objective*" OR "Purpose*" OR "Aim*" OR "Target" OR "Targets" OR "Adopt" OR "adopted" OR "adoption" OR "Goal*" OR "OKR" OR "Experiment" OR "experiments" OR "Study" OR "studies" OR "Research" OR "Survey*" OR "White Paper*" OR "Whitepaper*" OR "WWDC" OR "App Review" OR "ERB" OR "Ecosystem" OR "R&D" OR "RD" OR "Monetiz*" OR "Partner*" OR "Joint venture*" OR "JV" OR "Acquire*" OR "Acquisition*" OR "Takeover" OR "Take Over" OR "Hanging fruit*" OR "Marketab*" OR "Quality" OR "Performance" OR "Privacy" OR "Security" OR "User Experience" OR "UX" OR "User Interfac*" OR "Customiz*" OR "segment*" OR "position" OR "installed base") OR (("manage*" OR "lead*") NEAR/2 "team*") OR ("design*" NEAR/2 "document") OR ("Development" NEAR/2 "Plan") OR ("investment" AND NOT "stock*") OR (("price" OR "pricing") NEAR/2 "committee*") OR ("integrat*" NEAR/2 ("software" OR "hardware" OR "feature*" OR "service*")) OR ("market" | 7,530,154 |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.1<br>(((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | Search 15.1<br><br>(("share*" OR "segment*" OR "tier*" OR "position*" OR "stop*" OR ceas*" OR "stall*" OR "postpon*" OR "not viable" OR "block*" OR "enter" OR "entr*" OR "exit*" OR "delay*" OR "user base" OR "customer base" OR "installed base") NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*" OR "grow*" OR prioritiz*)) NEAR/30 ((#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches# OR ("alternativ*" NEAR/3 phone) OR #Non-Apple Smartwatches#) OR #Retailers# OR #Carriers#)<br><br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 3,342,851 | DOJ RFP 15 (Search 15.1):<br><br>Search 15.1<br>(((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 228,724 |

20

| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.2<br>((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | Search 15.2<br><br>(("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso*" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/30 ((#Apple Smartwatches# OR #Non-Apple Smartwatches#) OR #Retailers# OR #Carriers#)<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 4,400,718 | DOJ RFP 15 (Search 15.2):<br><br>Search 15.2<br>((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1,180,670 |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.1<br>(("full line" OR "full-line") NEAR/15 (#Carriers# OR #Retailers#)) | 1,264 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.2<br>(("range") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 2,724,236 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.3<br>(("end of life" OR "EOL") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 300,488 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.4<br>(("marketing development fund*" OR "MDF") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 8,324 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.5<br>(("co-op" OR "coop" OR "cooperative marketing") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 17,017 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |

21

| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | MDL Plaintiffs are considering whether they can agree for Apple to review only the MDL Docs and MDL Docs w/ Families. To help evaluate that, please provide hit counts for:<br><br>Search 15.3.6<br>(("marketing" NEAR/3 ("reimburs*" OR "credit*" OR "allowance*")) NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 748 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.7<br>(("volume" NEAR/5 "require*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1,444,807 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.8<br>(("store front" OR "storefront") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 695,737 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.9<br>(("signage" OR "advertise*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1,792,353 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.10<br>("promo*" NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 349,607 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | MDL Plaintiffs are considering whether they can agree for Apple to review only the MDL Docs and MDL Docs w/ Families. To help evaluate that, please provide hit counts for:<br><br>Search 15.3.11<br>(("blackout" NEAR/15 "launch")) NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 17 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |

22

| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | INTENTIONALLY LEFT BLANK | Search 15.3.12 (("preload*" OR "bloat") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 138,004 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
|---|---|---|---|---|---|---|
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.1<br>((((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)<br><br>Search 15.2<br>((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | Search 15.3.13<br>((("mmwave" OR "28ghz") NEAR/15 "requir*) NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 8,012 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.1<br>((((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)<br><br>Search 15.2<br>((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | Search 15.3.14<br>("exclusiv*" NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1,258,761 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.1<br>(((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)<br><br>Search 15.2<br>(((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | Search 15.3.15<br>("FirstNet") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 70,530 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 15(A) | All documents related to any efforts to prevent, delay, or otherwise impede market entry of any Smartphone, including possible or actual responses from other market participants. | Search 15.1<br>(((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)<br><br>Search 15.2<br>(((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | See RFP 15 | N/A | See RFP 15 | N/A |

24

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| iPhone 15(B) | All documents related to any consideration of increasing, protecting, or preserving, or any desire to increase, protect, or preserve, Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.1 (((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)  Search 15.2 (((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | See RFP 15 | N/A | See RFP 15 | N/A |
| iPhone 15(C) | All documents related to any consideration of preventing, delaying, or otherwise impeding, or any desire to prevent, delay, or otherwise impede, market entry of any Smartphone, including possible or actual responses from other market participants. | Search 15.1 (((("market" OR "economy" OR "economies" OR "sale*" OR "revenue*" OR "profit*" OR "margin*") NEAR/3 ("share*" OR "segment*" OR "tier*" OR "position*")) OR ("user base" OR "customer base" OR "installed base")) NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*") NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)  Search 15.2 (((("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverage*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | See RFP 15 | N/A | See RFP 15 | N/A |

25

| iPhone 16/Watch 16 | All documents related to any actual or potential pricing power, market power, monopoly power, bargaining leverage, or negotiating leverage that Apple has or may have (including presently, in the past, or in the future) relating to Smartphones or any Identified Product or Service, including with respect to consumers, Enterprise customers, app developers, wireless carriers, iPhone retailers, hardware or accessory manufacturers, financial institutions, and automotive manufacturers. | (((("power" NEAR/2 ("price" OR "pricing" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30  (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (("power" NEAR/5 (("pric*" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/5 "leverag*")) NEAR/30 (#Retailers# NEAR/5 (#iPhone# OR #Non-Apple Smartphone#)) OR #Carriers# OR #Apple Smartwatches# OR #Non-Apple Smartwatches#)

MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 419,273 | DOJ RFP 16:

(((("power" NEAR/2 ("price" OR "pricing" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1,163,784 |
| iPhone 16(A) | All documents related to any actual or potential pricing power, market power, monopoly power, bargaining leverage, or negotiating leverage that Apple has or may have (including presently, in the past, or in the future) relating to Smartphones or any Identified Product or Service.
a) any PR firms, lobbying firms, communications agencies, or any other firm or agent acting on your behalf to analyze relevant markets, disseminate information, or influence public discourse or perception
b) any nonprofit organizations, advocacy groups, policy institutes, trade associations, or academic institutions
c) any U.S. federal, state, or local governmental, regulatory, or judicial body (including any attorney general's office or congressional committee), or any foreign or international governmental, regulatory, or judicial body | (((("power" NEAR/2 ("price" OR "pricing" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30  (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (("power" NEAR/2 (("pric*"  OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30  (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR OR (#Retailers# NEAR/5 (#iPhone# OR #Non-Apple Smartphone#)) OR #Carriers# OR #Apple Smartwatches# OR #Non-Apple Smartwatches#)

MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 1,736,176 | DOJ RFP 16:

(((("power" NEAR/2 ("price" OR "pricing" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30  (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1,163,784 |

26

| Product | Description | Search String | Counter / Notes | Count | DOJ RFP | Count |
|---|---|---|---|---|---|---|
| iPhone 17/Watch 17 | All documents related to how the features, functionality, availability, and interoperability of Smartphones or any Identified Product or Service may affect users' Smartphone purchasing decisions, including documents related to user satisfaction, Smartphone switching, consumer perceptions and attitudes, preferences, usage, purchase intentions, and all other relevant metrics, key performance indicators, and measures. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/5 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/10 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/20 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | | DOJ RFP 17:<br><br>(("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |
| Watch 17.1 | All Documents related to how the features, functionality, availability, and interoperability of Smartphones or any Identified Product or Service may affect users' Smartwatch purchasing decisions, including Documents related to user satisfaction, Smartphone or Smartwatch switching, consumer perceptions and attitudes, preferences, usage, purchase intentions, and all other relevant metrics, key performance indicators, and measures. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 5/29 proposed search term with the requested date range.<br><br>(("perception*" OR "prefer*" OR "attitude*" OR "opinion*" OR "perceiv*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/5 "decision*") OR "buy*" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "boomerang" OR "switcher" OR "upgrad*" OR "new to" OR "new-to" OR "value" OR "entry point" OR "lateral" OR "downgrader*" OR ("down" NEAR/5 "grad*") OR "repeat") NEAR/20 ("interoperab*" OR "integrat*" OR "connect*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*" OR "messag*" OR "battery OR  "quality" OR "location" OR "fitness" OR) NEAR/5 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#Apple Smartwatches# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 2,080,018 | (#Apple Smartwatches# OR #Non-Apple Smartwatches#) NEAR/15 ((consumer OR user OR customer) NEAR/10 (("purchas*" NEAR/5 ("decision*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "KPI" OR "boomerang" OR "switcher" OR "repeat") NEAR/20 (("interoperab*" OR "integrat*" OR "connect*" ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*" OR NEAR/5 ("available" OR "access")))))) | 0 |
| iPhone/Watch 18 | All documents related to any factors affecting consumer demand for a Smartphone, such as the Smartphone's price, features, or quality (including quantity, price, and quality of available apps, hardware accessories, or other complementary products and services); usage of any Identified Product or Service; and all documents related to metrics, key performance indicators, and measures related to consumer demand for a Smartphone. | ((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | ((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) AND (#Retailers# OR #Carriers#)) | 6,924,572 | DOJ RFP 18:<br><br>((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 64,812 |

27

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 18(A)/Watch 18.2 | All documents related to the cross-elasticity of demand for the iPhone, including any documents concerning the responsiveness of demand to changes in price among the iPhone and all other Smartphones. | (((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | (((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 25,410 | DOJ RFP 18:<br><br>(((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 64,812 |
| Watch 18.1 | All Documents related to any factors affecting consumer demand for a Smartwatch, such as the Smartwatch's price, features, or quality (including quantity, price, and quality of available Apps, hardware accessories, or other complementary products and services); usage of any Smartphone or Identified Product or Service; and all Documents related to metrics, key performance indicators, and measures related to consumer demand for a Smartwatch. | (((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | (((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/20 ("demand" OR ("purchas*" NEAR/10 "dec*"))) NEAR/20 (#Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>MDL Plaintiffs are concerned that these are not the right search terms or the right custodians to identify responsive documents.  We ask Apple to provide new search terms better tailored to identify the documents responsive to this RFP and/or to identify additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 234,474 | (((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/20 ("demand" OR ("purchas*" NEAR/10 "dec*"))) NEAR/20 (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | 2,903 |
| iPhone 19/Watch 19 | All documents related to any factors affecting the ability or incentive for developers or third parties to create apps or accessories compatible with a particular Smartphone, such as the size and characteristics of the installed base of users of a particular Smartphone or type of Smartphone, the costs, fees, or commissions charged by the Smartphone provider, features offered by the Smartphone, technological restrictions imposed by the Smartphone provider or operating system, and any other terms of dealing. | (("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#) | (("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#) | 0 | DOJ RFP 19:<br><br>(("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#) | 1,486,627 |
| Watch 19.1 | All Documents related to any factors affecting the ability or incentive for Developers or third parties to create Apps or accessories compatible with a particular Smartwatch, such as the size and characteristics of the installed base of users of a particular Smartwatch or type of Smartwatch, the costs, fees, or commissions charged by the Smartwatch provider, features offered by the Smartwatch or the Smartphone to which it is connected, technological restrictions imposed by the Smartwatch provider or operating system or the Smartphone provider or operating system to which the Smartwatch is connected, and any other terms of dealing. | (("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#) | (("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#Apple Smartwatches# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 238,888 | (("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#Apple Smartwatches# OR #Non-Apple Smartwatches#) | 4,109 |

28

| Request | Description | | | | | |
|---|---|---|---|---|---|---|
| iPhone 20/Watch 20 | Documents sufficient to show Apple's plans, strategies, and analysis relating to the sale of used or refurbished iPhone and non-Apple Smartphones, including acquisition strategies for any re-seller, Smartphone trade-in values, incentives or credits offered to the person trading in the device, and the countries where used or refurbished Smartphones are sourced and sold. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 21/Watch 21 | All documents related to actual or potential purchases of iPhones outside of the United States for resale or use in the United States, including documents related to actions Apple takes or asks third parties to take to limit, prevent, or punish such purchases and resale. | ((*sale* OR purchase* OR arbitrage OR (market NEAR/2 (gray OR grey)) OR (harmon* NEAR/5 pric*) OR "international price" OR import* OR export*)) AND (("ex US" OR "foreign" OR "abroad" OR "overseas" OR "non US" OR "outside the US" OR "outside the United States" OR "international" OR "in another country" OR "rest of the world" OR "ROW" OR "out of the US" OR "out of the country" OR "out of the United States" OR "global"))) NEAR/10 (#iPhone#) | ((*sale* OR purchase* OR arbitrage OR (market NEAR/2 (gray OR grey)) OR (harmon* NEAR/5 pric*) OR "international price" OR import* OR export*)) AND (("ex US" OR "foreign" OR "abroad" OR "overseas" OR "non US" OR "outside the US" OR "outside the United States" OR "international" OR "in another country" OR "rest of the world" OR "ROW" OR "out of the US" OR "out of the country" OR "out of the United States" OR "global"))) NEAR/10 (#iPhone#) | 0 | DOJ RFP 21:<br><br>((*sale* OR purchase* OR arbitrage OR (market NEAR/2 (gray OR grey)) OR (harmon* NEAR/5 pric*) OR "international price" OR import* OR export*)) AND (("ex US" OR "foreign" OR "abroad" OR "overseas" OR "non US" OR "outside the US" OR "outside the United States" OR "international" OR "in another country" OR "rest of the world" OR "ROW" OR "out of the US" OR "out of the country" OR "out of the United States" OR "global"))) NEAR/10 (#iPhone#) | 145,935 |
| iPhone 22/Watch 22 | Documents that show all differences of each model of iPhone sold in the U.S. compared to models sold outside of the U.S.<br>a. Technical specifications, hardware, software, and configuration<br>b. Prioritization for release and shipments<br>c. Sales channels and terms of sale<br>d. Upgrade and switching rates<br>e. Competitive positioning and market share<br>f. Pricing (including discounts, promotions, etc.)<br>g. Costs<br>h. Profitability | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 23/Watch 23 | All documents related to the following reports and all similar reports:<br>a. Products & Services Profitability;<br>b. Services Revenue Review;<br>c. P&L Dashboard;<br>d. Quarterly LRF – Corporate FP&A;<br>e. Pan-Geo Performance Summary;<br>f. Hardware Roadmaps – US Pricing and Costs;<br>g. Hardware margin roadmaps;<br>h. Net Effective Price Tracker – iPhone NEP;<br>i. All LOB Market Segmentation – WW Sales Finance;<br>j. All LOB Country Profile – WW Sales Finance; and<br>k. iOS System Report. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 24/Watch 24 | Documents sufficient to show the release of each version of the iPhone or iOS, including the date of release for each geography and all changes made. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |

29

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 24.1 | Documents sufficient to show the release of each version of the Apple Watch, WatchOS, or iOS, including the date of release for each geography and all changes made. | No search terms, targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 25/Watch 25 | All documents since January 1, 2010 related to the actual or potential effects of ending or altering any aspect of the Alleged Conduct, including allowing alternative app stores or app downloads from websites on the iPhone, modifying App Review Guidelines, or giving third parties access to the APIs or features currently or previously reserved for Apple products or services. | ("effect*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((("open*" OR "access*" OR "permi*") NEAR/3 ("ios" OR "ecosystem")) OR (("open*" OR "access*" OR "permi*") NEAR/3 ("nfc" OR "uwb")) OR "sideload*" OR ("side" NEAR/2 "load*") OR (("alternat*" OR "compet*" OR "other" OR "thirdparty" OR (("third" OR "3rd" OR "3d") NEAR/2 ("pty" OR "party")) OR "3P*") NEAR/3 ("appstore" OR ("app" NEAR/2 "store"))) OR "store within" OR "store-like" OR "SWAS" OR "superapp*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 ("super app*" OR "miniapp*" OR "mini app*" OR "miniprogram*" OR "mini program*" OR "linkout*" OR "link out*" OR "weblink*" OR (("web" OR "url") NEAR/3 "link*") OR #Non-Apple Super Apps#)) OR (("imessag*" OR "messag*") NEAR/15 ("android*" OR "samsung*" OR "pixel*" OR "rcs*" OR "compatib*")) OR ((("action*" NEAR/2 "notif*") OR "ancs") NEAR/15 #Non-Apple Smartwatches#) OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 (#Non-Apple Wallets#)) OR "reader rule*" OR "readerrule*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 #Non-Apple Cloud-Streamed Gaming#) OR (("apple card" OR "applecard") NEAR/15 ("android*" OR "samsung*" OR "pixel*"))) | ("effect*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((("open*" OR "access*" OR "permi*") NEAR/3 ("ios" OR "ecosystem")) OR (("open*" OR "access*" OR "permi*") NEAR/3 ("nfc" OR "uwb")) OR "sideload*" OR ("side" NEAR/2 "load*") OR (("alternat*" OR "compet*" OR "other" OR "thirdparty" OR (("third" OR "3rd" OR "3d") NEAR/2 ("pty" OR "party")) OR "3P*") NEAR/3 ("appstore" OR ("app" NEAR/2 "store"))) OR "store within" OR "store-like" OR "SWAS" OR "superapp*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 ("super app*" OR "miniapp*" OR "mini app*" OR "miniprogram*" OR "mini program*" OR "linkout*" OR "link out*" OR "weblink*" OR (("web" OR "url") NEAR/3 "link*") OR #Non-Apple Super Apps#)) OR (("imessag*" OR "messag*") NEAR/15 ("android*" OR "samsung*" OR "pixel*" OR "rcs*" OR "compatib*")) OR ((("action*" NEAR/2 "notif*") OR "ancs") NEAR/15 #Non-Apple Smartwatches#) OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 (#Non-Apple Wallets#)) OR "reader rule*" OR "readerrule*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 #Non-Apple Cloud-Streamed Gaming#) OR (("apple card" OR "applecard") NEAR/15 ("android*" OR "samsung*" OR "pixel*"))) | 0 | DOJ RFP 25:<br><br>("effect*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((("open*" OR "access*" OR "permi*") NEAR/3 ("ios" OR "ecosystem")) OR (("open*" OR "access*" OR "permi*") NEAR/3 ("nfc" OR "uwb")) OR "sideload*" OR ("side" NEAR/2 "load*") OR (("alternat*" OR "compet*" OR "other" OR "thirdparty" OR (("third" OR "3rd" OR "3d") NEAR/2 ("pty" OR "party")) OR "3P*") NEAR/3 ("appstore" OR ("app" NEAR/2 "store"))) OR "store within" OR "store-like" OR "SWAS" OR "superapp*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 ("super app*" OR "miniapp*" OR "mini app*" OR "miniprogram*" OR "mini program*" OR "linkout*" OR "link out*" OR "weblink*" OR (("web" OR "url") NEAR/3 "link*") OR #Non-Apple Super Apps#)) OR (("imessag*" OR "messag*") NEAR/15 ("android*" OR "samsung*" OR "pixel*" OR "rcs*" OR "compatib*")) OR ((("action*" NEAR/2 "notif*") OR "ancs") NEAR/15 #Non-Apple Smartwatches#) OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 (#Non-Apple Wallets#)) OR "reader rule*" OR "readerrule*" OR (("open*" OR "access*" OR | 2,326,661 |
| Watch 25.1 | All Documents since January 1, 2010 related to the actual or potential effects of ending or altering any aspect of the Alleged Conduct, including modifying the DPLA, modifying App Review Guidelines, or giving third parties access to the APIs or features currently or previously reserved for Apple products or services. | ("effect*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((("open*" OR "access*" OR "permi*") NEAR/3 ("ios" OR "ecosystem")) OR (("open*" OR "access*" OR "permi*") NEAR/3 ("nfc" OR "uwb")) OR "sideload*" OR ("side" NEAR/2 "load*") OR (("alternat*" OR "compet*" OR "other" OR "thirdparty" OR (("third" OR "3rd" OR "3d") NEAR/2 ("pty" OR "party")) OR "3P*") NEAR/3 ("appstore" OR ("app" NEAR/2 "store"))) OR "store within" OR "store-like" OR "SWAS" OR "superapp*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 ("super app*" OR "miniapp*" OR "mini app*" OR "miniprogram*" OR "mini program*" OR "linkout*" OR "link out*" OR "weblink*" OR (("web" OR "url") NEAR/3 "link*") OR #Non-Apple Super Apps#)) OR (("imessag*" OR "messag*") NEAR/15 ("android*" OR "samsung*" OR "pixel*" OR "rcs*" OR "compatib*")) OR ((("action*" NEAR/2 "notif*") OR "ancs") NEAR/15 #Non-Apple Smartwatches#) OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 (#Non-Apple Wallets#)) OR "reader rule*" OR "readerrule*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 #Non-Apple Cloud-Streamed Gaming#) OR (("apple card" OR "applecard") NEAR/15 ("android*" OR "samsung*" OR "pixel*"))) | Search 25.1.1<br>("#Apple Smartwatches#" OR "WatchOS") AND (("effect*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((open* OR access* OR permi* OR allow* OR interoper* OR restrict* OR prohibit* OR block* OR prevent* OR interface* OR deny OR tolerat* OR ok* OR privat* OR compatib* OR amend*) NEAR/25 ("dpla" OR "dev* program* licens* agree*" OR API* OR "application* program* interface*" OR entitlement* OR "ancs" OR notif* OR imessag* OR "rcs" OR encrypt* OR (background NEAR/5 (execut* OR process*)) OR wallet* OR "nfc"))))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 2,957,259 | DOJ RFP 25:<br><br>("effect*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((("open*" OR "access*" OR "permi*") NEAR/3 ("ios" OR "ecosystem")) OR (("open*" OR "access*" OR "permi*") NEAR/3 ("nfc" OR "uwb")) OR "sideload*" OR ("side" NEAR/2 "load*") OR (("alternat*" OR "compet*" OR "other" OR "thirdparty" OR (("third" OR "3rd" OR "3d") NEAR/2 ("pty" OR "party")) OR "3P*") NEAR/3 ("appstore" OR ("app" NEAR/2 "store"))) OR "store within" OR "store-like" OR "SWAS" OR "superapp*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 ("super app*" OR "miniapp*" OR "mini app*" OR "miniprogram*" OR "mini program*" OR "linkout*" OR "link out*" OR "weblink*" OR (("web" OR "url") NEAR/3 "link*") OR #Non-Apple Super Apps#)) OR (("imessag*" OR "messag*") NEAR/15 ("android*" OR "samsung*" OR "pixel*" OR "rcs*" OR "compatib*")) OR ((("action*" NEAR/2 "notif*") OR "ancs") NEAR/15 #Non-Apple Smartwatches#) OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 (#Non-Apple Wallets#)) OR "reader rule*" OR "readerrule*" OR (("open*" OR "access*" OR | 2,326,661 |

30

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 25.1 | All Documents since January 1, 2010 related to the actual or potential effects of ending or altering any aspect of the Alleged Conduct, including modifying the DPLA, modifying App Review Guidelines, or giving third parties access to the APIs or features currently or previously reserved for Apple products or services. | INTENTIONALLY LEFT BLANK | Search 25.1.2 (sideload* OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs | 2,032,517 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 26/Watch 26 | Documents and data sufficient to show, on a quarterly and annual basis since January 1, 2010, the revenue, expenses, costs, margins, and profitability of each Apple product or service. For avoidance of doubt, this includes documents sufficient to show Apple's methodologies for recognition of and allocation of revenue, costs, expenses, margins, and profitability, including any accounting policies and procedures manuals. | No search terms; targeted collection of documents and data | No term, targeted collection | N/A | No term, targeted collection | N/A |
| Watch 26.1 | Documents sufficient to show actual and projected revenue, costs, expenses, gross profit net profit, unit volume, and price, by month and year, attributed to U.S. sales of Apple accessories for the Apple Watch, including, but not limited to, Apple bands, charging devices, cases, stands, and Apple Fitness+ subscriptions, for use with the Apple Watch for each year throughout the Period. | No search terms; targeted collection of documents and data | No term, targeted collection | N/A | No term, targeted collection | N/A |
| Watch 26.2 | Documents sufficient to show actual and projected revenue, costs, expenses, gross profit net profit, unit volume, and price, by month and year, attributed to U.S. sales of AirPods and Beats headphone and earbud products for each year throughout the Period. | No search terms; targeted collection of documents and data | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 27/Watch 27 | All documents and data related to any Smartphone's usable life, the length of time over which consumers use it, the number and type of consumers that use it, its quality and value at any point in time, and all related metrics or key performance indicators. | ("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone#) AND ((("usable" OR "useable" OR "useful") NEAR/5 ("life" OR "lifetime" OR "lives" OR "lifespan" OR "age")) OR ("residual" NEAR/5 "value")) | ("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone#) AND ((("usable" OR "useable" OR "useful") NEAR/15 ("life*" OR "age")) OR ("residual" NEAR/5 "value") )<br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP. MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families. MDL Plaintiffs reserve all rights to seek additional custodians. | 0 | DOJ RFP 27:<br><br>("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone#) AND ((("usable" OR "useable" OR "useful") NEAR/5 ("life" OR "lifetime" OR "lives" OR "lifespan" OR "age")) OR ("residual" NEAR/5 "value")) | 54,677 |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 28/Watch 28 | All documents related to the value of a user to Apple, including customer lifetime value, entry point analyses, revenue per user, subsequent hardware purchases, and any revenue or benefit that Apple has received or anticipates receiving from a customer or third party due to a customer's purchase or use of any Apple products, services, or subscriptions. For avoidance of doubt, this includes documents related to Apple's assumptions or analyses about user behavior related to any such analysis, as well as all metrics, key performance indicators, and other measures related to any such analysis. | (((("CLV" OR "CLTV" OR "ARPU") OR ("entry point" NEAR/3 ("analysis" OR "analyses")) OR (("customer" OR "purchaser") NEAR/5 ("value" OR "life time" OR "lifetime" OR "LTV" OR "return" OR "ROI" OR "long term" OR "longterm" OR "loyal" OR "loyalty" OR "devoted" OR "dedicated" OR "commitment" OR "committed" OR "faithful" OR "worth" OR "net*" OR "profit*" OR "spend*" OR "revenue" OR "revenues"))) NEAR/30 (#iPhone# OR #Apple Relevant Products or Services#)) | (((("CLV" OR "CLTV" OR "ARPU") OR ("entry point" NEAR/3 ("analysis" OR "analyses")) OR (("customer" OR "purchaser" OR "intender*") NEAR/10 ("value" OR "life time" OR "lifetime" OR "LTV" OR "return" OR "ROI" OR "long term" OR "longterm" OR "loyal*" OR "devoted" OR "dedicated" OR "commitment" OR "committed" OR "faithful" OR "worth" OR "net*" OR "profit*" OR "spend*" OR "revenue" OR "revenues"))) NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Apple Smartwatches#)) <br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP. MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families. MDL Plaintiffs reserve all rights to seek additional custodians. | 0 | DOJ RFP 28: <br><br>(((("CLV" OR "CLTV" OR "ARPU") OR ("entry point" NEAR/3 ("analysis" OR "analyses")) OR (("customer" OR "purchaser") NEAR/5 ("value" OR "life time" OR "lifetime" OR "LTV" OR "return" OR "ROI" OR "long term" OR "longterm" OR "loyal" OR "loyalty" OR "devoted" OR "dedicated" OR "commitment" OR "committed" OR "faithful" OR "worth" OR "net*" OR "profit*" OR "spend*" OR "revenue" OR "revenues"))) NEAR/30 (#iPhone# OR #Apple Relevant Products or Services#)) | 113,029 |
| iPhone 29/Watch 29 | From 2007 to the present, all contracts between Apple, U.S. wireless carriers, or any other retailers relating to the iPhone, and all communications from 2015 onwards related to the negotiations of those contracts or to carrier or retailer sales or promotions. | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless") NEAR/15 (contract* OR agreement* OR negotiat* OR term* OR condition* OR sale* OR promotion* OR (exclusiv* NEAR/5 (restrict* OR oblig*" OR licens*)) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR (discount* NEAR/3 ((volume*" OR "bulk"))) NEAR/30 (#iPhone#) <br><br>[Limit search to emails and messages] | Search 29(B) [Limit search to emails and messages] <br><br>("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier*" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "BB" "bestbuy" OR "Costco" OR "Target" OR "Sam's Club" OR "Amazon" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#) <br><br>NEAR/10 <br><br>((contract* OR agreement* OR negotiat* OR promotion*) NEAR/30 iPhone) | 221,146 | **Search 29(A) [Limit to documents only - no emails or messages]** <br><br>(contract OR agreement) <br><br>NEAR/20 <br><br>(Apple NEAR/20 ("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier*" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "BB" "bestbuy" OR "Costco" OR "Target" OR "Sam's Club" OR "Amazon" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#)) | 165,226 |

| | | | | | |
|---|---|---|---|---|---|
| iPhone 29/Watch 29 | From 2007 to the present, all contracts between Apple, U.S. wireless carriers, or any other retailers relating to the iPhone, and all communications from 2015 onwards related to the negotiations of those contracts or to carrier or retailer sales or promotions. | INTENTIONALLY LEFT BLANK | Search 29(A) [Limit to documents only - no emails or messages]<br><br>(contract OR agreement)<br><br>NEAR/20<br><br>(Apple NEAR/20 ("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier*" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "BB" "bestbuy" OR "Costco" OR "Target" OR "Sam's Club" OR "Amazon" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#)) | 221,146 | Search 29(B) [Limit search to emails and messages]<br><br>("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier*" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "BB" "bestbuy" OR "Costco" OR "Target" OR "Sam's Club" OR "Amazon" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#)<br><br>NEAR/10<br><br>((contract* OR agreement* OR negotiat* OR promotion*) NEAR/30 iPhone) | 161,080 |
| Watch 29.1 | All contracts between Apple, U.S. wireless carriers, or any other retailers relating to the Apple Watch, and all Communications related to the negotiations of those contracts or to carrier or retailer sales or promotions. | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless") NEAR/15 (contract* OR agreement* OR negotiat* OR OR term* OR condition* OR sale* OR promotion* OR (exclusiv* NEAR/5 (restrict* OR oblig*" OR licens*)) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR (discount* NEAR/3 ((volume*" OR "bulk"))) NEAR/30 (#iPhone#)<br><br>[Limit search to emails and messages]<br><br>(("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target") NEAR/10 ("contract*" OR "agreement*" OR "negotiat*" OR "term" OR "terms" OR "condition" OR "conditions" OR "sale" OR "sales" OR "promotion" OR "promotions" OR ("exclusiv*" NEAR/5 ("restrict*" OR "oblig*" OR "licens*")) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR ("discount*" NEAR/3 ("volume" OR "bulk"))) NEAR/20 (#Apple Smartwatches#) | 1,891,617 | "Search 29(A) [Limit to documents only - no emails or messages]<br><br>(contract OR agreement)<br><br>NEAR/20<br><br>(Apple NEAR/20 (""Tmobile"" OR ""T Mobile"" OR ""TMO"" OR ""ATT"" OR ""AT&T"" OR ""Verizon"" OR ""VZ"" OR ""carrier*"" OR ""carriers"" OR ""retailer*"" OR ""Walmart"" OR ""Wal-Mart"" OR ""Best Buy"" OR ""BB"" ""bestbuy"" OR ""Costco"" OR ""Target"" OR ""Sam's Club"" OR ""Amazon"" OR ""Sprint"" OR ""Dish"" OR ""Tracfone"" OR ""Cellcom"" OR ""Consumer Cellular"" OR ""Appalachian Wireless"" OR ""Go Wireless"" OR ""C Spire Wireless"" OR ""Comcast"" OR ""United States Cellular"" OR ""US Mobile"" OR ""U.S. Mobile"" OR ""Cricket Wireless"" OR ""Bluegrass Cellular"" OR ""Credo Mobile"" OR ""Cellular Connection"" OR ""Cellular Sales Management Group"" OR ""Charter Communications"" OR ""Spectrum"" OR ""Global Wireless"" OR ""Mint Mobile"" OR ""Cox Wireless"" OR #Carriers# OR #Retailers#)) | 326,306 |
| iPhone 30/Watch 30 | All reports or analyses related to Smartphones or any Identified Product or Service authored by third parties including IDC, Strategy Analytics, Counterpoint, Gartner, IHS Markit, Canalys, Kantar Group, Comlink (Opensignal), App Annie (data.ai), any U.S. wireless carrier, Meta, or Google. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |

33

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 31/Watch 31 | All documents after January 1, 2010 related to Smartphone customer segments, groups, or sub-groups, including:<br>a. Previous Smartphone ownership, including upgraders, switchers, and "boomerangs";<br>b. Use of other Apple products or services;<br>c. Wireless carriers;<br>d. Country or geography;<br>e. Demographic characteristics; and<br>f. Social graphs. | (((("up-market" OR "entry-level" OR "entry level" OR "premium" OR "tier" OR "consumer" OR "hero" OR "SMP" OR "postpaid" OR "prepaid" OR "prepay" OR ("price" NEAR/3 ("band" OR "range")) OR ("elite" OR "flagship" OR "student status" OR "boomerang*") OR ("customer*" OR "purchaser*" OR "consumer*" OR "owner*" OR "buyer*")) NEAR/15 ("segment*" OR "group*" OR "social graph" OR "demographic*" OR "buy mix" OR "buy-mix" OR "countr*" OR "geograph*" OR "region*" OR "analysis" OR "analyses" OR "report*" OR "upgrade*" OR "switch*" OR "repeat*")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone#)) | (((("up-market" OR "entry-level" OR "entry level" OR "premium" OR "tier" OR "consumer" OR "hero" OR "SMP" OR "postpaid" OR "prepaid" OR "prepay" OR ("price" NEAR/5 ("band" OR "range")) OR ("elite" OR "flagship" OR "student status" OR "boomerang*") OR ("customer*" OR "purchaser*" OR "consumer*" OR "owner*" OR "buyer*")) NEAR/15 ("segment*" OR "group*" OR "social graph" OR "demographic*" OR "buy mix" OR "buy-mix" OR "countr*" OR "geograph*" OR "region*" OR "analys*" OR "report*" OR "upgrad*" OR "switch*" OR "alternat*" OR "repeat*" OR "demo*" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone#))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive.<br><br>MDL Plaintiffs also do NOT consent to the use of the Search Term Definitions from the Government Action for this search. | 686,256 | DOJ RFP 31:<br><br>(((("up-market" OR "entry-level" OR "entry level" OR "premium" OR "tier" OR "consumer" OR "hero" OR "SMP" OR "postpaid" OR "prepaid" OR "prepay" OR ("price" NEAR/3 ("band" OR "range")) OR ("elite" OR "flagship" OR "student status" OR "boomerang*") OR ("customer*" OR "purchaser*" OR "consumer*" OR "owner*" OR "buyer*")) NEAR/15 ("segment*" OR "group*" OR "social graph" OR "demographic*" OR "buy mix" OR "buy-mix" OR "countr*" OR "geograph*" OR "region*" OR "analysis" OR "analyses" OR "report*" OR "upgrade*" OR "switch*" OR "repeat*")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone#)) | 634,088 |
| Watch 31.1 | All Documents after January 1, 2010 related to Smartwatch customer segments, groups, or sub-groups, including:<br>a. Previous Smartwatch ownership, including upgraders, switchers, and "boomerangs";<br>b. Use of other Apple products or services;<br>c. Wireless carriers;<br>d. Country or geography;<br>e. Demographic characteristics; and<br>f. Social graphs. | #AppleSmartwatches# NEAR/30 ((customer NEAR/10 (segment* OR group*) OR "demographic*") OR ((customer OR purchaser or user) NEAR/20 ("social graph" OR switcher* or boomerang* OR "upgrade*"))) | [Apple Notes on 6/12 Counter] Apple ran Apple's 6/19 proposed search term.<br><br>(((("up-market" OR "entry-level" OR "entry level" OR "premium" OR "tier" OR "consumer" OR "hero" OR "SMP" OR "postpaid" OR "prepaid" OR "prepay" OR ("price" NEAR/5 ("band" OR "range")) OR ("elite" OR "flagship" OR "student status" OR "boomerang*") OR ("customer*" OR "purchaser*" OR "consumer*" OR "owner*" OR "buyer*" OR "intender*")) NEAR/15 ("segment*" OR "group*" OR "social graph" OR "demographic*" OR "buy mix" OR "buy-mix" OR "countr*" OR "geograph*" OR "region*" OR "analysis" OR "analyses" OR "report*" OR "upgrade*" OR "switch*" OR "repeat*")) NEAR/20 ("watch" OR #AppleSmartwatches# OR #Non-Apple Smartwatches#)) | 212,802 | (((("up-market" OR "entry-level" OR "entry level" OR "premium" OR "tier" OR "consumer") NEAR/15 ("segment*" OR "group*" OR "social graph" OR "demographic*" OR "buy mix" OR "buy-mix" OR "countr*")) NEAR/20 (#AppleSmartwatches# OR #Non-Apple Smartwatches#)) | 212,800 |
| iPhone 32/Watch 32 | All documents related to the social dynamics, stigma, or peer pressures in choice of Smartphone or Identified Product or Service in any customer segment, including all documents related to Apple's efforts to increase usage by particular consumer segments, use of the iPhone or any Identified Product or Service by younger customers, family members, or peers, and any effect on future demand for Apple Smartphones or other Apple products and services. | (stigma OR bully OR bullies OR bullying ((adop* OR use OR usage* OR user* OR traction OR demand OR switch* OR entrench* OR incentiv* OR bias OR peer* OR pressure* OR friend* OR network*) w/15 (youth* OR young* OR "gen z" OR genz OR "age group" OR cohort))) AND (#iPhone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#) | ("green bubble" w/10 (avoid OR dislike* OR  O hate OR embarras* OR friction OR switch* OR boomerang OR entrench OR incent* OR "group chat*")) | 225 | ("green bubble" w/10 (avoid OR dislike* OR  O hate OR embarras* OR friction OR switch* OR boomerang OR entrench OR incent* OR "group chat*")) | 225 |

34

| iPhone 33/Watch 33 | Documents sufficient to show the level of iPhone app development activity in the United States over time related to:<br>a. User accounts;<br>b. Developer accounts;<br>c. Apps;<br>d. Subscriptions;<br>e. Engagement;<br>f. Searches;<br>g. Downloads;<br>h. Updates;<br>i. Paid transactions;<br>j. Refunds;<br>k. Complaints;<br>l. Fraud;<br>m. Submissions, approvals, rejections, and removals from the Apple App Store; and<br>n. Documents discussing the appropriate metrics, key performance indicators, and measures for the above. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
|---|---|---|---|---|---|---|
| iPhone 34/Watch 34 | All documents related to the use or potential use of apps or app stores directly downloaded from the internet or non-Apple app stores on the iPhone in any geography, including technical assessments, use by Enterprise customers, any comparisons to Android or other operating systems, and any actual or potential effect on:<br>a. Apple's revenues and profitability;<br>b. User and developer behavior, spending, revenue, and profitability;<br>c. The number, quality, and features of apps available for use on the iPhone;<br>d. Consumer demand, purchase intentions, and Smartphone switching;<br>e. Privacy or security for users or developers, including threat assessments or Threat Models; and<br>f. Potential alternatives to app stores, including web stores and progressive web apps. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 2,033,244 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 34(A) | All documents related to the use or potential use of apps or app stores directly downloaded from the internet or non-Apple app stores on the iPhone in any geography, including all documents and data regarding consumer propensity to use web-based apps versus native iPhone apps. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>MDL Plaintiffs reiterate their request from their May 26 counterproposal: Plaintiffs ask that Apple propose search terms and custodians to target documents regarding consumer propensity to use we-based apps versus native iphone apps | 2,033,244 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |
| iPhone 35/Watch 35 | Documents sufficient to show differences between iPhone, Mac, iPad, Apple Watch, and Apple TV with respect to (1) app distribution, (2) web browsers or middleware, (3) privacy, or (4) security. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 36/Watch 36 | All documents related to payment methods actually or potentially available for use on the iPhone, including related to payment processors, in-app payments, payments using virtual currencies, and payments made on web browsers or web apps. For avoidance of doubt, this includes any payment methods on the iPhone that Apple has disallowed in whole or in part, at any point in time. | (((("digital" NEAR/2 "wallet*") OR ("Apple Pay" OR "Apple Wallet") OR ("payment" NEAR/2 "method*") OR ("tap" NEAR/2 "pay") OR ("contactless" NEAR/3 "pay*") OR ("in-app" NEAR/2 "payment*") OR ("virtual currenc*") OR ("cryptocurrenc*" OR "e currenc*" OR "IAP")) NEAR/15 (#iPhone#)) | (((("digital" NEAR/5 "wallet*") OR (contactless /5 app) OR ("Apple Pay" OR "Apple Wallet") OR ("payment" NEAR/5 "method*") OR ("tap" NEAR/5 "pay") OR ("contactless" NEAR/5 "pay*") OR ("in-app" NEAR/5 "payment*") OR ("virtual currenc*") OR ("cryptocurrenc*" OR "e currenc*" OR "IAP")) NEAR/15 (#iPhone#)) | 396 | DOJ RFP 36:<br><br>(((("digital" NEAR/5 "wallet*") OR (contactless /5 app) OR ("Apple Pay" OR "Apple Wallet") OR ("payment" NEAR/5 "method*") OR ("tap" NEAR/5 "pay") OR ("contactless" NEAR/5 "pay*") OR ("in-app" NEAR/5 "payment*") OR ("virtual currenc*") OR ("cryptocurrenc*" OR "e currenc*" OR "IAP")) NEAR/15 (#iPhone#)) | 1,560,546 |
| iPhone 37/Watch 37 | All documents related to the design, development, marketing, or sale of any Smartphone or Identified Product or Service, concerning:<br>a. user habits, user inertia, user-interface features, user-facing permission flows, user-facing defaults, user-facing choice screens, user-facing notifications another messages presented to users by a Smartphone's operating system or mobile applications;<br>b. the number of steps required, load times, or other frictions for users to set up, use, or purchase a Smartphone, mobile application, or Identified Product or Service;<br>c. performance standards to which Apple has held its own apps, products, and services;<br>d. Apple's assessments of the user experience (e.g., usability, friction, latency, setup process, permission flows) for Apple and non-Apple apps, products, or services on iPhones or non-Apple smartphones; and | (("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products and Services# OR #Non-Apple Relevant Products or Services#) NEAR/25 ("design" OR "develop*" OR "marketing" OR "sale*")) NEAR/50 (("user*" NEAR/3 ("habit*" OR "inertia" OR "interface*" OR "permission*" OR "default*" OR "choice screen*" OR "notification*") OR "friction*" OR "load time*" OR "performance standard*" OR "KPI*") | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 5/29 proposed search term with the requested date range.<br><br>(("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products and Services# OR #Non-Apple Relevant Products or Services#) NEAR/25 ("design" OR "develop*" OR "marketing" OR "sale*")) NEAR/50 (("user*" NEAR/3 ("habit*" OR "inertia" OR "interface*" OR "permission*" OR "default*" OR "choice screen*" OR "notification*") OR "friction*" OR "load time*" OR "performance standard*" OR "KPI*")<br><br>36 | 1,593 | DOJ RFP 37:<br><br>(("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products and Services# OR #Non-Apple Relevant Products or Services#) NEAR/25 ("design" OR "develop*" OR "marketing" OR "sale*")) NEAR/50 (("user*" NEAR/3 ("habit*" OR "inertia" OR "interface*" OR "permission*" OR "default*" OR "choice screen*" OR "notification*") OR "friction*" OR "load time*" OR "performance standard*" OR "KPI*") | 284,402 |

36

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 38/Watch 38 | All documents related to consumer views about the privacy, security, user experience, or quality of Smartphones, including how consumers' views:<br>a. are affected by Smartphone manufacturers' product decisions and marketing strategies and campaigns;<br>b. are affected by the product decisions and marketing strategies and campaigns related to any Identified Product or Service;<br>c. compare to actual differences in Smartphone privacy, security, and quality; and<br>d. affect Smartphone demand, purchase intentions, switching, and consumer satisfaction. | (("consumer*" OR "customer*" OR "purchaser*" OR "buyer*" OR "user" OR "users") NEAR/10 ("view*" OR "opinion*" OR "survey*" OR "insight*" OR "feedback*" OR "sentiment" OR "qualtrics" OR "conjoint" OR "market research" OR "choice model" OR "digital diaries") NEAR/30 ("security" OR "privacy" OR "safety" OR "quality" OR "experience*" OR "satisfaction" OR "switch*" OR "churn*" OR "transfer*" OR "acqui*") NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (("consumer*" OR "customer*" OR "purchaser*" OR "buyer*" OR "user" OR "users") NEAR/10 ("view*" OR "opinion*" OR "survey*" OR "insight*" OR "feedback*" OR "sentiment" OR "qualtrics" OR "conjoint" OR "market research" OR "choice model" OR "digital diaries") NEAR/30 ("switch*" OR "boomerang") NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 80,012 | DOJ RFP 38:<br><br>(("consumer*" OR "customer*" OR "purchaser*" OR "buyer*" OR "user" OR "users") NEAR/10 ("view*" OR "opinion*" OR "survey*" OR "insight*" OR "feedback*" OR "sentiment" OR "qualtrics" OR "conjoint" OR "market research" OR "choice model" OR "digital diaries") NEAR/30 ("security" OR "privacy" OR "safety" OR "quality" OR "experience*" OR "satisfaction" OR "switch*" OR "churn*" OR "transfer*" OR "acqui*") NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 248,396 |
| iPhone 39/Watch 39 | All documents related to user switching between Smartphones or any models thereof (i.e., switching between an iPhone and a non-Apple Smartphone, switching from one iPhone to another iPhone, or switching from one non-Apple Smartphone to another non-Apple Smartphone), including:<br>a. the ease or difficulty of switching,<br>b. the costs of switching,<br>c. the relationship between the cost or difficulty and likelihood of switching,<br>d. stickiness,<br>e. customer loyalty or churn,<br>f. tools and support services available for switching,<br>g. the duration of time between switching (e.g., how long a user has used an iPhone before switching to a non-Apple Smartphone),<br>h. consumer views about switching,<br>i. the availability and performance of complementary products and services, including any changes thereto, and<br>j. documents related to the Data Transfer | Search 39.1<br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("boomerang" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,431 | (((("boomerang" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,421 |

| iPhone 39/Watch 39 | All documents related to user switching between Smartphones or any models thereof (i.e., switching between an iPhone and a non-Apple Smartphone, switching from one iPhone to another iPhone, or switching from one non-Apple Smartphone to another non-Apple Smartphone), including: a. the ease or difficulty of switching, b. the costs of switching, c. the relationship between the cost or difficulty and likelihood of switching, d. stickiness, e. customer loyalty or churn, f. tools and support services available for switching, g. the duration of time between switching (e.g., how long a user has used an iPhone before switching to a non-Apple Smartphone), h. consumer views about switching, i. the availability and performance of complementary products and services, including any changes thereto, and j. documents related to the Data Transfer | Search 39.2 ("Data Transfer Project") | Search 39.2 ("Data Transfer Project") | 33,326 | DOJ RFP 39 (Search 39.2): Search 39.2 ("Data Transfer Project") | 33,317 |
|---|---|---|---|---|---|---|
| iPhone 39(A) | All documents related to user switching between Smartphones or any models thereof (i.e., switching between an iPhone and a non-Apple Smartphone, switching from one iPhone to another iPhone, or switching from one non-Apple Smartphone to another non-Apple Smartphone), including: a. the ease or difficulty of switching, b. the costs of switching, c. the relationship between the cost or difficulty and likelihood of switching, d. stickiness, e. customer loyalty or churn, f. tools and support services available for switching, g. the duration of time between switching (e.g., how long a user has used an iPhone before switching to a non-Apple Smartphone), h. consumer views about switching, i. the availability and performance of complementary products and services, including any changes thereto, and j. documents related to the Data Transfer | Search 39.1 ((((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | ((((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,800,060 | DOJ RFP 39 (Search 39.1): Search 39.1 ((((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 39(A) | All documents related to user switching between Smartphones or any models thereof (i.e., switching between an iPhone and a non-Apple Smartphone, switching from one iPhone to another iPhone, or switching from one non-Apple Smartphone to another non-Apple Smartphone), including:<br>a. the ease or difficulty of switching,<br>b. the costs of switching,<br>c. the relationship between the cost or difficulty and likelihood of switching,<br>d. stickiness,<br>e. customer loyalty or churn,<br>f. tools and support services available for switching,<br>g. the duration of time between switching (e.g., how long a user has used an iPhone before switching to a non-Apple Smartphone),<br>h. consumer views about switching,<br>i. the availability and performance of complementary products and services, including any changes thereto, and<br>j. documents related to the Data Transfer | Search 39.2<br>("Data Transfer Project") | ("Data Transfer Project") | 33,326 | DOJ RFP 39 (Search 39.2):<br><br>Search 39.2<br>("Data Transfer Project") | 33,317 |
| Watch 39.1 | All Documents related to user switching between Smartwatches or any models thereof (i.e., switching between an Apple Watch and a non-Apple Smartwatch, switching from one Apple Watch to another Apple Watch, or switching from one non-Apple Smartwatch to another non Apple Smartwatch), including:<br>a. the ease or difficulty of switching,<br>b. the costs of switching,<br>c. the relationship between the cost or difficulty and likelihood of switching,<br>d. stickiness,<br>e. customer loyalty or churn,<br>f. tools and support services available for switching,<br>g. the duration of time between switching (e.g., how long a user has used an Apple Watch before switching to a non-Apple Smartwatch),<br>h. consumer views about switching,<br>i. the availability and performance of complementary products and services, including any changes thereto, and | ((user or customer or consumer) NEAR/30 (switch* OR transfer* OR migrat* OR stick* OR stuck OR loyal* OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/50 ((#AppleSmartwatches# OR #Non-Apple Smartwatches) AND (#Non-Apple Smartwatches# OR #AppleSmartwatches#)) | (("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in") NEAR/10 ("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "support" OR "tool*" OR "cost*" OR "expense*" OR "effort*" )) NEAR/50 (#Apple Smartwatches# OR #Non-Apple Smartwatches#) AND (#Non-Apple Smartwatches# OR #AppleSmartwatches#))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 2,244,021 | (("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "lock in") NEAR/10 ("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*")) NEAR/20 (#Apple Smartwatches# NEAR/30 #Non-Apple Smartwatches#) | 42 |

39

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 40/Watch 40 | All documents related to how consumers' ownership or use of one or more Apple products or services affects consumers' decisions regarding the purchase or use of additional products or services from Apple or other firms. | (((("consumer*" OR "customer*" OR "user" OR "users" OR "own*") NEAR/10 ("prefer" OR "preference*" OR "decision*" OR "decide" OR "decided" OR "purchas*" OR "choos*" OR "choice*" OR "evaluat*" OR "perceiv*" OR "percept*" OR "behavior*" OR "loyalt*" OR "pick*" OR "want*" OR "switch*" OR "change*" OR "stick*" OR "stay*" OR "keep" OR "kept") NEAR/20 ("multiple" OR "more than one" OR "two" OR "many")) NEAR/50 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | (((("consumer*" OR "customer*" OR "user" OR "users" OR "own*") NEAR/10 ("prefer" OR "preference*" OR "decision*" OR "decide" OR "decided" OR "purchas*" OR "choos*" OR "choice*" OR "evaluat*" OR "perceiv*" OR "percept*" OR "behavior*" OR "loyalt*" OR "pick*" OR "want*" OR "switch*" OR "change*" OR "stick*" OR "stay*" OR "keep" OR "kept") NEAR/20 ("multiple" OR "more than one" OR "two" OR "many")) NEAR/50 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 3,462 | DOJ RFP 40: (((("consumer*" OR "customer*" OR "user" OR "users" OR "own*") NEAR/10 ("prefer" OR "preference*" OR "decision*" OR "decide" OR "decided" OR "purchas*" OR "choos*" OR "choice*" OR "evaluat*" OR "perceiv*" OR "percept*" OR "behavior*" OR "loyalt*" OR "pick*" OR "want*" OR "switch*" OR "change*" OR "stick*" OR "stay*" OR "keep" OR "kept") NEAR/20 ("multiple" OR "more than one" OR "two" OR "many")) NEAR/50 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 224,715 |
| Watch 40.1 | All Documents relating to market analysis of the relationship between Smartphone and Smartwatch purchasing, including, but not limited to, how ownership of one device affects purchasing decisions with respect to the other device. | (((("consumer*" OR "customer*" OR "user" OR "users" OR "own*") NEAR/10 ("prefer" OR "preference*" OR "decision*" OR "decide" OR "decided" OR "purchas*" OR "choos*" OR "choice*" OR "evaluat*" OR "perceiv*" OR "percept*" OR "behavior*" OR "loyalt*" OR "pick*" OR "want*" OR "switch*" OR "change*" OR "stick*" OR "stay*" OR "keep" OR "kept") NEAR/20 ("multiple" OR "more than one" OR "two" OR "many")) NEAR/50 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | No term term proposed | No term term proposed | No term term proposed | N/A |
| Watch 40.2 | All Documents concerning the estimated or actual numbers and percentages of: a. iPhone customers who purchase a Smartwatch (and vice versa); b. iPhone customers who purchase an Apple Watch (and vice versa); c. Smartphone customers who purchase a Smartwatch (and vice versa); d. Smartphone customers who purchase an Apple Watch (and vice versa); e. users of Third-Party Smartphones who purchase a Third-Party Smartwatch (and vice versa); and f. users of Third-Party Smartphones who purchase an Apple Watch (and vice versa). | (((("consumer*" OR "customer*" OR "user" OR "users" OR "own*") NEAR/10 ("prefer" OR "preference*" OR "decision*" OR "decide" OR "decided" OR "purchas*" OR "choos*" OR "choice*" OR "evaluat*" OR "perceiv*" OR "percept*" OR "behavior*" OR "loyalt*" OR "pick*" OR "want*" OR "switch*" OR "change*" OR "stick*" OR "stay*" OR "keep" OR "kept") NEAR/20 ("multiple" OR "more than one" OR "two" OR "many")) NEAR/50 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | No term term proposed | N/A | No term term proposed | N/A |
| Watch 40.3 | All Documents relating to past, current, and anticipated future impact of Smartwatch sales on Smartphone sales, and of Smartphone sales on Smartwatch sales. | (((("consumer*" OR "customer*" OR "user" OR "users" OR "own*") NEAR/10 ("prefer" OR "preference*" OR "decision*" OR "decide" OR "decided" OR "purchas*" OR "choos*" OR "choice*" OR "evaluat*" OR "perceiv*" OR "percept*" OR "behavior*" OR "loyalt*" OR "pick*" OR "want*" OR "switch*" OR "change*" OR "stick*" OR "stay*" OR "keep" OR "kept") NEAR/20 ("multiple" OR "more than one" OR "two" OR "many")) NEAR/50 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | No term term proposed | N/A | No term term proposed | N/A |

| iPhone 41/Watch 41 | All documents after January 1, 2010 related to the inability of non-Apple Messaging Systems to access the iPhone's carrier messaging capabilities, including requests from third parties for this ability, consideration of whether to provide this ability to third-party Messaging Systems, and any potential effects of doing so. | (((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS") OR ("Apple" NEAR/2 "messag*") OR ("messag*" NEAR/2 "app*") OR "iMessage") AND ("carrier" OR ("messag*" NEAR/2 ("app" OR "apps" OR "system*")))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used")) NEAR/100 (("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | (((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS" OR "RSMS") OR ("Apple" NEAR/5 "messag*") OR ("messag*" NEAR/2 "app*") OR "iMessage") AND ("carrier" OR ("messag*" NEAR/5 ("app" OR "apps" OR "system*")))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used" OR "compatib*" OR "incompatib*")) NEAR/100 (#Non-Apple Smartwatches# OR ("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | 11,521 | DOJ RFP 41:<br><br>(((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS") OR ("Apple" NEAR/2 "messag*") OR ("messag*" NEAR/2 ("app*") OR "iMessage") AND ("carrier" OR ("messag*" NEAR/2 ("app" OR "apps" OR "system*")))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used")) NEAR/100 (("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | 338,873 |
| iPhone 42/Watch 42 | All documents after January 1, 2010 related to aspects of Apple Messages that differentiate, or plans for aspects of Apple Messages that could differentiate, messaging among iPhone users from messaging with non-iPhone users, including green and blue chat bubbles. | (((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*") OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*") OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*") NEAR/30 (#Non-Apple Smartphone#)) | (((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*" OR degrad*) OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*") OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR SMS OR RSMS OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*") NEAR/30 (#Non-Apple Smartphone# OR #Non-Apple Smartwatches#)) | 9,872 | DOJ RFP 42:<br><br>(((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*") OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*") OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*") NEAR/30 (#Non-Apple Smartphone#)) | 288,798 |
| iPhone 42(A) | All documents after January 1, 2010, related to the actual or potential impact of differentiating messaging among iPhone users from messaging with non-iPhone users (including green and blue chat bubbles) on consumer behavior, consumer purchasing decisions, consumer opinions of non-iPhone Smartphones, sales revenue from iPhones, or Apple's profitability. | (((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*") OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*") OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*") NEAR/30 (#Non-Apple Smartphone#)) | (((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*" OR degrad*) OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*") OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR SMS OR RSMS OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*") NEAR/30 (#Non-Apple Smartphone# OR #Non-Apple Smartwatches#)) | 9,872 | DOJ RFP 42:<br><br>(((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*") OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*") OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*") NEAR/30 (#Non-Apple Smartphone#)) | 288,798 |

41

| | | | Search 43.1 | | DOJ RFP 43: | |
|---|---|---|---|---|---|---|
| iPhone 43/Watch 43 | All documents after January 1, 2012 related to the consideration, adoption, or development of cross-platform standards relating to an Identified Product or Service. This includes all documents relating to the consideration, adoption, or development of SMS, MMS, RCS, or messaging alternatives, including documents related to whether or how to adopt RCS on the iPhone, whether or how third parties adopt RCS, and the use or potential use of SMS, MMS, or RCS by non-Apple Messaging Systems on the iPhone or non-Apple Smartphones. This also includes all documents related to the development or potential development of cross-platform standards, protocols, or capabilities relating to video calls. | (((("cross platform" OR "interoperable" OR "alternative" OR "cross device*") OR (("different" OR "difference*") NEAR/3 "device*") OR (("different" OR "difference*") NEAR/3 ("iOS" OR "Android" OR "OS" OR "operating system*"))) NEAR/25 ("standard*" OR "policy" OR "policies" OR "guideline*" OR "procedure*" OR "protocol*" OR "process" OR "processes" OR "capabilit*" OR "integrat*") NEAR/50 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((("cross platform" OR "interoperable" OR "alternative" OR "cross device*" OR RCS OR SMS OR RSMS) OR (("different" OR "difference*") NEAR/5 "device*") OR (("different" OR "difference*") NEAR/5 ("iOS" OR "Android" OR "OS" OR "operating system*"))) NEAR/25 ("standard*" OR "policy" OR "policies" OR "guideline*" OR "procedure*" OR "protocol*" OR "process" OR "processes" OR "capabilit*" OR "integrat*" OR "radar" OR "rdar*") NEAR/50 (#Non-Apple Smartwatches# OR #Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | | (((("cross platform" OR "interoperable*" OR "alternative*" OR "cross device*") OR (("different" OR "difference*") NEAR/3 "device*") OR (("different" OR "difference*") NEAR/3 ("iOS" OR "Android" OR "OS" OR "operating system*"))) NEAR/25 ("standard*" OR "policy" OR "policies" OR "guideline*" OR "procedure*" OR "protocol*" OR "process" OR "processes" OR "capabilit*" OR "integrat*") NEAR/50 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 472,203 |
| iPhone 43/Watch 43 | All documents after January 1, 2012 related to the consideration, adoption, or development of cross-platform standards relating to an Identified Product or Service. This includes all documents relating to the consideration, adoption, or development of SMS, MMS, RCS, or messaging alternatives, including documents related to whether or how to adopt RCS on the iPhone, whether or how third parties adopt RCS, and the use or potential use of SMS, MMS, or RCS by non-Apple Messaging Systems on the iPhone or non-Apple Smartphones. This also includes all documents related to the development or potential development of cross-platform standards, protocols, or capabilities relating to video calls. | INTENTIONALLY LEFT BLANK | **Search 43.2**<br>(RCS OR SMS OR RSMS) NEAR/25 ("standard*" OR "policy" OR "policies" OR "guideline*" OR "procedure*" OR "protocol*" OR "process" OR "processes" OR "capabilit*" OR "integrat*" OR "radar" OR "rdar*") NEAR/3 ("iOS" OR "Android" OR "OS" OR "operating system*") | 2,580 | (RCS OR SMS OR RSMS) NEAR/25 ("standard*" OR "policy" OR "policies" OR "guideline*" OR "procedure*" OR "protocol*" OR "process" OR "processes" OR "capabilit*" OR "integrat*" OR "radar" OR "rdar*") NEAR/3 ("iOS" OR "Android" OR "OS" OR "operating system*") | 2,580 |
| iPhone 44/Watch 44 | All documents related to Apple's Actionable Notifications API, the Apple Notification Center Service (ANCS) API, or any software that enables a Smartwatch to access Smartphone notifications or functionality, including:<br>a. potential and actual development costs and challenges (past, current, or future);<br>b. requirements, design, or features, including roadmaps; the availability of similar capabilities on Android or other Smartphone operating systems;<br>d. potential design for non-Apple Smartwatches or barriers thereto; and<br>e. potential or actual features available to non-Apple Smartwatches. | (((("software" OR "technolog*" OR "API*" OR "Application Programming Interface*" OR "actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "notification*" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct")) NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | (((("software" OR "technolog*" OR "API*" OR "Application Programming Interface*" OR "actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "notification*" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct")) NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 1 | DOJ RFP 44:<br><br>(((("software" OR "technolog*" OR "API*" OR "Application Programming Interface*" OR "actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "notification*" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct")) NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 3,805,151 |

42

| iPhone 45/Watch 45 | All documents related to the development and implementation of new features for the Actionable Notifications API, the ANCS API, or any software that enables a Smartwatch to access Smartphone notifications or functionality, including: a. the Company's assessment of whether to implement any new features; b. communications between the Company and any third parties concerning or requesting the implementation of new features; c. the date that development of any feature began, and the date that the feature was first implemented or provided; and d. total development costs incurred by the Company to date, and the total costs projected for any continuing development of the new feature. | (("develop" OR "developed" OR "developing" OR "implement*" OR "engineer*" OR "program*" OR "implement*" OR "release*" OR "evaluat*" OR "assess*" OR "test*") NEAR/10 ("feature*" OR "function*" OR "access" OR "accessibility" OR "capab*") NEAR/30 ("actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "API" OR "APIs" OR "application programming interface*" OR "technolog*" OR "software" OR "notification*" OR "cost" OR "price" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct") NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | (("develop" OR "developed" OR "developing" OR "implement*" OR "engineer*" OR "program*" OR "implement*" OR "release*" OR "evaluat*" OR "assess*" OR "test*") NEAR/10 ("feature*" OR "function*" OR "access" OR "accessibility" OR "capab*") NEAR/30 ("actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "API" OR "APIs" OR "application programming interface*" OR "technolog*" OR "software" OR "notification*" OR "cost" OR "price" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct") NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 0 | DOJ RFP 45: (("develop" OR "developed" OR "developing" OR "implement*" OR "engineer*" OR "program*" OR "implement*" OR "release*" OR "evaluat*" OR "assess*" OR "test*") NEAR/10 ("feature*" OR "function*" OR "access" OR "accessibility" OR "capab*") NEAR/30 ("actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "API" OR "APIs" OR "application programming interface*" OR "technolog*" OR "software" OR "notification*" OR "cost" OR "price" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct") NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 302,009 |
|---|---|---|---|---|---|---|
| iPhone 46/Watch 46 | All documents related to the Company's assessment of whether to expand the functionality of or access to the Actionable Notifications API, ANCS API, or any software that enables a Smartwatch to access Smartphone notifications or functionality, so that non-Apple Smartwatches can respond to messages, app notifications, or utilize other APIs or functionalities available to the Apple Watch. | (("expand*" OR "modif*" OR "increase*" OR "improv*" OR "broad*") NEAR/10 ("function*" OR "access*" OR "actionable notification*" OR "ANCS" OR "API" OR "APIs" OR "application programming interface*" OR "technolog*" OR "software" OR "message access profile" OR "Bluetooth" OR "WiFi Direct") NEAR/25 (("smartwatch*" OR "smart watch" OR "Apple Watch" OR "watchos" OR "watch os") OR (#Non-Apple Smartwatches#))) | (("expand*" OR "modif*" OR "increase*" OR "improv*" OR "broad*") NEAR/10 ("SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "technolog*") NEAR/25 (("smartwatch*" OR "smart watch" OR "Apple Watch" OR "watchos" OR "watch os") OR (#Non-Apple Smartwatches#))) | 164 | (("expand*" OR "modif*" OR "increase*" OR "improv*" OR "broad*") NEAR/10 ("SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "technolog*") NEAR/25 (("smartwatch*" OR "smart watch" OR "Apple Watch" OR "watchos" OR "watch os") OR (#Non-Apple Smartwatches#))) | 0 |
| iPhone 47/Watch 47 | All documents related to the ability of non-Apple devices to connect or interact with the iPhone, including but not limited to their ability to receive incoming message notifications, reply to incoming messages, compose new messages, access messages, and mark messages as read. | ((Notification w/5 Center) OR "Hands-Free Profile" OR "HFP 1.8" OR (Bluetooth w/5 Profile) OR "Phone Book Access Profile" OR "PBAP 1.2" OR "Advanced Audio Distribution Profile" OR "A2DP 1.4" OR "Remote Control Profile" OR "AVRCP 1.6" OR "Personal Area Network Profile" OR "PAN Profile" OR "Human Interface Device Profile" OR "HID Profile" OR "Message Access Profile" OR "MAP 1.4" OR "Wireless iPhone Accessory Protocol" OR WiAP OR Braille) W/30 (MMS OR (multimedia w/2 messag*) OR SMS OR (short w/2 messag*) OR iMessage* OR (Apple w/2 messag*) OR (messag* w/2 app*) OR (messag* w/2 notification) OR compose* OR respond OR reply)) | ((Notification NEAR/5 Center) OR "Hands-Free Profile" OR "HFP 1.8" OR (Bluetooth NEAR/5 Profile) OR "Phone Book Access Profile" OR "PBAP 1.2" OR "Advanced Audio Distribution Profile" OR "A2DP 1.4" OR "Remote Control Profile" OR "AVRCP 1.6" OR "Personal Area Network Profile" OR "PAN Profile" OR "Human Interface Device Profile" OR "HID Profile" OR "Message Access Profile" OR "MAP 1.4" OR "Wireless iPhone Accessory Protocol" OR WiAP OR Braille) NEAR/30 (RCS) | 87 | ((Notification NEAR/5 Center) OR "Hands-Free Profile" OR "HFP 1.8" OR (Bluetooth NEAR/5 Profile) OR "Phone Book Access Profile" OR "PBAP 1.2" OR "Advanced Audio Distribution Profile" OR "A2DP 1.4" OR "Remote Control Profile" OR "AVRCP 1.6" OR "Personal Area Network Profile" OR "PAN Profile" OR "Human Interface Device Profile" OR "HID Profile" OR "Message Access Profile" OR "MAP 1.4" OR "Wireless iPhone Accessory Protocol" OR WiAP OR Braille) NEAR/30 (RCS) | 53 |

43

| iPhone 48/Watch 48 | All documents after January 1, 2017 related to whether to offer or allow cloud-streamed applications on the iPhone, including both Cloud Streamed Games and other cloud-based services. | (((("offer*" OR "allow*" OR "permit*" OR "prohibit*" OR "restriction*" OR "block*" OR "disallow*" OR "prevent*" OR "restrict*" OR "friction") OR ("not" NEAR/3 "allowed") OR ("against the rules" OR ("violat*" NEAR/10 "guideline*") OR ("guideline" NEAR/10 "game*") OR ("sell*" OR "distribut*" OR "list" OR "launch*" OR "provid*" OR "publish*" OR "propos*") OR ((("guideline" OR "provision" OR "section" OR "paragraph")) NEAR/2 "4.9")) NEAR/20 (("cloud" NEAR/2 ("stream*" OR "gam*")) OR ("stream*" NEAR/2 ("gam*" OR "app" OR "apps")) OR ("Xbox*" OR "X box" OR "game pass" OR "remote server" OR "xCloud*" OR "x cloud" OR "Stadia*" OR "GeForceNOW*" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "Luna*" OR "game pass" OR "PlayStation*" OR "PSN" OR "Play station*" OR "▮▮▮▮" OR "▮▮▮▮" OR "arcade") OR (("amazon" OR "facebook" OR "google" OR "Microsoft" OR "nvidia" OR "steam" OR "develop*") NEAR/3 "game*")) NEAR/30 ((("iPhone" OR "iPhones") AND NOT "sent from my iphone") OR ("Apple" NEAR/3 ("app store" OR "appstore" OR "device*" OR "product*" OR "service*"))))) | 0 | DOJ RFP 48:<br><br>(((("offer*" OR "allow*" OR "permit*" OR "prohibit*" OR "restriction*" OR "block*" OR "disallow*" OR "prevent*" OR "restrict*" OR "friction") OR ("not" NEAR/3 "allowed") OR ("against the rules" OR ("violat*" NEAR/10 "guideline*") OR ("guideline" NEAR/10 "game*") OR ("sell*" OR "distribut*" OR "list" OR "launch*" OR "provid*" OR "publish*" OR "propos*") OR ((("guideline" OR "provision" OR "section" OR "paragraph")) NEAR/2 "4.9")) NEAR/20 (("cloud" NEAR/2 ("stream*" OR "gam*")) OR ("stream*" NEAR/2 ("gam*" OR "app" OR "apps")) OR ("Xbox*" OR "X box" OR "game pass" OR "remote server" OR "xCloud*" OR "x cloud" OR "Stadia*" OR "GeForceNOW*" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "Luna*" OR "game pass" OR "PlayStation*" OR "PSN" OR "Play station*" OR "▮▮▮▮" OR "▮▮▮▮" OR "arcade") OR (("amazon" OR "facebook" OR "google" OR "Microsoft" OR "nvidia" OR "steam" OR "develop*") NEAR/3 "game*")) NEAR/30 ((("iPhone" OR "iPhones") AND NOT "sent from my iphone") OR ("Apple" NEAR/3 ("app store" OR "appstore" OR "device*" OR "product*" OR "service*"))))) | 1,148,561 |
| iPhone 49/Watch 49 | All Documents related to Apple's plans for the Games app announced at WWDC 2025, including Apple's strategic objectives, assessments of other gaming apps or services, integration with other Apple apps such as Apple's App Store, Apple Arcade, or Game Center, actual or potential effects on developers or consumers related to game discovery, distribution, usage, or monetization, and analyses related to alternative methods of distributing games, including Cloud Streamed Game apps. | (((("Games" NEAR/3 "App") OR ("game center" OR "Apple Games" OR "WWDC") OR ("developer*" NEAR/3 "conference")) NEAR/30 (("Objective*" OR "assess*" OR "evaluat*" OR "review*" OR "integrat*" OR "game discovery" OR "distribut*" OR "use" OR "usage" OR "monetiz*" OR "app store" OR "arcade" OR "benefit*" OR "restrict*" OR "strateg*" OR "compete*" OR "prohibit" OR "block*" OR "prevent*")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | (((("Games" NEAR/3 "App") OR ("game center" OR "Apple Games" OR "WWDC") OR ("developer*" NEAR/3 "conference")) NEAR/30 (("Objective*" OR "assess*" OR "evaluat*" OR "review*" OR "integrat*" OR "game discovery" OR "distribut*" OR "use" OR "usage" OR "monetiz*" OR "app store" OR "arcade" OR "benefit*" OR "restrict*" OR "strateg*" OR "compete*" OR "prohibit" OR "block*" OR "prevent*")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | 0 | DOJ RFP 49:<br><br>(((("Games" NEAR/3 "App") OR ("game center" OR "Apple Games" OR "WWDC") OR ("developer*" NEAR/3 "conference")) NEAR/30 (("Objective*" OR "assess*" OR "evaluat*" OR "review*" OR "integrat*" OR "game discovery" OR "distribut*" OR "use" OR "usage" OR "monetiz*" OR "app store" OR "arcade" OR "benefit*" OR "restrict*" OR "strateg*" OR "compete*" OR "prohibit" OR "block*" OR "prevent*")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | 12,168 |

| iPhone 50/Watch 50 | All documents related to Apple's App Store Review Guidelines affecting any Identified Product or Service, including:<br>a. Drafting, adoption, application, interpretation, or enforcement of Apple's App Store Review Guidelines;<br>b. Agreements between Apple and any developer related to changes or exceptions to the Apple App Store Review Guidelines, including any agreements that were later formalized into an App Store Review Guideline or exception thereto, including Apple's 2011 agreement with Meta related to the Facebook app;<br>c. Changes, considered changes, or reinterpretations of any Apple App Store Review Guideline; and<br>d. The actual or potential effect of any changes, considered changes, or reinterpretations of any Apple App Store Review Guideline on the iPhone or any Identified Product or Service. | Search 50.1<br>(((("chang*" OR "modif*" OR "amend*" OR "updat*" OR "revis*" OR "interpret*" OR "reinterpret*" OR "apply" OR "applie*" OR "application" OR "exception*" OR "adopt*" OR "alter*" OR "clarify*" OR "defin*" OR "enforce*" OR "require*" OR "agree*" OR "understand*" OR "arrange*" OR "consider*" OR "appeal*" OR "adjust*" OR "except*" OR "deviat*")) NEAR/20 (("app store review guidelines" OR "app store guidelines") OR ("guidelines" NEAR/2 "app store") OR "developer agreement" OR ("developer" NEAR/4 "agreement") OR "dpla" OR ("license" NEAR/5 "developer*") OR ("Executive Review Board" OR "ERB" OR "App Review Board" OR "ARB")) NEAR/20 (("1.1" OR "objectionable content") OR ("1.2" OR "2.3" OR "User Generated Content") OR ("1.6" OR "Data Security") OR ("2.5" OR "Software Requirements") OR ("3.1.1" OR "In-App-Purchase" OR "IAP") OR ("3.1.2" OR "Subscription*") OR ("3.1.3(a)" OR "Reader Apps") OR ("3.1.3(b)" OR "Multiplatform Services") OR ("3.1.3(d)" OR "Person-to-person services") OR ("3.1.3(e)" OR "Goods and Services Outside of the App") OR ("3.2" OR "Other Business Model Issues" OR "Business Model") OR ("4.2.7" OR "Remote Desktop Clients" OR "Thin Client*" OR "Stream*") OR ("4.7" OR "HTML5 Games, Bots, Etc.") OR ("Mini" NEAR/10 ("app*" OR "programs" OR "games")) OR ("4.9" OR "Streaming Games") OR ("game" NEAR/5 "subscription") OR #Browsers eSIMs CWEs#)) | (("chang*" OR "modif*" OR "amend*" OR "updat*" OR "revis*" OR "interpret*" OR "reinterpret*" OR "appl*" OR "exception*" OR "adopt*" OR "alter*" OR "clarify*" OR "defin*" OR "enforce*" OR "require*" OR "agree*" OR "understand*" OR "arrange*" OR "consider*" OR "appeal*" OR "adjust*" OR "except*" OR "deviat*" OR "suspen*") NEAR/20 (("app store review guidelines" OR "app store guidelines") OR ("guidelines" NEAR/2 "app* store") OR "developer agreement" OR ("developer" NEAR/4 "agreement") OR "dpla" OR ("license" NEAR/5 "developer*") OR ("Executive Review Board" OR "ERB" OR "App Review Board" OR "ARB"))) NEAR/20 ("1.1" OR "objectionable content") OR ("1.2" OR "2.3" OR "User Generated Content") OR ("1.6" OR "Data Security") OR ("2.5" OR "Software Requirements") OR ("3.1.1" OR "In-App-Purchase" OR "IAP") OR ("3.1.2" OR "Subscription*") OR ("3.1.3" OR "Reader Apps" OR "Multiplatform Services" OR "Person-to-person services" OR "Goods and Services Outside of the App") OR ("3.2" OR "Other Business Model Issues" OR "Business Model") OR ("4.2.7" OR "Remote Desktop Clients" OR "Thin Client*" OR "Stream*") OR ("4.7" OR "HTML5 Games") OR ("2.4*" OR "2.4.2" OR "2.4.5" OR "2.5*" OR "2.5.1" OR "2.5.4" OR "2.5.8" OR "3.1" OR "3.1*" OR "3.1.4" OR "3.1.5" OR "3.1.6" OR "3.2.1" OR "3.2.2" OR "4.2.4" OR "4.1*" OR "4.2*" OR "4.7*" OR "5.1*") OR ("Mini" NEAR/10 ("app*" OR "programs" OR "games")) OR ("4.9" OR "Streaming Games") OR ("game" NEAR/5 "subscription")) OR #Browsers eSIMs CWEs# OR #Non-Apple Smartphone# OR #Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #Non-Apple Smartwatches# OR #Non-Apple Cloud-Streamed Gaming# | 0 | DOJ RFP 50 (Search 50.1):<br><br>Search 50.1<br>(((("chang*" OR "modif*" OR "amend*" OR "updat*" OR "revis*" OR "interpret*" OR "reinterpret*" OR "apply" OR "applie*" OR "application" OR "exception*" OR "adopt*" OR "alter*" OR "clarify*" OR "defin*" OR "enforce*" OR "require*" OR "agree*" OR "understand*" OR "arrange*" OR "consider*" OR "appeal*" OR "adjust*" OR "except*" OR "deviat*")) NEAR/20 (("app store review guidelines" OR "app store guidelines") OR ("guidelines" NEAR/2 "app store") OR "developer agreement" OR ("developer" NEAR/4 "agreement") OR "dpla" OR ("license" NEAR/5 "developer*") OR ("Executive Review Board" OR "ERB" OR "App Review Board" OR "ARB")) NEAR/20 (("1.1" OR "objectionable content") OR ("1.2" OR "2.3" OR "User Generated Content") OR ("1.6" OR "Data Security") OR ("2.5" OR "Software Requirements") OR ("3.1.1" OR "In-App-Purchase" OR "IAP") OR ("3.1.2" OR "Subscription*") OR ("3.1.3(a)" OR "Reader Apps") OR ("3.1.3(b)" OR "Multiplatform Services") OR ("3.1.3(d)" OR "Person-to-person services") OR ("3.1.3(e)" OR "Goods and Services Outside of the App") OR ("3.2" OR "Other Business Model Issues" OR "Business Model") | 154,990 |
| iPhone 50/Watch 50 | All documents related to Apple's App Store Review Guidelines affecting any Identified Product or Service, including:<br>a. Drafting, adoption, application, interpretation, or enforcement of Apple's App Store Review Guidelines;<br>b. Agreements between Apple and any developer related to changes or exceptions to the Apple App Store Review Guidelines, including any agreements that were later formalized into an App Store Review Guideline or exception thereto, including Apple's 2011 agreement with Meta related to the Facebook app;<br>c. Changes, considered changes, or reinterpretations of any Apple App Store Review Guideline; and<br>d. The actual or potential effect of any changes, considered changes, or reinterpretations of any Apple App Store Review Guideline on the iPhone or any Identified Product or Service. | Search 50.2<br>(("Facebook" OR "Meta") NEAR/15 (("app" OR "guideline*") NEAR/5 ("html5" OR "web app" OR "mini program" OR "wechat" OR "agree*" OR "exception" OR "allowance" OR "modif*" OR "understand*" OR "arrange*" OR "promise*" OR "discuss*" OR "consider*" OR "propos*" OR "suggest*" OR "draft*" OR "request*" OR "consider*" OR "appeal*" OR "change*" OR "adjust*" OR "alter*" OR "except" OR "deviat*" OR "enforc*"))) | (("Facebook" OR "Meta") NEAR/15 (("app" OR "guideline*") NEAR/5 ("html5" OR "web app" OR "mini program" OR "wechat" OR "agree*" OR "exception" OR "allowance" OR "modif*" OR "understand*" OR "arrange*" OR "promise*" OR "discuss*" OR "consider*" OR "propos*" OR "suggest*" OR "draft*" OR "request*" OR "consider*" OR "appeal*" OR "change*" OR "adjust*" OR "alter*" OR "except" OR "deviat*" OR "enforc*"))) | 0 | DOJ RFP 50 (Search 50.2):<br><br>(("Facebook" OR "Meta") NEAR/15 (("app" OR "guideline*") NEAR/5 ("html5" OR "web app" OR "mini program" OR "wechat" OR "agree*" OR "exception" OR "allowance" OR "modif*" OR "understand*" OR "arrange*" OR "promise*" OR "discuss*" OR "consider*" OR "propos*" OR "suggest*" OR "draft*" OR "request*" OR "consider*" OR "appeal*" OR "change*" OR "adjust*" OR "alter*" OR "except" OR "deviat*" OR "enforc*"))) | 154,990 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 50.1 | All Documents relating to decisions not to approve for listing on the App Store, delay approval for listing on the App Store, or place restrictions on the approval for listing on the App Store, Third-Party Smartwatch Companion Apps and Third-Party Smartwatch Sister Apps designed to be used with Third-Party Smartwatches, including, but not limited to Fitbit, Samsung, Google, Garmin, Motorola, and Pebble Smartwatches | Search 50.1<br><br>((("chang*" OR "modif*" OR "amend*" OR "updat*" OR "revis*" OR "interpret*" OR "reinterpret*" OR "apply" OR "applie*" OR "application" OR "exception*" OR "adopt*" OR "alter*" OR "clarify*" OR "defin*" OR "enforce*" OR "require*" OR "agree*" OR "understand*" OR "arrange*" OR "consider*" OR "appeal*" OR "adjust*" OR "except*" OR "deviat*")) NEAR/20 (("app store review guidelines" OR "app store guidelines") OR ("guidelines" NEAR/2 "app store") OR "developer agreement" OR ("developer" NEAR/4 "agreement") OR "dpla" OR ("license" NEAR/5 "developer*") OR ("Executive Review Board" OR "ERB" OR "App Review Board" OR "ARB")) NEAR/20 (("1.1" OR "objectionable content") OR ("1.2" OR "2.3" OR "User Generated Content") OR ("1.6" OR "Data Security") OR ("2.5" OR "Software Requirements") OR ("3.1.1" OR "In-App-Purchase" OR "IAP") OR ("3.1.2" OR "Subscription*") OR ("3.1.3(a)" OR "Reader Apps") OR ("3.1.3(b)" OR "Multiplatform Services") OR ("3.1.3(d)" OR "Person-to-person services") OR ("3.1.3(e)" OR "Goods and Services Outside of the App") OR ("3.2" OR "Other Business Model Issues" OR "Business Model") OR ("4.2.7" OR "Remote Desktop Clients" OR "Thin Client*" OR "Stream*") OR ("4.7" OR "HTML5 Games, Bots, Etc.") OR ("Mini" NEAR/10 ("app*" OR "programs" OR "games")) OR ("4.9" OR "Streaming Games") OR ("game" NEAR/5 "subscription") OR #Browsers eSIMs CWEs#)) | (approv* OR reject* OR pause* OR delay* OR deny OR denie* OR denial* OR accept* OR prohibit* OR block* OR "ban" OR "banned" OR "bans" OR remov* OR restrict* OR disabl* OR enabl* OR permi* OR prevent* OR allow*)<br><br>NEAR/25<br><br>("#Non-Apple Smartwatches#" NEAR/15 ("app" OR "apps" OR "applications")) | 268,911 | (approv* OR reject* OR pause* OR delay* OR deny OR denie* OR denial* OR accept* OR prohibit* OR block* OR "ban" OR "banned" OR "bans" OR remov* OR restrict* OR disabl* OR enabl* OR permi* OR prevent* OR allow*)<br><br>NEAR/25<br><br>("#Non-Apple Smartwatches#" NEAR/15 ("app" OR "apps" OR "applications")) | 268,883 |
| iPhone 51/Watch 51 | All documents after January 1, 2010 related to changes or considered changes to the Apple Developer Program License Agreement relating to iOS or WatchOS in the United States. | ((("DPLA*" OR ("Developer" NEAR/4 "Agreement*")) NEAR/25 ("chang*" OR "revis*" OR "updat*" OR "modif*" OR "amend*" OR "expand*" OR "narrow*" OR "accommodate*" OR "shift" OR "new version")) NEAR/50 (("iOS" OR "WatchOS" OR "Watch OS") OR (("Apple" OR "mobile" OR "phone") NEAR/3 ("OS" OR "operating system")) OR #iPhone# OR #Apple Smartwatches#)) | ((("DPLA*" OR ("Developer" NEAR/4 "Agreement*")) NEAR/25 ("chang*" OR "revis*" OR "updat*" OR "modif*" OR "amend*" OR "expand*" OR "narrow*" OR "accommodate*" OR "shift" OR "new version")) NEAR/50 (("iOS" OR "WatchOS" OR "Watch OS") OR (("Apple" OR "mobile" OR "phone") NEAR/3 ("OS" OR "operating system")) OR #iPhone# OR #Apple Smartwatches#)) | 109,586 | DOJ RFP 51:<br><br>((("DPLA*" OR ("Developer" NEAR/4 "Agreement*")) NEAR/25 ("chang*" OR "revis*" OR "updat*" OR "modif*" OR "amend*" OR "expand*" OR "narrow*" OR "accommodate*" OR "shift" OR "new version")) NEAR/50 (("iOS" OR "WatchOS" OR "Watch OS") OR (("Apple" OR "mobile" OR "phone") NEAR/3 ("OS" OR "operating system")) OR #iPhone# OR #Apple Smartwatches#)) | 111,901 |

46

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 51.1 | All Agreements, policies, and guidelines, in effect during the Period, relating to Third-Party Smartwatch Apps, including, but not limited to, the DPLA, the App Review Guidelines, the iOS and iPadOS Software License Agreement, Apple Inc. Certification Authority Certificate Policy, Apple Inc. Certification Authority Certification Practice Statement Apple Application Integration, Apple Inc. Certification Practice Statement Worldwide Developer Relations, Apple Inc. Certification Practice Statement Developer ID, Apple Inc. Certification Practice State Software Update, Apple Inc. Certification Authority Certification Practice Statement Apple Timestamp, and all predecessors and successors to the DPLA, the App Review Guidelines, the iOS and iPadOS Software License Agreement, Apple Inc. Certification Authority Certificate Policy, Apple Inc. Certification Authority Certification Practice Statement Apple Application Integration, Apple Inc. Certification Practice Statement | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| Watch 51.2 | All Agreements, policies, and guidelines relating to iOS updates and WatchOS updates that concern the functionality of the Apple Watch, Third-Party Smartwatch Apps, or Third-Party Smartwatches, including, but not limited to, all predecessor and successor policies and guidelines. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| Watch 51.3 | All Documents relating to the application of the Agreements, policies, and guidelines referenced in Request Nos. 51.1 and 51.2 (including, but not limited to, the DPLA and App Review Guidelines) to Third-Party Smartwatches or Third-Party Smartwatch Apps, and to Apple Watches and Apple Watch Apps, including, but not limited to, all: a. modifications or exceptions to said Agreements, policies, and guidelines; b. internal Communications; and c. Communications with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps. | ("Guidelines" OR "DPLA" OR (Developer NEAR/5 Agreement) AND #Non-Apple Smartwatches#) NEAR/50 (exception* OR waiv* OR amend* OR updat* OR chang*) | (("Guidelines" OR "DPLA" OR (Developer NEAR/5 Agreement) AND #Non-Apple Smartwatches#) NEAR/50 (modif* OR revis* OR alter* OR deviat* OR adjust* OR appeal* OR accomodat* OR expan* OR narrow*))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 785,844 | (("Guidelines" OR "DPLA" OR (Developer NEAR/5 Agreement)) NEAR/20 (modif* OR revis* OR alter* OR deviat* OR adjust* OR appeal* OR accomodat* OR expan* OR narrow*))<br><br>NEAR/20<br><br>#Non-Apple Smartwatches# | 2,520 |

| | | | | | |
|---|---|---|---|---|---|
| Watch 51.4 | All Documents relating to iOS updates that affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps with the iPhone, including, but not limited to:<br>    a. Documents relating to Apple's knowledge that such software updates might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps;<br>    b. Documents relating to Apple's decisions to release or not release software updates that might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps, and its decisions regarding the timing or such releases of software updates; and<br>    c. internal and external Communications (including with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps) regarding software updates' potential, expected, or | ("iOS update" OR "software update" OR "new release" OR "new version" OR "system upgrade" ) AND (("Smartwatch" OR "Smart watch" OR "wearable*" OR #non-Apple smartwatches#) NEAR/50 ("break" OR "broke" OR "broken" OR "fail*" OR "bug" OR "bugs" OR "crash" OR "disconnect*" OR "unpair*" OR "incompatib*" OR "deprecat*" OR "latency" OR "unstable" OR "interoperabl*" OR "ticket" OR "tickets")) | ((#iOS Names#) NEAR/20 (updat* OR releas* OR "new version*" OR upgrad*) NEAR/20 ("radar" OR "radr" OR "break*" OR "broke" OR "broken" OR "fail*" OR "bug" OR "bugs" OR "crash*" OR "disconnect*" OR "unpair*" OR "incompatib*" OR "deprecat*" OR "latency" OR "unstable" OR "interoper*" OR "ticket" OR "tickets" OR degrad* OR prevent* OR stop*)) AND (("Smartwatch" OR "Smart watch" OR "wearable*" OR #Apple Smartwatch# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>MDL Plaintiffs identified several OR connectors within a BodyText bracket ("tickets" OR degrad* OR prevent* OR stop*) where Apple otherwise appears to treat bracketed items as alternatives; please confirm that Apple's search syntax here is correct. | 2,364,894 | ((#iOS Names#) NEAR/15 (updat* releas* OR "new version*" OR upgrad*) NEAR/20 ("radar" OR "radr" OR "break*" OR "broke" OR "broken" OR "fail*" OR "bug" OR "bugs" OR "crash*" OR "disconnect*" OR "unpair*" OR "incompatib*" OR "deprecat*" OR "latency" OR "unstable" OR "interoper*" OR "ticket" OR "tickets" OR degrad* OR prevent* OR stop*)) NEAR/20 (#Non-Apple Smartwatches#) | 6,468 |
| Watch 51.4 | All Documents relating to iOS updates that affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps with the iPhone, including, but not limited to:<br>    a. Documents relating to Apple's knowledge that such software updates might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps;<br>    b. Documents relating to Apple's decisions to release or not release software updates that might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps, and its decisions regarding the timing or such releases of software updates; and<br>    c. internal and external Communications (including with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps) regarding software updates' potential, expected, or | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | INTENTION ALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | |

48

| iPhone 52/Watch 52 | All documents, analyses, or data after January 1, 2017 relating to TestFlight Beta tests for Cloud Streamed Games, including all data related to testers, installs, sessions, crash logs, crash reports, feedback, bugs, and battery and hardware performance differences. | (("Testflight" NEAR/25 ("analys*" OR "results*" OR "assessment" OR "investigation" OR "data*" OR "crash*" OR "bug*" OR "perform*" OR "hardware*" OR "feedback*" OR "report*" OR "test*" OR "log*" OR "diagnost*" OR "discuss*" OR "beta")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | (("Testflight" NEAR/25 ("analys*" OR "results*" OR "assessment" OR "investigation" OR "data*" OR "crash*" OR "bug*" OR "perform*" OR "hardware*" OR "feedback*" OR "report*" OR "test*" OR "log*" OR "diagnost*" OR "discuss*" OR "beta")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | 0 | DOJ RFP 52: <br><br> (("Testflight" NEAR/25 ("analys*" OR "results*" OR "assessment" OR "investigation" OR "data*" OR "crash*" OR "bug*" OR "perform*" OR "hardware*" OR "feedback*" OR "report*" OR "test*" OR "log*" OR "diagnost*" OR "discuss*" OR "beta")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | 8,668 |
| iPhone 53/Watch 53 | All documents after January 1, 2011 related to Platform Apps' or Mini Programs' potential or actual use; benefits, risks, revenue potential, and differences relative to native apps; and Apple's potential or actual treatment of Platform Apps or Mini Programs. | ((#Apple Super Apps# OR #Non-Apple Super Apps#) NEAR/30 (("policy" OR "policies" OR "procedure*" OR "guideline*" OR "analysis" OR "analyses") AND ("potential*" OR "benefit*" OR "advantage*" OR "valu*" OR "gain*" OR "risk*" OR "disadvantag*" OR "harm*" OR "danger*" OR "threat*" OR ERB OR "Executive Review Board" OR ARB OR "App Review Board"))) | ((#Apple Super Apps# OR #Non-Apple Super Apps#) NEAR/30 (("policy" OR "policies" OR "procedure*" OR "guideline*" OR "analysis" OR "analyses") AND ("potential*" OR "benefit*" OR "advantage*" OR "valu*" OR "gain*" OR "risk*" OR "disadvantag*" OR "harm*" OR "danger*" OR "threat*" OR ERB OR "Executive Review Board" OR ARB OR "App Review Board"))) | 3,523 | DOJ RFP 53: <br><br> ((#Apple Super Apps# OR #Non-Apple Super Apps#) NEAR/30 (("policy" OR "policies" OR "procedure*" OR "guideline*" OR "analysis" OR "analyses") AND ("potential*" OR "benefit*" OR "advantage*" OR "valu*" OR "gain*" OR "risk*" OR "disadvantag*" OR "harm*" OR "danger*" OR "threat*" OR ERB OR "Executive Review Board" OR ARB OR "App Review Board"))) | 331,250 |
| iPhone 54/Watch 54 | All documents related to any mobile app's access to or use of (or inability to access or use) any iPhone features or capabilities related to connections to other devices or servers, including near-field communication (NFC), host card emulation (HCE), ultra-wide band (UWB) technology, or any related APIs, for any purpose, including documents related to the number, nature, popularity, and usage of mobile apps that access or use NFC, HCE, or UWB. | (((("Apple Pay" OR "applepay" OR "Apple Wallet" OR "applewallet" OR "Apple Cash" OR "applecash" OR "Apple Card" OR "applecard" OR "iPay" OR "iWallet" OR "iCard" OR "[REDACTED]" OR ("apple" NEAR/3 "digital" NEAR/5 "wallet") OR ("apple" NEAR/5 ("BNPL" OR "P2P" OR "tap-to-pay" OR "tap to pay")) OR ("payment*" NEAR/2 ("mobile" OR "service*" OR "terminal" OR "terminals")) OR (("wallet*" OR "payment*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) AND (("iPhone*" OR "iPhones") AND NOT "sent from my iPhone")) NEAR/30 (("Access*" OR "expose*" OR "open*" OR "allow*" OR "permit*" OR "Ping*" OR "Queu*" OR "Enabl*" OR "Restrict*" OR "Barrier*" OR "Adopt*" OR "Use" OR "using" OR "Utiliz*" OR "scan*" OR "read*" OR "Accept*") NEAR/15 ("Near-field communication" OR "nearfield communication" OR "near field communication" OR "near-field communications" OR "nearfield communications" OR "near field communications" OR "NFC" OR "host card emulation" OR "host card" OR "HCE" OR "Ultra wideband" OR "ultra-wideband" OR "ultrawide-band" OR "ultra wide-band" OR "UWB*" OR ("tap NEAR/2 pay") OR "TTP" OR "contactless" OR "[REDACTED]" OR "ISO 7816" OR "ISO7816" OR "ISO 15693" OR "ISO15693" OR "ISO 18092" OR "ISO18092" OR "felica" OR "MIFARE" OR "card session" OR "cardsession" OR "nearby interaction" OR "nearbyinteraction" OR "NINearby" OR "NISession" OR "NIDevice" OR "NIConfig" OR "NIAlgo" OR "NIDiscovery"))) | (((("apple" NEAR/5 "digital" NEAR/5 "wallet" OR (contactless NEAR/5 app)) OR (("wallet*" OR "payment*" OR (contactless /5 app)) NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) AND (("iPhone*" OR "iPhones") AND NOT "sent from my iPhone")) NEAR/30 (("Access*" OR "expose*" OR "open*" OR "allow*" OR "permit*" OR "Ping*" OR "Queu*" OR "Enabl*" OR "Restrict*" OR "Barrier*" OR "Adopt*" OR "Use" OR "using" OR "Utiliz*" OR "scan*" OR "read*" OR "Accept*") NEAR/15 ("Near-field communication" OR "nearfield communication" OR "near field communication" OR "near-field communications" OR "nearfield communications" OR "near field communications" OR "NFC" OR "host card emulation" OR "host card" OR "HCE" OR "Ultra wideband" OR "ultra-wideband" OR "ultrawide-band" OR "ultra wide-band" OR "UWB*" OR ("tap NEAR/5 "pay") OR "TTP" OR "contactless" OR "[REDACTED]" OR "ISO 7816" OR "ISO7816" OR "ISO 15693" OR "ISO15693" OR "ISO 18092" OR "ISO18092" OR "felica" OR "MIFARE" OR "card session" OR "cardsession" OR "nearby interaction" OR "nearbyinteraction" OR "NINearby" OR "NISession" OR "NIDevice" OR "NIConfig" OR "NIAlgo" OR "NIDiscovery"))) | 1,075,674 | DOJ RFP 54: <br><br> (((("apple" NEAR/5 "digital" NEAR/5 "wallet" OR (contactless NEAR/5 app)) OR (("wallet*" OR "payment*" OR (contactless /5 app)) NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) AND (("iPhone*" OR "iPhones") AND NOT "sent from my iPhone")) NEAR/30 (("Access*" OR "expose*" OR "open*" OR "allow*" OR "permit*" OR "Ping*" OR "Queu*" OR "Enabl*" OR "Restrict*" OR "Barrier*" OR "Adopt*" OR "Use" OR "using" OR "Utiliz*" OR "scan*" OR "read*" OR "Accept*") NEAR/15 ("Near-field communication" OR "nearfield communication" OR "near field communication" OR "near-field communications" OR "nearfield communications" OR "near field communications" OR "NFC" OR "host card emulation" OR "host card" OR "HCE" OR "Ultra wideband" OR "ultra-wideband" OR "ultrawide-band" OR "ultra wide-band" OR "UWB*" OR ("tap NEAR/5 "pay") OR "TTP" OR "contactless" OR "[REDACTED]" OR "ISO 7816" OR "ISO7816" OR "ISO 15693" OR "ISO15693" OR "ISO 18092" OR "ISO18092" OR "felica" OR "MIFARE" OR "card session" OR "cardsession" OR "nearby interaction" OR "nearbyinteraction" OR "NINearby" OR "NISession" OR "NIDevice" OR "NIConfig" OR "NIAlgo" OR "NIDiscovery"))) | 115,767 |

49

| iPhone 55/Watch 55 | For each Identified Product or Service, all documents related to any potential or actual limitation or prohibition on the availability or functionality of any non-Apple product, feature, or service, including:<br>a. documents related to any authorizations, allowances, denials, or limitations on access to APIs, Entitlements, functionalities, features, and data sets related to any Identified Product or Service;<br>b. documents related to any authorizations, allowances, denials, or limitations on access to APIs, SDKs, Frameworks, Libraries, any other software artifacts related to any Identified Product or Service; and<br>c. documents related to mechanisms, technical or otherwise, to implement or enforce limitations or prohibitions on the availability or functionality of any product, feature, or service, including references to the Source Code that implements each such means or mechanism. | (((("authorize" OR "authorized" OR "authorization" OR "authorizations" OR "allow" OR "allowed" OR "allowable" OR "denial*" OR "deny" OR "reject" OR "rejects" OR "rejected" OR "rejection" OR "rejections" OR "limit" OR "limits" OR "limitation" OR "limitations" OR "prohibit" OR "prohibits" OR "prohibited" OR "prohibition" OR "restrict" OR "restricts" OR "restriction" OR "restrictions" OR "permit" OR "permits" OR "permitted" OR "enforce*" OR "review")) NEAR/15 (("non Apple" OR "nonapple" OR "noniphone" OR "non iPhone" OR "third part*" OR "competitor*" OR "non iOS" OR "noniOS" OR "non native" OR "Android" OR "outside*") OR (("app" OR "apps") NEAR/5 ("develop" OR "develops" OR "developed" OR "development")))) NEAR/20 (("featur*" OR "function" OR "functions" OR "functionality" OR "functionalities" OR "API" OR "APIs" OR "application programming interface*" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*") OR #Browsers eSIMs CWEs#) | (((("authoriz* OR "allow*" OR "den*" OR "reject*" OR "*limit*" OR "prohibit*" OR "restrict*" OR "permit*" OR "enforc*" OR "review")) NEAR/15 (("non Apple" OR "nonapple" OR "noniphone" OR "non iPhone" OR alternat* OR "third part*" OR "competitor*" OR "non iOS" OR "noniOS" OR "non native" OR "Android" OR "outside*")) OR (("app" OR "apps") ))) NEAR/20 (("featur*" OR "function*"  OR "API" OR "APIs" OR "application programming interface*" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*") OR use OR #Browsers eSIMs CWEs# )<br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP.  MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians. | 801,467 | DOJ RFP 55:<br><br>(((("authorize" OR "authorized" OR "authorization" OR "authorizations" OR "allow" OR "allowed" OR "allowable" OR "denial*" OR "deny" OR "reject" OR "rejects" OR "rejected" OR "rejection" OR "rejections" OR "limit" OR "limits" OR "limitation" OR "limitations" OR "prohibit" OR "prohibits" OR "prohibited" OR "prohibition" OR "restrict" OR "restricts" OR "restriction" OR "restrictions" OR "permit" OR "permits" OR "permitted" OR "enforce*" OR "review")) NEAR/15 (("non Apple" OR "nonapple" OR "noniphone" OR "non iPhone" OR "third part*" OR "competitor*" OR "non iOS" OR "noniOS" OR "non native" OR "Android" OR "outside*") OR (("app" OR "apps") NEAR/5 ("develop" OR "develops" OR "developed" OR "development")))) NEAR/20 (("featur*" OR "function" OR "functions" OR "functionality" OR "functionalities" OR "API" OR "APIs" OR "application programming interface*" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*") OR #Browsers eSIMs CWEs#) | 2,034,944 |
| Watch 55.1 | All Documents relating to Your decision whether or not to share, disclose, or permit access to any API, Entitlement, or comparable means of connection and interoperation between a Smartwatch with an iPhone with any Third-Party Smartwatch or Third-Party Smartwatch App. | (((("authorize" OR "authorized" OR "authorization" OR "authorizations" OR "allow" OR "allowed" OR "allowable" OR "denial*" OR "deny" OR "reject" OR "rejects" OR "rejected" OR "rejection" OR "rejections" OR "limit" OR "limits" OR "limitation" OR "limitations" OR "prohibit" OR "prohibits" OR "prohibited" OR "prohibition" OR "restrict" OR "restricts" OR "restriction" OR "restrictions" OR "permit" OR "permits" OR "permitted" OR "enforce*" OR "review")) NEAR/15 (("non Apple" OR "nonapple" OR "noniphone" OR "non iPhone" OR "third part*" OR "competitor*" OR "non iOS" OR "noniOS" OR "non native" OR "Android" OR "outside*") OR (("app" OR "apps") NEAR/5 ("develop" OR "develops" OR "developed" OR "development")))) NEAR/20 (("featur*" OR "function" OR "functions" OR "functionality" OR "functionalities" OR "API" OR "APIs" OR "application programming interface*" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*") OR #Browsers eSIMs CWEs#) | (((("authoriz*" OR "allow" OR "allowed" OR "allowable" OR "denial*" OR "deny" OR "reject" OR "rejects" OR "rejected" OR "rejection" OR "rejections" OR "limit" OR "limits" OR "limitation" OR "limitations" OR "prohibit" OR "prohibits" OR "prohibited" OR "prohibition" OR "restrict" OR "restricts" OR "restriction" OR "restrictions" OR "permit" OR "permits" OR "permitted" OR "enforce*" OR "review" OR "tsi" OR "technical support incident*" OR "radar" OR "rdar*")) NEAR/15 ((#Non-Apple Smartwatches# OR "non Apple" OR "nonapple" OR "noniphone" OR "non iPhone" OR "third part*" OR "competitor*" OR "non iOS" OR "noniOS" OR "non native" OR "Android" OR "outside*") OR (("app" OR "apps") NEAR/5 ("developer" OR "develop" OR "develops" OR "developed" OR "development")))) NEAR/20 (("featur*" OR "function" OR "functions" OR "functionality" OR "functionalities" OR "API" OR "APIs" OR "application programming interface*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "daemon*" OR "WCD" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*"))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or | 2,786,296 | (((("denial*" OR "deny" OR "reject" OR "rejects" OR "rejected" OR "rejection" OR "rejections" OR "limit" OR "limits" OR "limitation" OR "limitations" OR "prohibit" OR "prohibits" OR "prohibited" OR "prohibition" OR "restrict" OR "restricts" OR "restriction" OR "restrictions" OR "enforce*" OR "review" OR "tsi" OR "technical support incident*" OR "radar" OR "rdar*")) NEAR/15 (("featur*" OR "function" OR "functions" OR "functionality" OR "functionalities" OR "API" OR "APIs" OR "application programming interface*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "daemon*" OR "WCD" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*")) NEAR/15 (#Non-Apple Smartwatches# NEAR/ 20 #iphone#))) | 92 |

50

| iPhone 56/Watch 56 | For each Identified Product or Service, all documents related to: a. any APIs, Entitlements, signatures (other than cryptographic keys), or other permissions, restrictions, or limitations on third party developers, including all Implementations, Technical Documentation, Source Code Repositories, Frameworks, Libraries, and SDKs provided or authorized by Apple; b. any in-line documentation contained in any API or Source Code provided or authorized by Apple; c. any free-form text related to any API or Source Code provided or authorized by Apple; d. any Apple SDKs available to developers of any Identified Product or Service; e. any text or other indicators (including any links, pointers, citations, or references) that refer to the Source Code relating to any Apple-provided API or Entitlement or related documentation; and f. all Apple Source Code Repositories | (("API*" OR "application* programming interface*" OR "entitlement*" OR "signature*" OR "implementation*" OR "documentation*" OR "exception*" OR "framework*" OR "SDK*" OR "software development kit*" OR "Source Code" OR "librar*") NEAR/20 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)) NEAR/100 (("user" OR "developer" OR "technical") NEAR/3 ("documentation" OR "guide" OR "specification" OR "specifications" OR "manual" OR "manuals") OR ("architectur*" NEAR/3 ("diagram*" OR "design*")) OR (("design" OR "API") NEAR/3 "documentation") OR ("metadata" NEAR/3 ("bug" OR "bugs" OR "feature" OR "features")) OR ("commit" NEAR/3 ("history")) OR ("data" NEAR/3 "diagram") OR ("branch" NEAR/3 "history") OR ("merge" NEAR/3 ("record" OR "records")) OR ("issue" NEAR/3 ("track*" OR "pull" OR "merge"))) | (("API*" OR "application* programming interface*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "daemon*" OR "WCD" OR "entitlement*" OR "signature*" OR "implementation*" OR "documentation*" OR "exception*" OR "framework*" OR "SDK*" OR "software development kit*" OR "Source Code" OR "librar*") NEAR/20 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)) NEAR/100 (("user" OR "developer" OR "technical") NEAR/3 ("documentation" OR "guide" OR "specification" OR "specifications" OR "manual" OR "manuals") OR ("architectur*" NEAR/3 ("diagram*" OR "design*")) OR (("design" OR "API") NEAR/3 "documentation") OR ("metadata" NEAR/3 ("bug" OR "bugs" OR "feature" OR "features")) OR ("commit" NEAR/3 ("history")) OR ("data" NEAR/3 "diagram") OR ("branch" NEAR/3 "history") OR ("merg*" NEAR/3 ("record" OR "records")) OR ("issue" NEAR/3 ("track*" OR "pull" OR "merg*")))) MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP. MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families. MDL Plaintiffs reserve all rights to seek additional custodians. | 0 | DOJ RFP 56: (("API*" OR "application* programming interface*" OR "entitlement*" OR "signature*" OR "implementation*" OR "documentation*" OR "exception*" OR "framework*" OR "SDK*" OR "software development kit*" OR "Source Code" OR "librar*") NEAR/20 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)) NEAR/100 (("user" OR "developer" OR "technical") NEAR/3 ("documentation" OR "guide" OR "specification" OR "specifications" OR "manual" OR "manuals") OR ("architectur*" NEAR/3 ("diagram*" OR "design*")) OR (("design" OR "API") NEAR/3 "documentation") OR ("metadata" NEAR/3 ("bug" OR "bugs" OR "feature" OR "features")) OR ("commit" NEAR/3 ("history")) OR ("data" NEAR/3 "diagram") OR ("branch" NEAR/3 "history") OR ("merge" NEAR/3 ("record" OR "records")) OR ("issue" NEAR/3 ("track*" OR "pull" OR "merge"))) | 1,691,457 |
| iPhone 57/Watch 57 | All documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, developers, carriers, or others from the Alleged Conduct, including any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 0 | DOJ RFP 57: (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1,481,076 |

| Watch 57.1 | All Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, Developers, carriers, or others from the Alleged Conduct, including any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1,511,413 | DOJ RFP 57:<br><br>(((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1,481,076 |
| Watch 57.1 | All Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, Developers, carriers, or others from the Alleged Conduct, including any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | INTENTIONALLY LEFT BLANK | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1,511,413 | DOJ RFP 57:<br><br>(((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR ... | 1,481,076 |
| Watch 57.2 | All Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Apple Watch users, Third-Party Smartwatch users, Third Party Smartwatch Makers, Third-Party Smartwatch App Developers, or iPhone users, including, but not limited to any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | Search 57.2.1<br>((#Apple Smartwatches# OR #Non-Apple Smartwatches#) NEAR/10 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier")) NEAR/30 ("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "decept*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "experience*" OR "innovat*" OR "rational*")<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 731,626 | DOJ RFP 57:<br><br>(((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1,481,076 |

52

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 58/Watch 58 | For the iPhone and each Apple or non-Apple Identified Product and Service, all documents related to Apple's adoption or implementation of privacy or security policies or practices for information stored, transmitted, or received by iOS, the iPhone, Apple, or third parties, including nutrition labels and privacy manifest files. | (("privacy" OR "security" OR "privacy manifest*" OR "nutrition label" OR "protect" OR "secur*" OR "inappropriate*" OR "abus*" OR "fraud*" OR "age rating") NEAR/20 ("policy" OR "policies" OR "procedur*" OR "practice*" OR "guideline*" OR "restrict*" OR "protocol" OR "protocols" OR "condition" OR "agreement") NEAR/30 ("data" OR "information") NEAR/50 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("privacy" OR "security" OR "privacy manifest*" OR "nutrition label" OR "protect" OR "secur*" OR "inappropriate*" OR "abus*" OR "fraud*" OR "age rating") NEAR/20 ("policy" OR "policies" OR "procedur*" OR "practice*" OR "guideline*" OR "restrict*" OR "protocol" OR "protocols" OR "condition" OR "agreement") NEAR/30 ("data" OR "information") NEAR/50 (#Non-Apple Smartwatches#)) | 172 | (("privacy" OR "security" OR "privacy manifest*" OR "nutrition label" OR "protect" OR "secur*" OR "inappropriate*" OR "abus*" OR "fraud*" OR "age rating") NEAR/20 ("policy" OR "policies" OR "procedur*" OR "practice*" OR "guideline*" OR "restrict*" OR "protocol" OR "protocols" OR "condition" OR "agreement") NEAR/30 ("data" OR "information") NEAR/50 (#Non-Apple Smartwatches#)) | 3,360 |
| iPhone 59/Watch 59 | All studies, analyses, investigations, and reports related to fraudulent, malicious, misleading, or deceptive activity, code, content, information, or patterns within or related to the iPhone, iOS, or any Identified Product or Service, including any threat assessment or Threat Model, in whatever form it may exist. | (("fraud*" OR "malicious" OR "mislead" OR "misleading" OR "deceptive" OR "deception" OR "inappropriate" OR "malware" OR "fake" OR "steal" OR "virus" OR "Trojan Horse") NEAR/20 ("study" OR "studies" OR "analysis" OR "analyses" OR "assessment*" OR "investigation*" OR "report*" OR "threat model*") NEAR/50 (#iPhone# OR #Apple Relevant Products or Services#) | (("fraud*" OR "malicious" OR "mislead" OR "misleading" OR "deceptive" OR "deception" OR "inappropriate" OR "malware" OR "fake" OR "steal" OR "virus" OR "Trojan Horse") NEAR/20 ("study" OR "studies" OR "analysis" OR "analyses" OR "assessment*" OR "investigation*" OR "report*" OR "threat model*") NEAR/50 (#Non-Apple Smartwatches#)) | 101 | (("fraud*" OR "malicious" OR "mislead" OR "misleading" OR "deceptive" OR "deception" OR "inappropriate" OR "malware" OR "fake" OR "steal" OR "virus" OR "Trojan Horse") NEAR/20 ("study" OR "studies" OR "analysis" OR "analyses" OR "assessment*" OR "investigation*" OR "report*" OR "threat model*") NEAR/50 (#Non-Apple Smartwatches#)) | 1,644 |
| iPhone 60/Watch 60 | All documents related to Apple's ability to access or use data or metadata from the iPhone or from any Identified Product or Service that is not as available or accessible to third-party developers, including the reasons for any such differences and any benefits to Apple therefrom. | (("access" OR "accesses" OR "accessed" OR "accessible" OR "use" OR "used" OR "uses" OR "useable" OR "usable" OR "collect" OR "collects" OR "collected" OR "utilize*" OR "integrat*") NEAR/15 (("data*" OR "metadata*" OR "content" OR "contents" OR "code") NEAR/5 ("user*" OR "customer*"))) NEAR/50 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)) | (("access" OR "accesses" OR "accessed" OR "accessible" OR "use" OR "used" OR "uses" OR "useable" OR "usable" OR "collect" OR "collects" OR "collected" OR "utilize*" OR "integrat*" OR retention OR retain* OR personaliz*) NEAR/15 (("data*" OR "metadata*" OR "content" OR "contents" OR "code") NEAR/5 ("user*" OR "customer*"))) NEAR/50 (#Non-Apple Smartwatches#))) | 77 | (("access" OR "accesses" OR "accessed" OR "accessible" OR "use" OR "used" OR "uses" OR "useable" OR "usable" OR "collect" OR "collects" OR "collected" OR "utilize*" OR "integrat*" OR retention OR retain* OR personaliz*) NEAR/15 (("data*" OR "metadata*" OR "content" OR "contents" OR "code") NEAR/5 ("user*" OR "customer*"))) NEAR/50 (#Non-Apple Smartwatches#))) | 3,049 |
| iPhone 61/Watch 61 | No search terms; targeted collections of structured data. | No search terms; targeted collections of structured data. | No term, targeted collection | N/A | No term, targeted collection | N/A |
| Watch 61.1 | No search terms, targeted collection | No search terms, targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| Watch 61.2 | No search terms, targeted collection | No search terms, targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 62/Watch 62 | No search terms; targeted collections of structured data. | No search terms; targeted collections of structured data. | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 63/Watch 63 | No search terms; targeted collections of structured data. | No search terms; targeted collections of structured data. | No term, targeted collection | N/A | No term, targeted collection | N/A |

53

| iPhone 64 | All documents related to any decision on whether to limit the availability or functionality of third-party Digital Wallets on the iPhone; the reason for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit access by developers of third-party Digital Wallets or Payment Apps to NFC APIs;<br>b. Limit use of third-party Digital Wallets or Payment Apps to manage and pay for subscriptions or in-app purchases;<br>c. Limit the ability of iPhone users to set a third-party Digital Wallet or Payment App as the default payment app;<br>d. Limit the ability of third-party Digital Wallets or Payment Apps to authenticate digital payment options on online checkout pages; and<br>**e. Limit notifications that cheaper prices for services are available using third-party Digital Wallets or Payment Apps.** | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 5/29 proposed search term as it's not clear to Apple where Plaintiffs<br><br>(((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*"OR ("Comp* OR "Open*" OR "Dis-intermediate*" OR "disintermediate*" OR "DMA" OR "Digital Markets Act" OR "Domin*" OR "MFN" OR "Most-Favored-Nation" OR "Most Favored Nation" OR "visibility" OR "switch*")) NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*"  OR "brand*" OR "servic*" OR "app" OR "apps" OR "develop" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 736,012 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| iPhone 64 | All documents related to any decision on whether to limit the availability or functionality of third-party Digital Wallets on the iPhone; the reason for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit access by developers of third-party Digital Wallets or Payment Apps to NFC APIs;<br>b. Limit use of third-party Digital Wallets or Payment Apps to manage and pay for subscriptions or in-app purchases;<br>c. Limit the ability of iPhone users to set a third-party Digital Wallet or Payment App as the default payment app;<br>d. Limit the ability of third-party Digital Wallets or Payment Apps to authenticate digital payment options on online checkout pages; and<br>**e. Limit notifications that cheaper prices for services are available using third-party Digital Wallets or Payment Apps.** | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 69 | DOJ RFP 17:<br><br>(("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |

54

| iPhone 64 | All documents related to any decision on whether to limit the availability or functionality of third-party Digital Wallets on the iPhone; the reason for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit access by developers of third-party Digital Wallets or Payment Apps to NFC APIs;<br>b. Limit use of third-party Digital Wallets or Payment Apps to manage and pay for subscriptions or in-app purchases;<br>c. Limit the ability of iPhone users to set a third-party Digital Wallet or Payment App as the default payment app;<br>d. Limit the ability of third-party Digital Wallets or Payment Apps to authenticate digital payment options on online checkout pages; and<br>**e. Limit notifications that cheaper prices for services are available using third-party Digital Wallets or Payment Apps.** | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 113 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |
| iPhone 64 | All documents related to any decision on whether to limit the availability or functionality of third-party Digital Wallets on the iPhone; the reason for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit access by developers of third-party Digital Wallets or Payment Apps to NFC APIs;<br>b. Limit use of third-party Digital Wallets or Payment Apps to manage and pay for subscriptions or in-app purchases;<br>c. Limit the ability of iPhone users to set a third-party Digital Wallet or Payment App as the default payment app;<br>d. Limit the ability of third-party Digital Wallets or Payment Apps to authenticate digital payment options on online checkout pages; and<br>e. Limit notifications that cheaper prices for services are available using third-party Digital Wallets or Payment Apps. | Search 39.1<br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1,735 | DOJ RFP 39 (Search 39.1):<br><br>Search 39.1<br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |

55

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 64 | All documents related to any decision on whether to limit the availability or functionality of third-party Digital Wallets on the iPhone; the reason for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit access by developers of third-party Digital Wallets or Payment Apps to NFC APIs;<br>b. Limit use of third-party Digital Wallets or Payment Apps to manage and pay for subscriptions or in-app purchases;<br>c. Limit the ability of iPhone users to set a third-party Digital Wallet or Payment App as the default payment app;<br>d. Limit the ability of third-party Digital Wallets or Payment Apps to authenticate digital payment options on online checkout pages; and<br>e. Limit notifications that cheaper prices for services are available using third-party Digital Wallets or Payment Apps. | Search 39.2<br>("Data Transfer Project") | ("Data Transfer Project") | 0 | DOJ RFP 39 (Search 39.2):<br><br>Search 39.2<br>("Data Transfer Project") | 33,317 |
| iPhone 64 | All documents related to any decision on whether to limit the availability or functionality of third-party Digital Wallets on the iPhone; the reason for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit access by developers of third-party Digital Wallets or Payment Apps to NFC APIs;<br>b. Limit use of third-party Digital Wallets or Payment Apps to manage and pay for subscriptions or in-app purchases;<br>c. Limit the ability of iPhone users to set a third-party Digital Wallet or Payment App as the default payment app;<br>d. Limit the ability of third-party Digital Wallets or Payment Apps to authenticate digital payment options on online checkout pages; and<br>e. **Limit notifications that cheaper prices for services are available using third-party Digital Wallets or Payment Apps.** | INTENTIONALLY LEFT BLANK | ("████") OR ("██████") OR ("Project████") OR ("Project██████") | 25,974 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |

| | Request | Term (col 1) | Term (col 2) | Count | DOJ RFP | Count |
|---|---|---|---|---|---|---|
| Watch 64 | All Documents produced, provided, filed under seal, or served, by any party or non-party, in connection with the Government Action, including, but not limited to, all Documents provided by You to the DOJ in connection with its Investigation into its allegations that Apple has engaged in anti-competitive conduct relating to Smartphone or Smartwatch markets. | No term, targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 65 | All documents and data related to any decision on whether to limit the availability or functionality of Cloud Streamed Games or Streaming Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Require developers to submit Cloud Streamed Games, Streaming Apps, or updates to Cloud Streamed Games or Streaming Apps individually for approval;<br>b. Require Cloud Streamed Games or Streaming Apps to use Apple's proprietary payment system for in-app purchases; and<br>c. Require developers to create iOS-specific versions of Cloud Streamed Games and Streaming Apps. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/103 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 3,429,478 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| iPhone 65 | All documents and data related to any decision on whether to limit the availability or functionality of Cloud Streamed Games or Streaming Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Require developers to submit Cloud Streamed Games, Streaming Apps, or updates to Cloud Streamed Games or Streaming Apps individually for approval;<br>b. Require Cloud Streamed Games or Streaming Apps to use Apple's proprietary payment system for in-app purchases; and<br>c. Require developers to create iOS-specific versions of Cloud Streamed Games and Streaming Apps. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 5,930 | DOJ RFP 17:<br><br>(("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |

57

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 65 | All documents and data related to any decision on whether to limit the availability or functionality of Cloud Streamed Games or Streaming Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Require developers to submit Cloud Streamed Games, Streaming Apps, or updates to Cloud Streamed Games or Streaming Apps individually for approval;<br>b. Require Cloud Streamed Games or Streaming Apps to use Apple's proprietary payment system for in-app purchases; and<br>c. Require developers to create iOS-specific versions of Cloud Streamed Games and Streaming Apps. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 2,033,244 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |
| iPhone 65 | All documents and data related to any decision on whether to limit the availability or functionality of Cloud Streamed Games or Streaming Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Require developers to submit Cloud Streamed Games, Streaming Apps, or updates to Cloud Streamed Games or Streaming Apps individually for approval;<br>b. Require Cloud Streamed Games or Streaming Apps to use Apple's proprietary payment system for in-app purchases; and<br>c. Require developers to create iOS-specific versions of Cloud Streamed Games and Streaming Apps. | Search 39.1<br>((((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | ((((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,800,060 | DOJ RFP 39 (Search 39.1):<br><br>((((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |
| Watch 65 | All Documents produced to or served on any party in This Case, including, but not limited to, Documents produced or served by non-parties, and Documents responsive to requests for production served on You by any party in This Case, as if such requests had been served on the date of these Requests by DAWP Plaintiffs. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |

| iPhone 66 | All documents related to any decision on whether to limit the availability or functionality of third-party Messaging Systems on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to: a. Enable third-party Messaging Systems to operate through SMS, MMS, RCS, or messaging alternatives; b. Enable third-party Messaging Systems to continue operating in the background when the Messaging System is closed; c. Enable third-party Messaging Systems to access the iPhone camera; and d. Enable third-party Messaging Systems to send messages that are compatible with iMessage. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 3,429,478 | DOJ RFP 10: (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| iPhone 66 | All documents related to any decision on whether to limit the availability or functionality of third-party Messaging Systems on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to: a. Enable third-party Messaging Systems to operate through SMS, MMS, RCS, or messaging alternatives; b. Enable third-party Messaging Systems to continue operating in the background when the Messaging System is closed; c. Enable third-party Messaging Systems to access the iPhone camera; and d. Enable third-party Messaging Systems to send messages that are compatible with iMessage. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 5,930 | DOJ RFP 17: (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |

| iPhone 66 | All documents related to any decision on whether to limit the availability or functionality of third-party Messaging Systems on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Enable third-party Messaging Systems to operate through SMS, MMS, RCS, or messaging alternatives;<br>b. Enable third-party Messaging Systems to continue operating in the background when the Messaging System is closed;<br>c. Enable third-party Messaging Systems to access the iPhone camera; and<br>d. Enable third-party Messaging Systems to send messages that are compatible with iMessage. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 2,033,244 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |
|---|---|---|---|---|---|---|
| iPhone 66 | All documents related to any decision on whether to limit the availability or functionality of third-party Messaging Systems on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Enable third-party Messaging Systems to operate through SMS, MMS, RCS, or messaging alternatives;<br>b. Enable third-party Messaging Systems to continue operating in the background when the Messaging System is closed;<br>c. Enable third-party Messaging Systems to access the iPhone camera; and<br>d. Enable third-party Messaging Systems to send messages that are compatible with iMessage. | Search 39.1<br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,800,060 | DOJ RFP 39 (Search 39.1):<br><br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |

60

| iPhone 66 | All documents related to any decision on whether to limit the availability or functionality of third-party Messaging Systems on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Enable third-party Messaging Systems to operate through SMS, MMS, RCS, or messaging alternatives;<br>b. Enable third-party Messaging Systems to continue operating in the background when the Messaging System is closed;<br>c. Enable third-party Messaging Systems to access the iPhone camera; and<br>d. Enable third-party Messaging Systems to send messages that are compatible with iMessage. | Search 39.2<br>("Data Transfer Project") | ("Data Transfer Project") | 33,326 | DOJ RFP 39 (Search 39.2):<br><br>Search 39.2<br>("Data Transfer Project") | 35,988 |
|---|---|---|---|---|---|---|
| Watch 66 | Documents sufficient to show the identities of Apple personnel, their titles, and the length of time they served in that role, including, but not limited to, organizational charts as to Apple personnel who were or are involved in the design and development of the Apple Watch, marketing of the Apple Watch, or business operations related to the Apple Watch, as well as any Apple personnel with responsibility with respect to any of the following as they relate to the Apple Watch, Third-Party Smartwatches, or Third-Party Smartwatch Apps: iMessage, notifications, actionable notifications, notification customizations, Privacy Warning Screens, Phone Number Sharing Restrictions, Background Execution, Bluetooth connectivity, Control Center, HealthKit, Apple Notification Center Service, the DPLA, the App Review Guidelines, approval of Apps in the App Store, WatchOS updates, or iOS updates. | Subject to further meet and confer | Deferred | Deferred | No terms, Plaintiffs deferred | |

| iPhone 67 | All documents related to any decision on whether to limit the interoperability of third-party Smartwatches with the iPhone (or of the Apple Watch with third-party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit the ability of third-party Smartwatches to respond to notifications;<br>b. Limit the ability of third-party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone;<br>c. Limit the ability of third-party Smartwatches to maintain a consistent connection with, to continue to operate in the background of, or to continue to share data with the iPhone when the iPhone is in Low Power Mode; and<br>d. Limit the ability of third-party Smartwatches to connect to a cellular | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | ((((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 3,429,478 | DOJ RFP 10:<br><br>((((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| iPhone 67 | All documents related to any decision on whether to limit the interoperability of third-party Smartwatches with the iPhone (or of the Apple Watch with third-party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit the ability of third-party Smartwatches to respond to notifications;<br>b. Limit the ability of third-party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone;<br>c. Limit the ability of third-party Smartwatches to maintain a consistent connection with, to continue to operate in the background of, or to continue to share data with the iPhone when the iPhone is in Low Power Mode; and<br>d. Limit the ability of third-party Smartwatches to connect to a cellular | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 5,930 | DOJ RFP 17:<br><br>(("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |

| iPhone 67 | All documents related to any decision on whether to limit the interoperability of third-party Smartwatches with the iPhone (or of the Apple Watch with third-party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit the ability of third-party Smartwatches to respond to notifications;<br>b. Limit the ability of third-party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone;<br>c. Limit the ability of third-party Smartwatches to maintain a consistent connection with, to continue to operate in the background of, or to continue to share data with the iPhone when the iPhone is in Low Power Mode; and<br>d. Limit the ability of third-party Smartwatches to connect to a cellular | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 2,033,244 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |
| iPhone 67 | All documents related to any decision on whether to limit the interoperability of third-party Smartwatches with the iPhone (or of the Apple Watch with third-party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit the ability of third-party Smartwatches to respond to notifications;<br>b. Limit the ability of third-party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone;<br>c. Limit the ability of third-party Smartwatches to maintain a consistent connection with, to continue to operate in the background of, or to continue to share data with the iPhone when the iPhone is in Low Power Mode; and<br>d. Limit the ability of third-party Smartwatches to connect to a cellular | Search 39.1<br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,800,060 | DOJ RFP 39 (Search 39.1):<br><br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |
| Watch 67 | All Documents relating to Apple's internal policies, practices, and guidelines relating to U.S. antitrust laws. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |

63

| iPhone 68 | All documents regarding any decision on whether to limit the availability or functionality of Platform Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision to:<br>a. Disallow Platform Apps on the iPhone; and<br>b. Require Platform Apps to list Mini Programs using text-only title lists. | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | ((((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 3,429,478 | DOJ RFP 10:<br><br>((((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |
| iPhone 68 | All documents regarding any decision on whether to limit the availability or functionality of Platform Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision to:<br>a. Disallow Platform Apps on the iPhone; and<br>b. Require Platform Apps to list Mini Programs using text-only title lists. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*")) OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 5,930 | DOJ RFP 17:<br><br>(("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*")) OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |
| iPhone 68 | All documents regarding any decision on whether to limit the availability or functionality of Platform Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision to:<br>a. Disallow Platform Apps on the iPhone; and<br>b. Require Platform Apps to list Mini Programs using text-only title lists. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 2,033,244 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |

64

Case 2:24-md-03113-JXN-LDW   Document 275   Filed 08/10/26   Page 117 of 235 PageID: 6851

| | | Search 39.1 | | | DOJ RFP 39 (Search 39.1): | |
|---|---|---|---|---|---|---|
| iPhone 68 | All documents regarding any decision on whether to limit the availability or functionality of Platform Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision to: a. Disallow Platform Apps on the iPhone; and b. Require Platform Apps to list Mini Programs using text-only title lists. | (((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,800,060 | (((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |
| Watch 68 | All consumers comments regarding the Apple Watch, whether stored as Documents or structured data. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 69 | All documents regarding any consideration of changing or decision to change the headphone jack, charging port, or any other element of the iPhone hardware that interacts with other devices, including documents discussing the actual or potential impact of any such change on consumer behavior. | Subject to further meet and confer | Subject to further meet and confer | Subject to further meet and confer | No term, subject to M&C | N/A |
| Watch 69 | All Communications from iPhone customers to Apple relating to Third-Party Smartwatches, and all Documents and Communications relating to those Communications, including, but not limited to customer complaints, compliments, questions, comments, or suggestions. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, targeted collection | N/A |
| iPhone 70 | All documents regarding consumer steering toward or away from Apple Pay, including: a. All documents regarding consumer steering toward or away from Apple Pay, including: a. All documents received from, sent to, or prepared for payment card networks or issuing banks regarding consumer steering (including regarding actual or potential efforts to direct, instruct, prompt, incentivize, or otherwise encourage consumers to use Apple Pay, and the decisionmaking behind those efforts). b. All documents regarding steering consumers to use Apple Pay; and c. All documents regarding actions by others that actually or potentially steered consumers away from using Apple Pay in favor of other payment methods. | (steer* OR direct OR link) NEAR/50 ("Apple Pay" OR "Apple Wallet") | ((steer* OR direct  OR incentiv* OR points OR promot*) NEAR/ 30 ("Apple Pay" OR "Apple Wallet")) NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Apple Smartwatches#) | 15 | ((steer* OR direct  OR incentiv* OR points OR promot*) NEAR/ 30 ("Apple Pay" OR "Apple Wallet")) NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Apple Smartwatches#) | 15 |

65

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 70 | All Documents relating to criticisms or complaints from consumers, Third-Party Smartwatch Makers, Developers of Third-Party Smartwatch Apps, reporters, or media outlets relating to the interoperability of the Apple Watch with the iPhone and the interoperability of Third-Party Smartwatches with the iPhone. | (interoperabl* OR compatibl*) NEAR/50 (#Apple Smartwatches# NEAR/50 (((Garmin OR Samsung OR Meta OR Google) NEAR/20 ("watch" or "smartwatch")) OR Amazfit OR Fitbit OR Pebble OR "moto 360" OR "moto")) | (((critic* OR complain* OR critiqu* OR question* OR inquir* OR ask* OR comment*) NEAR/20 ("function*" OR "interoper*" OR "capab*" OR "integrat*" OR "access*" OR "interfac*" OR "able" OR "abilit*" OR "fail*")) AND (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 3,832,950 | ((#Non-Apple Smartwatches# OR #Apple Smartwatches#)) NEAR/20 ((critic* OR complain* OR critiqu*) NEAR/20 ("function*" OR "interoper*" OR "capab*" OR "integrat*" OR "access*" OR "interfac*" OR "able" OR "abilit*" OR "fail*")) AND NOT (consumer or user or customer) | 15 |
| iPhone 71 | All consumer comments regarding any Identified Product or Service, whether stored as documents or structured data. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| Watch 71 | All Communications or Agreements with third parties relating to Smartwatches, including, but not limited to Communications or Agreements with representatives or employees of Amazfit, AT&T, Citizen, Core Devices LLC, Fitbit, Fossil, Garmin, Google, HMD America, HMD Global, Meta, MijoConnected, Motorola, Pebble, Samsung, T-Mobile, TracFone, Verizon, and Withings and all Documents and Communications relating to those Communications or Agreements. | ((From : ["@ftibit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com"]) OR (To : ["@ftibit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com"])) AND ((#AppleSmartwatches# OR #Non-AppleSmartwatches#) NEAR/50 (agreement* OR term* OR contract*)) | (((From : ["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com" "@coros.com"]) OR (To : ["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com" "@coros.com"])) AND (("smartwatch" OR "AppleSmartwatches# OR #Non-AppleSmartwatches#)) | 47,384 | (((From : ["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com"]) OR (To : ["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com"])) AND ((#AppleSmartwatches# OR #Non-AppleSmartwatches#)) NEAR/30 (agreement* OR contract*)) | 1 |
| iPhone 72 | All documents related to any discount, rebate, or markdown of list price provided to any purchasers of the iPhone, including retailers or other bulk purchasers. | ((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((((pric* "sale*" OR "purchase*" OR "licens*" OR "financ*") NEAR/5 (markdown OR reduc* "rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "incentiv*" OR "bundl*" OR "DG")) | 3,140,193 | DOJ RFP 9:<br><br>((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1,080,902 |

66

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 72 | All documents related to any discount, rebate, or markdown of list price provided to any purchasers of the iPhone, including retailers or other bulk purchasers. | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless") NEAR/15 (contract* OR agreement* OR negotiat* OR OR term* OR condition* OR sale* OR promotion* OR (exclusiv* NEAR/5 (restrict* OR oblig*" OR licens*)) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR (discount* NEAR/3 ((volume*" OR "bulk"))) NEAR/30 (#iPhone#)<br><br>[Limit search to emails and messages] | ((#Carriers# OR #Retailers#)) NEAR/15 (markdown OR reduc* OR "rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "incentive*" OR "bundl*" OR "DG")<br><br>[Limit search to emails and messages] | 290,618 | See Apple's proposed Terms for Search 29(A) and Search 29(B) | N/A |
| Watch 72 | All Documents related to the App review of any Identified Product or Service, including, but not limited to, any App, Companion App, or Sister App for any Smartwatch. | Subject to further meet and confer | Subject to further meet and confer | N/A | | |
| iPhone 73 | All documents related to any relationship between the costs of producing, distributing, marketing, promoting, and selling the iPhone, and the price or prices at which the iPhone is sold, including pricing manuals, matrices, guidelines, policies, and/or formulas, and including any breakdowns by customer type. | ((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | ((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 (markdown OR reduc* OR "rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 2,393,138 | DOJ RFP 9:<br><br>((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1,080,902 |
| iPhone 73 | All documents related to any relationship between the costs of producing, distributing, marketing, promoting, and selling the iPhone, and the price or prices at which the iPhone is sold, including pricing manuals, matrices, guidelines, policies, and/or formulas, and including any breakdowns by customer type. | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless") NEAR/15 (contract* OR agreement* OR negotiat* OR OR term* OR condition* OR sale* OR promotion* OR (exclusiv* NEAR/5 (restrict* OR oblig*" OR licens*)) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR (discount* NEAR/3 ((volume*" OR "bulk"))) NEAR/30 (#iPhone#)<br><br>[Limit search to emails and messages] | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#) NEAR/15 (contract* OR agreement* OR negotiat* OR OR term* OR condition* OR sale* OR promotion* OR (exclusiv* NEAR/5 (restrict* OR oblig*" OR licens*)) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR (discount* NEAR/3 ((volume*" OR "bulk"))) NEAR/30 (#iPhone#)<br><br>[Limit search to emails and messages] | 84,766 | See Apple's proposed Terms for Search 29(A) and Search 29(B) | N/A |

67

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 73 | All Documents relating to incentive programs for Developers of Third-Party Smartwatch Apps, including any eligibility restrictions prohibiting Developers of Third-Party Smartwatch Apps from directing consumers to make out-of-app transactions, and any restrictions prohibiting App Developers from directing consumers to Third-Party Smartwatch Apps. | ((watch OR wearable) NEAR/50 (incentive* OR motivat* OR encourag*)) NEAR/50 (steer* OR "link out" OR "linkout" OR "link-out" OR "external link" OR "external-link" OR "web store" or (alternative OR "alt") NEAR/10 store)) | ((developer) NEAR/20 (incentive* OR motivat* OR encourag*)) NEAR/50 (steer* OR "link out" OR "linkout" OR "link-out" OR "external link" OR "external-link" OR "web store" or (alternative OR "alt") NEAR/10 store)) | 135 | ((developer) NEAR/20 (incentive* OR motivat* OR encourag*)) NEAR/50 (steer* OR "link out" OR "linkout" OR "link-out" OR "external link" OR "external-link" OR "web store" or (alternative OR "alt") NEAR/10 store)) | 133 |
| Watch 73 | All Documents relating to incentive programs for Developers of Third-Party Smartwatch Apps, including any eligibility restrictions prohibiting Developers of Third-Party Smartwatch Apps from directing consumers to make out-of-app transactions, and any restrictions prohibiting App Developers from directing consumers to Third-Party Smartwatch Apps. | INTENTIONALLY LEFT BLANK | Search 73.2<br>((developer) NEAR/20 (eligib* OR restrict* OR prohibit* OR (reject* OR deny OR denial OR authoriz*) AND (("smartwatch* OR ("watchos" OR "watch os") OR ("third party" OR "thirdparty" OR "3P" OR "nonApple" OR "non-Apple" OR "non Apple" OR "not Apple" OR "notApple" OR "not-Apple") OR (apple NEAR/5 watch*)))) | 1,596,497 | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK |
| iPhone 74 | All documents or communications related to any analysis, study, survey, report, assessment, paper, identification, explanation, or discussion by you or by any other entity related to any market(s) in which any iPhone competes or has ever competed, including:<br>a. Documents or communications identifying the market(s) in which any of your iPhone models compete or have ever competed;<br>b. Documents or communications discussing or otherwise related to the size (by any metric) or any characteristic of any market in which any of your iPhone models compete or have ever competed;<br>c. Documents or communications identifying, discussing, or otherwise related to any aspect of competition or potential competition in the markets for Smartphones, or otherwise related to any meetings discussing competition or potential competition in (or your competitors or potential competitors in) the markets for Smartphones; | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | (((("segm*" OR "tier*" OR "market*") NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 4,826,296 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2,878,219 |

| ID | Description | | | | | |
|---|---|---|---|---|---|---|
| iPhone 74 | | (((("power" NEAR/2 ("price" OR "pricing" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | Search 15.2 (("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches#) | 5,474,441 | DOJ RFP 16:<br><br>(((("power" NEAR/2 ("price" OR "pricing" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30  (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1,163,784 |
| Watch 74 | All Documents related to any threat to user security or privacy due to the inability to send encrypted messages between iPhones and Third-Party Smartphones or Third-Party Smartwatches. | ((encrypt*NEAR/50 messag*) NEAR/50 (privacy OR security)) NEAR/50 (#iPhone# AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | ((secur* OR safe* OR priva* OR threat*) NEAR/30 (encrypt* OR "e2ee" OR "rcs")) AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | 2,771,708 | ((secur* OR safe* OR priva* OR threat*) NEAR/30 encrypt* NEAR/15 ("message" OR "iMessage" OR "rcs")) NEAR/20 (#Non-Apple Smartphones# OR #Non-Apple Smartwatches#) | 19,378 |
| iPhone 75 | All documents related to the data, publications, and other sources (whether internal or third-party) Apple uses or has used to monitor the United States market (including any geographic subdivisions thereof) for Smartphones. | No search terms; targeted collection | No search terms; targeted collection | N/A | No term, targeted collection | N/A |
| Watch 75 | All Documents related to any effort or decision by Apple to prevent or limit any Third-Party Developer's ability or permission to provide or enable end-to-end encryption for messages sent from Third-Party Smartwatches. | (((encrypt* NEAR/20 (non OR lack OR without) NEAR/30 messag*) NEAR/30 (privacy OR security)) NEAR/50 (#iPhone# AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>((encrypt*NEAR/30 messag*) NEAR/30 (privacy OR security)) NEAR/50 (#iPhone# AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*") NEAR/25 ((encrypt* AND messag*) OR "rcs" OR "imessage")) AND ("*watch*")) NEAR/30 ("third party" OR "thirdparty" OR "3P" OR "nonApple" OR "non-Apple" OR "non Apple" OR "not Apple" OR "notApple" OR "not-Apple" OR #Non-Apple Smartwatches#) | 726,609 | (((encrypt* NEAR/20 (non OR lack OR without) NEAR/30 messag*) NEAR/30 (privacy OR security)) NEAR/50 (#iPhone# AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>((encrypt*NEAR/30 messag*) NEAR/30 (privacy OR security)) NEAR/50 (#iPhone# AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | 11 |
| iPhone 76 | All documents related to any analysis, study, survey, report, assessment, paper, identification, explanation, or discussion by Apple concerning actual or proposed iPhone life-cycle management strategies. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term proposed, subject to M&C | N/A |
| Watch 76 | All Documents related to any threat to user security or privacy due to the inability to send encrypted messages from Third-Party Smartwatches. | (((encrypt* NEAR/20 (non OR lack OR without) NEAR/30 messag*) NEAR/30 (privacy OR security)) NEAR/50 (#iPhone# AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>((encrypt*NEAR/30 messag*) NEAR/30 (privacy OR security)) NEAR/50 (#iPhone# AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | ((secur* OR safe* OR priva* OR threat*) NEAR/30 (encrypt* OR "e2ee" OR "rcs")) AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | 2,771,708 | ((secur* OR safe* OR priva* OR threat*) NEAR/30 encrypt* NEAR/15 ("message" OR "iMessage" OR "rcs")) NEAR/20 (#Non-Apple Smartphones# OR #Non-Apple Smartwatches#) | 19,378 |

| | | | | | |
|---|---|---|---|---|---|
| iPhone 77 | All documents regarding Apple's influence on antitrust articles, scholarly or otherwise, that are intended for publication and that discuss iPhones, Smartphones, Smartphone apps, or app stores, including:<br>a. Documents regarding Apple's funding, solicitation, or editing of said articles;<br>b. Documents regarding communications between Apple and any academics or other commentators who write or contribute to said articles; or<br>c. Documents sufficient to show any financial relationship between Apple and academics or other commentators who write or contribute to said articles. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term proposed, subject to M&C | N/A |
| Watch 77 | All Documents related to coding bugs affecting Apps and iOS updates related to Third-Party Smartwatches, including, but not limited to, bug reports and bug tickets. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term proposed, subject to M&C | N/A |
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | INTENTIONALLY LEFT BLANK | [Apple Notes on 6/12 Counter] Apple ran Apple's 6/19 proposed search term.<br><br>Search 8.1<br>(("limit*" OR "limits" OR "limited" OR "limitation" OR "limitations*" OR "different*" OR "difference" OR "differences" OR "access*" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility" OR "restrict*" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prefer*" OR "prefers" OR "preferred" OR "preference" OR "preferences" OR "streamline*" OR "favor*" OR "favors" OR "favored" OR "favorite" OR "priorit*y" OR "priorities" OR "prioritize" OR "prioritized" OR "implement*" OR "implements" OR "implemented" OR "implementation" OR "implementations" OR "constrain*" OR "constrains" OR "constrained" OR "constraint" OR "constraints" OR "block*" OR "blocking" OR "degrad*e" OR "degrades" OR "degraded" OR "degradation" OR "imped*e" OR "impedes" OR "impediment" OR "throttl*" OR "disabl*" OR "prevent*" OR "prevents" OR "preventative" OR "permi*t" OR "permits" OR "permitted" OR "permission" OR "permissions" OR usab*" OR "friction" OR "compatib*") NEAR/120 ("function*" OR "functions" OR "functionality" OR "functionalities" OR "feature" OR "features" OR "capabl*e" OR "capability" OR "capabilities" OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR | 3,470 | Search 8.1<br>(("limit*" OR "limits" OR "limited" OR "limitation" OR "limitations*" OR "different*" OR "difference" OR "differences" OR "access*" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility" OR "restrict*" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prefer*" OR "prefers" OR "preferred" OR "preference" OR "preferences" OR "streamline*" OR "favor*" OR "favors" OR "favored" OR "favorite" OR "priorit*y" OR "priorities" OR "prioritize" OR "prioritized" OR "implement*" OR "implements" OR "implemented" OR "implementation" OR "implementations" OR "constrain*" OR "constrains" OR "constrained" OR "constraint" OR "constraints" OR "block*" OR "blocking" OR "degrad*e" OR "degrades" OR "degraded" OR "degradation" OR "imped*e" OR "impedes" OR "impediment" OR "throttl*" OR "disabl*" OR "prevent*" OR "prevents" OR "preventative" OR "permi*t" OR "permits" OR "permitted" OR "permission" OR "permissions" OR usab*" OR "friction" OR "compatib*") NEAR/120 ("function*" OR "functions" OR "functionality" OR "functionalities" OR "feature" OR "features" OR "capabl*e" OR "capability" OR "capabilities" OR "ability" OR "abilities" OR "utility" | 3,470 |

70

| | | | | | |
|---|---|---|---|---|---|
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | Search 8.2<br>(("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) | (("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) | 13,534 | DOJ RFP 8 (Search 8.2):<br><br>Search 8.2<br>(("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) | 19,432 |
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | Search 8.3<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 (("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*") OR ("Apple" NEAR/2 "messag*"))))) | ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR restrain* OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/25 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/25 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 (("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*") OR ("Apple" NEAR/2 "messag*"))))) | 247,431 | DOJ RFP 8 (Search 8.3):<br><br>Search 8.3<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 (("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*") OR ("Apple" NEAR/2 "messag*"))))) | 1,467 |

| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | Search 8.4<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*"))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp"))) NEAR/30 (("native" NEAR/3 (("Apple" OR "iOS" OR "app*"))) OR ("first party") OR ("iOS" NEAR/2 "app*") OR (("Apple Pay" OR "Apple Wallet")))) | (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP" OR "cookies")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*" OR (contactless /3 app)))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp" OR "Klarna" OR "Block"))) NEAR/30 (("native" NEAR/3 (("Apple" OR "iOS" OR "app*"))) OR ("first party") OR ("iOS" NEAR/2 "app*") OR (("Apple Pay" OR "Apple Wallet")))) | 203,967 | DOJ RFP 8 (Search 8.4):<br><br>Search 8.4<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*"))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp"))) NEAR/30 (("native" NEAR/3 (("Apple" OR "iOS" OR "app*"))) OR ("first party") OR ("iOS" NEAR/2 "app*") OR (("Apple Pay" OR "Apple Wallet")))) | 6,294 |
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | Search 8.5<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))) NEAR/30 ("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*")))) | ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))) NEAR/30 ("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*")))) | 62,241 | DOJ RFP 8 (Search 8.5):<br><br>Search 8.5<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))) NEAR/30 ("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*")))) | 2,444 |

72

| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | Search 8.6<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR (("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR (("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | 1,475 | DOJ RFP 8 (Search 8.6):<br><br>Search 8.6<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR (("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my | 9,156 |
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | Search 8.7<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5 NEAR/2 "mini"))) AND (("China" OR "PRC" OR "Asia" OR "Europe" OR "EMEA" OR "foreign")) AND (("domestic" OR "United States" OR "USA"))) | ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5 NEAR/2 "mini"))) OR #Apple Super Apps# OR #Non-Apple Super Apps#  AND (("China" OR "PRC" OR "Asia" OR "Europe" OR "EMEA" OR "foreign")) AND (("domestic" OR "United States" OR "USA"))) | 70,795 | DOJ RFP 8 (Search 8.7):<br><br>Search 8.7<br>((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5 NEAR/2 "mini"))) AND (("China" OR "PRC" OR "Asia" OR "Europe" OR "EMEA" OR "foreign")) AND (("domestic" OR "United States" OR | 6,914 |

| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | INTENTIONALLY LEFT BLANK | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR smartphone) | 6,037 | DOJ RFP 10:

(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR smartphone) | 2,878,219 |
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | (((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | (((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 8,368 | DOJ RFP 13:

(((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1,531,868 |
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 0 | DOJ RFP 17:

(("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | ((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | ((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 4,215 | DOJ RFP 18:

((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 64,812 |

74

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | Search 39.1 (((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1,735 | DOJ RFP 39 (Search 39.1): (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |
| Watch 78 | Documents sufficient to show how Apple tracks, logs, and monitors changes to software code related to the Apple Watch and Third-Party Smartwatches, including, but not limited to, Jira logs and other project management documentation. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |
| iPhone 79 | All documents and data regarding the actual or potential impact of third-party app availability on the App Store on iPhone sales or switching, iPhone consumer demand, or App Store revenue. This includes any analysis on the potential revenue and profitability impact of complying with the European Union's 2025 Digital Markets Act, or complying with injunctive remedies sought in other App Store-related litigation. | (((impact* OR change* OR effect) NEAR/50 "App Store") NEAR/50 (revenue* OR margin* OR profit* OR sale* OR demand)) NEAR/50 ((injunction OR ((injunct* NEAR/30 (order OR "Case No." OR remed*)) OR "Epic Injunction" OR "5640"))) | (((impact* OR change* OR effect) NEAR/50 "App Store") NEAR/50 (("third party" OR "thirdparty" OR "3P" OR "nonApple" OR "non-Apple" OR "non Apple" OR "not Apple" OR "notApple" OR "not-Apple") NEAR/15 ("app" OR "apps" OR "App Store"))) NEAR/50 ((#iPhone# OR #Non-Apple Smartphone# OR #Non-Apple Smartwatches#) NEAR/30 (switch* OR boomerang OR friction OR revenue* OR margin* OR profit* OR sale* OR demand)) | 0 | (((impact* OR change* OR effect) NEAR/50 "App Store") NEAR/50 (("third party" OR "thirdparty" OR "3P" OR "nonApple" OR "non-Apple" OR "non Apple" OR "not Apple" OR "notApple" OR "not-Apple") NEAR/15 ("app" OR "apps" OR "App Store"))) NEAR/15 ("app" OR "apps" OR "App Store"))) NEAR/50 ((#iPhone# OR #Non-Apple Smartphone# OR #Non-Apple Smartwatches#) NEAR/30 (switch* OR boomerang OR friction OR revenue* OR margin* OR profit* OR sale* OR demand)) | 0 |
| Watch 79 | Documents sufficient to show the Smartwatches included as data sources in the iPhone Health App, the Apple IDs that listed these Smartwatches as data sources, when these data sources were added or removed for each Apple ID, and changes made in priority among the data sources within the Health App. | No search terms; targeted collection | No term, targeted collection | N/A | No term, Plainitffs deferred | N/A |
| iPhone 80 | All documents and data regarding the actual or potential impact of Apple Carplay, or any actual or potential features of Apple Carplay, on iPhone sales or switching, or on iPhone consumer demand. | ("CarPlay" OR "Car Play") NEAR/50 (#iPhone# NEAR/50 (sale* OR switch* or demand* OR "lock in" OR "lock-in" OR "lockin" or "stickiness" OR "sticky" OR ecosystem)) | ("CarPlay" OR "Car Play") NEAR/50 (#iPhone# NEAR/50 (sale* OR switch* OR boomerang OR "lock in" OR "lockin" OR "lock-in" OR friction OR barrier OR hurdle OR obstacle OR churn  OR cost OR expense OR suffer OR hard OR challeng* OR trouble OR demand* OR "lock in" OR "lock-in" OR "lockin" or "stickiness" OR "sticky" OR ecosystem)) <br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP.  MDL Plaintiffs do NOT consent to a review only the MDL Docs and MDL Docs w/ Families. | 13,065 | ("CarPlay" OR "Car Play") NEAR/50 (#iPhone# NEAR/50 (sale* OR switch* OR boomerang OR "lock in" OR "lockin" OR "lock-in" OR friction OR barrier OR hurdle OR obstacle OR churn  OR cost OR expense OR suffer OR hard OR challeng* OR trouble OR demand* OR "lock in" OR "lock-in" OR "lockin" or "stickiness" OR "sticky" OR ecosystem)) | 13,061 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 80 | All Documents related to the limitations on, or requirements, procedures, or steps required to enable, the display of health and fitness data collected from a Third-Party Smartwatch in Apple's iPhone Health App or Apple's iPhone Fitness App, including, but not limited to the syncing of data collected from a Third-Party Smartwatch to these Apps, the use of Third-Party Smartwatch data with Apple's movement rings, and Apple's priority system for setting the Health App's data sources. | (("HealthKit" OR "HKHealthStore "OR "Apple Health" OR "Apple Fitness" OR "Watch app" OR "health") NEAR/50 ((sync* OR ((data OR information OR material) NEAR/30  (collect* OR maintain* OR store* or display*))) NEAR/50 #Non-Apple Smartwatches# | [Apple Notes on 6/12 Counter] Apple ran Apple's 6/19 proposed search term.<br><br>(("HealthKit" OR "HKHealthStore" OR "Apple Health" OR "Apple Fitness" OR "Watch app" OR "health" OR "movement rings") NEAR/30 ("collect*"OR "maintain*" OR "store*" or "display*")) NEAR/50 #Non-Apple Smartwatches# | 67 | (("HealthKit" OR "HKHealthStore" OR "Apple Health" OR "Apple Fitness" OR "Watch app" OR "health" OR "movement rings") NEAR/30 ("collect*"OR "maintain*" OR "store*" or "display*")) NEAR/50 #Non-Apple Smartwatches# | 670 |
| iPhone 81 | All documents related to any decision to release any Apple-developed app, including Apple Music, on a non-Apple platform or operating system, or to license or otherwise permit any Apple-developed app to be used on any non-Apple platform or operating system; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term proposed, subject to M&C | N/A |
| Watch 81 | All Documents related to "Project ████" and/or plans to acquire, obtain, or emulate technology developed by Masimo Corporation, or its employees or executives, for use in Apple products. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, Plainitffs deferred | N/A |
| iPhone 82 | Documents related to financial projections concerning Smartphones, including: projected rates of substitution, production capacity, production volume, costs of goods, profits, market size, market composition, dollar sales, and/or unit sales. | INTENTIONALLY LEFT BLANK | N/A | | No term per MDL Pls proposal | N/A |
| iPhone 82 | Documents related to financial projections concerning Smartphones, including: projected rates of substitution, production capacity, production volume, costs of goods, profits, market size, market composition, dollar sales, and/or unit sales. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>76 | 2,033,244 | DOJ RFP 34:<br><br>(sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | 1,976,824 |

| iPhone 82 | Documents related to financial projections concerning Smartphones, including: projected rates of substitution, production capacity, production volume, costs of goods, profits, market size, market composition, dollar sales, and/or unit sales. | Search 39.1<br>(((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,800,060 | DOJ RFP 39 (Search 39.1):<br><br>(((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |
| iPhone 82 | Documents related to financial projections concerning Smartphones, including: projected rates of substitution, production capacity, production volume, costs of goods, profits, market size, market composition, dollar sales, and/or unit sales. | INTENTIONALLY LEFT BLANK | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR smartphone) | 491,879 | DOJ RFP 10:<br><br>(((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR smartphone) | 2,878,219 |
| iPhone 82 | Documents related to financial projections concerning Smartphones, including: projected rates of substitution, production capacity, production volume, costs of goods, profits, market size, market composition, dollar sales, and/or unit sales. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 5,930 | DOJ RFP 17:<br><br>(("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 183,466 |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 82 | Documents related to financial projections concerning Smartphones, including: projected rates of substitution, production capacity, production volume, costs of goods, profits, market size, market composition, dollar sales, and/or unit sales. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore*) NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang*) | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 2,095,244 | DOJ RFP 34:  (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 1,976,824 |
| iPhone 82 | Documents related to financial projections concerning Smartphones, including: projected rates of substitution, production capacity, production volume, costs of goods, profits, market size, market composition, dollar sales, and/or unit sales. | Search 39.1 (((("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,800,060 | DOJ RFP 39 (Search 39.1):  (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 2,836,319 |
| Watch 82 | All Documents related to "Project ████" and Apple's plans to work with, acquire, acquire technology from, or hire employees from Third-Party companies to help develop technology for the Apple Watch. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, Plaintiffs deferred | N/A |
| iPhone 83 | All documents related to the #GetTheMessage Campaign. | GetTheMessage OR  (("get" NEAR/3 "Message") NEAR/20 (Google OR "RCS" or "iMessage" OR (bubbles NEAR/3 (green or blue)))) | ("GetTheMessage" ("get" NEAR/3 "Message")) NEAR/20 (Google OR "RCS" or "iMessage" OR SMS OR MMS OR campaign OR (bubbles NEAR/3 (green OR blue))) | 191,777 | ("GetTheMessage" ("get" NEAR/3 "Message")) NEAR/20 (Google OR "RCS" or "iMessage" OR SMS OR MMS OR campaign OR (bubbles NEAR/3 (green OR blue))) | 191,775 |
| Watch 83 | Documents sufficient to show all current and historical App Store metadata for all Third  Party Smartwatch Companion Apps, including, but not limited to Apps developed or distributed by Amazfit, Citizen, Core Devices LLC, Fitbit, Fossil, Google, Garmin, MijoConnected, Motorola, Pebble, Samsung, Withings, as well as the following Apps: AllTrails, Google Fit, Komoot, MyFitnessPal, Peloton, SeaNav US, Spotify, Strava. | No search terms; targeted collection | No term, targeted collection | N/A | No term, targeted collection | N/A |

78

| ID | Request | | | | | |
|---|---|---|---|---|---|---|
| Watch 84 | | ((airpods OR (("non-Apple" OR "non Apple" OR "third-party" OR "third party") NEAR/20 (connected NEAR/15 device))) NEAR/50 (protocol OR API OR access* OR bluetooth)) NEAR/50 (#Non-Apple Smartwatches# OR #Non-Apple Smartphone# or #Non-Apple Relevant Products#)) AND (access OR request) | (((((BodyText:["airpods"] OR ((BodyText:["non Apple" "non Apple" "third-party" "third party"]) NEAR/20 (BodyText:["connected"]) NEAR/15 BodyText:["device"]))) NEAR/20 (BodyText:["protocol*" "API*" "application programming interface*" "SPI*" "software programming interface*" "IPI*" "internal programming interface*" "entitlement*" "daemon*" "access*" "bluetooth"]) NEAR/50 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" | 96,601 | ((airpods OR (("non-Apple" OR "non Apple" OR "third-party" OR "third party") NEAR/20 (connected NEAR/15 device))) NEAR/20 (protocol* OR API* OR application programming interface*" OR "SPI*" OR "software programming interface*" OR "IPI*" OR "internal programming interface*" OR "entitlement*" OR "daemon*" OR access* OR "bluetooth")) NEAR/50 (#Non-Apple Smartwatches# OR #Non-Apple Smartphone# or #Non-Apple Relevant Products#)) NEAR/30 ("access*" OR "request*") | 999 |
| iPhone 85 | Documents sufficient to show the resignation or termination of any employee who has ever worked for Apple's Developer Relations Department, App Review Board, or Executive Review Board. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| Watch 85 | All Documents relating to Apple's use of Privacy Warning Screens relating to Third-Party Smartwatches and Third-Party Smartwatch Apps, including, but not limited to, Documents relating to Apple's decision to use or require (or not to use or require) a Privacy Warning Screen, Apple's decisions regarding which Privacy Warning Screens should appear for users of the Apple Watch, the frequency with which Privacy Warning Screens are presented to users of distinct Apps and how those frequencies are determined, internal Communications regarding Privacy Warning Screens' effects on Third-Party Smartwatches and Third-Party Smartwatch Apps, and Communications with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps regarding Privacy Warning Screens. | ((privacy OR warning) NEAR/20 ("screen" OR "screens")) NEAR/50 ("Smartwatch" OR "Watch" OR #Non-Apple Smartwatches#) | ((privacy OR warning OR "scare") NEAR/10 ("screen" OR "screens")) NEAR/30  #Non-Apple Smartwatches# | 29 | ((privacy OR warning OR "scare") NEAR/10 ("screen" OR "screens")) NEAR/30  #Non-Apple Smartwatches# | 29 |
| iPhone 86 | All agenda for or minutes of any meeting of the Executive Review Board. | Subject to further meet and confer | (("ERB" OR "Executive Review Board") NEAR/20 ("agenda" OR "minutes" OR "notes" OR "summary")) NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Apple Smartwatches#) | 49,382 | (("ERB" OR "Executive Review Board") NEAR/20 ("agenda" OR "minutes")) NEAR/30 (#Apple Relevant Products or Services# OR #iPhone# OR #Apple Smartwatches#) | 0 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Watch 86 | All Documents related to Apple's decision to display heart rate variability in the Health App based upon the Standard Deviation of Normal-to-Normal interval (SDNN) method, or any other method of displaying heart rate variability in the Health App that is employed by Apple, as well as Apple's decision not to display other measures of heart rate variability, including, but not limited to the Root Mean Square of Successive Differences (RMSSD) method. | (("HealthKit" OR "HKHealthStore" OR "Apple Health" OR "Apple Fitness" OR "Watch app" OR "health") NEAR/30 (("sync*" OR (("data" OR "information" OR "material") NEAR/50 (collect* OR maintain* OR store* or display*))) NEAR/50 #Non-Apple Smartwatches# | (SDNN OR RMSSD) NEAR/20 (("choos*" OR "choice" OR "select*" OR "pick*" OR "chang*" OR "switch*" OR "designat*" OR "adopt*") OR ("NOT" NEAR/5 ("display" OR "show" OR "pick" OR "choose"))) | 441 | (SDNN OR RMSSD) NEAR/20 (("choos*" OR "choice" OR "select*" OR "pick*" OR "chang*" OR "switch*" OR "designat*" OR "adopt*") OR ("NOT" NEAR/5 ("display" OR "show" OR "pick" OR "choose"))) | 441 |
| iPhone 87 | All trainings, guidelines, policies, and protocols provided to Apple's Developer Relations Department or App Review Board. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| Watch 87 | All Documents related to Apple's decision to have the Bluetooth toggle button in the iPhone Control Center disconnect non-Apple devices, including, but not limited to Third-Party Smartwatches, as well as the decision to have the button not disconnect the Apple Watch or other Apple products connected to the iPhone in part or in full via Bluetooth. | (((("Control Center" OR "bluetooth") AND (togg* OR button OR switch OR UI OR UX OR behav* OR logic)) AND (disconnect* OR sever* OR drop* OR persist* OR (stay* NEAR/5 connect*) OR bypass*)) NEAR/50 (#Apple Smartwatches# OR AirPods OR "non-Apple" OR "nonApple" OR "not Apple" OR "third party" OR "third-party" OR "thirdparty" OR #non-Apple smartwatches#) | (((("Control Center" OR "bluetooth" OR "BT") NEAR/15 (togg* OR button OR switch OR UI OR UX OR behav* OR logic OR ("turn*" NEAR/10 (on OR off))) OR (("lose" OR "lost") NEAR/10 connect*) OR disconnect* OR sever* OR drop* OR persist* OR (stay* NEAR/5 connect*) OR bypass*)) NEAR/30 (#Apple Smartwatches# OR AirPods OR "non-Apple" OR "nonApple" OR "not Apple" OR "third party" OR "third-party" OR "thirdparty" OR #non-Apple smartwatches#) | 13 | (("bluetooth" OR "BT") NEAR/15 ("Control Center" OR togg* OR button OR switch OR ("turn" NEAR/5 (on OR off))) NEAR/10 (((connect* OR disconnect* OR sever* OR drop* OR (stay* NEAR/5 connect*) OR bypass*)) NEAR/30 (#Non-Apple smartwatches#))) | 13 |
| iPhone 88 | All documents describing the process for app reviews and appeals. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| Watch 88 | All Documents related to the effect of the iPhone's Low Power Mode on the Apple Watch or Third-Party Smartwatches or the effect of the Apple Watch's Low Power Mode on the Apple Watch or the iPhone. | Search 8.6 (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 ("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | ("low power" OR "LPM") NEAR/50 (#Apple Smartwatches# OR #Non-Apple Smartwatches#)<br><br>80 | 1,541,478 | DOJ RFP 8 (Search 8.6):<br><br>Search 8.6 (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 ("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | 9,156 |

| ID | Request | Proposal 1 | Proposal 2 | Count | Proposal 3 | Count |
|---|---|---|---|---|---|---|
| iPhone 89 | All documents related to any audit of the process for app reviews and appeals, or of Apple's Developer Relations Department, App Review Board, or Executive Review Board. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| Watch 89 | All Documents related to the fact that Third-Party Smartwatch Companion Apps appear in the App Switcher display on iOS devices or that the Apple Watch companion App ("Watch") does not appear in the App Switcher display on iOS devices, including but not limited the effect or risk of customers accidentally closing or otherwise force quitting Third-Party Smartwatch Apps or the Apple Watch companion App. | ("App Switcher" OR (force NEAR/10 quit) OR (swipe* NEAR/10 up) OR "closing" OR "close" OR disconnect* OR (stop NEAR/5 work*) OR sync* OR reliab*) NEAR/50 (app or application)) NEAR/50 #non-Apple Smartwatches# | ("App Switcher" OR (forc* NEAR/10 quit) OR swip* OR sync* OR reliab*) NEAR/30 (app or application OR apps) NEAR/30 (#Non-Apple Smartwatches#) | 342 | #Non-Apple Smartwatches# NEAR/30  (("App Switcher" OR (forc* NEAR/5 (quit OR close)) OR (swip* NEAR/10 up*)) NEAR/30 (app or application OR apps)) | 342 |
| iPhone 90 | All documents related to the app review of any Identified Product or Service. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| Watch 90 | All Documents related to Apple's decision to preinstall the Apple Watch companion App ("Watch") on iPhones. | ((pre-install* OR preinstall* OR preload* OR pre-load*) NEAR/50 "Watch App") NEAR/50 #iPhone# | ((pre-install* OR preinstall* OR preload* OR pre-load*) NEAR/30 ("Watch" NEAR/25 ("App" OR "Application"))) | 233 | (pre-install* OR preinstall* OR preload* OR pre-load*) NEAR/30 (("Watch" NEAR/5 ("App" OR "Application")) NEAR/50 #iPhone# AND #AppleSmartwatch#) | 229 |
| iPhone 91 | All documents related to the appeal or escalation of the app review of any Identified Product or Service to Apple's App Review Board or the Executive Review Board. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| Watch 91 | Documents sufficient to show Your Document retention policies including, but not limited to, Your policies and procedures for retaining physical Documents, email, and any instant messages, group chats, one-to-one chats, ephemeral messages, Document comments, internal wiki entries, and any other non-email messaging, information, or Communication tool used by Your employees. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 92 | All documents related to any app review (including any appeal or escalation to the App Review Board or the Executive Review Board) that resulted in any exception or change to the App Review Guidelines, the DPLA, or any other rule governing apps on the Apple App Store. | ("Guidelines" OR "DPLA" OR (Developer NEAR/5 Agreement) AND #Non-Apple Smartwatches#) NEAR/50 (exception* OR waiv* OR amend* OR updat* OR chang*) | (("Guidelines" OR "DPLA" OR ("Developer" NEAR/5 "Agreement")) NEAR/50 ("exception*" OR "waiv*" OR "amend*" OR "updat*" OR "chang*") NEAR/50 "app*") | 1,038,937 | (("Guidelines" OR "DPLA" OR (Developer NEAR/5 Agreement)) NEAR/50 (exception* OR waiv* OR amend* OR updat* OR chang* NEAR/30 (("app" OR "apps") NEAR/20 #Non-AppleSmartwatch)) | 27 |
| Watch 92 | All trainings, guidelines, policies, and protocols provided to Apple's Developer Relations Department or App Review Board. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 93 | All developer comments regarding any Identified Product or Service, the app review process, the App Review Guidelines, the DPLA, or any other rule governing apps on the Apple App Store. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK    81 | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Watch 93 | All Documents regarding Apple's influence on antitrust articles, scholarly or otherwise, that are intended for publication and that discuss iPhones, Smartphones, Smartphone Apps, Smartwatches, Smartwatch Apps, or app stores, including: a. Documents regarding Apple's funding, solicitation, or editing of said articles; b. Documents regarding Communications between Apple and any academics or other commentators who write or contribute to said articles; or c. Documents sufficient to show any financial relationship between Apple and academics or other commentators who write or contribute to said articles. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 94 | All documents since April 2016 regarding Phillip Shoemaker's comments, criticisms, or opinions related to Apple's app review process, App Review Guidelines, DPLA, or any other rule governing apps on the Apple App Store. | ("Phillip Shoemaker" OR "Shoemaker") NEAR/50 (("App Review" OR guideline* OR "DPLA" OR "policy" OR "policies" OR "rule" OR "rules") NEAR/30 (interview* OR article* OR podcast OR tweet OR criticism OR criticiz* OR "opinion*")) | ("Phillip Shoemaker" OR "Shoemaker" OR Phil) NEAR/50 (("App Review" OR guideline* OR "DPLA" OR "policy" OR "policies" OR "rule" OR "rules") NEAR/30 (interview* OR article* OR podcast OR tweet OR criticism OR criticiz* OR "opinion*")) | 2,972 | ("Phillip Shoemaker" OR "Shoemaker" OR Phil) NEAR/50 (("App Review" OR guideline* OR "DPLA" OR "policy" OR "policies" OR "rule" OR "rules") NEAR/30 (interview* OR article* OR podcast OR tweet OR criticism OR criticiz* OR "opinion*")) | 2,968 |
| Watch 94 | All Documents discussing any differences between premium, flagship, or high-end Smartwatches and entry-level Smartwatches, including any differences in characteristics, uses, production, customer base, and pricing. | ((premium OR hermes OR ultra OR flagship) NEAR/30 (series OR "se" OR entry OR basic OR dumb)) NEAR/50 (difference* OR distinct* OR compar*) | (#Apple Smartwatches# OR #Non-Apple Smartwatches# OR "watch") NEAR/30 ((premium OR hermes OR ultra OR flagship) NEAR/30 (series OR "se" OR entry OR basic OR dumb OR budget)) NEAR/50 (difference* OR distinct* OR compar*) | 522 | (#Apple Smartwatches# OR #Non-Apple Smartwatches# OR "watch") NEAR/30 ((premium OR hermes OR ultra OR flagship) NEAR/30 (series OR "se" OR entry OR basic OR dumb OR budget)) NEAR/50 (difference* OR distinct* OR compar*) | 507 |
| iPhone 95 | All documents related to the decision, policy, or practice that Apple employees handle app reviews and appeals (as opposed to contractors or other third parties), including all documents related to any consideration of whether to adopt, amend, alter, or change that decision, policy, or practice. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 96 | All documents related to Apple's deliberations and decisionmaking on whether to charge developers and/or banks a fee for certain transactions on the iPhone and how much to charge. | (("commission*" OR "charge*" OR "fee*" OR "cost*") NEAR/20 ((developer NEAR/20 ("IAP" OR "in app purchase" OR "in-app purchase" OR "inapp purchase")) OR (("Bank" OR "Financial Institution") NEAR/30 (digital NEAR/5 ("payment*" OR "wallet*"))))) | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 97 | All documents related to Apple's deliberations and decisionmaking on whether to enter, request, or demand any sharing agreement that requires or would require a developer to share with Apple any revenues from apps on the iPhone. | (("commission*" OR "charge*" OR "fee*" OR "cost*") NEAR/20 ((developer NEAR/20 ("IAP" OR "in app purchase" OR "in-app purchase" OR "inapp purchase")) OR (("Bank" OR "Financial Institution") NEAR/30 (digital NEAR/5 ("payment*" OR "wallet*"))))) | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |

82

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 98 | Documents sufficient to show the fees that Apple has received from developers, banks, or any other entities for transactions on the iPhone, or any payments that Apple has received under any sharing agreement with a developer, on an annual basis. | Subject to further meet and confer (data) | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 99 | All documents reflecting any belief or assessment as to the appropriate degree or pace of innovation or development for the iPhone, including any belief or assessment that Apple can or should slow down the pace of innovation or spend less on research and development. | Subject to further meet and confer | (("slow*" OR "deceler*" OR (("pull" OR "scale" OR "cut") NEAR/3 "back") OR "lower*" OR "decreas*" OR "delay*") NEAR/15 ("innovation" OR "R&D" OR "research and develop*ment")) NEAR/20 (#iPhone# OR (feature NEAR/10 (iphone OR phone)) OR #Apple Relevant Products or Services#) | 2,959 | (("slow*" OR "deceler*" OR (("pull" OR "scale" OR "cut") NEAR/3 "back") OR "lower*" OR "decreas*" OR "delay*") NEAR/15 ("innovation" OR "R&D" OR "research and development")) NEAR/20 (#iPhone# OR (feature NEAR/10 (iphone OR phone)) OR #Apple Relevant Products or Services#) | 665 |
| iPhone 100 | All documents related to any effort or decision by Apple to prevent or limit any third-party developer's ability or permission to provide end-to-end encryption for messages between Apple Messages and Android users. | ((encrypt* NEAR/50 messag*) NEAR/50 ("develop" OR "developed" OR "development" OR "release" OR "releases*" OR "releasing" OR "enable" OR "enables" OR "enabled" OR "allow" OR "allows*" OR "allowed" OR "block*" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "improve*" OR "improving" OR "discontinue" OR "discontinues" OR "discontinued" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prevent" OR "prevents" OR "preventative" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging")) NEAR/50 (#iPhone# AND #Non-Apple Smartphone#) | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 6/13 proposed search term

((encrypt* NEAR/50 messag*) NEAR/50 ("develop*" OR "release*" OR  OR "enabl*" OR "allow*" OR "block*" OR "degrad*" OR "imped*" OR "improv*" OR "discontinu*" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict*" OR  "prevent*" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR SMS OR RSMS OR RCS OR MMS OR OTT) OR beeper OR  (("message" OR "messages" OR "messaging" OR "chat*" OR "communicat*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) OR ("Whats App" OR "WhatsApp" OR "Signal" OR "Telegram") OR (("facebook" OR "meta") NEAR/2 ("message" OR "messages" OR "messaging")) OR ("google" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("android" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("Samsung" NEAR/2 ("message" OR "messages" OR "messaging") )) NEAR/50 (#iPhone# AND #Non-Apple Smartphone#) | 1,946,194 | ((encrypt* NEAR/50 messag*) NEAR/50 ("develop*" OR "release*" OR  OR "enabl* OR "allow*" OR "block*" OR "degrad* OR "imped* OR "improv* OR "discontinu* OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict*" OR  "prevent*" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR SMS OR RSMS OR RCS OR MMS OR OTT)) NEAR/50 (#iPhone# AND #Non-Apple Smartphone#) | 1,012 |
| iPhone 101 | All documents related to any threat to user security or privacy due to the inability to send encrypted messages between iPhones and non-Apple Smartphones. | (((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS") OR ("Apple" NEAR/2 "messag*") OR ("messag*" NEAR/2 "app*") OR "iMessage") AND ("carrier" OR ("messag*" NEAR/2 ("app" OR "apps" OR "system*")))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used")) NEAR/100 (("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | (((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS" OR RSMS OR OTT) OR ("Apple" NEAR/2 "messag*") OR ("messag*" NEAR/2 "app*") OR "iMessage"))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used" OR compatib*)) NEAR/100 (("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | 2,151,254 | DOJ RFP 41:

(((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS") OR ("Apple" NEAR/2 "messag*") OR ("messag*" NEAR/2 "app*") OR "iMessage") AND ("carrier" OR ("messag*" NEAR/2 ("app" OR "apps" OR "system*")))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used")) NEAR/100 (("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | 338,873 |
| iPhone 102 | All documents related to Google's protections for user security and privacy (including the lack or deficiency of certain protections) compared to the protections of other search engines. | (security OR safety OR privacy) NEAR/30 (("Google Search" OR "Chrome" OR (Google NEAR/20 ("browser OR "web"))) NEAR/50 ("Safari" OR ("Apple" NEAR/20 ("browser" OR "web")))) | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |

| | | | | | | |
|---|---|---|---|---|---|---|
| iPhone 103 | Documents sufficient to show, on an annual basis, the payments that Apple has received from Google related to Google's search engine serving as the default in the Safari web browser. | No offer of production | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term | N/A |
| iPhone 104 | Documents sufficient to identify for each app on the Apple App Store (1) all data the app collects; (2) how it collects that data; and (3) all uses of that data by Apple or the app's developer. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 105 | Documents sufficient to show, for each named Plaintiff: (1) the user data that Apple has collected for that Plaintiff; (2) the directory services identifier associated with that user data; (3) personally identifying information associated with that directory services identifier; and (4) the Apple ID established for that user, along with the associated email address, phone number, first name, last name, date of birth, physical address (if entered), and any other identifying information. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 106 | All documents related to any internal or external audit of Apple's protections for user security and privacy. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 107 | All documents related to any deficiency in Apple's protections for user security and privacy that caused or contributed (or may have caused or contributed) to the leak of iPhone users' login credentials as part of the 2025 data breach that resulted in the leak of over 16 billion login credentials for various platforms. | Subject to further meet and confer | INTENTIONALLY LEFT BLANK | INTENTIONALLY LEFT BLANK | No term, subject to M&C | N/A |
| iPhone 108 | All documents discussing any differences between premium, flagship, or high-end Smartphones and entry-level Smartphones, including any differences in characteristics, uses, production, customer base, and pricing. | ((premium OR flagship OR (high BEFORE /2 end)) NEAR/30 (entry OR basic OR dumb OR "se")) NEAR/50 (difference* OR distinct* OR compar*) | ((premium OR flagship OR (high BEFORE /2 end)) NEAR/30 (entry OR basic OR dumb OR "se")) NEAR/50 (#iPhone# OR #Non-Apple Smartphone#) NEAR/30 (differ* OR distinct* OR compar*) | 8,722 | ((premium OR flagship OR (high BEFORE /2 end)) NEAR/30 (entry OR basic OR dumb OR "se")) NEAR/50 (#iPhone# OR #Non-Apple Smartphone#) NEAR/30 (differ* OR distinct* OR compar*) | 2,500 |
| iPhone 109 | All documents discussing any differences between any model of the iPhone, the Samsung Galaxy, or the Google Pixel, on the one hand, and any other Smartphone, on the other hand, including any differences in characteristics, uses, production, customer base, and pricing. | (iPhone NEAR/20 (((Samsung OR Google) NEAR/10 phone) OR Android OR Pixel OR Xiaomi OR Oppo OR Vivo)) NEAR/25 (difference* or compar* or distinct*) | (("iPhone" NEAR/50 ("Samsung" OR ("Google" NEAR/10 "phone") OR "Android" OR ("Pixel" NEAR/10 ("google" OR "phone")) OR "Xiaomi" OR "Oppo" OR "vivo")) NEAR/50 ("differ*" OR "compar*" OR "distinct*" OR "uniq*")) | 89,378 | (iPhone NEAR/20 ((Samsung OR Google OR Android OR Pixel OR Xiaomi OR Pixel OR Oppo OR vivo) NEAR/10 phone) NEAR/25 (differ* or compar* or distinct* or uniq*) | 4,527 |

84

# Search Term Definitions



| Highly Confidential | | | |
|---|---|---|---|
| | **Apple's 3/13/2026 Proposal** | **MDL Plaintiffs' June 2026 Response** | **Apple June 2026 Counterproposal** |
| **#iPhone#** | ("Apple Smart Phone*" OR "Apple Smartphone*" OR "▓▓" OR "▓▓▓▓" OR "▓▓▓▓" OR "▓▓▓▓" OR "▓▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓▓" OR (("iPhone" OR "iPhones") AND NOT "sent from my iPhone") OR ("mobile" NEAR/1 "device*" NEAR/5 "Apple") | | ("Apple Smart Phone*" OR "Apple Smartphone*" OR "▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓" OR "▓▓▓▓" OR "▓▓" OR "▓▓▓" OR "▓▓▓▓" OR (("iPhone" OR "iPhones") AND NOT "sent from my iPhone") OR ("mobile" NEAR/1 "device*" NEAR/5 "Apple") |

86

| #Non-Apple Smartphone# | ("Android" OR "Android device*" OR "Android phone*" OR "Androids" OR "Droid") OR (("smartphone*" OR "smart phone*") NEAR/5 ("third-party" OR "non Apple" OR "non-Apple")) OR ("Samsung Galaxy" OR "Samsung mobile device*" OR "Samsung phone*" OR "Pixel phone*" OR "Pixel Pro" OR "Pixel device*" OR "Google device*" OR "Google Nexus" "Nexus phone*" "Google phone*" OR "Microsoft phone*" OR "Windows mobile device*" OR "Windows phone*" OR "Surface Duo" OR "Nokia" OR "Lumen" OR "Motorola device*" OR "Motorola phone*" OR "Moto" OR "Razr" OR "LG mobile device*" OR "LG phone*" OR "OnePlus" OR "Huawei" OR "Xaiomi" OR "Oppo" OR "Vivo" OR "Mate phone*" OR "Redmi" OR "ZTE" OR "HTC" OR "Sony phone*" OR "Xperia" OR "Sharp phone*" OR "Sharp mobile device*" OR "Fujitsu phone*" OR "Fujitsu mobile device*" OR "Panasonic phone*" OR "Panasonic Mobile Device" OR "Nothing phone*" OR "Lenovo phone*" OR "Lenovo mobile device*" OR "Meizu" OR "WIKO" OR "Essential phone*" OR "Blackberry" OR "Research in Motion" OR "RIM phone*" OR | | ("Android" OR "Android device*" OR "Android phone*" OR "Androids" OR "Droid") OR (("smartphone*" OR "smart phone*") NEAR/5 ("third-party" OR "non Apple" OR "non-Apple")) OR ("Samsung Galaxy" OR "Samsung mobile device*" OR "Samsung phone*" OR "Pixel phone*" OR "Pixel Pro" OR "Pixel device*" OR "Google device*" OR "Google Nexus" "Nexus phone*" "Google phone*" OR "Microsoft phone*" OR "Windows mobile device*" OR "Windows phone*" OR "Surface Duo" OR "Nokia" OR "Lumen" OR "Motorola device*" OR "Motorola phone*" OR "Moto" OR "Razr" OR "LG mobile device*" OR "LG phone*" OR "OnePlus" OR "Huawei" OR "Xaiomi" OR "Oppo" OR "Vivo" OR "Mate phone*" OR "Redmi" OR "ZTE" OR "HTC" OR "Sony phone*" OR "Xperia" OR "Sharp phone*" OR "Sharp mobile device*" OR "Fujitsu phone*" OR "Fujitsu mobile device*" OR "Panasonic phone*" OR "Panasonic Mobile Device" OR "Nothing phone*" OR "Lenovo phone*" OR "Lenovo mobile device*" OR "Meizu" OR "WIKO" OR "Essential phone*" OR "Blackberry" OR "Research in Motion" OR "RIM phone*" OR "RIM device*" OR "Palm phone*" OR "Kyocera" OR "Asus Rog" OR "Zenfone" OR "TCL phone*" OR "TCL mobile device*" OR "Fire Phone") |

87



| **#Non-Apple Relevant Products or Services#** | (("message" OR "messages" OR "messaging" OR "chat*" OR "communicat*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) OR ("Whats App" OR "WhatsApp" OR "Signal" OR "Telegram") OR (("facebook" OR "meta") NEAR/2 ("message" OR "messages" OR "messaging")) OR ("google" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("android" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("Samsung" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("wallet*" NEAR/2 "digital" OR "mobile") OR ("payment*" NEAR/2 ("mobile" OR "service" OR "services" OR "terminal" OR "terminals")) OR (("wallet*" OR "payment*" OR "processor*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*" OR "bank*" OR "financial institution*" OR "fin-tech" OR "fin tech" OR "chase" OR "jp morgan" OR "JPMC" OR "capital one" OR "citi" OR "citigroup" OR "bank of america" OR "boa" OR "american express" OR "amex" OR "wells fargo" OR "paypal" OR "PNC")) OR ("venmo" OR "cashapp" OR "paypal") OR (("secure element" | (("message" OR "messages" OR "messaging" OR "chat*" OR "communicat*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) OR ("Whats App" OR "WhatsApp" OR "Signal" OR "Telegram" OR snapchat) OR (("facebook" OR "meta") NEAR/2 ("message" OR "messages" OR "messaging")) OR ("google" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("android" NEAR/2 ("message" OR "messages" OR "messaging" OR "messeng*")) OR ("Samsung" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("wallet*" NEAR/2 "digital" OR "mobile") OR ("payment*" NEAR/2 ("mobile" OR "service" OR "services" OR "terminal" OR "terminals")) OR (("wallet*" OR "payment*" OR "processor*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*" OR "bank*" OR "financial institution*" OR "fin-tech" OR "fin tech" OR "chase" OR "jp morgan" OR "JPMC" OR "capital one" OR "citi" OR "citigroup" OR "bank of america" OR "boa" OR "american express" OR "amex" OR "wells fargo" OR "paypal" OR "PNC")) OR ("venmo" OR "cashapp" OR "paypal") OR (("secure element" OR "secure enclave" OR "host card emulation" OR "host-card-emulation" OR "HCE" OR "NFC" OR "UWB" OR "BNPL" OR "P2P") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*" OR "bank*" OR "financial institution*" OR "fin-tech" OR "fin tech" OR "chase" OR "jp morgan" OR "JPMC" OR "capital one" OR "citi" OR "citigroup" OR "bank of america" OR "boa" OR "american express" OR "amex" OR "wells fargo" OR "paypal" OR "PNC")) OR (("pay" OR | (("message" OR "messages" OR "messaging" OR "chat*" OR "communicat*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) OR ("Whats App" OR "WhatsApp" OR "Signal" OR "Telegram") OR (("facebook" OR "meta") NEAR/2 ("message" OR "messages" OR "messaging")) OR ("google" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("android" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("Samsung" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("wallet*" NEAR/2 "digital" OR "mobile") OR ("payment*" NEAR/2 ("mobile" OR "service" OR "services" OR "terminal" OR "terminals")) OR (("wallet*" OR "payment*" OR "processor*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*" OR "bank*" OR "financial institution*" OR "fin-tech" OR "fin tech" OR "chase" OR "jp morgan" OR "JPMC" OR "capital one" OR "citi" OR "citigroup" OR "bank of america" OR "boa" OR "american express" OR "amex" OR "wells fargo" OR "paypal" OR "PNC")) OR ("venmo" OR "cashapp" OR "paypal") OR (("secure element" OR "secure enclave" OR "host card emulation" OR "host-card-emulation" OR "HCE" OR "NFC" OR "UWB" OR "BNPL" OR "P2P") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*" OR "bank*" OR |

89



| #Apple Smartwatches# | ("apple" NEAR/1 "watch*") OR ("watchos" OR "watch os" OR ... | | ("apple" NEAR/1 "watch*") OR ("watchos" OR "watch os" OR ... |
| #Non-Apple Cloud-Streamed Gaming# | ("gam*" NEAR/2 ("xbox" OR "google" OR "Microsoft" OR "NVIDIA" OR "stadia" OR "luna" OR "steam" OR "AAA")) OR ("geforcenow" OR "luna" OR "stadia" OR "steam") OR (("cloud" OR "stream*" OR "remot*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) | | ("gam*" NEAR/2 ("xbox" OR "google" OR "Microsoft" OR "NVIDIA" OR "stadia" OR "luna" OR "steam" OR "AAA")) OR ("geforcenow" OR "luna" OR "stadia" OR "steam") OR (("cloud" OR "stream*" OR "remot*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) |

| | | | |
|---|---|---|---|
| **#Non-Apple Wallets#** | (((wallet* w/2 digital) OR (payment* w/2 (mobile OR service* OR terminal*)) OR wallet* OR payment* OR processor*) w/15 ("third party" OR third-party OR independent OR 3P OR rival* OR other OR bank* OR "financial institution*" OR fin-tech OR "fin tech")) OR venmo OR cashapp OR paypal OR (("secure element" OR SE OR "secure enclave" OR "host card emulation" OR host-card-emulation OR HCE OR NFC OR UWB OR BNPL OR P2P) AND ("third party" OR third-party OR independent OR 3P OR rival* OR other OR bank* OR "financial institution*" OR fin-tech OR "fin tech")) OR (pay w/2 (Samsung OR google OR facebook OR meta OR ali OR chase OR "capital one" OR walmart OR citi OR wechat OR weixin)) OR (wallet w/2 (Samsung OR google OR facebook OR meta OR ali OR chase OR "capital one" OR walmart OR citi OR wechat OR weixin)) | (((wallet* NEAR/2 digital) OR (payment* NEAR/2 (mobile OR service* OR terminal*)) OR wallet* OR payment* OR processor* OR (wallet OR payment) NEAR/10 ("NFC" OR "near-field communication" OR "mobile point of sale" OR "mPOS" OR "SoftPOS" OR "software point of sale" OR (contactless /3 app))) NEAR/15 ("third party" OR "third-party" OR independent OR "3P" OR rival* OR other OR bank* OR "financial institution*" OR "fin-tech" OR "fin tech")) OR venmo OR cashapp OR paypal OR "cash app" OR "payments" OR "paze" OR "zelle" OR "Klarna" OR (("secure element" OR SE OR "secure enclave" OR "host card emulation" OR HCE OR NFC OR UWB OR BNPL OR P2P) AND ("third party" OR "third-party" OR independent OR 3P OR rival* OR other OR bank* OR "financial institution*" OR "fin-tech" OR "fin tech")) OR (pay NEAR/2 (Samsung OR google OR facebook OR meta OR ali OR chase OR "capital one" OR walmart OR citi OR wechat OR weixin)) OR (wallet NEAR/2 (Samsung OR google OR facebook OR meta OR ali OR chase OR "capital one" OR walmart OR citi OR wechat OR weixin)) | (((wallet* w/2 digital) OR (payment* w/2 (mobile OR service* OR terminal*)) OR wallet* OR payment* OR processor*) w/15 ("third party" OR third-party OR independent OR 3P OR rival* OR other OR bank* OR "financial institution*" OR fin-tech OR "fin tech")) OR venmo OR cashapp OR paypal OR (("secure element" OR SE OR "secure enclave" OR "host card emulation" OR host-card-emulation OR HCE OR NFC OR UWB OR BNPL OR P2P) AND ("third party" OR third-party OR independent OR 3P OR rival* OR other OR bank* OR "financial institution*" OR fin-tech OR "fin tech")) OR (pay w/2 (Samsung OR google OR facebook OR meta OR ali OR chase OR "capital one" OR walmart OR citi OR wechat OR weixin)) OR (wallet w/2 (Samsung OR google OR facebook OR meta OR ali OR chase OR "capital one" OR walmart OR citi OR wechat OR weixin)) |
| **#Non-Apple Smartwatches#** | ((("*watch" OR "watches") NEAR/5 (("third party" OR "third-party" OR "independent" OR "3P" OR "rival*" OR "non-Apple" OR "non Apple"))) OR ("*watch*" NEAR/3 (("Samsung" OR "google" OR "fossil" OR "pebble" OR "amazfit" OR "garmin" OR "pixel" OR "galaxy"))) OR "fitbit" OR (("wearos" OR "wear os"))) | | ((("*watch" OR "watches") NEAR/5 (("third party" OR "third-party" OR "independent" OR "3P" OR "rival*" OR "non-Apple" OR "non Apple"))) OR ("*watch*" NEAR/3 (("Samsung" OR "google" OR "fossil" OR "pebble" OR "amazfit" OR "garmin" OR "pixel" OR "galaxy"))) OR "fitbit" OR (("wearos" OR "wear os"))) |
| **#Non-Apple Super Apps#** | (roblox OR wechat OR "facebook instant gam*" OR "snap gam*" OR "snap mini" OR playco OR "game closure" OR softgames OR "nitro gam*") | | (roblox OR wechat OR "facebook instant gam*" OR "snap gam*" OR "snap mini" OR playco OR "game closure" OR softgames OR "nitro gam*") |

91

| #Apple Super Apps# | ((super OR platform OR mini OR instant OR HTML5) PRE/3 (app* OR program* OR game*)) | (roblox OR wechat OR "facebook instant gam*" OR "snap gam*" OR "snap mini" OR playco OR "game closure" OR softgames OR "nitro gam*" OR ((Weixin OR Tencent OR Alipay OR Grab OR Gojek OR KakaoTalk OR Paytm OR Line OR "Tata Neu" OR PhonePe OR Rappi OR Careem) NEAR/20 (storefront OR mini* OR alternat* OR "app store"))) | ((super OR platform OR mini OR instant OR HTML5) PRE/3 (app* OR program* OR game*)) |
|---|---|---|---|
| #Browsers eSims CWEs# | "Browser*" OR "display program" OR "search engine" OR "web directory" OR "web spider" OR "chrome" OR "firefox" OR "edge" OR "Safari" OR "Opera" OR "Vivaldi" OR "Internet Explorer" OR "Chromium" OR "Tor" OR "Waterfox" OR "Maxthon" OR "Zen" OR "Mosaic" OR "Navigator" OR "Netscape" OR "WorldWideWeb" OR "UC Browser" OR "ungoogled-chromium" OR "Yandex" OR "Lunascape" OR "qutebrowser" OR "GNU IceCat" OR "Netsurf" OR "Naver Whale" OR "QTWeb" OR "Ariadna" OR "Konqueror" OR "Pogo" OR "SlipKnot" OR "Comodo IceDragon" OR "Flock" OR "Konqueror" OR "Dooble" OR "Shira" OR "K Meleon" OR "iCab" OR "Basilisk" OR "Surf" OR "Dillo" OR "Camino" OR "Gnome Web" OR "OmniWeb" OR "Amaya" OR "Midori" OR "Galeon" OR "ELinks" OR "eSIMs" OR "eSIM" OR "embedded SIM*" OR "digital SIM*" OR "virtual SIM*" OR ((compet* OR "non apple" OR nonapple OR "third part*" OR "non-native") NEAR/5 (collab* OR work OR environ*)) OR "FreeForm" OR "Spaces" OR "Stage Manager" OR "Slack" OR "Sharepoint" OR "iCloud" | | "Browser*" OR "display program" OR "search engine" OR "web directory" OR "web spider" OR "chrome" OR "firefox" OR "edge" OR "Safari" OR "Opera" OR "Vivaldi" OR "Internet Explorer" OR "Chromium" OR "Tor" OR "Waterfox" OR "Maxthon" OR "Zen" OR "Mosaic" OR "Navigator" OR "Netscape" OR "WorldWideWeb" OR "UC Browser" OR "ungoogled-chromium" OR "Yandex" OR "Lunascape" OR "qutebrowser" OR "GNU IceCat" OR "Netsurf" OR "Naver Whale" OR "QTWeb" OR "Ariadna" OR "Konqueror" OR "Pogo" OR "SlipKnot" OR "Comodo IceDragon" OR "Flock" OR "Konqueror" OR "Dooble" OR "Shira" OR "K Meleon" OR "iCab" OR "Basilisk" OR "Surf" OR "Dillo" OR "Camino" OR "Gnome Web" OR "OmniWeb" OR "Amaya" OR "Midori" OR "Galeon" OR "ELinks" OR "eSIMs" OR "eSIM" OR "embedded SIM*" OR "digital SIM*" OR "virtual SIM*" OR ((compet* OR "non apple" OR nonapple OR "third part*" OR "non-native") NEAR/5 (collab* OR work OR environ*)) OR "FreeForm" OR "Spaces" OR "Stage Manager" OR "Slack" OR "Sharepoint" OR "iCloud" |
| #Identified Apps# | | | |
| #iOS Codenames# | | | |

92

| #Carriers# | | ("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "Carrier*" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire" OR "Cspire" OR "Comcast" OR "Xfinity" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket" OR "Bluegrass" OR "Credo " OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum Wireless" OR "Global Wireless" OR "Mint Mobile" OR "Cox" OR "Dish Wireless" OR "Boost Mobile" OR "Ultra Mobile" OR "Viaero" OR "Cellcom" OR "GCI" OR "Nex Tech" OR "Nex-tech" OR "NexTech" OR "Carolina West" OR "Red Pocket" OR "Pioneer Cellular" OR "IT&E" OR " ITE " OR "Thumb Cellular" OR "Inland Cellular" OR "Union Wireless" OR "Strata" OR "United Wireless" OR "Wireless Advocate*" OR "Sagebrush" OR "Northwest Missouri" OR "NW Missouri" OR "Docomo" OR "Chat Mobility" OR "West Central Wireless" OR "Copper Valley Wireless" OR "Illinois Valley" OR "Teleguam" OR "Silver Star" OR "Bravado Wireless" OR "Spring Mobile") | ("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless") |

| #Retailers# | | ("Walmart" OR "Wal-Mart" OR "Best Buy" OR "bestbuy" OR "BB" OR "Costco" OR "Target" OR "Sam's Club" OR "Sams Club" OR "Amazon" OR "Retailer*" OR "MoreDirect" OR "More Direct" OR "CDW" OR "Hyla" OR "Ingram Micro" OR "SHI International" OR " SHI " OR "Tech Data" OR "Computacenter" OR "PCM" OR "CSC" OR "Telrite" OR "Insight" OR "MetTel" OR "Wireless World" OR "Victra" OR "Nebraska Furniture Mart" OR "NFM" OR "Appogee" OR "Zones" OR "PTSI" OR "Curacao" OR "Stratix" OR "AMA Computer*" OR "CarltonOne" OR "Carlton One" OR "Brandsmart" OR "MCPC" OR "PME" OR "RewardsOps" OR "AAFES" OR "Hinda" OR ABT Electronics" OR "MBS" OR "Harco" OR "Ting" OR "ItSavvy" OR "NexCom" OR "Encore Tech*" OR "Brainstorm Logistics" OR "MAS Inc*" OR "ExperCom" OR "Mac Made Easy" OR "Macys" OR "Macy's" OR "Tiffany & Co" OR "Tiffany Co" OR "Kyndryl" OR "Hasbro" OR "CTS Mobility" OR "Denali Advanced Integration" OR "Worldwide Technology" OR "Edward Jones" OR "CityMac" OR "City Mac" OR "Microcenter" OR "Pinacore" OR "Unitek" OR "Capital One" OR "LNRS" OR "Compucom" OR "Arlington Computer Products" OR "Alt Systems" OR "Derive Tech*" OR "Digital Partners" OR "HappyMac" OR "InComm Digital" OR "Lakes Region Computer" OR "MacMall" OR "Meijer" OR "Mikes Tech Shop" OR "Rahi Systems") | ("Walmart" OR "Wal-Mart" OR "Best Buy" OR "bestbuy" OR "Costco" OR "Target" OR "Sam's Club" OR "Amazon") |

# MDL Pls June 18 Search Terms

Highly Confidential

| RFP | Text of RFP | Syntax (Plain English) | Date | Syntax (OpenText Processing) | Notes |
|---|---|---|---|---|---|
| iPhone 1/Watch 1 | All communications between Apple (including outside counsel) and any third party (including the third party's counsel) related to this Litigation or Investigation, including all document produced to Apple by persons other than Plaintiffs in this Litigation. | ((((To : (("@apple.com") AND FROM : ("meta*" OR "Facebook" OR "Instagram" OR "google*" OR "alphabet*" OR "Spotify" OR "PayPal" OR "Venmo" OR "Qualcomm" OR "Epiq" OR "GM" OR "General Motors" OR microsoft OR "#Non-Apple Smartphones#" OR #Non-Apple Smartwatches#")) OR (From : ("@apple.com") AND To : ("meta*" OR "Facebook" OR "Instagram" OR "google*" OR "alphabet*" OR "Microsoft" OR "#Non-Apple Smartwatches#")) OR ("1 apple park way, Cupertino, CA 95014")))) AND (("anticompetitive" OR ("anti" NEAR/2 "competitive") OR "compet*" OR "antitrust" OR "anti-trust" OR "anti trust" OR "monopol*" OR "oligopol*" OR "monopson*" OR "dominan*" OR "conspir*" OR "collusion" OR "collud*" OR "Sherman" OR "clayton" OR "FTC" OR "DOJ" OR "united states v. apple" OR "US v. Apple" OR "district of New Jersey" OR "D.N.J" OR "DNJ" OR "department of justice" OR "Federal trade commission" OR "investig*" OR "CID" OR "Civil investigative demand")) | 1/1/2014 to 6/21/2025 | ((((((To:["@apple.com"] AND From:["meta*" "Facebook" "Instagram" "google*" "alphabet*" "Spotify" "PayPal" "Venmo" "Qualcomm" "Epiq" "GM" "General Motors" "microsoft"] OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR (((BodyText : ["*watch*" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))))) OR (From:["@apple.com"] AND To:["meta*" "Facebook" "Instagram" "google*" "alphabet*" "Microsoft" (((BodyText : ["*watch*" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR | Limited to only MDL Docs + Families |
| iPhone 1(C)/Watch 1.3 | All communications between Apple and any United States or non-United States government entity, official, employee, or executive branch representative (whether or not formally employed by the government) other than the Government Plaintiffs related to any actual or potential antitrust investigation regarding the iPhone, including all communications between Apple and Brazil's Administrative Council for Economic Defense (CADE) related to Apple's restrictions on NFC technology. | ((From : ["usdoj.gov" "ftc.gov" "whitehouse.gov"]) AND To : "@apple.com") OR (From : "@apple.com" AND (To : ["usdoj.gov" "ftc.gov" "whitehouse.gov"]) OR "Trump administration" OR "Biden administration") AND ((((#iPhone# OR #Apple Smartwatches#) AND ("anti" NEAR/2 "competitive")) OR "anticompetitive" OR "compet*" OR "antitrust" OR "anti-trust" OR "monopol*" OR "investigat*") | 1/1/2014-6/21/2025 | (((From:["usdoj.gov" "ftc.gov" "whitehouse.gov"]) AND To:["@apple.com"]) OR (From:["@apple.com"] AND (To:["usdoj.gov" "ftc.gov" "whitehouse.gov"]) OR BodyText:["Trump administration" "Biden administration"]) AND (((((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████████████████████████████████████████████████████████████████████████████ OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) OR ((BodyText:["apple"] NEAR/1 BodyText:["watch*"]) OR (BodyText:["watchos" "watch os" ███████████████████████████████████████████████████████████████████████ )AND (BodyText:["anti"] NEAR/2 BodyText:["competitive"])) OR BodyText:["anticompetitive" "compet*" "antitrust" "anti-trust" "monopol*" "investigat*"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

96

| | | | | | |
|---|---|---|---|---|---|
| iPhone 1(D)/Watch 1.4 | All communications between Apple (including its outside counsel) and any third party (including the third party's counsel) related to This Litigation, including all documents produced to Apple by persons other than Plaintiffs in This Litigation. | ((To : ("meta*" OR "Facebook" OR "google*" OR "alphabet*" OR "Spotify" OR microsoft OR "#Non-Apple Smartwatches#" OR "#Non-Apple Smartphones#")) OR (From : ( "meta*" OR "Facebook"OR "google*" OR "alphabet*" OR "Spotify" OR microsoft OR "#Non-Apple Smartwatches#" OR "#Non-Apple Smartphones#"))) NEAR/50 ("Neals" OR "Wettre" OR "JXN" OR "MDL" OR "3113") | 1/1/2014-6/21/2025 | (((To:["meta*" OR "Facebook" OR "google*" OR "alphabet*" OR "Spotify" OR "microsoft"] OR ((((BodyText:["*watch" "*watches"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"])) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"])) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))) OR ((BodyText:["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText:["smartphone*" "smart phone*"]) NEAR/5 (BodyText:["third-party" "non Apple" "non-Apple"])) OR (BodyText:["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"]))) OR (From:["meta*" "Facebook" "google*" "alphabet*" "Spotify" "microsoft"] OR ((((BodyText:["*watch" "*watches"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"])) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))) OR ((BodyText:["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText:["smartphone*" "smart phone*"]) NEAR/5 (BodyText:["third-party" "non Apple" "non-Apple"])) OR (BodyText:["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" | |
| iPhone 5/Watch 5 | All documents shared with/presented to Apple's board of directors, or any committee/subcommittee thereof, re Smartphones or any Identified Product or Service, including all minutes, recordings, summaries of reports or meetings, whether formal/informal, of any meetings of any Apple board of directors, or any committee/subcommittee thereof from 1/1/2007 onward. | ((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote  OR ((minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*) NEAR/3 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/2 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee) NEAR/10 Apple))) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2010-6/21/2025 | (((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["present*" "updat*" "inform*" "material*" "slide*" "deck*" "powerpoint*" "power point" "ppt" "report*" "white paper" "whitepaper" "brief*" "keynote"] OR ((BodyText : ["minutes" "note*" "agenda" "write up*" "writeup*" "record*" "video*" "audio" "summar*"]) NEAR/3 (BodyText : ["call*" "meeting*" "mtg" "discussion*"]))) NEAR/10 ((BodyText : "Apple" NEAR/2 BodyText : "Board") OR BodyText : ["Board of Directors" "BoD" "our Board" "Apple's Board" "CFO Council"] OR (BodyText : "the Board" AND NOT BodyText : "trustees") OR ((BodyText : ["committee*" "nominating and corporate governance" "nominating & corporate governance" "nominating" "audit and finance" "audit & finance" "subcommittee" "sub-committee"]) NEAR/10 BodyText : "Apple"))) NEAR/100 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ████████████████████████████████████████████████████████████████████████████████████████████████████████ OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"] OR (BodyText : ["smartphone*" "smart phone*"] NEAR/5 BodyText : ["third-party" "non Apple" "non-Apple"]) OR BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL | |

| | | | | |
|---|---|---|---|---|
| Watch 5.1 | | ((present* OR updat* OR inform* OR material* OR slide* OR deck* OR powerpoint* OR power point OR ppt OR report* OR white paper OR whitepaper OR brief* OR keynote OR (minutes OR note* OR agenda OR write up* OR writeup* OR record* OR video* OR audio OR summar*)) NEAR/5 (call* OR meeting* OR mtg OR discussion*))) NEAR/10 ((Apple NEAR/5 Board) OR Board of Directors OR BoD OR our Board OR Apple's Board OR CFO Council OR (the Board AND NOT trustees) OR ((committee* OR nominating and corporate governance OR nominating & corporate governance OR nominating OR audit and finance OR audit & finance OR subcommittee OR sub-committee)))) NEAR/100 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches#)) | 1/1/2010-6/21/2025 | ((((((BodyText:["present*" "updat*" "inform*" "material*" "slide*" "deck*" "powerpoint*" "power point" "ppt" "report*" "white paper" "whitepaper" "brief*" "keynote"]  OR (BodyText:["minutes" "note*" "agenda" "write up*" "writeup*" "record*" "video*" "audio" "summar*"])) NEAR/5 (BodyText:["call*" "meeting*" "mtg" "discussion*"]))) NEAR/10 ((BodyText:["Apple"] NEAR/5 BodyText:["Board"]) OR BodyText:["Board of Directors" "BoD" "our Board" "Apple's Board" "CFO Council"] OR (BodyText:["the Board"] AND NOT(BodyText:["trustees"])) OR ((BodyText:["committee*" "nominating and corporate governance" "nominating & corporate governance" "nominating" "audit and finance" "audit & finance" "subcommittee" "sub-committee"])))) NEAR/100 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ... ██████████████████ ... OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" | |
| iPhone 6/Watch 6 | All documents re any plans/changes Apple has made, considered making, or analyzed re the iPhone or any Identified Product or Service in response to any actual or potential legal, judicial, or regulatory requirement, proceeding, or investigation in any jurisdiction worldwide, including the nature/costs/revenue impacts, and other actual/potential effects of those changes. | (Watch* OR smartwatch* OR "smart watch" OR WatchOS OR #iPhone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR "non Apple" OR "nonApple" OR "non native" OR "third part*" OR "interopera*" OR "commission*" OR (("app" OR "apps" OR "app store" or compet* or third party or rival) OR "review" OR "guideline*" OR "wallet" OR "applepay OR "apple pay" OR (contactless NEAR/5 app)))) NEAR/10 ("chang*" OR "modif*" OR "alter*" OR "creat*" OR "revis*" OR "expand*" OR "impact*" OR "cost*" OR "revenue*" OR "plan*" OR "proposal*" OR "accomodat*" OR "revis*" OR "impact*" OR "mitigate*" OR stop OR start OR allow OR effect OR affect OR impact OR change OR cost) NEAR/50 (("court" OR "case" OR "commission" OR DOJ OR FTC OR antitrust OR anti-trust OR compet*) OR NEAR/15 ("judgment*" OR "finding*" OR settlement* OR lawsuit OR litigation OR sue* or case OR investigat* OR "court" OR "judge*""judicial" OR "commission" OR (("government" OR "department" OR DOJ OR FTC OR "regulatory" OR "agency" OR "authority" OR "commission") OR "investigation" OR "inquir*" OR "demand*" OR "CID" OR "subpoena" OR sue OR lawsuit OR litigation OR invest* OR alleg* OR "YGR" OR "Gonzalez" OR "Rogers" OR "epic v. apple" OR "Digital Markets Act" OR epic OR In re Apple iPhone Antitrust Litigation OR Cameron OR Alivecor OR Kent OR Ennis OR Pepper* OR Giamanco* OR EC OR EU OR enforcer))) | 1/1/2014-6/21/2025 | (((BodyText:["Watch*"] OR BodyText:["smartwatch*"] OR BodyText:["smart watch"] OR BodyText:["WatchOS"]) OR ((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ... ████████████ ... OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ██████████ "encrypt*" "end to end" "end-to-end" ██████ "iCard" "iMessage" "iMessages" "iPay" "iWallet" ██████████ "watch os" "App Store" "Health*" "Low Power Mode" "Background*" "Control Center"]) OR ((BodyText : ["Apple" "iPhone" "iOS"]) NEAR/15 (BodyText : ["messag*" "SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" ██████ "secure enclave"])) OR ((BodyText : ["super" "platform" "mini" "instant" "HTML5"]) NEAR/3 (BodyText : ["app*" "program*" "game*"])) OR (BodyText : "apple" NEAR/5 (BodyText : ["BNPL" "P2P" "tap-to-pay" "tap to pay"])) OR (BodyText : "watch*") OR (BodyText :"apple" NEAR/3 BodyText :"digital" NEAR/5 BodyText :"wallet*") OR (BodyText :"apple*" NEAR/3 BodyText :"silicon") OR (BodyText :"cloud" NEAR/2 BodyText :"gam*") OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" | |

98

| | | | | | |
|---|---|---|---|---|---|
| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███████ Project ███████ Project ███████ Beeper Mini, and ██████ | Search 7.1<br><br>(("█████" OR "██████" OR "████████" OR "████" OR ("Beeper" NEAR/5 "mini")) | 1/1/2014-6/21/2025 | ((BodyText:['████ ████ ████ ████ OR (BodyText:"Beeper" NEAR/5 BodyText:"mini")) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | ((("develop" OR "developed" OR "development" OR "release" OR "releases*" OR "releasing" OR "enable" OR "enables" OR "enabled" OR "allow" OR "allows*" OR "allowed" OR "block*" OR "degrade" OR "degrades" OR "degraded" OR "degradation" OR "impede" OR "impedes" OR "impediment" OR "improve*" OR "improving" OR "discontinue" OR "discontinues" OR "discontinued" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prevent" OR "prevents" OR "preventative" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR "apple watch" OR "apple pay" OR "applepay" OR "apple wallet") NEAR/15 ("interoperab*" OR "pair" OR "pairs" OR "pairing" OR "connect" OR "connects" OR "connection" OR "connections" OR "connectivity" OR "bluetooth" OR "usable" OR "usability" OR "performance" OR "interact" OR "interacts" OR "interaction" OR "interactions")) NEAR/30 ((#Non-Apple Smartphone#) OR (#Non-Apple Smartwatches#))) | 1/1/2014-6/21/2025 | (((((BodyText:["develop" "developed" "development" "release" "releases*" "releasing" "enable" "enables" "enabled" "allow" "allows*" "allowed" "block*" "degrade" "degrades" "degraded" "degradation" "impede" "impedes" "impediment" "improve*" "improving" "discontinue" "discontinues" "discontinued" "ban" "bans" "banned" "prohibit*" "restrict" "restricts" "restricting" "restriction" "restrictions" "prevent" "prevents" "preventative" "compatib*" "companion" "companions" "support" "imessage" "imessages" "imessaging" "apple message" "apple messages" "apple messaging" "apple watch" "apple pay" "applepay" "apple wallet"]) NEAR/15 (BodyText:["interoperab*" "pair" "pairs" "pairing" "connect" "connects" "connection" "connections" "connectivity" "bluetooth" "usable" "usability" "performance" "interact" "interacts" "interaction" "interactions"])) NEAR/30 ((((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"]))) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" | |

99

| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███ Project ███ Project ███ Beeper Mini, and ██ | Search 7.2<br><br>("Project███ OR ('███ AND NOT ('███ NEAR/50 "Qatar"))) | 1/1/2014-6/21/2025 | ((BodyText:"Project███ OR (BodyText:'███ AND NOT(BodyText:'███ NEAR/50 BodyText:"Qatar")))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ███ Project ███ Project ███ Beeper Mini, and ██ | Search 7.3<br><br>("Project███ OR ('███ AND NOT ('███ NEAR/50 "Austria"))) | 1/1/2014-6/21/2025 | ((BodyText:"Project███ OR (BodyText:'███ AND NOT(BodyText:'███ NEAR/50 BodyText:"Austria")))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

100

| | | | | |
|---|---|---|---|---|
| iPhone 7/Watch 7 | All documents re any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple smartphones. For avoidance of doubt, this includes Project ▮▮▮ Project ▮▮▮ Project ▮▮▮ Beeper Mini, and ▮▮▮ | Search 7.4<br><br>("Mobeewave AND NOT ("terms" OR "price" OR "agreement")) | 1/1/2014-6/21/2025 | ((BodyText:"Mobeewave" AND NOT(BodyText:["terms" "price" "agreement"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| Watch 7.1 | All Documents relating to efforts or requests by third parties to access, send, or receive iMessages on Third-Party Smartwatches, Third-Party Smartwatch Apps, and Apps, and any changes You made to iMessage in response to those efforts or requests, including all Documents and Communications related to Beeper, Beeper Mini, Eric Migicovsky, James Gill, Amazfit, AT&T, Citizen, Core Devices LLC, Fitbit, Fossil, Garmin, Google, HMD America, HMD Global, Meta, MijoConnected, Motorola, Pebble, Samsung, T-Mobile, TracFone, Verizon, and Withings. | **Search 7.1.1**<br>(#Non-Apple Smartwatches# OR "Migicovsky" OR "James Gill") NEAR/25 ("imessag*" OR "messag*" OR "chatkit" OR "imcore" OR IMSharedUtilities") | 1/1/2014-6/21/2025 | ((((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR BodyText:["Migicovsky" "James Gill"]) NEAR/20 ((BodyText:["send" "sent" "receive*" "deliver*" "obtain*" "access*" "configur*" "interoper*"] OR (BodyText:[""deep"] NEAR/5 BodyText:["link*"])) NEAR/35 (BodyText:[""imessag*" "messag*"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | **Search 7.1.2**<br>(#Non-Apple Smartwatches# OR ("Migicovsky" OR "James Gill") NEAR/20 ((send OR sent OR "receive*" OR "deliver*" OR "obtain*" OR "access*" OR "configur*" OR "interoper*" OR ("deep" NEAR/5 link*")) NEAR/35 ("imessag*" OR "messag*" )) | 1/1/2014-6/21/2025 | ((((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR BodyText:["Migicovsky" "James Gill"]) NEAR/20 ((BodyText:["send" "sent" "receive*" "deliver*" "obtain*" "access*" "configur*" "interoper*"] OR (BodyText:[""deep"] NEAR/5 BodyText:["link*"])) NEAR/35 (BodyText:[""imessag*" "messag*"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 8/Watch 8 | All documents re actual/potential differences in functionality of ease of use with the iPhone, including any differences in developers' access to Entitlements, APIs, data, background processes, or differences due to App Review Guidelines--for:<br>a) Apple's Messaging Systems vs. non-Apple Messaging Systems<br>b) Apple Pay/Apple Wallet vs. non-Apple Digital Wallets/Payment Apps<br>c) Roblox or similar apps vs. any other potential or actual Platform Apps, Mini Programs, or Cloud Streamed Games<br>d) Native iOS apps that provide cloud-streamed services vs. potential or actual Cloud Streamed Games<br>e) Apple Watch vs. non-Apple Smartwatches, including the connection to the Smartphone, access to LTE-phone number pairing, or access to APIs (ex. those related to app notifications or the ability to perform other functionality available to the Apple Watch)<br>f) Platform Apps available outside the U.S. and in the U.S., including the WeChat app available to iPhone users in the U.S. vs. in China. | Search 8.0.1<br>(("limit*" OR "different*"  OR "acces*" OR "restrict*" OR  "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "blocking" OR "degrad*"  "imped*"  OR "throttl*" OR "disabl*" OR "prevent*"  OR "permi*"  OR usab*" OR "friction" OR "compatib*") NEAR/20 ("function*"  OR "feature" OR "features" OR "capabl*"  OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) NEAR/50 (("iPhone" OR "iPhones") )<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families for this search 8.0.1 | 1/1/2014-6/2 | (((((BodyText:["limit*" "different*" "acces*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "blocking" "degrad*" "imped*" "throttl*" "disabl*" "prevent*" "permi*" "usab*" "friction" "compatib*"]) NEAR/20 (BodyText:["function*" "feature" "features" "capabl*" "ability" "abilities" "utility" "utilities" "ease of use" "entitlement" "entitlements" "API" "APIs" "Application* Programming Interface*" "background process*" "data"]) NEAR/20 ((BodyText:["non Apple" "nonApple" "3P" "external" "non-native"]) OR ((BodyText:["third" "3d" "3rd"]) NEAR/2 BodyText:["part*"]))) NEAR/50 ((BodyText:["iPhone" "iPhones"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| | | | 1/1/2014-6/21/2025 | | Limited to only MDL Docs + Families |
|---|---|---|---|---|---|
| | | (("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*"))) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*")))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 1/1/2014-6/21/2025 | ((((BodyText:["different" "differing" "restrict" "restricts" "restricting" "restriction" "restrictions" "access" "accesses" "accessible" "accessibility" "inaccessible" "inaccessibility"]) NEAR/10 ((BodyText:["guideline" "guidelines" "app review"]) OR (BodyText:["developer" NEAR/4 "agreement*"])) NEAR/30 ((BodyText:["non Apple" "nonApple" "3P" "non-native" "external"]) OR ((BodyText:["third" "3d" "3rd"]) NEAR/2 BodyText:["part*"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | Search 8.0.3<br>(((("limit*" OR "differ*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR restrain* OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/25 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitle*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/25 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")))))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 1/1/2014-6/21/2025 | ((((((BodyText:["limit*" "differ*" "access*" "inaccess*" "restrict*" "prefer*" "streamlin*" "favor*" "priorit*" "implement*" "constrain*" "restrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "deny" "deni*" "approv*" "reject*" "allow*" "disallow*"]) NEAR/25 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitle*" "API*" "Application* Programming Interface*" "background process*" "data"]))) NEAR/25 ((BodyText:["allo" "Beeper" "BlueChat" "Blue Chat" "Discord" "Messenger"]) OR (((BodyText:["Google" "Microsoft"])) NEAR/2 ((BodyText:["messag*" "chat*"]))) OR (BodyText:["gchat" "G chat" "hangouts" "Skype" "Signal" "Slack" "Snapchat" "Sunbird" "Teams" "Telegram" "Viber" "WeChat" "We Chat" "WhatsApp" "Whats App" "QQ"]) OR (BodyText:["messag*"] NEAR/2 BodyText:["app*"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | Search 8.0.6<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 ("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil")))<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families for this search 8.0.6 | 1/1/2014-6/21/2025 | ((((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "restrain*"]) NEAR/10 (((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "data" "pass presentation entitlement" "Secure Element" "NFC" "near-field communication" "IAP" "cookies"]) OR (BodyText:["in app"] NEAR/2 BodyText:["pay*"]) OR (BodyText:["pass"] NEAR/3 BodyText:["through"]) OR ((BodyText:["in"] NEAR/2 BodyText:["store"]) NEAR/2 BodyText:["pay*"]))) NEAR/20 ((((BodyText:["digital" "Google" "Samsung" "Amazon" "Walmart" "Wal Mart" "WeChat" "We Chat" "Ali"]) NEAR/4 ((BodyText:["wallet*"]) OR BodyText:["pay*"]) OR (BodyText:["contactless"] NEAR/3 BodyText:["app"]))) OR (BodyText:["tap"] NEAR/3 BodyText:["pay"]) OR ((BodyText:["PayPal" "Pay Pal" "AliPay" "Venmo" "Dwolla" "Zelle" "CashApp" "Klarna" "Block"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

| | | Search 8.0.4 <br> ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 ((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitle*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP" OR "cookies")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 ((((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*" OR (contactless /3 app))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp" OR "Klarna" OR "Block"))) <br><br> MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 1/1/2014-6/21/2025 | (((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "restrain*"]) NEAR/10 (BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "data"]) NEAR/20 (BodyText:["Netflix" "Amazon" "Hulu" "Android" "Microsoft" "Samsung" "Garmin" "Google" "xBox" "xCloud" "GeForceNow" "GeForce Now" "Ge Force Now" "GFN" "PSN" "Playstation" "Stadia" "Luna" "Roblox" "Boosteroid*" "Shadow*"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | Search 8.0.5 <br> ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))))) <br><br> MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families | 1/1/2014-6/21/2025 | ((((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "requir*" "restrain*"])) NEAR/10 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "background app refresh" "low power mode" "iMessage" "data" "notification*" "alert*" "pair*" "Bluetooth" "BLE" "ANCS" "WiFi Direct"]))) NEAR/20 ((BodyText:["Smartwatch*" "Smart watch*"]) OR (BodyText:["Galaxy"] NEAR/2 ((BodyText:["Gear" "Watch"]))) OR (BodyText:["Pixel Watch*" "OnePlus Watch*" "One Plus Watch*" "Fitbit*" "fit bit*" "G Watch*" "gwatch" "Garmin" "ASUS" "Amazfit" "Fossil"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

| | | Search 8.0.7 | 1/1/2014-6/21/2025 | ((((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "restrain*"])) NEAR/10 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "data"]))) NEAR/20 ((BodyText:["super"] NEAR/2 BodyText:["app*"]) OR (BodyText:["mini"] NEAR/2 BodyText:["program*"]) OR BodyText:["mini app"] OR (BodyText:["HTML5"] NEAR/2 BodyText:["app"]) OR (BodyText:["dynamically-coded"] NEAR/2 BodyText:["app"]) OR (BodyText:["meta app*" "cross platform app*" "everything app*" "platform app*" "wechat"]) OR (BodyText:["app within"] NEAR/3 BodyText:["app"]) OR (BodyText:["HTML5"] NEAR/2 BodyText:["mini"]))) OR ((BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*" "Weixin" "Tencent" "Alipay" "Grab" "Gojek" "KakaoTalk" "Paytm" "Line" "Tata Neu" "PhonePe" "Rappi" "Careem"]) NEAR/20 (BodyText : ["storefront" "mini*" "alternat*" "app store"])) OR (((BodyText : ["super" "platform" "mini" "instant" "HTML5" "everything"]) NEAR/3 (BodyText : ["app*" "program*" "game"])) OR BodyText : "superapp") OR ((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "restrain*"])) NEAR/10 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "data"]))) NEAR/20 ((BodyText:["super"] NEAR/2 BodyText:["app*"]) OR (BodyText:["mini"] NEAR/2 BodyText:["program*"]) OR BodyText:["mini app"] OR (BodyText:["HTML5"] NEAR/2 BodyText:["app"]) OR (BodyText:["dynamically-coded"] NEAR/2 BodyText:["app"]) OR (BodyText:["meta app*" "cross platform app*" "everything app*" "platform app*" "wechat"]) OR (BodyText:["app within"] NEAR/3 BodyText:["app"]) OR (BodyText:["HTML5"] NEAR/2 BodyText:["mini"]))) OR ((BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*" "Weixin" "Tencent" "Alipay" "Grab" "Gojek" "KakaoTalk" "Paytm" "Line" "Tata Neu" "PhonePe" "Rappi" "Careem"]) NEAR/20 (BodyText : ["storefront" "mini*" "alternat*" "app | Limited to only MDL Docs + Families |

Search 8.0.7

(((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5" NEAR/2 "mini"))) OR #Apple Super Apps# OR #Non-Apple Super Apps# (((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitl*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5" NEAR/2 "mini"))) OR #Apple Super Apps# OR #Non-Apple Super Apps#

MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families

| Watch 8.1 | All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to:<br>**a. the Apple Notification Center Service;**<br>b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps;<br>**c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets;**<br>**d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing;**<br>**e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and**<br>f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps | Search 8.1.1 ... | 1/1/2014-6/21/2025 | ... | |

Search 8.1.1

((((((""limit*"" OR ""differen*"" OR ""access*"" OR ""inaccess*"" OR ""restrict*"" OR ""prefer*"" OR ""streamline*"" OR ""favor*"" OR ""priorit*"" OR ""implement*"" OR ""constrain*"" OR ""block*"" OR ""imped*"" OR ""degrad*"" OR ""throttl*"" OR ""disabl*"" OR ""prevent*"" OR ""permi*"" OR ""friction"" OR ""requir*"" OR restrain*)) NEAR/10 ((""function*"" OR ""feature*"" OR ""capab*"" OR ""abilit*"" OR ""utilit*"" OR ""ease of use"" OR ""entitl*"" OR ""API*"" OR ""Application* Programming Interface*"" OR ""Framework*"" OR ""SPI"" OR ""SPIs"" OR ""software programming interface*"" OR ""IPI"" OR ""IPIs"" OR ""internal programming interface* OR ""Push Notification Service*"" OR ""APN*"" OR ""IDS"" OR ""background process*"" OR ""background app refresh"" OR ""background execut*"" OR ""backgroundexecut*"" OR ""backgroundasset*"" OR ""background asset*"" OR ""backgroundtask*"" OR ""background task*"" OR ""background push*"" OR ""low power mode"" OR ""iMessage"" OR ""data"" OR ""notification*"" OR ""alert*"" OR ""pair*"" OR ""Bluetooth"" OR ""BLE"" OR ""ANCS"" OR ""Apple Notification Center*"" OR ""WiFi Direct"" OR ""AccessorySetup*"" OR ""Accessory Setup Kit*"" OR ""TelephonyMessag*"" OR ""Telephony Messag*"" OR ""LiveCommunicationKit*"" OR ""Dialer API*""))) NEAR/20 ((""Smartwatch*"" OR ""Smart watch*"") OR (""Galaxy"" NEAR/5 ((""Gear"" OR ""Watch"")) OR (""Pixel Watch*"" OR ""OnePlus Watch*"" OR ""One Plus Watch*"" OR ""Fitbit*"" OR ""fit bit*"" OR ""G Watch*"" OR ""gwatch"" OR ""Garmin"" OR ""ASUS"" OR ""Amazfit"" OR ""Fossil"")) OR (#Non-Apple Smartwatches#))"

104

((((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "requir*" "restrain*"])) NEAR/10 ((BodyText:["function*"] OR BodyText:["feature*"] OR BodyText:["capab*"] OR BodyText:["abilit*"] OR BodyText:["utilit*"] OR BodyText:["ease of use"] OR BodyText:["entitl*"] OR BodyText:["API*"] OR BodyText:["Application* Programming Interface*"] OR BodyText:["Framework*"] OR BodyText:["SPI"] OR BodyText:["SPIs"] OR BodyText:["software programming interface*"] OR BodyText:["IPI"] OR BodyText:["IPIs"] OR BodyText:["internal programming interface*"] OR BodyText:["Push"] BodyText:["Notification"] BodyText:["Service*"] OR BodyText:["APN*"] OR BodyText:["IDS"] OR BodyText:["background process*"] OR BodyText:["background app refresh"] OR BodyText:["background execut*"] OR BodyText:["backgroundexecut*"] OR BodyText:["backgroundasset*"] OR BodyText:["background asset*"] OR BodyText:["backgroundtask*"] OR BodyText:["background task*"] OR BodyText:["background push*"] OR BodyText:["low power mode"] OR BodyText:["iMessage"] OR BodyText:["data"] OR BodyText:["notification*"] OR BodyText:["alert*"] OR BodyText:["pair*"] OR BodyText:["Bluetooth"] OR BodyText:["BLE"] OR BodyText:["ANCS"] OR BodyText:["Apple Notification Center*"] OR BodyText:["WiFi Direct"] OR BodyText:["AccessorySetup*"] OR BodyText:["Accessory Setup Kit*"] OR BodyText:["TelephonyMessag*"] OR BodyText:["Telephony Messag*"] OR BodyText:["LiveCommunicationKit*"] OR BodyText:["Dialer API*"])) NEAR/20 ((BodyText:["Smartwatch*" "Smart watch*"]) OR (BodyText:["Galaxy"] NEAR/5 ((BodyText:["Gear" "Watch"]))) OR (BodyText:["Pixel Watch*" "OnePlus Watch*" "One Plus Watch*" "Fitbit*" "fit bit*" "G Watch*" "gwatch" "Garmin" "ASUS" "Amazfit" "Fossil"]) OR ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense"

| | | | | |
|---|---|---|---|---|
| | Search 8.1.2<br>(("ANCS" OR "Apple Notification Center*" OR "AccessorySetup*" OR "Accessory Setup Kit*") NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external" OR (("third" OR "3d" OR "3rd") NEAR/5 "part*") NEAR/10 "watch") OR #Non-Apple Smartwatches#) | 1/1/2014-6/21/2025 | ((((BodyText:["ANCS" "Apple Notification Center*" "AccessorySetup*" "Accessory Setup Kit*"]) NEAR/30 ((BodyText:["non Apple" "nonApple" "3P" "non-native" "external"] OR ((BodyText:["third" "3d" "3rd"]) NEAR/5 BodyText:["part*"]) NEAR/10 BodyText:["watch"]) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | Search 8.1.3<br>((((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "Framework*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "background process*" OR "data"))) NEAR/20 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR ((("Google" OR "Microsoft")) NEAR/2 (("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/5 "app*") OR ("TelephonyMessag*" OR "Telephony Messag*")) NEAR/30 (#Non-Apple Smartwatches#) | 1/1/2014-6/21/2025 | (((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamlin*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "deny" "deni*" "approv*" "reject*" "allow*" "disallow*"]) NEAR/10 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitlement*" "API*" "Application* Programming Interface*" "Framework*" "SPI" "SPIs" "software programming interface*" "IPI" "IPIs" "internal programming interface*" "background process*" "data"]))) NEAR/20 ((BodyText:["allo" "Beeper" "BlueChat" "Blue Chat" "Discord" "Messenger"]) OR (((BodyText:["Google" "Microsoft"])) NEAR/2 ((BodyText:["messag*" "chat*"]))) OR (BodyText:["gchat" "G chat" "hangouts" "Skype" "Signal" "Slack" "Snapchat" "Sunbird" "Teams" "Telegram" "Viber" "WeChat" "We Chat" "WhatsApp" "Whats App" "QQ"]) OR (BodyText:["messag*"] NEAR/5 BodyText:["app*"]) OR (BodyText:["TelephonyMessag*" "Telephony Messag*"]))) NEAR/30 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | Search 8.1.4<br>(((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "Framework*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication*" OR "near field communication*" OR "CoreNFC" OR "NFC Data Exchange Format" OR "NDEF" OR "Reader Mode*" OR "Writer Mode*" OR "ProximityReader" OR "Proximity Reader*" OR "PaymentCardReader*" OR "Tap to Pay*" OR "Tap-to-Pay*" OR "SecureElementCredential" OR "IAP" OR cookies)) OR ("in app" NEAR/5 "pay*") OR ("pass NEAR/5 "through") OR (("in" NEAR/2 "store") NEAR/5 "pay*"))) NEAR/20 ((((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/5 (("wallet*" OR "pay*" OR (contactless NEAR/5 app))) OR ("tap" NEAR/5 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp" OR "Klarna" OR "Block" OR "FitBit Pay" OR "Ionic"))) | 1/1/2014-6/21/2025 | (((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "restrain*"]) NEAR/10 (((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitlement*" "API*" "Application* Programming Interface*" "Framework*" "SPI" "SPIs" "software programming interface*" "IPI" "IPIs" "internal programming interface*" "background process*" "data" "pass presentation entitlement" "Secure Element" "NFC" "near-field communication*" "near field communication*" "CoreNFC" "NFC Data Exchange Format" "NDEF" "Reader Mode*" "Writer Mode*" "ProximityReader" "Proximity Reader*" "PaymentCardReader*" "Tap to Pay*" "Tap-to-Pay*" "SecureElementCredential" "IAP" "cookies"]) OR (BodyText:["in app"] NEAR/5 BodyText:["pay*"]) OR (BodyText:["pass"] NEAR/5 BodyText:["through"]) OR ((BodyText:["in"] NEAR/2 BodyText:["store"]) NEAR/5 BodyText:["pay*"]))) NEAR/20 ((((BodyText:["digital" "Google" "Samsung" "Amazon" "Walmart" "Wal Mart" "WeChat" "We Chat" "Ali"]) NEAR/5 ((BodyText:["wallet*" "pay*"] OR (BodyText:["contactless"] NEAR/5 BodyText:["app"]))) OR (BodyText:["tap"] NEAR/5 BodyText:["pay"]) OR ((BodyText:["PayPal" "Pay Pal" "AliPay" "Venmo" "Dwolla" "Zelle" "CashApp" "Klarna" "Block" "FitBit Pay" "Ionic"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

105

| | | | | | |
|---|---|---|---|---|---|
| | | ("*Bluetooth*" OR "BT" OR "BLE" OR "WiFi Direct" OR "Network Stacking" OR "CoreBluetooth" OR "deeplink" OR "ASK" OR "Low Energy" OR "Network Stacking" OR "AirDrop" OR "air drop" OR "Accessory Setup Kit*" OR "AccessorySetup*" OR "toggle" OR "Push Notification Service*" OR "APN*" OR  "IDS" OR (("proximity-triggered") OR "proximit* NEAR/5 "*trigg*) NEAR/5 "pair*")) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR (#Non-Apple Smartwatches#) OR "companion app*") | 1/1/2014-6/21/2025 | ((((BodyText:["*Bluetooth*" "BT" "BLE" "WiFi Direct" "Network Stacking" "CoreBluetooth" "deeplink" "ASK" "Low Energy" "Network Stacking" "AirDrop" "air drop" "Accessory Setup Kit*" "AccessorySetup*" "toggle" "Push Notification Service*" "APN*" OR "IDS"]OR ((BodyText:["proximity-triggered"]) OR BodyText:["proximit*"] NEAR/5 BodyText:["*trigg*"]) NEAR/5 BodyText:["pair*"])) NEAR/20 ((BodyText:["Smartwatch*" "Smart watch*"]) OR ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))) OR BodyText:["companion app*"]) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | **Search 8.1.6**<br>("Low Power Mode" OR "Low-Power Mode" OR "LPM") NEAR/20 ("reduc*" OR "disrupt*" OR "degrad*" OR "interfer*" OR "long*" OR "slow*" OR "reduc*" OR "affect*" OR "effect*" OR "preserv*" OR "decreas*" OR "lower*" OR "imped*" OR "impact*" OR "interrupt*" OR "delay*" OR "diminish*" OR "erod*") NEAR/40 (#Non-Apple Smartwatches# OR ("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/5 "part*"))) | 1/1/2014-6/21/2025 | ((((BodyText:["Low Power Mode" "Low-Power Mode" "LPM"]) NEAR/20 (BodyText:["reduc*" "disrupt*" "degrad*" "interfer*" "long*" "slow*" "reduc*" "affect*" "effect*" "preserv*" "decreas*" "lower*" "imped*" "impact*" "interrupt*" "delay*" "diminish*" "erod*"]) NEAR/40 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR (BodyText:["non Apple" "nonApple" "3P" "external" "non-native"]) OR ((BodyText:["third" "3d" "3rd"]) NEAR/5 BodyText:["part*"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 8.2 | All Documents related to any decision on whether to limit the interoperability of Third-Party Smartwatches with the iPhone (or the Apple Watch with Third Party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit or reduce limits on the ability of Third-Party Smartwatches to respond to notifications;<br>b. Limit or reduce limits on the ability of Third-Party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone;<br>c. Limit or reduce limits on the ability of Third-Party Smartwatches' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets;<br>d. Limit or reduce limits on the ability of Third-Party Smartwatches to maintain a consistent connection with, to continue to operate in the background of, or to continue to share data with the iPhone when the iPhone is in Low Power Mode; and<br>e. Limit or reduce limits on the ability of Third-Party Smartwatches to connect to a cellular network using a phone number associated with an iPhone. | #Non-Apple Smartwatches# NEAR/20 ((("limit*" OR "restrict*" OR "prohibit*" OR "block*" OR "prevent*" OR "reduc*" OR "degrad*" OR "interoperab*" OR "compatib*") NEAR/15 ("notification*" OR "ANCS" OR "Apple Notification Center" OR "bluetooth" OR "blue tooth" OR "API" OR "Application Programming Interface" OR "SPI" OR "Sofware Programming Interface" OR "IPI" OR "Internal Programming Interface" OR "background process" OR "entitlement*" OR "framework*" OR "low power mode" OR "low-power mode" OR "LPM" OR "connect*" OR "background" OR "sync*" OR "data sharing" OR "AppleMesa" OR "com.apple.private" OR "build train" OR "RadarViewer" OR "sideloading" OR "MCC" OR "PPG") NEAR/25 ((sale OR revenue OR switch* OR demand OR purchase) NEAR/10 #iPhone#))) | 1/1/2014-6/21/2025 | (((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))) NEAR/20 (((BodyText:["limit*" OR "restrict*" OR "prohibit*" OR "block*" OR "prevent*" OR "reduc*" OR "degrad*" OR "interoperab*" OR "compatib*"]) NEAR/15 (BodyText:["notification*" "ANCS" "Apple Notification Center" "bluetooth" "blue tooth" "API" "Application Programming Interface"  OR "SPI" "Sofware Programming Interface" "IPI" "Internal Programming Interface" "background process" "entitlement*" "framework*" "low power mode" "low-power mode" "LPM" "connect*" "background" "sync*" "data sharing" "AppleMesa" "com.apple.private" "build train" "RadarViewer" "sideloading" "MCC" "PPG"]) NEAR/25 (BodyText:[sale revenue switch* demand purchase]) NEAR/10 ((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"]))))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

106

| | | | | |
|---|---|---|---|---|
| | | ((("limit*" OR "restrict*" OR "prohibit*" OR "block*" OR "prevent*" OR "reduc*" OR "degrad*" OR "access") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer agreement" OR "DPLA")) NEAR/20 ("app" OR "apps" OR "applications")) NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/5 "part*")) OR #Non-Apple Smartwatches#) | 1/1/2014-6/21/2025 | (((BodyText:["limit*" "restrict*" "prohibit*" "block*" "prevent*" "reduc*" "degrad*" "access"]) NEAR/10 ((BodyText:["guideline" "guidelines" "app review"]) OR (BodyText:["developer agreement" "DPLA"])) NEAR/20  (BodyText:["app" "apps" "applications"])) NEAR/20 ((BodyText:["non Apple" "nonApple" "3P" "non-native" "external"]) OR ((BodyText:["third" "3d" "3rd"]) NEAR/5 BodyText:"part*")) OR ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"]))))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| Watch 8.3 | All Documents relating to Background Execution by Apple Watch, Apple Watch Apps, Third-Party Smartwatches, and Third-Party Smartwatch Apps, including, but not limited to: limits or the absence of limits on the time duration for Background Execution, limits or the absence of limits on the data that can be processed during Background Execution, the effect of closing an App or Third-Party Smartwatch App on Background Execution, and Background Execution performance by Third-Party Smartwatches and Apple Watches. | Search 8.3.1<br>(("background" NEAR/5 ("execut*" OR "refresh" OR "app" OR "application" OR "update" OR "task*" OR "asset*" OR "push*")) OR ("foreground NEAR/10 app") OR "Background App Refresh" OR "backgroundexecut*" OR "backgroundasset*" OR "backgroundtask*" OR "daemon" OR " Dock" OR "multitasking" OR ("trigger" NEAR/5 "mechanism") OR ("listen*" NEAR/5 "mode") OR "PushKit" OR "runtime" OR ("unsuspend NEAR/10 companion") OR ("resource" NEAR/5 "allocation") OR ("app" NEAR/5 "kill*") OR "DMA 153" OR "Bluetooth state restoration" OR "IPC" OR "force-quit*" OR ("force*" NEAR/5 "quit*")) NEAR/30 ("Watch" OR "developer" OR #Non-Apple Smartwatches# OR #Apple Smartwatches#) | 1/1/2014-6/21/2025 | (((BodyText:"background" NEAR/5 (BodyText:["execut*" "refresh" "push*"])) OR (BodyText:"foreground" NEAR/10 BodyText:"app") OR BodyText:["Background App Refresh" "backgroundexecut*" "backgroundasset*" "backgroundtask*" "daemon" "PushKit"] OR (BodyText:"unsuspend" NEAR/5 BodyText:"companion") OR (BodyText:"app" NEAR/5 BodyText:"kill*") OR BodyText:["Bluetooth state restoration" "IPC" "force-quit*"] OR (BodyText:"force" NEAR/5 BodyText:"quit")) NEAR/30 ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 (BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | Search 8.3.2<br>(("backgroundexecut*" OR "backgroundasset*" OR "backgroundtask*") OR ("background" NEAR/5 ("execut*" OR "refresh" OR "app" OR "application" OR "update" OR "task*" OR "asset*" OR "push*"))) NEAR/20 ("limit*" OR "restrict*" OR "allow*" OR "permit*" OR "perform*" OR "effect*" OR "impact*" OR "duration" OR "timeout" OR "terminat*" OR "clos*" OR "data") NEAR/30 ("Watch" OR "developer" OR #Non-Apple Smartwatches# OR #Apple Smartwatches#)<br><br>Given our disagreement about whether documents reflecting interoperability non-differences are responsive, we cannot agree to review of the MDL Docs only. | 1/1/2014-6/21/2025 | ((((BodyText:["backgroundexecut*" "backgroundasset*" "backgroundtask*"]) OR (BodyText:["background"] NEAR/5 (BodyText:["execut*" "refresh" "app" "application" "update" "task*" "asset*" "push*"]))) NEAR/20 (BodyText:["limit*" "restrict*" "allow*" "permit*" "perform*" "effect*" "impact*" "duration" "timeout" "terminat*" "clos*" "data"]) NEAR/30 (BodyText:["Watch" "developer"] OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ██████ ...]))))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 8.4 | All Documents relating to Your Phone Number Sharing Restrictions. | ((("iMessage" OR "Messages") NEAR/15  (("turn off" OR "disable" OR "deactivate" OR "switch off" OR "toggle" OR "restrict") NEAR/15 (("phone" OR "cell" OR "mobile" OR "cellular"))) OR "Number Twinning*" OR "Number Mirroring*")) NEAR/20 (("*watch* OR "*watches") OR #Non-Apple Smartwatches#) | 1/1/2014-6/21/2025 | (((((BodyText:["iMessage" "Messages"]) NEAR/15 ((BodyText:["turn off" "disable" "deactivate" "switch off" "toggle" "restrict"]) NEAR/15 ((BodyText:["phone" "cell" "mobile" "cellular"]))) OR BodyText:["Number Twinning*"] OR BodyText:["Number Mirroring*"])) NEAR/20 ((BodyText:["*watch*" "*watches"]) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

107

| | | | | |
|---|---|---|---|---|
| | Search 8.4.2<br>((Garmin OR "Vivoactive") NEAR/20 ("Verizon" OR "Connected Devices")) OR (("*number NEAR/5 ("shar*" OR "twinning*" OR "mirror*") OR "rio") NEAR/20 ("watch" OR #Non-Apple Smartwatches#)) | 1/1/2014-<br>6/21/2025 | (((((BodyText:["Garmin" "Vivoactive"]) NEAR/20 (BodyText:["Verizon" "Connected Devices"])) OR ((BodyText:["*number"] NEAR/5 (BodyText:["shar*" "twinning*" "mirror*" "rio"])) NEAR/20 (BodyText:["watch"] OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 9/Watch 9 | All documents related to price, terms of sale (rebates, fees, promos, discounts, and financing), licensing terms or conditions, pricing plans, pricing strategies, costs, or profitability of Smartphones or any Identified Products or Service. | ((("pric*" NEAR/5 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN* "OR "MSRP" or "net price")) NEAR/10 ((#Retailers# NEAR/10 #iPhone#) OR #Carriers#)) | 1/1/2014-<br>6/21/2025 | (((((BodyText:"pric*" NEAR/5 (BodyText:["plan*" "strateg*" "term*" "condition*" "premium" "committee"])) OR ((BodyText:["sale*" "purchase*" "licensing" "financing"]) NEAR/5 (BodyText:["rebat*" "promo*" "discount*" "coupon*" "fee" "fees" "profit*" "term*" "condition*" "incentive*" "bundl*" "DG" "demand*"])) OR ((BodyText:["research*" "develop*" "R&D" "manufactur*" "distribut*"]) NEAR/2 BodyText:"cost*") OR (BodyText:["margin*" "profit*" "MFN*" "MSRP" "net price"])) NEAR/10 ((BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"]) NEAR/10 ((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████████████████████ ██████████████████████████████████████ OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"]))) OR (BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter | |
| iPhone 9(A)/Watch 9.1 | All documents related to any process, method, manner, policy, practice, strategy, or procedure that Apple proposed, considered or used to set, raise, lower, change, or maintain the prices charged for the iPhone, including all documents showing how, in setting the price for the iPhone (or determining adjustments to prices such as discounts), Apple considered or factored in the price of any other product or service. | ((("pric*" NEAR/10 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/5 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/5 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/20 (#Apple Smartwatches#)) | 1/1/2014-6/2 | (((((BodyText:["pric*"] NEAR/10 (BodyText:["plan*" "strateg*" "term*" "condition*" "premium" "committee"])) OR ((BodyText:["sale*" "purchase*" "licensing" "financing"]) NEAR/5 (BodyText:["rebat*" "promo*" "discount*" "coupon*" "fee" "fees" "profit*" "term*" "condition*" "incentive*" "bundl*" "DG" "demand*"])) OR ((BodyText:["research*" "develop*" "R&D" "manufactur*" "distribut*"]) NEAR/5 BodyText:["cost*"]) OR (BodyText:["margin*" "profit*" "MFN*"])) NEAR/20 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ████████████████████████████ ███████████████████████████████████████ ███████████████████████████████████ ]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

| | | | | | |
|---|---|---|---|---|---|
| iPhone 10/Watch 10 | All documents after 1/1/2010 re competition affecting Smartphones or Identified Products or Services offered by Apple or any firm, including:<br>a) Relative quality/features, including technology, performance, privacy, security, user experience, brand strength, customizability, ability to integrate with or interoperate with other hardware/software, network effects, and cost<br>b) Entry, expansion, exit, scale, and repositioning<br>c) Market segmentation by geography, type of consumer, Smartphone type, Smartphone features, sales channel, or Smartphone price or price band<br>d) Competitive positioning<br>e) Sales volumes, revenue, profitability, or market share<br>f) Nascent threats, disintermediation, and commoditization. | (((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*  OR "brand*" OR "servic*" OR "app" OR "apps" OR "develop*"  OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR #Carriers# OR #Retailers#) | 1/1/2010-6/21/2025 | (((((BodyText:["segm*" "tier*" "market*" "audience" "demographic*" "demo" "age" "kids" "teens" "adults" "men" "women" "sex" "gender" "retail*" "carrier*"]) NEAR/10 (BodyText:["entr*" "expan*" "exit*" "position*" "reposition*" "share*" "scale*" "segment*" "volume*" "leader" "win*" "los*" "gain*" "domin*" "prefer*"] OR ((BodyText:["like*" "use*"]) NEAR/5 (BodyText:["more" "less"])))) OR ((BodyText:["compet*" "rival" "alternative*"]) NEAR/3 (BodyText:["product*" "brand*" "servic*" "app" "apps" "develop*" "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*" "fungib*" "all the same" "no difference" "alternativ*"]))  NEAR/15 ( (((BodyText:["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText:["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText:["facebook" "meta"]) NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"google" NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"android" NEAR/2 (BodyText:["message" "messages" "messaging" "messeng*"])) OR (BodyText:"Samsung" NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"wallet*" NEAR/2 BodyText:["digital" "mobile"]) OR (BodyText:"payment*" NEAR/2 (BodyText:["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText:["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText:["venmo" "cashapp" "paypal"]) OR ((BodyText:["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText:["pay" "wallet"]) NEAR/2 (BodyText:["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText:"watch*" NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText:"watch*" NEAR/3 (BodyText:["Samsung" "google" "meta" "fitbit" "garmin" "pixel" | |
| Watch 10.1 | All Documents after January 1, 2010 related to competition affecting Smartwatches offered by Apple or any firm, including:<br>a. Relative quality or features, including technology, performance, privacy, security, user experience, brand strength, customizability, ability to integrate with or interoperate with other hardware or software, network effects, and cost;<br>b. Entry, expansion, exit, scale, and repositioning;<br>c. Market segmentation by geography, type of consumer, Smartwatch type, Smartwatch features, sales channel, or Smartwatch price or price band;<br>d. Competitive positioning;<br>e. Sales volumes, revenue, profitability, or market share; and<br>f. Nascent threats, disintermediation, and commoditization. | (((("segm*" OR "tier*" OR "market*" OR "audience") NEAR/5 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival" OR "alternative*") NEAR/5 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 1/1/2010-6/2 | ((((((BodyText:["segm*" "tier*" "market*" "audience"]) NEAR/5 (BodyText:["entr*" "expan*" "exit*" "position*" "reposition*" "share*" "scale*" "segment*" "volume*" "leader"])) OR ((BodyText:["compet*" "rival" "alternative*"]) NEAR/5 (BodyText:["product" "products" "brand*" "service*" "app" "apps" "develop" "develops" "developed" "developing" "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*"])) NEAR/15 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| | | | | |
|---|---|---|---|---|
| Watch 10.2 | All Documents relating to the features of, or competition or potential competition from, existing or potential Third-Party Smartwatches or Third-Party Smartwatch Apps, including, but not limited to, analysis by Apple, Third-Party consultants, financial or business services firms, or accounting firms. | (("analysis" OR "analyses" OR "report*") NEAR/30 ((("compet*" OR "rival")) OR (#Non-Apple Smartwatches#) OR (#Companion Apps#) (NEAR/3 ("app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat" OR "position*")) OR ("feature" OR "quality" OR "messag*" OR "battery" OR "location" OR "Dynamic Energy Recalibration")))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 1/1/2010-6/2 | ((((BodyText:["analysis" "analyses" "report*"]) NEAR/30 (((BodyText:["compet*" "rival"])) OR ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))) (NEAR/3 (BodyText:["app" "apps" "develop" "develops" "developed" "developing" "threat*" "position*"])) OR (BodyText:["feature" "quality" "messag*" "battery" "location" "Dynamic Energy Recalibration"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 10.3 | All Documents relating to market analysis of the iOS-Connected Smartwatch market and the Smartwatch market, including, but not limited to, marketing strategy; Smartwatch pricing; Smartwatch features; consumer preferences relating to Smartwatch pricing and features; and<br>differences in features, pricing, marketing strategy, and consumer preferences relating to Apple Watch Series Smartwatches, Apple Watch Ultra Smartwatches, and Apple Watch SE Smartwatches. | (((("pric*" NEAR/10 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "committee")) OR (("sale*" OR "purchase*" OR "licensing" OR "financing") NEAR/10 ("rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/10 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/20 (#Apple Smartwatches# OR "watch") OR ("Ultra" OR "premium" OR "flagship" OR "SE" OR "entry" OR "basic") NEAR/20 "watch"))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 1/1/2010-6/2 | ((((((BodyText:["pric*"] NEAR/10 (BodyText:["plan*" "strateg*" "term*" "condition*" "premium" "committee"])) OR (BodyText:["sale*" "purchase*" "licensing" "financing"]) NEAR/10 (BodyText:["rebat*" "promo*" "discount*" "coupon*" "fee" "fees" "profit*" "term*" "condition*" "incentive*" "bundl*" "DG" "demand*"])) OR ((BodyText:["research*" "develop*" "R&D" "manufactur*" "distribut*"]) NEAR/10 BodyText:["cost*"]) OR (BodyText:["margin*" "profit*" "MFN*"])) NEAR/20 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ OR BodyText:["watch"]) OR (BodyText:["Ultra" "premium" "flagship" "SE" "entry" "basic"]) NEAR/20 BodyText:["watch"]))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 10.4 | All Documents relating to past, present or anticipated future impact that pricing, Smartwatch features, and Smartwatch competitors have in the iOS-Connected Smartwatch market and the Smartwatch market, including, but not limited to:<br>a. consumer switching among Smartwatches;<br>b. consumer switching among Smartphones;<br>c. the functional or economic substitutability of Smartwatches, the relative features, costs, or<br>benefits of Smartwatches;<br>d. factors affecting Smartwatch purchase decisions,<br>e. competitive intelligence;<br>f. price competition; and<br>g. the cross-price elasticity of demand (i.e., the responsiveness of demand to changes in price) among Smartwatch products. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to" OR "switch*" OR "change" OR "substitute" OR "displace*" OR "lost" OR "migrat*" OR "conver*" OR "churn" OR "conjoint" OR "elastic*") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*")) OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("pric*") NEAR/15 (#iPhone OR #Non-Apple Smartphone# OR #Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 1/1/2010-6/2 | ((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "upgrad*" "new to" "new-to" "switch*" "change" "substitute" "displace*" "lost" "migrat*" "conver*" "churn" "conjoint" "elastic*"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/3 BodyText:["decision*"]) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["pric*"]) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ | |

110

| | | | | |
|---|---|---|---|---|
| Watch 10.5 | All Documents relating to past, current, and anticipated future market share of Apple and Third-Party Smartwatch Makers in the iOS-Connected Smartwatch market and the Smartwatch market. | (((("segm*" OR "tier*" OR "market*") NEAR/5 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "concentr*" OR "domin*")) OR (("compet*" OR "rival") NEAR/5 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop*" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>As stated in the RFP, the date range should begin with 1/1/2010. | 1/1/2010-6/2 | (((((BodyText:["segm*" "tier*" "market*"]) NEAR/5 (BodyText:["entr*" "expan*" "exit*" "position*" "reposition*" "share*" "scale*" "segment*" "volume*" "leader" "concentr*" "domin*"])) OR ((BodyText:["compet*" "rival"]) NEAR/5 (BodyText:["product" "products" "brand*" "service*" "app" "apps" "develop" "develops" "developed" "developing" "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*"])) NEAR/15 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 11/Watch 11 | All documents related to any actual or potential barriers to entry, expansion, or repositioning related to Smartphones, mobile operating systems, or any Identified Product or Service, including all documents related to networks effects, economies of scale, and economies of scope. | ((("barrier*" NEAR/5 ("entr*" OR "expansion" OR "position*" OR "reposition*")) OR ("economic" NEAR/2 "barrier*") OR ("econom*" NEAR/2 ("scale" OR "scope")) OR ("network" NEAR/2 "effect*")) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 2014.01.01-2025.06.21 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass: "EF" AND DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")) AND (((BodyText : "barrier*" NEAR/5 BodyText : ["entr*" "expansion" "position*" "reposition*"]) OR (BodyText : "economic" NEAR/2 BodyText : "barrier*") OR (BodyText : "econom*" NEAR/2 ["scale" "scope"]) OR (BodyText : "network" NEAR/2 BodyText : "effect*")) NEAR/20 ((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) OR BodyText: ["Whats App" "WhatsApp" "Signal" "Telegram"] OR (BodyText : ["facebook" "meta"] NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "google" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "android" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "Samsung" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 BodyText: ["mobile" "service" "services" "terminal" "terminals"]) OR (BodyText : ["wallet*" "payment*" "processor*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"]) OR BodyText : ["venmo" "cashapp" "paypal"] OR (BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"]) OR (BodyText : ["pay" "wallet"] NEAR/2 BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"]) OR (BodyText : "watch*" NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) OR (BodyText : "watch*" NEAR/3 BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"]) OR BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"] OR (BodyText : "gam*" NEAR/2 BodyText : ["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"]) OR BodyText : ["geforcenow" "luna" "stadia" "steam"] OR (BodyText : ["cloud" "stream*" "remot*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) OR (BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ███████████ | |

111

| Watch 11.1 | All Documents relating to past, current, and anticipated future requirements to enter and barriers to entry into, or growth of, the market for (1) iOS-Connected Smartwatches and (2) all Smartwatches, including, but not limited to, analysis by Apple, Third-Party consultants, financial or business services firms, or accounting firms. | ((("share*" OR "segment*" OR "tier*" OR "position*" OR "stop*" OR "ceas*" OR "stall*" OR "postpon*" OR "not viable" OR "block*" OR "enter" OR "entr*" OR "exit*" OR "delay*") NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*" OR "grow*" OR prioritiz*)) NEAR/30 ("watch" OR "#Apple Smartwatches#" OR "#Non-Apple Smartwatches#")

As noted on May 26, 2026, Apple should propose additional terms and/or custodians, or a go-get collection to cover, at a minimum, "analysis by Apple, Third-Party consultants, financial or business services firms, or accounting firms" from this RFP, which were not included in the Government RFP.

MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/2 | ((((BodyText:["share*" "segment*" "tier*" "position*" "stop*" " ceas*" "stall*" "postpon*" "not viable" "block*" "enter" "entr*" "exit*" "delay*"]) NEAR/10 (BodyText:["preserv*" "protect*" "entrench*" "maintain*" "keep*" "defend*" "sustain*" "retain*" "retention" "increas*" "preserv*" "grow*" "prioritiz*"])) NEAR/30 (BodyText:["watch"] OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ███████████ ██████████████████████████████ ██████████████████████████████ OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 12/Watch 12 | All documents after 1/1/2010 related to any person who previously provided or attempted to provide a Smartphone, mobile operating system, or an Identified Product or Service but ceased doing so. | ((("fail*" NEAR/3 ("attemp*" OR "launch*" OR "entr*")) OR ("stop*" OR "ceas*" OR "stall*" OR "postpone" OR "not viable" OR "block*" OR "exit*" OR "postpon*" OR "not viable" OR "delay*")) NEAR/10 (alternat* OR "third part*" OR "develop*" OR "manufacturer*" OR "compet*" OR "compet*" OR "rival*") NEAR/25 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#))

MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians. | 1/1/2010-6/2 | (((((BodyText:["fail*"] NEAR/3 (BodyText:["attemp*" "launch*" "entr*"])) OR (BodyText:["stop*" "ceas*" "stall*" "postpone" "not viable" "block*" "exit*" "postpon*" "not viable" "delay*"])) NEAR/10 (BodyText:["alternat*" "third part*" "develop*" "manufacturer*" "compet*" "compet*" "rival*"])) NEAR/25 (((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"]) OR (BodyText : "gam*" NEAR/2 (BodyText : ["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"])) OR | Limited to only MDL Docs + Families |

112

| | | | | | |
|---|---|---|---|---|---|
| Watch 12.1 | All Documents after January 1, 2010 related to any person who previously provided or attempted to provide a Smartwatch, Smartwatch Operating System, or an Identified Product or Service but ceased doing so. | ((("fail*" OR "not" OR "didn't" OR "won't" OR "will not") NEAR/5 ("attemp*" OR "launch*" OR "entr*")) OR ("ceas*" OR "stall*" OR "postpone*" OR "not viable" OR "block*" OR "exit*" OR "delay*")) NEAR/25 (#Non-Apple Smartwatches#)) | 1/1/2010-6/2 | (((((BodyText:["fail*" "not" "didn't" "won't" "will not"]) NEAR/5 (BodyText:["attemp*" "launch*" "entr*"])) OR (BodyText:["ceas*" "stall*" "postpone*" "not viable" "block*" "exit*" "delay*"])) NEAR/25 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 13/Watch 13 | All documents related to single-homing, multi-homing, or usage of a "preferred" or "primary" product or service, by users, developers, or any other group, related to Smartphones or any Identified Product or Service. | ((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | (((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass: "EF" AND DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")) AND (((BodyText : "single" NEAR/3 BodyText : ["home" "homing"]) OR (BodyText : "multi" NEAR/3 BodyText : ["home" "homing"]) OR BodyText : ["singlehom*" "multihom*"] OR (BodyText: ["multiple" "primary" "preferred"] NEAR/4 BodyText : ["device" "devices"])) NEAR/20 ((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) OR BodyText: ["Whats App" "WhatsApp" "Signal" "Telegram"] OR (BodyText : ["facebook" "meta"] NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "google" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "android" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "Samsung" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 BodyText: ["mobile" "service" "services" "terminal" "terminals"]) OR (BodyText : ["wallet*" "payment*" "processor*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"]) OR BodyText : ["venmo" "cashapp" "paypal"] OR (BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"]) OR (BodyText : ["pay" "wallet"] NEAR/2 BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"]) OR (BodyText : "watch*" NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) OR (BodyText : "watch*" NEAR/3 BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"]) OR BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"] OR (BodyText : "gam*" NEAR/2 BodyText : ["xbox" | Limited to only MDL Docs + Families; Used Gov't Defintions |

| iPhone 14/Watch 14 | All documents related to Apple's plans, strategies, objectives, research, development, investments, roadmaps, marketing, and features for the iPhone, Apple's App Store, or any Identified Product or Service. For avoidance of doubt this includes all documents related to Apple's product development expenses, including expenses related to privacy and security, for the iPhone, Apple's App Store, and any Identified Products or Services. | (((("QBR" OR "KPI" OR "T100" OR "Blueprint*" OR "Blue Print*" OR "Roadmap*" OR "road map*" OR "Tentpole*" OR "Executive Team" OR "Forecast*" OR "Budget*" OR "Projection*" OR "strateg*" OR "Tactic*" OR "Schem*" OR "Approach*" OR "Objective*" OR "Purpose*" OR "Aim*" OR "Target" OR "Targets" OR "Adopt" OR "adopted" OR "adoption" OR "Goal*" OR "OKR" OR "Experiment" OR "experiments" OR "Study" OR "studies" OR "Research" OR "Survey*" OR "White Paper*" OR "Whitepaper*" OR "WWDC" OR "App Review" OR "ERB" OR "Ecosystem" OR "R&D" OR "RD" OR "Monetiz*" OR "Partner*" OR "Joint venture*" OR "JV" OR "Acquire*" OR "Acquisition*" OR "Takeover" OR "Take Over" OR "Hanging fruit*" OR "Marketab*" OR "Quality" OR "Performance" OR "Privacy" OR "Security" OR "User Experience" OR "UX" OR "User Interfac*" OR "Customiz*" OR "segment*" OR "position" OR "installed base") OR (("manage*" OR "lead*") NEAR/2 "team*") OR ("design*" NEAR/2 "document") OR ("Development" NEAR/2 "Plan") OR ("investment" AND NOT "stock*") OR (("price" OR "pricing") NEAR/2 "committee*") OR ("integrat*" NEAR/2 ("software" OR "hardware" OR "feature*" OR "service*")) OR ("market" NEAR/2 "share*")) NEAR/10 (#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2010-6/21/2025 | (((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["QBR" "KPI" "T100" "Blueprint*" "Blue Print*" "Roadmap*" "road map*" "Tentpole*" "Executive Team" "Forecast*" "Budget*" "Projection*" "strateg*" "Tactic*" "Schem*" "Approach*" "Objective*" "Purpose*" "Aim*" "Target" "Targets" "Adopt" "adopted" "adoption" "Goal*" "OKR" "Experiment" "experiments" "Study" "studies" "Research" "Survey*" "White Paper*" "Whitepaper*" "WWDC" "App Review" "ERB" "Ecosystem" "R&D" "RD" "Monetiz*" "Partner*" "Joint venture*" "JV" "Acquire*" "Acquisition*" "Takeover" "Take Over" "Hanging fruit*" "Marketab*" "Quality" "Performance" "Privacy" "Security" "User Experience" "UX" "User Interfac*" "Customiz*" "segment*" "position" "installed base"] OR (BodyText : ["manage*" "lead*"] NEAR/2 BodyText : "team*") OR (BodyText : "design*" NEAR/2 BodyText : "document") OR (BodyText : "Development" NEAR/2 BodyText : "Plan") OR (BodyText : "investment" AND NOT BodyText : "stock*") OR (BodyText : ["price" "pricing"] NEAR/2 BodyText : "committee*") OR (BodyText : "integrat*" NEAR/2 BodyText : ["software" "hardware" "feature*" "service*"]) OR (BodyText : "market" NEAR/2 BodyText : "share*")) NEAR/10 (BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████ OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple") OR (BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ███████ " "encrypt*" "end to end" "end-to-end" ███████ "iCard" "iMessage" "iMessages" "iPay" "iWallet" | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.1<br><br>(("share*" OR "segment*" OR "tier*" OR "position*" OR "stop*" OR "ceas*" OR "stall*" OR "postpon*" OR "not viable" OR "block*" OR "enter" OR "entr*" OR "exit*" OR "delay*" OR "user base" OR "customer base" OR "installed base") NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*" OR "grow*" OR prioritiz*)) NEAR/30 ((#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches# OR ("alternativ*" NEAR/3 phone) OR #Non-Apple Smartwatches#) OR #Retailers# OR #Carriers#)<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010.<br><br>114 | 1/1/2010-6/21/2025 | (((BodyText:["share*" "segment*" "tier*" "position*" "stop*" "ceas*" "stall*" "postpon*" "not viable" "block*" "enter" "entr*" "exit*" "delay*" "user base" "customer base" "installed base"]) NEAR/10 (BodyText:["preserv*" "protect*" "entrench*" "maintain*" "keep*" "defend*" "sustain*" "retain*" "retention" "increas*" "preserv*" "grow*" prioritiz*])) NEAR/30 ((((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ███████ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) OR ((BodyText:["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ███████ "encrypt*" "end to end" "end-to-end" ███████ " "iCard" "iMessage" "iMessages" "iPay" "iWallet" ███████ "watch os"]) OR ((BodyText:["Apple" "iPhone" "iOS"]) NEAR/15 (BodyText:["SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" ███ "secure enclave"])) OR ((BodyText:["super" "platform" "mini" "instant" "HTML5"]) NEAR/3 (BodyText:["app*" "program*" "game*"])) OR (BodyText:["apple"] NEAR/5 (BodyText:["BNPL" "P2P" "tap-to-pay" "tap to pay"])) OR (BodyText:["apple"] NEAR/1 BodyText:["watch*"]) OR (BodyText:["apple"] NEAR/3 BodyText:["digital"] NEAR/5 BodyText:["wallet*"]) OR (BodyText:["apple*"] NEAR/3 BodyText:["silicon"]) OR (BodyText:["cloud"] NEAR/2 BodyText:["gam*"])) OR (BodyText:["Browser*" "display program" "search engine" "web directory" "web spider" "chrome" "firefox" "edge" "Safari" "Opera" "Vivaldi" "Internet Explorer" "Chromium" "Tor" "Waterfox" "Maxthon" "Zen" "Mosaic" "Navigator" "Netscape" "WorldWideWeb" "UC Browser" | |

| | | | | | |
|---|---|---|---|---|---|
| | | Search 15.2<br><br>(("moat" OR "pricing power" OR "market power" OR "monopol\*" OR "monopso\*" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min\*" OR "viable\*" OR "efficient" OR "\*optimal")) OR ("barrier\*" NEAR/2 ("entr\*" OR "expan\*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect\*") OR ("entrench\*" OR "domina\*" OR "market leader" OR "market position") OR ("price" OR "pricing" OR "cost\*" OR "bargain\*" OR "contract\*" OR "negotiat\*")) NEAR/30 ((#Apple Smartwatches# OR #Non-Apple Smartwatches#) OR #Retailers# OR #Carriers#)<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | ((BodyText:["moat" "pricing power" "market power" "monopol\*" "monopso\*" "competitive edge" "competitive advantage"]) OR (BodyText:"scale" NEAR/2 (BodyText:["min\*" "viable\*" "efficient" "\*optimal"])) OR (BodyText:"barrier\*" NEAR/2 (BodyText:["entr\*" "expan\*"])) OR ((BodyText:["network" "feedback" "feed back"]) NEAR/2 BodyText:"effect\*") OR (BodyText:["entrench\*" "domina\*" "market leader" "market position"]) OR (BodyText:["price" "pricing" "cost\*" "bargain\*" "contract\*" "negotiat\*"])) NEAR/30 ((((BodyText:["apple"] NEAR/1 BodyText:["watch\*"]) OR (BodyText:["watchos" "watch os" ██████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ )) OR<br><br>((((BodyText:["\*watch" "\*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival\*" "non-Apple" "non Apple"]))) OR (BodyText:"\*watch\*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"]))))) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer\*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer\*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech\*" "Brainstorm Logistics" "MAS Inc\*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech\*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"]) OR (BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier\*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States | |
| | | Search 15.3.1<br>(("full line" OR "full-line") NEAR/15 (#Carriers# OR #Retailers#)) | 1/1/2010-6/21/2025 | ((BodyText:["full line" "full-line"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier\*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate\*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer\*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer\*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech\*" "Brainstorm Logistics" "MAS Inc\*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech\*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

115

| | | Search 15.3.2<br>(("range") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-<br>6/21/2025 | ((BodyText:["range"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | Search 15.3.3<br>(("end of life" OR "EOL") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-<br>6/21/2025 | ((BodyText:["end of life" "EOL"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

116

| | | | | |
|---|---|---|---|---|
| | | Search 15.3.4<br>(("marketing development fund*" OR "MDF") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-<br>6/21/2025 | ((BodyText:["marketing development fund*" "MDF"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | Search 15.3.5<br>(("co-op" OR "coop" OR "cooperative marketing") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-<br>6/21/2025 | ((BodyText:["co-op" "coop" "cooperative marketing"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

117

| | | | | |
|---|---|---|---|---|
| | | MDL Plaintiffs are considering whether they can agree for Apple to review only the MDL Docs and MDL Docs w/ Families. To help evaluate that, please provide hit counts for:<br><br>Search 15.3.6<br>(("marketing" NEAR/3 ("reimburs*" OR "credit*" OR "allowance*")) NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | ((BodyText:"marketing" NEAR/3 BodyText:["reimburs*" "credit" "allowance*"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | Search 15.3.7<br>(("volume" NEAR/5 "require*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | (((BodyText:"volume" NEAR/5 BodyText:"require*") NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

118

| | | Search 15.3.8<br><br>(("store front" OR "storefront") NEAR/15 (#Carriers# OR #Retailers#))<br><br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | (((BodyText:["store front" "storefront"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | Search 15.3.9<br><br>(("signage" OR "advertise*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | (((BodyText:["signage" "advertise"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

| | | | | | |
|---|---|---|---|---|---|
| | | Search 15.3.10<br>("promo*" NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | (((BodyText:["promo"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | MDL Plaintiffs are considering whether they can agree for Apple to review only the MDL Docs and MDL Docs w/ Families. To help evaluate that, please provide hit counts for:<br><br>Search 15.3.11<br>(("blackout" NEAR/15 "launch")) NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | (((BodyText:"blackout" NEAR/5 BodyText:"launch*") NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

120

| | | Search 15.3.12<br>(("preload*" OR "bloat") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | (((BodyText:["preload" "bloat"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | Search 15.3.13<br>((("mmwave" OR "28ghz") NEAR/15 "requir*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | ((((BodyText:["mmwave" "28ghz"]) NEAR/15 BodyText:"requir*") NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

121

| | | | | |
|---|---|---|---|---|
| | | Search 15.3.14<br>("exclusiv*" NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-<br>6/21/2025 | (((BodyText:["exclusiv*"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| | | Search 15.3.15<br>("FirstNet") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-<br>6/21/2025 | (((BodyText:["FirstNet"]) NEAR/15 ((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Carrier*" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire" "Cspire" "Comcast" "Xfinity" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket" "Bluegrass" "Credo " "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum Wireless" "Global Wireless" "Mint Mobile" "Cox" "Dish Wireless" "Boost Mobile" "Ultra Mobile" "Viaero" "Cellcom" "GCI" "Nex Tech" "Nex-tech" "NexTech" "Carolina West" "Red Pocket" "Pioneer Cellular" "IT&E" " ITE " "Thumb Cellular" "Inland Cellular" "Union Wireless" "Strata" "United Wireless" "Wireless Advocate*" "Sagebrush" "Northwest Missouri" "NW Missouri" "Docomo" "Chat Mobility" "West Central Wireless" "Copper Valley Wireless" "Illinois Valley" "Teleguam" "Silver Star" "Bravado Wireless" "Spring Mobile"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "BB" "Costco" "Target" "Sam's Club" "Sams Club" "Amazon" "Retailer*" "MoreDirect" "More Direct" "CDW" "Hyla" "Ingram Micro" "SHI International" " SHI " "Tech Data" "Computacenter" "PCM" "CSC" "Telrite" "Insight" "MetTel" "Wireless World" "Victra" "Nebraska Furniture Mart" "NFM" "Appogee" "Zones" "PTSI" "Curacao" "Stratix" "AMA Computer*" "CarltonOne" "Carlton One" "Brandsmart" "MCPC" "PME" "RewardsOps" "AAFES" "Hinda" "ABT Electronics" "MBS" "Harco" "Ting" "ItSavvy" "NexCom" "Encore Tech*" "Brainstorm Logistics" "MAS Inc*" "ExperCom" "Mac Made Easy" "Macys" "Macy's" "Tiffany & Co" "Tiffany Co" "Kyndryl" "Hasbro" "CTS Mobility" "Denali Advanced Integration" "Worldwide Technology" "Edward Jones" "CityMac" "City Mac" "Microcenter" "Pinacore" "Unitek" "Capital One" "LNRS" "Compucom" "Arlington Computer Products" "Alt Systems" "Derive Tech*" "Digital Partners" "HappyMac" "InComm Digital" "Lakes Region Computer" "MacMall" "Meijer" "Mikes Tech Shop" "Rahi Systems"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

| | | | | |
|---|---|---|---|---|
| iPhone 16/Watch 16 | All documents related to any actual or potential pricing power, market power, monopoly power, bargaining leverage, or negotiating leverage that Apple has or may have (including presently, in the past, or in the future) relating to Smartphones or any Identified Product or Service, including with respect to consumers, Enterprise customers, app developers, wireless carriers, iPhone retailers, hardware or accessory manufacturers, financial institutions, and automotive manufacturers.<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | (("power" NEAR/5 (("pric*" OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/5 "leverag*")) NEAR/30 (#Retailers# NEAR/5 (#iPhone# OR #Non-Apple Smartphone#)) OR #Carriers# OR #Apple Smartwatches# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 1/1/2010-6/2 | ((((BodyText:["power"] NEAR/5 ((BodyText:["pric*" "market" "barg*"]))) OR (BodyText:["monopol*" "monops" "competitive edge" "competitive advantage" "efficient scale" "optimal scale" "moat"]) OR (BodyText:["barrier*"] NEAR/2 (BodyText:["entr*" "expan*"])) OR ((BodyText:["network" "feedback" "feed back"]) NEAR/2 BodyText:["effect*"]) OR (BodyText:["entrench*" "domina*" "market leader" "market position"]) OR ((BodyText:["price" "pricing" "cost*" "bargain*" "contract*" "negotiat*"]) NEAR/5 BodyText:["leverag*"])) NEAR/30 (((BodyText : ["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "Costco" "Target" "Sam's Club" "Amazon"]) NEAR/5 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])))) OR (BodyText : ["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US |
| iPhone 16(A) | All documents related to any actual or potential pricing power, market power, monopoly power, bargaining leverage, or negotiating leverage that Apple has or may have (including presently, in the past, or in the future) relating to Smartphones or any Identified Product or Service.<br>a) any PR firms, lobbying firms, communications agencies, or any other firm or agent acting on your behalf to analyze relevant markets, disseminate information, or influence public discourse or perception<br>b) any nonprofit organizations, advocacy groups, policy institutes, trade associations, or academic institutions<br>c) any U.S. federal, state, or local governmental, regulatory, or judicial body (including any attorney general's office or congressional committee), or any foreign or international governmental, regulatory, or judicial body | (("power" NEAR/2 (("pric*"  OR "market" OR "barg*"))) OR ("monopol*" OR "monops" OR "competitive edge" OR "competitive advantage" OR "efficient scale" OR "optimal scale" OR "moat") OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/3 "leverag*")) NEAR/30  (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR OR (#Retailers# NEAR/5 (#iPhone# OR #Non-Apple Smartphone#)) OR #Carriers# OR #Apple Smartwatches# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 1/1/2010-6/2 | ((((BodyText:["power"] NEAR/2 ((BodyText:["pric*" "market" "barg*"]))) OR (BodyText:["monopol*" "monops" "competitive edge" "competitive advantage" "efficient scale" "optimal scale" "moat"]) OR (BodyText:["barrier*"] NEAR/2 (BodyText:["entr*" "expan*"])) OR ((BodyText:["network" "feedback" "feed back"]) NEAR/2 BodyText:["effect*"]) OR (BodyText:["entrench*" "domina*" "market leader" "market position"]) OR ((BodyText:["price" "pricing" "cost*" "bargain*" "contract*" "negotiat*"]) NEAR/3 BodyText:["leverag*"])) NEAR/30 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook |

| | | | | |
|---|---|---|---|---|
| iPhone 17/Watch 17 | All documents related to how the features, functionality, availability, and interoperability of Smartphones or any Identified Product or Service may affect users' Smartphone purchasing decisions, including documents related to user satisfaction, Smartphone switching, consumer perceptions and attitudes, preferences, usage, purchase intentions, and all other relevant metrics, key performance indicators, and measures. | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/5 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/10 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/20 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families. MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/2 | (((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "switch*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/5 BodyText:["decision*"]) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/10 (BodyText:["availab*" OR "capab*" OR "access*" OR "success*"]))) NEAR/20 ((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ████████████████ ████████████████ ]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ████████████████ " | Limited to only MDL Docs + Families |
| Watch 17.1 | All Documents related to how the features, functionality, availability, and interoperability of Smartphones or any Identified Product or Service may affect users' Smartwatch purchasing decisions, including Documents related to user satisfaction, Smartphone or Smartwatch switching, consumer perceptions and attitudes, preferences, usage, purchase intentions, and all other relevant metrics, key performance indicators, and measures. | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 5/29 proposed search term with the requested date range.<br><br>(("perception*" OR "prefer*" OR "attitude*" OR "opinion*" OR "perceiv*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/5 "decision*") OR "buy*" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "boomerang" OR "switcher" OR "upgrad*" OR "new to" OR "new-to" OR "value" OR "entry point" OR "lateral" OR "downgrader*" OR ("down" NEAR/5 "grad*") OR "repeat*") NEAR/20 ("interoperab*" OR "integrat*" OR "connect*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*" OR "messag*" OR "battery OR "quality" OR "location" OR "fitness" OR) NEAR/5 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#Apple Smartwatches# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | ((((BodyText:["perception*" "prefer*" "attitude*" "opinion*" "perceiv*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/5 BodyText:["decision*"]) OR BodyText:["buy*" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "boomerang" "switcher" "upgrad*" "new to" "new-to" "value" "entry point" "lateral" "downgrader*"] OR (BodyText:["down"] NEAR/5 BodyText:["grad*"]) OR BodyText:["repeat*"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "connect*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*" "messag*" "battery" "quality" "location" "fitness"]) NEAR/5 (BodyText:["availab*" "capab*" "access*" "success*"]))) NEAR/15 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ████████████████ "])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| | | | | |
|---|---|---|---|---|
| iPhone/ Watch 18 | All documents related to any factors affecting consumer demand for a Smartphone, such as the Smartphone's price, features, or quality (including quantity, price, and quality of available apps, hardware accessories, or other complementary products and services); usage of any Identified Product or Service; and all documents related to metrics, key performance indicators, and measures related to consumer demand for a Smartphone. | (((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) AND (#Retailers# OR #Carriers#)) | 1/1/2014- 6/21/2025 | ((((((BodyText:["consumer*" "customer*" "purchaser*" "user" "users" "buyer*" "market"])) NEAR/5 (BodyText:"demand" OR (BodyText:"purchas*" NEAR/3 BodyText:"dec*"))) NEAR/15 (((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ███████████████ ███████████████ ███████████████ "])) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) OR (((BodyText:["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText:["Whats App" "WhatsApp" "Signal" "Telegram"]) OR ((BodyText:["facebook" "meta"]) NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["google"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["android"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["Samsung"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["wallet*"] NEAR/2 BodyText:["digital" "mobile"]) OR (BodyText:["payment*"] NEAR/2 (BodyText:["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText:["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText:["venmo" "cashapp" "paypal"]) OR ((BodyText:["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText:["pay" "wallet"]) NEAR/2 (BodyText:["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText:["watch*"] NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR | |
| Watch 18.1 | All Documents related to any factors affecting consumer demand for a Smartwatch, such as the Smartwatch's price, features, or quality (including quantity, price, and quality of available Apps, hardware accessories, or other complementary products and services); usage of any Smartphone or Identified Product or Service; and all Documents related to metrics, key performance indicators, and measures related to consumer demand for a Smartwatch. | (((((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/20 ("demand" OR ("purchas*" NEAR/10 "dec*"))) NEAR/20 (#Apple Smartwatches# OR #Non-Apple Smartwatches#))<br><br>MDL Plaintiffs are concerned that these are not the right search terms or the right custodians to identify responsive documents. We ask Apple to provide new search terms better tailored to identify the documents responsive to this RFP and/or to identify additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010- 6/21/2025 | ((((((BodyText:["consumer*" "customer*" "purchaser*" "user" "users" "buyer*" "market"])) NEAR/20 (BodyText:["demand"] OR (BodyText:["purchas*"] NEAR/10 BodyText:["dec*"]))) NEAR/20 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ███████████████ ███████████████ "])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| iPhone 18(A)/Watch 18.2 | All documents related to the cross-elasticity of demand for the iPhone, including any documents concerning the responsiveness of demand to changes in price among the iPhone and all other Smartphones. | (((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 1/1/2014-6/21/2025 | (((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass: "EF" AND DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")) AND (((BodyText: ["consumer*" "customer*" "purchaser*" "user" "users" "buyer*" "market"]) NEAR/5 (BodyText: "demand" OR (BodyText: "purchas*" NEAR/3 BodyText: "dec*"))) NEAR/15 (BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "] OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple") OR BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"] OR (BodyText : ["smartphone*" "smart phone*"] NEAR/5 BodyText : ["third-party" "non Apple" "non-Apple"]) OR BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"] OR (BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ▮▮▮▮▮▮▮▮▮▮ " "encrypt*" "end to end" "end-to-end" ▮▮▮▮▮▮ "iCard" "iMessage" "iMessages" "iPay" "iWallet" ▮▮▮▮ | |
| iPhone 19/Watch 19 | All documents related to any factors affecting the ability or incentive for developers or third parties **to create apps or accessories compatible with a particular Smartphone**, such as the size and characteristics of the installed base of users of a particular Smartphone or type of Smartphone, the costs, fees, or commissions charged by the Smartphone provider, features offered by the Smartphone, technological restrictions imposed by the Smartphone provider or operating system, and any other terms of dealing. | (("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#) | 1/1/2014-6/21/2025 | (((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND (((BodyText : ["third part*" "developer*" "manufacturer*"] NEAR/10 BodyText : ["incentiv*" "motiv*" "bonus*" "benefit*" "attract*" "induc*" "encourag*" "advantag*" "convenien*" "ease" "barrier*" "restrict*" "difficult*" "abilit*" "capab*" "unable" "inabilit*" "block*" "inaccess*" "access*"]) NEAR/20 (BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮ "] OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple") OR BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"] OR (BodyText : ["smartphone*" "smart phone*"] NEAR/5 BodyText : ["third-party" "non Apple" "non-Apple"]) OR BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"] OR (BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ▮▮▮▮▮▮▮▮ "encrypt*" "end to end" "end-to-end" ▮▮▮▮ | Limited to only MDL Docs + Families; Used Gov't Defintions |

| | | | | |
|---|---|---|---|---|
| Watch 19.1 | All Documents related to any factors affecting the ability or incentive for Developers or third parties to create Apps or accessories compatible with a particular Smartwatch, such as the size and characteristics of the installed base of users of a particular Smartwatch or type of Smartwatch, the costs, fees, or commissions charged by the Smartwatch provider, features offered by the Smartwatch or the Smartphone to which it is connected, technological restrictions imposed by the Smartwatch provider or operating system or the Smartphone provider or operating system to which the Smartwatch is connected, and any other terms of dealing. | (("third part*" OR "developer*" OR "manufacturer*") NEAR/10 ("incentiv*" OR "motiv*" OR "bonus*" OR "benefit*" OR "attract*" OR "induc*" OR "encourag*" OR "advantag*" OR "convenien*" OR "ease" OR "barrier*" OR "restrict*" OR "difficult*" OR "abilit*" OR "capab*" OR "unable" OR "inabilit*" OR "block*" OR "inaccess*" OR "access*")) NEAR/20 (#Apple Smartwatches# OR #Non-Apple Smartwatches#)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. | 1/1/2010-6/21/2025 | ((((BodyText:["third part*" "developer*" "manufacturer*"]) NEAR/10 (BodyText:["incentiv*" "motiv*" "bonus*" "benefit*" "attract*" "induc*" "encourag*" "advantag*" "convenien*" "ease" "barrier*" "restrict*" "difficult*" "abilit*" "capab*" "unable" "inabilit*" "block*" "inaccess*" "access*"])) NEAR/20 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ███████████████████████████████████ ])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 21/Watch 21 | All documents related to actual or potential purchases of iPhones outside of the United States for resale or use in the United States, including documents related to actions Apple takes or asks third parties to take to limit, prevent, or punish such purchases and resale. | ((*sale* OR purchase* OR arbitrage OR (market NEAR/2 (gray OR grey)) OR (harmon* NEAR/5 pric*) OR "international price" OR import* OR export*)) AND (("ex US" OR "foreign" OR "abroad" OR "overseas" OR "non US" OR "outside the US" OR "outside the United States" OR "international" OR "in another country" OR "rest of the world" OR "ROW" OR "out of the US" OR "out of the country" OR "out of the United States" OR "global"))) NEAR/10 (#iPhone#) | 1/1/2014-6/21/2025 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND (((BodyText : ["*sale*" "purchase*" "arbitrage" "international price" "import*" "export*"] OR (BodyText : "market" NEAR/2 BodyText : ["gray" "grey"]) OR (BodyText : "harmon*" NEAR/5 "pric*")) AND (BodyText : ["ex US" "foreign" "abroad" "overseas" "non US" "outside the US" "outside the United States" "international" "in another country" "rest of the world" "ROW" "out of the US" "out of the country" "out of the United States" "global"])) NEAR/10 (BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ████████████████████████ ██████████ OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |

| iPhone 25/Watch 25 | All documents since January 1, 2010 related to the actual or potential effects of ending or altering any aspect of the Alleged Conduct, including allowing alternative app stores or app downloads from websites on the iPhone, modifying App Review Guidelines, or giving third parties access to the APIs or features currently or previously reserved for Apple products or services. | ("effec*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((("open*" OR "acc*" OR "permi*") NEAR/3 ("ios" OR "ecosystem")) OR (("open*" OR "access*" OR "permi*") NEAR/3 ("nfc" OR "uwb")) OR "sideload*" OR ("side" NEAR/2 "load*") OR (("alternat*" OR "compet*" OR "other" OR "thirdparty" OR (("third" OR "3rd" OR "3d") NEAR/2 ("pty" OR "party")) OR "3P*") NEAR/3 ("appstore" OR ("app" NEAR/2 "store"))) OR "store within" OR "store-like" OR "SWAS" OR "superapp*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 ("super app*" OR "miniapp*" OR "mini app*" OR "miniprogram*" OR "mini program*" OR "linkout*" OR "link out*" OR "weblink*" OR (("web" OR "url") NEAR/3 "link*") OR #Non-Apple Super Apps#)) OR (("imessag*" OR "messag*") NEAR/15 ("android*" OR "samsung*" OR "pixel*" OR "rcs*" OR "compatib*")) OR ((("action*" NEAR/2 "notif*") OR "ancs") NEAR/15 #Non-Apple Smartwatches#) OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 (#Non-Apple Wallets#)) OR "reader rule*" OR "readerrule*" OR (("open*" OR "access*" OR "allow*" OR "permi*" OR "tolerat*" OR "ok*") NEAR/3 #Non-Apple Cloud-Streamed Gaming#) OR (("apple card" OR "applecard") NEAR/15 ("android*" OR "samsung*" OR "pixel*"))) | 1/1/2014–6/21/2025 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND (((BodyText : ["third part*" "developer*" "manufacturer*"] NEAR/10 BodyText : ["incentiv*" "motiv*" "bonus*" "benefit*" "attract*" "induc*" "encourag*" "advantag*" "convenien*" "ease" "barrier*" "restrict*" "difficult*" "abilit*" "capab*" "unable" "inabilit*" "block*" "inaccess*" "access*"])) NEAR/20 (BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "] OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple") OR BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"] OR BodyText : ["smartphone*" "smart phone*"] NEAR/5 BodyText : ["third-party" "non Apple" "non-Apple"]) OR BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"] OR (BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ▮▮▮▮▮▮▮▮▮▮ encrypt*" "end to end" "end-to-end" | Limited to only MDL Docs + Families; Used Gov't Defintions |
| Watch 25.1 | All Documents since January 1, 2010 related to the actual or potential effects of ending or altering any aspect of the Alleged Conduct, including modifying the DPLA, modifying App Review Guidelines, or giving third parties access to the APIs or features currently or previously reserved for Apple products or services. | Search 25.1.1 ("#Apple Smartwatches#" OR "WatchOS") AND (("effect*" OR "impact*" OR "negat*" OR "profit*" OR "pric*" OR "margin*" OR "cost*" OR "compet*" OR "loss*") NEAR/100 ((open* OR access* OR permi* OR allow* OR interoper* OR restrict* OR prohibit* OR block* OR prevent* OR interface* OR deny OR tolerat* OR ok* OR privat* OR compatib* OR amend*) NEAR/25 ("dpla" OR "dev* program* licens* agree*" OR API* OR "application* program* interface*" OR entitlement* OR "ancs" OR notif* OR imessag* OR "rcs" OR encrypt* OR (background NEAR/5 (execut* OR process*)) OR wallet* OR "nfc")))) MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 1/1/2014–6/2 | (((((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "])) OR BodyText:["WatchOS"]) AND ((BodyText:["effect*" "impact*" "negat*" "profit*" "pric*" "margin*" "cost*" "compet*" "loss*"]) NEAR/100 ((BodyText:["open*" "access*" "permi*" "allow*" "interoper*" "restrict*" "prohibit*" "block*" "prevent*" "interface*" "deny" "tolerat*" "ok*" "privat*" "compatib*" "amend*"]) NEAR/25 (BodyText:["dpla" "dev* program* licens* agree*" "API*" "application* program* interface*" "entitlement*" "ancs" "notif*" "imessag*" "rcs" "encrypt*"] OR (BodyText:["background"] NEAR/5 (BodyText:["execut*" "process*"])) OR BodyText:["wallet*" "nfc"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | Search 25.1.2 (sideload* OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 1/1/2014–6/2 | (((BodyText:["sideload*"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

128

| | | | | |
|---|---|---|---|---|
| iPhone 27/Watch 27 | All documents and data related to any Smartphone's usable life, the length of time over which consumers use it, the number and type of consumers that use it, its quality and value at any point in time, and all related metrics or key performance indicators. | ("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone#) AND ((("usable" OR "useable" OR "useful") NEAR/15 ("life*" OR "age")) OR ("residual" NEAR/5 "value") )<br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP.  MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians. | 1/1/2014-6/2 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["smartphone*" "smart phone*"] OR (BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████ "]<br><br>OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"] OR (BodyText : ["smartphone*" "smart phone*"] NEAR/5 BodyText : ["third-party" "non Apple" "non-Apple"]) OR BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) AND (((BodyText : ["usable" "useable" "useful"]) NEAR/5 (BodyText : ["life" "lifetime" "lives" "lifespan" "age"])) OR (BodyText : "residual" NEAR/5 BodyText : "value"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 28/Watch 28 | All documents related to the value of a user to Apple, including customer lifetime value, entry point analyses, revenue per user, subsequent hardware purchases, and any revenue or benefit that Apple has received or anticipates receiving from a customer or third party due to a customer's purchase or use of any Apple products, services, or subscriptions. For avoidance of doubt, this includes documents related to Apple's assumptions or analyses about user behavior related to any such analysis, as well as all metrics, key performance indicators, and other measures related to any such analysis. | ((("CLV" OR "CLTV" OR "ARPU") OR ("entry point" NEAR/3 ("analysis" OR "analyses")) OR (("customer" OR "purchaser" OR "intender*") NEAR/10 ("value" OR "life time" OR "lifetime" OR "LTV" OR "return" OR "ROI" OR "long term" OR "longterm" OR "loyal*" OR "devoted" OR "dedicated" OR "commitment" OR "committed" OR "faithful" OR "worth" OR "net*" OR "profit*" OR "spend*" OR "revenue" OR "revenues"))) NEAR/30 (#iPhone# OR #Apple Relevant Products or Services# OR #Apple Smartwatches#))<br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP.  MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians. | 1/1/2014-6/2 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["CLV" "CLTV" "ARPU"] OR (BodyText : "entry point" NEAR/3 BodyText : ["analysis" "analyses"]) OR (BodyText : ["customer" "purchaser"] NEAR/5 BodyText : ["value" "life time" "lifetime" "LTV" "return" "ROI" "long term" "longterm" "loyal" "loyalty" "devoted" "dedicated" "commitment" "committed" "faithful" "worth" "net*" "profit*" "spend*" "revenue" "revenues"])) NEAR/30 (BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████ "] OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple") OR (BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ██████ "encrypt*" "end to end" "end-to-end" ██████ " "iCard" "iMessage" "iMessages" "iPay" "iWallet" ██████ " "watch os"]) OR (BodyText : ["Apple" "iPhone" "iOS"] NEAR/15 BodyText : ["SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" █████ "secure enclave"]) OR (BodyText : ["super" "platform" "mini" "instant" "HTML5"] NEAR/3 BodyText : ["app*" "program*" "game*"]) OR (BodyText : "apple" NEAR/5 Bodytext: ["BNPL" "P2P" "tap-to-pay" "tap to pay"]) OR (BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : "apple" NEAR/3 BodyText : "digital" NEAR/5 BodyText : "wallet*") OR (BodyText : "apple*" NEAR/3 BodyText : "silicon") OR (BodyText : "cloud" NEAR/2 BodyText : "gam*"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |

129

| | | | | | |
|---|---|---|---|---|---|
| iPhone 29/Watch 29 | From 2007 to the present, all contracts between Apple, U.S. wireless carriers, or any other retailers relating to the iPhone, and all communications from 2015 onwards related to the negotiations of those contracts or to carrier or retailer sales or promotions. | Search 29(B) [Limit search to emails and messages]<br><br>("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier*" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "BB" "bestbuy" OR "Costco" OR "Target" OR "Sam's Club" OR "Amazon" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#)<br><br>NEAR/10<br><br>((contract* OR agreement* OR negotiat* OR promotion*) NEAR/30 iPhone) | 1/1/2015-6/21/2025 | (DocType:Document AND (BodyText:["contract" "agreement"]) NEAR/20 (BodyText:Apple NEAR/20 (BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "carrier*" "carriers" "retailer*" "Walmart" "Wal-Mart" "Best Buy" "BB" "bestbuy" "Costco" "Target" "Sam's Club" "Amazon" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket Wireless" "Bluegrass Cellular" "Credo Mobile" "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum" "Global Wireless" "Mint Mobile" "Cox Wireless"] OR (BodyText:["Tmobile" "T Mobile" OR "TMO" OR "ATT" "AT&T" "Verizon" OR "VZ"Â OR "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket Wireless" "Bluegrass Cellular" "Credo Mobile" "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Global Wireless" "Mint Mobile" "Cox Wireless"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "Costco" "Target" "Sam's Club" "Amazon"])))) AND ((ParentDocDate >= "2015-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2015-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| iPhone 29/Watch 29 | From 2007 to the present, all contracts between Apple, U.S. wireless carriers, or any other retailers relating to the iPhone, and all communications from 2015 onwards related to the negotiations of those contracts or to carrier or retailer sales or promotions. | Search 29(A) [Limit to documents only - no emails or messages]<br><br>(contract OR agreement)<br><br>NEAR/20<br><br>(Apple NEAR/20 ("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier*" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "BB" "bestbuy" OR "Costco" OR "Target" OR "Sam's Club" OR "Amazon" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#)) | 1/1/2015-6/21/2025 | (DocType:[Email Messages] AND (BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "carrier*" "carriers" "retailer*" "Walmart" "Wal-Mart" "Best Buy" "BB" "bestbuy" "Costco" "Target" "Sam's Club" "Amazon" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket Wireless" "Bluegrass Cellular" "Credo Mobile" "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum" "Global Wireless" "Mint Mobile" "Cox Wireless"] OR (BodyText:["Tmobile" "T Mobile" OR "TMO" OR "ATT" "AT&T" "Verizon" OR "VZ"Â OR "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket Wireless" "Bluegrass Cellular" "Credo Mobile" "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Global Wireless" "Mint Mobile" "Cox Wireless"]) OR (BodyText:["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "Costco" "Target" "Sam's Club" "Amazon"])) NEAR/10 ((BodyText:[contract* agreement* negotiat* promotion*]) NEAR/30 BodyText:iPhone)) AND ((ParentDocDate >= "2015-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2015-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| Watch 29.1 | All contracts between Apple, U.S. wireless carriers, or any other retailers relating to the Apple Watch, and all Communications related to the negotiations of those contracts or to carrier or retailer sales or promotions. | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target") NEAR/10 ("contract*" OR "agreement*" OR "negotiat*" OR "term" OR "terms" OR "condition" OR "conditions" OR "sale" OR "sales" OR "promotion" OR "promotions" OR ("exclusiv*" NEAR/5 ("restrict*" OR "oblig*" OR "licens*")) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR ("discount*" NEAR/3 ("volume" OR "bulk"))) NEAR/20 (#Apple Smartwatches#) | 1/1/2015-6/2 | (((((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "carrier" "carriers" "retailer*" "Walmart" "Wal-Mart" "Best Buy" "Costco" "Target"]) NEAR/10 (BodyText:["contract*" "agreement*" "negotiat*" "term" "terms" "condition" "conditions" "sale" "sales" "promotion" "promotions"] OR (BodyText:["exclusiv*"] NEAR/5 (BodyText:["restrict*" "oblig*" "licens*"])) OR BodyText:["most-favored nation*" "MFN*" "pric* parity"] OR (BodyText:["discount*"] NEAR/3 (BodyText:["volume" "bulk"])) NEAR/20 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ████████████████████████████████████████████ ")))))) AND ((ParentDocDate >= "2015-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2015-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

130

| | | | |
|---|---|---|---|
| iPhone 31/Watch 31 | All documents after January 1, 2010 related to Smartphone customer segments, groups, or sub-groups, including:<br>a. Previous Smartphone ownership, including upgraders, switchers, and "boomerangs";<br>b. Use of other Apple products or services;<br>c. Wireless carriers;<br>d. Country or geography;<br>e. Demographic characteristics; and<br>f. Social graphs. | ((("up-market" OR "entry-level" OR "entry level" OR "premium" OR "tier" OR "consumer" OR "hero" OR "SMP" OR "postpaid" OR "prepaid" OR "prepay" OR ("price" NEAR/5 ("band" OR "range")) OR ("elite" OR "flagship" OR "student status" OR "boomerang*") OR ("customer*" OR "purchaser*" OR "consumer*" OR "owner*" OR "buyer*")) NEAR/15 ("segment*" OR "group*" OR "social graph" OR "demographic*" OR "buy mix" OR "buy-mix" OR "countr*" OR "geograph*" OR "region*" OR "analys*"  OR "report*" OR "upgrad*" OR "switch*" OR "alternat*" OR "repeat*" OR "demo*" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender")) NEAR/20 (#iPhone# OR #Non-Apple Smartphone#))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive.<br><br>MDL Plaintiffs also do NOT consent to the use of the Search Term Definitions from the Government Action for this search. | 1/1/2010-6/2 |
| | | (((((BodyText:["up-market"] OR BodyText:["entry-level"] OR BodyText:["entry level"] OR BodyText:["premium"] OR BodyText:["tier"] OR BodyText:["consumer"] OR BodyText:["hero"] OR BodyText:["SMP"] OR BodyText:["postpaid"] OR BodyText:["prepaid"] OR BodyText:["prepay"] OR (BodyText:["price"] NEAR/5 (BodyText:["band" "range"])) OR (BodyText:["elite" "flagship" "student status" "boomerang*"])) OR (BodyText:["customer*" "purchaser*" "consumer*" "owner*" "buyer*"])) NEAR/15 (BodyText:["segment*" "group*" "social graph" "demographic*" "buy mix" "buy-mix" "countr*" "geograph*" "region*" "analys*" "report*" "upgrad*" "switch*" "alternat*" "repeat*" "demo*" "age" "kids" "teens" "adults" "men" "women" "sex" "gender"])) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████████████<br>███████████████<br>███████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"]))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01- | |
| Watch 31.1 | All Documents after January 1, 2010 related to Smartwatch customer segments, groups, or sub-groups, including:<br>a. Previous Smartwatch ownership, including upgraders, switchers, and "boomerangs";<br>b. Use of other Apple products or services;<br>c. Wireless carriers;<br>d. Country or geography;<br>e. Demographic characteristics; and<br>f. Social graphs. | [Apple Notes on 6/12 Counter] Apple ran Apple's 6/19 proposed search term.<br><br>((("up-market" OR "entry-level" OR "entry level" OR "premium" OR "tier" OR "consumer" OR "hero" OR "SMP" OR "postpaid" OR "prepaid" OR "prepay" OR ("price" NEAR/5 ("band" OR "range")) OR ("elite" OR "flagship" OR "student status" OR "boomerang*") OR ("customer*" OR "purchaser*" OR "consumer*" OR "owner*" OR "buyer*" OR "intender*")) NEAR/15 ("segment*" OR "group*" OR "social graph" OR "demographic*" OR "buy mix" OR "buy-mix" OR "countr*" OR "geograph*" OR "region*" OR "analysis" OR "analyses" OR "report*" OR "upgrade*" OR "switch*" OR "repeat*")) NEAR/20 ("watch" OR #AppleSmartwatches# OR #Non-Apple Smartwatches#)) | 1/1/2010-6/21/2025 |
| | | (((BodyText:["up-market" "entry-level" "entry level" "premium" "tier" "consumer"]) NEAR/15 (BodyText:["segment*" "group*" "social graph" "demographic*" "buy mix" "buy-mix" "countr*"])) NEAR/20 (((BodyText:["apple"] NEAR/1 BodyText:["watch*"]) OR (BodyText:["watchos" "watch os" ███████████████<br>███████████████<br>███████████████ ])) OR ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"]))))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| iPhone 32/Watch 32 | All documents related to the social dynamics, stigma, or peer pressures in choice of Smartphone or Identified Product or Service in any customer segment, including all documents related to Apple's efforts to increase usage by particular consumer segments, use of the iPhone or any Identified Product or Service by younger customers, family members, or peers, and any effect on future demand for Apple Smartphones or other Apple products and services. | ("green bubble" w/10 (avoid OR dislike* OR  O hate OR embarras* OR friction OR switch* OR boomerang OR entrench OR incent* OR "group chat*")) | 1/1/2014-6/2 |
| | | (((BodyText:["green bubble"] NEAR/20 BodyText:["avoid" "dislike*" "hate" "embarras*" "friction" "switch*" "boomerang" "entrench" "incent*" "group chat*"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| iPhone 34/Watch 34 | All documents related to the use or potential use of apps or app stores directly downloaded from the internet or non-Apple app stores on the iPhone in any geography, including technical assessments, use by Enterprise customers, any comparisons to Android or other operating systems, and any actual or potential effect on:<br>a. Apple's revenues and profitability;<br>b. User and developer behavior, spending, revenue, and profitability;<br>c. The number, quality, and features of apps available for use on the iPhone;<br>d. Consumer demand, purchase intentions, and Smartphone switching;<br>e. Privacy or security for users or developers, including threat assessments or Threat Models; and<br>f. Potential alternatives to app stores, including web stores and progressive web apps. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 1/1/2014-6/21/2025 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 34(A) | All documents related to the use or potential use of apps or app stores directly downloaded from the internet or non-Apple app stores on the iPhone in any geography, including all documents and data regarding consumer propensity to use web-based apps versus native iPhone apps. | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>MDL Plaintiffs reiterate their request from their May 26 counterproposal: Plaintiffs ask that Apple propose search terms and custodians to target documents regarding consumer propensity to use we-based apps versus native iphone apps. | 1/1/2014-6/21/2025 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 36/Watch 36 | All documents related to payment methods actually or potentially available for use on the iPhone, including related to payment processors, in-app payments, payments using virtual currencies, and payments made on web browsers or web apps. For avoidance of doubt, this includes any payment methods on the iPhone that Apple has disallowed in whole or in part, at any point in time. | ((("digital" NEAR/5 "wallet*") OR (contactless /5 app) OR ("Apple Pay" OR "Apple Wallet") OR ("payment" NEAR/5 "method*") OR ("tap" NEAR/5 "pay") OR ("contactless" NEAR/5 "pay*") OR ("in-app" NEAR/5 "payment*") OR ("virtual currenc*") OR ("cryptocurrenc*" OR "e currenc*" OR "IAP")) NEAR/15 (#iPhone#)) | 1/1/2014-6/2 | (((((BodyText:["digital"] NEAR/5 BodyText:["wallet*"]) OR (BodyText:["contactless"] /5 BodyText:["app"]) OR (BodyText:["Apple Pay" "Apple Wallet"]) OR (BodyText:["payment"] NEAR/5 BodyText:["method*"]) OR (BodyText:["tap"] NEAR/5 BodyText:["pay"]) OR (BodyText:["contactless"] NEAR/5 BodyText:["pay*"]) OR (BodyText:["in-app"] NEAR/5 BodyText:["payment*"]) OR (BodyText:["virtual currenc*"]) OR (BodyText:["cryptocurrenc*" "e currenc*" "IAP"])) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████ ██████████████████████ ██████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple"))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

132

| | | | | |
|---|---|---|---|---|
| iPhone 37/Watch 37 | All documents related to the design, development, marketing, or sale of any Smartphone or Identified Product or Service, concerning:<br>a. user habits, user inertia, user-interface features, user-facing permission flows, user-facing defaults, user-facing choice screens, user-facing notifications another messages presented to users by a Smartphone's operating system or mobile applications;<br>b. the number of steps required, load times, or other frictions for users to set up, use, or purchase a Smartphone, mobile application, or Identified Product or Service;<br>c. performance standards to which Apple has held its own apps, products, and services;<br>d. Apple's assessments of the user experience (e.g., usability, friction, latency, setup process, permission flows) for Apple and non-Apple apps, products, or services on iPhones or non-Apple smartphones; and<br>e. anonymized data regarding the actual performance of any Smartphones or Identified Products and Services. | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 5/29 proposed search term with the requested date range.<br><br>(("smartphone*" OR "smart phone*" OR #iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products and Services# OR #Non-Apple Relevant Products or Services#) NEAR/25 ("design" OR "develop*" OR "marketing" OR "sale*")) NEAR/50 (("user*" NEAR/3 ("habit*" OR "inertia" OR "interface*" OR "permission*" OR "default*" OR "choice screen*" OR "notification*") OR "friction*" OR "load time*" OR "performance standard*" OR "KPI*") | 1/1/2010-6/21/2025 | (((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["smartphone*" "smart phone*"] OR (BodyText : ["Apple Smart Phone*" "Apple Smartphone*"<br><br>████████████████<br><br>████████"]<br>OR (BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/1 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"] OR (BodyText : ["smartphone*" "smart phone*"] NEAR/5 BodyText : ["third-party" "non Apple" "non-Apple"]) OR BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) AND (((BodyText : ["usable" "useable" "useful"]) NEAR/5 (BodyText : ["life" "lifetime" "lives" "lifespan" "age"])) OR (BodyText : "residual" NEAR/5 BodyText : "value")))) | Limited to only MDL Docs + Families |
| iPhone 38/Watch 38 | All documents related to consumer views about the privacy, security, user experience, or quality of Smartphones, including how consumers' views:<br>a. are affected by Smartphone manufacturers' product decisions and marketing strategies and campaigns;<br>b. are affected by the product decisions and marketing strategies and campaigns related to any Identified Product or Service;<br>c. compare to actual differences in Smartphone privacy, security, and quality; and<br>d. affect Smartphone demand, purchase intentions, switching, and consumer satisfaction. | (("consumer*" OR "customer*" OR "purchaser*" OR "buyer*" OR "user" OR "users") NEAR/10 ("view*" OR "opinion*" OR "survey*" OR "insight*" OR "feedback*" OR "sentiment" OR "qualtrics" OR "conjoint" OR "market research" OR "choice model" OR "digital diaries") NEAR/30 ("switch*" OR  "boomerang") NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | ((((BodyText:["consumer*" "customer*" "purchaser*" "buyer*" "user" "users"]) NEAR/10 (BodyText:["view*" "opinion*" "survey*" "insight*" "feedback*" "sentiment" "qualtrics" "conjoint" "market research" "choice model" "digital diaries"]) NEAR/30 (BodyText:["switch*" "boomerang"]) NEAR/50 (((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade"<br><br>██████████████<br>"encrypt*" "end to end" "end-to-end"<br>████████ "iCard" "iMessage" "iMessages" "iPay" "iWallet"<br>████████ " "watch os" "App Store" "Health*" "Low Power Mode" "Background*" "Control Center"]) OR ((BodyText : ["Apple" "iPhone" "iOS"]) NEAR/15 (BodyText : ["messag*" "SMS" "MMS" "RCS" "HCE" "host card emulation " "host-card-emulation" "Remote Server*" "Secure Element" "SE" "████████ " "secure enclave"])) OR ((BodyText : ["super" "platform" "mini" "instant" "HTML5"]) NEAR/3 (BodyText : ["app*" "program*" "game*"])) OR (BodyText : "apple" NEAR/5 (BodyText : ["BNPL" "P2P" "tap-to-pay" "tap to pay"])) OR (BodyText : "watch*") OR (BodyText :"apple" NEAR/3 BodyText :"digital" NEAR/5 BodyText :"wallet*") OR (BodyText :"apple*" NEAR/3 BodyText :"silicon") OR (BodyText :"cloud" NEAR/2 BodyText :"gam*")) OR ((BodyText : ["Apple Smart Phone*" "Apple Smartphone*"<br>████████████<br><br>████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" | |

| | | | | |
|---|---|---|---|---|
| iPhone 39/Watch 39 | All documents related to user switching between Smartphones or any models thereof (i.e., switching between an iPhone and a non-Apple Smartphone, switching from one iPhone to another iPhone, or switching from one non-Apple Smartphone to another non-Apple Smartphone), including:<br>a. the ease or difficulty of switching,<br>b. the costs of switching,<br>c. the relationship between the cost or difficulty and likelihood of switching,<br>d. stickiness,<br>e. customer loyalty or churn,<br>f. tools and support services available for switching,<br>g. the duration of time between switching (e.g., how long a user has used an iPhone before switching to a non-Apple Smartphone),<br>h. consumer views about switching,<br>i. the availability and performance of complementary products and services, including any changes thereto, and<br>j. documents related to the Data Transfer Project or other products, services, initiatives, or partnerships that facilitate switching from iPhones to non-Apple smartphones. | (((("boomerang OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | ((((((BodyText:["boomerang" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████████████████████████████████"])<br>OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR | |
| | | Search 39.2<br>("Data Transfer Project") | 1/1/2014-6/21/2025 | ((BodyText:["Data Transfer Project"]) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 39(A) | All documents related to user switching between Smartphones or any models thereof (i.e., switching between an iPhone and a non-Apple Smartphone, switching from one iPhone to another iPhone, or switching from one non-Apple Smartphone to another non-Apple Smartphone), including:<br>a. the ease or difficulty of switching,<br>b. the costs of switching,<br>c. the relationship between the cost or difficulty and likelihood of switching,<br>d. stickiness,<br>e. customer loyalty or churn,<br>f. tools and support services available for switching,<br>g. the duration of time between switching (e.g., how long a user has used an iPhone before switching to a non-Apple Smartphone),<br>h. consumer views about switching,<br>i. the availability and performance of complementary products and services, including any changes thereto, and<br>j. documents related to the Data Transfer Project or other products, services, initiatives, or partnerships that facilitate switching from iPhones to non-Apple smartphones. | ((((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████████████████████████████████"]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | |

134

| | | | 1/1/2014-6/21/2025 | (("Data Transfer Project") | | | ((BodyText:["Data Transfer Project"]) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
|---|---|---|---|---|

**Watch 39.1**

All Documents related to user switching between Smartwatches or any models thereof (i.e., switching between an Apple Watch and a non-Apple Smartwatch, switching from one Apple Watch to another Apple Watch, or switching from one non-Apple Smartwatch to another non Apple Smartwatch), including:
a. the ease or difficulty of switching,
b. the costs of switching,
c. the relationship between the cost or difficulty and likelihood of switching,
d. stickiness,
e. customer loyalty or churn,
f. tools and support services available for switching,
g. the duration of time between switching (e.g., how long a user has used an Apple Watch before switching to a non-Apple Smartwatch),
h. consumer views about switching,
i. the availability and performance of complementary products and services, including any changes thereto, and
j. Documents related to the Data Transfer Project or other products, services, initiatives, or partnerships that facilitate switching from Apple Watches to non-Apple Smartwatches.

(("switch*" OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in") NEAR/10 ("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "support" OR "tool*" OR "cost*" OR "expense*" OR "effort*" )) NEAR/50 (#Apple Smartwatches# OR #Non-Apple Smartwatches#) AND (#Non-Apple Smartwatches# OR #AppleSmartwatches#))

MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs.

MDL Plaintiffs object to the date range, which should begin on 1/1/2010.

1/1/2010-6/21/2025

((((BodyText:["switch*" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in"]) NEAR/10 (BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"])) NEAR/20 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ██████████████████████████████████████████████████████████"])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))))

**iPhone 40/Watch 40**

All documents related to how consumers' ownership or use of one or more Apple products or services affects consumers' decisions regarding the purchase or use of additional products or services from Apple or other firms.

((("consumer*" OR "customer*" OR "user" OR "users" OR "own*") NEAR/10 ("prefer" OR "preference*" OR "decision*" OR "decide" OR "decided" OR "purchas*" OR "choos*" OR "choice*" OR "evaluat*" OR "perceiv*" OR "percept*" OR "behavior*" OR "loyalt*" OR "pick*" OR "want*" OR "switch*" OR "change*" OR "stick*" OR "stay*" OR "keep" OR "kept") NEAR/20 ("multiple" OR "more than one" OR "two" OR "many")) NEAR/50 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#))

1/1/2010-6/21/2025

(((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["consumer*" "customer*" "user" "users" "own*"] NEAR/10 BodyText : ["prefer" "preference*" "decision*" "decide" "decided" "purchas*" "choos*" "choice*" "evaluat*" "perceiv*" "percept*" "behavior*" "loyalt*" "pick*" "want*" "switch*" "change*" "stick*" "stay*" "keep" "kept"] NEAR/20 BodyText : ["multiple" "more than one" "two" "many"]) NEAR/50 (BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ██████████████████████████ "encrypt*" "end to end" "end-to-end" ████████████████████████ "iCard" "iMessage" "iMessages" "iPay" "iWallet" ████████████████ " "watch os"] OR (BodyText : ["Apple" "iPhone" "iOS"] NEAR/15 BodyText : ["SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" "████████" "secure enclave"]) OR (BodyText : ["super" "platform" "mini" "instant" "HTML5"] NEAR/3 BodyText : ["app*" "program*" "game*"]) OR (BodyText : "apple" NEAR/5 Bodytext: ["BNPL" "P2P" "tap-to-pay" "tap to pay"]) OR (BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : "apple" NEAR/3 BodyText : "digital" NEAR/5 BodyText : "wallet*") OR (BodyText : "apple*" NEAR/3 BodyText : "silicon") OR (BodyText : "cloud" NEAR/2 BodyText : "gam*") OR (BodyText : ["message" "messages" "messaging" "chat*" "communicat*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) OR BodyText: ["Whats App" "WhatsApp" "Signal" "Telegram"] OR (BodyText : ["facebook" "meta"] NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "google" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "android" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "Samsung" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText :

Limited to only MDL Docs + Families; Used Gov't Defintions

| iPhone 41/Watch 41 | All documents after January 1, 2010 related to the inability of non-Apple Messaging Systems to access the iPhone's carrier messaging capabilities, including requests from third parties for this ability, consideration of whether to provide this ability to third-party Messaging Systems, and any potential effects of doing so. | (((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS" OR "RSMS") OR ("Apple" NEAR/5 "messag*") OR ("messag*" NEAR/2 "app*") OR "iMessage") AND ("carrier" OR ("messag*" NEAR/5 ("app" OR "apps" OR "system*")))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used" OR "compatib*" OR "incompatib*")) NEAR/100 (#Non-Apple Smartwatches# OR ("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | 1/1/2010-6/2 | (((((((BodyText:["noniphone" "non iPhone" "non Apple" "nonApple" "non iOS" "noniOS" "non-iOS" "non native" "third part*" "Android" "outside*" "WhatsApp" "Signal" "telegram" "Messenger" "RCS" "SMS" "MMS" "RSMS"]) OR (BodyText:["Apple"] NEAR/5 BodyText:["messag*"]) OR (BodyText:["messag*"] NEAR/2 BodyText:["app*"]) OR BodyText:["iMessage"]) AND (BodyText:["carrier"] OR (BodyText:["messag*"] NEAR/5 (BodyText:["app" "apps" "system*"])))) NEAR/30 (BodyText:["access*" "interact*" "request*" "block*" "ability*" "inability*" "able" "purchase*" "use" "uses" "used" "compatib*" "incompatib*"])) NEAR/10 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR (BodyText:["iPhone" "iPhones"]) AND NOT BodyText:["sent from my iPhone"]))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 42/Watch 42 | All documents after January 1, 2010 related to aspects of Apple Messages that differentiate, or plans for aspects of Apple Messages that could differentiate, messaging among iPhone users from messaging with non-iPhone users, including green and blue chat bubbles. | ((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*" OR degrad*) OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*") OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR SMS OR RSMS OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*") NEAR/30 (#Non-Apple Smartphone# OR #Non-Apple Smartwatches#)) | 1/1/2010-6/2 | ((((((BodyText:["differentiat*" "unique*" "feature*" "function*" "reaction" "thumbs up" "heart" "emoji" "encrypt*" "degrad*"]) OR (BodyText:["typing"] NEAR/2 BodyText:["indicator"]) OR (BodyText:["read"] NEAR/2 BodyText:["receipt*"]) OR (BodyText:["rich media" "disappear*" "ephemeral"]) OR (BodyText:["delivery"] NEAR/2 BodyText:["confirm*"]) OR (BodyText:["video"] NEAR/3 (BodyText:["call" "chat"])) OR BodyText:["RCS" "SMS" "RSMS"] OR ((BodyText:["green" "blue"]) NEAR/5 (BodyText:["bubble" "chat" "text" "box"])) OR (BodyText:["break*"] NEAR/5 (BodyText:["chat" "text" "group" "thread" "chain"])))) NEAR/10 (BodyText:["message" "messages" "messaging" "iMessage*"]) NEAR/30 (((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))))) AND | Limited to only MDL Docs + Families; Used Gov't Defintions |

| | | | | |
|---|---|---|---|---|
| iPhone 42(A) | All documents after January 1, 2010, related to the actual or potential impact of differentiating messaging among iPhone users from messaging with non-iPhone users (including green and blue chat bubbles) on consumer behavior, consumer purchasing decisions, consumer opinions of non-iPhone Smartphones, sales revenue from iPhones, or Apple's profitability. | (((("differentiat*" OR "unique*" OR "feature*" OR "function*" OR "reaction" OR "thumbs up" OR "heart" OR "emoji" OR "encrypt*" OR degrad*) OR ("typing" NEAR/2 "indicator") OR ("read" NEAR/2 "receipt*") OR ("rich media" OR "disappear*" OR "ephemeral") OR ("delivery" NEAR/2 "confirm*")) OR ("video" NEAR/3 ("call" OR "chat")) OR "RCS" OR SMS OR RSMS OR (("green" OR "blue") NEAR/5 ("bubble" OR "chat" OR "text" OR "box")) OR ("break*" NEAR/5 ("chat" OR "text" OR "group" OR "thread" OR "chain"))) NEAR/10 ("message" OR "messages" OR "messaging" OR "iMessage*")) NEAR/30 (#Non-Apple Smartphone# OR #Non-Apple Smartwatches#)) | 1/1/2010-6/2 | (((((BodyText:["differentiat*" "unique*" "feature*" "function*" "reaction" "thumbs up" "heart" "emoji" "encrypt*" "degrad*"]) OR (BodyText:["typing"] NEAR/2 BodyText:["indicator"]) OR (BodyText:["read"] NEAR/2 BodyText:["receipt*"]) OR (BodyText:["rich media" "disappear*" "ephemeral"]) OR (BodyText:["delivery"] NEAR/2 BodyText:["confirm*"]) OR (BodyText:["video"] NEAR/3 (BodyText:["call" "chat"])) OR BodyText:["RCS" "SMS" "RSMS"] OR ((BodyText:["green" "blue"]) NEAR/5 (BodyText:["bubble" "chat" "text" "box"])) OR (BodyText:["break*"] NEAR/5 (BodyText:["chat" "text" "group" "thread" "chain"]))) NEAR/10 (BodyText:["message" "messages" "messaging" "iMessage*"]) NEAR/30 (((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"]) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))))) AND | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 43/Watch 43 | All documents after January 1, 2012 related to the consideration, adoption, or development of cross-platform standards relating to an Identified Product or Service. This includes all documents relating to the consideration, adoption, or development of SMS, MMS, RCS, or messaging alternatives, including documents related to whether or how to adopt RCS on the iPhone, whether or how third parties adopt RCS, and the use or potential use of SMS, MMS, or RCS by non-Apple Messaging Systems on the iPhone or non-Apple Smartphones. This also includes all documents related to the development or potential development of cross-platform standards, protocols, or capabilities relating to video calls. | Search 43.1<br>((("cross platform" OR "interoperable*" OR "alternative*" OR "cross device*" OR RCS OR SMS OR RSMS) OR (("different" OR "difference*") NEAR/5 "device*") OR (("different" OR "difference*") NEAR/5 ("iOS" OR "Android" OR "OS" OR "operating system*"))) NEAR/25 ("standard*" OR "policy" OR "policies" OR "guideline*" OR "procedure*" OR "protocol*" OR "process" OR "processes" OR "capabilit*" OR "integrat*" OR "radar" OR "rdar*") NEAR/50 (#Non-Apple Smartwatches# OR #Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1/1/2012-6/2 | (((BodyText : ["cross platform" "interoperable*" "alternative*" "cross device*" "RCS" "SMS" "RSMS"]) OR (((BodyText : ["different" "difference*"]) NEAR/3 (BodyText : "device*")) OR ((BodyText : ["different" "difference*"]) NEAR/3 (BodyText : ["iOS" "Android" "OS" "operating system*"]))) NEAR/25 ((BodyText : ["standard*" "policy" "policies" "guideline*" "procedure*" "protocol*" "process" "processes" "capabilit*" "integrat*" "radar" "rdar*"]) NEAR/50 ((((BodyText : ["*watch" "*watches"]) NEAR/10 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"])) OR (BodyText : "*watch*" NEAR/10 (BodyText : ["Amazon" "AT&T" "Google" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"])) OR BodyText : ["Amazfit" "ASUS" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop" "pixel" "galaxy"] OR (BodyText : ["wearos" "wear os"])) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp | Limited to only MDL Docs + Families; Used Gov't Defintions |

137

| | | Search 43.1 ((("cross platform" OR "interoperable*" OR "alternative*" OR "cross device*" OR RCS OR SMS OR RSMS) OR (("different" OR "difference*") NEAR/5 "device*")) OR (("different" OR "difference*") NEAR/5 ("iOS" OR "Android" OR "OS" OR "operating system*"))) NEAR/25 ("standard*" OR "policy" OR "policies" OR "guideline*" OR "procedure*" OR "protocol*" OR "process" OR "processes" OR "capabilit*" OR "integrat*" OR "radar" OR "rdar*") NEAR/50 (#Non-Apple Smartwatches# OR #Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | (((BodyText:["RCS" "SMS" "RSMS"]) NEAR/25 (BodyText:["standard*" "policy" "policies" "guideline*" "procedure*" "protocol*" "process" "processes" "capabilit*" "integrat*" "radar" "rdar*"]) NEAR/3 (BodyText:["iOS" "Android" "OS" "operating system*"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
|---|---|---|---|---|
| iPhone 44/Watch 44 | All documents related to Apple's Actionable Notifications API, the Apple Notification Center Service (ANCS) API, or any software that enables a Smartwatch to access Smartphone notifications or functionality, including: a. potential and actual development costs and challenges (past, current, or future); b. requirements, design, or features, including roadmaps; the availability of similar capabilities on Android or other Smartphone operating systems; d. potential design for non-Apple Smartwatches or barriers thereto; and e. potential or actual features available to non-Apple Smartwatches. | ((("software" OR "technolog*" OR "API*" OR "Application Programming Interface*" OR "actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "notification*" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct")) NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 1/1/2014-6/21/2025 | (((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["software" "technolog*" "API" "APIs" "Application Programming Interface*" "actionable notification*" "Apple Notification Service Center" "Apple Notification Center Service" "Notification Center" "ANCS" "notification*" "message access profile" "MAP 1.4" "Bluetooth" "WiFi Direct" "Wi-Fi Direct"]) NEAR/50 (((BodyText : ["*watch" "watches"] NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"])) OR (BodyText : "*watch*" NEAR/3 (BodyText : ["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"])) OR BodyText : ["fitbit" "wearos" "wear os"]) OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR BodyText : ["watchos" "watch os" ██████ "]))))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 45/Watch 45 | All documents related to the development and implementation of new features for the Actionable Notifications API, the ANCS API, or any software that enables a Smartwatch to access Smartphone notifications or functionality, including: a. the Company's assessment of whether to implement any new features; b. communications between the Company and any third parties concerning or requesting the implementation of new features; c. the date that development of any feature began, and the date that the feature was first implemented or provided; and d. total development costs incurred by the Company to date, and the total costs projected for any continuing development of the new feature. | (("develop" OR "developed" OR "developing" OR "implement*" OR "engineer*" OR "program*" OR "implement*" OR "release*" OR "evaluat*" OR "assess*" OR "test*") NEAR/10 ("feature*" OR "function*" OR "access" OR "accessibility" OR "capab*") NEAR/30 ("actionable notification*" OR "Apple Notification Service Center" OR "Apple Notification Center Service" OR "Notification Center" OR "ANCS" OR "API" OR "APIs" OR "application programming interface*" OR "technolog*" OR "software" OR "notification*" OR "cost" OR "price" OR "message access profile" OR "MAP 1.4" OR "Bluetooth" OR "WiFi Direct" OR "Wi-Fi Direct") NEAR/50 (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 1/1/2014-6/21/2025 | (((((BodyText:["develop" "developed" "developing" "implement*" "engineer*" "program*" "implement*" "release*" "evaluat*" "assess*" "test*"]) NEAR/10 (BodyText:["feature*" "function*" "access" "accessibility" "capab*"]) NEAR/30 (BodyText:["actionable notification*" "Apple Notification Service Center" "Apple Notification Center Service" "Notification Center" "ANCS" "API" "APIs" "application programming interface*" "technolog*" "software" "notification*" "cost" "price" "message access profile" "MAP 1.4" "Bluetooth" "WiFi Direct" "Wi-Fi Direct"]) NEAR/50 (((("*watch" "watches"] NEAR/5 (("third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"])) OR ("*watch*" NEAR/3 (("Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"))) OR "fitbit" OR (("wearos" "wear os")))) OR ((BodyText:["apple"] NEAR/1 BodyText:["watch*"]) OR (BodyText:["watchos" "watch os" ██████ ])))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 46/Watch 46 | All documents related to the Company's assessment of whether to expand the functionality of or access to the Actionable Notifications API, ANCS API, or any software that enables a Smartwatch to access Smartphone notifications or functionality, so that non-Apple Smartwatches can respond to messages, app notifications, or utilize other APIs or functionalities available to the Apple Watch. | (("expand*" OR "modif*" OR "increase*" OR "improv*" OR "broad*") NEAR/10 ("SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "technolog*") NEAR/25 (("smartwatch*" OR "smart watch" OR "Apple Watch" OR "watchos" OR "watch os") OR (#Non-Apple Smartwatches#))) | 1/1/2014-6/21/2025 | (((BodyText:["expand*" "modif*" "increase*" "improv*" "broad*"]) NEAR/10 (BodyText:["SPI" "SPIs" "software programming interface*" "IPI" "IPIs" "internal programming interface*" "technolog*"]) NEAR/25 ((BodyText:["smartwatch*" "smart watch" "Apple Watch" "watchos" "watch os"]) OR (((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"]))))))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |

| iPhone 47/Watch 47 | All documents related to the ability of non-Apple devices to connect or interact with the iPhone, including but not limited to their ability to receive incoming message notifications, reply to incoming messages, compose new messages, access messages, and mark messages as read. | ((Notification NEAR/5 Center) OR "Hands-Free Profile" OR "HFP 1.8" OR (Bluetooth NEAR/5 Profile) OR "Phone Book Access Profile" OR "PBAP 1.2" OR "Advanced Audio Distribution Profile" OR "A2DP 1.4" OR "Remote Control Profile" OR "AVRCP 1.6" OR "Personal Area Network Profile" OR "PAN Profile" OR "Human Interface Device Profile" OR "HID Profile" OR "Message Access Profile" OR "MAP 1.4" OR "Wireless iPhone Accessory Protocol" OR WiAP OR Braille) NEAR/30 (RCS) | 1/1/2010-6/21/2025 | (((((BodyText:["Notification"] NEAR/5 BodyText:["Center"]) OR BodyText:["Hands-Free Profile"] OR BodyText:["HFP 1.8"] OR (BodyText:["Bluetooth"] NEAR/5 BodyText:["Profile"]) OR BodyText:["Phone Book Access Profile"] OR BodyText:["PBAP 1.2"] OR BodyText:["Advanced Audio Distribution Profile"] OR BodyText:["A2DP 1.4"] OR BodyText:["Remote Control Profile"] OR BodyText:["AVRCP 1.6"] OR BodyText:["Personal Area Network Profile"] OR BodyText:["PAN Profile"] OR BodyText:["Human Interface Device Profile"] OR BodyText:["HID Profile"] OR BodyText:["Message Access Profile"] OR BodyText:["MAP 1.4"] OR BodyText:["Wireless iPhone Accessory Protocol"] OR BodyText:["WiAP"] OR BodyText:["Braille"]) NEAR/30 (BodyText:["RCS"])) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 48/Watch 48 | All documents after January 1, 2017 related to whether to offer or allow cloud-streamed applications on the iPhone, including both Cloud Streamed Games and other cloud-based services. | ((("offer*" OR "allow*" OR "permit*" OR "prohibit*" OR "restriction*" OR "block*" OR "disallow*" OR "prevent*" OR "restrict*" OR "friction") OR ("not" NEAR/3 "allowed") OR "against the rules" OR ("violat*" NEAR/10 "guideline*") OR ("guideline" NEAR/10 "game*") OR ("sell*" OR "distribut*" OR "list" OR "launch*" OR "provid*" OR "publish*" OR "propos*") OR ((("guideline" OR "provision" OR "section" OR "paragraph")) NEAR/2 "4.9")) NEAR/20 (("cloud" NEAR/2 ("stream*" OR "gam*")) OR ("stream*" NEAR/2 (("gam*" OR "app" OR "apps")) OR ("Xbox*" OR "X box" OR "game pass" OR "remote server" OR "xCloud*" OR "x cloud" OR "Stadia*" OR "GeForceNOW*" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "Luna*" OR "game pass" OR "PlayStation*" OR "PSN" OR "Play station*" OR ▮▮▮ OR ▮▮▮ OR "arcade") OR (("amazon" OR "facebook" OR "google" OR "Microsoft" OR "nvidia" OR "steam" OR "develop*") NEAR/3 "game*")) NEAR/30 ((("iPhone" OR "iPhones") AND NOT "sent from my iphone") OR ("Apple" NEAR/3 ("app store" OR "appstore" OR "device*" OR "product*" OR "service*"))))) | 1/1/2014-6/21/2025 | (((ParentDocDate >= "2017-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2017-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["offer*" "allow*" "permit*" "prohibit*" "restriction*" "block*" "disallow*" "prevent*" "restrict*" "friction"] OR (BodyText : "not" NEAR/3 BodyText : "allowed") OR BodyText : "against the rules" OR (BodyText : "violat*" NEAR/10 BodyText : "guideline*") OR (BodyText : "guideline" NEAR/10 BodyText : "game*") OR BodyText : ["sell*" "distribut*" "list" "launch*" "provid*" "publish*" "propos*"] OR ((BodyText : ["guideline" "provision" "section" "paragraph"]) NEAR/2 BodyText : "4.9")) NEAR/20 ((BodyText : "cloud" NEAR/2 BodyText : ["stream*" "gam*"]) OR (BodyText : "stream*" NEAR/2 (BodyText : ["gam*" "app" "apps"]) OR BodyText : ["Xbox*" "X box" "game pass" "remote server" "xCloud*" "x cloud" "Stadia*" "GeForceNOW*" "GeForce Now" "Ge Force Now" "GFN" "Luna*" "game pass" "PlayStation*" "PSN" "Play station*" ▮▮▮ ▮▮▮ "arcade"] OR (BodyText : ["amazon" "facebook" "google" "Microsoft" "nvidia" "steam" "develop*"] NEAR/3 BodyText : "game*")) NEAR/30 ((BodyText : ["iPhone" "iPhones"] AND NOT BodyText : "sent from my iphone") OR (BodyText : "Apple" NEAR/3 BodyText : ["app store" "appstore" "device*" "product*" "service*"]))))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 49/Watch 49 | All Documents related to Apple's plans for the Games app announced at WWDC 2025, including Apple's strategic objectives, assessments of other gaming apps or services, integration with other Apple apps such as Apple's App Store, Apple Arcade, or Game Center, actual or potential effects on developers or consumers related to game discovery, distribution, usage, or monetization, and analyses related to alternative methods of distributing games, including Cloud Streamed Game apps. | ((("Games" NEAR/3 "App") OR ("game center" OR "Apple Games" OR "WWDC") OR ("developer*" NEAR/3 "conference")) NEAR/30 (("Objective*" OR "assess*" OR "evaluat*" OR "review*" OR "integrat*" OR "game discovery" OR "distribut*" OR "use" OR "usage" OR "monetiz*" OR "app store" OR "arcade" OR "benefit*" OR "restrict*" OR "strateg*" OR "compete*" OR "prohibit" OR "block*" OR "prevent*")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | 1/1/2014-6/21/2025 | (((((BodyText:["Games"] NEAR/3 BodyText:["App"]) OR (BodyText:["game center"] "Apple Games" "WWDC"]) OR (BodyText:["developer*"] NEAR/3 BodyText:["conference"])) NEAR/30 ((BodyText:["Objective*" "assess*" "evaluat*" "review*" "integrat*" "game discovery" "distribut*" "use" "usage" "monetiz*" "app store" "arcade" "benefit*" "restrict*" "strateg*" "compete*" "prohibit" "block*" "prevent*"])) NEAR/50 (((Bodytext:["gam*"] NEAR/2 (Bodytext:["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"])) OR (Bodytext:["geforcenow" "luna" "stadia" "steam"]) OR ((Bodytext:["cloud" "stream*" "remot*"]) NEAR/5 (Bodytext:["third party" "third-party" "independent" "3P" "rival*"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families; Used Gov't Defintions |

| | | | | | |
|---|---|---|---|---|---|
| iPhone 50/Watch 50 | All documents related to Apple's App Store Review Guidelines affecting any Identified Product or Service, including:<br>a. Drafting, adoption, application, interpretation, or enforcement of Apple's App Store Review Guidelines;<br>b. Agreements between Apple and any developer related to changes or exceptions to the Apple App Store Review Guidelines, including any agreements that were later formalized into an App Store Review Guideline or exception thereto, including Apple's 2011 agreement with Meta related to the Facebook app;<br>c. Changes, considered changes, or reinterpretations of any Apple App Store Review Guideline; and<br>d. The actual or potential effect of any changes, considered changes, or reinterpretations of any Apple App Store Review Guideline on the iPhone or any Identified Product or Service. | (("chang*" OR "modif*" OR "amend*" OR "updat*" OR "revis*" OR "interpret*" OR "reinterpret*" OR "appl*" OR "exception*" OR "adopt*" OR "alter*" OR "clarify*" OR "defin*" OR "enforce*" OR "require*" OR "agree*" OR "understand*" OR "arrange*" OR "consider*" OR "appeal*" OR "adjust*" OR "except*" OR "deviat*" OR "suspen*") NEAR/20 (("app store review guidelines" OR "app store guidelines") OR ("guidelines" NEAR/2 "app* store") OR "developer agreement" OR ("developer" NEAR/4 "agreement") OR "dpla" OR ("license" NEAR/5 "developer*") OR ("Executive Review Board" OR "ERB" OR "App Review Board" OR "ARB"))) NEAR/20 ("1.1" OR "objectionable content") OR ("1.2" OR "2.3" OR "User Generated Content") OR ("1.6" OR "Data Security") OR ("2.5" OR "Software Requirements") OR ("3.1.1" OR "In-App-Purchase" OR "IAP") OR ("3.1.2" OR "Subscription*") OR ("3.1.3" OR "Reader Apps" OR "Multiplatform Services" OR "Person-to-person services" OR "Goods and Services Outside of the App") OR ("3.2" OR "Other Business Model Issues" OR "Business Model") OR ("4.2.7" OR "Remote Desktop Clients" OR "Thin Client*" OR "Stream*") OR ("4.7" OR "HTML5 Games") OR ("2.4*" OR "2.4.2" OR "2.4.5" OR "2.5*" OR "2.5.1" OR "2.5.4" OR "2.5.8" OR "3.1" OR "3.1*" OR "3.1.4" OR "3.1.5" OR "3.1.6" OR "3.2.1" OR "3.2.2" OR "4.2.4" OR "4.1*" OR "4.2*"  OR "4.7*" OR "5.1*") OR ("Mini" NEAR/10 ("app*" OR "programs" OR "games")) OR ("4.9" OR "Streaming Games") OR ("game" NEAR/5 "subscription")) OR #Browsers eSIMs CWEs# OR #Non-Apple Smartphone# OR #Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #Non-Apple Smartwatches# OR #Non-Apple Cloud-Streamed Gaming# OR #Non-Apple Wallets# OR #Non-Apple Smartwatches# OR #Non-Apple Super Apps# OR #Apple Super Apps#)) | 1/1/2014-6/2 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND (((BodyText : ["chang*" "modif*" "amend*" "updat*" "revis*" "interpret*" "reinterpret*" "apply" "applie*" "application" "exception*" "adopt*" "alter*" "clarify*" "defin*" "enforce*" "require*" "agree*" "understand*" "arrange*" "consider*" "appeal*" "adjust*" "except*" "deviat*"]) NEAR/20 ((BodyText : ["app store review guidelines" "app store guidelines"]) OR (BodyText : "guidelines" NEAR/2 BodyText : "app store") OR BodyText : "developer agreement" OR (BodyText : "developer" NEAR/4 BodyText : "agreement") OR BodyText : "dpla" OR (BodyText : "license" NEAR/5 BodyText : "developer*") OR (BodyText : ["Executive Review Board" "ERB" "App Review Board" "ARB"])) NEAR/20 ((BodyText : ["1.1" "objectionable content"]) OR (BodyText : ["1.2" "2.3" "User Generated Content"]) OR (BodyText : ["1.6" "Data Security"]) OR (BodyText : ["2.5" "Software Requirements"]) OR (BodyText : ["3.1.1" "In-App-Purchase" "IAP"]) OR (BodyText : ["3.1.2" "Subscription*"]) OR (BodyText : ["3.1.3(a)" "Reader Apps"]) OR (BodyText : ["3.1.3(b)" "Multiplatform Services"]) OR (BodyText : ["3.1.3(d)" "Person-to-person services"]) OR (BodyText : ["3.1.3(e)" "Goods and Services Outside of the App"]) OR (BodyText : ["3.2" "Other Business Model Issues" "Business Model"]) OR (BodyText : ["4.2.7" "Remote Desktop Clients" "Thin Client*" "Stream*"]) OR (BodyText : ["4.7" "HTML5 Games, Bots, Etc."]) OR (BodyText : "Mini" NEAR/10 BodyText : ["app*" "programs" "games"]) OR (BodyText : ["4.9" "Streaming Games"]) OR (BodyText : "game" NEAR/5 BodyText : "subscription") OR BodyText : ["Browser*" "display program" "search engine" "web directory" "web spider" "chrome" "firefox" "edge" "Safari" "Opera" "Vivaldi" "Internet Explorer" "Chromium" "Tor" "Waterfox" "Maxthon" "Zen" "Mosaic" "Navigator" "Netscape" "WorldWideWeb" "UC Browser" "ungoogled-chromium" "Yandex" "Lunascape" "qutebrowser" "GNU IceCat" "Netsurf" "Naver Whale" "QTWeb" "Ariadna" "Konqueror" "Pogo" "SlipKnot" "Comodo IceDragon" "Flock" "Konqueror" "Dooble" "Shira" "K Meleon" "iCab" "Basilisk" "Surf" "Dillo" "Camino" "Gnome Web" "OmniWeb" "Amaya" "Midori" "Galeon" "ELinks" "eSIMs" "eSIM*" "embedded SIM*" "digital SIM*" "virtual SIM*"] OR ((BodyText : ["compet*" "non apple" "nonapple" "third part*" "non-native"]) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| | | (("Facebook" OR "Meta") NEAR/15 (("app" OR "guideline*") NEAR/5 ("html5" OR "web app" OR "mini program" OR "wechat" OR "agree*" OR "exception" OR "allowance" OR "modif*" OR "understand*" OR "arrange*" OR "promise*" OR "discuss*" OR "consider*" OR "propos*" OR "suggest*" OR "draft*" OR "request*" OR "consider*" OR "appeal*" OR "change*" OR "adjust*" OR "alter*" OR "except" OR "deviat*" OR "enforc*"))) | 1/1/2014-6/21/2025 | ((((BodyText:["Facebook" "Meta"]) NEAR/15 ((BodyText:["app" "guideline*"]) NEAR/5 (BodyText:["html5" "web app" "mini program" "wechat" "agree*" "exception" "allowance" "modif*" "understand*" "arrange*" "promise*" "discuss*" "consider*" "propos*" "suggest*" "draft*" "request*" "consider*" "appeal*" "change*" "adjust*" "alter*" "except" "deviat*" "enforc*"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| Watch 50.1 | All Documents relating to decisions not to approve for listing on the App Store, delay approval for listing on the App Store, or place restrictions on the approval for listing on the App Store, Third-Party Smartwatch Companion Apps and Third-Party Smartwatch Sister Apps designed to be used with Third-Party Smartwatches, including, but not limited to Fitbit, Samsung, Google, Garmin, Motorola, and Pebble Smartwatches | (approv* OR reject* OR pause* OR delay* OR deny OR denie* OR denial* OR accept* OR prohibit* OR block* OR "ban" OR "banned" OR "bans" OR remov* OR restrict* OR disabl* OR enabl* OR permi* OR prevent* OR allow*)<br><br>NEAR/25<br><br>("#Non-Apple Smartwatches#" NEAR/15  ("app" OR "apps" OR "applications")) | 1/1/2014-6/21/2025 | ((BodyText:[approv* reject* pause* delay* deny denie* denial* accept* prohibit* block* "ban" "banned" "bans" remov* restrict* disabl* enabl* permi* prevent* allow*]) NEAR/25 (((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))) NEAR/15  (BodyText:["app" "apps" "applications"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

| | | | | |
|---|---|---|---|---|
| iPhone 51/Watch 51 | All documents after January 1, 2010 related to changes or considered changes to the Apple Developer Program License Agreement relating to iOS or WatchOS in the United States. | (((("DPLA*" OR ("Developer" NEAR/4 "Agreement*")) NEAR/25 ("chang*" OR "revis*" OR "updat*" OR "modif*" OR "amend*" OR "expand*" OR "narrow*" OR "accommodate*" OR "shift" OR "new version")) NEAR/50 (("iOS" OR "WatchOS" OR "Watch OS") OR (("Apple" OR "mobile" OR "phone") NEAR/3 ("OS" OR "operating system")) OR #iPhone# OR #Apple Smartwatches#)) | 1/1/2020-6/21/2025 | (((((BodyText:["DPLA*"] OR (BodyText:["Developer"] NEAR/4 BodyText:["Agreement*"])) NEAR/25 (BodyText:["chang*" "revis*" "updat*" "modif*" "amend*" "expand*" "narrow*" "accommodate*" "shift" "new version"])) NEAR/50 ((BodyText:["iOS" "WatchOS" "Watch OS"]) OR ((BodyText:["Apple" "mobile" "phone"]) NEAR/3 (BodyText:["OS" "operating system"])) OR ((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████████ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) OR ((BodyText:["apple"] NEAR/5 BodyText:["watch*"]) OR (BodyText:["watchos" "watch os" ████████████████ "]))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 51.3 | All Documents relating to the application of the Agreements, policies, and guidelines referenced in Request Nos. 51.1 and 51.2 (including, but not limited to, the DPLA and App Review Guidelines) to Third-Party Smartwatches or Third-Party Smartwatch Apps, and to Apple Watches and Apple Watch Apps, including, but not limited to, all: <br> a. modifications or exceptions to said Agreements, policies, and guidelines; <br> b. internal Communications; and <br> c. Communications with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps. | (("Guidelines" OR "DPLA" OR (Developer NEAR/5 Agreement) AND #Non-Apple Smartwatches#) NEAR/50 (modif* OR revis* OR alter* OR deviat* OR adjust* OR appeal* OR accomodat* OR expan* OR narrow*)) <br><br> MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 1/1/2010-6/21/2025 | (((((BodyText:["Guidelines" "DPLA"] OR (BodyText:["Developer"] NEAR/5 BodyText:["Agreement"]) AND (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))) NEAR/50 (BodyText:["modif*" "revis*" "alter*" "deviat*" "adjust*" "appeal*" "accomodat*" "expan*" "narrow*"])))AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 51.4 | All Documents relating to iOS updates that affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps with the iPhone, including, but not limited to: <br> a. Documents relating to Apple's knowledge that such software updates might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps; <br> b. Documents relating to Apple's decisions to release or not release software updates that might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps, and its decisions regarding the timing or such releases of software updates; and <br> c. internal and external Communications (including with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps) regarding software updates' potential, expected, or actual effects on the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps, including, but not limited to, email, tickets submitted by Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps, and all other Communications. | ((#iOS Names#) NEAR/20 (updat* OR releas* OR "new version*" OR upgrad*) NEAR/20 ("radar" OR "radr" OR "break*" OR "broke" OR "broken" OR "fail*" OR "bug" OR "bugs" OR "crash*" OR "disconnect*" OR "unpair*" OR "incompatib*" OR "deprecat*" OR "latency" OR "unstable" OR "interoper*" OR "ticket" OR "tickets" OR degrad* OR prevent* OR stop*)) AND (("Smartwatch" OR "Smart watch" OR "wearable*" OR #Apple Smartwatch# #Non-Apple Smartwatches#) <br><br> MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. <br><br> MDL Plaintiffs identified several OR connectors within a BodyText bracket ("tickets" OR degrad* OR prevent* OR stop*) where Apple otherwise appears to treat bracketed items as alternatives; please confirm that Apple's search syntax here is correct. | 1/1/2010-6/21/2025 | ((((((BodyText : ["iOS " ███████████████████ " ███ " ███████████ "])) NEAR/20 (BodyText:["updat*" "releas*" "new version*" "upgrad*"]) NEAR/20 (BodyText:["radar" "radr" "break*" "broke" "broken" "fail*" "bug" "bugs" "crash*" "disconnect*" "unpair*" "incompatib*" "deprecat*" "latency" "unstable" "interoper*" "ticket" "tickets" OR "degrad*" OR "prevent*" OR "stop*"]) AND ((BodyText:["Smartwatch" "Smart watch" "wearable*"] OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ████████████████████ "])) OR ((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))) ) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

141

| | | | | | |
|---|---|---|---|---|---|
| iPhone 52/Watch 52 | All documents, analyses, or data after January 1, 2017 relating to TestFlight Beta tests for Cloud Streamed Games, including all data related to testers, installs, sessions, crash logs, crash reports, feedback, bugs, and battery and hardware performance differences. | (("Testflight" NEAR/25 ("analys*" OR "results*" OR "assessment" OR "investigation*" OR "data" OR "crash" OR "bug*" OR "perform*" OR "hardware*" OR "feedback*" OR "report*" OR "test*" OR "log*" OR "diagnost*" OR "discuss*" OR "beta")) NEAR/50 (#Non-Apple Cloud-Streamed Gaming#)) | 1/1/2014-6/21/2025 | ((((BodyText:["Testflight"] NEAR/25 (BodyText:["analys*" "results*" "assessment" "investigation*" "data" "crash" "bug*" "perform*" "hardware*" "feedback*" "report*" "test*" "log*" "diagnost*" "discuss*" "beta"])) NEAR/50 (((Bodytext:["gam*"] NEAR/2 (Bodytext:["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"])) OR (Bodytext:["geforcenow" "luna" "stadia" "steam"]) OR ((Bodytext:["cloud" "stream*" "remot*"]) NEAR/5 (Bodytext:["third party" "third-party" "independent" "3P" "rival*"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| iPhone 53/Watch 53 | All documents after January 1, 2011 related to Platform Apps' or Mini Programs' potential or actual use; benefits, risks, revenue potential, and differences relative to native apps; and Apple's potential or actual treatment of Platform Apps or Mini Programs. | ((#Apple Super Apps# OR #Non-Apple Super Apps#) NEAR/30 (("policy" OR "policies" OR "procedure*" OR "guideline*" OR "analysis" OR "analyses") AND ("potential*" OR "benefit*" OR "advantage*" OR "valu*" OR "gain*" OR "risk*" OR "disadvantag*" OR "harm*" OR "danger*" OR "threat*" OR ERB OR "Executive Review Board" OR ARB OR "App Review Board"))) | 1/1/2014-6/21/2025 | ((((((BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*" "Weixin" "Tencent" "Alipay" "Grab" "Gojek" "KakaoTalk" "Paytm" "Line" "Tata Neu" "PhonePe" "Rappi" "Careem"]) NEAR/20 (BodyText : ["storefront" "mini*" "alternat*" "app store"])) OR (((BodyText : ["super" "platform" "mini" "instant" "HTML5" "everything"]) NEAR/3 (BodyText : ["app*" "program*" "game*"])) OR BodyText : "superapp")) NEAR/30 ((BodyText:["policy" "policies" "procedure*" "guideline*" "analysis" "analyses"]) AND (BodyText:["potential*" "benefit*" "advantage*" "valu*" "gain*" "risk*" "disadvantag*" "harm*" "danger*" "threat*" "ERB" "Executive Review Board" "ARB" "App Review Board"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 54/Watch 54 | All documents related to any mobile app's access to or use of (or inability to access or use) any iPhone features or capabilities related to connections to other devices or servers, including near-field communication (NFC), host card emulation (HCE), ultra-wide band (UWB) technology, or any related APIs, for any purpose, including documents related to the number, nature, popularity, and usage of mobile apps that access or use NFC, HCE, or UWB. | ((("apple" NEAR/5 "digital" NEAR/5 "wallet" OR (contactless NEAR/5 app)) OR (("wallet*" OR "payment*" OR (contactless /5 app)) NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) AND (("iPhone*" OR "iPhones") AND NOT "sent from my iPhone")) NEAR/30 (("Access*" OR "expose*" OR "open*" OR "allow*" OR "permit*" OR "Ping*" OR "Queu*" OR "Enabl*" OR "Restrict*" OR "Barrier*" OR "Adopt*" OR "Use" OR "using" OR "Utiliz*" OR "scan*" OR "read*" OR "Accept*") NEAR/15 ("Near-field communication" OR "nearfield communication" OR "near field communication" OR "near-field communications" OR "nearfield communications" OR "near field communications" OR "NFC" OR "host card emulation" OR "host card" OR "HCE" OR "Ultra wideband" OR "ultra-wideband" OR "ultrawide-band" OR "ultra wide-band" OR "UWB*" OR ("tap NEAR/5 "pay") OR "TTP" OR "contactless" OR ▓▓▓▓ OR "ISO 7816" OR "ISO7816" OR "ISO 15693" OR "ISO15693" OR "ISO 18092" OR "ISO18092" OR "felica" OR "MIFARE" OR "card session" OR "cardsession" OR "nearby interaction" OR "nearbyinteraction" OR "NINearby" OR "NISession" OR "NIDevice" OR "NIConfig" OR "NIAlgo" OR "NIDiscovery"))) | 1/1/2014-6/2 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND ((BodyText : ["Apple Pay" "applepay" "Apple Wallet" "applewallet" "Apple Cash" "applecash" "Apple Card" "applecard" "iPay" "iWallet" "iCard" ▓▓▓ OR (BodyText : "apple" NEAR/3 BodyText : "digital" NEAR/5 BodyText: "wallet") OR (BodyText : "apple" NEAR/5 BodyText : ["BNPL" "P2P" "tap-to-pay" "tap to pay"]) OR (BodyText : "payment*" NEAR/2 BodyText : ["mobile" "service*" "terminal" "terminals"]) OR (BodyText : ["wallet*" "payment*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) AND (BodyText : ["iPhone*" "iPhones"] AND NOT "sent from my iPhone")) NEAR/30 (BodyText : ["Access*" "expose*" "open*" "allow*" "permit*" "Ping*" "Queu*" "Enabl*" "Restrict*" "Barrier*" "Adopt*" "Use" "using" "Utiliz*" "scan*" "read*" "Accept*"] NEAR/15 BodyText : ["Near-field communication" "nearfield communication" "near field communication" "near-field communications" "nearfield communications" "near field communications" "NFC" "host card emulation" "host card" "HCE" "Ultra wideband" "ultra-wideband" "ultrawide-band" "ultra wide-band" "UWB*"] OR (BodyText : "tap" NEAR/2 BodyText : "pay") OR BodyText : ["TTP" "contactless" ▓▓▓ "ISO 7816" "ISO7816" "ISO 15693" "ISO15693" "ISO 18092" "ISO18092" "felica" "MIFARE" "card session" "cardsession" "nearby interaction" "nearbyinteraction" "NINearby" "NISession" "NIDevice" "NIConfig" "NIAlgo" "NIDiscovery"]) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 55/Watch 55 | For each Identified Product or Service, all documents related to any potential or actual limitation or prohibition on the availability or functionality of any non-Apple product, feature, or service, including: a. documents related to any authorizations, allowances, denials, or limitations on access to APIs, Entitlements, functionalities, features, and data sets related to any Identified Product or Service; b. documents related to any authorizations, allowances, denials, or limitations on access to APIs, SDKs, Frameworks, Libraries, any other software artifacts related to any Identified Product or Service; and c. documents related to mechanisms, technical or otherwise, to implement or enforce limitations or prohibitions on the availability or functionality of any product, feature, or service, including references to the Source Code that implements each such means or mechanism. | (((("authoriz* OR "allow*"  OR "den*" OR "reject*" OR "*limit*" OR "prohibit*"  OR "restrict*" OR "permit*"  OR "enforc*" OR "review")) NEAR/15 ("non Apple" OR "nonapple" OR "noniphone" OR "non iPhone" OR alternat* OR "third part*" OR "competitor*" OR "non iOS" OR "noniOS" OR "non native" OR "Android" OR "outside*") OR (("app" OR "apps") ))) NEAR/20 (("featur*" OR "function*"  OR "API" OR "APIs" OR "application programming interface*" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*") OR use OR #Browsers eSIMs CWEs# )<br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP.  MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians. | 1/1/2010-6/2 | ((((((BodyText:["authoriz*" "allow*" "den*" "reject*" "*limit*" "prohibit*" "restrict*" "permit*" "enforc*" "review"]) NEAR/15 ((BodyText:["non Apple" "nonapple" "noniphone" "non iPhone" "alternat*" "third part*" "competitor*" "non iOS" "noniOS" "non native" "Android" "outside*"]) OR (BodyText:["app" "apps"])))) NEAR/20 ((BodyText:["featur*" "function*" "API" "APIs" "application programming interface*" "entitlement" "entitlements" "SDK" "SDKs" "software development kit*" "software framework*" "software librar*"]) OR BodyText:["use"]) OR (BodyText : ["Browser*" "display program" "search engine" "web directory" "web spider" "chrome" "firefox" "edge" "Safari" "Opera" "Vivaldi" "Internet Explorer" "Chromium" "Tor" "Waterfox" "Maxthon" "Zen" "Mosaic" "Navigator" "Netscape" "WorldWideWeb" "UC Browser" "ungoogled-chromium" "Yandex" "Lunascape" "qutebrowser" "GNU IceCat" "Netsurf" "Naver Whale" "QTWeb" "Ariadna" "Konqueror" "Pogo" "SlipKnot" "Comodo IceDragon" "Flock" "Konqueror" "Dooble" "Shira" "K Meleon" "iCab" "Basilisk" "Surf" "Dillo" "Camino" "Gnome Web" "OmniWeb" "Amaya" "Midori" "Galeon" "ELinks" "eSIMs" "eSIM" "embedded SIM*" "digital SIM*" "virtual SIM*"] OR ((BodyText : ["compet*" "non apple" "nonapple" "third part*" "non-native"]) NEAR/5 (BodyText : ["collab*" "work" "environ*"])) OR BodyText : ["FreeForm" "Spaces" "Stage Manager" "Slack" "Sharepoint" "iCloud"]))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

142

| | | | | |
|---|---|---|---|---|
| Watch 55.1 | All Documents relating to Your decision whether or not to share, disclose, or permit access to any API, Entitlement, or comparable means of connection and interoperation between a Smartwatch with an iPhone with any Third-Party Smartwatch or Third-Party Smartwatch App. | (((("authoriz*" OR "allow" OR "allowed" OR "allowable" OR "denial*" OR "deny" OR "reject" OR "rejects" OR "rejected" OR "rejection" OR "rejections" OR "limit" OR "limits" OR "limitation" OR "limitations" OR "prohibit" OR "prohibits" OR "prohibited" OR "prohibition" OR "restrict" OR "restricts" OR "restriction" OR "restrictions" OR "permit" OR "permits" OR "permitted" OR "enforce*" OR "review" OR "tsi" OR "technical support incident*" OR "radar" OR "rdar*)) NEAR/15 ((#Non-Apple Smartwatches# OR "non Apple" OR "nonapple" OR "noniphone" OR "non iPhone" OR "third part*" OR "competitor*" OR "non iOS" OR "noniOS" OR "non native" OR "Android" OR "outside*") OR (("app" OR "apps") NEAR/5 ("developer" OR "develop" OR "develops" OR "developed" OR "development")))) NEAR/20 (("featur*" OR "function" OR "functions" OR "functionality" OR "functionalities" OR "API" OR "APIs" OR "application programming interface*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "daemon*" OR "WCD" OR "entitlement" OR "entitlements" OR "SDK" OR "SDKs" OR "software development kit*" OR "software framework*" OR "software librar*"))<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 1/1/2010-6/21/2025 | ((((((BodyText:["authoriz*" "allow" "allowed" "allowable" "denial*" "deny" "reject" "rejects" "rejected" "rejection" "rejections" "limit" "limits" "limitation" "limitations" "prohibit" "prohibits" "prohibited" "prohibition" "restrict" "restricts" "restriction" "restrictions" "permit" "permits" "permitted" "enforce*" "review" "tsi" "technical support incident*" "radar" "rdar*"]) NEAR/15 (((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR BodyText:["non Apple" "nonapple" "noniphone" "non iPhone" "third part*" "competitor*" "non iOS" "noniOS" "non native" "Android" "outside*"]) OR ((BodyText:["app" "apps"]) NEAR/5 (BodyText:["developer" "develop" "develops" "developed" "development"])))) NEAR/20 ((BodyText:["featur*" "function" "functions" "functionality" "functionalities" "API" "APIs" "application programming interface*" "SPI" "SPIs" "software programming interface*" "IPI" "IPIs" "internal programming interface*" "daemon*" "WCD" "entitlement" "entitlements" "SDK" "SDKs" "software development kit*" "software framework*" "software librar*"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 56/Watch 56 | For each Identified Product or Service, all documents related to:<br>a. any APIs, Entitlements, signatures (other than cryptographic keys), or other permissions, restrictions, or limitations on third party developers, including all Implementations, Technical Documentation, Source Code Repositories, Frameworks, Libraries, and SDKs provided or authorized by Apple;<br>b. any in-line documentation contained in any API or Source Code provided or authorized by Apple;<br>c. any free-form text related to any API or Source Code provided or authorized by Apple;<br>d. any Apple SDKs available to developers of any Identified Product or Service;<br>e. any text or other indicators (including any links, pointers, citations, or references) that refer to the Source Code relating to any Apple-provided API or Entitlement or related documentation; and<br>f. all Apple Source Code Repositories referenced in or otherwise related to any SDKs, Entitlements, APIs, Frameworks, Libraries, or any other software artifacts referenced in subpart (b), above. | ((("API*" OR "application* programming interface*" OR "SPI" OR "SPIs" OR "software programming interface*" OR "IPI" OR "IPIs" OR "internal programming interface*" OR "daemon*" OR "WCD" OR  "entitlement*" OR "signature*" OR "implementation*" OR "documentation*" OR "exception*" OR "framework*" OR "SDK*" OR "software development kit*" OR "Source Code" OR "librar*") NEAR/20 (#Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)) NEAR/100 (("user" OR "developer" OR "technical") NEAR/3 ("documentation" OR "guide" OR "specification" OR "specifications" OR "manual" OR "manuals") OR ("architectur*" NEAR/3 ("diagram*" OR "design*")) OR (("design" OR "API") NEAR/3 "documentation") OR ("metadata" NEAR/3 ("bug" OR "bugs" OR "feature" OR "features")) OR ("commit" NEAR/3 "history")) OR ("data" NEAR/3 "diagram") OR ("branch" NEAR/3 "history") OR ("merg*" NEAR/3 ("record" OR "records")) OR ("issue" NEAR/3 ("track*" OR "pull" OR "merg*"))))<br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP.  MDL Plaintiffs will agree for Apple to review only the MDL Docs and MDL Docs w/ Families.  MDL Plaintiffs reserve all rights to seek additional custodians. | 1/1/2014-6/2 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND (((BodyText : ["API*" "application* programming interface*" "entitlement*" "signature*" "implementation*" "documentation*" "exception*" "framework*" "SDK*" "software development kit*" "Source Code" "librar*"]) NEAR/20 ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "encrypt*" "end to end" "end-to-end" ▮▮▮▮▮ "iCard" "iMessage" "iMessages" "iPay" "iWallet" ▮▮▮▮▮▮ "watch os"]) OR (BodyText : ["Apple" "iPhone" "iOS"] NEAR/15 BodyText : ["SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" ▮▮▮▮ "secure enclave"]) OR (BodyText : ["super" "platform" "mini" "instant" "HTML5"] NEAR/3 BodyText : ["app*" "program*" "game*"]) OR (BodyText : "apple" NEAR/5 Bodytext: ["BNPL" "P2P" "tap-to-pay" "tap to pay"]) OR (BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : "apple" NEAR/3 BodyText : "digital" NEAR/5 BodyText : "wallet*") OR (BodyText : "apple*" NEAR/3 BodyText : "silicon") OR (BodyText : "cloud" NEAR/2 BodyText : "gam*")) OR ((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"] NEAR/5 BodyText : ["third party" "third-party" "independent" "3P" "rival*"]) OR BodyText: ["Whats App" "WhatsApp" "Signal" "Telegram"] OR (BodyText : ["facebook" "meta"] NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "google" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "android" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "Samsung" NEAR/2 BodyText : ["message" "messages" "messaging"]) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 BodyText: ["mobile" "service" "services" "terminal" "terminals"]) OR (BodyText : ["wallet*" "payment*" "processor*"] NEAR/5 BodyText : ["third party" "third-party" | Limited to only MDL Docs + Families; Used Gov't Defintions |

143

| | | | | | |
|---|---|---|---|---|---|
| iPhone 57/Watch 57 | All documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, developers, carriers, or others from the Alleged Conduct, including any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*")) OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1/1/2014-6/21/2025 | ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) AND (((BodyText: ["remove" "removed" "removal"] NEAR/5 BodyText : ["restriction*"]) OR (BodyText : ["block*" "prohibit*" "revis*" "chang*" "modif*" "alter*" "amend*" "narrow*" "expand*" "improv*" "maintain*" "innovate*" "create*"] NEAR/10 BodyText : ["feature" "procedure*" "practice*" "guideline*" "condition*" "agreement"])) NEAR/30 BodyText : ["consumer*" "customer*" "user" "users" "developer" "developers" "third part*" "carrier"] NEAR/50 (BodyText : ["compet*" "justif*" "benefit*" "protect*" "privacy" "safe*" "secur*" "inappropriat*" "abus*" "fraud*" "age rating" "children" "innovat*" "rational*"] OR (BodyText : ["user" "users" "customer*"] NEAR/3 BodyText : "experience*"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| Watch 57.1 | All Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, Developers, carriers, or others from the Alleged Conduct, including any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*")) OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1/1/2014-6/21/2025 | ((((((BodyText:["remove" "removed" "removal"]) NEAR/5 (BodyText:["restriction*"])) OR ((BodyText:["block*" "prohibit*" "revis*" "chang*" "modif*" "alter*" "amend*" "narrow*" "expand*" "improv*" "maintain*" "innovate*" "create*"]) NEAR/10 (BodyText:["feature" "procedure*" "practice*" "guideline*" "condition*" "agreement"]))) NEAR/30 (BodyText:["consumer*" "customer*" "user" "users" "developer" "developers" "third part*" "carrier"]) NEAR/50 ((BodyText:["compet*" "justif*" "benefit*" "protect*" "privacy" "safe*" "secur*" "inappropriat*" "abus*" "fraud*" "age rating" "children" "innovat*" "rational*"]) OR ((BodyText:["user" "users" "customer*"]) NEAR/3 BodyText:["experience*"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 57.1 | | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*")) OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) | 1/1/2014-6/21/2025 | ((((((BodyText:["remove" "removed" "removal"]) NEAR/5 (BodyText:["restriction*"])) OR ((BodyText:["block*" "prohibit*" "revis*" "chang*" "modif*" "alter*" "amend*" "narrow*" "expand*" "improv*" "maintain*" "innovate*" "create*"]) NEAR/10 (BodyText:["feature" "procedure*" "practice*" "guideline*" "condition*" "agreement"]))) NEAR/30 (BodyText:["consumer*" "customer*" "user" "users" "developer" "developers" "third part*" "carrier"]) NEAR/50 ((BodyText:["compet*" "justif*" "benefit*" "protect*" "privacy" "safe*" "secur*" "inappropriat*" "abus*" "fraud*" "age rating" "children" "innovat*" "rational*"]) OR ((BodyText:["user" "users" "customer*"]) NEAR/3 BodyText:["experience*"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 57.2 | All Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Apple Watch users, Third-Party Smartwatch users, Third-Party Smartwatch Makers, Third-Party Smartwatch App Developers, or iPhone users, including, but not limited to any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | Search 57.2.1<br>((#Apple Smartwatches# OR #Non-Apple Smartwatches#) NEAR/10 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier")) NEAR/30 ("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "decept*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "experience*" OR "innovat*" OR "rational*")<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not include a review for responsiveness to this or other MDL-only RFPs. | 1/1/2014-6/21/2025 | (((((((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ███████████████████████████ ███████████████████████████ "])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))) NEAR/10 (BodyText:["consumer*" "customer*" "user" "users" "developer" "developers" "third part*" "carrier"])) NEAR/30 (BodyText:["compet*" "justif*" "benefit*" "protect*" "privacy" "safe*" "secur*" "decept*" "inappropriat*" "abus*" "fraud*" "experience*" "innovat*" "rational*"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| iPhone 58/Watch 58 | For the iPhone and each Apple or non-Apple Identified Product and Service, all documents related to Apple's adoption or implementation of privacy or security policies or practices for information stored, transmitted, or received by iOS, the iPhone, Apple, or third parties, including nutrition labels and privacy manifest files. | (("create" OR "adopt*" OR "privacy manifest" OR "nutrition label" OR "protect" OR "secur*" OR "inappropriate*" OR "abus*" OR "fraud*" OR "age rating") NEAR/20 ("policy" OR "policies" OR "procedur*" OR "practice*" OR "guideline*" OR "restrict*" OR "protocol" OR "protocols" OR "condition" OR "agreement") NEAR/30 ("data" OR "information") NEAR/50 (#Non-Apple Smartwatches#)) | 1/1/2010-6/2 | ((((BodyText:["create" "adopt*" "privacy manifest" "nutrition label" "protect" "secur*" "inappropriate*" "abus*" "fraud*" "age rating"]) NEAR/20 (BodyText:["policy" "policies" "procedur*" "practice*" "guideline*" "restrict*" "protocol" "protocols" "condition" "agreement"]) NEAR/30 (BodyText:["data" "information"]) NEAR/50 ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 59/Watch 59 | All studies, analyses, investigations, and reports related to fraudulent, malicious, misleading, or deceptive activity, code, content, information, or patterns within or related to the iPhone, iOS, or any Identified Product or Service, including any threat assessment or Threat Model, in whatever form it may exist. | (("fraud*" OR "malicious" OR "mislead" OR "misleading" OR "deceptive" OR "deception" OR "inappropriate" OR "malware" OR "fake" OR "steal" OR "virus" OR "Trojan Horse") NEAR/20 ("study" OR "studies" OR "analysis" OR "analyses" OR "assessment*" OR "investigation*" OR "report*" OR "threat model*") NEAR/50 (#Non-Apple Smartwatches#)) | 1/1/2014-6/2 | (((BodyText:["fraud*" "malicious" "mislead" "misleading" "deceptive" "deception" "inappropriate" "malware" "fake" "steal" "virus" "Trojan Horse"]) NEAR/20 (BodyText:["study" "studies" "analysis" "analyses" "assessment*" "investigation*" "report*" "threat model*"]) NEAR/50 (((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 60/Watch 60 | All documents related to Apple's ability to access or use data or metadata from the iPhone or from any Identified Product or Service that is not as available or accessible to third-party developers, including the reasons for any such differences and any benefits to Apple therefrom. | (("access" OR "accesses" OR "accessed" OR "accessible" OR "use" OR "used" OR "uses" OR "useable" OR "usable" OR "collect" OR "collects" OR "collected" OR "utilize*" OR "integrat*" OR retention OR retain* OR personaliz*) NEAR/15 (("data" OR "metadata*" OR "content" OR "contents" OR "code") NEAR/5 ("user*" OR "customer*"))) NEAR/50 (#Non-Apple Smartwatches#))) | 1/1/2014-6/2 | (((BodyText:["access" "accesses" "accessed" "accessible" "use" "used" "uses" "useable" "usable" "collect" "collects" "collected" "utilize*" "integrat*" "retention" "retain*" "personaliz*"]) NEAR/15 ((BodyText:["data*" "metadata*" "content" "contents" "code"]) NEAR/5 (BodyText:["user*" "customer*"]))) NEAR/50 ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | Limited to only MDL Docs + Families; Used Gov't Defintions |
| iPhone 64 | All documents related to any decision on whether to limit the availability or functionality of third-party Digital Wallets on the iPhone; the reason for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to:<br>a. Limit access by developers of third-party Digital Wallets or Payment Apps to NFC APIs;<br>b. Limit use of third-party Digital Wallets or Payment Apps to manage and pay for subscriptions or in-app purchases;<br>c. Limit the ability of iPhone users to set a third-party Digital Wallet or Payment App as the default payment app;<br>d. Limit the ability of third-party Digital Wallets or Payment Apps to authenticate digital payment options on online checkout pages; and<br>**e. Limit notifications that cheaper prices for services are available using third-party Digital Wallets or Payment Apps.** | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 5/29 proposed search term as it's not clear to Apple where Plaintiffs<br><br>((((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier"OR ("Comp* OR "Open*" OR "Dis-intermediate*" OR "disintermediate*" OR "DMA" OR "Digital Markets Act" OR "Domin*" OR "MFN" OR "Most-Favored-Nation" OR "Most Favored Nation" OR "visibility" OR "switch*")) NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "brand*" OR "servic*" OR "app" OR "apps" OR "develop" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/21/2025 | (((((((BodyText:["segm*" "tier*" "market*" "audience" "demographic*" "demo" "age" "kids" "teens" "adults" "men" "women" "sex" "gender" "retail*" "carrier"] OR (BodyText:["Comp*" "Open*" "Dis-intermediate*" "disintermediate*" "DMA" "Digital Markets Act" "Domin*" "MFN" "Most-Favored-Nation" "Most Favored Nation" "visibility" "switch*"])) NEAR/10 (BodyText:["entr*" "expan*" "exit*" "position*" "reposition*" "share*" "scale*" "segment*" "volume*" "leader" "win*" "los*" "gain*" "domin*" "prefer*"]) OR (BodyText:["like*" "use*"]) NEAR/5 (BodyText:["more" "less"])))) OR ((BodyText:["compet*" "rival" "alternative*"]) NEAR/3 (BodyText:["product*" "brand*" "servic*" "app" "apps" "develop" OR "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*" "fungib*le" "all the same" "no difference" "alternativ*"])) NEAR/15 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" | |

145

| | | | | |
|---|---|---|---|---|
| | | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*")) OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/21/2025 | ((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "switch*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/5 BodyText:["decision*"]) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/3 (BodyText:["availab*" OR "capab*" OR "access*" OR "success*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████████████████████████████████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" "█████████████████████████████" | |
| | | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 1/1/2014-6/21/2025 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

146

| | | | | |
|---|---|---|---|---|
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"])) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████████████████████████████████████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | |
| | | ("Data Transfer Project") | 1/1/2014-6/21/2025 | ((BodyText:["Data Transfer Project"]) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | ("████████") OR ("████████") OR ("Project████████") OR ("Project████████") | 1/1/2014-6/2 | (((BodyText:["████████"]) OR (BodyText:["████████"]) OR (BodyText:["Project████████"]) OR (BodyText:["Project████████"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

147

| | | | | |
|---|---|---|---|---|
| iPhone 65 | All documents and data related to any decision on whether to limit the availability or functionality of Cloud Streamed Games or Streaming Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Require developers to submit Cloud Streamed Games, Streaming Apps, or updates to Cloud Streamed Games or Streaming Apps individually for approval;<br>b. Require Cloud Streamed Games or Streaming Apps to use Apple's proprietary payment system for in-app purchases; and<br>c. Require developers to create iOS-specific versions of Cloud Streamed Games and Streaming Apps. | ((((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/2 | (((((BodyText:["segm*" "tier*" "market*" "audience" "demographic*" "demo" "age" "kids" "teens" "adults" "men" "women" "sex" "gender" "retail*" "carrier*"]) NEAR/10 (BodyText:["entr*"] OR BodyText:["expan*"] OR BodyText:["exit*"] OR BodyText:["position*"] OR BodyText:["reposition*"] OR BodyText:["share*"] OR BodyText:["scale*"] OR BodyText:["segment*"] OR BodyText:["volume*"] OR BodyText:["leader"] OR BodyText:["win*"] OR BodyText:["los*"] OR BodyText:["gain*"] OR BodyText:["domin*"] OR BodyText:["prefer*"] OR ((BodyText:["like*" "use*"]) NEAR/5 (BodyText:["more"] OR BodyText:["less"]))) OR ((") BodyText:["compet*"] OR BodyText:["rival"] OR BodyText:["alternative*"]) NEAR/3 (BodyText:["product*" "brand*" "servic*" "app" "apps" "develop" "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*" "fungib*le" "all the same" "no difference" "alternativ*"]) NEAR/15 (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"])) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : | |
| | | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/21/2025 | (((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "switch*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"]) NEAR/5 BodyText:["decision*"]) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/3 (BodyText:["availab*" OR "capab*" OR "access*" OR "success*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████████████████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" "██████████████████████████ " | |

| | | | | | |
|---|---|---|---|---|---|
| | | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 1/1/2014-6/2 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/2 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"])) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | |

| iPhone 66 | All documents related to any decision on whether to limit the availability or functionality of third-party Messaging Systems on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision whether to:<br>a. Enable third-party Messaging Systems to operate through SMS, MMS, RCS, or messaging alternatives;<br>b. Enable third-party Messaging Systems to continue operating in the background when the Messaging System is closed;<br>c. Enable third-party Messaging Systems to access the iPhone camera; and<br>d. Enable third-party Messaging Systems to send messages that are compatible with iMessage. | (((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/2 | ((((BodyText:["segm*" "tier*" "market*" "audience" "demographic*" "demo" "age" "kids" "teens" "adults" "men" "women" "sex" "gender" "retail*" "carrier*"]) NEAR/10 (BodyText:["entr*"] OR BodyText:["expan*"] OR BodyText:["exit*"] OR BodyText:["position*"] OR BodyText:["reposition*"] OR BodyText:["share*"] OR BodyText:["scale*"] OR BodyText:["segment*"] OR BodyText:["volume*"] OR BodyText:["leader"] OR BodyText:["win*"] OR BodyText:["los*"] OR BodyText:["gain*"] OR BodyText:["domin*"] OR BodyText:["prefer*"] OR ((BodyText:["like*" "use*"]) NEAR/5 (BodyText:["more"] OR BodyText:["less"])))) OR ((") BodyText:["compet*"] OR BodyText:["rival"] OR BodyText:["alternative*"]) NEAR/3 (BodyText:["product*" "brand*" "servic*" "app" "apps" "develop" "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*" "fungib*le" "all the same" "no difference" "alternativ*"]) NEAR/15 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : | |
| | | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*")) OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/21/2025 | (((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "switch*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/5 BodyText:["decision*"])) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/3 (BodyText:["availab*" OR "capab*" OR "access*" OR "success*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" "██████████████████████████ | |

150

| | | Terms | Date | Query |
|---|---|---|---|---|
| | | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 1/1/2014-6/2 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 (BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) |
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/2 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ████████████████ ████████████████ ████████████████ ]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" |
| | | ("Data Transfer Project") | 1/1/2014-6/2 | ((BodyText:["Data Transfer Project"]) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) |

151

| | | | | |
|---|---|---|---|---|
| iPhone 67 | All documents related to any decision on whether to limit the interoperability of third-party Smartwatches with the iPhone (or of the Apple Watch with third-party Smartphones); the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision on whether to: a. Limit the ability of third-party Smartwatches to respond to notifications; b. Limit the ability of third-party Smartwatches to maintain a consistent Bluetooth connection with the iPhone when Bluetooth is manually disabled on the iPhone; c. Limit the ability of third-party Smartwatches to maintain a consistent connection with, to continue to operate in the background of, or to continue to share data with the iPhone when the iPhone is in Low Power Mode; and d. Limit the ability of third-party Smartwatches to connect to a cellular network using a phone number associated with an iPhone. | (((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/10 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/2 | (((((BodyText:["segm*" "tier*" "market*" "audience" "demographic*" "demo" "age" "kids" "teens" "adults" "men" "women" "sex" "gender" "retail*" "carrier*"]) NEAR/10 (BodyText:["entr*"] OR BodyText:["expan*"] OR BodyText:["exit*"] OR BodyText:["position*"] OR BodyText:["reposition*"] OR BodyText:["share*"] OR BodyText:["scale*"] OR BodyText:["segment*"] OR BodyText:["volume*"] OR BodyText:["leader"] OR BodyText:["win*"] OR BodyText:["los*"] OR BodyText:["gain*"] OR BodyText:["domin*"] OR BodyText:["prefer*"] OR ((BodyText:["like*" "use*"]) NEAR/5 (BodyText:["more"] OR BodyText:["less"]))) OR (("] BodyText:["compet*"] OR BodyText:["rival"] OR BodyText:["alternative*"]) NEAR/3 (BodyText:["product*" "brand*" "servic*" "app" "apps" "develop" "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*" "fungib*le" "all the same" "no difference" "alternativ*"])) NEAR/15 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : | |
| | | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*")) OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/2 | ((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "switch*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/5 BodyText:["decision*"])) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/3 (BodyText:["availab*" OR "capab*" OR "access*" OR "success*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ▮▮▮▮▮▮▮▮▮▮▮▮▮ " | |

| | | | | |
|---|---|---|---|---|
| | | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 1/1/2014-6/2 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/2 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████████████████████████ █████████████████████████████████████████████████████ ██████████████████████████████████████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | |

153

| iPhone 68 | All documents regarding any decision on whether to limit the availability or functionality of Platform Apps on the iPhone; the reasons for any such decision; and the actual or potential impact of any such decision on iPhone sales, iPhone switching, or consumer perception or demand. This includes any decision to:<br>a. Disallow Platform Apps on the iPhone; and<br>b. Require Platform Apps to list Mini Programs using text-only title lists. | (((("segm*" OR "tier*" OR "market*" OR "audience" OR "demographic*" OR "demo" OR "age" OR "kids" OR "teens" OR "adults" OR "men" OR "women" OR "sex" OR "gender" OR "retail*" OR "carrier*") NEAR/103 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader" OR "win*" OR "los*" OR "gain*" OR "domin*" OR "prefer*" OR (("like*" OR "use*") NEAR/5 ("more" OR "less")))) OR (("compet*" OR "rival" OR "alternative*") NEAR/3 ("product*" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*" OR "fungib*le" OR "all the same" OR "no difference" OR "alternativ*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/2 | (((((BodyText:["segm*" "tier*" "market*" "audience" "demographic*" "demo" "age" "kids" "teens" "adults" "men" "women" "sex" "gender" "retail*" "carrier*"]) NEAR/10 (BodyText:["entr*"] OR BodyText:["expan*"] OR BodyText:["exit*"] OR BodyText:["position*"] OR BodyText:["reposition*"] OR BodyText:["share*"] OR BodyText:["scale*"] OR BodyText:["segment*"] OR BodyText:["volume*"] OR BodyText:["leader"] OR BodyText:["win*"] OR BodyText:["los*"] OR BodyText:["gain*"] OR BodyText:["domin*"] OR BodyText:["prefer*"] OR ((BodyText:["like*" "use*"]) NEAR/5 (BodyText:["more"] OR BodyText:["less"]))) OR (("] BodyText:["compet*"] OR BodyText:["rival"] OR BodyText:["alternative*"]) NEAR/3 (BodyText:["product*" "brand*" "servic*" "app" "apps" "develop" "threat*" "position*"])) OR (BodyText:["disintermed*" "commodit*" "profitab*" "fungib*le" "all the same" "no difference" "alternativ*"])) NEAR/15 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : | |
| | | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*")) OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/2 | ((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "switch*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/5 BodyText:["decision*"])) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/3 (BodyText:["availab*" OR "capab*" OR "access*" OR "success*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*<br>████████████<br>████████████████<br>████████████████<br>"]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"]) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade"████████████████" | |

| | | | | | |
|---|---|---|---|---|---|
| | | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR  ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang) | 1/1/2014-6/2 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/2 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████ ███████████████████████████ ███████████████████████████ ███████████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | |

| | | | | | |
|---|---|---|---|---|---|
| iPhone 70 | All documents regarding consumer steering toward or away from Apple Pay, including:<br>a. All documents regarding consumer steering toward or away from Apple Pay, including:<br>a. All documents received from, sent to, or prepared for payment card networks or issuing banks regarding consumer steering (including regarding actual or potential efforts to direct, instruct, prompt, incentivize, or otherwise encourage consumers to use Apple Pay, and the decisionmaking behind those efforts).<br>b. All documents regarding steering consumers to use Apple Pay; and<br>c. All documents regarding actions by others that actually or potentially steered consumers away from using Apple Pay in favor of other payment methods. | ((steer* OR direct  OR incentiv* OR points OR promot*) NEAR/ 30 ("Apple Pay" OR "Apple Wallet")) NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Apple Smartwatches#) | 1/1/2014-6/21/2025 | (((((BodyText:["steer*" "direct" "incentiv*" "points" "promot*"]) BodyText:["NEAR/"] BodyText:["30"] (BodyText:["Apple Pay" "Apple Wallet"])) NEAR/50 (((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ████████████████████████████████ "encrypt*" "end to end" "end-to-end" ████ "iCard" "iMessage" "iMessages" "iPay" "iWallet" ████ " "watch os" "App Store" "Health*" "Low Power Mode" "Background*" "Control Center"]) OR ((BodyText : ["Apple" "iPhone" "iOS"]) NEAR/15 (BodyText : ["messag*" "SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" "██████" "secure enclave"])) OR ((BodyText : ["super" "platform" "mini" "instant" "HTML5"]) NEAR/3 (BodyText : ["app*" "program*" "game*"])) OR (BodyText : "apple" NEAR/5 (BodyText : ["BNPL" "P2P" "tap-to-pay" "tap to pay"])) OR (BodyText : "watch*") OR (BodyText :"apple" NEAR/3 BodyText :"digital" NEAR/5 BodyText :"wallet*") OR (BodyText :"apple*" NEAR/3 BodyText :"silicon") OR (BodyText :"cloud" NEAR/2 BodyText :"gam*")) OR ((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ██████████████████████████ "])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate | |
| Watch 70 | All Documents relating to criticisms or complaints from consumers, Third-Party Smartwatch Makers, Developers of Third-Party Smartwatch Apps, reporters, or media outlets relating to the interoperability of the Apple Watch with the iPhone and the interoperability of Third-Party Smartwatches with the iPhone. | (((critic* OR complain* OR critiqu* OR question* OR inquir* OR ask* OR comment*) NEAR/20 ("function*" OR "interoper*" OR "capab*" OR "integrat*" OR "access*" OR "interfac*" OR "able" OR "abilit*" OR "fail*")) AND (#Non-Apple Smartwatches# OR #Apple Smartwatches#)) | 1/1/2010-6/21/2025 | ((((((BodyText:["critic*" "complain*" "critiqu*" "question*" "inquir*" "ask*" "comment*"]) NEAR/20 (BodyText:["function*" "interoper*" "capab*" "integrat*" "access*" "interfac*" "able" "abilit*" "fail*"])) AND ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 (BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ████████████████████████████ "]))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

156

| Watch 71 | All Communications or Agreements with third parties relating to Smartwatches, including, but not limited to Communications or Agreements with representatives or employees of Amazfit, AT&T, Citizen, Core Devices LLC, Fitbit, Fossil, Garmin, Google, HMD America, HMD Global, Meta, MijoConnected, Motorola, Pebble, Samsung, T-Mobile, TracFone, Verizon, and Withings and all Documents and Communications relating to those Communications or Agreements. | (((From : ["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com" "@coros.com"]) OR (To : ["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com" "@coros.com"])) AND (("smartwatch" OR "AppleSmartwatches# OR #Non-AppleSmartwatches#)) | 1/1/2010-6/21/2025 | ((((From:["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com" "@coros.com"]) OR (To:["@fitbit.com" "@garmin.com" "pebble.com" "@fossil.com" "@withings.com" "@amazfit.com" "@google.com" "@samsung.com" "@meta.com" "@att.com" "@verizon.com" "@t-mobile.com" "@coros.com"])) AND (("smartwatch" OR ((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"]))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 72 | All documents related to any discount, rebate, or markdown of list price provided to any purchasers of the iPhone, including retailers or other bulk purchasers. | (((((pric* "sale*" OR "purchase*" OR "licens*" OR "financ*") NEAR/5 (markdown OR reduc* OR "rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "incentiv*" OR "bundl*" OR "DG")) | 1/1/2014-6/2 | (((BodyText:["pric*" "sale*" "purchase*" "licens*" "financ*"]) NEAR/5 (BodyText:["markdown" "reduc*" "rebat*" "promo*" "discount*" "coupon*" "fee" "incentiv*" "bundl*" "DG"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | ((#Carriers# OR #Retailers#))  NEAR/15 (markdown OR reduc* OR "rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "incentive*" OR "bundl*" OR "DG")<br><br>[Limit search to emails and messages] | 1/1/2014-6/2 | (((((BodyText : ["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket Wireless" "Bluegrass Cellular" "Credo Mobile" "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Global Wireless" "Mint Mobile" "Cox Wireless"]) OR (BodyText : ["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "Costco" "Target" "Sam's Club" "Amazon"]))) NEAR/15 (BodyText:["markdown" "reduc*" "rebat*" "promo*" "discount*" "coupon*" "fee" "incentive*" "bundl*" "DG"])) AND (DocType:[Email Messages]) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

157

| | | | | | |
|---|---|---|---|---|---|
| iPhone 73 | All documents related to any relationship between the costs of producing, distributing, marketing, promoting, and selling the iPhone, and the price or prices at which the iPhone is sold, including pricing manuals, matrices, guidelines, policies, and/or formulas, and including any breakdowns by customer type. | ((("pric*" NEAR/3 ("plan*" OR "strateg*" OR "term*" OR "condition*" OR "premium" OR "custom*" OR "licens*" OR "financ*" OR "terminal*" OR "financing") NEAR/5 (markdown OR reduc* OR "rebat*" OR "promo*" OR "discount*" OR "coupon*" OR "fee" OR "fees" OR "profit*" OR "term*" OR "condition*" OR "incentive*" OR "bundl*" OR "DG" OR "demand*")) OR (("research*" OR "develop*" OR "R&D" OR "manufactur*" OR "distribut*") NEAR/2 "cost*") OR ("margin*" OR "profit*" OR "MFN*")) NEAR/10 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1/1/2014-6/2 | (((((BodyText:["pric*"] NEAR/3 (BodyText:["plan*" "strateg*" "term*" "condition*" "premium" "custom*" "licens*" "financ*" "terminal*" "licensing" "financing"]) NEAR/5 (BodyText:["markdown" "reduc*" "rebat*" "promo*" "discount*" "coupon*" "fee" "fees" "profit*" "term*" "condition*" "incentive*" "bundl*" "DG" "demand*"])) OR ((BodyText:["research*" "develop*" "R&D" "manufactur*" "distribut*"]) NEAR/2 BodyText:["cost*"]) OR (BodyText:["margin*" "profit*" "MFN*"])) NEAR/10 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook instant | |
| | | (("Tmobile" OR "T Mobile" OR "TMO" OR "ATT" OR "AT&T" OR "Verizon" OR "VZ" OR "carrier" OR "carriers" OR "retailer*" OR "Walmart" OR "Wal-Mart" OR "Best Buy" OR "Costco" OR "Target" OR "Sprint" OR "Dish" OR "Tracfone" OR "Cellcom" OR "Consumer Cellular" OR "Appalachian Wireless" OR "Go Wireless" OR "C Spire Wireless" OR "Comcast" OR "United States Cellular" OR "US Mobile" OR "U.S. Mobile" OR "Cricket Wireless" OR "Bluegrass Cellular" OR "Credo Mobile" OR "Cellular Connection" OR "Cellular Sales Management Group" OR "Charter Communications" OR "Spectrum" OR "Global Wireless" OR "Mint Mobile" OR "Cox Wireless" OR #Carriers# OR #Retailers#) NEAR/15 (contract* OR agreement* OR negotiat* OR OR term* OR condition* OR sale* OR promotion* OR (exclusiv* NEAR/5 (restrict* OR oblig*" OR licens*)) OR "most-favored nation*" OR "MFN*" OR "pric* parity" OR (discount* NEAR/3 ((volume*" OR "bulk"))) NEAR/30 (#iPhone#)<br><br>[Limit search to emails and messages] | 1/1/2014-6/2 | (((((BodyText:["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "carrier" "carriers" "retailer*" "Walmart" "Wal-Mart" "Best Buy" "Costco" "Target" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket Wireless" "Bluegrass Cellular" "Credo Mobile" "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Spectrum" "Global Wireless" "Mint Mobile" "Cox Wireless"] OR (BodyText : ["Tmobile" "T Mobile" "TMO" "ATT" "AT&T" "Verizon" "VZ" "Sprint" "Dish" "Tracfone" "Cellcom" "Consumer Cellular" "Appalachian Wireless" "Go Wireless" "C Spire Wireless" "Comcast" "United States Cellular" "US Mobile" "U.S. Mobile" "Cricket Wireless" "Bluegrass Cellular" "Credo Mobile" "Cellular Connection" "Cellular Sales Management Group" "Charter Communications" "Global Wireless" "Mint Mobile" "Cox Wireless"]) OR (BodyText : ["Walmart" "Wal-Mart" "Best Buy" "bestbuy" "Costco" "Target" "Sam's Club" "Amazon"])) NEAR/15 (BodyText:["contract*" "agreement*" "negotiat*" "term*" "condition*" "sale*" "promotion*"] OR (BodyText:["exclusiv*"] NEAR/5 (BodyText:["restrict*" "oblig*" "licens*"])) OR BodyText:["most-favored nation*" "MFN*" "pric* parity"] OR (BodyText:["discount*"] NEAR/3 ((BodyText:["volume*" "bulk"])))))) NEAR/30 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")))) AND (DocType:[Email Messages]) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 73 | All Documents relating to incentive programs for Developers of Third-Party Smartwatch Apps, including any eligibility restrictions prohibiting Developers of Third-Party Smartwatch Apps from directing consumers to make out-of-app transactions, and any restrictions prohibiting App Developers from directing consumers to Third-Party Smartwatch Apps. | ((developer) NEAR/20 (incentive* OR motivat* OR encourag*)) NEAR/50 (steer* OR "link out" OR "linkout" OR "link-out" OR "external link" OR "external-link" OR "web store" or (alternative OR "alt") NEAR/10 store)) | 1/1/2014-6/21/2025 | (((((BodyText:["developer"]) NEAR/20 (BodyText:["incentive*" "motivat*" "encourag*"])) NEAR/50 ((BodyText:["steer*" "link out" "linkout" "link-out" "external link" "external-link" "web store"] OR (BodyText:["alternative" "alt"]) NEAR/10 BodyText:["store"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| | | | | | |
|---|---|---|---|---|---|
| | Search 73.2<br>((developer) NEAR/20 (eligib* OR restrict* OR prohibit* OR (reject* OR deny OR denial OR authoriz*) AND (("smartwatch* OR ("watchos" OR "watch os") OR ("third party" OR "thirdparty" OR "3P" OR "nonApple" OR "non-Apple" OR "non Apple" OR "not Apple" OR "notApple" OR "not-Apple") OR (apple NEAR/5 watch*)))) | 1/1/2014-6/2 | ((((BodyText:["developer"]) NEAR/20 (BodyText:["eligib*" "restrict*" "prohibit*" "reject*" "deny" "denial" "authoriz*"])) AND ((BodyText:["smartwatch*" "watchos" "watch os"]) OR (BodyText:["third party" "thirdparty" "3P" "nonApple" "non-Apple" "non Apple" "not Apple" "notApple" "not-Apple"]) OR (BodyText:["apple"] NEAR/5 BodyText:["watch*"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 74 | All documents or communications related to any analysis, study, survey, report, assessment, paper, identification, explanation, or discussion by you or by any other entity related to any market(s) in which any iPhone competes or has ever competed, including:<br>a. Documents or communications identifying the market(s) in which any of your iPhone models compete or have ever competed;<br>b. Documents or communications discussing or otherwise related to the size (by any metric) or any characteristic of any market in which any of your iPhone models compete or have ever competed;<br>c. Documents or communications identifying, discussing, or otherwise related to any aspect of competition or potential competition in the markets for Smartphones, or otherwise related to any meetings discussing competition or potential competition in (or your competitors or potential competitors in) the markets for Smartphones;<br>d. Documents or communications identifying or discussing your competitors, or that refer to any entities as your competitors, or from your competitors, in the markets for Smartphones, where the document or communication relates to competition in one or both of those markets. | (((("segm*" OR "tier*" OR "market*") NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/2 | (((BodyText:["segm*" "tier*" "market*"]) NEAR/15 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"]) OR (BodyText : "gam*" NEAR/2 (BodyText : ["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"])) OR (BodyText : ["geforcenow" "luna" "stadia" "steam"]) OR ((BodyText : ["cloud" "stream*" "remot*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"]))) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple | |

159

| | | | | | |
|---|---|---|---|---|---|
| | | Search 15.2<br>(("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR (("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*") NEAR/30 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches#) | 1/1/2014-6/2 | (((((BodyText:["moat" "pricing power" "market power" "monopol*" "monopso" "competitive edge" "competitive advantage"]) OR (BodyText:["scale"] NEAR/2 (BodyText:["min*" "viable*" "efficient" "*optimal"])) OR (BodyText:["barrier*"] NEAR/2 (BodyText:["entr*" "expan*"])) OR (BodyText:["network" "feedback" "feed back"]) NEAR/2 BodyText:["effect*"]) OR (BodyText:["entrench*" "domina*" "market leader" "market position"]) OR (BodyText:["price" "pricing" "cost*" "bargain*" "contract*" "negotiat*"])) NEAR/30 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap | |
| Watch 74 | All Documents related to any threat to user security or privacy due to the inability to send encrypted messages between iPhones and Third-Party Smartphones or Third-Party Smartwatches. | ((secur* OR safe* OR priva* OR threat*) NEAR/30 (encrypt* OR "e2ee" OR "rcs")) AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | 1/1/2010-6/21/2025 | (((((BodyText:["secur*" "safe*" "priva*" "threat*"]) NEAR/30 (BodyText:["encrypt*" "e2ee" "rcs"])) AND (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os"] ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| Watch 75 | All Documents related to any effort or decision by Apple to prevent or limit any Third-Party Developer's ability or permission to provide or enable end-to-end encryption for messages sent from Third-Party Smartwatches. | ((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*") NEAR/25 ((encrypt* AND messag*) OR "rcs" OR "imessage")) AND ("*watch*")) NEAR/30 ("third party" OR "thirdparty" OR "3P" OR "nonApple" OR "non-Apple" OR "non Apple" OR "not Apple" OR "notApple" OR "not-Apple" OR #Non-Apple Smartwatches#) | 1/1/2010-6/2 | (((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "requir*"]) NEAR/25 ((BodyText:["encrypt*"] AND BodyText:["messag*"]) OR BodyText:["rcs"] OR BodyText:["imessage"])) AND (BodyText:["*watch*"]) NEAR/30 (BodyText:["third party"] OR BodyText:["thirdparty"] OR BodyText:["3P"] OR BodyText:["nonApple"] OR BodyText:["non-Apple"] OR BodyText:["non Apple"] OR BodyText:["not Apple"] OR BodyText:["notApple"] OR BodyText:["not-Apple"] OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 76 | All Documents related to any threat to user security or privacy due to the inability to send encrypted messages from Third-Party Smartwatches. | ((secur* OR safe* OR priva* OR threat*) NEAR/30 (encrypt* OR "e2ee" OR "rcs")) AND (#Apple Smartwatches# OR #Non-Apple Smartwatches#)) | 1/1/2010-6/2 | ((((BodyText:["secur*" "safe*" "priva*" "threat*"]) NEAR/30 (BodyText:["encrypt*" "e2ee" "rcs"])) AND (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ███████████████ ██████████████████████████████ ████████████████████████████████ "])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

161

| iPhone 78 | All documents regarding the "commoditization" of Smartphone hardware as that term is used in paragraph 66 of the complaint filed at ECF 51 in United States et al. v. Apple, 2:24-cv-04055 (D.N.J. Jun. 11, 2024). | [Apple Notes on 6/12 Counter] Apple ran Apple's 6/19 proposed search term.<br><br>Search 8.1<br>(("limit*" OR "limits" OR "limited" OR "limitation" OR "limitations*" OR "different*" OR "difference" OR "differences" OR "access*" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility" OR "restrict*" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "prefer*" OR "prefers" OR "preferred" OR "preference" OR "preferences" OR "streamline*" OR "favor*" OR "favors" OR "favored" OR "favorite" OR "priorit*y" OR "priorities" OR "prioritize" OR "prioritized" OR "implement*" OR "implements" OR "implemented" OR "implementation" OR "implementations" OR "constrain*" OR "constrains" OR "constrained" OR "constraint" OR "constraints" OR "block*" OR "blocking" OR "degrad*e" OR "degrades" OR "degraded" OR "degradation" OR "imped*e" OR "impedes" OR "impediment" OR "throttl*" OR "disabl*" OR "prevent*" OR "prevents" OR "preventative" OR "permi*t" OR "permits" OR "permitted" OR "permission" OR "permissions" OR usab*" OR "friction" OR "compatib*") NEAR/120 ("function*" OR "functions" OR "functionality" OR "functionalities" OR "feature" OR "features" OR "capabl*e" OR "capability" OR "capabilities" OR "ability" OR "abilities" OR "utility" OR "utilities" OR "ease of use" OR "entitlement" OR "entitlements" OR "API" OR "APIs" OR "Application* Programming Interface*" OR "background process*" OR "data") NEAR/20 (("non Apple" OR "nonApple" OR "3P" OR "external" OR "non-native") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) NEAR/50 (("iPhone" OR "iPhones") AND NOT "sent from my iphone") | 1/1/2014-6/21/2025 | ((((BodyText:["limit*" "different*" "acces*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "blocking" "degrad*" "imped*" "throttl*" "disabl*" "prevent*" "permi*" "usab*" "friction" "compatib*"] NEAR/20 (BodyText:["function*" "feature" "features" "capabl*" "ability" "abilities" "utility" "utilities" "ease of use" "entitlement" "entitlements" "API" "APIs" "Application* Programming Interface*" "background process*" "data"]) NEAR/20 ((BodyText:["non Apple" "nonApple" "3P" "external" "non-native"]) OR ((BodyText:["third" "3d" "3rd"]) NEAR/2 BodyText:["part*"]))) NEAR/50 (BodyText:["iPhone" "iPhones"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | (("different" OR "differing" OR "restrict" OR "restricts" OR "restricting" OR "restriction" OR "restrictions" OR "access" OR "accesses" OR "accessible" OR "accessibility" OR "inaccessible" OR "inaccessibility") NEAR/10 (("guideline" OR "guidelines" OR "app review") OR ("developer" NEAR/4 "agreement*")) NEAR/30 (("non Apple" OR "nonApple" OR "3P" OR "non-native" OR "external") OR (("third" OR "3d" OR "3rd") NEAR/2 "part*"))) | 1/1/2014-6/2 | ((((BodyText:["different" "differing" "restrict" "restricts" "restricting" "restriction" "restrictions" "access" "accesses" "accessible" "accessibility" "inaccessible" "inaccessibility"]) NEAR/10 ((BodyText:["guideline" "guidelines" "app review"]) OR (BodyText:["developer" NEAR/4 "agreement*"])) NEAR/30 ((BodyText:["non Apple" "nonApple" "3P" "non-native" "external"]) OR ((BodyText:["third" "3d" "3rd"]) NEAR/2 BodyText:["part*"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamlin*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" restrain* OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "deny" OR "deni*" OR "approv*" OR "reject*" OR "allow*" OR "disallow*")) NEAR/25 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/25 (("allo" OR "Beeper" OR "BlueChat" OR "Blue Chat" OR "Discord" OR "Messenger") OR (("Google" OR "Microsoft") NEAR/2 ("messag*" OR "chat*"))) OR ("gchat" OR "G chat" OR "hangouts" OR "Skype" OR "Signal" OR "Slack" OR "Snapchat" OR "Sunbird" OR "Teams" OR "Telegram" OR "Viber" OR "WeChat" OR "We Chat" OR "WhatsApp" OR "Whats App" OR "QQ") OR ("messag*" NEAR/2 "app*")) NEAR/30 (("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*") OR ("Apple" NEAR/2 "messag*"))))) | 1/1/2014-6/2 | (((((BodyText:["limit*" "differ*" "access*" "inaccess*" "restrict*" "prefer*" "streamlin*" "favor*" "priorit*" "implement*" "constrain*" "restrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "deny" "deni*" "approv*" "reject*" "allow*" "disallow*"]) NEAR/25 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitle*" "API*" "Application* Programming Interface*" "background process*" "data"])) NEAR/25 ((BodyText:["allo" "Beeper" "BlueChat" "Blue Chat" "Discord" "Messenger"]) OR (((BodyText:["Google" "Microsoft"])) NEAR/2 ((BodyText:["messag*" "chat*"]))) OR (BodyText:["gchat" "G chat" "hangouts" "Skype" "Signal" "Slack" "Snapchat" "Sunbird" "Teams" "Telegram" "Viber" "WeChat" "We Chat" "WhatsApp" "Whats App" "QQ"]) OR (BodyText:["messag*"] NEAR/2 BodyText:["app*"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

| | | | | | |
|---|---|---|---|---|---|
| | | ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 ((("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data" OR "pass presentation entitlement" OR "Secure Element" OR "NFC" OR "near-field communication" OR "IAP" OR "cookies")) OR ("in app" NEAR/2 "pay*") OR ("pass" NEAR/3 "through") OR (("in" NEAR/2 "store") NEAR/2 "pay*"))) NEAR/20 (((("digital" OR "Google" OR "Samsung" OR "Amazon" OR "Walmart" OR "Wal Mart" OR "WeChat" OR "We Chat" OR "Ali")) NEAR/4 (("wallet*" OR "pay*" OR (contactless /3 app)))) OR ("tap" NEAR/3 "pay") OR (("PayPal" OR "Pay Pal" OR "AliPay" OR "Venmo" OR "Dwolla" OR "Zelle" OR "CashApp" OR "Klarna" OR "Block"))) NEAR/30 (("native" NEAR/3 (("Apple" OR "iOS" OR "app*"))) OR ("first party") OR ("iOS" NEAR/2 "app*") OR (("Apple Pay" OR "Apple Wallet")))) | 1/1/2014-6/2 | (((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "restrain*"]) NEAR/10 (((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitle*" "API*" "Application* Programming Interface*" "background process*" "data" "pass presentation entitlement" "Secure Element" "NFC" "near-field communication" "IAP" "cookies"])) OR (BodyText:["in app"] NEAR/2 BodyText:["pay*"]) OR (BodyText:["pass"] NEAR/3 BodyText:["through"]) OR ((BodyText:["in"] NEAR/2 BodyText:["store"]) NEAR/2 BodyText:["pay*"])))) NEAR/20 ((((BodyText:["digital" "Google" "Samsung" "Amazon" "Walmart" "Wal Mart" "WeChat" "We Chat" "Ali"])) NEAR/4 ((BodyText:["wallet*"] OR BodyText:["pay*"] OR (BodyText:["contactless"] BodyText:["/3"] BodyText:["app"])))) OR (BodyText:["tap"] NEAR/3 BodyText:["pay"]) OR ((BodyText:["PayPal" "Pay Pal" "AliPay" "Venmo" "Dwolla" "Zelle" "CashApp" "Klarna" "Block"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | ((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("Netflix" OR "Amazon" OR "Hulu" OR "Android" OR "Microsoft" OR "Samsung" OR "Garmin" OR "Google" OR "xBox" OR "xCloud" OR "GeForceNow" OR "GeForce Now" OR "Ge Force Now" OR "GFN" OR "PSN" OR "Playstation" OR "Stadia" OR "Luna" OR "Roblox" OR "Boosteroid*" OR "Shadow*"))) NEAR/30 ("native" NEAR/3 ((("Apple" OR "iOS" OR "app*")) OR "first party" OR ("iOS" NEAR/2 "app*")))) | 1/1/2014-6/2 | ((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "restrain*"]) NEAR/10 (BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "data"])) NEAR/20 (BodyText:["Netflix" "Amazon" "Hulu" "Android" "Microsoft" "Samsung" "Garmin" "Google" "xBox" "xCloud" "GeForceNow" "GeForce Now" "Ge Force Now" "GFN" "PSN" "Playstation" "Stadia" "Luna" "Roblox" "Boosteroid*" "Shadow*"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | (((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR "requir*" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "background app refresh" OR "low power mode" OR "iMessage" OR "data" OR "notification*" OR "alert*" OR "pair*" OR "Bluetooth" OR "BLE" OR "ANCS" OR "WiFi Direct"))) NEAR/20 (("Smartwatch*" OR "Smart watch*") OR ("Galaxy" NEAR/2 (("Gear" OR "Watch"))) OR ("Pixel Watch*" OR "OnePlus Watch*" OR "One Plus Watch*" OR "Fitbit*" OR "fit bit*" OR "G Watch*" OR "gwatch" OR "Garmin" OR "ASUS" OR "Amazfit" OR "Fossil"))) NEAR/30 (("Apple" OR "iOS" OR "native" OR "first party") OR (("iPhone" OR "iPhones") AND NOT "sent from my iphone")) | 1/1/2014-6/21/2025 | ((((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" "requir*" "restrain*"])) NEAR/10 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "background app refresh" "low power mode" "iMessage" "data" "notification*" "alert*" "pair*" "Bluetooth" "BLE" "ANCS" "WiFi Direct"]))) NEAR/20 ((BodyText:["Smartwatch*" "Smart watch*"]) OR (BodyText:["Galaxy"] NEAR/2 ((BodyText:["Gear" "Watch"]))) OR (BodyText:["Pixel Watch*" "OnePlus Watch*" "One Plus Watch*" "Fitbit*" "fit bit*" "G Watch*" "gwatch" "Garmin" "ASUS" "Amazfit" "Fossil"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |

163

| | | | | | |
|---|---|---|---|---|---|
| | | (((((("limit*" OR "differen*" OR "access*" OR "inaccess*" OR "restrict*" OR "prefer*" OR "streamline*" OR "favor*" OR "priorit*" OR "implement*" OR "constrain*" OR "block*" OR "imped*" OR "degrad*" OR "throttl*" OR "disabl*" OR "prevent*" OR "permi*" OR "friction" OR restrain*)) NEAR/10 (("function*" OR "feature*" OR "capab*" OR "abilit*" OR "utilit*" OR "ease of use" OR "entitlement*" OR "API*" OR "Application* Programming Interface*" OR "background process*" OR "data"))) NEAR/20 (("super" NEAR/2 "app*") OR ("mini" NEAR/2 "program*") OR "mini app" OR ("HTML5" NEAR/2 "app") OR ("dynamically-coded" NEAR/2 "app") OR ("meta app*" OR "cross platform app*" OR "everything app*" OR "platform app*" OR "wechat") OR ("app within" NEAR/3 "app") OR ("HTML5" NEAR/2 "mini"))) OR #Apple Super Apps# OR #Non-Apple Super Apps# AND (("China" OR "PRC" OR "Asia" OR "Europe" OR "EMEA" OR "foreign")) AND (("domestic" OR "United States" OR "USA"))) | 1/1/2014-6/2 | (((((BodyText:["limit*" "differen*" "access*" "inaccess*" "restrict*" "prefer*" "streamline*" "favor*" "priorit*" "implement*" "constrain*" "block*" "imped*" "degrad*" "throttl*" "disabl*" "prevent*" "permi*" "friction" OR restrain*]]) NEAR/10 ((BodyText:["function*" "feature*" "capab*" "abilit*" "utilit*" "ease of use" "entitl*" "API*" "Application* Programming Interface*" "background process*" "data"]))) NEAR/20 ((BodyText:"super" NEAR/2 BodyText:"app*") OR (BodyText:"mini" NEAR/2 BodyText:"program*") OR BodyText:["mini app"] OR (BodyText:"HTML5" NEAR/2 BodyText:"app") OR (BodyText:"dynamically-coded" NEAR/2 BodyText:"app") OR (BodyText:["meta app*" "cross platform app*" "everything app*" "platform app*" "wechat"]) OR (BodyText:"app within" NEAR/3 BodyText:"app") OR (BodyText:"HTML5" NEAR/2 BodyText:"mini"))) OR ((BodyText:["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"]) OR (BodyText:["Weixin" "Tencent" "Alipay" "Grab" "Gojek" "KakaoTalk" "Paytm" "Line" "Tata Neu" "PhonePe" "Rappi" "Careem"]) NEAR/20 (BodyText:["storefront" "mini*" "alternat*" "app store"])) OR (BodyText:["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass:"EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | Limited to only MDL Docs + Families |
| | | ((((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expan*" OR "exit*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR smartphone) | 1/1/2014-6/21/2025 | (((((BodyText:["disintermed*" "commodit*" "profitab*"])) NEAR/15 (((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"]) OR (BodyText : "gam*" NEAR/2 (BodyText : ["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"])) OR (BodyText : ["geforcenow" "luna" "stadia" "steam"]) OR ((BodyText : ["cloud" "stream*" "remot*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"]))) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple | Limited to only MDL Docs + Families |

| | | Query | Date | Query (BodyText) | Limitation |
|---|---|---|---|---|---|
| | | ((("single" NEAR/3 ("home" OR "homing")) OR ("multi" NEAR/3 ("home" OR "homing")) OR ("singlehom*" OR "multihom*") OR (("multiple" OR "primary" OR "preferred") NEAR/4 ("device" OR "devices"))) NEAR/20 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone#)) | 1/1/2014-6/2 | (((((BodyText:["single"] NEAR/3 (BodyText:["home" "homing"])) OR (BodyText:["multi"] NEAR/3 (BodyText:["home" "homing"])) OR (BodyText:["singlehom*" "multihom*"]) OR ((BodyText:["multiple" "primary" "preferred"]) NEAR/4 (BodyText:["device" "devices"]))) NEAR/20 ((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"]) OR (BodyText : "gam*" NEAR/2 (BodyText : ["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"])) OR (BodyText : ["geforcenow" "luna" "stadia" "steam"]) OR ((BodyText : | Limited to only MDL Docs + Families |
| | " | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#) | 1/1/2014-6/21/2025 | (((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/3 BodyText:["decision*"]) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/3 (BodyText:["availab*" "capab*" "access*" "success*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"]) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ " | Limited to only MDL Docs + Families |

165

| | | | | |
|---|---|---|---|---|
| | | (((("consumer*" OR "customer*" OR "purchaser*" OR "user" OR "users" OR "buyer*" OR "market")) NEAR/5 ("demand" OR ("purchas*" NEAR/3 "dec*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# OR #Non-Apple Relevant Products or Services#)) | 1/1/2014-6/21/2025 | ((((((BodyText:["consumer*" "customer*" "purchaser*" "user" "users" "buyer*" "market"]) NEAR/5 (BodyText:["demand"] OR (BodyText:["purchas*"] NEAR/3 BodyText:["dec*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████████████████████████████████████████████"]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ██████████████" "encrypt*" "end to end" "end-to-end" ██████████ "iCard" "iMessage" "iMessages" "iPay" "iWallet" "██████ ████████ "watch os" "App Store" "Health*" "Low Power Mode" | Limited to only MDL Docs + Families |
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*" ))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████████████████]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | Limited to only MDL Docs + Families |

166

| iPhone 79 | All documents and data regarding the actual or potential impact of third-party app availability on the App Store on iPhone sales or switching, iPhone consumer demand, or App Store revenue. This includes any analysis on the potential revenue and profitability impact of complying with the European Union's 2025 Digital Markets Act, or complying with injunctive remedies sought in other App Store-related litigation. | (((impact* OR change* OR effect) NEAR/50 "App Store") NEAR/50 (("third party" OR "thirdparty" OR "3P" OR "nonApple" OR "non-Apple" OR "non Apple" OR "not Apple" OR "notApple" OR "not-Apple") NEAR/15 ("app" OR "apps" OR "App Store"))) NEAR/50 ((#iPhone# OR #Non-Apple Smartphone# OR #Non-Apple Smartwatches#) NEAR/30 (switch* OR boomerang OR friction OR revenue* OR margin* OR profit* OR sale* OR demand)) | 1/1/2014-6/21/2025 | ((((BodyText:[impact*" "change*" "effect]) NEAR/50 BodyText:"App Store") NEAR/50 ((BodyText:["third party" "thirdparty" "3P" "nonApple" "non-Apple" "non Apple" "not Apple" "notApple" "not-Apple"]) NEAR/15 (BodyText:["app" "apps" "App Store"]))) NEAR/50 ((((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ███████████████████████████████████████████████████████ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) OR (((BodyText:["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText:["Whats App" "WhatsApp" "Signal" "Telegram"]) OR ((BodyText:["facebook" "meta"]) NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["google"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["android"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["Samsung"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["wallet*"] NEAR/2 BodyText:["digital" "mobile"]) OR (BodyText:["payment*"] NEAR/2 (BodyText:["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText:["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText:["venmo" "cashapp" "paypal"]) OR ((BodyText:["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText:["pay" "wallet"]) NEAR/2 (BodyText:["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText:["watch*"] | |
| iPhone 80 | All documents and data regarding the actual or potential impact of Apple Carplay, or any actual or potential features of Apple Carplay, on iPhone sales or switching, or on iPhone consumer demand. | ("CarPlay" OR "Car Play") NEAR/50 (#iPhone# NEAR/50 (sale* OR switch* OR boomerang OR "lock in" OR "lockin" OR "lock-in" OR friction OR barrier OR hurdle OR obstacle OR churn  OR cost OR expense OR suffer OR hard OR challeng* OR trouble OR demand* OR "lock in" OR "lock-in" OR "lockin" or "stickiness" OR "sticky" OR ecosystem))<br><br>MDL Plaintiffs consent to the use of the Government's Search Term Definitions for this RFP.  MDL Plaintiffs do NOT consent to a review only the MDL Docs and MDL Docs w/ Families. | 1/1/2014-6/21/2025 | (BodyText:["CarPlay" "Car Play"]) NEAR/30 (((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████████████████████ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) NEAR/20 (BodyText:[sale* switch* "lock in" "lockin" "lock-in" friction barrier hurdle obstacle churn cost expense demand* "stickiness" "sticky"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| Watch 80 | All Documents related to the limitations on, or requirements, procedures, or steps required to enable, the display of health and fitness data collected from a Third-Party Smartwatch in Apple's iPhone Health App or Apple's iPhone Fitness App, including, but not limited to the syncing of data collected from a Third-Party Smartwatch to these Apps, the use of Third-Party Smartwatch data with Apple's movement rings, and Apple's priority system for setting the Health App's data sources. | (("HealthKit" OR "HKHealthStore" OR "Apple Health" OR "Apple Fitness" OR "Watch app" OR "health" OR "movement rings") NEAR/30 ("collect*"OR "maintain*" OR "store*" or "display*")) NEAR/50 #Non-Apple Smartwatches# | 1/1/2014-6/21/2025 | ((BodyText:["HealthKit" "HKHealthStore" "Apple Health" "Apple Fitness"] OR ("health" NEAR/5 (BodyText:["app" "application"])) OR BodyText:"movement rings") NEAR/20 (BodyText:["collect" "maintain" "store" "display"])) NEAR/20 ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"])) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

167

| | | | | | |
|---|---|---|---|---|---|
| | | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 1/1/2014-6/2 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend*" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮"]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | Limited to only MDL Docs + Families |

| | | | | |
|---|---|---|---|---|
| | | (((("segm*" OR "tier*" OR "market*") NEAR/3 ("entr*" OR "expand" OR "gain*" OR "grow*" OR "position*" OR "reposition*" OR "share*" OR "scale*" OR "segment*" OR "volume*" OR "leader")) OR (("compet*" OR "rival") NEAR/3 ("product" OR "products" OR "brand*" OR "service*" OR "app" OR "apps" OR "develop" OR "develops" OR "developed" OR "developing" OR "threat*" OR "position*")) OR ("disintermed*" OR "commodit*" OR "profitab*")) NEAR/15 (#Non-Apple Relevant Products or Services# OR #Apple Relevant Products or Services# OR #iPhone# OR #Non-Apple Smartphone# OR #Browsers eSIMs CWEs# OR smartphone)) | 1/1/2014-6/21/2025 | (((((BodyText:["disintermed*" "commodit*" "profitab*"])) NEAR/15 (((((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText : ["pay" "wallet"]) NEAR/2 (BodyText : ["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText : "watch*" NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : "watch*" NEAR/3 (BodyText : ["Samsung" "google" "meta" "fitbit" "garmin" "pixel" "galaxy" "wear os" "wearos" "fossil" "pebble" "amazfit"])) OR (BodyText : ["roblox" "wechat" "facebook instant gam*" "snap gam*" "snap mini" "playco" "game closure" "softgames" "nitro gam*"]) OR (BodyText : "gam*" NEAR/2 (BodyText : ["xbox" "google" "Microsoft" "NVIDIA" "stadia" "luna" "steam" "AAA"])) OR (BodyText : ["geforcenow" "luna" "stadia" "steam"]) OR ((BodyText : ["cloud" "stream*" "remot*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"]))) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple | Limited to only MDL Docs + Families |
| | | (("consumer*" OR "customer*" OR "user" OR "users" OR "buyer" OR "shopper" OR "subscriber" OR "boomerang*" OR "switch*" OR "upgrad*" OR "new to" OR "new-to") NEAR/15 ("perception*" OR "preference*" OR "attitude*" OR "opinion*" OR "perception*" OR "sentiment" OR ("purchas*" NEAR/3 "decision*") OR "buying" OR "order*" OR "evaluat*" OR "behavior*" OR "loyalt*" OR "satisf*" OR "intent*" OR "usage" OR "KPI*" OR "spend" OR "churn" OR "value" OR "entry point") NEAR/20 ("interoperab*" OR "integrat*" OR "interface" OR "ecosystem" OR ("feature*" OR "function*" OR "service*" OR "hardware*" OR "software*") NEAR/3 ("availab*" OR "capab*" OR "access*" OR "success*"))) NEAR/15 (#iPhone# OR #Non-Apple Smartphone# OR #Apple Relevant Products or Services# #Non-Apple Relevant Products or Services# OR #Browsers eSIMs CWEs#)) | 1/1/2014-6/21/2025 | (((((BodyText:["consumer*" "customer*" "user" "users" "buyer" "shopper" "subscriber" "boomerang*" "switch*" "upgrad*" "new to" "new-to"]) NEAR/15 (BodyText:["perception*" "preference*" "attitude*" "opinion*" "perception*" "sentiment"] OR (BodyText:["purchas*"] NEAR/5 BodyText:["decision*"]) OR BodyText:["buying" "order*" "evaluat*" "behavior*" "loyalt*" "satisf*" "intent*" "usage" "KPI*" "spend" "churn" "value" "entry point"]) NEAR/20 (BodyText:["interoperab*" "integrat*" "interface" "ecosystem"] OR (BodyText:["feature*" "function*" "service*" "hardware*" "software*"]) NEAR/3 (BodyText:["availab*" OR "capab*" OR "access*" OR "success*"]))) NEAR/15 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ██████████████████████████████████ ]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"]) OR ((BodyText : ["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ██████████████ | Limited to only MDL Docs + Families |

169

| | | | | | |
|---|---|---|---|---|---|
| | | (sideload* OR "alternative app store" OR "third party app store" OR "web app*" OR "web application*" OR PWA OR "progressive web application" OR ("Epic Games" NEAR/5 Store) OR AltStore OR Setapp OR Aptoide OR Mobivention OR ((App OR apps OR application* OR program* OR "app store*" OR appstore* OR storefront OR "store front") NEAR/20 ((load OR download) NEAR/5 (online OR internet)))) NEAR/50 (revenue* OR profitability OR income OR profit* OR return* OR earning* OR proceed* OR behavior OR spending OR "revenue opportunities" OR quality OR feature* OR innovat* OR characteristic* OR demand OR "purchase intentions" OR decision* OR decid* OR switch* OR chang* OR boomerang)<br><br>MDL Plaintiffs do NOT consent to review of only the MDL Docs/MDL Docs w/ Families because we understand that Apple's prior review for the Government Action did not consider worldwide documents responsive. | 1/1/2014-6/21/2025 | (((BodyText:["sideload*"] OR BodyText:["alternative app store"] OR BodyText:["third party app store"] OR BodyText:["web app*"] OR BodyText:["web application*"] OR BodyText:["PWA"] OR BodyText:["progressive web application"] OR (BodyText:["Epic Games"] NEAR/5 BodyText:["Store"]) OR BodyText:["AltStore"] OR BodyText:["Setapp"] OR BodyText:["Aptoide"] OR BodyText:["Mobivention"] OR ((BodyText:["App" "apps" "application*" "program*" "app store*" "appstore*" "storefront" "store front"]) NEAR/20 ((BodyText:["load" "download"]) NEAR/5 (BodyText:["online" "internet"])))) NEAR/50 (BodyText:["revenue*" "profitability" "income" "profit*" "return*" "earning*" "proceed*" "behavior" "spending" "revenue opportunities" "quality" "feature*" "innovat*" "characteristic*" "demand" "purchase intentions" "decision*" "decid*" "switch*" "chang*" "boomerang"])) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | Limited to only MDL Docs + Families |
| | | (((("switch*" OR boomerang OR "transfer*" OR "migrat*" OR "port" OR "stick*" OR "stuck" OR "loyal*" OR "churn*" OR "lock in" OR "lockin" OR "lock-in")) NEAR/10 (("ease" OR "easy" OR "simple" OR "challeng*" OR "hard" OR "trouble*" OR "obstacle*" OR "hurdle*" OR "problem*" OR "difficult*" OR "barrier*" OR "expect*" OR "support" OR "tool*" OR "service*" OR "help" OR "view*" OR "opinion*" OR "likelihood*" OR "reason*" OR "duration" OR "length" OR "time" OR "period" OR "cost*" OR "expense*" OR "expend" OR "effort*" OR "harm*" OR "suffer*" OR "relation*" OR "link*" OR "correlate*" OR "associate*" OR "connect*"))) NEAR/20 (#iPhone# OR #Non-Apple Relevant Products or Services# OR #Non-Apple Smartphone#)) | 1/1/2014-6/21/2025 | ((((((BodyText:["switch*" "boomerang" "transfer*" "migrat*" "port" "stick*" "stuck" "loyal*" "churn*" "lock in" "lockin" "lock-in"]) NEAR/10 ((BodyText:["ease" "easy" "simple" "challeng*" "hard" "trouble*" "obstacle*" "hurdle*" "problem*" "difficult*" "barrier*" "expect*" "support" "tool*" "service*" "help" "view*" "opinion*" "likelihood*" "reason*" "duration" "length" "time" "period" "cost*" "expense*" "expend*" "effort*" "harm*" "suffer*" "relation*" "link*" "correlate*" "associate*" "connect*"]))) NEAR/20 (((BodyText : ["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "]) OR ((BodyText : ["iPhone" "iPhones"]) AND NOT BodyText : "sent from my iPhone") OR (BodyText : "mobile" NEAR/5 BodyText : "device*" NEAR/5 BodyText : "Apple")) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "google" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "android" NEAR/2 (BodyText : ["message" "messages" "messaging" "messeng*"])) OR (BodyText : "Samsung" NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText : "wallet*" NEAR/2 BodyText : ["digital" "mobile"]) OR (BodyText : "payment*" NEAR/2 (BodyText : ["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText : ["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText : ["venmo" "cashapp" "paypal"]) OR ((BodyText : ["secure element" "secure enclave" "host card emulation" "host-card emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" | Limited to only MDL Docs + Families |
| iPhone 83 | All documents related to the #GetTheMessage Campaign. | ("GetTheMessage" ("get" NEAR/3 "Message")) NEAR/20 (Google OR "RCS" or "iMessage" OR SMS OR MMS OR campaign OR (bubbles NEAR/3 (green OR blue))) | 1/1/2021-6/21/2025 | (((BodyText:["GetTheMessage"] OR (BodyText:["get"] NEAR/3 BodyText:["Message"])) NEAR/20 (BodyText:["Google" "RCS" "iMessage" "SMS" "MMS" "campaign"] OR (BodyText:["bubbles"] NEAR/3 (BodyText:["green" "blue"])))) AND ((ParentDocDate >= "2021-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2021-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

| | | | | |
|---|---|---|---|---|
| Watch 84 | All Documents related to requests by third parties to access iPhone protocols used by AirPods for Third-Party connected devices and any response by Apple to such requests. | ((((BodyText:["airpods"] OR ((BodyText:["non-Apple" "non Apple" "third-party" "third party"]) NEAR/20 (BodyText:["connected"] NEAR/15 BodyText:["device"])))) NEAR/20 (BodyText:["protocol*" "API*" "application programming interface*" "SPI*" "software programming interface*" "IPI*" "internal programming interface*" "entitlement*" "daemon*" "access*" "bluetooth"]) NEAR/50 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xaiomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire | 1/1/2014-6/21/2025 | ((((BodyText:["airpods"] OR ((BodyText:["non-Apple" "non Apple" "third-party" "third party"]) NEAR/20 (BodyText:["connected"] NEAR/15 BodyText:["device"])))) NEAR/20 (BodyText:["protocol*" "API*" "application programming interface*" "SPI*" "software programming interface*" "IPI*" "internal programming interface*" "entitlement*" "daemon*" "access*" "bluetooth"]) NEAR/50 ((((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR ((BodyText : ["Android" "Android device*" "Android phone*" "Androids" "Droid"]) OR ((BodyText : ["smartphone*" "smart phone*"]) NEAR/5 (BodyText : ["third-party" "non Apple" "non-Apple"])) OR (BodyText : ["Samsung Galaxy" "Samsung mobile device*" "Samsung phone*" "Pixel phone*" "Pixel Pro" "Pixel device*" "Google device*" "Google Nexus" "Nexus phone*" "Google phone*" "Microsoft phone*" "Windows mobile device*" "Windows phone*" "Surface Duo" "Nokia" "Lumen" "Motorola device*" "Motorola phone*" "Moto" "Razr" "LG mobile device*" "LG phone*" "OnePlus" "Huawei" "Xiaomi" "Oppo" "Vivo" "Mate phone*" "Redmi" "ZTE" "HTC" "Sony phone*" "Xperia" "Sharp phone*" "Sharp mobile device*" "Fujitsu phone*" "Fujitsu mobile device*" "Panasonic phone*" "Panasonic Mobile Device" "Nothing phone*" "Lenovo phone*" "Lenovo mobile device*" "Meizu" "WIKO" "Essential phone*" "Blackberry" "Research in Motion" "RIM phone*" "RIM device*" "Palm phone*" "Kyocera" "Asus Rog" "Zenfone" "TCL phone*" "TCL mobile device*" "Fire Phone"])) OR (((BodyText : ["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText : ["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText : ["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText : ["facebook" "meta"]) NEAR/2 (BodyText : ["message" "messages" "messaging"])) OR (BodyText | |
| Watch 85 | All Documents relating to Apple's use of Privacy Warning Screens relating to Third-Party Smartwatches and Third-Party Smartwatch Apps, including, but not limited to, Documents relating to Apple's decision to use or require (or not to use or require) a Privacy Warning Screen, Apple's decisions regarding which Privacy Warning Screens should appear for users of the Apple Watch, the frequency with which Privacy Warning Screens are presented to users of distinct Apps and how those frequencies are determined, internal Communications regarding Privacy Warning Screens' effects on Third-Party Smartwatches and Third-Party Smartwatch Apps, and Communications with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps regarding Privacy Warning Screens. | ((privacy OR warning OR "scare") NEAR/10 ("screen" OR "screens")) NEAR/30 #Non-Apple Smartwatches# | 1/1/2014-6/21/2025 | (((BodyText:[privacy warning "scare"]) NEAR/10 (BodyText:["screen" "screens"])) NEAR/30 ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"]))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

171

| | | | | | |
|---|---|---|---|---|---|
| iPhone 86 | All agenda for or minutes of any meeting of the Executive Review Board. | (("ERB" OR "Executive Review Board") NEAR/20 ("agenda" OR "minutes" OR "notes" OR "summary")) NEAR/50 (#Apple Relevant Products or Services# OR #iPhone# OR #Apple Smartwatches#) | 1/1/2014-6/21/2025 | (((BodyText:["ERB" "Executive Review Board"]) NEAR/20 (BodyText:["agenda" "minutes" "notes" "summary"])) AND (((BodyText:["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ▮▮▮▮ "encrypt*" "end to end" "end-to-end" ▮▮ "iCard" "iMessage" "iMessages""iPay" "iWallet" ▮▮▮ " "watch os"]) OR ((BodyText:["Apple" "iPhone" "iOS"]) NEAR/15 (BodyText:["SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" ▮▮▮ "secure enclave"])) OR ((BodyText:["super" "platform" "mini" "instant" "HTML5"]) NEAR/3 (BodyText:["app*" "program*" "game*"])) OR (BodyText:["apple"] NEAR/5 (BodyText:["BNPL" "P2P" "tap-to-pay" "tap to pay"])) OR (BodyText:["apple"] NEAR/1 BodyText:["watch*"]) OR (BodyText:["apple"] NEAR/3 BodyText:["digital"] NEAR/5 BodyText:["wallet*"]) OR (BodyText:["apple*"] NEAR/3 BodyText:["silicon"]) OR (BodyText:["cloud"] NEAR/2 BodyText:["gam*"])) OR (((BodyText:["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText:["Whats App" "WhatsApp" "Signal" "Telegram" "snapchat"]) OR ((BodyText:["facebook" "meta"]) NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"google" NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"android" NEAR/2 (BodyText:["message" "messages" "messaging" "messeng*"])) OR (BodyText:"Samsung" NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"wallet*" NEAR/2 BodyText:["digital" "mobile"]) OR (BodyText:"payment*" NEAR/2 (BodyText:["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText:["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR | |
| Watch 86 | All Documents related to Apple's decision to display heart rate variability in the Health App based upon the Standard Deviation of Normal-to-Normal interval (SDNN) method, or any other method of displaying heart rate variability in the Health App that is employed by Apple, as well as Apple's decision not to display other measures of heart rate variability, including, but not limited to the Root Mean Square of Successive Differences (RMSSD) method. | (SDNN OR RMSSD) NEAR/20 (("choos*" OR "choice" OR "select*" OR "pick*" OR "chang*" OR "switch*" OR "designat*" OR "adopt*") OR ("NOT" NEAR/5 ("display" OR "show" OR "pick" OR "choose"))) | 1/1/2014-6/21/2025 | ((BodyText:[SDNN RMSSD]) NEAR/20 ((BodyText:["choos*" "choice" "select*" "pick*" "chang*" "switch*" "designat*" "adopt*"]) OR (BodyText:"NOT" NEAR/5 (BodyText:["display" "show" "pick" "choose"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| Watch 87 | All Documents related to Apple's decision to have the Bluetooth toggle button in the iPhone Control Center disconnect non-Apple devices, including, but not limited to Third-Party Smartwatches, as well as the decision to have the button not disconnect the Apple Watch or other Apple products connected to the iPhone in part or in full via Bluetooth. | ((("Control Center" OR "bluetooth" OR "BT") NEAR/15 (togg* OR button OR switch OR UI OR UX OR behav* OR logic OR ("turn* NEAR/10 (on OR off)) OR (("lose" OR "lost") NEAR/10 connect*) OR disconnect* OR sever* OR drop* OR persist* OR (stay* NEAR/5 connect*) OR bypass*)) NEAR/30 (#Apple Smartwatches# OR AirPods OR "non-Apple" OR "nonApple" OR "not Apple" OR "third party" OR "third-party" OR "thirdparty" OR #non-Apple smartwatches#) | 1/1/2014-6/21/2025 | (((BodyText:["bluetooth" "BT"]) NEAR/15 (BodyText:["Control Center" togg* button switch] OR (BodyText:"turn" NEAR/5 (BodyText:[on off])))) NEAR/10 (((BodyText:[connect* disconnect* sever* drop*] OR (BodyText:stay* NEAR/5 BodyText:connect*) OR BodyText:bypass*)) NEAR/30 (((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

| | | | | | |
|---|---|---|---|---|---|
| Watch 88 | All Documents related to the effect of the iPhone's Low Power Mode on the Apple Watch or Third-Party Smartwatches or the effect of the Apple Watch's Low Power Mode on the Apple Watch or the iPhone. | ("low power" OR "LPM") NEAR/50 (#Apple Smartwatches# OR #Non-Apple Smartwatches#) | 1/1/2014-6/2 | (((BodyText:["low power" "LPM"]) NEAR/50 (((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ███████████ ])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| Watch 89 | All Documents related to the fact that Third-Party Smartwatch Companion Apps appear in the App Switcher display on iOS devices or that the Apple Watch companion App ("Watch") does not appear in the App Switcher display on iOS devices, including but not limited the effect or risk of customers accidentally closing or otherwise force quitting Third-Party Smartwatch Apps or the Apple Watch companion App. | ("App Switcher" OR (forc* NEAR/10 quit) OR swip* OR sync* OR reliab*) NEAR/30 (app or application OR apps) NEAR/30 (#Non-Apple Smartwatches#) | 1/1/2014-6/21/2025 | (((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))) NEAR/30 ((BodyText:"App Switcher" OR (BodyText:forc* NEAR/5 (BodyText:[quit close])) OR (BodyText:swip* NEAR/10 BodyText:up*)) NEAR/30 (BodyText:[app application apps]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| Watch 90 | All Documents related to Apple's decision to preinstall the Apple Watch companion App ("Watch") on iPhones. | ((pre-install* OR preinstall* OR preload* OR pre-load*) NEAR/30 ("Watch" NEAR/25 ("App" OR "Application"))) | 1/1/2014-6/21/2025 | ((BodyText:[pre-install* preinstall* preload* pre-load*]) NEAR/30 ((BodyText:"Watch" NEAR/5 (BodyText:["App" "Application"])) NEAR/50 ((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ██████████ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) AND ((((BodyText:["*watch" "*watches"]) NEAR/5 ((BodyText:["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText:"*watch*" NEAR/3 ((BodyText:["Samsung" "google" "fossil" "pebble" "amazfit" "garmin" "pixel" "galaxy"]))) OR BodyText:["fitbit"] OR ((BodyText:["wearos" "wear os"])))))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| iPhone 92 | All documents related to any app review (including any appeal or escalation to the App Review Board or the Executive Review Board) that resulted in any exception or change to the App Review Guidelines, the DPLA, or any other rule governing apps on the Apple App Store. | (("Guidelines" OR "DPLA" OR ("Developer" NEAR/5 "Agreement")) NEAR/50 ("exception*" OR "waiv*" OR "amend*" OR "updat*" OR "chang*") NEAR/50 "app*") | 1/1/2014-6/21/2025 | ((BodyText:"Guidelines" OR BodyText:"DPLA" OR (BodyText:"Developer" NEAR/5 BodyText:"Agreement")) NEAR/50 (BodyText:["exception*" "waiv*" "amend*" "updat*" "chang*"]) NEAR/50 BodyText:"app*") AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |
| iPhone 94 | All documents since April 2016 regarding Phillip Shoemaker's comments, criticisms, or opinions related to Apple's app review process, App Review Guidelines, DPLA, or any other rule governing apps on the Apple App Store. | ("Phillip Shoemaker" OR "Shoemaker" OR Phil) NEAR/50 (("App Review" OR guideline* OR "DPLA" OR "policy" OR "policies" OR "rule" OR "rules") NEAR/30 (interview* OR article* OR podcast OR tweet OR criticism OR criticiz* OR "opinion*")) | 1/1/2016-6/21/2025 | (((BodyText:["Phillip Shoemaker" "Shoemaker" "Phil"]) NEAR/50 ((BodyText:["App Review" "guideline*" "DPLA" "policy" "policies" "rule" "rules"]) NEAR/30 (BodyText:["interview*" "article*" "podcast" "tweet" "criticism" "criticiz*" "opinion*"])))) AND ((ParentDocDate >= "2016-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2016-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

| Watch 94 | All Documents discussing any differences between premium, flagship, or high-end Smartwatches and entry-level Smartwatches, including any differences in characteristics, uses, production, customer base, and pricing. | (#Apple Smartwatches# OR #Non-Apple Smartwatches# OR "watch") NEAR/30 ((premium OR hermes OR ultra OR flagship) NEAR/30 (series OR "se" OR entry OR basic OR dumb OR budget)) NEAR/50 (difference* OR distinct* OR compar*) | 1/1/2010- 6/21/2025 | (((((BodyText : "apple" NEAR/1 BodyText : "watch*") OR (BodyText : ["watchos" "watch os" ██████████████████████████████████████████ ])) OR (((BodyText : ["*watch" "*watches"]) NEAR/10 ((BodyText : ["third party" "third-party" "independent" "3P" "rival*" "non-Apple" "non Apple"]))) OR (BodyText : "*watch*" NEAR/10 ((BodyText : ["Amazon" "ASUS" "AT&T" "Google" "Android" "Pixel" "HMD America" "HMD Global" "LG" "Meta" "Microsoft" "Moto*" "MicroEJ" "Mijo" "OnePlus" "OPPO" "Samsung" "Galaxy" "Sony" "huawei" "Tag Heuer" "Qualcomm" "Casio" "Xiaomi"]))) OR BodyText : ["Amazfit" "Automattic" "Citizen" "COROS" "fitbit" "Versa" "Sense" "Fossil" "Garmin" "Vivoactive" "Venu" "Fenix" "Instinct" "Gizmo" "Mobovi" "Oura" "Pebble" "Core Devices" "Polar" "Starmax" "Suunto" "TomTom" "Withings" "ScanWatch" "Whoop"] OR (BodyText : ["wearos" "wear os"])) OR BodyText:["watch"]) NEAR/30 ((BodyText:["premium" "hermes" "ultra" "flagship"]) NEAR/30 (BodyText:["series" "se" "entry" "basic" "dumb" "budget"])) NEAR/50 (BodyText:["difference*" "distinct*" "compar*"])) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |
| iPhone 99 | All documents reflecting any belief or assessment as to the appropriate degree or pace of innovation or development for the iPhone, including any belief or assessment that Apple can or should slow down the pace of innovation or spend less on research and development. | (("slow*" OR "deceler*" OR (("pull" OR "scale" OR "cut") NEAR/3 "back") OR "lower*" OR "decreas*" OR "delay*") NEAR/15 ("innovation" OR "R&D" OR "research and develop*ment")) NEAR/20 (#iPhone# OR (feature NEAR/10 (iphone OR phone)) OR #Apple Relevant Products or Services#) | 1/1/2014- 6/21/2025 | ((BodyText:["slow*" "deceler*"] OR ((BodyText:["pull" "scale" "cut"]) NEAR/3 BodyText:"back") OR BodyText:["lower*" "decreas*" "delay*"]) NEAR/15 (BodyText:["innovation" "R&D" "research and develop*ment"])) NEAR/20 (((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ████████████████████████████ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) OR (BodyText:feature NEAR/10 (BodyText:[iphone phone])) OR ((BodyText:["AAA gam*" "AMP" "Apple Card" "Apple Cash" "Apple Media Projects" "Apple Pay" "Apple Wallet" "applecard" "applecash" "applepay" "applewallet" "arcade" ██████████████████████████ " "encrypt*" "end to end" "end-to-end" ████████ "iCard" ████████ "iMessage" "iMessages""iPay" "iWallet" ████████████ " "watch os"]) OR ((BodyText:["Apple" "iPhone" "iOS"]) NEAR/15 (BodyText:["SMS" "MMS" "RCS" "HCE" "host card emulation" "host-card-emulation" "Remote Server*" "Secure Element" "SE" "███████ "secure enclave"])) OR ((BodyText:["super" "platform" "mini" "instant" "HTML5"]) NEAR/3 (BodyText:["app*" "program*" "game*"])) OR (BodyText:["apple"] NEAR/5 (BodyText:["BNPL" "P2P" "tap-to-pay" "tap to pay"])) OR (BodyText:["apple"] NEAR/1 BodyText:["watch*"]) OR (BodyText:["apple"] NEAR/3 BodyText:["digital"] NEAR/5 BodyText:["wallet*"]) OR (BodyText:["apple*"] NEAR/3 BodyText:["silicon"]) OR (BodyText:["cloud"] NEAR/2 BodyText:["gam*"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

| | | | | | |
|---|---|---|---|---|---|
| iPhone 100 | All documents related to any effort or decision by Apple to prevent or limit any third-party developer's ability or permission to provide end-to-end encryption for messages between Apple Messages and Android users. | [Apple Notes on 6/12 Counter] Apple ran MDL Plaintiffs' 6/13 proposed search term<br><br>((encrypt* NEAR/50 messag*) NEAR/50 ("develop*" OR "release*" OR  OR "enabl* OR "allow*" OR "block*" OR "degrad*" OR "imped*" OR "improv*" OR "discontinu*" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict*" OR "prevent*" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR SMS OR RSMS OR RCS OR MMS OR OTT) OR beeper OR  (("message" OR "messages" OR "messaging" OR "chat*" OR "communicat*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) OR ("Whats App" OR "WhatsApp" OR "Signal" OR "Telegram") OR (("facebook" OR "meta") NEAR/2 ("message" OR "messages" OR "messaging")) OR ("google" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("android" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("Samsung" NEAR/2 ("message" OR "messages" OR "messaging") )) NEAR/50 (#iPhone# AND #Non-Apple Smartphone#) | 1/1/2014-6/21/2025 | (((BodyText:encrypt* NEAR/50 BodyText:messag*) NEAR/50 (BodyText:["develop*" "release*" "enabl*" "allow*" "block*" "degrad*" "imped*" "improv*" "discontinu*" "ban" "bans" "banned" "prohibit*" "restrict*" "prevent*" "compatib*" "companion" "companions" "support" "imessage" "imessages" "imessaging" "apple message" "apple messages" "apple messaging" SMS RSMS RCS MMS OTT]) OR BodyText:beeper OR ((BodyText:["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText:"third party" "third-party" "independent" "3P" "rival*"])) OR ((BodyText:["Whats App" "WhatsApp" "Signal" "Telegram"]) OR ((BodyText:["facebook" "meta"]) NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"google" NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"android" NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:"Samsung" NEAR/2 (BodyText:["message" "messages" "messaging"]))) NEAR/50 (((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) AND (((BodyText:["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText:["Whats App" "WhatsApp" "Signal" "Telegram"]) OR ((BodyText:["facebook" "meta"]) NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["google"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["android"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["Samsung"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["wallet*"] NEAR/2 BodyText:["digital" "mobile"]) OR (BodyText:["payment*"] NEAR/2 (BodyText:["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText:["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" | |
| iPhone 101 | All documents related to any threat to user security or privacy due to the inability to send encrypted messages between iPhones and non-Apple Smartphones. | ((((("noniphone" OR "non iPhone" OR "non Apple" OR "nonApple" OR "non iOS" OR "noniOS" OR "non-iOS" OR "non native" OR "third part*" OR "Android" OR "outside*" OR "WhatsApp" OR "Signal" OR "telegram" OR "Messenger" OR "RCS" OR "SMS" OR "MMS" OR RSMS OR OTT) OR ("Apple" NEAR/2 "messag*") OR ("messag*" NEAR/2 "app*") OR "iMessage"))) NEAR/30 ("access*" OR "interact*" OR "request*" OR "block*" OR "ability*" OR "inability*" OR "able" OR "purchase*" OR "use" OR "uses" OR "used" OR compatib*)) NEAR/100 (("iPhone" OR "iPhones") AND NOT "sent from my iPhone")) | 1/1/2010-6/2 | (((((((BodyText:["noniphone" "non iPhone" "non Apple" "nonApple" "non iOS" "noniOS" "non-iOS" "non native" "third part*" "Android" "outside*" "WhatsApp" "Signal" "telegram" "Messenger" "RCS" "SMS" "MMS" "RSMS" "OTT"]) OR (BodyText:["Apple"] NEAR/2 BodyText:["messag*"]) OR (BodyText:["messag*"] NEAR/2 BodyText:["app*"]) OR BodyText:["iMessage"]))) NEAR/30 (BodyText:["access*" "interact*" "request*" "block*" "ability*" "inability*" "able" "purchase*" "use" "uses" "used" "compatib*"])) NEAR/100 ((BodyText:["iPhone" "iPhones"]) AND NOT (BodyText:["sent from my iPhone"]))) AND ((ParentDocDate >= "2010-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2010-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z")))) | |

175

| iPhone 108 | All documents discussing any differences between premium, flagship, or high-end Smartphones and entry-level Smartphones, including any differences in characteristics, uses, production, customer base, and pricing. | ((premium OR flagship OR (high BEFORE /2 end)) NEAR/30 (entry OR basic OR dumb OR "se")) NEAR/50 (#iPhone# OR #Non-Apple Smartphone#) NEAR/30 (differ* OR distinct* OR compar*) | 1/1/2014- 6/21/2025 | (((BodyText:[premium flagship] OR (BodyText:high BEFORE /2 BodyText:end)) NEAR/30 (BodyText:[entry basic dumb "se"])) NEAR/50 (((BodyText:["Apple Smart Phone*" "Apple Smartphone*" ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "]) OR ((BodyText:["iPhone" "iPhones"]) AND NOT(BodyText:["sent from my iPhone"])) OR (BodyText:["mobile"] NEAR/1 BodyText:["device*"] NEAR/5 BodyText:["Apple"])) OR (((BodyText:["message" "messages" "messaging" "chat*" "communicat*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR (BodyText:["Whats App" "WhatsApp" "Signal" "Telegram"]) OR ((BodyText:["facebook" "meta"]) NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["google"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["android"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["Samsung"] NEAR/2 (BodyText:["message" "messages" "messaging"])) OR (BodyText:["wallet*"] NEAR/2 BodyText:["digital" "mobile"]) OR (BodyText:["payment*"] NEAR/2 (BodyText:["mobile" "service" "services" "terminal" "terminals"])) OR ((BodyText:["wallet*" "payment*" "processor*"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR (BodyText:["venmo" "cashapp" "paypal"]) OR ((BodyText:["secure element" "secure enclave" "host card emulation" "host-card-emulation" "HCE" "NFC" "UWB" "BNPL" "P2P"]) NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*" "bank*" "financial institution*" "fin-tech" "fin tech" "chase" "jp morgan" "JPMC" "capital one" "citi" "citigroup" "bank of america" "boa" "american express" "amex" "wells fargo" "paypal" "PNC"])) OR ((BodyText:["pay" "wallet"]) NEAR/2 (BodyText:["Samsung" "google" "facebook" "meta" "ali" "chase" "capital one" "walmart" "citi" "wechat" "weixin"])) OR (BodyText:["watch*"] NEAR/5 (BodyText:["third party" "third-party" "independent" "3P" "rival*"])) OR | |
| iPhone 109 | All documents discussing any differences between any model of the iPhone, the Samsung Galaxy, or the Google Pixel, on the one hand, and any other Smartphone, on the other hand, including any differences in characteristics, uses, production, customer base, and pricing. | (("iPhone" NEAR/50 ("Samsung" OR ("Google" NEAR/10 "phone") OR "Android" OR ("Pixel" NEAR/10 ("google" OR "phone")) OR "Xiaomi" OR "Oppo" OR "vivo")) NEAR/50 ("differ*" OR "compar*" OR "distinct*" OR "uniq*")) | 1/1/2014- 6/21/2025 | (((BodyText:"iPhone" NEAR/50 (BodyText:"Samsung" OR (BodyText:"Google" NEAR/10 BodyText:"phone") OR BodyText:"Android" OR (BodyText:"Pixel" NEAR/10 (BodyText:["google" "phone"])) OR BodyText:["Xiaomi" "Oppo" "vivo"])) NEAR/50 (BodyText:["differ*" "compar*" "distinct*" "uniq*"]))) AND ((ParentDocDate >= "2014-01-01" AND ParentDocDate <= "2025-06-21") OR (docclass : "EF" AND (DocModDate >= "2014-01-01T00:00:00Z" AND DocModDate <= "2025-06-21T00:00:00Z"))) | |

# EXHIBIT C

## HIGHLY CONFIDENTIAL

Highly Confidential

| RFP | Text of RFP | Plaintiffs Search Term Proposal |
|---|---|---|
| Watch 8.4 | All Documents relating to Your Phone Number Sharing Restrictions. | (((("iMessage" OR "Messages") NEAR/15  (("turn off" OR "disable" OR "deactivate" OR "switch off" OR "toggle" OR "restrict") NEAR/15 (("phone" OR "cell" OR "mobile" OR "cellular"))) OR "Number Twinning*" OR "Number Mirroring*")) NEAR/20 (("*watch* OR "*watches") OR #Non-Apple Smartwatches#) |
| Watch 8.4 | All Documents relating to Your Phone Number Sharing Restrictions. | Search 8.4.2<br><br>((Garmin OR "Vivoactive") NEAR/20 ("Verizon" OR "Connected Devices")) OR (("*number NEAR/5 ("shar*" OR "twinning*" OR "mirror*") OR "rio") NEAR/20 ("watch" OR #Non-Apple Smartwatches#)) |
| iPhone 15/Watch 15 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.1<br><br>(("share*" OR "segment*" OR "tier*" OR "position*" OR "stop*" OR" ceas*" OR "stall*" OR "postpon*" OR "not viable" OR "block*" OR "enter" OR "entr*" OR "exit*" OR "delay*" OR "user base" OR "customer base" OR "installed base") NEAR/10 ("preserv*" OR "protect*" OR "entrench*" OR "maintain*" OR "keep*" OR "defend*" OR "sustain*" OR "retain*" OR "retention" OR "increas*" OR "preserv*" OR "grow*" OR prioritiz*)) NEAR/30 ((#iPhone# OR #Apple Relevant Products or Services# OR #Browsers eSIMs CWEs# OR #Non-Apple Smartwatches# OR ("alternativ*" NEAR/3 phone) OR #Non-Apple Smartwatches#) OR #Retailers# OR #Carriers#)<br><br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |

| iPhone 15/Watch 16 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.2<br><br>(("moat" OR "pricing power" OR "market power" OR "monopol*" OR "monopso*" OR "competitive edge" OR "competitive advantage") OR ("scale" NEAR/2 ("min*" OR "viable*" OR "efficient" OR "*optimal")) OR ("barrier*" NEAR/2 ("entr*" OR "expan*")) OR (("network" OR "feedback" OR "feed back") NEAR/2 "effect*") OR ("entrench*" OR "domina*" OR "market leader" OR "market position") OR ("price" OR "pricing" OR "cost*" OR "bargain*" OR "contract*" OR "negotiat*")) NEAR/30 ((#Apple Smartwatches# OR #Non-Apple Smartwatches#) OR #Retailers# OR #Carriers#)<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 17 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.1<br>(("full line" OR "full-line") NEAR/15 (#Carriers# OR #Retailers#)) |
| iPhone 15/Watch 18 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.2<br>(("range") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 19 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.3<br>(("end of life" OR "EOL") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |

| iPhone 15/Watch 20 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.4<br>(("marketing development fund*" OR "MDF") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
|---|---|---|
| iPhone 15/Watch 21 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.5<br>(("co-op" OR "coop" OR "cooperative marketing") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 22 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.6<br>(("marketing" NEAR/3 ("reimburs*" OR "credit*" OR "allowance*")) NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 23 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.7<br>(("volume" NEAR/5 "require*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 24 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.8<br>(("store front" OR "storefront") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |

| iPhone 15/Watch 25 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.9<br><br>(("signage" OR "advertise*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
|---|---|---|
| iPhone 15/Watch 26 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.10<br><br>("promo*" NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 27 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.11<br><br>(("blackout" NEAR/15 "launch")) NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 28 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.12<br><br>(("preload*" OR "bloat") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 29 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.13<br><br>((("mmwave" OR "28ghz") NEAR/15 "requir*") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |

4

| | | |
|---|---|---|
| iPhone 15/Watch 30 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.14<br>("exclusiv*" NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| iPhone 15/Watch 31 | All documents related to any efforts to increase, protect, or preserve Apple's market share, sales, or profitability for Smartphones or any Identified Product or Service, including possible or actual responses from other market participants. | Search 15.3.15<br>("FirstNet") NEAR/15 (#Carriers# OR #Retailers#))<br><br>MDL Plaintiffs reserve all rights to seek additional custodians.<br><br>MDL Plaintiffs object to the date range, which should begin on 1/1/2010. |
| Watch 57.1 | All Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, Developers, carriers, or others from the Alleged Conduct, including any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) |
| Watch 57.1 | All Documents related to (a) any purported procompetitive justification for the Alleged Conduct; (b) any purported innovation or benefit to Smartphone users, Developers, carriers, or others from the Alleged Conduct, including any purported innovation or benefit related to privacy, security, fraudulent or deceptive activities, or user experience or human-computer interaction; (c) any alternative means of achieving any purported innovation or benefit other than the Alleged Conduct; and (d) any potential or actual business or technical reason for the Alleged Conduct. | (((("remove" OR "removed" OR "removal") NEAR/5 ("restriction*")) OR (("block*" OR "prohibit*" OR "revis*" OR "chang*" OR "modif*" OR "alter*" OR "amend*" OR "narrow*" OR "expand*" OR "improv*" OR "maintain*" OR "innovate*" OR "create*") NEAR/10 ("feature" OR "procedure*" OR "practice*" OR "guideline*" OR "condition*" OR "agreement"))) NEAR/30 ("consumer*" OR "customer*" OR "user" OR "users" OR "developer" OR "developers" OR "third part*" OR "carrier") NEAR/50 (("compet*" OR "justif*" OR "benefit*" OR "protect*" OR "privacy" OR "safe*" OR "secur*" OR "inappropriat*" OR "abus*" OR "fraud*" OR "age rating" OR "children" OR "innovat*" OR "rational*") OR (("user" OR "users" OR "customer*") NEAR/3 "experience*"))) |

5

| iPhone 100 | All documents related to any effort or decision by Apple to prevent or limit any third-party developer's ability or permission to provide end-to-end encryption for messages between Apple Messages and Android users. | ((encrypt* NEAR/50 messag*) NEAR/50 ("develop*" OR "release*" OR  OR "enabl* OR "allow*" OR "block*" OR "degrad*" OR "imped*" OR "improv*" OR "discontinu*" OR "ban" OR "bans" OR "banned" OR "prohibit*" OR "restrict*" OR "prevent*" OR "compatib*" OR "companion" OR "companions" OR "support" OR "imessage" OR "imessages" OR "imessaging" OR "apple message" OR "apple messages" OR "apple messaging" OR SMS OR RSMS OR RCS OR MMS OR OTT) OR beeper OR  (("message" OR "messages" OR "messaging" OR "chat*" OR "communicat*") NEAR/5 ("third party" OR "third-party" OR "independent" OR "3P" OR "rival*")) OR ("Whats App" OR "WhatsApp" OR "Signal" OR "Telegram") OR (("facebook" OR "meta") NEAR/2 ("message" OR "messages" OR "messaging")) OR ("google" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("android" NEAR/2 ("message" OR "messages" OR "messaging")) OR ("Samsung" NEAR/2 ("message" OR "messages" OR "messaging") )) NEAR/50 (#iPhone# AND #Non-Apple Smartphone#) |
|---|---|---|

6