CONFIDENTIAL / FILED UNDER SEAL

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br>Hon. Ronald J. Hedges, Special Master (U.S.M.J. Ret.) |

## DECLARATION OF LARRY BARELA
## IN SUPPORT OF APPLE INC.'S LETTER BRIEF FOR
## RECONSIDERATION OF SPECIAL MASTER ORDER

0

CONFIDENTIAL / FILED UNDER SEAL

I hereby declare as follows:

1. I am a Senior Principal Cloud Applications Consultant of the global enterprise and information management software company, OpenText Corporation ("OpenText"). I submit this declaration in support of Apple's letter brief seeking reconsideration of the portion of the Special Master's July 7, 2026 Order, Dkt. 223-1, requiring Apple to search for documents using the search terms MDL Plaintiffs included in their June 18, 2026 proposal and produce all responsive, non-privileged documents, or in the alternative a stay of the Order pending its appeal.

2. OpenText is a global leader in enterprise content management, digital asset management, cloud, business process management, and legal solutions. OpenText is a leading expert in legal solutions related to production processing. OpenText is Apple's standard legal solutions vendor.

3. As Apple's eDiscovery hosting vendor, OpenText assists with loading documents to its review platform and preparing documents for production.

4. I understand that the Special Master ordered Apple to apply MDL Plaintiffs' June 18, 2026 proposed search terms and to complete review and production of responsive, non-privileged documents no later than 30 days from the date of the Special Master's Discovery Order No. 1 (the "Order").

5. I understand that the application of MDL Plaintiffs' proposed search terms generates a review population of approximately 19,370,191 documents.

1

CONFIDENTIAL / FILED UNDER SEAL

6. I understand that Apple has been ordered to produce to MDL Plaintiffs native format versions of all documents it has produced or will produce in *In re: Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113 (JXN) (LDW).

7. In my experience, imaged productions are the standard format in complex litigation. Imaging facilitates the redaction, labeling, and review-platform workflows that large-scale electronic discovery requires. ████████████ ████████████████████████████████████████████ ████████████████████

8. In *United States v. Apple Inc.,* 2:24-cv-04055 (D.N.J.) ("Government Action"), Apple produced approximately 1.9 million documents from a review population of approximately 11 million documents. Even assuming similar rates of responsiveness in this litigation, reviewing a review population of approximately 19,370,191 documents would produce an anticipated production volume of about 3.5 million documents; however, in this litigation, Apple anticipates a lower rate of responsiveness given that the approximately 19.4 million review population includes documents reviewed in the Government Action that were deemed not responsive ("Anticipated Production Volume from MDL Plaintiffs' June 18 Search Terms").

**Search Term Reports**

9. OpenText assists Apple with running search term hit count reports for search-term proposals. When OpenText receives search terms from Apple or

2

CONFIDENTIAL / FILED UNDER SEAL

Plaintiffs, OpenText must first convert the search terms into appropriate syntax to run these search terms on its platform. The search term proposals that OpenText received from Plaintiffs contain syntax errors (unbalanced parentheses and quotation marks), causing errors in search results. Given the large number of custodians in this matter and the complexity and number of search terms, running search term reports is a time-intensive process. ████████████████████

███████████████████████████████████

████████████████████████████████.

**Production Processing**

10.     After initial contractor review is completed by Apple's contract attorneys and further privilege and quality-control reviews are completed by Apple's outside counsel, OpenText prepares responsive, non-privileged documents for legal productions.

11.     Delivering legal productions is a complex process that includes multiple steps, including manual quality controls at each step. OpenText maintains a team of employees to assist with production processing ███████████

███████

12.     OpenText spends significant time on quality control production checks. Based on our experience on complex litigation matters, ██████████

███████████████████████████████

3

CONFIDENTIAL / FILED UNDER SEAL

██████████████ documents.  Reviewing approximately 19,370,191 documents would result in approximately ████████████████████████████ if the responsive volume tracks prior responsiveness rates.

13.    Based on the current infrastructure and production capabilities contracted by Apple, OpenText is able to produce electronically stored information ("ESI") in either image format, PDF, or native format when native files exist in the platform.    When producing documents in industry-standard image formats, including 300 dpi Group IV TIFF, JPEG, or searchable PDF, OpenText can produce up to ████████████████, or approximately ████████████████.    When producing documents in native format, OpenText can produce up to ████████ ████████████ when native documents are present on the platform.    This capacity is based on the historically required capacity to meet Apple's review and production needs.

14.    Considering Apple's current contracted OpenText infrastructure and prior responsive document count, it would take approximately ███████ to complete an image production from MDL Plaintiffs' June 18 Search Terms.  We are, however, limited by the number of documents that have been reviewed and are, in fact, production ready.

15.    I understand that Plaintiffs have requested production of some set of documents in both native and non-native format.  ████████████████████████████

4

CONFIDENTIAL / FILED UNDER SEAL

████████████████████████████████████████████████

██████████████████████ .

16.    The rate at which native files can be loaded, and legal productions can be prepared and processed is dependent upon the platform infrastructure contracted by Apple and the rate at which Apple can provide the native files.  The infrastructure is consistent with and operates at a level to meet the historically high demands of Apple's litigation profile.  ████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████  For the reasons stated above, preparing the Anticipated Production Volume from MDL Plaintiffs' June 18 Search Terms, in either native or non-native format, in the period of one month is not possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  July 9, 2026                    OPENTEXT CORPORATION

By: _Lary Barela_

Larry Barela

5