CONFIDENTIAL / FILED UNDER SEAL

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br>Hon. Ronald J. Hedges, Special Master<br>(U.S.M.J. Ret.) |

## DECLARATION OF CLAYTON LEECH IN SUPPORT OF APPLE INC.'S LETTER BRIEF FOR RECONSIDERATION OF SPECIAL MASTER ORDER

CONFIDENTIAL / FILED UNDER SEAL

I hereby declare as follows:

1.      In preparing this declaration, I have reviewed the Special Master's Discovery Order No. 1 (Dkt. 223-1).

2.       I am a Senior Review Director of the global legal technology and services company, Consilio LLC ("Consilio").   I submit this declaration in support of Apple's letter brief seeking reconsideration of the portion of the Special Master's July 7, 2026 Order (the "Order") requiring Apple to search for documents using the search terms MDL Plaintiffs included in their June 18, 2026 proposal and produce all responsive, non-privileged documents, or in the alternative a stay of the Order pending its appeal.

3.      Consilio is a global leader in eDiscovery, document review, risk management, and legal consulting services, supporting multinational law firms and corporations using software, managed services, and legal and regulatory industry expertise.  Consilio is a leading expert on eDiscovery and document review.

4.      In Apple document review projects, Consilio conducts a multi-layered initial contractor review of documents for responsiveness, confidentiality, privilege, and other protected information.  There are quality-control reviews added to each stage of review.

5.      Consilio advises against using large review teams of over several hundred reviewers.  Larger review team sizes often introduce quality issues, which

---

DECLARATION OF CLAYTON LEECH
CASE NO. 2:24-MD-03113-JXN-LDW

CONFIDENTIAL / FILED UNDER SEAL

thereby increase the time required to complete quality-control reviews.

6. Although reviewers will increase their efficiency throughout the course of an assignment, the initial rate of review will be lower than the overall average rate. Especially in complex reviews, review rates begin slowly and increase gradually over time as the reviewers adjust to the instructions and analysis. For a review of this nature, review rates would increase and stabilize over the course of three to four weeks for each reviewer.

7. Apple can utilize approximately 500 reviewers from a similar document review in *United States v. Apple Inc.*, 2:24-cv-04055 (D.N.J.) ("Government Case"), but there are twice as many RFPs in this case. There may be some efficiencies in using the Government Case reviewers, but there is still considerable time involved in training reviewers for this review process.

8. I understand that the Special Master ordered Apple to apply MDL Plaintiffs' June 18, 2026 proposed search terms and to complete review and production of responsive, non-privileged documents no later than 30 days from the date of the Order.

9. Based on information provided to me, I understand that the application of MDL Plaintiffs' proposed search terms generates a review population of approximately 19,370,191 documents.

10. Consilio anticipates it would take up to 100-150 weeks to complete

---

CONFIDENTIAL / FILED UNDER SEAL

first-level review, second-level review, and quality-control reviews for that volume of documents using the recommended team size.

11. To complete the initial contractor review of approximately 19,370,191 documents in a month, Consilio would need approximately 16,000 reviewers. Consilio does not believe that 16,000 qualified reviewers are available in the United States, nor could that number of reviewers be staffed in such a short time frame. In Consilio's entire history in discovery matters, it has never had 16,000 reviewers working on document review at the same time in its entire global review business, across all its matters. Moreover, it would take Consilio more than 10 months to recruit, hire, and train this number of reviewers, even if such a number of reviewers were available.

12. The maximum number of reviewers that Consilio could locate and train for a review of this magnitude and in this timeline is 800 to 1,000.

13. Even if it were possible to locate and train 16,000 qualified reviewers, a review team of that size would create separate challenges for completing the review process because as team size increases, the likelihood of inconsistent coding increases as well. Any increase in team size always requires Consilio to conduct additional quality-control checks. Implementing a review with this unprecedentedly large review team would require the most extensive quality-control check process in Consilio's history, further delaying the review process. And failing to perform these

CONFIDENTIAL / FILED UNDER SEAL

quality-control checks would almost guarantee that Apple's privileged information or highly confidential, but irrelevant documents are produced.

14.     The highest review rate in the history of Consilio's experience on Apple discovery matters, which Consilio achieved on an unrelated matter, was 2 million documents reviewed in one month.  That matter involved a series of related patents and a single opposing party, which resulted in very clear and straightforward relevance criteria and minimal quality-control needs.  Furthermore, the review team had been working on the matter for a full month prior and was already acclimated to the review analysis. This matter, in contrast, requires far more complex and demanding relevance review, involving hundreds of document requests and a number of different time periods to identify responsive materials.  These contrasting factors materially reduce Consilio's pace of review in this litigation.

15.     In the prior matter in which Consilio reviewed 2 million documents in one month, Consilio used a review team of approximately 854 reviewers, who only conducted limited review during that month.  For the Government Case, a closer parallel to this matter, it took 10 months to collect, review, and complete production for a population of over 11 million documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

CONFIDENTIAL / FILED UNDER SEAL

DATED:  July 9, 2026

CONSILIO LLC

By:_____

Clayton Leech