**WALSH PIZZI O'REILLY FALANGA**

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

August 13, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> Re:    *In re: Apple Inc. Smartphone Antitrust Litigation*
>        **Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter.

We write on behalf of the parties to respectfully request that the Court unseal Plaintiffs' letters in reply to Apple's letter seeking reconsideration of the Special Master's July 7 Discovery Order (ECF Nos. 231, 232, and 233), which were filed under seal out of an abundance of caution to allow Apple to confirm whether the submissions contained Apple's confidential information. However, Apple has since confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement directing the Clerk to unseal ECF Nos. 231, 232, and 233, and all attachments thereto, in their entirety.

Thank you for Your Honor's continued attention to and assistance in this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc:    All Counsel of Record (via ECF)

SO ORDERED:  8/14/2026

_____
Hon. Leda D. Wettre, U.S.M.J.