AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| Joseph Giamanco<br>*Plaintiff*<br>v.<br>Apple, Inc.<br>*Defendant* | ) | Case No. 2:24-cv-07238-JXN-LDW<br>2:24-md-03113-JXN-LDW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Giamanco, individually and on behalf of all others similarly situated, and Putative Direct Apple Watch Purchaser Plaintiff Class .

Date: 08/17/2026

/s/ Caroline Shoaibi
*Attorney's signature*

Caroline Shoaibi (D.C. Bar No. 90045449)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C
1615 M St., N.W., Suite 400
Washington, D.C. 20036-3215
*Address*

cshoaibi@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*