JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

August 21, 2026

**VIA E-COURT FILING**
Honorable Julien X. Neals, U.S.D.J.
Honorable Leda D. Wettre, U.S.M.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

**Re: Apple inc. Smartphone Antitrust Litigation**
**Docket No.: 2:24-md-03113-JXN-LDW**

Dear Judges Neals and Wettre:

I represent the Indirect iPhone Purchasers Plaintiffs in the above-captioned matter. I write to respectfully request that Docket No. 287 be disregarded and/or removed from the docket. Unfortunately, this document was filed in error.

I apologize for any inconvenience this may have caused the Court and thank Your Honors for your consideration and understanding. Should you have any questions, please feel free to contact me.

Respectfully yours,

Stanley O. King

Stanley O. King, Esq.

SOK/dmj