WALSH PIZZI O'REILLY FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

August 24, 2026

**VIA ECF**
Honorable Julien Xavier Neals, U.S.D.J.
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Neals and Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. We submit the attached Special Master Order, entered today by Special Master Ronald J. Hedges, U.S.M.J. (ret.).

Thank you for your continued attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc: Hon. Ronald J. Hedges (ret.)