**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc.*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br><br>**ORAL ARGUMENT REQUESTED** |

**DIRECT APPLE WATCH PURCHASER PLAINTIFFS' NOTICE OF MOTION FOR CLARIFICATION AND/OR RECONSIDERATION OF SPECIAL MASTER ORDER DATED AUGUST 18, 2026 (DKT. 284)**

**PLEASE TAKE NOTICE** that Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") will move before Special Master Bariso for clarification and/or reconsideration of the Opinion and Order of the Special Discovery Master re: Watch Plaintiffs' Dispute (Expedited Issues), Dkt. 284.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Watch Plaintiffs will rely on their memorandum in support of their motion.

Dated: September 1, 2026

Respectfully submitted,

By: /s/ Thomas R. Curtin

Thomas R. Curtin
tcurtin@mdmc-law.com
Kathleen N. Fennelly
kfennelly@mdmc-law.com
**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel.: (973) 993-8100

Steven F. Molo
smolo@mololamken.com
Lauren F. Dayton
ldayton@mololamken.com
Eric Posner
eposner@mololamken.com
Matthew E. Gold
mgold@mololamken.com
Sofia M. Debbiche
sdebbiche@mololamken.com
**MOLOLAMKEN LLP**
300 North LaSalle Street
Chicago, IL 60654
Tel.: (312) 450-6700

Kayvon M. Ghayoumi
kghayoumi@mololamken.com
Caroline A. Veniero
cveniero@mololamken.com
**MOLOLAMKEN LLP**
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Tel.: (202) 556-2000

George A. Zelcs
gzelcs@koreintillery.com
David Walchak
dwalchak@koreintillery.com
Daniel Epstein
depstein@koreintillery.com
**KOREIN TILLERY LLC**
205 North Michigan, Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750

David C. Frederick
dfrederick@kellogghansen.com
Aaron M. Panner
apanner@kellogghansen.com
Alex A. Parkinson
aparkinson@kellogghansen.com
Scott K. Attaway
sattaway@kellogghansen.com
Ariela M. Migdal
amigdal@kellogghansen.com
Katherine V. Tondrowski
ktondrowski@kellogghansen.com
Rund M. Khayyat
rkhayyat@kellogghansen.com
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900

Stephen M. Tillery
stillery@koreintillery.com
Carol O'Keefe
cokeefe@koreintillery.com
**KOREIN TILLERY LLC**
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (312) 241-4844

*Co-Lead Interim Class Counsel for Direct Apple Watch Purchaser Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 1, 2026, a copy of the foregoing and all accompanying documents was served on all counsel of record via the Court's electronic filing system and via email.

/s/ Thomas R. Curtin
Thomas R. Curtin