Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>**DECLARATION OF LIZA M. WALSH**<br><br>*Filed Electronically* |

I, Liza M. Walsh, hereby declare and state as follows:

1. I am an attorney admitted to practice before this Court and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Apple Inc. ("Apple") in connection with the above-captioned matter. I am familiar with the facts set forth herein as well as the categories and types of information that Apple keeps confidential. I am also familiar with the harm that Apple would sustain if its confidential information were to become public. I have personal knowledge of the facts set forth in this declaration.

2. I submit this Declaration on behalf of Apple in support of the Motion to Seal: (1) Exhibits C, F, I, L, and P of the Declaration of Lauren F. Dayton in Support of Watch Plaintiff's Letter Briefs Regarding the Expedited and Non-Expedited Joint Notices of Impasse, dated July

28, 2026 (Dkt. No. 256-4, 7, 10, 13, 17); (2) Phone Plaintiffs' Letter Brief Regarding Joint Notice of Impasse Regarding Scope of Phone Plaintiffs' First Set of Requests for Production (Non-Expedited Issues), dated July 28, 2026 (Dkt. No. 258); (3) Direct and Indirect iPhone Purchaser Plaintiffs' Letter Brief Regarding Expedited Joint Notice of Impasse, dated July 28, 2026 (Dkt. No. 259); and (4) Apple's Response Regarding iPhone Non-Expedited Issues, dated August 4, 2026 (Dkt. No. 263), (collectively, "Confidential Information").

3. In support of the motion, Apple prepared an Index identifying the specific portions of the relevant documents Apple seeks to maintain under seal and explaining (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; (d) why a less restrictive alternative to the relief sought is not available; (e) any prior order sealing the same materials in the pending action; and (f) the identity of any party or nonparty known to be objecting to the sealing request. The Index is being submitted concurrently herewith as Exhibit 1.

4. Apple operates in an intensely competitive environment. Apple has serious and legitimate concerns that competitors will be quick to capitalize on any release of Apple's highly sensitive information in order to gain competitive advantage. Similarly, bad actors may exploit non-public information to harm Apple. As such, Apple takes extensive measures to protect the confidentiality of its information.

5. Apple requests sealing of the Confidential Information that reflects Apple's non-public, proprietary, and/or competitively sensitive business information that it maintains in confidence and is of the type that Apple treats as confidential and proprietary generally. In

particular, the Confidential Information includes and/or references descriptions of the tools and internal listservs that Apple personnel use to collaborate on confidential business matters; details of Apple's unannounced products and services; information concerning Apple's internal databases, including the categories of information Apple maintains in them, how Apple uses that information, and how those databases are organized; nonpublic financial information concerning Apple's sales and business dealings; nonpublic information related to Apple's product development; and Apple's internal and commissioned analyses of its products and services, business plans, strategic considerations, and other efforts undertaken to gain a competitive advantage, all of which Apple does not reveal to the public.

6. The Confidential Information Apple seeks to seal reflects information that Apple designated as "Highly Confidential" pursuant to the Discovery Confidentiality Order, entered by this Court on October 7, 2025 (Dkt. No. 124) ("DCO").

7. There is a substantial public interest in ensuring that the nonpublic highly proprietary information remains confidential and not become public at a later date.

8. Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the confidential proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Apple's non-public business information and would likely use the confidential information to enhance their own business operations, better their market and negotiation positions, and cause Apple competitive harm.

9. There is no less restrictive alternative other than sealing the Confidential Information, as set forth in the Index submitted concurrently herewith. Apple's request is narrowly tailored to redact and seal only the confidential information at issue. This is the least restrictive alternative available to protect the non-public confidential information.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: September 1, 2026

