CONFIDENTIAL / FILED UNDER SEAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc.*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**DECLARATION OF LAUREN F. DAYTON IN SUPPORT OF WATCH PLAINTIFFS' LETTER BRIEFS REGARDING THE EXPEDITED AND NON-EXPEDITED JOINT NOTICES OF IMPASSE**

I, Lauren F. Dayton, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with MoloLamken LLP. I am fully familiar with the facts set forth in this declaration.

2. I submit this declaration in support of Direct Apple Watch Purchaser Plaintiffs' ("Watch Plaintiffs") Letter Briefs Regarding the Expedited and Non-Expedited Joint Notices of Impasse.

3. Attached to this declaration as Exhibit A is a true and accurate copy of Apple's May 6, 2026 letter to Watch Plaintiffs.

4. Attached to this declaration as Exhibit B is a true and accurate copy of excerpts of Watch Plaintiffs' First Set of Requests for Production of Documents and Things to Defendant Apple Inc. ("Apple"), dated October 15, 2025.

5. Attached to this declaration as Exhibit C is a true and accurate copy of Apple's January 20, 2026 letter to Watch Plaintiffs.

6. Attached to this declaration as Exhibit D is a true and accurate copy of Apple's April 20, 2026 letter to Watch Plaintiffs.

7. Attached to this declaration as Exhibit E is a true and accurate copy of Apple's June 26, 2026 letter to Watch Plaintiffs.

8. Attached to this declaration as Exhibit F is a true and accurate copy of excerpts of the deposition of Jeffrey Williams, dated June 16, 2026.

9. Attached to this declaration as Exhibit G is a true and accurate copy of excerpts of the deposition of Shaan Pruden in *Civil Investigation of Apple, Inc.* (CID No. 30770) (CIDDEPO0000000119), dated May 27, 2022.

10. Attached to this declaration as Exhibit H is a true and accurate copy of Watch Plaintiffs' May 22, 2026 letter to Apple.

11. Attached to this declaration as Exhibit I is a true and accurate copy of Apple's June 29, 2026 letter to Watch Plaintiffs.

12. Attached to this declaration as Exhibit J is a true and accurate copy of Watch Plaintiffs' April 10, 2026 Letter to Apple.

13. Attached to this declaration as Exhibit K is a true and accurate copy of Apple's May 12, 2026 letter to Watch Plaintiffs.

14. Attached to this declaration as Exhibit L is a true and accurate copy of Apple's March 11, 2026 letter to Watch Plaintiffs.

15. Attached to this declaration as Exhibit M is a true and accurate copy of Watch Plaintiffs' May 15, 2026 letter to Apple.

16. Attached to this declaration as Exhibit N is a true and accurate copy of excerpts of Watch Plaintiffs' Second Set of Requests for Production of Documents and Things to Defendant Apple Inc., dated February 24, 2026.

17. Attached to this declaration as Exhibit O is a true and accurate copy of Watch Plaintiffs' March 10, 2026 letter to Apple.

18. Attached to this declaration as Exhibit P is a true and accurate copy of excerpts of Apple's Response to the European Commission's Request for Information No. 3, dated October 24, 2024.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: July 28, 2026
Chicago, IL

/s/ Lauren F. Dayton
Lauren F. Dayton