McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

September 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Watch Plaintiffs' Letter Brief In Support Of Additional Watch Custodians

Dear Judge Wettre,

On August 26, 2026, the Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") submitted a letter brief in support of a motion to compel Apple Inc. ("Apple") to produce additional custodians (Dkt. 294). Apple responded on September 2, 2026 (Dkt. 313). Pursuant to ¶5(c) of the Special Master Appointment Order (Dkt. 208), Watch Plaintiffs respectfully request leave from the Court to submit a two-page reply letter brief.

Watch Plaintiffs respectfully submit that a brief reply is warranted to address a new argument Apple raises for the first time—based on Special Master Linares's order in an unrelated dispute involving the iPhone Plaintiffs—and to correct several mischaracterizations in Apple's response regarding Watch Plaintiffs' allegations and the exhibits cited in support of additional custodians. *See Bayer AG v. Schein Pharmaceutical, Inc.*, 129 F. Supp. 2d 705, 716–717 (D.N.J. Feb. 9, 2001) (allowing a reply brief where the opposing party's submission raised new arguments requiring a response). The reply brief will not raise any new arguments and will aid the Court in resolving this dispute.

Watch Plaintiffs respectfully request that the Court grant leave to file the reply brief within five business days of the date of the Court's order.

Respectfully Submitted,

/s/ Thomas R. Curtin
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue

Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

cc: All counsel (by ECF)