WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 3, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter.

We write on behalf of the parties to respectfully request that the Court unseal Special Master Bariso's Order, Dkt. No. 284, which was filed under temporary seal. Counsel for the parties have reviewed the Order and confirm that it does not contain or disclose any of the parties' confidential or highly confidential information. In addition, the parties respectfully request that the Court unseal the letters at Dkt. Nos. 257, 264, 265, and 266, which were filed under seal out of an abundance of caution in order to allow Apple to confirm whether the submissions contained Apple's confidential information. However, Apple has since confirmed that the documents may be filed publicly.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement directing the Clerk to unseal Dkt. Nos. 257, 264, 265, 266, and 284 in their entirety. Thank you for Your Honor's continued attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED: 9/4/2026

Leda Dunn Wettre

Hon. Leda D. Wettre, U.S.M.J.