Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>**NOTICE OF MOTION TO SEAL**<br><br>**Return Date: October 5, 2026**<br><br>*Filed Electronically* |

**PLEASE TAKE NOTICE** that on October 5, 2026, or as soon thereafter as counsel may be heard, Defendant Apple Inc. ("Apple") will appear before the Honorable Leda Dunn Wettre, U.S.M.J., at the United States District Court for the District of New Jersey, Martin Luther King Jr. Bldg. & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, and will move this Court pursuant to Local Civil Rule 5.3(c), for the entry of an Order to Seal portions of the Opinion and Order of the Special Discovery Master Re: Carrier/Non-Carrier Discovery Dispute, dated August 26, 2026, (Dkt. No. 296).

**PLEASE TAKE FURTHER NOTICE** that Apple shall rely upon the accompanying Declaration of Liza M. Walsh, Proposed Findings of Fact and Conclusions of Law, and all papers submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs take no position on this motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted for the Court's consideration.

Dated: September 9, 2026

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*OF COUNSEL* (admitted *pro hac vice*):
Cynthia E. Richman
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 955-8500

Daniel G. Swanson
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 219-7000
Joseph R. Rose
Julian W. Kleinbrodt
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 393-8200

Connor S. Sullivan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (415) 351-4000

*Counsel for Defendant Apple Inc.*