Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br>Hon. Ronald J. Hedges, Special Master (U.S.M.J. Ret.) |

**DECLARATION OF LIZA M. WALSH IN SUPPORT OF APPLE INC.'S LETTER BRIEF SEEKING RECONSIDERATION OF DKT. NO. 293**

I, Liza M. Walsh, hereby declare and state as follows:

1. I am an attorney licensed to practice before this Court and a partner of the law firm Walsh Pizzi O'Reilly Falanga LLP, counsel for Apple Inc. ("Apple") in connection with the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration.

2. I submit this Declaration in support of Apple's letter brief seeking reconsideration of Special Master Hedges' August 26, 2026 Order that Apple produce all non-privileged documents that Apple provided to or exchanged with the European Commission in relation to two investigations, Dkt. No. 293 at ¶ 2.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email chain between the Parties and Special Master Hedges with the top-line email dated August 11, 2026.

4. Attached hereto as **Exhibit 2** is a true and correct copy of an email chain between the Parties and Special Master Hedges with the top-line email dated September 3, 2026.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the proposed order submitted by Watch Plaintiff to Special Master Hedges via email on August 21, 2026.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the proposed order submitted by Apple to Special Master Hedges via email on August 21, 2026.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

DATED: September 9, 2026

WALSH PIZZI O'REILLY FALANGA LLP

By: *s/ Liza M. Walsh*
Liza M. Walsh
*Attorney for Apple Inc.*