WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 9, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. We write to respectfully request an extension of today's deadline until October 9, 2026 to file a motion to seal the Letter to the Honorable Ronald Hedges, U.S.M.J. (Ret.), dated August 12, 2026 (the "Letter"). Dkt. No. 277.

Apple requests the extension on behalf of counsel for the authorities referenced in the Letter in order to afford them additional time to propose and discuss the appropriate redactions with the parties. Plaintiffs indicated that they do not oppose this extension request. If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED:

______________________________
Hon. Leda D. Wettre, U.S.M.J.