McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
MDMC-LAW.COM

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

September 10, 2026

**VIA ECF AND EMAIL**

Honorable Ronald J. Hedges, U.S.M.J. (Ret.), Special Master
r_hedges@live.com

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
RFP 1.1 and the Apple-Government Plaintiffs Settlement Communications Issue

Dear Special Master Hedges,

Watch Plaintiffs respectfully submit this letter to (1) memorialize on the docket the reason we are not filing a responsive brief regarding Apple's contention that it should not be required to produce certain settlement communications with the Government Plaintiffs, so that it is clear we are not waiving any rights or arguments, and (2) request that Your Honor rule on the dispute regarding Watch Plaintiffs' Request For Production ("RFP") 1.1, now that the settlement communications issue has been separated.

## I. After Apple Filed Its Brief, But Before Watch Plaintiffs Could Respond, Your Honor Instructed the Parties That the Issue Was Outside the Scope of the Referred Dispute, And They Should Proceed Differently

On July 17, 2026, Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") and Apple jointly filed a notice of impasse regarding certain discovery issues, including Watch Plaintiffs' RFP 1.1, which "seeks all communications between Apple and the Government Plaintiffs relating to the MDL, Government Action, or Government Investigation." Dkt. 244. Judge Wettre referred the matter to Your Honor, Dkt. 250, and the parties briefed the issues, Dkts. 257, 265. At an August 13, 2026 hearing, Your Honor issued oral rulings resolving certain disputed RFPs, and ordering further negotiation and briefing as to others, including with respect to a new argument Apple raised regarding RFP 1.1: that they should not be required to produce settlement communications with the Government Plaintiffs. Your Honor ordered Apple to submit a short brief on the issue on August 27, and Watch Plaintiffs to respond on September 10. Dkt. 293. Apple timely submitted its letter brief, Dkt. 298, but before Watch Plaintiffs could respond, Your Honor determined that the issue was not properly before you and instructed the parties to follow the Court's existing procedures if they want to raise the issue. *See* Hon. Hedges Aug. 28, 2026, 10:21 AM CT email. Following Your Honor's instruction, Watch Plaintiffs are not filing a substantive response to Apple's August 27 brief. This should not be construed as a waiver. Watch Plaintiffs reserve all rights, and waive none, to address this issue in the future.

## II. The Dispute Regarding Watch Plaintiffs' Request for Production 1.1 is Ripe for Your Honor to Rule

Now that the Apple-Government Plaintiffs settlement communications issue has been separated, Watch Plaintiffs RFP 1.1 is ripe for Your Honor to rule. Watch Plaintiffs respectfully request that Your Honor enter the attached proposed order, which would direct Apple to produce all material sought by RFP 1.1, except for settlement communications between counsel for the Government Plaintiffs and counsel for Apple, which Apple would be allowed to withhold unless and until ordered to produce them. *See* Ex. A.

Respectfully Submitted,

/s/ *Thomas R. Curtin*
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

cc: All counsel (by ECF and email)