**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Ronald J. Hedges<br>Special Master<br><br>**[~~PROPOSED~~] SPECIAL MASTER CASE MANAGEMENT ORDER** |

By Text Order dated August 7, 2026 (Dkt. 269), and in accordance with the Special Master Appointment Order dated June 18, 2026 (Dkt. 208), the Honorable Leda D. Wettre, U.S.M.J., referred to the Special Master certain non-expedited discovery disputes between Defendant Apple Inc. and Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") briefed at Dkt. 257 and Dkt. 265, and heard on August 13, 2026. These non-expedited discovery disputes concerned Watch Plaintiffs Requests for Production 1.1, 1.3, 72, and 128. *Id.* On August 13 and 26, 2026, the Honorable Ronald J. Hedges, Special Master, issued rulings and an order resolving certain of these disputes, but did not at that time resolve certain other disputes, including the dispute concerning Request for Production 1.1.

**IT IS HEREBY ORDERED:**

Pursuant to Watch Plaintiffs' RFP 1.1, within 30 days Apple shall produce all communications between Apple (including its outside counsel) and the Government Plaintiffs (including the Government Plaintiffs' counsel) related to the MDL, Government Action, or Government Investigation, including all documents exchanged between the two. Notwithstanding the previous sentence, the Court declines to rule at this time on whether Apple must produce Government Action settlement communications between counsel for the Government Plaintiffs and counsel for Apple ("Government Action Settlement Communications"). The issue and the parties' arguments are preserved. Watch Plaintiffs may move to compel production of these documents in the future, and Apple may withhold the Government Action Settlement Communications unless and until ordered to produce them.

SO ORDERED THIS 11th day of Sept 2026.

Honorable Ronald J. Hedges
Special Master