WALSH
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 11, 2026

**VIA ECF AND EMAIL**

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Hedges:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). Apple respectfully objects to the entry of the order filed this morning by Watch Plaintiff. Dkt. 332. Watch Plaintiff filed that proposed order last night at approximately 7:45 PM Eastern and sent it to you by email last night at approximately 8:45 PM Eastern. Your Honor had not requested that proposed order, and Apple did not see the proposed order before it was submitted. Your Honor returned a signed copy of that order to the parties by email this morning at approximately 8:35 AM Eastern with no discussion with the parties. The parties had never discussed the subject matter of that order with Your Honor; it was not addressed during the August 13 hearing, and it has not been addressed since then. In particular, there has never been any discussion of the burden associated with complying with that order or the amount of time reasonably necessary to do so; Watch Plaintiff submitted a proposed order requiring Apple to comply within 30 days with no prior discussion of whether that timeline is feasible or the implications of that order for coordination with the Government Action or the overall case schedule.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)