WALSH PIZZI O'REILLY FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 11, 2026

**VIA ECF AND EMAIL**

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Hedges:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). We write to respond to Your Honor's question posed on September 10, 2026 in response to the filing of Apple's Motion to Reconsider a portion of Your Honor's August 26, 2026 Order. Your Honor stated, "Before I go further into this, please advise how many factual assertions made in the motion papers were not made earlier." Apple responds as follows:

Apple's motion does not turn on any new factual assertions. Apple respectfully argues that the Order overlooked governing law requiring Watch Plaintiff to demonstrate the specific relevance of documents from foreign regulatory investigation files which he has never done, *see* Motion at 3. The August Order would require the production of approximately 850,000 documents, roughly four times the approximately 221,000 documents Apple would review and from which it would produce substantively responsive non-privileged documents under the search-term approach the parties discussed with Your Honor by email and at the August 13 hearing. To answer Your Honor's question, data on the total number of documents implicated by your August 26 Order could not have been provided earlier. The parties' discussions with Your Honor concerned only the smaller, relevance-screened set; the requirement to produce the entire universe of non-privileged EC Investigation Materials appeared for the first time in the form of order Watch Plaintiff submitted, and the parties accordingly had no occasion to address its scope or burden before the Order issued.

Thank you for Your Honor's attention to this matter. We are available should Your Honor need anything further.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)