WALSH
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 11, 2026

**VIA ECF AND EMAIL**

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Hedges:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). We respectfully submit this letter to confirm Your Honor's ruling, set out via email on September 11, 2026, which states as follows:

> Good afternoon, counsel.
>
> It appears I have another request for reconsideration. I reviewed the papers submitted and chose to execute and have filed an order. I will not reconsider any ruling. I suggest Apple appeal to Judge Neals.

To the extent the above quote accurately reflects Your Honor's intentions with regard to the Order and Apple's letter filed at Dkt. Nos. 332, 333, we respectfully request you "So Order" this letter and have it entered on the docket.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED.**

______________________________
Hon. Ronald Hedges, U.S.M.J. (ret.)