WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 10, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. We write on behalf of all parties to respectfully request permission to file an omnibus motion to seal the following documents that contain or may contain confidential information:

(1) August 26, 2026 Letter from Thomas R. Curtin and supporting exhibits, ECF No. 294;
(2) August 27, 2026 Letter from Liza M. Walsh and supporting exhibits, ECF No. 299; and
(3) September 2, 2026 Letter from Liza M. Walsh and supporting exhibits, ECF No. 313

To minimize the number of motions to seal presented to the Court—and subject to the Court's approval—the parties have agreed to file an omnibus motion to seal these confidential documents, together with the redacted versions of all submissions subject to the sealing motion, on September 24, 2026, or 14 days after Watch Plaintiff files any reply brief permitted by the Court in response to ECF No. 316, whichever is later. Apple also submits that it requires additional time to review the underlying documents and propose redactions, and to ensure adequate time for the parties to discuss Apple's proposed redactions. Additionally, some of the exhibits filed at ECF No. 294 were produced by third parties and, as such, the parties request this additional time to, in part, provide notice to the relevant third parties and coordinate with them on sealing.

If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED: 9/14/2026

Leda Dunn Wettre

Hon. Leda D. Wettre, U.S.M.J.