AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | | |
|---|---|---|
| *In re Apple Inc. Smartphone Antitrust Litigation*<br>*Plaintiff*<br>v.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:24-md-03113-JXN-LDW |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Samsung Electronics America, Inc. .

Date: 9/14/2026

/s/ *Bradley Small*
*Attorney's signature*

Bradley D. Small #012662012
*Printed name and bar number*

Vinson & Elkins LLP
1114 Avenue of the Americas, 32nd
Floor New York, NY 10036
*Address*

bsmall@velaw.com
*E-mail address*

(212) 237-0268
*Telephone number*

(212) 237-0100
*FAX number*