**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>ALL ACTIONS | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br><br>Hon. Leda D. Wettre, U.S.M.J. |

**[PROPOSED] ORDER REGARDING ENFORCEMENT OF PRETRIAL SUBPOENAS**

**THIS MATTER** having come before the Court on MDL Plaintiffs' September 9, 2026 letter motion for centralized enforcement of pretrial subpoenas (ECF 321), and upon Apple's September 14, 2026 response thereto; and the Court having considered the parties' submissions and for good cause shown;

**IT IS ON THIS** _______ day of _________________, 2026

**ORDERED** that MDL Plaintiffs' letter motion for centralized enforcement of pretrial subpoenas is **DENIED**; and it is further

**ORDERED** that any party may file in this Court a motion to enforce or compel compliance with any pretrial subpoena issued in this MDL, provided, however, that nothing in this Order requires any such motion to be filed in this Court or precludes a party from proceeding in the court for the district where compliance is required under Federal Rule of Civil Procedure 45; and it is further

**ORDERED** that where subpoena-related proceedings concerning a subpoena recipient are already pending in another United States District Court—including proceedings concerning a subpoena issued in *United States v. Apple Inc.*, No. 2:24-cv-04055 (D.N.J.)—any motion to enforce an MDL pretrial subpoena directed to that recipient shall be brought before that court, unless this Court orders otherwise for good cause shown; and it is further

**ORDERED** that subpoena-related motions heard in this Court may be referred to a Special Master pursuant to the Special Master Appointment Order (ECF 208); and it is further

**ORDERED** that, to minimize the burden on nonparties, any attorney representing a subpoena recipient in connection with a motion heard in this Court pursuant to this Order may appear for that limited purpose without separate admission under Local Civil Rule 101.1(c), and such limited appearance shall not constitute consent to personal jurisdiction in this District for any other purpose.

____________________________________

Hon. Leda Dunn Wettre
United States Magistrate Judge