WALSH PIZZI O'REILLY FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 14, 2026

**VIA ECF AND EMAIL**

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Hedges:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). We write in response to the email and proposed order Watch Plaintiff sent you at approximately 8:32 PM Eastern on Monday September 14, 2026, which are attached here as Exhibit 1. This is the second time Watch Plaintiff seeks, by way of an email, affirmative relief under the guise of a proposed order you did not request or direct. Apple strongly objects to Watch Plaintiff's repeated and transparent attempts at self-help that completely disregards the process ordered by Judge Neals in the Special Master Appointment Order and the Local Rules. Moreover, there is no justification whatsoever for Watch Plaintiff to afford himself the right to file a responsive brief to Apple's motion for reconsideration while simultaneously proposing that Your Honor summarily deny Apple's motion for reconsideration in a terse proposed order written by Watch Plaintiff himself that you did not request or direct. Apple respectfully submits that Watch Plaintiff should oppose Apple's motion for reconsideration in the ordinary course and Your Honor should adjudicate it.

We thank Your Honor for your attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)