# EXHIBIT 1

**From:** apple-smartphonemdl-external@groups.gibsondunn.com on behalf of Lisa K. Minichini
**To:** "Ron Hedges"
**Cc:** "tdisalvo"; "James Cecchi"; "Taylor Hollinger"; Thomas R. Curtin; "Jennifer R. Scullion"; "Frazar Thomas"; "KT-AppleWatch-MDL"; "ML Apple Watch"; "Apple All Plaintiffs"; "KELLOGG-APPLEWATCH-MDL-EXTERNAL"; iPhone Antitrust All Plaintiffs – DCO Compliant; Douglas E. Arpert; Liza Walsh; Barbara Troyan; "Rose, Joseph R."; "Kleinbrodt, Julian W."; "alexia.brancato@kirkland.com"; "tracie.bryant@kirkland.com"; "Snoddon Emily M."; "devora.allon@kirkland.com"; "Richman, Cynthia"; "Hanna, Nicola T."; "Hazel, George J."; "Sullivan, Connor S."; "Lo, Jason"; Apple-SmartphoneMDL-External@groups.gibsondunn.com
**Subject:** In re Apple Inc. Smartphone Antitrust Lit., 24-md-3113
**Date:** Monday, September 14, 2026 8:34:03 PM
**Attachments:** Proposed Order Denying Reconsideration of August 26 Order.pdf

---

*Sent on behalf of Thomas R. Curtin, Esq.*

Dear Judge Hedges,

You issued orders on August 26 (Dkt. 293) and September 11 (Dkt. 332). Apple requested reconsideration of the former and objected to the latter. You emailed the parties explaining that you considered the parties' submissions and "will not reconsider any ruling." Apple sent you a letter seeking to confirm that your email meant that you would not reconsider your September 11 Order (Dkt. 332). Watch Plaintiffs' wish to confirm that your email also reflected your intention to deny Apple's request to reconsider your August 26 Order (Dkt. 293). To the extent that is correct, we have attached a proposed Order denying Apple's request for reconsideration of your August 26 Order. Additionally, because Watch Plaintiffs have not had an opportunity to file their brief in opposition to Apple's request for reconsideration, and because we think such a brief would provide a record that may assist Judge Neals in case Apple wishes to appeal, Watch Plaintiffs would appreciate the opportunity to file a response brief. We have included a sentence in the proposed Order making clear that Watch Plaintiffs should be permitted to do so.

Respectfully,
Tom

**Lisa K. Minichini**
Of Counsel

1300 Mount Kemble Avenue
Morristown, New Jersey 07962-2075

**LMinichini@mdmc-law.com**
**T:** 973-565-2189 **F:** 973-425-0161
**mdmc-law.com**

The information contained in this message is intended only for the personal and confidential use of the designated recipients named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail message or by telephone and delete the original message from your e-mail system and/or computer database.

To unsubscribe from this group and stop receiving emails from it, send an email to Apple-SmartphoneMDL-External+unsubscribe@groups.gibsondunn.com.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Ronald J. Hedges<br>Special Master<br><br>**[PROPOSED] SPECIAL MASTER CASE MANAGEMENT ORDER** |

By Text Order dated August 7, 2026 (Dkt. 269), and in accordance with the Special Master Appointment Order dated June 18, 2026 (Dkt. 208), the Honorable Leda D. Wettre, U.S.M.J., referred to the Honorable Ronald J. Hedges, Special Master, certain non-expedited discovery disputes between Defendant Apple Inc. and Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") briefed at Dkt. 257 and Dkt. 265. These non-expedited discovery disputes concerned Watch Plaintiffs Requests for Production 1.1, 1.3, 72, and 128. *Id.* A conference was held on August 13, 2026.

Hon. Hedges issued an order resolving certain of these disputes on August 26, 2026, Dkt. 293. On September 9, Apple sought partial reconsideration of the August 26 order. Dkt. 322. On September 10, Hon. Hedges emailed the parties, requesting that Apple "advise how many factual assertions made in the motion papers were not made earlier." On September 11, Apple responded by letter that "Apple's motion does not turn on any new factual assertions." Dkt. 334.

**IT IS HEREBY ORDERED:**

Apple's request for partial reconsideration of the August 26 order, Dkt. 322, is denied. This order having been entered before they had the opportunity, and in the interest of providing a fulsome record in case Apple wishes to appeal, Watch Plaintiffs may proceed to file their response in opposition to Apple's request for reconsideration.

SO ORDERED THIS ____ day of ____ 2026.

______________________________
Honorable Ronald J. Hedges
Special Master