WALSH PIZZI O'REILLY FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 14, 2026

**VIA ECF AND EMAIL**

**Re: *In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Hedges:

Apple respectfully responds to Your Honor's email to the parties of approximately 9:30AM Eastern this morning, in which you wrote:

> *Counsel, since we will all be together tomorrow, I will entertain oral argument on everything before me that some party thinks is "open" after the Judge's conference.*

Apple joins in Watch Plaintiff's request to adjourn any oral argument. Apple respectfully submits that there are no current issues ripe for argument before Your Honor or for Your Honor's consideration. Any issue as to which the parties reach impasse should be appropriately briefed under the Special Master Appointment Order before argument is conducted on them to provide a complete record and opportunity to be heard and so that the parties have adequate advance notice of what issues, and arguments, will be addressed in any argument. For example, on September 9, 2026, Apple filed a motion for reconsideration of Your Honor's August 2026 Order regarding production of documents previously produced to the European Commission; Watch Plaintiff should oppose that motion and Your Honor should adjudicate it in the ordinary course. Apple respectfully requests that Your Honor cancel the argument you proposed holding tomorrow and schedule it, if necessary, for an appropriate time in the future when the parties have reached impasse on an issue and appropriately briefed it.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)