**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 102.1, please take notice that Caroline Shoaibi will no longer be associated with Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. and hereby requests withdrawal as counsel for Plaintiff Joseph Giamanco in No. 24-cv-7238 and for the Putative Direct Apple Watch Purchaser Plaintiff Class in No. 24-md-3113.

The withdrawal will not result in any delay because Mr. Giamanco and the Putative Direct Apple Watch Purchaser Plaintiff Class will continue to be represented by MoloLamken LLP; Korein Tillery LLC; Kellogg, Hansen, Todd, Figel & Frederick, PLLC; and McElroy, Deutsch, Mulvaney & Carpenter, LLP.

Correspondence and filings regarding this case should be directed to counsel of record.

Dated: September 14, 2026

**SO ORDERED.**

***s/ Leda Dunn Wettre, U.S.M.J.***

**Dated:** 9/16/2026

** The Clerk of Court is directed to terminate the motion at ECF 339.

Respectfully submitted,

/s/ *Caroline Shoaibi*
Caroline Shoaibi
KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK, P.L.L.C.
1615 M Street N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
Fax: (202) 326-7999
cshoaibi@kellogghansen.com