Vinson&Elkins

Bradley Small bsmall@velaw.com
**Tel** +1.212.237.0268

September 17, 2026

**VIA ECF**

The Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation,* Case No. 2:24-md-03113-JXN-LDW; *United States of America, et al. v. Apple Inc.*, Case No. 2:24-cv-04055-JXN-LDW; Non-Party Samsung Electronics America, Inc.'s Letter re Oral Argument

Dear Judge Wettre:

I write on behalf of Non-Party Samsung Electronics America, Inc. ("SEA") in connection with the MDL Plaintiffs' motion to centralize subpoena enforcement in this Court (ECF No. 321), in which SEA has joined (ECF No. 342).

At the status hearing in this litigation on September 16, 2026, SEA understands that the Court stated its intention to conduct oral argument regarding Plaintiffs' Motion by videoconference. In light of SEA's joinder in the Motion, SEA respectfully requests the opportunity to appear and participate in that hearing.

Dated: September 17, 2026

Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Bradley Small*

Bradley D. Small
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: (212) 237-0268
Fax: (212) 237-0100
bsmall@velaw.com

Michael W. Scarborough (*pro hac vice* forthcoming)
Dylan I. Ballard (*pro hac vice* forthcoming)
555 Mission Street, Suite 2000
San Francisco, CA 94105
Tel: (415) 979-6900
Fax: (415) 651-8786
mscarborough@velaw.com
dballard@velaw.com

*Counsel for Non-Party Samsung Electronics America, Inc.*

cc: All Counsel of Record via ECF