Vinson&Elkins

Bradley Small bsmall@velaw.com
**Tel** +1.212.237.0268

September 22, 2026

**VIA ECF**

The Honorable Leda Dunn Wettre, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Admission *Pro Hac Vice* of Counsel
*In re: Apple Inc. Smartphone Antitrust Litigation*, Civil Action No. 2:24-md-03113-JXN-LDW

Dear Judge Wettre:

This firm represents Non-Party Samsung Electronics America, Inc. ("SEA") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), SEA hereby submits this application for the *pro hac vice* admission of Dylan I. Ballard of the law firm Vinson & Elkins LLP. Counsel for Plaintiffs and Defendant were contacted for consent to this application on September 17, 2026 but did not respond.

In support of this application, enclosed please find:

1. Certification of Bradley Small in support of application for admission of Dylan I. Ballard *pro hac vice*;

2. Certification of Dylan I. Ballard;

3. Proposed form of Order granting admission of counsel *pro hac vice*.

Should the enclosed proposed form of Order is acceptable to Your Honor, we respectfully request it be entered. Should Your Honor have any questions, we are available at your convenience.

Respectfully submitted,

*/s/ Bradley Small*

Bradley Small

cc: All Counsel of Record via ECF