Bradley Small
bsmall@velaw.com
**VINSON & ELKINS L.L.P.**
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Tel: (212) 237-0268
Fax: (212) 237-0100

*Attorneys for Non-Party*
SAMSUNG ELECTRONICS AMERICA, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>ALL ACTIONS | Case No. 2:24-md-03113-JXN-LDW<br><br>**CERTIFICATION OF BRADLEY SMALL IN SUPPORT OF APPLICATION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, **BRADLEY SMALL**, of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and an attorney of the law firm Vinson & Elkins LLP, attorneys for Non-Party Samsung Electronics America, Inc. ("SEA"), in the above-captioned action.

2. I submit this certification in support of the application made on behalf of Non-Party SEA for the *pro hac vice* admission of Dylan I. Ballard of Vinson & Elkins LLP, pursuant to Local Civil Rule 101.1(c).

3. I am a member in good standing of the Bar of the State of New Jersey and the United States District Court for the District of New Jersey.

4. Dylan I. Ballard is a partner of the firm of Vinson & Elkins LLP. Mr. Ballard is a member in good standing of the State Bar of California, and his qualifications are set forth in his Certification submitted herewith in support of this application.

5. I agree to sign all pleadings, briefs, and other papers filed with the Court, be responsible for the conduct of this Action, and will be present for all appearances before the Court unless otherwise excused by the Court.

6. I hereby agree to be responsible for the conduct of Dylan I. Ballard and will ensure that Mr. Ballard complies with Local Rule 101.1(c) should this application be granted.

7. Counsel for Plaintiffs and Defendant were contacted for consent to this application, and to the *pro hac vice* admission of counsel, on September 17, 2026 but did not respond.

8. For the foregoing reasons, I respectfully request that this Court enter an Order admitting Dylan I. Ballard as counsel representing Non-Party Samsung Electronics America, Inc. *pro hac vice* in the above-captioned matter.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2026

Respectfully submitted,

**VINSON & ELKINS LLP**

*/s/ Bradley Small*

Bradley D. Small
1114 Avenue of the Americas, 32nd Floor
New York, NY 10036
Tel: (212) 237-0268
Fax: (212) 237-0100
bsmall@velaw.com

*Counsel for Non-Party Samsung Electronics America, Inc.*