**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>ALL ACTIONS | Case No. 2:24-md-03113-JXN-LDW<br><br>**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION** |

THIS MATTER having been brought before the Court by Vinson & Elkins LLP, counsel for Non-Party Samsung Electronics America, Inc. ("SEA") in the above-captioned matter, for an Order permitting Dylan I. Ballard to appear and participate *pro hac vice* in this matter on behalf of SEA; the Court having considered all papers filed in support of said application, and for good cause having been shown pursuant to Civil Local Rule 101.1(c);

IT IS on this ______ day of __________________, 2026,

**ORDERED** as follows:

1. SEA's application for the *pro hac vice* admission of Dylan I. Ballard is hereby GRANTED;

2. Dylan I. Ballard is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c) for the sole purpose of entering an appearance on behalf of and representing SEA in this matter;

3. Dylan I. Ballard shall abide by the disciplinary rules of this Court;

4. Dylan I. Ballard shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2(a), within twenty (20) days from the date of entry of this Order, for the duration of time that he serves as counsel *pro hac vice* in this matter;

5. Dylan I. Ballard shall make a payment of $250.00 pursuant to Local Civil Rule 101(c)(3) payable to the Clerk, U.S. District Court.

6. Dylan I. Ballard shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction;

7. Dylan I. Ballard shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Bradley Small, or by such other member of the bar of this Court who has or may appear as the attorney of record in this matter for Non-Party Samsung Electronics America, Inc., pursuant to Local Civil Rule 101.1(c)(3), who shall be held responsible for the conduct of this Action, and who shall be present for all appearances before the Court unless otherwise excused by the Court.

____________________________________

**HON. LEDA D. WETTRE**
United States Magistrate Judge