Dear Judge Wettre:

We write on behalf of the MDL Plaintiffs in response to Apple's letter filed yesterday afternoon seeking a stay of various orders. Dkt. 358.

It is regrettable that Apple did not confer with the MDL Plaintiffs before filing its letter. We respectfully submit that no formal stay is needed at this time and that the parties should, instead, address these issues during the September 25, 2026 conference with Your Honor to the extent not resolved by the parties (who are in active and productive negotiations on these issues).

With the exception of the September 24 deadline for documents from European Commission investigations (Dkt. 293), there is no imminent deadline to be stayed. Future deadlines (including the October 21 deadline for productions) can be addressed during the September 25 conference if not otherwise resolved by agreement of the parties. There is also no basis to "stay" the parties' stipulated resolution of the Document Processing & Imaging Errors dispute, (Dkt. 262-1, "Native Document Order").

With respect to the September 24 deadline for documents from the European Commission investigations, (*see* Dkt. 293), the MDL Plaintiffs are willing to voluntarily hold that deadline in abeyance while the parties engage in active discussions to resolve the issue. If not otherwise resolved by agreement of the parties, the issue can be addressed at the September 25 conference.

Because Apple requested that the Court "So Order" its letter—relief which is sometimes swiftly granted—and did not note that MDL Plaintiffs oppose its request, MDL Plaintiffs are responding as quickly as possible and do not address here all flaws in Apple's request—including that Apple is seeking to stay at least one stipulated order (Dkt. 262-1, "Native Document Order") and a superseded order (Dkt. 223-1, July 7 Search Terms & Production Order). We reserve all rights to raise these and related issues in the future, if necessary.

We thank the Court for its attention to this issue. We are happy to discuss this at the conference on Friday, or at the Court's convenience.

Respectfully,

MDL Plaintiffs