September 23, 2026

**VIA ECF**

Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW

Dear Judge Wettre,

MDL Plaintiffs write to seek clarification of ECF 350 directing the parties to file a joint summary of the discovery disputes referred to Special Master Hedges. MDL Plaintiffs read the Order to require the parties to agree on a joint summary of the listed items (rulings, transcripts, findings, and orders), attaching those rulings and transcripts. Apple has indicated that it interprets your order to allow for individual party position statements. MDL Plaintiffs do not understand the Order to contemplate each side submitting position statements at this time.

We seek confirmation that the Order directs a neutral, jointly-agreed summary and does not permit position statements from each side. To the extent the Court wishes to receive separate position statements, we would like an orderly schedule for doing so.

Respectfully,

MDL Plaintiffs