WALSH
PIZZI
O'REILLY
FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 22, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-captioned matter. We write to confirm our understanding of this Court's September 18 Text Order (Dkt. 350).

Docket 350 states "On or before September 25, 2026, the parties are directed to file a joint summary of all discovery disputes that have been referred to Special Master Ronald J. Hedges and his rulings on each dispute, including the transcripts of any oral arguments, findings of fact and conclusions of law, and orders entered with respect to both the underlying disputes and any requests for reconsideration. Briefing on any pending discovery disputes or requests for reconsideration before Special Master Hedges is stayed until further order of the Court. So Ordered by Magistrate Judge Leda D. Wettre."

Out of an abundance of caution, Apple respectfully seeks to confirm that Your Honor's Order also stays any production deadlines set forth in Orders issued by Special Master Hedges, as well as any deadlines to appeal Orders issued by Special Master Hedges. Several such deadlines will occur this week absent a stay.

With regard to production deadlines, the most pressing deadline stems from Special Master Hedges's August 26 Order, which requires Apple to produce documents from three European Commission Investigations by this Thursday, September 24, 2026. Dkt. 293. The documents covered by the order include over 850,000 documents previously produced to the European Commission, as well as formal submissions in one investigation and all communications between Apple and the European Commission in two other investigations. Dkt. 322 at 2. There is a significant burden to Apple in collecting, reviewing, and producing these materials. Apple has moved for reconsideration of Special Master Hedges's August 26 Order, *id.,* but briefing on Apple's reconsideration motion is stayed pursuant to this Court's Order at Docket 350. Apple therefore seeks to confirm that its deadlines to produce the EC Investigation materials, and other production deadlines ordered by Special Master Hedges, are stayed pending this Court's review of the parties' joint submission to be filed on September 25, 2026, and further Order of this Court. The Orders and production deadlines Apple seeks to confirm have been stayed are as follows:

1. **Search Term & TAR Orders**:
    a) July 7 Order at Dkt. 223-1.
    b) August 7 Order at Dkt. 272-1.

2. **Native Document Orders**:
    a) July 7 Order at Dkt. 223-1.
    b) August 4 Order at Dkt. 262-1.

3. **EC Investigation Materials Order**:
    a) August 26 Order at Dkt. 293.

4. **Non-Settlement DOJ Communication Order**:
    a) September 11 Order at Dkt. 332.

With regard to briefing deadlines, Apple also seeks confirmation that the Court's Order stays Apple's deadline to appeal Special Master Hedges's September 11, 2026 Order requiring Apple to produce communications between Apple and Government Plaintiffs. Dkt. 332. On September 12, 2026, Special Master Hedges "So Ordered" that he would "not reconsider any ruling" regarding the September 11, 2026 Order. Dkt. 336. Apple therefore understands its deadline to appeal this ruling to Judge Neals falls on September 25, 2026. As Special Master Hedges has already denied reconsideration as to this motion and any request for reconsideration is no longer pending, Apple understands its deadline to appeal this Order to Judge Neals is currently stayed pending further order from the Court.

To the extent the Court agrees with the foregoing understanding, Apple respectfully requests that the Court "So Order" this letter and enter it on the docket. We appreciate the Court's attention to this matter and are available to address any questions at the Court's convenience.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED.** 9/24/2026

Hon. Leda D. Wettre, U.S.M.J.