**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN) (LDW) |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that WILLIAM E. HOESE of Spector Caldes & Corrigan PC hereby enters his appearance as counsel of record for Plaintiffs Christina Kolinsky, Sidney Rossi, and Nicole Arends, individually and on behalf of all others similarly situated.

DATED: September 25, 2026

/s/ *William E. Hoese*

William E. Hoese
**SPECTOR CALDES & CORRIGAN PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
whoese@scc.law

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 25th day of September, 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

/s/ *William E. Hoese*
William E. Hoese