**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>ALL ACTIONS | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**ORDER CENTRALIZING ENFORCEMENT OF PRETRIAL SUBPOENAS**

**THIS MATTER** having come before the Court by MDL Plaintiffs' letter motion filed on September 9, 2026 for centralized enforcement of pretrial subpoenas; MDL Plaintiffs and Apple having issued, or intending to issue, pretrial subpoenas to various third parties in this MDL; the Court having authority pursuant to 28 U.S.C. § 1407 and the applicable Federal Rules of Civil Procedure to centralize motion practice concerning such pretrial subpoenas; and the Court having considered the parties' and non-party submissions (ECF 321, 342, 343) and, for the reasons set forth on the record of the September 25, 2026 oral argument, having found that centralizing enforcement of pretrial subpoenas in this MDL will promote efficiency and the interests of justice;

**IT IS ON THIS** 25th day of September, 2026

**ORDERED** that MDL Plaintiffs' letter motion for centralized enforcement of pretrial subpoenas is **GRANTED**; and it is further

**ORDERED** that the Court will centrally enforce all pretrial subpoenas issued in this MDL, including existing pretrial subpoenas and future pretrial subpoenas issued during coordinated pretrial proceedings. Any motion practice concerning such subpoenas—including but not limited to motions to enforce and motions to quash—shall be filed directly in the MDL court; and it is further

**ORDERED** that motion practice concerning pretrial subpoenas may be referred to a Special Master, pursuant to the Special Master Appointment Order (ECF 208); and it is further

**ORDERED** that all issuing parties shall serve this Order on any third-party recipient of a pretrial subpoena in this MDL within 30 days of the issuance of this Order for pending subpoenas and at the time of service hereafter; and it is further

**ORDERED** that attorneys are permitted to make a limited appearance to contest a subpoena or respond to a motion to compel or enforce without being deemed to otherwise consent to the jurisdiction of this Court. The requirements of Local Rule 101.1(c) are waived for attorneys making a limited appearance to contest a subpoena or respond to a motion to compel or enforce; and it is further

**ORDERED** that this Order is entered without prejudice to any third party's right to seek relief from it on a showing of undue burden, including on the basis that the third party is litigating enforcement of a similar subpoena issued in *United States v. Apple Inc.*, 24-cv-4055 (JXN) (LDW) in another jurisdiction.

Leda Dunn Wettre

Hon. Leda Dunn Wettre
United States Magistrate Judge

** The Clerk of Court is directed to terminate the motion at ECF 321.