WALSH
PIZZI
O'REILLY
FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 24, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. On September 14, 2026, the Court granted the parties' request to file an omnibus sealing motion, ordering that the parties' deadline to move to seal ECF Nos. 294, 299, and 313 would be either September 24, 2026, or "14 days after Watch Plaintiff files any reply brief permitted by the Court in response to ECF No. 316, whichever is later." *See* ECF No. 338. In accordance with the Court's direction at the September 16, 2026, status conference, Watch Plaintiff has since filed a supplemental letter in further support of his custodian motion (ECF No. 294). *See* ECF No. 359. The Court also afforded Apple a response, which Apple intends to file by September 29, 2026.

To avoid piecemeal motions in accordance with Local Civil Rule (c)(2)(ii), the parties respectfully request to include the additional briefing in the omnibus sealing motion and request that the Court extend the deadline to file the omnibus sealing motion to 14 days after the close of all briefing on the custodian dispute between Apple and Watch Plaintiff.

If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement. Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED:** 9/25/2026

Leda Dunn Wettre

Hon. Leda D. Wettre, U.S.M.J.