**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN)(LDW)<br><br>MDL 3113 |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that JULIA R. McGRATH of Berger Montague PC hereby enters her appearance as counsel of record for Plaintiff Erik D. Loewen, individually and on behalf of all others similarly situated.

DATED: September 28, 2026

*/s/ Julia R. McGrath*
Julia R. McGrath
**BERGER MONTAGUE PC**
1818 Market Street
Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
jmcgrath@bergermontague.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 28th day of September 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

*/s/ Julia R. McGrath*
Julia R. McGrath