**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN)(LDW)<br><br>MDL 3113 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that MARIT VIKE of Berger Montague PC hereby enters her appearance as counsel of record for Plaintiff Erik D. Loewen, individually and on behalf of all others similarly situated.

DATED: September 28, 2026

*/s/ Marit Vike*
Marit Vike
**BERGER MONTAGUE PC**
1001 G St. NW
Suite 400 East
Washington, D.C. 20001
Tel: (215) 875-3000
mvike@bergermontague.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of September 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

*/s/ Marit Vike*
Marit Vike