WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

September 30, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***United States v. Apple Inc.*****, No. 2:24-cv-04055-JXN-LDW;**

***In re: Apple Inc. Smartphone Antitrust Litigation*****,**
**No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Pursuant to Your Honor's order at the September 16, 2026 Case Management Conference, we respectfully submit on behalf of all parties the enclosed Proposed Deposition Protocol containing the parties' competing provisions, where applicable.

The parties disagree whether position statements about the disputed provisions are welcomed by the Court for purposes of today's submission. The Government Plaintiffs and MDL Plaintiffs do not understand the Court to have invited position statements on issues in the deposition protocol generally, with the limited exception of position statements on witness preparation. *See* Tr. of MDL Status Conference dated Sept. 16, 2026 at 13:5-12. It is Apple's position that the submission of position statements with protocols which include disputed provisions is the consistent practice in these Actions. *See*, *e.g.*, Government Action Dkt. No. 117, *Id.* at Dkt. No. 254; MDL Dkt. No. 100, *Id.* at Dkt. 131. To the extent the Court would like further written submissions, Apple respectfully requests that the parties submit position statements on all disputed provisions within 7 days. If Apple's proposal is agreeable to Your Honor, we request Your Honor "so order" this letter and enter it on the docket.

We thank the Court for its attention to this matter and are available should Your Honor need anything further.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED.**

______________________________
Hon. Leda Dunn Wettre, U.S.M.J.