WALSH PIZZI O'REILLY FALANGA

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 1, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter.

We write on behalf of the parties to respectfully request that the Court unseal the Memorandum in Support of Motion for Reconsideration filed by Watch Plaintiff, Dkt. No. 304, which was filed under seal out of an abundance of caution to allow Apple to confirm whether the submission contained its confidential information. Apple has since confirmed that the document may be filed publicly. Additionally, the parties request that the Court unseal the Order Denying Watch Plaintiff's Motion for Reconsideration or Clarification, Dkt. No. 367, which was filed under temporary seal. Counsel for the parties have reviewed the Order and confirm that it does not contain or disclose any of the parties' confidential or highly confidential information.

Accordingly, we respectfully request that Your Honor sign the below form of endorsement directing the Clerk to unseal Dkt. Nos. 304 and 367 in their entirety. Thank you for Your Honor's continued attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED:

______________________________
Hon. Leda D. Wettre, U.S.M.J.