**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | MDL No. 3113<br>24-md-3113 (JXN) (LDW)<br>**NOTICE OF RESIGNATION** |

Please accept this as my resignation from the position of Special Master.

s/ Ronald J. Hedges, Special Master
October 5, 2026