**McElroy Deutsch**

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
MDMC-LAW.COM

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmc-law.com

October 9, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Letter Requesting Lift of Stay as to Dkt. 262-1

Dear Judge Wettre:

MDL Plaintiffs write the Court regarding the Native Document order dated August 4, 2026 (Dkt. 262-1), one of the orders stayed by the Court on September 24, 2026 (Dkt. 368 at 2).

MDL Plaintiffs request that the Court lift the stay as to the August 4 Native Document order (Dkt. 262-1). That order memorialized the joint stipulation of the parties. This request does not alter the parties' resolution of the other issues that were decided by Special Master Hedges, as described in the parties' joint letter dated September 27, 2026 (Dkt. 373). MDL Plaintiffs do not seek any other modification of the Court's September 24 order (Dkt. 368).

Apple does not think this letter is necessary as Apple is continuing to produce documents under the August 4 Natives Order, but nonetheless does not oppose the instant request.

We thank the Court for its attention to this issue.

Respectfully submitted,

/s/ Thomas R. Curtin
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

cc: All counsel (by ECF)