McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
**T:** 973.993.8100 | **F:** 973.425.0161
**MDMC-LAW.COM**

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

October 9, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Watch Plaintiffs' Request for Reply Brief In Support Of Additional Watch Custodians

Dear Judge Wettre,

Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") write to supplement their request for leave to file a reply brief in support of their motion to compel additional custodians (Dkt. 316). Over the past week, the Government Plaintiffs have taken multiple depositions of Apple employees who have provided testimony that supports Watch Plaintiffs' motion (Dkt. 294). Providing this new testimony is another reason—in addition to the reasons included in the original request—that Watch Plaintiffs ask this Court to grant their request for leave to file a reply.

Respectfully Submitted,

/s/ Thomas R. Curtin
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

cc: All counsel (by ECF)