WALSH PIZZI O'REILLY FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

**VIA ECF**

October 12, 2026

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

**Apple's Response to Watch Plaintiff's Supplemental Request for Leave to File a Reply Brief (Dkt. 385)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-captioned matter. Apple respectfully submits this brief response to Watch Plaintiff's October 9, 2026 letter supplementing his request for leave to file a reply brief. Dkt. 385.

Despite Your Honor's prior instruction for Watch Plaintiff to direct any request for leave to submit additional briefing to the Special Master to whom the dispute is ultimately referred, *see* Dkt. 325, Watch Plaintiff again asks for permission to file a reply brief in further support of his untimely request to compel Apple to add additional custodians, adding that he would like to provide "new testimony" from depositions in support, Dkt. 385. To the extent the Court intends to rule on Watch Plaintiff's submission, Apple respectfully requests that the Court deny his request to improperly inject new argument and evidence by way of reply. In the event Watch Plaintiff is allowed to file a supplemental brief advancing new arguments in support of his request for additional custodians, Apple asks for an opportunity to respond.

Respectfully submitted,

*/s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)