**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN)(LDW)<br><br>MDL 3113 |

# NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that EDMUND BROSE of Berger Montague PC hereby enters his appearance as counsel of record for Plaintiff Erik D. Loewen, individually and on behalf of all others similarly situated.

DATED: October 14, 2026

*/s/ Edmund Brose*
Edmund Brose
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3085
ebrose@bergermontague.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of October 2026, a true and correct copy of the foregoing NOTICE OF APPEARANCE was filed with the Court and served on all parties to this action via the CM/ECF.

*/s/ Edmund Brose*
Edmund Brose