McElroy Deutsch

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
MDMC-LAW.COM

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

October 14, 2026

**VIA ECF AND EMAIL**

Hon. Julien X. Neals, U.S.D.J.
U.S. District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: *In re: Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW

Dear Judge Neals,

On behalf of Plaintiffs in all tracks in the above-referenced multidistrict litigation, we jointly write to confirm our consent to the Court's proposed appointment of Michael A. Hammer, U.S.M.J. (ret.) as special discovery master.

Respectfully Submitted,

/s/ *Thomas R. Curtin*
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

cc: All counsel (by ECF and email)