**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*All Actions* | Case No. 24-md-3113-JXN-LDW<br><br>MDL 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 102.1, attorney Taylor Hollinger will no longer be associated with the firm Berger Montague PC and hereby requests withdrawal as counsel for the proposed Indirect iPhone Purchaser Plaintiff Class in No. 24-md-3113.

The withdrawal will not result in any delay because the Indirect iPhone Purchaser Plaintiff Class will continue to be represented by co-lead counsel as appointed by this Court.

Correspondence and filings regarding this case should be directed to counsel of record.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Taylor Hollinger*

J. Taylor Hollinger
**BERGER MONTAGUE PC**
1818 Market Street, Ste. 3600
Philadelphia, PA 19103
(215) 875-3087
thollinger@bergermontague.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of this document was filed through the Court's Electronic Case Filing system and will be served upon counsel of record for each party registered to receive electronic service this 16th day of October, 2026.

*/s/ Taylor Hollinger*
J. Taylor Hollinger