**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:24-cv-04055 (JXN) (LDW) |
| IN RE APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-3113 (JXN) (LDW) |

**SPECIAL MASTER APPOINTMENT ORDER**

This matter comes before the Court *sua sponte* regarding the appointment of a Special Discovery Master in the above-captioned actions. By Order dated June 18, 2026, the Court appointed Jose L. Linares, U.S.D.J. (ret.), Ronald J. Hedges, U.S.M.J. (ret.), and Peter F. Bariso, Jr., A.J.S.C. (ret.) as Special Discovery Masters. (Case No. 2:24-cv-04055-JXN-LDW, ECF 455; Case No. 2:24-md-3113-JXN-LDW, ECF 208). In accordance with Rule 53(b)(1) of the Federal Rules of Civil Procedure, the Court notified the parties of its intention to appoint Michael A. Hammer, U.S.M.J. (ret.) as a Special Master in place of Ronald J. Hedges, U.S.M.J. (ret.) on October 8, 2026. All parties consent to this appointment. Therefore, it is hereby **ORDERED** that:

1. Michael A. Hammer, U.S.M.J. (ret.) is appointed pursuant to Federal Rule of Civil Procedure 53 as a Special Master in 2:24-cv-04055-JXN-LDW and 2:24-md-3113-JXN-LDW for the purpose of considering matters referred to him.

2. Pursuant to Rule 53(b)(3)(A) of the Federal Rules of Civil Procedure, the Special Master shall file an affidavit disclosing whether there is any ground for disqualification under 28 U.S.C. § 455 within ten business days of the entry of this Order.
3. Compensation shall be paid to Judge Hammer at a rate of $1,300 per hour. The Special Master may employ up to two attorneys to support him at a rate not to exceed $700 per hour. Such lawyers will be under the supervision and control of the Special Master, who shall take appropriate action to ensure that such lawyers preserve the confidentiality of matters submitted to the Special Master for review.
4. The Special Master shall exercise all reasonable diligence in performing his assigned duties and shall take all appropriate measures to perform his duties fairly and efficiently.
5. The June 18, 2026 Special Master Appointment Order is hereby incorporated by reference and all provisions therein shall apply with equal force to Judge Hammer's appointment, including, but not limited to, the Special Master's authority and confidentiality obligations, the procedures for referral of disputes to the Special Master, the Special Master's issuance of findings of fact and conclusions of law, appeal of the Special Master's rulings, and allocation of the Special Master's compensation among the parties.
6. The Court may modify this Order, in whole or part, upon notice to the parties, at any time.

Dated: October 20, 2026

*s/ Julien Xavier Neals*
JULIEN XAVIER NEALS
United States District Judge