JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

October 21, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Joint Notice of Impasse Regarding Indirect iPhone Purchaser Plaintiffs' Proposed Custodians

Dear Judge Wettre,

Pursuant to ¶ 4 of the Court's Special Master Appointment Order, Indirect iPhone Purchaser Plaintiffs ("IIPs") and Apple Inc. ("Apple") respectfully submit this joint notice of impasse regarding IIPs' proposal to add four document custodians. The parties have met and conferred regarding IIPs' proposed custodians and discussed potential compromises through September 25, 2026 but were unable to reach agreement. Apple contends that IIPs' request is untimely for the reasons set out in Apple's response to Watch Plaintiff's letter regarding timeliness (Dkt. 378); IIPs disagree and request this Court allow IIPs to also address Apple's timeliness arguments in a 2-page letter—as this Court allowed for Watch Plaintiffs and Apple—in addition to the briefing on IIP's proposed custodians. Apple opposes separate briefing on timeliness as IIPs may address timeliness in their letter brief.

Because the parties have been unable to reach resolution, the parties respectfully request that the Court determine the parties have reached impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order. IIPs request permission to file letter briefs of six single-spaced pages; Apple requests that the parties adhere to the four-page limit set by ¶ 5. IIPs request this dispute be decided on an expedited schedule. Apple requests that the dispute be decided together with Watch Plaintiff's pending request to add additional custodians (Dkts. 283, 294, 313, 359, 378); IIPs request the dispute over their proposed custodians be decided separately from Watch Plaintiffs' proposed custodians.

Respectfully submitted,

/s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com

s/ Liza M. Walsh
Liza M. Walsh
WALSH PIZZI O'REILLY
FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel:(973)757-1100
lwalsh@walshlaw.com

cc: All counsel (by ECF)