October 21, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Joint Notice of Impasse Regarding Watch Plaintiffs' RFP – App Review Files

Dear Judge Wettre,

Pursuant to ¶4 of the Special Master Appointment Order, Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") and Apple Inc. respectfully submit this joint notice of impasse regarding Watch Plaintiffs' requests for production related to Apple's App Review documents, Watch RFPs 72 and 128.[1] The parties remain at impasse and agree this dispute should be brought to the Court's attention.

Watch Plaintiffs allege that one of the primary ways Apple restricts third-party smartwatches is by imposing restrictions on iPhone apps that interact with those smartwatches. Am. Compl. ¶¶ 40, 42, 114-21. Apple, Watch Plaintiffs allege, enforces these requirements through the App Review process, through which it rejects apps for alleged violations of Apple's rules. *Id.* Watch Plaintiffs' RFP Nos. 72 and 128 seek App Review files that they maintain are tied to specific allegations in the complaint, including, for example, rejections based on smartwatch apps' use of messaging APIs, *see, e.g.*, Am. Compl. ¶¶ 64-80.

The parties previously disputed the appropriate scope of discovery and submitted their dispute over these requests to Special Master Hedges. Dkt. 269. Special Master Hedges ordered Apple to provide Watch Plaintiffs with a "proposed list of apps for which Apple will produce full App Review files" and directed the parties to "continue to negotiate the scope of App Review file production, including the set of apps for which App Review files will be produced." Dkt. 293 ¶¶ 7-8.

Since then, the parties have continued to negotiate the set of apps for which App Review files will be produced. Apple has agreed to conduct a targeted collection of App Review files for approximately 380 apps: the top 10 free and paid iOS and watchOS apps by U.S. downloads by year from 2020 to 2025, apps identified for Watch RFP 83, the Tesla app, the list of smartwatch companion apps Apple already provided, the SeaNav app, and approximately 220 additional apps Watch Plaintiffs proposed on October 13. Apple has also agreed to consider producing App Review files for up to 50 additional apps Watch Plaintiffs propose to identify within 30 days of

[1] The parties agree that Watch RFP 128 is subsumed under Watch RFP 72 and any documents Apple agrees to produce in response to Watch RFP 72 will include non-privileged documents related to app review, rejections, rejection challenges or appeals, and how rejections are communicated to developers.

substantial completion of Apple's custodial productions, based on Watch Plaintiffs' review of Apple's productions.

The parties disagree about how any additional apps should be identified. Watch Plaintiffs propose identifying them by App Review Guideline provisions that Watch Plaintiffs maintain are tied to the allegations in their complaint, limited to certain time periods correlated to the release of new iOS versions and other key events. Apple proposes identifying them through a search of agreed custodians' files, using search terms aimed at apps rejected or delayed for reasons related to smartwatches, and then producing App Review files for the specific apps that search identifies.

Accordingly, the parties respectfully request that the Court grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order. Watch Plaintiffs contend this issue is urgent because Watch Plaintiffs need the App Review files requested in RFPs 72 and 128 with sufficient time to prepare for and use them in depositions scheduled for November 17 and December 9. Apple disagrees that these issues are urgent or that these documents are necessary for the upcoming depositions to proceed or deposition scheduling overall.

Respectfully submitted,

/s/ *Thomas R. Curtin*
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

/s/ *Liza M. Walsh*
Liza M. Walsh
WALSH PIZZI O'REILLY
FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-1100
lwalsh@walshlaw.com

cc: All counsel (by ECF)