October 26, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Joint Notice of Impasse Re: Decoupling Depositions of Two Apple Witnesses

Dear Judge Wettre,

Pursuant to ¶4 of the Special Master Appointment Order, Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs")[1] and Apple Inc. respectfully submit this joint notice of impasse regarding Watch Plaintiffs' request to decouple two upcoming depositions of Apple employees. Watch Plaintiffs believe this notice is urgent as the first of these depositions is scheduled for November 18.

Watch Plaintiffs respectfully request that the Court decouple MDL Plaintiffs' examinations of two Apple witnesses scheduled to be deposed on November 18 and December 11 (the Government is scheduled to depose those witnesses on November 17 and December 10, respectively). Watch Plaintiffs request that the "MDL day" of those depositions proceed no earlier than 14 days after Apple produces certain targeted collections that Watch Plaintiffs contend are needed for those witnesses. Apple opposes this request and disagrees that the identified *targeted, non-custodial* collections should impact deposition scheduling. Apple is committed to producing *custodial* documents at least 14 days in advance of a custodian's deposition and the parties do not have any dispute regarding the timing of production for these deponents' custodial documents.

Apple and Watch Plaintiffs disagree as to whether this dispute is timely, for reasons that can be addressed in the briefs.

The parties respectfully request that the Court grant leave to submit letter briefs pursuant to ¶5 of the Special Master Appointment Order. If the Court agrees that the parties are at impasse, Watch Plaintiffs are prepared to file their brief the same day, and ask that the Court set a schedule for Apple's response that would allow the dispute to be resolved in advance of the November 18 deposition. If the Court orders briefing on this issue, Apple requests that the Court grant Apple at least 5 business days to respond to Watch Plaintiff's letter brief.

---

[1] Direct and Indirect iPhone Purchaser Plaintiffs join Watch Plaintiffs' request as to the deposition scheduled for November 18, and take no position as to the later deposition.

Respectfully submitted,

/s/ *Thomas R. Curtin*
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

/s/ *Liza M. Walsh*
Liza M. Walsh
WALSH PIZZI O'REILLY
FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
Tel: (973) 757-1100
lwalsh@walshlaw.com

cc: All counsel (by ECF)