WALSH PIZZI O'REILLY FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 26, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No.: 2:24-md-3113 (JXN-LDW)**

Dear Judge Wettre:

We write on behalf of Apple and MDL Plaintiffs. As indicated in Apple's October 24, 2026 filing, all parties in both actions exchanged multiple drafts over the past several weeks. The goal was a single Proposed Amended Scheduling Order for both the Government Action and the MDL. *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW), ECF No. 578 (D.N.J. Oct. 24, 2026).

MDL Plaintiffs and Apple were not able to resolve all issues regarding the proposed Scheduling Order on October 23. Apple and the Government Plaintiffs therefore filed an agreed Stipulation and Proposed Amended Scheduling Order in the Government Action only. Apple advised the Court that Apple and MDL Plaintiffs would follow up with an analogous stipulation for the MDL.

MDL Plaintiffs and Apple now submit this enclosed Stipulation and Proposed Amended Scheduling Order applicable to the MDL Action, outlining the Parties' respective positions on provisions still in dispute. It is a separate but corresponding stipulation to the one filed in the Government Action (ECF No. 578-1). The significant deadlines outlined herein, such as the deadline for filing Notices of Impasse with respect to Third Party disputes and the date for the close of fact discovery, are aligned with the deadlines filed in the Government Action.

We respectfully request the Court's consideration.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Enclosures
CC: All Counsel of Record (via ECF)