**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION**<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | **Case No. 24-md-3113 (JXN) (LDW)**<br>**MDL 3113** |

**STIPULATION AND [PROPOSED] AMENDED SCHEDULING ORDER**

Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Direct Apple Watch Purchaser Plaintiffs (collectively "MDL Plaintiffs"),[1] and Defendant Apple Inc. hereby stipulate as follows:

WHEREAS, the parties to *United States of America, et al. v. Apple Inc.*, 2:24-cv-04055 ("Government Action") and *In re: Apple Inc. Smartphone Antitrust Litigation*, 24-md-3113 ("MDL") filed joint submissions on September 2, 2026, concerning the schedules in these coordinated actions (Government Action ECF No. 507; MDL ECF No. 312);

WHEREAS, the parties discussed the case schedule and a potential four-month extension of the fact discovery deadlines in both actions with the Court at the Case Management Conference held on September 16, 2026;

WHEREAS, during the Scheduling Conference held on September 25, 2026, the Court indicated its intention to extend the fact discovery deadlines in the MDL and the Government Action by four months;

[1] "MDL Plaintiffs" includes each individual named plaintiff identified in any operative complaint, including any amended complaint, brought on behalf of any of the putative classes of Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and/or Direct Apple Watch Purchaser Plaintiffs, unless otherwise indicated. Nothing in this Stipulation and Order constitutes a concession by Apple that any amendment of the pleadings, or the addition of any named plaintiff, is appropriate, and Apple reserves all rights to oppose any such amendment or addition.

WHEREAS, during the Scheduling Conference held on September 25, 2026, the Court ordered the parties to submit a proposed Amended Scheduling Order reflecting the extension of the fact discovery deadline and instituting new interim discovery deadlines;

WHEREAS, on October 24, 2026, Apple and Government Plaintiffs filed a Stipulation and Proposed Amended Scheduling Order in the Government Action (Government Action ECF No. 578-1), and Apple advised the Court that a corresponding submission would follow in the MDL;

WHEREAS, on October 26, 2026, the Court ordered the parties to the MDL to submit a proposed discovery schedule by the close of business on October 28, 2026 (MDL ECF No. 414);

THEREFORE, in the interest of efficiency, the parties agree and stipulate to the following schedule:

1. All impasse notices or requests for extension regarding existing party discovery disputes shall be filed by **October 21, 2026**.[2] For purposes of clarity, "existing party discovery disputes" means discovery disputes related to the sufficiency of a party's document productions or other discovery responses that were known to the parties as of the filing of this stipulation based on the parties' positions conveyed as of that point. Nothing in this stipulation prevents either party from seeking judicial relief related to discovery disputes that arise after the filing of this stipulation. [PLACEHOLDER]

**<u>APPLE'S POSITION:</u>** Replace the placeholder with the following text: "This deadline also does not apply to disputes over deposition scheduling in which impasse occurs after October 21, 2026, or the parties' privilege logs, which may be raised in due course. For the avoidance of doubt, disputes over whether specific targeted collections must be complete by no less than 14 days in advance of any depositions should have been raised by the October 21, 2026 deadline."

---

[2] All agreed-upon deadlines that are not noted as being specific to the MDL have also been agreed to as between the Government Plaintiffs and Apple. *See* Government Action ECF 578-1.

**DIPS, IIPS & WATCH PLAINTIFFS' POSITION:** Replace the placeholder with the following text: "This deadline also does not apply to disputes over deposition scheduling in which impasse occurs after October 16, 2026 or the parties' privilege logs, which may be raised in due course."

2. All impasse notices (or, if filed in another district, motions to compel) regarding existing disputes about third-party document subpoenas shall be filed by **November 4, 2026**.[3]

3. Third parties shall substantially complete document productions by the later of (a) 30 days after this order's entry or (b) if there is a pending motion to compel the third party to produce documents, 30 days after that motion's resolution.

**APPLE, DIPS & IIPS' POSITION:** Cut paragraph 3. The Stipulation and Proposed Amended Scheduling Order filed in the Government Action (ECF No. 578-1) does not include this provision.

**WATCH PLAINTIFFS' POSITION:** Keep paragraph 3.

4. Apple and MDL Plaintiffs[4] shall substantially complete document productions in the MDL by **December 7, 2026.** For the avoidance of confusion, this refers to all document productions pursuant to targeted, custodial, or any other type of collection.

