WALSH PIZZI O'REILLY

THREE GATEWAY CENTER
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 3, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No.: 2:24-md-3113 (JXN-LDW)**

Dear Judge Wettre:

This firm, together with Kirkland and Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). We write on behalf of all parties in the above-captioned matter.

As Your Honor is aware, the Notice of Impasse Regarding Watch Plaintiffs' Requests for Source Code and Technical Documents (D.E. 408) and the Amended Joint Notice of Impasse Regarding Watch Plaintiffs' Requests for Source Code and Technical Documents (D.E. 412) were filed under seal. We write to respectfully request permission to include these notices of impasse, and any future notices of impasse filed under seal, in any forthcoming motion(s) to seal the briefing on the respective issues.

We respectfully submit that notices of impasse are closely related to the briefing on the issues discussed therein. Accordingly, addressing the sealing of the notices of impasse in conjunction with the sealing of any forthcoming related briefing would be the most efficient approach and would avoid duplicative sealing motion practice. As such, any motions to seal notices of impasse, including the aforementioned notices, would be due 14 days following the completion of briefing on the respective issues, pursuant to the Local Civil Rules.

If this meets with the Court's approval, we respectfully request that Your Honor sign the below form of endorsement and have it entered on the docket.

Thank you for Your Honor's kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)

SO ORDERED.

____________________________________
Hon. Leda D. Wettre, U.S.M.J.