JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 3, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Joint Notice of Impasse Re: Indirect iPhone Purchaser Plaintiffs' Proposed Custodians (Dkt. 399)

Dear Judge Wettre:

We represent the Indirect iPhone Purchaser Plaintiffs ("IIPs").[1] We write regarding the Court's order (Dkt. 420) as to the joint notice of impasse regarding IIPs' proposed custodians (Dkt. 399). The relief that IIPs seek as to that impasse issue is four additional custodians. IIPs' letter brief on this dispute is due Tuesday, November 10.

In the joint notice of impasse filed on October 21, Apple contended that IIPs' request is untimely for reasons set out in Apple's separate briefing (Dkt. 378) related to Watch Plaintiffs' request for additional custodians. IIPs disagreed and requested this Court allow IIPs to address Apple's separate two-page letter with their own two-page letter. Apple opposed this request.

In the joint notice of impasse, IIPs also requested permission to file a letter of six single-spaced pages for briefing on the proposed additional custodians. Apple opposed this request and asked the Court to require the parties adhere to the 4-page limit set in the Special Master Appointment Order (Dkt. 208).

IIPs respectfully request that the Court clarify whether it would like to hear from IIPs on the timeliness issues raised in Apple's prior two-page letter (Dkt. 378), and if so whether IIPs may

[1] IIPs reached out to Apple at 5:30pm ET on November 3 in order to provide this Court with a joint letter, but as of 9:00pm ET Apple had not yet clarified its position. Due to the immediacy of the filing deadline, IIPs submit this letter only on their own behalf.

respond with a two-page letter. IIPs also respectfully request that the Court clarify the applicable page limit for briefing on the parties' dispute over IIPs' proposed additional custodians.

We thank the Court for its attention to this issue.

Respectfully submitted,

Stanley O. King, Esq.