JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*****,**
**No. 2:24-md-03113-JXN-LDW**
**Joint Notice of Impasse Regarding Indirect iPhone Plaintiffs' Subpoena to Nonparty Red Pocket Inc.**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Plaintiffs ("IIPs") and nonparty Red Pocket Inc. ("Red Pocket") respectfully submit this Joint Notice of Impasse regarding the subpoena duces tecum IIPs served on Red Pocket on April 30, 2026 (the "Subpoena") under Federal Rule of Civil Procedure 45. This joint notice of impasse is being filed in accordance with the November 4, 2026 deadline for submitting disputes concerning third-party discovery.

IIPs and Red Pocket met and conferred regarding the Subpoena via videoconference on June 9 and telephonically on October 13. IIPs and Red Pocket have reached an impasse on whether Red Pocket should produce responsive, non-privileged line-of-service and sales data to the extent such requested records exist and/or to the extent such records are in Red Pocket's possession and/or control. IIPs and Red Pocket have also reached an impasse on whether Red Pocket should produce information concerning its costs, revenues, and profits associated with iPhone sales and accompanying wireless service, including both transaction-level data and profit-and-loss statements to the extent such requested records exist and/or to the extent such records are in Red Pocket's possession and/or control.

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution, IIPs and Red Pocket respectfully request that the Court determine that the parties are at impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

/s/ Jordan Matthews
Jordan Matthews, Esq.
WEINBERG GONSER LLP
1100 Glendon Avenue, PH-9
Los Angeles, CA 90024
Tel.: 424-239-2867
jordan@wgcounsel.com

*Counsel for Nonparty Red Pocket Inc.*

cc: All counsel of record (via ECF)
Special Masters Linares, Bariso, and Hammer (via email)