JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*****,**
**No. 2:24-md-03113-JXN-LDW**

**Notice of Impasse Regarding Indirect iPhone Plaintiffs' Subpoena to Nonparty Target Corporation**[1]

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Plaintiffs ("IIPs") respectfully submit this Notice of Impasse regarding the subpoena duces tecum the Indirect Purchaser Plaintiffs ("IIPs") served on Target on January 30, 2026 (the "Subpoena") under Federal Rule of Civil Procedure 45. This notice of impasse is being filed in accordance with the November 4, 2026 deadline for submitting disputes concerning third party discovery.[2]

[1] Only the IIPs are filing this notice because Target declined to participate in the notice of impasse procedure. IIPs and Target have been meeting and conferring about the issues identified in this impasse notice and IIPs' stated their position that if these disputes were not resolved by November 4, they would need to be presented to the Court at that time. IIPs also provided a draft of a joint impasse notice to Target.

[2] As reflected in ECF Nos. 404 and 413, IIPs are continuing negotiations with Apple concerning a uniform hashing proposal that will enable linking between Apple's data and third-party datasets. Depending on the outcome of these negotiations, IIPs and Target may file a subsequent joint notice of impasse concerning hashing of personally identifying information in Target's structured data production on or before November 13, 2026.

IIPs and Target have met and conferred in good faith regarding the Subpoena by videoconference on multiple occasions and exchanged related correspondence. Target has produced one agreement with Apple and certain sales data, customer complaint data, and purchase order data for the time period 2023-present. Despite these efforts, the parties have reached an impasse on whether Target should produce: (i) certain data fields requested by IIPs in the 2023-2026 sales data (including the amounts actually paid or owed for hardware, including installments, trade-ins, discounts and promotions, and credits; status of device sold; channel of sale; list price; and geographic information related to the sale) (RFP Nos. 14, 16); (ii) sales data for the period 2015 – 2022 (RFP No. 14, 16); (iii) go-get collections of non-privileged documents responsive to IIPs' requests for Target's profit and loss information and strategies and analysis relating to the pricing and sales of iPhones (RFP Nos. 8, 12, 17, 23, and 25); and (iv) custodial searches for non-privileged, responsive documents relating to Target's internal communications about negotiations with Apple and internal communications and documents regarding Target's iPhone pricing and retail sales information (RFP Nos. 8, 12, 23, and 25).

IIPs bring these issues to the Court's attention, consistent with the Court's Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), and the Court's November 4, 2026 deadline to submit notices of impasse for third-party disputes.

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution with respect to these issues, IIPs respectfully request that the Court declare that the parties are at impasse on the issues identified above and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order. IIPs request leave to file a letter brief of up to 8 pages, single spaced.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

cc: All counsel of record (via ECF)
Natasha T. Robinson, Fredrikson & Byron, P.A., counsel for Target Corporation
Special Masters Linares, Bariso, and Hammer (via email)