JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*****,**
**No. 2:24-md-03113-JXN-LDW**
**Joint Notice of Impasse Regarding Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty Amazon.com, Inc.**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Purchaser Plaintiffs ("IIPs") and nonparty Amazon.com, Inc. ("Amazon") respectfully submit this Joint Notice of Impasse regarding the subpoena duces tecum IIPs issued to Amazon on December 15, 2025 (the "Subpoena") under Federal Rule of Civil Procedure 45. This joint notice of impasse is being filed in accordance with the November 4, 2026 deadline for submitting disputes concerning third-party discovery. [1]

IIPs and Amazon have met and conferred in good faith regarding the Subpoena by videoconference on multiple occasions and have exchanged related correspondence. Amazon has produced transaction-level structured sales data in response to IIPs' RFP No. 42. Amazon has produced documents regarding various Amazon branded products and services, as well as Amazon's agreements with Apple.

However, IIPs and Amazon have been unable to reach agreement by the November 4 deadline on: (i) the production of pricing policies and markup strategies for new iPhones

[1] As reflected in ECF Nos. 404 and 413, IIPs are continuing negotiations with Apple concerning a uniform hashing proposal that will enable linking between Apple's data and third-party datasets. Depending on the outcome of these negotiations, IIPs and Amazon may file a subsequent joint notice of impasse concerning hashing of personally identifying information in Amazon's structured data production on or before November 13, 2026.

responsive to IIP RFP No. 54; (ii) the production of documents and policies concerning stocking and ordering of new iPhones responsive to IIP RFP No. 55; (iii) the production of documents, analyses, and internal communications regarding Amazon's assessment of the markets that new iPhones compete in responsive to IIP RFP No. 57; and (iv) the production of profit and loss statements responsive to IIP RFP No. 46. Amazon does not believe that the parties are at impasse as to IIP RFP Nos. 54, 55, and 57. With regard to IIP RFP No. 54, Amazon has conducted a targeted search for documents responsive to IIP RFP No. 54 beyond the Apple agreements it already produced and has not identified any additional documents. With regard to IIP RFP Nos. 55 and 57, Amazon's position is that these Requests are not ripe for resolution because IIPs first raised them to Amazon on November 2, 2026. It is Amazon's position that the parties have not had an opportunity to meet and confer regarding these specific requests. As to IIP RFP No. 46, Amazon's position is that the margin information IIPs seek is available without Amazon's internal financial statements: Amazon already produced its retail sale prices; Amazon has already produced agreements and program terms reflecting Apple's incentive funding to Amazon; and Amazon's acquisition prices are available directly from Apple.

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution on IIP RFP No. 46, IIPs and Amazon respectfully request that the Court determine that the parties are at impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order. IIPs additionally request the same treatment for IIP RFP Nos. 54, 55, and 57.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

s/Benjamin Mundel
Benjamin Mundel*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Tel.: (202) 736-8000
bmundel@sidley.com

*Counsel for Nonparty Amazon.com, Inc.*

*Appearing on a limited basis pursuant to the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), without consenting to the Court's jurisdiction.

cc: All counsel of record (via ECF)
Special Masters [Linares], [Bariso], and [Hammer] (via email)

v.