JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*,**
**No. 2:24-md-03113-JXN-LDW**
**Joint Notice of Impasse Regarding Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty T-Mobile USA, Inc.**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Purchaser Plaintiffs ("IIPs") and nonparty T-Mobile USA, Inc. ("T-Mobile") respectfully submit this Joint Notice of Impasse regarding the subpoena duces tecum IIPs served on T-Mobile on October 22, 2025 (the "Subpoena") under Federal Rule of Civil Procedure 45. This joint notice of impasse is being filed in accordance with the November 4, 2026 deadline for submitting disputes concerning third-party discovery.

IIPs and T-Mobile have met and conferred in good faith regarding the Subpoena by videoconference on multiple occasions and have exchanged related correspondence. T-Mobile has agreed to produce custodial productions in response to IIPs' RFPs. And T-Mobile has agreed to produce certain fields of structured sales data in response to IIPs' RFP No. 17.

However, IIPs and T-Mobile have been unable to reach agreement by the November 4 deadline, and therefore are at impasse on: (i) the production of transaction-level structured sales data in response to RFP No. 17 (in particular, data regarding the net (or actual) price per device unit paid by the consumer on a per-unit basis; discounts, rebates, credits, and/or any other price adjustments offered to the consumer; the storage capacity of the product purchased; the cost of goods sold associated with each transaction; and the total amount of gross profit retained by T-

Mobile per transaction); [1] and (ii) the production of line of service data responsive to IIPs' RFP Nos. 12 and 13.

T-Mobile does not dispute that IIPs and T-Mobile have not reached agreement on issues related to RFP Nos. 12, 13, and 17. T-Mobile, however, disputes that it is at impasse with IIPs. T-Mobile produced its initial data samples, which did not contain the data IIPs are now seeking, on May 13, 2026. Following this sample's production, Apple and DOJ quickly began to engage and T-Mobile negotiated with both in good faith. These negotiations resulted in the production of a second data sample on August 14, 2026. In contrast, IIPs have only raised the issues described in this letter in the past month, including raising issues related to RFP Nos. 12 and 13 for the first time this Monday. T-Mobile is actively working to assess what data it keeps in the normal course of business and is evaluating proposals to reduce its burden while providing IIPs sufficiently relevant information. T-Mobile has committed to working with IIPs in good faith to resolve these issues. Given the Court's deadline, however, T-Mobile does not object to the submission of this letter.

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution, IIPs and T-Mobile respectfully request that the Court determine that the parties are at impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

/s/ Ryan Maddock
Ryan Maddock, Esq.
ASHURST PERKINS COIE
700 13th St NW #800
Washington, DC 20005
Tel. 202.654.1784
ryan.maddock@ashurstperkins.com
*Counsel for Nonparty, T-Mobile, USA, Inc.*

cc: All counsel of record (via ECF)
Special Masters [Linares], [Bariso], and [Hammer] (via email)

---

[1] As reflected in ECF Nos. 404 and 413, IIPs are continuing negotiations with Apple concerning a uniform hashing proposal that will enable linking between Apple's data and third-party datasets. Depending on the outcome of these negotiations, IIPs and T-Mobile may file a subsequent joint notice of impasse concerning hashing of personally identifying information in T-Mobile's structured data production on or before November 13, 2026.