JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*****,**
**No. 2:24-md-03113-JXN-LDW**
**Joint Notice of Impasse Regarding Indirect iPhone Plaintiffs' Subpoena to Nonparty Comcast Corporation d/b/a Xfinity Mobile**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Plaintiffs ("IIPs") and nonparty Comcast Corporation ("Comcast") respectfully submit this Joint Notice of Impasse regarding the subpoena duces tecum IIPs served on Comcast on January 30, 2026 (the "Subpoena") under Federal Rule of Civil Procedure 45. This joint notice of impasse is being filed in accordance with the November 4, 2026 deadline for submitting disputes concerning third party discovery.[1]

IIPs and Comcast met and conferred in good faith regarding the Subpoena by videoconference on May 6, June 29, July 23, and September 18 and exchanged correspondence between July and October 2026. Comcast has agreed to produce responsive, non-privileged documents residing in central files. IIPs and Comcast have reached an impasse on whether Comcast should conduct custodial searches. IIPs believe that Comcast should search the custodial files of four executives at Comcast for potentially responsive documents. IIPs believe that Comcast's custodial documents will contain critical information regarding pricing and sales to the downstream customers in the proposed IIP Class. Comcast believes that the costs and burdens of

[1] As reflected in ECF Nos. 404 and 413, IIPs are continuing negotiations with Apple concerning a uniform hashing proposal that will enable linking between Apple's data and third party datasets. Depending on the outcome of these negotiations, IIPs and Comcast may file a subsequent joint notice of impasse concerning hashing of personally identifying information in Comcast's structured data production on or before November 13, 2026.

such a custodial search for a non-party are not proportionate to the needs of the case and are not justified because the search would be unlikely to yield relevant materials beyond what Comcast has already agreed to produce.

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution, IIPs and Comcast respectfully request that the Court determine that the parties are at impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

/s/ Arthur J. Burke
Arthur J. Burke, Esq.
Christopher Lynch, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4532
arthur.burke@davispolk.com
christopher.lyncy@davispolk.com

*Counsel for Nonparty Comcast Cable Communications Management, LLC*

cc: All counsel of record (via ECF)