WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 4, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.*, No.: 2:24-cv-04055 (JXN-LDW); *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113 (JXN-LDW): Joint Notice of Impasse**

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matters. Both Zaiger Linden and Awad Law represent non-party Eric Migicovsky. We write to provide a joint notice of impasse for a discovery dispute regarding Mr. Migicovsky's response to Apple's subpoena under Federal Rule of Civil Procedure 45. This Court has jurisdiction over this dispute pursuant to the Order Centralizing Enforcement of Pretrial Subpoenas, Dkt. 371.

## I. Nature of the Discovery Dispute

This dispute concerns Mr. Migicovsky's document productions in response to Apple's Rule 45 subpoena, served on June 30, 2026. Apple and Mr. Migicovsky are currently negotiating the scope of Mr. Migicovsky's responses, including search terms regarding Mr. Migicovsky's former messaging application, and have not yet reached agreement.

## II. Good-Faith Efforts to Resolve the Dispute

Apple and Mr. Migicovsky have engaged in good-faith meet-and-confer efforts over the past three months in an attempt to reach agreement without Court intervention. Following service of the subpoena in late June 2026, Apple and Mr. Migicovsky have met and conferred by telephonic conference numerous times. Apple and Mr. Migicovsky have also exchanged extensive email correspondence, including proposals for responding to the subpoena, as well as legal arguments regarding the extent of Mr. Migicovsky's obligations under Rule 45.

* * *

In light of the November 4 deadline, Apple and Mr. Migicovsky respectfully request Your Honor's determination that Apple and Mr. Migicovsky have reached an impasse, pursuant to Paragraph 5 of the Court's Special Master Appointment Order. ECF No. 455 ¶ 5. To allow for further discussion and with the belief that the impasse may be resolved, Apple and Mr. Migicovsky jointly request that any such determination of impasse not take effect before November 11, 2026, and that it be deemed withdrawn and of no effect if Apple and Mr. Migicovsky notify the Court on or before that date that the issue has been resolved.

This dispute does not require expedited resolution by the Court. It is Apple's position that, nevertheless, certain critical third-party discovery, including the deposition of Mr. Migicovsky, cannot proceed until it is resolved.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)