WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 4, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***United States of America, et al. v. Apple Inc.*, No.: 2:24-cv-04055 (JXN-LDW)**
***In re Apple Smartphone Antitrust Litigation*, No. 2:24-md-03113 (JXN-LDW)**
**Joint Notice of Impasse**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Norton Rose Fulbright US LLP represents non-party Garmin Ltd. ("Garmin"). We write to provide a joint notice of impasse for a discovery dispute regarding Garmin's response to Apple's subpoena under Federal Rule of Civil Procedure 45, served on June 16, 2025 (the "Subpoena"). This Court has authority to adjudicate this dispute following this Court's Order Centralizing Enforcement of Pretrial Subpoenas, Dkt. 371.

The parties have reached an impasse as to certain RFPs requesting financial data and strategic information in Apple's subpoena. Garmin argues that the information requested is not relevant to the claims and defenses in the case and is disproportionate to the needs of the case in light of the competitive sensitivity of certain data, as well as Garmin's status as a non-party. Apple's view is that the requested information is relevant and the scope has been narrowly tailored to minimize Garmin's burden, and that the robust protective order will protect the data sought from any commercially relevant disclosure. Apple and Garmin continue to discuss these issues in hopes of narrowing or eliminating any disagreement.

Apple and Garmin have engaged in extensive efforts to resolve this dispute without Court intervention. Although Apple and Garmin have reached agreement on nearly the entirety of the Subpoena response, they have not yet reached agreement on the item identified above. Accordingly and in light of the November 4th deadline, Apple and Garmin respectfully request Your Honor's determination that Apple and Garmin have reached an impasse for purposes of these disputes, pursuant to Paragraph 5 of the Court's Special Master Appointment Order. ECF No. 455 ¶ 5. To allow for further discussion and with the belief that the impasse may be resolved, the parties jointly request that any such determination of impasse not take effect before November 11,

2026, and that it be deemed withdrawn and of no effect if the parties notify the Court on or before that date that the issue has been resolved.

Respectfully submitted,

*/s/ Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)