JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*****,**
**No. 2:24-md-03113-JXN-LDW**
**Joint Notice of Impasse Regarding Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty DISH Wireless L.L.C. d/b/a Boost SubscriberCo LLC**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Purchaser Plaintiffs ("IIPs") and nonparty DISH Wireless L.L.C. d/b/a Boost SubscriberCo LLC ("Boost") respectfully submit this Joint Notice of Impasse regarding the subpoena duces tecum IIPs served on Boost on or around January 30, 2026 (the "Subpoena") under Federal Rule of Civil Procedure 45. This joint notice of impasse is being filed in accordance with the November 4, 2026 deadline for submitting disputes concerning third-party discovery. [1]

IIPs and Boost have met and conferred in good faith regarding the Subpoena by videoconference on multiple occasions and have exchanged related correspondence. Boost has agreed to produce certain fields transaction-level structured sales data in response to IIPs' RFP No. 16, subject to the caveats discussed below.

However, IIPs and Boost have been unable to reach agreement by the November 4 deadline, are at impasse on the production of transaction-level structured sales data in response to

[1] As reflected in ECF Nos. 404 and 413, IIPs are continuing negotiations with Apple concerning a uniform hashing proposal that will enable linking between Apple's data and third-party datasets. Depending on the outcome of these negotiations, IIPs and Boost may file a subsequent joint notice of impasse concerning hashing of personally identifying information in Boost's structured data production on or before November 13, 2026.

IIPs' RFP No. 16 (in particular, data regarding storage capabilities of devices sold and new vs. used status of the device), and require the Court's assistance in facilitating an updated production of structured data. Specifically, in June 2026, Boost produced structured data that included certain PII fields that were hashed/anonymized. The IIPs have requested an update to those data and have requested that the updated data extraction contain certain additional fields including IMEI and/or serial-number data, device-storage, and device-status. It is Boost's position that Boost may not legally produce certain IMEI and/or serial-number data absent court order (these fields are PII, which, when coupled with other account information, function as CPNI). Additionally, Boost does not have a complete set of device-storage or device-status data. Boost has agreed that if the parties (IIPs, Apple, and any government entities) obtain an appropriate hashing/anonymization protocol from the court and Boost is not required to pay for the costs of hashing or other compliance with the Court's order, then it will not oppose the IIPs in seeking a court order requiring production of: "all data fields provided in the June 2026 structured data production updated through the date of the extraction and including (to the extent available) IMEI and/or serial-number data, device-storage, and device-status."

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution, IIPs and Boost respectfully request that the Court determine that the parties are at impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

/s/ Christine P. Payne
Christine P. Payne
Gunster, Yoakley & Stewart, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401
561-655-1980
CPayne@gunster.com
*Counsel for Nonparty DISH Wireless L.L.C. d/b/a Boost SubscriberCo LLC*

cc: All counsel of record (via ECF)
Special Masters [Linares], [Bariso], and [Hammer] (via email)