AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

In re: Apple Inc. Smartphone Antitrust Litigation )
*Plaintiff* )
v. ) Case No. 2:24-md-03113
)
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ouraring Inc. .

Date: 11/04/2026

/s/ Bryan Nese
*Attorney's signature*

Bryan Nese, Bar No. 031642009
*Printed name and bar number*

1999 K Street, NW
Washington, D.C. 20006

*Address*

bnese@mayerbrown.com
*E-mail address*

(202) 263-3266
*Telephone number*

(202) 830-0317
*FAX number*