Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006-1101
United States of America

T: +1 202 263 3000
F: +1 202 263 3300

mayerbrown.com

**Bryan Nese**
Partner
T: +1 202 263 3266
F: +1 202 830 0317
BNese@mayerbrown.com

November 4, 2026

**VIA ECF**

The Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re: In re: Apple Inc. Smarthphone Antitrust Litigation, Civil Action No. 2:24-md-03113 (JXN-LDW)

Dear Judge Wettre:

This firm represents non-party Ouraring Inc. in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Ouraring Inc. submits this informal application for the *pro hac vice* admission of Matthew D. Provance of the law firm Mayer Brown LLP in this matter.

In support of this application, enclosed please find the following:

- Certification of Matthew D. Provance;
- Certification of Bryan Nese in support of the application for the *pro hac vice* admission; and
- Proposed Consent Order Granting the *pro hac vice* admission.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered.

Thank you for your consideration.

Respectfully submitted,

/s/ Bryan Nese

Bryan Nese
Partner

Enclosures

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England & Wales), Mayer Brown Hong Kong LLP (a Hong Kong limited liability partnership) and Tauil & Chequer Advogados (a Brazilian law partnership).