**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>ALL ACTIONS | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

I, Matthew D. Provance, hereby certify:

1. I am a partner with the law firm of Mayer Brown LLP, attorneys for non-party Ouraring Inc. ("Ouraring" or "Oura") in this matter. I respectfully submit this Certification in support of my application for admission *pro hac vice* pursuant to Local Civil Rule 101.1(c).

2. I certify that I am a member in good standing of the Bar of the State of Illinois where I was admitted to practice on November 5, 2009. The State Bar of Illinois, 424 S. Second Street, Springfield, IL is responsible for maintaining the Bar roll.

3. I certify that I am a member in good standing of the Bar of the United States District Court for the Northern District of Illinois where I was admitted to practice on November 29, 2010. The United States District Court for the Northern District of Illinois Clerk's Office, 219 South Dearborn Street Chicago, IL 60604 is responsible for maintaining the Bar roll.

4. I certify that I am a member in good standing of the Bar of the United States Court of Appeals for the Tenth Circuit where I was admitted to practice on February 4, 2011. The United

States Court of Appeals for the Tenth Circuit Clerk's Office, 1823 Stout Street, Denver, Colorado 8025 is responsible for maintaining the Bar roll.

5. I certify that I am a member in good standing of the Bar of the United States Court of Appeals for the Federal Circuit where I was admitted to practice on March 28, 2013. The United States Court of Appeals for the Federal Circuit Clerk's Office, 717 Madison Place, NW, Washington, D.C. 20439 is responsible for maintaining the Bar roll.

6. I certify that I am a member in good standing of the Bar of the United States District Court for the Central District of Illinois where I was admitted to practice on August 4, 2021. The United States District Court for the Central District of Illinois Clerk's Office, 100 N.E. Monroe Street, Peoria, IL 61602 is responsible for maintaining the Bar roll.

7. I certify that I am a member in good standing of the Bar of the United States District Court for the Western District of Michigan where I was admitted to practice on January 7, 2022. The United States District Court for the Western District of Michigan Clerk's Office, 101 Federal Building, 110 Michigan Avenue, NW Grand Rapids, MI 49503 is responsible for maintaining the Bar roll.

8. I certify that I am a member in good standing of the Bar of the United States District Court for the Southern District of Illinois where I was admitted to practice on September 5, 2023. The United States District Court for the Southern District of Illinois Clerk's Office, 750 Missouri Avenue, East Saint Louis, IL 62201 is responsible for maintaining the Bar roll.

9. I certify that I am a member in good standing of the Bar of the United States Court of Appeals for the Fourth Circuit where I was admitted to practice on July 6, 2024. The United States Court of Appeals for the Fourth Circuit Clerk's Office, 1000 E. Main Street Richmond, Virginia 23219 is responsible for maintaining the Bar roll.

10. I certify that I am a member in good standing of the Bar of the United States Court of Appeals for the Seventh Circuit where I was admitted to practice on September 26, 2025. The United States Court of Appeals for the Seventh Circuit Clerk's Office, 219 South Dearborn Street, Room 2722 Chicago, IL 60604 is responsible for maintaining the Bar roll.

11. I certify that I am a member in good standing of the Bar of the United States Court of Appeals for the Ninth Circuit where I was admitted to practice on August 4, 2026. The United States Court of Appeals for the Ninth Circuit Clerk's Office, 95 Seventh Street San Francisco, CA 94103 is responsible for maintaining the Bar roll.

12. I am ineligible for plenary admission to the bar of this Court pursuant to Local Civil Rule 101.1(b).

13. The issues raised in this litigation involve areas with which I have experience in the law.

14. Pursuant to the rules of this Court, all pleadings submitted on behalf of Ouraring in this litigation will be signed by Mayer Brown LLP, attorneys of record for Ouraring.

15. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and all other proceedings. I further agree to submit to the jurisdiction of this Court for the purposes of sanctions, discipline, or other such action as the Court may deem proper.

16. Pursuant to Local Civil Rule 101.1(c)(2), I agree to pay the annual fee required by the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2.

17. Pursuant to Local Civil Rule 101.1(c)(3), I agree to make the required payment of $250.00 to the Clerk of the United States District Court for the District of New Jersey.

18. In light of the foregoing, I respectfully request that I be admitted pro hac vice for the purpose of representing Defendant in this matter in association with New Jersey counsel. I agree to be bound by the rules governing practice in New Jersey Courts as required by Local Civil Rule 101.1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 4, 2026

Matthew D. Provance