**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>ALL ACTIONS | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

I, BRYAN NESE, hereby certify as follows:

1. I am a partner of the law firm of Mayer Brown LLP located at 1999 K Street, NW, Washington, DC 20006. My firm has been retained by non-party Ouraring Inc. to act as counsel in this matter, and I have entered my appearance on behalf of Ouraring Inc. in this action.

2. I submit this Certification in support of the admission *pro hac vice* of Matthew D. Provance, in accordance with Local Civil Rule 101.1(c).

3. Matthew D. Provance, who is an attorney at the law firm of Mayer Brown LLP, is counsel for Ouraring Inc. and is familiar with the facts and legal issues involved in this case. He has been requested to represent Ouraring Inc. in all aspects of this case.

4. As set forth in his Certification, Matthew D. Provance complies in all respects with the requirements for admission *pro hac vice* set forth in Local Rule 101.1(c).

5. I am admitted to and a member in good standing of the Bar of the State of New Jersey and the Bar of this Court. I have not been and am not subject to any disciplinary proceedings in any jurisdiction.

6. My firm and I will comply in all respects with the requirements set forth in the Local Civil Rules of the United States District Court for the District of New Jersey, including Rule 101.1(c).

I hereby declare under the penalty of perjury that the foregoing is true and correct.

DATED: November 4, 2026

/s/ Bryan Nese
Bryan Nese