**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to*:<br><br>ALL ACTIONS | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**THIS MATTER** having been opened to the Court by Mayer Brown LLP (Bryan Nese, appearing), counsel for non-party Ouraring Inc. ("Ouraring" or "Oura"), upon application for the entry of an Order admitting *pro hac vice* Matthew D. Provance, also of the law firm Mayer Brown LLP; and Plaintiffs, through counsel, having consented to said application; and the Court having considered all papers filed in support of said application; and for good cause having been shown;

**IT IS** on this _____ day of _______________, 2026,

**ORDERED** that Ouraring's application for the *pro hac vice* admission of Matthew D. Provance, is hereby **GRANTED**; and it is further

**ORDERED** that Matthew D. Provance, is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Ouraring in this matter; and it is further

**ORDERED** that Matthew D. Provance shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Matthew D. Provance shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the

sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Matthew D. Provance shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Matthew D. Provance shall have all pleadings, briefs and other papers filed with the Court in this matter signed by Bryan Nese or his partners or associates as the attorneys of record in this matter pursuant to Local CivilRule 101.1(c)(3).

______________________________________

HON. LEDA DUNN WETTRE, U.S.M.J.