JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 4, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*,**
**No. 2:24-md-03113-JXN-LDW**
**Joint Notice of Impasse Regarding Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty Costco Wholesale Corporation**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Purchaser Plaintiffs ("IIPs") respectfully submit this Notice of Impasse regarding the subpoena duces tecum IIPs served on nonparty Costco Wholesale Corporation ("Costco")[1] on or around January 30, 2026 (the "Subpoena") under Federal Rule of Civil Procedure 45. This notice of impasse is being filed in accordance with the November 4, 2026 deadline for submitting disputes concerning third-party discovery. [2]

[1] IIPs have corresponded with Costco regarding this notice of impasse and have not reached agreement regarding its contents. IIPs understand Costco's position to be that the parties are not at impasse. IIPs have sought a position statement from Costco to add to this notice but it has not provided one. To comply with the Court's November 4, 2026 deadline and to preserve IIPs' rights, IIPs unilaterally submit this notice of impasse.

[2] As reflected in ECF Nos. 404 and 413, IIPs are continuing negotiations with Apple concerning a uniform hashing proposal that will enable linking between Apple's data and third-party datasets. Depending on the outcome of these negotiations, IIPs and Costco may file a subsequent joint notice of impasse concerning hashing of personally identifying information in Costco's structured data production on or before November 13, 2026.

IIPs and Costco have met and conferred in good faith regarding the Subpoena by videoconference on multiple occasions and have exchanged related correspondence. Costco has agreed to produce transaction-level structured sales data in response to IIPs' RFP No. 14.

However, IIPs and Costco have been unable to reach agreement by the November 4 deadline, and therefore are at impasse on the production of documents and communications regarding Costco's analyses of Smartphone pricing, promotions, or device financing, including comparisons to non-Apple Smartphones responsive to IIPs' RFP No. 9.

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution, IIPs respectfully request that the Court determine that the parties are at impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

cc: All counsel of record (via ECF)
Special Masters [Linares], [Bariso], and [Hammer] (via email)