WALSH
PIZZI
O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 4, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No.: 2:24-md-3113 (JXN-LDW)**

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP and Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple"). On behalf of all parties, we respectfully submit the enclosed (1) Proposed Stipulated Order Regarding Apple's Production of Device Purchase-Related Data and (2) Proposed Stipulated Supplemental Protective Order Governing Device Transaction and Registration Data (collectively, the "Proposed Orders").

Should the Proposed Orders meet with Your Honor's approval, we respectfully request that they be executed and entered on the docket. We thank the Court for its attention to this matter and are available should the Court have any questions.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF)