McElroy Deutsch

THOMAS R. CURTIN
Direct Dial: (973) 401-7117
tcurtin@mdmclaw.com

1300 Mount Kemble Avenue
P.O. Box 2075
Morristown, NJ 07962-2075
T: 973.993.8100 | F: 973.425.0161
MDMC-LAW.COM

November 3, 2026

**SO ORDERED.**

***s/ Leda Dunn Wettre, U.S.M.J.***

**Dated:** 11/5/2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litigation*, 2:24-md-03113-JXN-LDW
Joint Notice of Impasse Re: Decoupling Depositions of Two Apple Witnesses (Dkt. 415)

Dear Judge Wettre:

We represent Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs"). We write regarding the Court's order (Dkt. 420) as to the joint notice of impasse regarding decoupling of depositions of two Apple witnesses (Dkt. 415). The relief that MDL Plaintiffs seek as to that impasse issue is the decoupling (*i.e.*, rescheduling the "MDL day") of two Apple witness depositions, the first of which is scheduled for November 18.[1]

In the joint notice of impasse filed on October 26, Watch Plaintiffs noted, pursuant to ¶ 4 of the Special Master Appointment Order (Dkt. 208), that this issue is urgent insofar as the first deposition in question is scheduled for November 18. Watch Plaintiffs explained that they would be prepared to file their brief the same day, and asked that the Court set a schedule for Apple's response that would allow the dispute to be resolved before November 18. Apple requested that the Court grant Apple at least 5 business days to respond to Watch Plaintiffs' letter brief.

Under the default briefing schedule per the Special Master Appointment Order (Dkt. 208 ¶ 5), Apple's brief is due 10 business days from today, which is November 18—the day of the deposition that MDL Plaintiffs seek to decouple.

Watch Plaintiffs respectfully request that the Court accept their proposed letter brief, which is attached to this letter, and order Apple to file its responsive letter brief no later than November 10, 2026, which is 5 business days following today. This schedule will allow the issue to be resolved in advance of the November 18 deposition (and avoid it being mooted in part through the schedule). Phone Plaintiffs join in this request.

We thank the Court for its attention to this issue.

[1] Phone Plaintiffs joined Watch Plaintiffs' request to decouple the deposition scheduled for November 18 and took no position as to the December 11 deposition.

Respectfully submitted,

/s/ *Thomas R. Curtin*
Thomas R. Curtin
MCELROY, DEUTSCH,
MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com

cc: All counsel (by ECF)