**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Civil Action No.<br>24-md-3113 (JXN) (LDW)<br><br>MDL 3113<br><br>**AMENDED SCHEDULING ORDER** |

**THIS MATTER** having come before the Court by way of a September 16, 2026 case management conference before the undersigned; and the Court having considered the parties' proposed Amended Scheduling Order (ECF 416-1) but having determined that many of the disputed provisions are not appropriately addressed in a Scheduling Order; and for good cause shown;

**IT IS, on this 6th day of November 2026, ORDERED** that the Joint Scheduling and Case Management Order entered December 5, 2025 (ECF 142) is hereby amended as follows:

1. Apple and MDL Plaintiffs shall substantially complete document productions in the MDL by **December 7, 2026**. For the avoidance of confusion, this refers to all document productions pursuant to targeted, custodial, or any other type of collection.
2. Apple shall substantially complete its structured data productions by **December 11, 2026**.
3. Depositions of third parties shall be completed by **April 30, 2027**.
4. Contention interrogatories shall not be served before **April 28, 2027**, and no later than **May 12, 2027**, unless otherwise permitted by the Court. Responses to contention interrogatories shall be served on or before **June 11, 2027**. If a response to a contention interrogatory or portion thereof calls for expert opinion to be addressed in expert discovery, the response to that contention interrogatory or portion thereof shall be served on or before **February 7, 2028**.

**5.** Fact discovery is extended through **May 28, 2027**. No fact discovery shall be issued or engaged in beyond that date, except upon application and for good cause shown.

**6.** Opening expert reports in support of class certification shall be served on or before **August 2, 2027**.

**7.** Rebuttal expert reports regarding class certification shall be served on or before **November 1, 2027**.

**8.** Reply expert reports in support of class certification shall be served on or before **January 24, 2028**.

**9.** Expert discovery concerning class certification, including the depositions of any expert witnesses, shall be completed on or before **March 3, 2028**.

**10.** Plaintiffs' motion for class certification shall be served but not filed on or before **March 23, 2028**.

**11.** Apple's opposition to plaintiffs' motion for class certification and *Daubert* motion(s) against plaintiffs' class certification experts shall be served but not filed on or before **June 5, 2028**.

**12.** Plaintiffs' reply in further support of the motion for class certification, *Daubert* motions(s) against Apple's class certification experts, and opposition to Apple's *Daubert* motion(s) shall be served but not filed on or before **August 17, 2028**.

**13.** Apple's reply in further support of its *Daubert* motion(s) against plaintiffs' class certification experts shall be served but not filed on or before **September 12, 2028**.

**14.** Apple's opposition to plaintiffs' *Daubert* motion(s) shall be served but not filed on or before **September 12, 2028**.

**15.** Plaintiffs' reply in further support of their *Daubert* motion(s) against Apple's class certification experts shall be served on or before **October 6, 2028**.

**16.** All class certification and class certification-related *Daubert* motion papers shall be filed when the motions are fully briefed on **October 6, 2028**.

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge