WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 10, 2026

**<u>VIA ECF</u>**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW); *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113 (JXN-LDW): Joint Notice of Resolution**

Dear Judge Wettre:

This firm, together with Kirkland & Ellis LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matters. Both Zaiger Linden and Awad Law represent non-party Eric Migicovsky. Apple and Mr. Migicovsky have resolved the discovery dispute referenced in their Joint Notice of Impasse (the "Notice") regarding Mr. Migicovsky's agreement to produce documents in response to Apple's document subpoena under Federal Rule of Civil Procedure 45. *See United States of America, et al. v. Apple Inc.*, ECF No. 585; *In re Apple Inc. Smartphone Antitrust Litigation*, ECF No. 436. Accordingly, Apple and Mr. Migicovsky respectfully withdraw the Notice from both dockets.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

cc: All Counsel of Record (via ECF)