# Exhibit A

**REQUEST NO. 7**

All Documents related to any consideration by Apple of developing, releasing, enabling, allowing, blocking, improving, or degrading a version of any Identified Product or Service that is interoperable with or usable with non-Apple Smartphones. For avoidance of doubt, this includes Project Fennel, Project Antwerp, Project Leatherback, Beeper Mini, and J129.

**REQUEST NO. 8.1**

All Documents relating to the interoperability of Third-Party Smartwatches with iOS or the iPhone, and to the operations and approval or disapproval of Third-Party Smartwatch Apps, including, but not limited to:

a. the Apple Notification Center Service;

b. Background Execution by Third-Party Smartwatches and Third-Party Smartwatch Apps;

c. Third-Party Smartwatches' and Third-Party Smartwatch Apps' access to and use of APIs relating to messaging, notifications, phone calls, and Digital Wallets;

d. Third-Party Smartwatches' use of Bluetooth and Bluetooth pairing;

e. the effect of low-power mode on Third-Party Smartwatches and Third-Party Smartwatch Apps; and

f. the effect of Phone Number Sharing Restrictions on Third-Party Smartwatches and Third-Party Smartwatch Apps.

**REQUEST NO. 8.4**

All Documents relating to Your Phone Number Sharing Restrictions.

**REQUEST NO. 10**

All Documents after January 1, 2010 related to competition affecting Smartphones or Identified Products or Services offered by Apple or any firm, including:

a. Relative quality or features, including technology, performance, privacy, security, user experience, brand strength, customizability, ability to integrate with or interoperate with other hardware or software, network effects, and cost;

b. Entry, expansion, exit, scale, and repositioning;

c. Market segmentation by geography, type of consumer, Smartphone type, Smartphone features, sales channel, or Smartphone price or price band;

d. Competitive positioning;

e. Sales volumes, revenue, profitability, or market share; and

f. Nascent threats, disintermediation, and commoditization.

**REQUEST NO. 10.1**

All Documents after January 1, 2010 related to competition affecting Smartwatches offered by Apple or any firm, including:

a. Relative quality or features, including technology, performance, privacy, security, user experience, brand strength, customizability, ability to integrate with or interoperate with other hardware or software, network effects, and cost;

b. Entry, expansion, exit, scale, and repositioning;

c. Market segmentation by geography, type of consumer, Smartwatch type, Smartwatch features, sales channel, or Smartwatch price or price band;

d. Competitive positioning;

e. Sales volumes, revenue, profitability, or market share; and

f. Nascent threats, disintermediation, and commoditization.

**REQUEST NO. 17**

All Documents related to how the features, functionality, availability, and interoperability of Smartphones or any Identified Product or Service may affect users' Smartphone purchasing decisions, including Documents related to user satisfaction, Smartphone switching, consumer perceptions and attitudes, preferences, usage, purchase intentions, and all other relevant metrics, key performance indicators, and measures.

**REQUEST NO. 17.1**

All Documents related to how the features, functionality, availability, and interoperability of Smartphones or any Identified Product or Service may affect users' Smartwatch purchasing decisions, including Documents related to user satisfaction, Smartphone or Smartwatch

switching, consumer perceptions and attitudes, preferences, usage, purchase intentions, and all other relevant metrics, key performance indicators, and measures.

**REQUEST NO. 51.4**

All Documents relating to iOS updates that affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps with the iPhone, including, but not limited to:

a. Documents relating to Apple's knowledge that such software updates might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps;

b. Documents relating to Apple's decisions to release or not release software updates that might, would, or did affect the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps, and its decisions regarding the timing or such releases of software updates; and

c. internal and external Communications (including with Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps) regarding software updates' potential, expected, or actual effects on the functioning or interoperability of Third-Party Smartwatches or Third-Party Smartwatch Apps, including, but not limited to, email, tickets submitted by Third-Party Smartwatch Makers and Developers of Third-Party Smartwatch Apps, and all other Communications.

**REQUEST NO. 55.1**

All Documents relating to Your decision whether or not to share, disclose, or permit access to any API, Entitlement, or comparable means of connection and interoperation between a Smartwatch with an iPhone with any Third-Party Smartwatch or Third-Party Smartwatch App.

**REQUEST NO. 70**

All Documents relating to criticisms or complaints from consumers, Third-Party Smartwatch Makers, Developers of Third-Party Smartwatch Apps, reporters, or media outlets relating to the interoperability of the Apple Watch with the iPhone and the interoperability of Third-Party Smartwatches with the iPhone.