**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Case No. 24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**DECLARATION OF FREDERICK GASTON HALL IN SUPPORT OF PLAINTIFFS' LETTER BRIEF IN SUPPORT OF THEIR MOTION FOR A PROTECTIVE ORDER REGARDING APPLE'S ROG 2**

I, Frederick Gaston Hall, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C. I am fully familiar with the facts set forth in this declaration.

2. I submit this declaration in support of Direct iPhone Purchaser Plaintiffs', Indirect iPhone Purchaser Plaintiffs', and Direct Apple Watch Purchaser Plaintiffs' (collectively, "Plaintiffs") Letter Brief In Support Of Their Motion For A Protective Order Regarding Apple's Rog 2.

3. Attached to this declaration as Exhibit A is a true and accurate copy of Defendant's Second Set of Collective Interrogatories, dated July 21, 2026.

4. Attached to this declaration as Exhibit B is a true and accurate copy of a letter dated August 28, 2026 from Connor S. Sullivan on behalf of Apple Inc. ("Apple") to Caroline F. Bartlett, Jeffrey L. Spector, and Ariel M. Migdal on behalf of Plaintiffs.

5. Attached to this declaration as Exhibit C is a true and accurate copy of a letter dated September 29, 2026 from Connor S. Sullivan on behalf of Apple to Caroline F. Bartlett, Jeffrey L. Spector, and Ariel M. Migdal on behalf of Plaintiffs.

6. Attached to this declaration as Exhibit D is a true and accurate copy of a letter dated September 2, 2026 from Ariela M. Migdal, Caroline F. Bartlett, Theodore DiSalvo, and Jeffrey L. Spector on behalf of Plaintiffs to Connor S. Sullivan and Joseph R. Rose on behalf of Apple.

7. Attached to this declaration as Exhibit E is a true and accurate copy of a letter dated May 5, 2026 from Connor S. Sullivan on behalf of Apple to Daniel Epstein and Ariela Migdal on behalf of Direct Apple Watch Purchaser Plaintiffs.

8. Attached to this declaration as Exhibit F is a true and accurate copy of an email chain ending in an email dated October 6, 2026 from Frederick Gaston Hall on behalf of Plaintiffs to Apratim Vidyarthi and Nick Barba on behalf of Apple, and its attachment.

9. Attached to this declaration as Exhibit G is a true and accurate copy of Plaintiffs' [Proposed] Protective Order Concerning Apple's Contention Interrogatory No. 2.

10. Attached to this declaration as Exhibit H is a true and accurate copy of Defendant's First Set of Requests for Production of Documents Directed To Apple Watch Purchaser Plaintiff [sic], dated January 5, 2026.

11. Attached to this declaration as Exhibit I is a true and accurate copy of the Direct Apple Watch Purchaser Plaintiffs' Second Set of Requests for Production of Documents and Things to Defendant Apple Inc., dated February 24, 2026.

12. Attached to this declaration as Exhibit J is a true and accurate copy of a letter dated June 22, 2026 from Caroline F. Bartlett and Jeffrey L. Spector on behalf of the Direct and Indirect iPhone Purchaser Plaintiffs to Connor S. Sullivan on behalf of Apple.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| Executed: | November 10, 2026<br>Washington, DC | /s/ *Frederick G. Hall*<br>Frederick Gaston Hall |