# Exhibit F

**From:** Hall, Frederick G.
**To:** Vidyarthi, Apratim; Apple-SmartphoneMDL-External@groups.gibsondunn.com; Barba, Nick; Migdal, Ariela M.; Sullivan, Connor S.; Rose, Joseph R.; Lo, Jason; Lwalsh@walsh.law; Bryant, Tracie L.
**Cc:** Nick Alicata; KELLOGG-APPLEWATCH-MDL-EXTERNAL; Curtin, Thomas; KTAW-Leads; ML Apple Watch; Suneel Jain; Caroline F. Bartlett; Jeffrey L. Spector; Theodore DiSalvo; Candice Enders; Apple Indirect Lead; Taylor Hollinger; Joe Bourne; Melinda R. Coolidge; JScullion@seegerweiss.com; Apple dp Leads; Frazar Thomas; Shayla Harris; jcecchi@carellabyrne.com
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple"s Second Set of Collective ROGs
**Date:** Tuesday, October 6, 2026 1:32:05 PM
**Attachments:** image001.png
image002.png
image003.png
Proposed Stipulation re Apple Rog 2 (2026.10.06 MDL Pl. proposal).docx

---

Apratim and Nick,

MDL Plaintiffs are prepared to provide the Apple IDs they have created for their personal use to Apple. That willingness is conditioned on a few things. First, we are relying on your representations to us that it is not technically possible for Apple to use an Apple ID in certain ways we raised with you. Second, we do not want our agreement to provide Apple IDs to undermine or render moot agreements MDL Plaintiffs reached with Apple on the scope of Apple's RFPs. Third, we think fairness dictates (and our RFPs request) that Apple produce to MDL Plaintiffs anything Apple generates from the use of Plaintiffs' Apple IDs. We think the best way to do that is through a stipulation, and we have drafted something for your consideration.
Yours,
Frederick

**Frederick Gaston Hall | Of Counsel**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7950 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Vidyarthi, Apratim <AVidyarthi@gibsondunn.com>
**Sent:** Monday, October 5, 2026 5:22 PM
**To:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Barba, Nick <NBarba@gibsondunn.com>; Migdal, Ariela M. <amigdal@kellogghansen.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Lwalsh@walsh.law; Bryant, Tracie L. <tracie.bryant@kirkland.com>
**Cc:** Nick Alicata <nalicata@scc.law>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <KELLOGG-APPLEWATCH-MDL-EXTERNAL@lists.kellogghansen.com>; Curtin, Thomas <tcurtin@mdmc-

law.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; Suneel Jain <sjain@schneiderwallace.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>; Theodore DiSalvo <tdisalvo@hausfeld.com>; Candice Enders <cenders@bergermontague.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Taylor Hollinger <thollinger@bergermontague.com>; Joe Bourne <jcbourne@locklaw.com>; Melinda R. Coolidge <mcoolidge@hausfeld.com>; JScullion@seegerweiss.com; Apple dp Leads <appledpleads@external.hausfeld.com>; Frazar Thomas <fthomas@seegerweiss.com>; Shayla Harris <sharris@hausfeld.com>; jcecchi@carellabyrne.com
**Subject:** [EXTERNAL] RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Frederick,

Thanks for your email regarding the impasse. Please provide us an update on the proposal mentioned in your last email by this Wednesday, October 7, 2026.

Best,

**Apratim Vidyarthi** (he/him)
Associate Attorney

T: +1 332.253.7620 | M: +1 347.503.5103
AVidyarthi@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** 'Hall, Frederick G.' via Apple-SmartphoneMDL (External) <Apple-SmartphoneMDL-External@groups.gibsondunn.com>
**Sent:** Wednesday, September 30, 2026 3:29 PM
**To:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Barba, Nick <NBarba@gibsondunn.com>; Migdal, Ariela M. <amigdal@kellogghansen.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Lwalsh@walsh.law; Bryant, Tracie L. <tracie.bryant@kirkland.com>
**Cc:** Nick Alicata <nalicata@scc.law>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <KELLOGG-APPLEWATCH-MDL-EXTERNAL@lists.kellogghansen.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; Suneel Jain <sjain@schneiderwallace.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>; Theodore DiSalvo <tdisalvo@hausfeld.com>; Candice Enders <cenders@bergermontague.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Taylor Hollinger <thollinger@bergermontague.com>; Joe Bourne <jcbourne@locklaw.com>; Melinda R. Coolidge <mcoolidge@hausfeld.com>; JScullion@seegerweiss.com; Apple dp Leads <appledpleads@external.hausfeld.com>; Frazar Thomas <fthomas@seegerweiss.com>; Shayla Harris <sharris@hausfeld.com>; jcecchi@carellabyrne.com
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Nick,

Thanks for sending Connor's letter.

