# Exhibit G

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION

*This Document Relates to:*
*ALL ACTIONS*

Case No. 2:24-md-03113 (JXN) (LDW)

**[PROPOSED] PROTECTIVE ORDER CONCERNING APPLE'S CONTENTION INTERROGATORY NO. 2**

WHEREAS Defendant Apple Inc. ("Apple") has served its Second Set of Collective Interrogatories, containing Collective Interrogatory No. 2 ("Apple Rog 2"), on the named individual Plaintiffs representing the proposed classes of Direct iPhone Purchaser Plaintiffs, Indirect iPhone Purchaser Plaintiffs, and Direct Apple Watch Purchaser Plaintiffs (collectively, the "MDL Plaintiffs");

WHEREAS Apple Rog 2 requests that MDL Plaintiffs "[i]dentify each and every Apple ID that You have access to, created, have used, or that is authorized to use one of Your payment methods, and provide for each such Apple ID all account details including the associated email address, phone number, first name, last name, date of birth, physical address (if entered), and any other identifying information associated with the Apple ID"; and

WHEREAS after negotiations, Judge Wettre determined the Parties reached impasse regarding MDL Plaintiffs' duty to respond to Rog 2, and the Parties filed letter briefs regarding their dispute,

**IT IS HEREBY ORDERED THAT**

1. MDL Plaintiffs shall provide, within 14 days of entry of this Stipulation and Order by the Court, the email addresses, phone numbers, and first and last names associated with any Apple IDs that they created for their own non-business use during the discovery period, or that they created for their own non-business use before the discovery period and used during the discovery period. By providing the above information, MDL Plaintiffs satisfy their obligations under Rog 2.

2. After providing their Apple IDs, MDL Plaintiffs may satisfy their obligations under Apple's Requests for Production of Documents ("RFPs") or Interrogatories calling for the production or identification of documents or data that Apple may access using an Apple ID, by informing Apple that it may use their Apple IDs to access the requested documents or data. If MDL Plaintiffs consent to Apple's use of their Apple IDs in connection with any RFPs or Interrogatories, such consent is limited to the request identified and to the scope of MDL Plaintiffs agreement for that request, including any temporal or subject-matter limitations. Additionally, if Apple uses MDL Plaintiffs' Apple IDs to access or review any information or data requested in Apple's Requests for Production of Documents, including Requests seeking app downloads, usage information, subscription information, wallet contents, or other data not yet produced, or in Apple's Interrogatories, it must promptly inform MDL Plaintiffs.

3. Apple will not use the Apple IDs for any of the following purposes:

(a) To access, review, or disclose MDL Plaintiffs' medical or health data or records, contacts, browsing history, keystroke data, text or phone call records (including FaceTime), or geographic locations, in any individualized or aggregate form.

(b) To access, review, or disclose the contents of MDL Plaintiffs' iMessages, iCloud data, photos, electronic mail, social media posts or messages, or any other communications using any other messaging or communication apps.

(c) To access, review, or disclose transaction-level information, or aggregated data (*e.g.,* reports), regarding MDL Plaintiffs' use of Apple Pay or any other form of payment provisioned in MDL Plaintiffs' Apple Wallets.

(d) To access, review, or disclose MDL Plaintiffs' activities, communications, or actions within applications downloaded to their iPhones and/or Apple Watches.

4. Any documents or data Apple accesses, generates, or otherwise reviews using MDL Plaintiffs' Apple IDs must be produced to the Plaintiff having disclosed the relevant Apple ID, to the extent the documents or data have not already been produced to them, and must be designated "Highly Confidential" under the Discovery Confidentiality Order.

**IT IS SO ORDERED.** ___________________________

Dated: ________, 2026