AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| In re: Apple Inc. Smartphone Antitrust Litigation<br>*Plaintiff*<br>v.<br><br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:24-md-03113-JXN-LDW |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Giamanco, individually and on behalf of all others similarly situated .

Date: 11/12/2026

/s/ Chad Bell
*Attorney's signature*

Chad Bell (Illinois Bar No. 6289034)
*Printed name and bar number*

Korein Tillery, LLC
205 N. Michigan Ave., Suite 1950
Chicago, IL 60601
*Address*

cbell@koreintillery.com
*E-mail address*

(312) 641-9750
*Telephone number*

(833) 317-4222
*FAX number*