WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

**VIA ECF**

November 12, 2026

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

**Apple's Request for an Extension of Time to Respond to Watch Plaintiff's Brief Regarding Technical Documents (Dkt. 464)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-captioned matter. Apple writes to respectfully request an extension of its deadline to respond to Watch Plaintiff's brief regarding its requests for technical documents (Dkt. 464), from Wednesday, November 18, to Friday, December 11, 2026.

An extension of Apple's time to respond is warranted here. Watch Plaintiff devoted the bulk of his brief to a detailed technical argument regarding Apple source code, citing dozens of authorities. In support of his brief, Watch Plaintiff also served a 12-page attorney declaration Dkt. 464-2, and a 16-page expert declaration from an expert witness retained by Watch Plaintiff "in the field of computer science, computer software, and software development," Dkt. 464-1, Declaration of Watch Plaintiff's Expert Ron Schnell ¶ 11. Apple requests this modest extension of time to evaluate and respond appropriately to these materials. In addition, the parties are continuing to negotiate regarding Watch Plaintiff's request for "RADAR files" related to software bugs, and Apple believes the additional time will allow the parties to continue working to resolve or narrow the issues requiring the Court's attention. Finally, the requested extension also accounts for the intervening Thanksgiving holiday, which falls between the current deadline and the requested new deadline; Apple personnel will be unavailable to work with their counsel in connection with responding to Watch Plaintiff's brief during the week of the Thanksgiving holiday. Watch Plaintiff indicates that he would consent to an extension of Apple's deadline to Wednesday, November 25, the day before Thanksgiving, but objects to Apple's request for an extension until Friday, December 11. Given the volume of materials Apple must address in its response, including the expert declaration from Watch Plaintiff's expert witness, and the fact that Apple personnel will be unavailable to work with Apple's counsel during the Thanksgiving week, Apple maintains its request for an extension until Friday, December 11.

Should this extension request meet with Your Honor's approval, we respectfully request this letter be "so ordered" and entered on the docket. We thank the Court for its attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED:**

____________________________
Hon. Leda D. Wettre, U.S.M.J.