AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

In re: Apple Inc. Smartphone Antitrust Litigation
*Plaintiff*
v.

*Defendant*

Case No. 2:24-md-03113-JXN-LDW

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joseph Giamanco, individually and on behalf of all others similarly situated .

Date: 11/13/2026

/s/ Carol O'Keefe
*Attorney's signature*

Carol O'Keefe (Missouri Bar No. 70828)
*Printed name and bar number*

Korein Tillery, LLC
505 North 7th St., Suite 3600
St. Louis, MO 63101
*Address*

cokeefe@koreintillery.com
*E-mail address*

(314) 241-4844
*Telephone number*

(833) 317-4222
*FAX number*