JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 13, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW**

Dear Judge Wettre:

Indirect iPhone Purchaser Plaintiffs ("IIPs") write to respectfully request an extension of today's deadline until November 16, 2026, to file joint notices of impasse concerning hashing in relation to third parties' production of data. ECF No. 413.

IIPs request the extension in light of the Outlook outage, which prevented the parties from further negotiating details for the hashing process and the corresponding declaration and from finalizing the joint notices of impasse. IIPs reached out to other MDL Plaintiffs and Apple in advance of this submission, and none voiced an objection to this extension request. If this proposal meets with the Court's approval, we respectfully request that Your Honor sign and enter the below form of endorsement.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com

*Counsel for Indirect iPhone Purchaser Plaintiffs*
cc: All counsel of record (via ECF)

SO ORDERED: 11/13/2026

Leda Dunn Wettre

Hon. Leda D. Wettre, U.S.M.J.