WALSH
PIZZI
O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 13, 2026

**VIA ECF**
Honorable Leda D. Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *United States of America, et al. v. Apple Inc.*, No. 2:24-cv-04055 (JXN-LDW); *In re Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113 (JXN-LDW): Joint Request to Extend Briefing Deadlines**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-referenced matter. Norton Rose Fulbright US LLP represents non-party Garmin Ltd. ("Garmin"). Apple and Garmin have continued to meet and confer regarding the open issues cited in their Joint Notice of Impasse. *See United States of America et al. v. Apple Inc.*, ECF No. 587; *In re Apple Smartphone Antitrust Litigation*, ECF No. 437. We are pleased to report that Apple and Garmin have resolved the majority of that dispute. The remaining open issue is narrow, and Apple and Garmin agree that with the benefit of additional time, it is likely that the dispute will be resolved entirely. Accordingly and to allow for these further discussions, Apple and Garmin respectfully request that the Court enter a modified briefing schedule on this impasse pursuant to paragraph 5(d) of the Special Master Appointment Order. In light of the intervening holiday, Apple and Garmin request that to the extent briefing is necessary, Apple's letter brief be due on December 3, 2026, and Garmin's response on December 10, 2026.

If this meets with Your Honor's approval, we respectfully request you "so order" this letter and enter it on the docket. Thank you as always for Your Honor's attention to these matters.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED.**

____________________________
Hon. Leda D. Wettre, U.S.M.J.