JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 16, 2026
**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*,**
**No. 2:24-md-03113-JXN-LDW**
**Notice of Impasse Regarding Indirect Purchaser Plaintiffs' Subpoena to Nonparty Costco Wholesale Corporation**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Purchaser Plaintiffs ("IIPs") respectfully submit this Notice of Impasse regarding the subpoena duces tecum IIPs served on nonparty Costco Wholesale Corporation ("Costco") on or around January 30, 2026, (the "Subpoena") under Federal Rule of Civil Procedure 45. This notice of impasse is being filed in accordance with the November 16, 2026 deadline for submitting disputes concerning hashing in relation to third parties' production of data (ECF No. 413 & 477).[1]

IIPs and Costco met and conferred in good faith regarding the Subpoena by videoconference on multiple occasions and have exchanged related correspondence. Costco has agreed to produce transaction level structured sales data in response to IIPs' RFP No. 14. In negotiating the production of transaction data, both Apple and numerous third parties raised privacy concerns with producing personally identifiable information ("PII") (which includes the name and contact information for the purchaser).

## I. PII

To address Costco's concern with preserving the privacy of its purchasers' PII, IIPs sent Costco a template declaration that sets forth: i) what PII Costco maintains, ii) how Costco

[1] IIPs have corresponded with Costco concerning this notice of impasse but have not received a response from Costco. To comply with the Court's November 16, 2026 deadline and to preserve IIPs' rights, IIPs unilaterally submit this notice of impasse.

maintains that PII, and iii) Costco's commitment to maintain the data and produce it to a Court-ordered class action administrator for purposes of providing class notice and claims administration following certification of IIPs' proposed litigation class or preliminary certification of any settlement class. IIPs proposed this declaration to Costco in lieu of requiring Costco to produce its purchaser PII at this time to ensure that all necessary class member PII will be preserved and available following class certification. Although IIPs submit this notice of impasse, IIPs intend to continue to meet and confer with Costco and anticipate achieving resolution on the aforementioned declaration in the near term.

This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution, IIPs respectfully request that the Court determine that the parties are at impasse and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order. IIPs request leave to file a letter brief of up to six pages, single spaced.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

cc: All counsel of record (via ECF)