JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 16, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation***
**No. 2:24-md-03113-JXN-LDW**
**Notice of Impasse Regarding MDL Plaintiffs' Subpoena to Nonparty Target Corporation**

Dear Judge Wettre:

Pursuant to ¶ 4 of the Special Master Appointment Order (ECF No. 208) and the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), Indirect iPhone Purchaser Plaintiffs ("IIPs") respectfully submit this Notice of Impasse regarding the subpoena duces tecum IIPs served on Target Corporation (the "Subpoena") under Federal Rule of Civil Procedure 45. This notice of impasse is being filed in accordance with the November 16, 2026, deadline for submitting disputes concerning hashing in relation to third parties' production of data (ECF Nos. 413 & 477).[1]

IIPs and Target have met and conferred in good faith regarding the Subpoena since March 2026 and exchanged related correspondence. In negotiating the production of transaction data, both Apple and numerous third parties, including Target, raised privacy concerns with producing (a) IMEI[2] and device serial numbers; and/or (b) personally identifiable information ("PII"), which includes the name and contact information for the purchaser.

---

[1] Target has not agreed to participate in the impasse process, so this notice is only being filed by the IIPs.
[2] IMEI stands for International Mobile Equipment Identity. It is a unique 15-digit device identifier number assigned to every mobile phone and cellular device. The IMEI and serial number exist in both Apple and third-party resellers' transactional data.

## I. Hashing

To address the concern with respect to IMEI and serial numbers, IIPs negotiated a uniform hashing protocol with Apple (ECF No. 465). Under the protocol all IMEI and serial numbers are hashed using the same methodology. By so doing, identical devices in Apple's data can be linked to identical devices in third-parties' data without revealing the original IMEI or serial numbers to any party other than the specialized vendor. IIPs asked Target to agree to follow this hashing protocol or produce its transaction data with all fields unhashed. Target has not agreed to do either.

Therefore, the parties have reached an impasse on Target's production of transaction-level structured data containing IMEI, device serial number data, and customer identification data pursuant to the uniform hashing protocol.

## II. PII

To address Target's concern with preserving the privacy of its purchasers' PII, IIPs sent Target a template declaration that once completed would set forth: i) what PII Target maintains, ii) how Target maintains that PII, and iii) Target's commitment to maintain the data and produce it to a Court-ordered class action administrator for purposes of providing class notice and claims administration following certification of IIPs' proposed litigation class or preliminary certification of a settlement class. IIPs proposed this declaration to Target in lieu of moving to compel Target to produce its purchaser PII prior to litigation or settlement class certification to ensure that all necessary class member PII will be preserved and available following class certification. Target has told IIPs that it will respond to IIPs' request regarding the PII declaration sometime this week. If IIPs come to an agreement with Target on this issue they will inform the Court promptly.

## III. Requested Relief

Because the parties have been unable to reach resolution by today's deadline, IIPs respectfully request that the Court (1) determine that the parties are at impasse on the hashing issue identified above, and (2) grant leave to submit a letter brief of up to six pages, single spaced, pursuant to ¶ 5 of the Special Master Appointment Order.

As set forth above, Target has told IIPs that its response to the PII issue will be coming this week. To allow for further discussion, IIPs request that any such determination of impasse on the PII issue not take effect before November 30, 2026, and that it be deemed withdrawn and of no effect if IIPs notify the Court on or before that date that the issue has been resolved.

This dispute does not require expedited resolution by the Court.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com

*Counsel for Indirect iPhone Purchaser Plaintiffs*

cc: All counsel of record (via ECF)