JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.
SUITE 203
VOORHEES, NJ 08043
Phone: (856) 596-4100
Fax: (856) 702-6640
WWW.LAWJW.COM**

November 16, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation*,**
**No. 2:24-md-03113-JXN-LDW**
**Joint Notice of Impasse Regarding MDL Plaintiffs' Subpoena to Nonparty Charter Communications, Inc.**

Dear Judge Wettre:

Pursuant to ¶ 4 of ECF No. 208 and ECF No. 371, Indirect iPhone Purchaser Plaintiffs ("IIPs") and nonparty Charter Communications, Inc. ("Charter") respectfully submit this Joint Notice of Impasse regarding IIPs' Jan. 30, 2026 subpoena (the "Subpoena"). This joint notice of impasse is being filed in accordance with the Nov. 16, 2026 deadline for submitting disputes concerning hashing in relation to third parties' production of data (ECF No. 413 & 477).

IIPs and Charter met and conferred in good faith regarding the Subpoena on numerous occasions and exchanged related correspondence. In negotiating the production of transaction data, both Apple and numerous third parties raised privacy concerns with producing (a) IMEI[1] and device serial numbers; and/or (b) personally identifiable information ("PII").

**Hashing:** To address the concern with respect to IMEI and serial numbers, IIPs negotiated a uniform hashing protocol with Apple (ECF No. 465), which provides a method by which all IMEI and serial numbers are hashed using the same methodology such that identical devices in Apple's data can be linked to identical devices in third-party data without revealing the original IMEI or serial numbers to any party other than the specialized vendor. IIPs asked Charter to agree

[1] IMEI stands for International Mobile Equipment Identity. It is a unique 15-digit number assigned to every mobile phone and cellular device. The IMEI and serial number are the device identifiers that are unique to a particular device, and they exist in both Apple and third-party resellers' transactional data.

to follow this hashing protocol or produce their transaction data with all fields unhashed. Charter has not agreed to do either.

Charter received the protocol only on Friday, November 13, and needs more time to properly evaluate it, including to assess whether it provides options aligned with Charter's statutory confidentiality obligations to its subscribers. Charter therefore cannot agree to the protocol at this time, and it will not produce IMEIs and serial numbers unhashed.

Despite these efforts, the parties have reached an impasse on Charter's production of transaction-level structured data containing IMEI and device serial number data pursuant to the uniform hashing protocol. To address the concern with respect to IMEI and serial numbers, IIPs negotiated a uniform hashing protocol with Apple (ECF No. 465), which provides a method by which all IMEI and serial numbers are hashed using the same methodology such that identical devices in Apple's data can be linked to identical devices in third-party data without revealing the original IMEI or serial numbers to any party other than the specialized vendor. IIPs asked Charter to agree to follow this hashing protocol or produce their transaction data with all fields unhashed. Charter has not agreed to do either.

Despite these efforts, the parties have reached an impasse on Charter's production of transaction-level structured data containing IMEI and device serial number data pursuant to the uniform hashing protocol.

**PII:** To address Charter's concern with preserving the privacy of its purchasers' PII, IIPs sent Charter a template declaration that sets forth: i) what PII Charter maintains, ii) how Charter maintains that PII, and iii) Charter's commitment to maintain the data and produce it to a Court-ordered class action administrator for purposes of providing class notice and claims administration following certification of IIPs' proposed litigation class or preliminary certification of any settlement class. IIPs proposed this declaration to Charter in lieu of requiring Charter to produce its purchaser PII prior to certification of a litigation class or preliminary certification of a settlement class to ensure that all necessary class member PII will be preserved and available following class certification.

Charter understands its obligations under Federal Rules of Civil Procedure 26 and 45 to preserve the PII and customer data requested by the Subpoena, and it will continue to comply with those obligations. Accordingly, there is no impasse as to Charter's preservation of that information. The parties are at impasse only as to IIPs' request that Charter execute the template declaration, which Charter does not believe is in any way necessary. This dispute does not require expedited resolution by the Court.

Because the parties have been unable to reach resolution, IIPs and Charter respectfully request that the Court determine that the parties are at impasse on the issues identified above and grant leave to submit letter briefs pursuant to ¶ 5 of the Special Master Appointment Order. IIPs request leave to file a letter brief of up to six pages, single spaced. Charter likewise requests leave to file a letter brief of up to six pages, single spaced, setting forth its position that the declaration is unnecessary.

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

/s/ Danica L. Muir
Danica L. Muir
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York 10019
Tel: 212.839.5300
danica.muir@sidley.com

*Counsel for Nonparty Charter Communications, Inc.*

cc: All counsel of record (via ECF)
Special Masters Linares, Bariso, and Hammer (via email)