JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 16, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
United States District Court
Martin Luther King Federal Building
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re Apple Inc. Smartphone Antitrust Litigation***
**No. 2:24-md-03113-JXN-LDW**

Dear Judge Wettre:

Indirect iPhone Plaintiffs (IIPs) write regarding the deadline set by ECF No. 413, as extended by ECF No. 477, to submit disputes concerning third parties' production of structured data in accordance with the proposed hashing protocol (ECF No. 465) and later production of personally identifying information to facilitate notice and administration of any IIP class.

IIPs and several third parties, specifically Amazon.com, Inc., Best Buy Enterprise Services, Inc., Mint Mobile LLC, T-Mobile USA, Inc., Verizon Communications, Inc., and Verizon Value, Inc. (collectively, the Third Parties), have reached agreements in principle and are working through the remaining details. IIPs have confirmed with each of the Third Parties that they concur in this assessment. With a short amount of additional time, IIPs expect to resolve these issues without the Court's involvement.

Accordingly, IIPs respectfully request that the Court extend the deadline to submit any impasse on these issues with the Third Parties by one week, to November 23, 2026.

To be clear, this extension will only apply to the Third Parties identified above. Where IIPs have been unable to reach agreements in principle with third parties, those disputes will be submitted in accordance with the November 16, 2026 deadline (ECF No. 477).

If this meets with Your Honor's approval, we respectfully request that Your Honor "so order" this letter and enter it on the docket. Thank you for Your Honor's attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*