Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
Jessica K. Formichella
WALSH PIZZI O'REILLY LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>**DECLARATION OF LIZA M. WALSH**<br><br>*Filed Electronically* |

I, Liza M. Walsh, hereby declare and state as follows:

1. I am an attorney admitted to practice before this Court and a partner of the law firm of Walsh Pizzi O'Reilly LLP, counsel for Apple Inc. ("Apple") in connection with the above-captioned matter. I am familiar with the facts set forth herein as well as the categories and types of information that Apple keeps confidential. I am also familiar with the harm that Apple would sustain if its confidential information were to become public. I have personal knowledge of the facts set forth in this declaration.

2. I submit this Declaration on behalf of Apple in support of the Motion to Seal portions of (1) Watch Plaintiffs' Letter Brief in Support of Additional Watch Custodians, dated

August 26, 2026, (Dkt. No. 294); (2) Apple's Response Regarding Watch Plaintiff's Proposed Additional Custodians, dated September 2, 2026, (Dkt. No. 313); (3) Apple's Letter in Response to Watch Plaintiff's Letter Regarding the Timeliness of Motion to Compel Custodians, dated September 29, 2026, (Dkt. No. 378); and (4) Watch Plaintiffs' Reply Letter Brief in Support of Additional Watch Custodians, dated November 3, 2026, (Dkt. No. 423), as well as the exhibits filed at Dkt. Nos. 294-2 through 294-13, 294-16 through 294-48, 294-50, 294-51, 299-2, 313-2, 346-7 through 346-13, 359-8, 378-2, and 423-2 ("Confidential Information").

3. In support of the motion, Apple prepared an Index identifying the specific portions of the relevant document that Apple seeks to maintain under seal and explaining (a) the nature of the materials or proceedings at issue; (b) the legitimate private or public interest which warrant the relief sought; (c) the clearly defined and serious injury that would result if the relief sought is not granted; (d) why a less restrictive alternative to the relief sought is not available; (e) any prior order sealing the same materials in the pending action; and (f) the identity of any party or nonparty known to be objecting to the sealing request. The Index is being submitted concurrently herewith as Exhibit 1.

4. Apple operates in an intensely competitive environment. Apple has serious and legitimate concerns that competitors will be quick to capitalize on any release of Apple's highly sensitive information in order to gain competitive advantage. Similarly, bad actors may exploit non-public information to harm Apple. As such, Apple takes extensive measures to protect the confidentiality of its information.

5. Apple requests sealing of the Confidential Information that reflects Apple's non-public, proprietary, and/or competitively sensitive business information that it maintains in

confidence and is of the type that Apple treats as confidential and proprietary generally. In particular, the Confidential Information includes and/or references personally identifiable information of nonparty current and former Apple employees and related nonpublic information concerning their roles, responsibilities, reporting lines, performance evaluations, and team composition; nonpublic information about Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures, including as to Apple's App Review process; security sensitive information related to Apple's external and internal platforms; nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; nonpublic information concerning Apple's business dealings and communications with nonparties; nonpublic information related to Apple's product development; nonpublic technical information about Apple's products and services; nonpublic information regarding foreign regulatory investigations, including documents that are treated as confidential under foreign law; nonpublic financial information concerning Apple's sales; and nonpublic information related to Apple's business strategy and internal deliberations, including Apple's internal analyses of its products and services, business plans, marketing strategies, strategic considerations, and other nonpublic information relating to Apple's efforts to gain a competitive advantage, all of which Apple does not reveal to the public.

6. The Confidential Information Apple seeks to seal reflects information that Apple designated as "Highly Confidential" or "Confidential" pursuant to the Discovery Confidentiality Order, entered by this Court on October 7, 2025 (Dkt. No. 124) ("DCO").

7. There is a substantial public interest in ensuring that the nonpublic highly proprietary information remains confidential and not become public at a later date.

8. Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the confidential proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be publicly disclosed in contravention of the terms of the DCO. Competitors would improperly and unfairly benefit from the disclosure of Apple's nonpublic business information and would likely use the confidential information to enhance their own business operations, better their market and negotiation positions, and cause Apple competitive harm.

9. There is no less restrictive alternative other than sealing the Confidential Information, as set forth in the Index submitted concurrently herewith. Apple's request is narrowly tailored to redact and seal only the confidential information at issue. This is the least restrictive alternative available to protect the non-public confidential information.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

