WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

**VIA ECF** November 16, 2026

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***In re: Apple Inc. Smartphone Antitrust Litigation***
**Civil Action No. 2:24-md-03113-JXN-LDW (MDL 3113)**

**Stipulation to Extend Deadline for Apple to Respond to Watch Plaintiff's Brief Regarding Technical Documents (Dkt. 464) in Response to Court's Order (Dkt. 472)**

Dear Judge Wettre:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendant Apple Inc. ("Apple") in the above-captioned matter. Apple writes in response to Your Honor's November 13, 2026, Order (Dkt. 472) directing the parties to agree on a deadline for Apple to respond to Watch Plaintiff's brief regarding its requests for technical documents (Dkt. 464).

After conferring, the parties have agreed to extend Apple's deadline to file its opposition to Watch Plaintiff's brief from Wednesday, November 18, 2026, to Wednesday, December 2, 2026.

Should this agreed-upon extension meet with Your Honor's approval, we respectfully request this letter be "so ordered" and entered on the docket. We thank the Court for its attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*
Liza M. Walsh

cc: All Counsel of Record (via ECF)

**SO ORDERED:**

______________________________
Hon. Leda D. Wettre, U.S.M.J.