*s/ Liza M. Walsh*
Liza M. Walsh

# EXHIBIT 1

**INDEX IN SUPPORT OF MOTION TO SEAL**

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 1. | Dkt. 256-4 Ex. C Apple Ltr. to MDL Pltfs. re M&C (1/20/26) | 3 | In the paragraph under "Plaintiff Letter Statement": in the first sentence, everything after "to mean" until the end of the sentence.<br><br>In the paragraph under "Apple Response": in the third sentence, everything after "basis are" until the end of the sentence. | Apple requests redaction of this text because it relates to competitively sensitive aspects of Apple's business. Specifically, this information reveals the identity of third-party tools that Apple personnel use to collaborate on confidential business matters. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would potentially aid bad actors by providing them information on third parties they could target to gain access to Apple's confidential information.<br><br>*See* Declaration of Liza M. Walsh ¶¶ 4-5 ("Walsh Decl.") | If filed on the public docket, Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the nonpublic, confidential, proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be publicly disclosed in contravention of the terms of the DCO or the Local Rules. Competitors and/or other third parties would improperly and unfairly benefit from the disclosure of Apple's non-public business information and would likely use this information to enhance their market position and cause Apple competitive | Apple requests sealing only of documents that reflect its confidential information or non-public discovery information.<br><br>There is no less restrictive alternative other than sealing the Confidential Information. Apple's request is narrowly tailored to seal the confidential information at issue. This is the least restrictive alternative available to protect the non-public confidential information.<br><br>*See* Walsh Decl. ¶ 9. | No prior order entered in this action. | Plaintiffs take no position on the Motion to Seal. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | | harm.<br><br>See Walsh Decl. ¶¶ 4, 8 | | | |
| 2. | Dkt. 256-4 Ex. C Apple Ltr. to MDL Pltfs. re M&C (1/20/26) | 12 | In the second to last paragraph of this page, under “Plaintiff Letter Statement”: in the third sentence, the word after “U.S. carriers and” until the end of the sentence. In the same paragraph: in the fourth sentence, the words in the parenthesis between “listed retailers” and “, Apple said.”<br><br>In the last paragraph of this page under “Apple Response”: in the first sentence, the words between “and | Apple requests sealing of this text because it relates to competitively sensitive aspects of Apple’s business. Specifically, it concerns nonpublic, competitively sensitive financial information related to Apple’s sales. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to Apple’s competitors and other third parties doing business with Apple information about Apple’s finances and business dealings that would provide them an unfair advantage in the future. For example, this information could be used to negotiate more favorable terms and thereby undermine Apple’s competitive standing and weaken its market position. In addition, the Confidential Information reflects information that Apple designated as | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | for" and "; non-privileged." In the last line of the last paragraph of this page, the words in between "communications with" and "from January." | "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 3. | Dkt. 256-4 Ex. C Apple Ltr. to MDL Pltfs. re M&C (1/20/26) | 13 | In the first full sentence of the page: the words between "communications with" and ", and there." | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 4. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 4 | Page 63 of the transcript, line 25, everything after "2018 watch" to the end of the line. | Apple requests redaction of this text because it relates to competitively sensitive aspects of Apple's business and Apple's unannounced products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors the details of Apple's unannounced products and services. In addition, the Confidential Information reflects information that | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | Apple designated as "Confidential" or "Highly Confidential" pursuant to the Discovery Confidentiality Order, entered by this Court on October 7, 2025 (Dkt. No. 124) ("DCO").<br><br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 5. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 4 | Page 64 of the transcript, lines 5-6, everything after "2018 watch didn't" in line 5 to the end of line 6. | Same as Entry 4 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 6. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 4 | Page 64 of the transcript, all of the words in line 16 between the quotation marks.<br><br>Page 64 of the transcript, lines 19-21, everything after "presentation states that" in line 19 until the end of line 21.<br><br>Page 64 of the transcript, lines 24- | Apple requests redaction of this text because it relates to competitively sensitive aspects of Apple's business, including reports Apple commissioned to analyze its products and services, internal business presentations and discussions concerning Apple's business plans and strategic considerations, and other efforts Apple takes to gain a competitive advantage. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | 25, the words between "factor reads:" and "Correct?" | reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance. In addition, the Confidential Information Apple seeks to seal contain and/or reflect information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 7. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 4 | Page 65 of the transcript, lines 2-5, everything after "states that" until the end of line 5.<br><br>Page 65 of the transcript, all of the words in lines 8-25. | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 8. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 5 | Page 66 of the transcript, all of the words in lines 1-25. | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 9. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 5 | Page 67 of the transcript, all of words in lines 1-20 and all of the words in lines 23-25. | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 10. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 5 | Page 68 of the transcript, all of the words in lines 3-21 and in lines 23-25, everything after “THE WITNESS:” until the end of line 25. | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 11. | Dkt. 256-7 Ex. F Williams Dep. Tr. Excerpts (6/16/26) | 5 | Page 69 of the transcript, all of the words in lines 1-4 and all of the words in lines 6-7.<br><br>Page 69 of the transcript, in lines 9-10, all of the words after “THE WITNESS:” until the end of line 10.<br><br>Page 69 of the transcript, all of the | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | words in lines 11-19 and in lines 21-22.<br><br>Page 69 of the transcript, in lines 24-25, all of the words after "THE WITNESS:". | | | | | |
| 12. | Dkt. 256-10 Ex. I Apple Ltr. to DAWP re May 22 Ltr. (6/29/26) | 10 | In the second full paragraph beginning with "In the spirit of compromise": the words in the second sentence after "because, while" until the end of the sentence. | Apple requests redaction of this text because it relates to competitively sensitive aspects of Apple's business and Apple's internal databases, descriptions of the information Apple maintains in those databases, how Apple uses the information in those databases, and the organization of Apple's databases. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors the kind of information Apple tracks and how it chooses to store and use that information for further advancement of its business. In addition, the Confidential Information reflects information that Apple designated as "Confidential" or "Highly | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 13. | Dkt. 256-10 Ex. I Apple Ltr. to DAWP re May 22 Ltr. (6/29/26) | 18 | In the paragraph following the "Apple Response" heading: in the second sentence, the words between "Apple notes that" and "; Apple's agreement to produce App Review materials has no relationship to Watch Plaintiff's request." | Same as Entry 12 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 14. | Dkt. 256-13 Ex. L Apple Ltr. to DAWP re Jan. 26, 27, 29 M&C. (3/11/26) | 12 | In the last line, the word after "channels like" until the end of the sentence and the word between "that if" and "conversations were." | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 15. | Dkt. 256-17 Ex. P Apple's Resp. to EC Req. for Info. (10/24/24) | 3 | Bullets 8.5 and 8.6 in their entirety. | Apple requests redaction of this Exhibit because it contains non-public, competitively sensitive technical information about Apple's products and services and product development. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information about Apple's processes for product development that could be used to undermine Apple's competitive standing and weaken its market position. In addition, the Confidential Information reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 16. | Dkt. 256-17 Ex. P Apple's Resp. to EC Req. for Info. (10/24/24) | 3-4 | Bullets 9.2 and 9.3 in their entirety. | Same as Entry 15 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 17. | Dkt. 256-17 Ex. P Apple's Resp. to EC Req. for Info. (10/24/24) | 6 | Everything after "21 October 2024," to the end of the sentence in bullet point 25.1 | Same as Entry 4 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 18. | Dkt. 256-17 Ex. P Apple's Resp. to EC Req. for Info. (10/24/24) | 6 | Bullet 26.2 in its entirety | Same as Entry 4 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 19. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 2 | In the first paragraph on the page (the paragraph following the heading "A. Production of Contracts with Non-Carrier Retailers Is Proportionate"): in the first sentence, the words between "to only the" and the period ending that sentence. | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 20. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 2 | In the third paragraph on the page (the paragraph beginning "Apple has not satisfied its burden of showing"): the last two words of the sentence beginning with "For example, Apple has not". | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 21. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 2 | In the third paragraph on the page (the paragraph beginning "Apple has not satisfied its burden of showing"): in the sentence beginning "Nor has it provided any information," the words between "beyond confirming that" and "—or anything else that would let Phone Plaintiffs assess the extent of the burden." | Same as Entry 12 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 22. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 2 | In footnote 2 at the bottom of the page: in the first sentence, the words between "beyond the" and "do not." | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 23. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 7 | In the second to last paragraph under "Plaintiffs' Letter Statement, in the second sentence, the words in between "for only" and "and communications"; in the second sentence, the words between "communications with" and ", Apple confirmed"; and in the second sentence, the words in between "communications with" and "is not based." | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 24. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 8 | In the third full paragraph on the page (the paragraph beginning "In response to RFP 29"): (i) in the second sentence, the figure between "Direct Apple sales and sales from U.S. wireless carriers represent" and "of all U.S. iPhone sales during the relevant period"; (ii) in the third sentence, the words between "Non-carrier retailers represent a" and "of indirect sales" as well as the words after the em dash to the end of that sentence; (iii) in the fourth sentence, the word between "contracts with" and "non-carrier"; (iv) in the fourth sentence, the words between "non- | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | carrier retailers—" and "—that account for"; (v) in the fourth sentence, the words between "that account for" and "of those non-carrier retailer sales over the relevant period"; and (vi) in the eighth sentence, the words between "representing a" and "of U.S. iPhone sales"; and in the final sentence of the paragraph, the words between "account for" and "Apple iPhone sales."<br><br>In the fourth paragraph on the page (the paragraph beginning in "Apple has also"): in the second to last line, the word in between "set of" and "non-carrier retailers." | | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 25. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 8 | In the third full paragraph on the page (the paragraph beginning “In response to RFP 29”): the sixth sentence in its entirety (the one between “contracts is burdensome” and “Apple understands”). | Same as Entry 12 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 26. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 9 | In the first line of the page, the word after “non-carrier retailer,”. | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 27. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 15 | In the third full paragraph on the page (the paragraph beginning with “As a result, Plaintiffs cannot accept”): in the fifth sentence, everything after “unduly | Same as Entry 12 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | burdensome because" through the end of the sentence. | | | | | |
| 28. | Dkt. 258 iPhone Pltfs. Ltr. Brief re Non-Expedited Issues | 16 | In the second and third lines of the page, the words in the parenthesis that follow "US Carrier BD" in the second line, and the words in parenthesis that follow "VZW Account Team" in the third line. | Apple requests redaction of this text because it is an internal listserv that Apple uses to communicate sensitive financial information related to Apple's sales. Producing this information would reveal to potential bad actors nonpublic information that would provide bad actors, including cybercriminals looking to gain access to Apple's internal systems, a nonpublic way to target Apple personnel for phishing schemes and other fraudulent acts. In addition, the Confidential Information Apple seeks to seal contain and/or reflect information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 29. | Dkt. 259 iPhone Pltfs. Ltr. Brief re Expedited Issues and Exhibits 1-4 | 2 | Footnote 2, everything between "discuss here:" and "Ex. 1." | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 30. | Dkt. 259 iPhone Pltfs. Ltr. Brief re Expedited Issues and Exhibits 1-4 | 3 | In the third sentence of the first paragraph on the page: the words beginning after "for example,". | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 31. | Dkt. 259 iPhone Pltfs. Ltr. Brief re Expedited Issues and Exhibits 1-4 | 3 | In the last sentence in the second paragraph, everything after "not just hypothetical—". | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 32. | Dkt. 259 iPhone Pltfs. Ltr. Brief re Expedited Issues and Exhibits 1-4 | 7 | The first email on the page. | Same as Entry 6 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 33. | Dkt. 259 iPhone Pltfs. Ltr. Brief re Expedited Issues and Exhibits 1-4 | 14 to 49 | The entire presentation beginning with bates number APLAPPDOJ2-03010843 and ending with APLAPPDOJ2-03010878. | Apple requests sealing of this page range because these pages are an internal business presentation reflecting competitively sensitive aspects of Apple's business, including reports Apple commissioned to analyze its products and services, Apple's business plans and strategic considerations, and other efforts Apple takes to gain a competitive advantage. Because the entire presentation involves discussion of these topics, the only practical and least restrictive means available to protect this information is to seal the presentation in its entirety. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | protect, or evaluate its business performance. In addition, the Confidential Information Apple seeks to seal contain and/or reflect information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 34. | Dkt. 259 iPhone Pltfs. Ltr. Brief re Expedited Issues and Exhibits 1-4 | 52-77 | The entire document beginning with bates number APLDOJLIT07965819 and ending with APLDOJLIT07965844. | Apple requests sealing of this page range because these pages contain discussion of competitively sensitive aspects of Apple's business, including reports Apple commissioned to analyze its products and services, Apple's business plans and strategic considerations, and other efforts Apple takes to gain a competitive advantage. Because all of the pages in this range involve discussion of these topics, the only practical and least restrictive means available to protect the sealable information on these pages is to seal them in their entirety. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance. In addition, the Confidential Information Apple seeks to seal contain and/or reflect information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 35. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 1 | In the third sentence of the second to last paragraph beginning in "RFP 29 seeks": the words between "dispute is a" and "—contracts and communications."<br><br>In the third sentence, the words in between "(like" and "). Apple has agreed."<br><br>In the fourth sentence of the last paragraph on the | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | page: the words between "contracts with the" and "non-carrier retailers" and the words between "non-carrier retailers---" and "; (3)". | | | | | |
| 36. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 2 | In the first full paragraph on the page (the paragraph beginning "That production covers"): (i) in the first sentence, the words between "That production covers" and "of contracts with iPhone resellers"; (ii) in the second sentence, the words between "Carrier retailers account for" and "of all U.S. iPhone reseller sales," and the words between "non-carrier retailers representing" and | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | the period ending that sentence; (iii) in the third sentence, the words between "And the" and "non-carrier retailers named above," and the figure between "account for approximately" and "of all non-carrier retail iPhone sales"; (iv) in the fourth sentence, the word between "contracts with these" and "non-carrier retailers, Apple will produce," and the figure between "contracts covering approximately" and "of all U.S. iPhone retailer sales"; and (v) in the fifth sentence, the words between "a sample of contracts from retailers in the" and ", as well as form or exemplar | | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | contracts."<br><br>In the second full paragraph on the page (the paragraph beginning "Nonetheless, iPhone Plaintiffs are demanding"): (i) in the first sentence, the figure between "in that" and ", beyond the sample and form contracts"; (ii) in the second sentence, the figure between "That" and "includes numerous tiny retailers"; and (iii) in the tenth sentence, the words between "A" and "of sales." | | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 37. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 2 | In the second full paragraph on the page (the paragraph beginning "Nonetheless, iPhone Plaintiffs are demanding"): (i) all of the fourth sentence (the sentence following the sentence that ends "disproportionate to any evidentiary value") other than the words ", and Apple" and the period ending that sentence; and (ii) in the fifth sentence, the words between "Apple would need to" and the period ending that sentence. | Same as Entry 12 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 38. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 2 | In the third full paragraph on the page (the paragraph beginning "The dollar value iPhone Plaintiffs attach"): in the sentence beginning "As explained above," the figure between "will provide them with contracts covering" and "of all U.S. iPhone reseller sales," and the figure between "and that remaining" and "will cover sales largely outside of the proposed class period." | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 39. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 2 | In the third full paragraph on the page (the paragraph beginning "The dollar value iPhone Plaintiffs attach"): in the sentence beginning "Nor can iPhone Plaintiffs | Same as Entry 12 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | credibly analogize," the words between "the burden of finding 20-year-old contracts" and "to the vastly different situation of a defendant." | | | | | |
| 40. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 2 | In the third full paragraph on the page (the paragraph beginning "The dollar value iPhone Plaintiffs attach"): in the sentence beginning "The fact that," the words between "The fact that" and "is ordinary business reality, not concealment." | Same as Entry 12 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 41. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 3 | In paragraph under "Production of Communications with Non-Carrier Retailers": in the first sentence, the words between "carriers and" and "related to." | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 42. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 4 | In the first paragraph on the page following the three asterisks (the paragraph beginning “Rule 26(b)(2)(C)(i) requires the Court”): in the sentence beginning “Apple has agreed to produce retailer contracts,” the figure between “that cover approximately” and “of all U.S. iPhone retailer sales.” | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |
| 43. | Dkt. 263 Apple Resp. re iPhone Non-Expedited Issues | 4 | In the final paragraph (the paragraph beginning “Apple respectfully requests that”): the words between “all wireless carrier contracts, the” and “non-carrier retailers, a selection”. | Same as Entry 2 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. | Same as Entry 1 above. |