**APPLE'S POSITION:** Cut footnote 4.

**DIPS, IIPS & WATCH PLAINTIFFS' POSITION:** Include footnote 4.

---

[3] For purposes of clarity, "existing disputes about third-party document subpoenas" means discovery disputes related to the sufficiency of a third party's agreements to produce documents in response to a subpoena that were known to the parties as of the filing of this stipulation. Nothing in this stipulation prevents either party from seeking judicial relief related to discovery disputes that arise after the filing of this stipulation or to compel the production of documents that third parties agree to produce but subsequently fail to produce. This deadline also does not apply to disputes over third parties' privilege logs, which may be raised in due course.

[4] This deadline shall not apply to any newly named Plaintiffs in amended complaints that are not yet operative at the time the stipulation is so ordered. For the avoidance of doubt, newly named Plaintiffs identified in Indirect Purchaser Plaintiffs' forthcoming Motion for Leave to Amend and proposed Amended Consolidated Class Action Complaint shall not be subject to this deadline. If the Court grants Plaintiff's Motion for Leave to Amend, those newly named Plaintiffs shall substantially complete their document production no later than 60 days after the Court's order adopting the proposed Amended Consolidated Class Action Complaint.

5. MDL Plaintiffs have identified specific targeted collections as essential for specific depositions. Apple shall produce those specific targeted collections no less than 14 days in advance of those specified depositions.

**APPLE'S POSITION:** Cut paragraph 5.

**DIPS, IIPS & WATCH PLAINTIFFS' POSITION:** Keep paragraph 5.

6. Apple shall substantially complete its structured data productions by **December 11, 2026**.

7. Depositions of third parties shall be completed by **April 30, 2027**.

**APPLE'S POSITION:** Keep paragraph 7. The Stipulation and Proposed Amended Scheduling Order filed in the Government Action (ECF No. 578-1) includes this provision at Section 5.

**DIPS, IIPS & WATCH PLAINTIFFS' POSITION:** Cut paragraph 7 and maintain one deadline for close of fact discovery.

8. Contention interrogatories shall not be served before **April 28, 2027**, and no later than **May 12, 2027,** unless otherwise permitted by the Court. Responses to contention interrogatories shall be served on or before **June 11, 2027**. If a response to a contention interrogatory or portion thereof calls for expert opinion to be addressed in expert discovery, the response to that contention interrogatory or portion thereof shall be served in the MDL on or before **February 7, 2028**.

9. Fact discovery is extended through **May 28, 2027**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

10. Opening expert reports in support of class certification in the MDL shall be served on or before **August 2, 2027**. Rebuttal expert reports regarding class certification shall be served in the MDL on or before **November 1, 2027**. Reply expert reports in support of class certification shall be served in the MDL on or before **January 24, 2028**.

11. Expert discovery concerning class certification, including the depositions of any expert witnesses, shall be completed in the MDL on or before **March 3, 2028**.

12. MDL Plaintiffs' motion(s) for class certification shall be served but not filed on or before **March 23, 2028**. Apple's opposition to MDL Plaintiffs' motion(s) for class certification and *Daubert* motion(s) against MDL Plaintiffs' class certification experts shall be served but not filed on or before **June 5, 2028**. MDL Plaintiffs' reply in further support of the motion(s) for class certification, *Daubert* motion(s) against Apple's class certification experts, and opposition to Apple's *Daubert* motion(s) shall be served but not filed on or before **August 17, 2028**. Apple's reply in further support of its *Daubert* motion(s) against MDL Plaintiffs' class certification experts shall be served but not filed on or before **September 12, 2028**. Apple's opposition to MDL Plaintiffs' *Daubert* motion(s) shall be served but not filed on or before **September 12, 2028**. MDL Plaintiffs' reply in further support of their *Daubert* motion(s) shall be served on or before **October 6, 2028**. All class certification and class certification-related *Daubert* motion papers shall be filed in the MDL when the motions are fully briefed on **October 6, 2028**.