We agree we are at impasse on Apple's Second Collective Interrogatory as to Apple IDs belonging to non-parties and those used by MDL Plaintiffs for business purposes only. However, we think there is a possibility of agreement on Rog 2 as to the named MDL Plaintiffs' personal Apple IDs, and we would like to make a proposal to you. Accordingly, we believe it is premature to send our edits to the draft impasse letter. If Apple rejects our next proposal, we will provide you with edits to the draft impasse letter.

Yours,
Frederick

**Frederick Gaston Hall | Of Counsel**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7950 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Barba, Nick <NBarba@gibsondunn.com>
**Sent:** Tuesday, September 29, 2026 5:35 PM
**To:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Migdal, Ariela M. <amigdal@kellogghansen.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Lwalsh@walsh.law; Bryant, Tracie L. <tracie.bryant@kirkland.com>
**Cc:** Nick Alicata <nalicata@scc.law>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <KELLOGG-APPLEWATCH-MDL-EXTERNAL@lists.kellogghansen.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; Suneel Jain <sjain@schneiderwallace.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>; Theodore DiSalvo <tdisalvo@hausfeld.com>; Candice Enders <cenders@bergermontague.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Taylor Hollinger <thollinger@bergermontague.com>; Joe Bourne <jcbourne@locklaw.com>; Melinda R. Coolidge <mcoolidge@hausfeld.com>; JScullion@seegerweiss.com; Apple dp Leads <appledpleads@external.hausfeld.com>; Frazar Thomas <fthomas@seegerweiss.com>; Shayla Harris <sharris@hausfeld.com>; jcecchi@carellabyrne.com

**Subject:** [EXTERNAL] RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Counsel,

Please see attached a letter from Apple responding to Plaintiffs' September 2 letter regarding Apple's Second Collective Interrogatory as well as a notice of impasse.

Please confirm that Plaintiffs will provide the information requested in ROG 2 by October 2, or alternatively send proposed edits to the notice of impasse by October 2. To the extent helpful, Apple is available to meet and confer tomorrow on this issue between 8 and 8:45 am PT or after 1 pm PT. If Plaintiffs wish to proceed with meeting and conferring, please send a calendar invite.

Thank you,

**Nick Barba** (He/Him/His)
Associate Attorney

T: +1 949.451.4049 | M: +1 949.744.9506
NBarba@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

**From:** 'Hall, Frederick G.' via Apple-SmartphoneMDL (External) <Apple-SmartphoneMDL-External@groups.gibsondunn.com>
**Sent:** Monday, September 28, 2026 1:13 PM
**To:** Migdal, Ariela M. <amigdal@kellogghansen.com>; Barba, Nick <NBarba@gibsondunn.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Lwalsh@walsh.law; Bryant, Tracie L. <tracie.bryant@kirkland.com>
**Cc:** Nick Alicata <nalicata@scc.law>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <KELLOGG-APPLEWATCH-MDL-EXTERNAL@lists.kellogghansen.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; Suneel Jain <sjain@schneiderwallace.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>; Theodore DiSalvo <tdisalvo@hausfeld.com>; Candice Enders <cenders@bergermontague.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Taylor Hollinger <thollinger@bergermontague.com>; Joe Bourne <jcbourne@locklaw.com>; Melinda R. Coolidge <mcoolidge@hausfeld.com>; JScullion@seegerweiss.com; Apple dp Leads <appledpleads@external.hausfeld.com>; Frazar Thomas <fthomas@seegerweiss.com>; Shayla Harris <sharris@hausfeld.com>; jcecchi@carellabyrne.com
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Counsel,

We are writing to follow up on Ariela's September 2 letter regarding your Interrogatory 2, to which we have not received a response. Please let us know your availability to meet and confer regarding this issue on Wednesday before 3:00pm Eastern.

Yours,
Frederick

**Frederick Gaston Hall | Of Counsel**
**KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.**
Sumner Square | 1615 M Street, NW | Suite 400 | Washington, DC 20036
Tel: (202) 326-7950 | Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Migdal, Ariela M. <amigdal@kellogghansen.com>
**Sent:** Wednesday, September 2, 2026 9:10 PM
**To:** Barba, Nick <NBarba@gibsondunn.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Rose, Joseph R. <JRose@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; lwalsh@walsh.law; Bryant, Tracie L. <tracie.bryant@kirkland.com>
**Cc:** Nick Alicata <nalicata@scc.law>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <KELLOGG-APPLEWATCH-MDL-EXTERNAL@lists.kellogghansen.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; Suneel Jain <sjain@schneiderwallace.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>; Theodore DiSalvo <tdisalvo@hausfeld.com>; Candice Enders <cenders@bergermontague.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Taylor Hollinger <thollinger@bergermontague.com>; Joe Bourne <jcbourne@locklaw.com>; Melinda R. Coolidge <mcoolidge@hausfeld.com>; Jennifer Scullion <jscullion@seegerweiss.com>; Apple dp Leads <appledpleads@external.hausfeld.com>; Frazar Thomas <fthomas@seegerweiss.com>; Shayla Harris <sharris@hausfeld.com>; James E. Cecchi <jcecchi@carellabyrne.com>
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Nick and counsel,

Please see the attached correspondence.

Best,

Ariela

Ariela Migdal | Of Counsel
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Phone: (202) 326-7917
Fax: (202) 326-7999

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you

---

**From:** Theodore DiSalvo <tdisalvo@hausfeld.com>
**Sent:** Monday, August 31, 2026 4:46 PM
**To:** Barba, Nick <NBarba@gibsondunn.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; Nick Alicata <nalicata@scc.law>; Rose, Joseph R. <JRose@gibsondunn.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <KELLOGG-APPLEWATCH-MDL-EXTERNAL@lists.kellogghansen.com>; Fennelly, Kathleen <KFennelly@mdmc-law.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <fthomas@seegerweiss.com>; Jennifer Scullion <jscullion@seegerweiss.com>; Melinda R. Coolidge <mcoolidge@hausfeld.com>; Joe Bourne <jcbourne@locklaw.com>; Candice Enders <cenders@bergermontague.com>; Shayla Harris <sharris@hausfeld.com>; Taylor Hollinger <thollinger@bergermontague.com>; James E. Cecchi <jcecchi@carellabyrne.com>; Apple dp Leads <appledpleads@external.hausfeld.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Epstein, Daniel <depstein@koreintillery.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>
**Cc:** Bryant, Tracie L. <tracie.bryant@kirkland.com>; lwalsh@walsh.law; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Subject:** [EXTERNAL] RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Counsel,

MDL Plaintiffs are in receipt of your letter and draft notice of impasse regarding Apple's Interrogatory #2. First, it is not appropriate or reasonable to send the draft notice at 11:49pm EST on Friday August 28, and demand a response by Monday, August 31. MDL Plaintiffs do not agree that the parties are at impasse on the issue and intend to send Apple additional correspondence as quickly as possible so the parties can continue to meet and confer and

narrow or resolve any disagreements.

Best,

Ted

**THEODORE DISALVO**
Counsel
tdisalvo@hausfeld.com
+1 202-849-4778 direct

1200 17th Street, N.W.
Suite 600
Washington, DC 20036
+1 202 540 7200
**hausfeld.com**

This electronic mail transmission from Hausfeld LLP may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.

---

**From:** Barba, Nick <NBarba@gibsondunn.com>
**Sent:** Friday, August 28, 2026 11:49 PM
**To:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Nick Alicata <nalicata@scc.law>; Rose, Joseph R. <JRose@gibsondunn.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; Fennelly, Kathleen <KFennelly@mdmc-law.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@SeegerWeiss.com>; Jennifer Scullion <JScullion@seegerweiss.com>; Melinda R. Coolidge <mcoolidge@hausfeld.com>; Joe Bourne <jcbourne@locklaw.com>; Candice Enders <cenders@bergermontague.com>; Shayla Harris <sharris@hausfeld.com>; Theodore DiSalvo <tdisalvo@hausfeld.com>; Taylor Hollinger <thollinger@bergermontague.com>; James E. Cecchi <jcecchi@carellabyrne.com>; Apple dp Leads <appledpleads@external.hausfeld.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Epstein, Daniel <depstein@koreintillery.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>
**Cc:** Bryant, Tracie L. <tracie.bryant@kirkland.com>; lwalsh@walsh.law; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Counsel,

Please see attached correspondence and notice of impasse to all MDL Plaintiffs regarding Apple's Second Collective Interrogatory.

Thank you,

**Nick Barba** (He/Him/His)
Associate Attorney

T: +1 949.451.4049 | M: +1 949.744.9506
NBarba@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

**From:** 'Barba, Nick' via Apple-SmartphoneMDL (External) <Apple-SmartphoneMDL-External@groups.gibsondunn.com>
**Sent:** Friday, August 21, 2026 9:27 AM
**To:** Nick Alicata <nalicata@scc.law>; Rose, Joseph R. <JRose@gibsondunn.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; Fennelly, Kathleen <KFennelly@mdmc-law.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@SeegerWeiss.com>; JScullion@seegerweiss.com; mcoolidge <mcoolidge@hausfeld.com>; jcbourne <jcbourne@locklaw.com>; Candice Enders <cenders@bergermontague.com>; sharris <sharris@hausfeld.com>; tdisalvo <tdisalvo@hausfeld.com>; Taylor Hollinger <thollinger@bergermontague.com>; jcecchi@carellabyrne.com; dp Leads Apple <appledpleads@external.hausfeld.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Epstein, Daniel <depstein@koreintillery.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>
**Cc:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Bryant, Tracie L. <tracie.bryant@kirkland.com>; Lwalsh@walsh.law; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Hi Nick,

We would like to meet with all MDL plaintiffs. We are available Monday from 2–3 EST. We'll send a calendar invite.

Best,

Nick

**Nick Barba** (He/Him/His)
Associate Attorney

T: +1 949.451.4049 | M: +1 949.744.9506
NBarba@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

**From:** Nick Alicata <nalicata@scc.law>
**Sent:** Friday, August 21, 2026 9:08 AM
**To:** Rose, Joseph R. <JRose@gibsondunn.com>; Barba, Nick <NBarba@gibsondunn.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; Fennelly, Kathleen <KFennelly@mdmc-law.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@SeegerWeiss.com>; JScullion@seegerweiss.com; mcoolidge <mcoolidge@hausfeld.com>; jcbourne <jcbourne@locklaw.com>; Candice Enders <cenders@bergermontague.com>; sharris <sharris@hausfeld.com>; tdisalvo <tdisalvo@hausfeld.com>; Taylor Hollinger <thollinger@bergermontague.com>; jcecchi@carellabyrne.com; dp Leads Apple <appledpleads@external.hausfeld.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Epstein, Daniel <depstein@koreintillery.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>
**Cc:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Bryant, Tracie L. <tracie.bryant@kirkland.com>; Lwalsh@walsh.law; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Joe,

Plaintiffs are available Monday between 11:30am-12:30pm or 2:00-3:00pm, as well as Tuesday between 1:30-4:00pm (all EST).

For clarity, please let us know if you are asking to meet with all Plaintiffs or just particular classes.

Thanks,
Nick

NICHOLAS J. ALICATA

*Associate*

**SPECTOR CALDES & CORRIGAN, PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103

**Main** 215.496.0300 | **Direct** 267.479.7278

nalicata@scc.law
www.scc.law

*Kindly note our firm name is now Spector Caldes & Corrigan, PC, and our email address has changed. Please update your records accordingly.*

---

This electronic mail transmission and the documents accompanying it contain information from the law firm Spector Caldes & Corrigan, PC, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

---

**From:** Rose, Joseph R. <JRose@gibsondunn.com>
**Sent:** Thursday, August 20, 2026 7:20 PM
**To:** Nick Alicata <nalicata@scc.law>; Barba, Nick <NBarba@gibsondunn.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; Fennelly, Kathleen <KFennelly@mdmc-law.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@SeegerWeiss.com>; JScullion@seegerweiss.com; mcoolidge <mcoolidge@hausfeld.com>; jcbourne <jcbourne@locklaw.com>; Candice Enders <cenders@bergermontague.com>; sharris <sharris@hausfeld.com>; tdisalvo <tdisalvo@hausfeld.com>; Taylor Hollinger <thollinger@bergermontague.com>; jcecchi@carellabyrne.com; dp Leads Apple <appledpleads@external.hausfeld.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Epstein, Daniel <depstein@koreintillery.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>
**Cc:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Bryant, Tracie L. <tracie.bryant@kirkland.com>; Lwalsh@walsh.law; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

**EXTERNAL EMAIL.**

Counsel,

Please provide your availability to meet and confer about this issue tomorrow.

Joe

**Joseph R. Rose**
Partner

T: +1 415.393.8277 | M: +1 408.209.9392
JRose@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

---

**From:** Nick Alicata <nalicata@scc.law>
**Sent:** Thursday, August 20, 2026 2:28 PM
**To:** Barba, Nick <NBarba@gibsondunn.com>; KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; Fennelly, Kathleen <KFennelly@mdmc-law.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@SeegerWeiss.com>; JScullion@seegerweiss.com; mcoolidge <mcoolidge@hausfeld.com>; jcbourne <jcbourne@locklaw.com>; Candice Enders <cenders@bergermontague.com>; sharris <sharris@hausfeld.com>; tdisalvo <tdisalvo@hausfeld.com>; Taylor Hollinger <thollinger@bergermontague.com>; jcecchi@carellabyrne.com; dp Leads Apple <appledpleads@external.hausfeld.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Epstein, Daniel <depstein@koreintillery.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>
**Cc:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Rose, Joseph R. <JRose@gibsondunn.com>; Bryant, Tracie L. <tracie.bryant@kirkland.com>; Lwalsh@walsh.law; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Subject:** RE: In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

Counsel,

Please see attached Indirect iPhone Purchaser Plaintiffs' Responses and Objections to Apple's Second Set of Collective Interrogatories.

Best Regards,

Nick

NICHOLAS J. ALICATA

*Associate*

**SPECTOR CALDES & CORRIGAN, PC**
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103

**Main** 215.496.0300 | **Direct** 267.479.7278

nalicata@scc.law
www.scc.law

*Kindly note our firm name is now Spector Caldes & Corrigan, PC, and our email address has changed. Please update your records accordingly.*

---

This electronic mail transmission and the documents accompanying it contain information from the law firm Spector Caldes & Corrigan, PC, which is confidential and/or legally privileged. The information is intended only for the use of the individual or entity named in this transmission. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.

---

**From:** Barba, Nick <NBarba@gibsondunn.com>
**Sent:** Tuesday, July 21, 2026 5:10 PM
**To:** KTAW-Leads <KTAW-Leads@KoreinTillery.com>; ML Apple Watch <ML-Apple-Watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; Fennelly, Kathleen <KFennelly@mdmc-law.com>; Curtin, Thomas <tcurtin@mdmc-law.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@SeegerWeiss.com>; JScullion@seegerweiss.com; mcoolidge <mcoolidge@hausfeld.com>; jcbourne <jcbourne@locklaw.com>; Candice Enders <cenders@bergermontague.com>; sharris <sharris@hausfeld.com>; tdisalvo <tdisalvo@hausfeld.com>; Taylor Hollinger <thollinger@bergermontague.com>; jcecchi@carellabyrne.com; dp Leads Apple <appledpleads@external.hausfeld.com>; Apple Indirect Lead <appleindirectlead@lists.locklaw.com>; Epstein, Daniel <depstein@koreintillery.com>; Caroline F. Bartlett <cbartlett@carellabyrne.com>; Jeffrey L. Spector <jspector@scc.law>
**Cc:** Apple-SmartphoneMDL-External@groups.gibsondunn.com; Rose, Joseph R. <JRose@gibsondunn.com>; Bryant, Tracie L. <tracie.bryant@kirkland.com>; Lwalsh@walsh.law; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>
**Subject:** Apple Indirect Lead - In re Apple Smartphone Antitrust Litigation: Apple's Second Set of Collective ROGs

**EXTERNAL EMAIL.**

Counsel,

Please see attached.

Thank you,

**Nick Barba** (He/Him/His)
Associate Attorney

T: +1 949.451.4049 | M: +1 949.744.9506
NBarba@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive Suite 1200, Irvine, CA 92612-4412

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express

permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

To unsubscribe from this group and stop receiving emails from it, send an email to Apple-SmartphoneMDL-External+unsubscribe@groups.gibsondunn.com.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

To unsubscribe from this group and stop receiving emails from it, send an email to Apple-SmartphoneMDL-External+unsubscribe@groups.gibsondunn.com.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br>*ALL ACTIONS* | Case No. 2:24-md-03113 (JXN) (LDW) |

**[PROPOSED] STIPULATION AND ORDER CONCERNING THE DISCLOSURE OF INDIVIDUAL PLAINTIFFS' APPLE IDs**

WHEREAS Defendant Apple Inc. ("Apple") has served its Second Set of Collective Interrogatories, containing Collective Interrogatory No. 2 ("Apple Rog 2"), on the named individual Plaintiffs representing the proposed classes of Direct iPhone Purchaser Plaintiffs, Indirect iPhone Purchaser Plaintiffs, and Direct Apple Watch Purchaser Plaintiffs (collectively, the "MDL Plaintiffs");

WHEREAS Apple Rog 2 requests that MDL Plaintiffs "[i]dentify each and every Apple ID that You have access to, created, have used, or that is authorized to use one of Your payment methods, and provide for each such Apple ID all account details including the associated email address, phone number, first name, last name, date of birth, physical address (if entered), and any other identifying information associated with the Apple ID"; and

WHEREAS MDL Plaintiffs intend to provide their personal, non-business Apple IDs subject to representations Apple has made to them regarding possible uses of Apple IDs,

agreements Apple and MDL Plaintiffs reached or will reach regarding the scope of Apple's other discovery to MDL Plaintiffs, and the Discovery Confidentiality Order,

**IT IS HEREBY ORDERED THAT**

1. MDL Plaintiffs will provide, within 14 days of entry of this Stipulation and Order by the Court, the email addresses, phone numbers, and first and last names associated with any Apple IDs that they created for their own non-business use during the discovery period, or that they created for their own non-business use before the discovery period and used during the discovery period.

2. After providing their Apple IDs, MDL Plaintiffs may satisfy their obligations under Requests for Production of Documents or Interrogatories calling for the production or identification of documents or data that Apple may access using an Apple ID by informing Apple that it may use their Apple IDs to access the requested documents or data. If Apple uses MDL Plaintiffs' Apple IDs to access or review any information or data requested in Apple's Requests for Production of Documents, including Requests seeking app downloads, usage information, subscription information, wallet contents, or other data not yet produced, or in Apple's Interrogatories, it must promptly inform MDL Plaintiffs.

3. Apple will not use the Apple IDs for any of the following purposes:

(a) To access, review, or disclose MDL Plaintiffs' medical or health data or records, contacts, browsing history, keystroke data, text or phone call records (including FaceTime), or geographic locations, in any individualized or aggregate form.

(b) To access, review, or disclose the contents of MDL Plaintiffs' iMessages, iCloud data, photos, electronic mail, social media posts or messages, or any other communications using any other messaging or communication apps.

(c) To access, review, or disclose transaction-level information, or aggregated data (*e.g.,* reports), regarding MDL Plaintiffs' use of Apple Pay or any other form of payment provisioned in MDL Plaintiffs' Apple Wallets.

(d) To access, review, or disclose MDL Plaintiffs' activities, communications, or actions within applications downloaded to their iPhones and/or Apple Watches.

4. Any documents or data Apple accesses, generates, or otherwise reviews using MDL Plaintiffs' Apple IDs must be produced to the Plaintiff having disclosed the relevant Apple ID, to the extent the documents or data have not already been produced to them, and must be designated "Highly Confidential" under the Discovery Confidentiality Order.

5. By entering into this stipulation, no party forfeits or waives any argument regarding the disclosure of Apple IDs belonging to non-parties or used by MDL Plaintiffs solely for business purposes.

**AGREED TO:**

Dated: ________, 2026

/s/ DRAFT
Liza M. Walsh
Douglas E. Arpert
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, NJ 07102
(973) 757-1100
lwalsh@walsh.law
darpert@walsh.law

Cynthia E. Richman (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, DC 20036-4504
(202) 955-8234
crichman@gibsondunn.com

Daniel G. Swanson (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7000
dswanson@gibsondunn.com

Connor S. Sullivan (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.: (415) 351-4000
cssullivan@gibsondunn.com

Joseph R. Rose (*pro hac vice*)
Julian W. Kleinbrodt (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
(415) 393-8200
jrose@gibsondunn.com
jkleinbrodt@gibsondunn.com

*Attorneys for Defendant Apple Inc.*

Dated: ________, 2026

/s/ DRAFT
James E. Cecchi
CARELLA BYRNE CECCHI
BRODY & AGNELLO, PC
5 Becker Farm Road
Roseland, NJ 07068
Tel: 973-994-1700
Email: jcecchi@carellabyrne.com

William Christopher Carmody
Shawn J. Rabin
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602
Tel: (212) 336-8330
Email: bcarmody@susmangodfrey.com
Email: srabin@susmangodfrey.com

Christopher A. Seeger
SEEGER WEISS, LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Tel: 973-639-9100
Email: cseeger@seegerweiss.com

Steven W. Berman
HAGENS BERMAN SOBOL SHAPIRO, LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101
Tel: 206-623-7292
Email: steve@hbsslaw.com

Dena Sharp
GIRARD SHARP LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: 415-981-4800
Email: dsharp@girardsharp.com

Melinda R. Coolidge
HAUSFELD LLP
888 16th Street, NW Suite 300
Washington, DC 20006
Tel: (202) 540-7200
Email: mcoolidge@hausfeld.com

*Co-Lead Interim Class Counsel for Direct iPhone Purchaser Plaintiffs*

Joseph J. DePalma
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Tel: (973) 623-3000
Email: jdepalma@litedepalma.com

*Liaison Counsel for Direct iPhone Purchaser Plaintiffs*

Michael Critchley Sr.
CRITCHLEY, KINUM & LURIA, LLC
75 Livingston Avenue
Roseland, New Jersey 07068
Tel: (973) 422-9200
Email: mcritchley@critchleylaw.com

*Trial Counsel/Direct iPhone Purchaser Plaintiffs*

Dated: ________, 2026

Heidi M. Silton
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South,
Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Email: hmsilton@locklaw.com

*/s/ DRAFT*
Michael Dell'Angelo
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: mdellangelo@bergermontague.com

Matthew S. Weiler
SCHNEIDER WALLACE COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Tel: (415) 421-7100
Email: mweiler@schneiderwallace.com

Jeffrey L. Spector
SPECTOR CALDES & CORRIGAN, P.C.
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Email: jspector@scc.law

*Co-Lead Interim Class Counsel for Indirect iPhone Purchaser Plaintiffs*

Stanley O. King
JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.
231 S. Broad Street
Woodbury, NJ 08096
Tel: (856) 845-3001
Email: sking@lawjw.com

*Liaison Counsel for Indirect iPhone Purchaser Plaintiffs*

Dated: ________, 2026

Steven F. Molo
Lauren F. Dayton
Eric Posner
Matthew E. Gold
Sofia M. Debbiche
MOLOLAMKEN LLP
300 North LaSalle Street
Chicago, IL 60654
Tel: (312) 450-6700
smolo@mololamken.com
ldayton@mololamken.com
eposner@mololamken.com
mgold@mololamken.com
sdebbiche@mololamken.com

*/s/ DRAFT*
Thomas R. Curtin
Kathleen N. Fennelly
MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962
Tel: (973) 993-8100
tcurtin@mdmc-law.com
kfennelly@mdmc-law.com

Kayvon Ghayoumi
Caroline A. Veniero
MOLOLAMKEN LLP
600 New Hampshire Ave., N.W.
Washington, D.C. 20037
Tel: (202) 556-2000
kghayoumi@mololamken.com
cveniero@mololamken.com

George A. Zelcs
David Walchak
Daniel Epstein
KOREIN TILLERY LLC
205 North Michigan Ave., Suite 1950
Chicago, IL 60601
Tel.: (312) 641-9750
gzelcs@koreintillery.com
dwalchak@koreintillery.com
depstein@koreintillery.com

Stephen M. Tillery
Carol O'Keefe
KOREIN TILLERY LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
Tel.: (314) 241-4844
stillery@koreintillery.com
cokeefe@koreintillery.com

David C. Frederick
Aaron M. Panner
Alex A. Parkinson
Scott K. Attaway
Ariela M. Migdal
Frederick Gaston Hall
Rund M. Khayyat
Anthony R. Guttman
Kathryn E. Ghotbi
Justin D. Cole*
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel: (202) 326-7900
dfrederick@kellogghansen.com
apanner@kellogghansen.com
aparkinson@kellogghansen.com
sattawat@kellogghansen.com
amigdal@kellogghansen.com
fhall@kellogghansen.com
rkhayyat@kellogghansen.com
aguttman@kellogghansen.com
kghotbi@kellogghansen.com
jcole@kellogghansen.com

* *Not admitted in the District of Columbia; practicing under the supervision of members of the Firm*

*Co-Lead Interim Class Counsel for Direct Apple Watch Purchaser Plaintiffs*

**IT IS SO ORDERED.**

Dated: ________, 2026

______________________________
**HON. LEDA D. WETTRE**
United States Magistrate Judge