WALSH PIZZI O'REILLY LLP

Dated: November 16, 2026

*s/ Liza M. Walsh*
Liza M. Walsh

# EXHIBIT 1

**INDEX IN SUPPORT OF MOTION TO SEAL**

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 1. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 1 | Footnote 1: the two names in the second sentence. | Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm nonparties' privacy interests. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | If filed on the public docket, Apple would suffer a clearly defined, substantial and specific harm, including but not limited to, financial damage, damage to business relationships, damage to commercial standing, and/or other irreparable harm should any of the nonpublic, confidential, proprietary, commercial, and competitively sensitive business information reflected in the Confidential Information be publicly disclosed in contravention of the terms of the DCO or the Local Rules. Competitors and/or other third parties would improperly and unfairly benefit from the disclosure of Apple's non-public business information and would likely use this information to enhance their market position and cause Apple competitive | Apple requests sealing only of documents that reflect its Confidential Information or non-public discovery information. Apple's request is narrowly tailored to seal the confidential information at issue. There is no less restrictive alternative other than redacting this Confidential Information. This is the least restrictive alternative available to protect the non-public Confidential Information.<br><br>*See* Walsh Decl. ¶ 9. | None. | Plaintiffs take no position on this sealing request. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | | harm. To the extent the Confidential Information includes personally identifiable information about nonparty current and/or former Apple employees, its public disclosure would also harm those nonparties' privacy interests. *See* Walsh Decl. ¶¶ 4, 8 | | | |
| 2. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 3 | All of the names in paragraphs 2, 3, and 4, including the bolded name at the beginning of each of those paragraphs and the deponent's name in the parenthetical following 'Ex. 5'. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 3. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 3 | (1) paragraph 2, first sentence: the words between 'is' and 'described by an Apple employee', and the two quoted phrases following 'as the'; (2) paragraph 2, the | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing (i) internal deliberations regarding Apple's | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | first parenthetical following 'Ex. 6 at -177': the quoted words following 'is';<br>(3) paragraph 2, the parenthetical following 'Ex. 7': the entire parenthetical;<br>(4) paragraph 2, last sentence: the quoted words following 'concerning';<br>(5) paragraph 3, first sentence: all words after the name at the start of the sentence, through the end of the sentence;<br>(6) paragraph 3, second sentence: all words after the name at the start of the sentence, through the end of the sentence;<br>(7) paragraph 3, the sentence beginning 'He drafted documents': the | business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; or (iii) Apple's business dealings and communications with nonparties. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | words between 'documents' and 'that are not found'; (9) paragraph 4, first sentence: the quoted words following 'including'; (10) paragraph 4, second sentence: the words between 'involved in' and ', see Ex. 9'; and (11) paragraph 4, last sentence: the words between 'took responsibility for' and ', Ex. 10', and the words between 'Ex. 10—' and 'Ex. 3 at 3' (the latter span includes the name immediately preceding 'Ex. 3 at 3'). | *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 4. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 4 | All of the names in paragraphs 1, 3, and 4, including the bolded name at the beginning of paragraphs 1 and 4, the author's name at the start of the Medium citation in paragraph 1, and the deponent's name in the parenthetical following 'Ex. 27' in paragraph 3. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 5. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 4 | (1) paragraph 1, first sentence: from the opening quotation mark following 'Apple used its' through the end of the sentence;<br>(2) paragraph 1, the sentence following 'Ex. 43 at -942.': the entire sentence;<br>(3) paragraph 1, the parenthetical following 'Ex. 38 at -990': the entire quotation; | Same as Entry No. 3. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | (4) paragraph 1, the sentence following the parenthetical that cites 'Ex. 39 at -524': the words from the start of the sentence through the comma preceding 'Ex. 40 at -373';<br>(5) paragraph 4, first sentence: all words after 'is an', through the end of the sentence;<br>(6) paragraph 4, the sentence beginning 'Colleagues describe him as': from the opening quotation mark through the end of the sentence; and<br>(7) paragraph 4, the last sentence on the page: the words from the start of the sentence through the word preceding ', id.,'. | | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 6. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 4 | Paragraph 1, the parenthetical following 'Ex. 39 at -524': the entire parenthetical. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy and internal email listservs, mailboxes, and administrative channels and internal operating procedures, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; or (iii) Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | performance, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 7. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 4 | (1) paragraph 2: the bolded heading at the start of the paragraph; the first sentence, from its first word through the word preceding ',' thereby conceding'; and each remaining instance of the hyphenated mailbox name in the paragraph (three instances, in the first, third, and last | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | sentences; and (2) footnote 4: each instance of the hyphenated mailbox name (three instances, in the last two sentences), and the quoted words following 'entity/group that'. | nonpublic information that could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 8. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 4 | Paragraph 3, the sentence beginning 'Apple nonetheless agreed': the words between 'who manages' and ', Ex. 26 at -406'. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 9. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 5 | (1) paragraph 1 (the carryover from the preceding page), first line: the words between 'and' and ', Ex. 30'; and (2) paragraph 2, the sentence beginning after 'Ex. 26 at - 405–407.': all words after 'has deep knowledge | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services and technical information and product development, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | of', through the end of the sentence. | including internal codenames; (ii) Apple's processes for developing its products and services; (iii) Apple's efforts to improve different aspects of its products and services; (iv) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (v) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 10. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 5 | Paragraph 1 (the carryover from the preceding page), the parenthetical following 'Ex. 30': the entire parenthetical. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services and business strategy, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; or (ii) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services and Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 11. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 5 | All of the names in paragraphs 2, 3, 4, and 6, including the bolded name at the beginning of each of those paragraphs. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 12. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 5 | (1) paragraph 2, first sentence: all words after 'was', through the end of the sentence;<br>(2) paragraph 2, second sentence: from the opening quotation mark following 'and' through the end of the sentence;<br>(3) paragraph 2, the sentence beginning 'Apple recognized': the single quoted word following 'as an';<br>(4) paragraph 2, the sentence beginning after 'Exs. 32-33.': all words after 'also', through the | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iii) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (iv) detailed | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | end of the sentence; (5) paragraph 2, the parenthetical following 'Ex. 34': the quoted words; (6) paragraph 3, first sentence: all words after 'is', through the end of the sentence; (7) paragraph 3, second sentence: the words between 'Ex. 36, and' and ', Ex. 37'; (8) paragraph 3, the parenthetical following 'Ex. 37': the entire parenthetical; (9) paragraph 3, the parenthetical following 'Ex. 35': the entire parenthetical; (10) paragraph 4, first sentence: the words between 'is' and 'and', and the quoted words following 'and'; (11) paragraph 6, | information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; or (v) Apple's business dealings and communications with nonparties. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | first sentence: all words after ‘go-to person for’, through the end of the sentence;<br>(12) paragraph 6, second sentence: from the first quoted term following ‘She is the’ through the end of the sentence;<br>(13) paragraph 6, the sentence following ‘Ex. 23 at -469.’: the entire sentence;<br>(14) paragraph 6, the sentence beginning ‘See, e.g., Ex. 24’: the contents of the parenthetical following ‘Ex. 24’ and of the parenthetical following ‘Ex. 25.’ ;<br>(15) paragraph 7, first sentence: the words between ‘is’ and ‘and leads a | | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | team'; and (16) paragraph 7, the sentence following 'Ex. 19 at -975.': all words after 'He', through the end of the sentence. | | | | | |
| 13. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 5 | Paragraph 3, second sentence: the words between 'He is responsible for' and ', Ex. 36'. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing (i) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; or (ii) Apple's business dealings and communications with nonparties. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 14. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 5 to 6 | All of the names in the last paragraph beginning on page 5 (paragraph 7), including its continuation at the top of page 6 and the bolded name at the beginning of the paragraph. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 15. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 5 to 6 | The last paragraph beginning on page 5, the parenthetical following 'See Ex. 20' (which begins on the last line of page 5 and ends on the second line of page 6): the entire parenthetical. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | information that Apple designated as “Confidential” or “Highly Confidential” pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 16. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 6 | (1) paragraph 1, the sentence beginning ‘Documents indicate’: all words after ‘participates in’, through the end of the sentence;<br>(2) the entire contents of the parenthetical following ‘Ex. 22 at -200’;<br>(3) paragraph 2, the sentence following the perma.cc URL: the two quoted terms following ‘managed the’;<br>(4) paragraph 2, the sentence beginning ‘Apple argues that’: the quoted words following ‘because | Same as Entry No. 12. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | his work'; and (5) paragraph 2, last sentence: the quoted words following 'sought information', and the quoted words following 'a meeting with' and the name that follows. | | | | | |
| 17. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 6 | (1) paragraph 1, the sentence beginning 'See Ex. 21': the entire contents of the first parenthetical (following 'Ex. 21'); and (2) paragraph 2, the sentence beginning 'For instance,': all words after 'For instance,', through the end of the sentence. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services and business strategy, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; or (iii) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | or team compositions of Apple's personnel. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services and Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 18. | 2026.08.26 [294] Letter Brief ISO Watch Custodians | 6 | All of the names in paragraph 2, including the bolded name at the beginning of the paragraph, the final word of the italicized article title in the Hodinkee citation (in both places the title appears), and the deponent's name in the parenthetical following 'Ex. 16'. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 19. | 2026.08.26 [294-2] Exhibit 1 | 2 to 10 | The entirety of pages 2 to 10, except (i) the table header row on page 2; (ii) the descriptions of various LinkedIn accounts on pages 3, 4, 5, 6, 7, 8, and 9; and (iii) the quote from the public article on page 4 column 3. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services, business strategy, technical information and product development, and internal email listservs, mailboxes, and administrative channels and internal operating procedures, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | services, including internal codenames; (ii) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (iii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iv) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (v) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (vi) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; (vii) Apple's business dealings and communications with nonparties; (viii) Apple's processes for developing its products and services; (ix) Apple's efforts to improve different aspects of its products and services; (x) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | and services; (xi) technical details about the functioning of Apple's products and services; or (xii) Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services; Apple's efforts to enhance, measure, protect, or evaluate its business performance; and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 20. | 2026.08.26 [294-3] Exhibit 2 | 2 | The final two lines of the page (the two lines following 'five additional custodians:'). | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 21. | 2026.08.26 [294-3] Exhibit 2 | 3 | The first four paragraphs of the page (all of the text before the heading 'The Remaining Requests Are Unnecessary and Disproportionate'). | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | or team compositions of Apple's personnel. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 22. | 2026.08.26 [294-3] Exhibit 2 | 4 | All of the names in the second and third paragraphs. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 23. | 2026.08.26 [294-3] Exhibit 2 | 4 to 5 | In the final paragraph of page 4, (i) the two email addresses; (ii) in the fifth sentence, the words between "The" and "address is the" and the words between "because" and "exists in two forms"; and (iii) in the sixth sentence, the words between "However, the" and | Same as Entry No. 7. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | "is an administrative channel."<br><br>On page 5, the second full paragraph of the page (beginning "Because the agreed and offered"), the words between "either form of the" and "address as a custodian." | | | | | |
| 24. | 2026.08.26 [294-4] Exhibit 3 | 10 | In the July 20, 2026 email from Apple's counsel: each of the five bullet points between the first and second paragraphs. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 25. | 2026.08.26 [294-4] Exhibit 3 | 15 | The names in the second and fifth bullet points. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 26. | 2026.08.26 [294-5] Exhibit 4 | 2 | The paragraph beginning ‘Second, Watch Plaintiffs understand’: (i) in the third sentence (beginning ‘However, Apple’s letter states’), the words between ‘collected from the’ and ‘listserv/mailbox’, the words between ‘Apple explains that’ and ‘is’, and all of the words after ‘is’ to the end of the sentence; and (ii) in the fifth sentence (beginning ‘Thus,’), the words between ‘Thus,’ and ‘is likely to possess’ and the words between ‘from the’ and ‘listserv/mailbox’. | Same as Entry No. 7. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 27. | 2026.08.26 [294-5] Exhibit 4 | 3 | All of the names on the page, including the two names in the parenthetical in the second sentence of the first paragraph (the words between 'from that list' and 'but otherwise'), the bolded name at the beginning of each bullet point, the name following "Apple's letter states that Apple believes" and "do not understand how adding" in the first bullet point, the names in the parentheticals following 'e.g.,' in the first and second bullet points, the name between 'Apple does not explain how' and 'files', and between 'whether' and 'has anything to do with' in the first and | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | second bullet points, the name following 'Apple's letter states that' in the second bullet point, the deponent's name preceding 'CID Dep.' in the third bullet point, and the two names in footnote 1. | | | | | |
| 28. | 2026.08.26 [294-5] Exhibit 4 | 3 | Third bullet point: (1) first sentence: the two quoted phrases following 'testifying under oath as the'; and (2) third sentence: all words after 'reveal that' through the end of the first quotation, and the quoted words following 'and is responsive'. | Same as Entry No. 3. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 29. | 2026.08.26 [294-5] Exhibit 4 | 4 | All of the names on the page, including the bolded name and first two words at the beginning of the first and second bullet points, the words between ‘any relevant documents in’ and ‘files’ in the the carryover paragraph at the top of the page, the final word of the italicized article title in the Hodinkee citation, the hyphenated name before ‘-apple’ in the Hodinkee URL, the words between ‘without support, that’ and ‘work “concerned”’ in the bullet point with the Hodinkee citation, the words between ‘But’ and ‘was directly quoted’ in the bullet point with the Hodinkee | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | citation, and the deponent's name preceding '3/8/2021 Dep.'. | | | | | |
| 30. | 2026.08.26 [294-5] Exhibit 4 | 4 | (1) the carryover paragraph at the top of the page, the sentence beginning 'Moreover,': all words after 'Moreover,' through the end of the sentence;<br>(2) the carryover paragraph at the top of the page, the parenthetical following 'APLCIDLIT07851858.': the entire quotation; and<br>(3) the first bullet point on the page, the sentence following the New Yorker URL: all words after 'was', | Same as Entry No. 3. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | through the end of the sentence. | | | | | |
| 31. | 2026.08.26 [294-5] Exhibit 4 | 4 to 5 | All of the names in the second bullet point on page 4, including the first two words after 'APLDOJLIT03808974', the two words after 'ipse dixit that', the two words after 'does not mean that', and its continuation on the first line of page 5 and the bolded name at the beginning of the bullet point. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 32. | 2026.08.26 [294-5] Exhibit 4 | 4 to 5 | The second bullet point on page 4, the sentence beginning ‘In fact,’: all words after ‘In fact,’ and the name that follows, through the end of the line that precedes the line containing ‘purportedly reports up to’; and the parenthetical following ‘APLDOJLIT01988 049’, which ends on the first line of page 5: the entire parenthetical. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple’s business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple’s business strategy, including by disclosing (i) internal deliberations regarding Apple’s business plans, marketing strategies, and other strategic issues related to Apple’s efforts to gain a competitive advantage; or (ii) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple’s personnel. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple’s efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple’s competitors to undermine Apple’s competitive standing. In addition, Apple maintains that there is no public right of access to this information because it is discovery | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 33. | 2026.08.26 [294-5] Exhibit 4 | 5 | All of the names on the page, including the bolded name at the beginning of each bullet point. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 34. | 2026.08.26 [294-5] Exhibit 4 | 5 | (1) first bullet point, first sentence: from the first quoted term following 'is listed as the' through the end of the sentence; (2) first bullet point, last sentence: the entire contents of the parenthetical following 'APLDOJLIT00232 526' and of the parenthetical following | Same as Entry No. 12. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | 'APLDOJLIT00958087'; (3) second bullet point, the sentence following the long parenthetical quotation: all words after 'produced documents show that' and the name that follows, through the end of the sentence; (4) third bullet point, first sentence: all words after the name at the start of the sentence, through the end of the sentence; and (5) third bullet point, second sentence: from the em-dash following the first word of the sentence through the comma preceding 'and has produced'. | | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 35. | 2026.08.26 [294-5] Exhibit 4 | 5 | Second bullet point: (1) the parenthetical following 'APLCIDLIT13922958': the entire quotation; and (2) the parenthetical following 'APLDOJLIT05011524': the entire quotation. | Same as Entry No. 6. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 36. | 2026.08.26 [294-5] Exhibit 4 | 6 | All of the names in the first paragraph (the carryover paragraph at the top of the page) and in footnotes 2 and 3. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 37. | 2026.08.26 [294-5] Exhibit 4 | 6 | The paragraph beginning 'Watch Plaintiffs provided the above information', final sentence: the entire bolded list following 'June 24 list:' through the closing period, including the footnote reference | Same as Entry No. 7. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | numerals attached to two of the entries. | | | | | |
| 38. | 2026.08.26 [294-6] Exhibit 5 | 2 to 343 | The entire deposition transcript. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy and technical information and product development, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iii) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (iv) the types of information, including | Same as Entry No. 1. | Apple requests sealing only of documents that reflect its Confidential Information or non-public discovery information. Apple's request is narrowly tailored to seal the Confidential Information. Apple has requested to redact the requested pages in full because the Confidential information is spread throughout the document in question such that the only practical and least restrictive means available to protect it is to seal the requested pages in their entirety. This is the least restrictive alternative available to protect the non- | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (v) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; (vi) Apple's business dealings and communications with nonparties; (vii) Apple's processes for developing its products and services; (viii) Apple's efforts to improve different aspects of its products and services; (ix) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (x) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance and Apple's products and services and/or products and services under | | public Confidential Information.<br><br>*See* Walsh Decl. ¶ 9. | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 39. | 2026.08.26 [294-7] Exhibit 6 | 2 to 4 | Everything on pages 2 to 4. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iii) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (iv) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (v) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; or (vi) Apple's business dealings and communications with | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | nonparties. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 40. | 2026.08.26 [294-8] Exhibit 7 | 2 to 3 | The entire email thread. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 41. | 2026.08.26 [294-9] Exhibit 8 | 2-4, | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services and technical information and product development, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) Apple's processes for developing its products and services; (iii) Apple's | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | efforts to improve different aspects of its products and services; (iv) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (v) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 42. | 2026.08.26 [294-10] Exhibit 9 | 2 to 5 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy and technical information and product development, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) Apple's business dealings and communications with nonparties; (iii) Apple's processes for developing its products and services; (iv) Apple's efforts to improve different aspects of its products and services; (v) concerns, | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (vi) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 43. | 2026.08.26 [294-11] Exhibit 10 | 2 to 6 | The entire email thread. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 44. | 2026.08.26 [294-12] Exhibit 11 | 2 | All of the text. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 45. | 2026.08.26 [294-13] Exhibit 12 | 2 to 9 | The entire email thread. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 46. | 2026.08.26 [294-16] Exhibit 15 | 2 to 4 | Seal in full except slipsheet | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 47. | 2026.08.26 [294-17 to 294-20] Exhibit 16 | 2 to 270 | The entire deposition transcript | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 48. | 2026.08.26 [294-21] Exhibit 17 | 2 to 5 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services and business strategy, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (iii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iv) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (v) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (vi) detailed information about the roles, responsibilities, reporting lines, | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | performance evaluations, HR reports, or team compositions of Apple's personnel; or (vii) Apple's business dealings and communications with nonparties. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services and Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 49. | 2026.08.26 [294-22] Exhibit 18 | 2 to 4 | Entire document | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 50. | 2026.08.26 [294-23] Exhibit 19 | 2 to 4 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 51. | 2026.08.26 [294-24] Exhibit 20 | 2 to 5 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 52. | 2026.08.26 [294-25] Exhibit 21 | 2 to 3 | The entire email thread. | Same as Entry No. 48. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 53. | 2026.08.26 [294-26] Exhibit 22 | 2 to 6 | Seal in full | Same as Entry No. 48. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 54. | 2026.08.26 [294-27 to 294-29] Exhibit 23 | 2 to 338 | Seal in full | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iii) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (iv) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (v) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; or (vi) Apple's business dealings and communications with | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | nonparties. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 55. | 2026.08.26 [294-30] Exhibit 24 | 2 to 5 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 56. | 2026.08.26 [294-31] Exhibit 25 | 2 to 5 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 57. | 2026.08.26 [294-32] Exhibit 26 | 2 to 78 | Seal in full | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services, business strategy, and technical information and product development, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) internal deliberations regarding Apple's | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (iii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iv) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (v) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (vi) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; (vii) Apple's business dealings and communications with nonparties; (viii) Apple's processes for developing its products and services; (ix) Apple's efforts to improve different aspects of its products and services; (x) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (xi) technical details about the functioning of Apple's products and services. This is the type | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services; Apple's efforts to enhance, measure, protect, or evaluate its business performance; and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 58. | 2026.08.26 [294-33 to 294-35] Exhibit 27 | 2 to 171 | Entire transcript. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 59. | 2026.08.26 [294-36] Exhibit 28 | 2 to 5 | Seal in full | Same as Entry No. 48. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 60. | 2026.08.26 [294-37] Exhibit 29 | 2 to 8 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 61. | 2026.08.26 [294-38] Exhibit 30 | 2 to 5 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 62. | 2026.08.26 [294-39] Exhibit 31 | 2 to 3 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services, internal systems, and technical information and product development, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) descriptions of the contents of Apple's internal | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | systems; (iii) how Apple uses the information in its internal systems; (iv) security information pertaining to Apple's internal systems; (v) the organization and operating procedures applicable to those internal systems; (vi) Apple's processes for developing its products and services; (vii) Apple's efforts to improve different aspects of its products and services; (viii) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (ix) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services; Apple's internal systems and Apple's use of those systems in furtherance of its business; and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | customers, as well as provide information to bad actors about Apple's internal systems that could be exploited to harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 63. | 2026.08.26 [294-40] Exhibit 32 | 2 to 6 | The entire email thread. | Same as Entry No. 41. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 64. | 2026.08.26 [294-41] Exhibit 33 | 2 | The entire email. | Same as Entry No. 48. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 65. | 2026.08.26 [294-42] Exhibit 34 | 2 to 31 | The entire email thread. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 66. | 2026.08.26 [294-43] Exhibit 35 | 2 to 5 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 67. | 2026.08.26 [294-44] Exhibit 36 | 2 to 4 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 68. | 2026.08.26 [294-45] Exhibit 37 | 2 to 6 | Pages 2-6 in their entirety. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 69. | 2026.08.26 [294-46] Exhibit 38 | 24 | Final paragraph: the words after 'In certain cases, however,' through the end of the sentence preceding 'Additional information about'. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures, including security information related to Apple's App Review process. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information that could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 70. | 2026.08.26 [294-46] Exhibit 38 | 25 | (1) the paragraph beginning 'If a first level app reviewer', the sentence beginning 'A first level app reviewer can also reject': the words between 'indicating in' and 'the reason'; and (2) the paragraph beginning 'Under certain circumstances', second to last sentence: the words after 'documented in' through the end of the sentence. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's internal systems, including by disclosing (i) descriptions of the contents of Apple's internal systems; (ii) how Apple uses the information in its internal systems; (iii) security information pertaining to Apple's internal systems; or (iv) the organization and operating procedures applicable to those internal systems. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors nonpublic information about Apple's internal systems and Apple use of those systems in furtherance of its business as well as provide information to bad actors about Apple's internal systems that could be exploited to harm Apple or its customers. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 71. | 2026.08.26 [294-46] Exhibit 38 | 26 | First paragraph under the heading 'Tools & Materials Used', second sentence: the words after 'this document,' through the end of the sentence. | Same as Entry No. 7. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 72. | 2026.08.26 [294-46] Exhibit 38 | 26 | Second paragraph under the heading 'Tools & Materials Used': (1) in the first sentence, the words after 'through' through the end of the sentence; and (2) in the second sentence, the word following 'Information about'. | Same as Entry No. 70. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 73. | 2026.08.26 [294-46] Exhibit 38 | 26 | The paragraph immediately preceding the heading 'Technical Investigation': the entire first sentence. | Same as Entry No. 70. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 74. | 2026.08.26 [294-46] Exhibit 38 | 27 | (1) the paragraph beginning 'One tool used by the TI team': the words after 'servers is' through the end of the paragraph; and (2) the final paragraph on the page: the words after 'For example,' through the end of the page. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's internal systems and internal email listservs, mailboxes, and administrative channels and internal operating procedures, including by disclosing (i) descriptions of the contents of Apple's internal systems; (ii) how Apple uses the information in its internal systems; (iii) security information pertaining to Apple's internal systems; (iv) the organization and operating procedures applicable to those internal systems; or (v) Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures, including security information related to Apple's App Review process. This | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's internal systems and Apple's use of those systems in furtherance of its business, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers, as well as provide information to bad actors about Apple's internal systems that could be exploited to harm Apple or its customers. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 75. | 2026.08.26 [294-46] Exhibit 38 | 28 | First paragraph (the continuation of the paragraph from the preceding page): the entire paragraph. | Same as Entry No. 69. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 76. | 2026.08.26 [294-46] Exhibit 38 | 31 | First paragraph under ‘Response’, first sentence: the words after ‘in the App Store,’ through the end of the sentence. | Same as Entry No. 69. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 77. | 2026.08.26 [294-46] Exhibit 38 | 31 | Fourth paragraph under ‘Response’, final sentence: the words after ‘process is documented in the’ through the end of the paragraph. | Same as Entry No. 74. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 78. | 2026.08.26 [294-47] Exhibit 39 | 2 to 3 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy and internal email listservs, mailboxes, and administrative channels and internal operating procedures, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iii) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (iv) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (v) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | or team compositions of Apple's personnel; (vi) Apple's business dealings and communications with nonparties; or (vii) Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 79. | 2026.08.26 [294-48] Exhibit 40 | 2 to 3 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 80. | 2026.08.26 [294-50] Exhibit 42 | 2 to 3 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services, business strategy, and internal email listservs, mailboxes, and administrative channels and internal operating procedures, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | including internal codenames; (ii) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (iii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iv) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (v) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (vi) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; (vii) Apple's business dealings and communications with nonparties; or (viii) Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services and Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 81. | 2026.08.26 [294-51] Exhibit 43 | 2 to 3 | The entire email thread. | Same as Entry No. 78. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 82. | 2026.08.27 [299-2] Exhibit 1-7 | 2 to 57 | Exhibits 1–6, excluding slipsheets. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about the European Commission's (the "Commission") pending investigation against Apple. These documents are not public in the European Union ("EU"), and EU law treats these documents as confidential. Public disclosure of these documents would circumvent the EU regime governing access to the Commission's investigative file and would reveal nonpublic information about the Commission's investigation and give insight into Apple's nonpublic legal positions and arguments. This could harm Apple's competitive standing because it would reveal information to Apple's competitors that they could | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | exploit to gain leverage over Apple in negotiations or otherwise undermine Apple's competitive standing. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple considers to be "Highly Confidential" pursuant to the DCO.<br>*See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 83. | 2026.09.02 [313] Apple's Ltr. Br. re DAWP Custodian Impasse | 3 | All of the names in the last paragraph on the page (the first paragraph under heading A), including the bolded name at the beginning of the paragraph. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 84. | 2026.09.02 [313] Apple's Ltr. Br. re DAWP Custodian Impasse | 4 | The last paragraph on the page, the sentence beginning 'For example': all of the words after 'For example,' to the end of the sentence (preceding the citation 'Pl. Ex. 40'). | Same as Entry No. 8. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 85. | 2026.09.02 [313] Apple's Ltr. Br. re DAWP Custodian Impasse | 4 | All of the names on the page, including the bolded name at the beginning of each of the three paragraphs that begin on the page. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 86. | 2026.09.02 [313] Apple's Ltr. Br. re DAWP Custodian Impasse | 5 | First paragraph on the page: the two bolded words that start the paragraph as well as the email address at the beginning of the first sentence, and the sentences following 'not a person.' and preceding 'The substantive communications'. | Same as Entry No. 7. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 87. | 2026.09.02 [313] Apple's Ltr. Br. re DAWP Custodian Impasse | 5 | All of the names in the paragraphs under heading C, including the bolded name at the beginning of the second and third paragraphs under that heading. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 88. | 2026.09.02 [313] Apple's Ltr. Br. re DAWP Custodian Impasse | 6 | All of the names on the page, including the bolded name at the beginning of each of the four paragraphs that begin on the page. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 89. | 2026.09.02 [313] Apple's Ltr. Br. re DAWP Custodian Impasse | 7 | All of the names on the page, including the bolded name at the beginning of the second paragraph. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 90. | 2026.09.02 [313-2] Exhibit 2 | 13 to 16 | Entire transcript excerpt. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 91. | 2026.09.02 [313-2] Exhibit 3 | 18 | The entire email. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 92. | 2026.09.02 [313-2] Exhibit 4 | 20 to 34 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 93. | 2026.09.02 [313-2] Exhibit 5 | 36 to 48 | The entire email thread. | Same as Entry No. 48. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 94. | 2026.09.02 [313-2] Exhibit 6 | 50 to 52 | The entire email thread. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 95. | 2026.09.02 [313-2] Exhibit 7 | 54 to 62 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy and technical information and product development, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iii) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (iv) Apple's business dealings and communications with nonparties; (v) Apple's processes for developing its products and services; (vi) Apple's efforts to improve different aspects of its products and services; (vii) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | development of its products and services; or (viii) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 96. | 2026.09.02 [313-2] Exhibit 8 | 64 to 65 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services, business strategy, and technical information and product development, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (iii) Apple's business dealings and communications with nonparties; (iv) Apple's processes for developing its products and services; (v) Apple's efforts to improve different | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | aspects of its products and services; (vi) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (vii) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services; Apple's efforts to enhance, measure, protect, or evaluate its business performance; and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 97. | 2026.09.02 [313-2] Exhibit 9 | 67 to 68 | The entire email thread. | Same as Entry No. 42. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 98. | 2026.09.02 [313-2] Exhibit 10 | 70 to 71 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 99. | 2026.09.02 [313-2] Exhibit 11 | 73 to 74 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services, business strategy, and technical information and product development, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; (iii) Apple's processes for developing its products and services; (iv) Apple's efforts to improve different aspects of its products and services; (v) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; or (vi) technical details about the functioning of Apple's products and services. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services; Apple's efforts to enhance, measure, protect, or evaluate its business performance; and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 100. | 2026.09.02 [313-2] Exhibit 12 | 76 to 79 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 101. | 2026.09.02 [313-2] Exhibit 13 | 81 | The entire email thread. | Same as Entry No. 41. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 102. | 2026.09.02 [313-2] Exhibit 14 | 83 to 84 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's unannounced products and services, technical information and product development, and internal email listservs, mailboxes, and administrative channels and internal operating procedures, including by disclosing (i) Apple's unannounced, unreleased, or cancelled products and services, including internal codenames; (ii) Apple's processes for developing its products and services; (iii) Apple's efforts to improve different aspects of its products and services; (iv) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; (v) technical details about the functioning of Apple's products and services; or (vi) Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's unannounced, unreleased, or cancelled products and services and Apple's products and services and/or products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 103. | 2026.09.02 [313-2] Exhibit 15 | 86 to 87 | The entire email thread. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 104. | 2026.09.02 [313-2] Exhibit 16 | 89 to 94 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 105. | 2026.09.02 [313-2] Exhibit 17 | 96 to 101 | The entire email thread. | Same as Entry No. 41. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 106. | 2026.09.02 [313-2] Exhibit 18 | 103 to 105 | The entire email thread. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's technical information and product development and internal email listservs, mailboxes, and administrative channels and internal operating procedures, including by disclosing (i) Apple's processes for developing its products and services; (ii) Apple's efforts to improve different aspects of its products and services; (iii) concerns, priorities, tradeoffs, or other strategic considerations bearing on Apple's development of its products and services; (iv) technical details about the functioning of Apple's products and services; or (v) Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's products and services and/or | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | products and services under development, which could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 107. | 2026.09.02 [313-2] Exhibit 19 | 107 to 110 | The entire email thread. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 108. | 2026.09.02 [313-2] Exhibit 20 | 112 to 115 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 109. | 2026.09.02 [313-2] Exhibit 21 | 117 to 124 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 110. | 2026.09.02 [313-2] Exhibit 22 | 126 to 127 | The entire email thread. | Same as Entry No. 39. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 111. | 2026.09.02 [313-2] Exhibit 23 | 129 to 131 | The entire email thread. | Same as Entry No. 57. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 112. | 2026.09.02 [313-2] Exhibit 24 | 133 to 138 | The entire email thread. | Same as Entry No. 48. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 113. | 2026.09.15 [346-7] Exhibit E | 1 to 4 | The entirety of the document | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's business strategy, including by disclosing (i) internal deliberations regarding Apple's business plans, marketing strategies, and other strategic issues related to Apple's efforts to gain a competitive advantage; (ii) internal analyses or reports concerning Apple's products, services, or customers used, created, or referenced by Apple personnel in their efforts to help Apple gain a competitive advantage; (iii) internal presentations or similar business documents relating to Apple's efforts to gain a competitive advantage; (iv) the types of information, including third-party information, that Apple personnel review, reference, or otherwise use in their efforts to help Apple gain a competitive advantage; (v) detailed information about the roles, responsibilities, reporting lines, performance evaluations, HR reports, or team compositions of Apple's personnel; or (vi) Apple's business dealings and communications with nonparties. This is the type of business information that | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information concerning Apple's efforts to enhance, measure, protect, or evaluate its business performance, which could be used by Apple's competitors to undermine Apple's competitive standing. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm both the nonparties' privacy interests and Apple's competitive standing by revealing nonpublic information to competitors about the makeup and structure of Apple's internal teams. In addition, Apple maintains that there is no public right of access to this information because it was produced to Plaintiffs solely for purposes of validating Apple's TAR model and is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. | | | | |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | *See* Walsh Decl. ¶¶ 4-6. | | | | |
| 114. | 2026.09.15 [346-8] Exhibit F | 1 to 31 | The entirety of the document | Same as Entry No. 113. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 115. | 2026.09.15 [346-9] Exhibit G | 1 to 109 | The entirety of the document | Same as Entry No. 113. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 116. | 2026.09.15 [346-10] Exhibit H | 1 to 97 | The entirety of the document | Same as Entry No. 113. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 117. | 2026.09.15 [346-11] Exhibit I | 1 to 45 | The entirety of the document | Same as Entry No. 113. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 118. | 2026.09.15 [346-12] Exhibit J | 1 to 2 | The entirety of the document | Apple requests sealing of this information because it contains personally identifiable information about nonparty current and/or former Apple employees that, if disclosed, would harm nonparties' privacy interests. In addition, Apple maintains that there is no public right of access to this information because it was produced to Plaintiffs solely for purposes of validating Apple's TAR model and is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO. *See* Walsh Decl. ¶¶ 4-6 | | | | |
| 119. | 2026.09.15 [346-13] Exhibit K | 1 to 1 | The entirety of the document | Same as Entry No. 118. | Same as Entry No. 1. | Same as Entry No. 38. | Same as Entry No. 1. | Same as Entry No. 1. |
| 120. | 2026.09.22 [359-8] Exhibit 49 | 2 | All of the names in the paragraphs beginning with "First, we can confirm" and "Second, we have considered." | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 121. | 2026.09.22 [359-8] Exhibit 49 | 3 | All of the names in the paragraphs beginning with "Third, we are willing" and "We are also." | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 122. | 2026.09.29 [378] Apple Response re Timeliness of DAWP motion | 5 | Each of the names and the listserv in the "custodian" row of the chart. | Apple requests sealing of this information because it relates to or contains competitively sensitive aspects of Apple's business. Specifically, the information at issue should be sealed because it would reveal nonpublic information about Apple's internal email listservs, mailboxes, and administrative channels and internal operating procedures. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to competitors and potential bad actors nonpublic information that could be used to undermine Apple's competitive standing or otherwise harm Apple or its customers. Further, Apple requests sealing of this information because it contains personally identifiable information about nonparty current | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | and/or former Apple employees that, if disclosed, would harm nonparties' privacy interests. In addition, Apple maintains that there is no public right of access to this information because it is discovery material filed in connection with a discovery brief. *See* Proposed FOF & COL ¶¶ 7–8. Apple also notes that the information it seeks to seal contains and/or reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br>*See* Walsh Decl. ¶¶ 4-6. | | | | |
| 123. | 2026.09.29 [378] Apple Ltr. Response re Timeliness of DAWP motion | 6 | Each of the names in the "custodian" row of the chart. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 124. | 2026.09.29 [378-2] Exhibit 25 | 16 | The names in the bullet point list between the two paragraphs. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 125. | 2026.09.29 [378-2] Exhibit 25 | 22 | The names in the second and fifth bullet points. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 126. | 2026.11.3 [423] DAWP Reply Brief | 3 | Each of the names in the second and third paragraphs as well as the name in footnote 3. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 1. |
| 127. | 2026.11.3 [423-2] Exhibit 51 | 3 | In the third full paragraph (the one beginning with "As a concession"): in the first sentence, the words between "for its" and "non-carrier." | Apple requests sealing of this text because it relates to competitively sensitive aspects of Apple's business. Specifically, it concerns nonpublic, competitively sensitive financial information related to Apple's sales. This is the type of business information that Apple maintains in confidence and is of the type that is treated as confidential and proprietary generally. Producing this information would reveal to Apple's competitors and other third parties doing business with Apple information about Apple's finances and business dealings that would provide | Same as Entry No. 1. | Same as Entry No. 1. | Yes, this information was previously sealed by the Court. *See* ECF No. 356. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | | them an unfair advantage in the future. For example, this information could be used to negotiate more favorable terms and thereby undermine Apple's competitive standing and weaken its market position. In addition, the Confidential Information reflects information that Apple designated as "Confidential" or "Highly Confidential" pursuant to the DCO.<br><br>*See* Walsh Decl. ¶¶ 4-5. | | | | |
| 128. | 2026.11.3 [423-2] Exhibit 51 | 3 | The text of footnote two. | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |
| 129. | 2026.11.3 [423-2] Exhibit 51 | 5 | In the first full paragraph (the one beginning with "First, Defendant does not disagree"): in the sentence beginning "Defendant explains that its carrier contracts," the figure between | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | "account for more than" and "of all U.S. iPhone reseller sales." | | | | | |
| 130. | 2026.11.3 [423-2] Exhibit 51 | 5 | In the first full paragraph (the one beginning with "First, Defendant does not disagree"): in the sentence beginning "Defendant explains that its carrier contracts," the words immediately following "with non-carrier retailers representing" and preceding the closing quotation mark. | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 131. | 2026.11.3 [423-2] Exhibit 51 | 5 | In the first full paragraph (the one beginning with "First, Defendant does not disagree"): in the sentence beginning "Defendant further explains," the words between "explains that the" and "non-carrier retailers." | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |
| 132. | 2026.11.3 [423-2] Exhibit 51 | 5 | In the first full paragraph (the one beginning with "First, Defendant does not disagree"): in the sentence beginning "Defendant further explains," the figure between "account for approximately" and "of all non-carrier retail iPhone sales." | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 133. | 2026.11.3 [423-2] Exhibit 51 | 5 | In the first full paragraph (the one beginning with "First, Defendant does not disagree"): in the sentence beginning "Hence, Defendant claims," the figure between "produce contracts with" and "of its retailers." | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |
| 134. | 2026.11.3 [423-2] Exhibit 51 | 5 | In the first full paragraph (the one beginning with "First, Defendant does not disagree"): in the sentence beginning "Hence, Defendant claims," the figure between "what amounts to" and "of its retailer contracts." | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| 135. | 2026.11.3 [423-2] Exhibit 51 | 5 | In the second full paragraph (the one beginning with “Moreover, Defendant explains”): the figure between “as to this remaining” and “of contracts.” | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |
| 136. | 2026.11.3 [423-2] Exhibit 51 | 6 | In the first full paragraph (the one beginning with “As to the communications”): the words between “U.S. wireless carriers and” and “related to iPhone sales or promotions.” | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |
| 137. | 2026.11.3 [423-2] Exhibit 51 | 8 | In the paragraph beginning with “In reviewing the Parties’ submissions”: within the parenthetical beginning “which, according to Defendant,” the figure between | Same as Entry No. 127. | Same as Entry No. 1. | Same as Entry No. 1. | Same as Entry No. 127. | Same as Entry No. 1. |

| Entry # | Material / Title of Document | PDF Page # | Location | Basis for Sealing (Legitimate Private or Public Interest Which Warrant the Relief Sought) | Clearly Defined and Serious Injury that Would Result if Relief is Not Granted | Why a Less Restrictive Alternative to the Relief Sought is Not Available | Any Prior Order Sealing the Same Materials in the Pending Action | Party in Opposition to Sealing, if any, and Basis |
|---|---|---|---|---|---|---|---|---|
| | | | "accounts for" and "of its contracts with retailers." | | | | | |