**AGREED TO:**

Dated: October 26, 2026


Joseph R. Rose (*pro hac vice*)
Julian W. Kleinbrodt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200
jrose@gibsondunn.com
jkleinbrodt@gibsondunn.com

Cynthia E. Richman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
(202) 955-8234
crichman@gibsondunn.com

Daniel G. Swanson (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
dswanson@gibsondunn.com

Connor S. Sullivan (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000
cssullivan@gibsondunn.com

/s/ *Liza M. Walsh*
Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
darpert@walsh.law
lmalakoff@walsh.law

Craig S. Primis, P.C. (*pro hac vice*)
K. Winn Allen, P.C. (*pro hac vice*)
Tracie Bryant, P.C. (*pro hac vice*)
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel.: (202) 389-5000
craig.primis@kirkland.com
winn.allen@kirkland.com
tracie.bryant@kirkland.com

Devora W. Allon, P.C. (*pro hac vice*)
Alexia R. Brancato, P.C. (*pro hac vice*)
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Tel.: (212) 446-5967
devora.allon@kirkland.com
alexia.brancato@kirkland.com

*Attorneys for Defendant Apple Inc.*

Dated: October 26, 2026

*/s/ James E. Cecchi*
James E. Cecchi
CARELLA BYRNE CECCHI BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, NJ 07068
Tel: 973-994-1700
Email: jcecchi@carellabyrne.com

William Christopher Carmody
Shawn J. Rabin
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel: (212) 336-8330
Email: bcarmody@susmangodfrey.com
Email: srabin@susmangodfrey.com

Steven W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101
Tel: 206-623-7292
Email: steve@hbsslaw.com

Christopher A. Seeger
SEEGER WEISS, LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Tel: 973-639-9100
Email: cseeger@seegerweiss.com

Melinda R. Coolidge
HAUSFELD LLP
888 16th Street, NW Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Email: mcoolidge@hausfeld.com

Dena Sharp
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: 415-981-4800
Email: dsharp@girardsharp.com

*Co-Lead Interim Class Counsel for Direct iPhone Purchaser Plaintiffs*

Joseph J. DePalma
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Email: jdepalma@litedepalma.com

*Liaison Counsel for Direct iPhone Purchaser Plaintiffs*

Michael Critchley Sr.
CRITCHLEY, KINUM & LURIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 422-9200
Email: mcritchley@critchleylaw.com

*Trial Counsel/Direct iPhone Purchaser Plaintiffs*

Dated: October 26, 2026


/s/ Michael Dell-Angelo
Michael Dell'Angelo
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com

Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Email: hmsilton@locklaw.com

Jeffrey L. Spector
SPECTOR CALDES & CORRIGAN, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Email: jspector@srkattorneys.com

Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Email: mweiler@schneiderwallace.com


*Co-Lead Interim Class Counsel for Indirect iPhone Purchaser Plaintiffs*


Stanley O. King
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.
231 S. Broad Street
Woodbury, NJ 08096
Tel: (856) 845-3001
Email: sking@lawjw.com


*Liaison Counsel for Indirect iPhone Purchaser Plaintiffs*

Dated: October 26, 2026


/s/ Thomas R. Curtin
Thomas R. Curtin
Kathleen N. Fennelly
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com
kfennelly@mdmc-law.com

Steven F. Molo
Lauren F. Dayton
Eric Posner
Matthew E. Gold
Sofia M. Debbiche
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 450-6700
smolo@mololamken.com
ldayton@mololamken.com
eposner@mololamken.com

mgold@mololamken.com
sdebbiche@mololamken.com

Kayvon Ghayoumi
Caroline A. Veniero
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Tel: (202) 556-2000
kghayoumi@mololamken.com
cveniero@mololamken.com

George A. Zelcs
David Walchak
Daniel A. Epstein
KOREIN TILLERY LLC
205 North Michigan Ave., Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750
gzelcs@koreintillery.com
dwalchak@koreintillery.com
depstein@koreintillery.com

Stephen M. Tillery
Carol O'Keefe
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844
stillery@koreintillery.com
cokeefe@koreintillery.com

David C. Frederick
Aaron M. Panner
Alex A. Parkinson
Scott K. Attaway
Ariela M. Migdal
Rund M. Khayyat
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
dfrederick@kellogghansen.com
apanner@kellogghansen.com
aparkinson@kellogghansen.com
sattaway@kellogghansen.com
amigdal@kellogghansen.com
rkhayyat@kellogghansen.com

*Co-Lead Interim Class Counsel for Direct Apple Watch Purchaser Plaintiffs*

**IT IS SO ORDERED.**
Dated: _________________, 2026

_____________________________
HON. LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE