**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc.*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**DECLARATION OF IAN MOODY IN SUPPORT OF WATCH PLAINTIFFS' LETTER BRIEF IN SUPPORT OF ADDITIONAL WATCH CUSTODIANS**

I, Ian Moody, affirm as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Korein Tillery LLC, which represents the Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") in this action. I am fully familiar with the facts set forth in this declaration.

2. I submit this declaration in support of Watch Plaintiffs' Letter Brief In Support Of Additional Watch Custodians.

3. Attached to this declaration as **Exhibit 1** is a true and accurate copy of the chart that Watch Plaintiffs sent to Apple Inc. ("Apple") on June 24, 2026, in support of Watch Plaintiffs' narrowed proposal for additional document custodians.

4. Attached to this declaration as **Exhibit 2** is a true and accurate copy of email

correspondence between Watch Plaintiffs and Apple regarding custodian negotiations, from June 24, 2026 to August 6, 2026.

5. Attached to this declaration as **Exhibit 3** is a true and accurate copy of Apple's July 24, 2026 letter regarding custodian negotiations.

6. Attached to this declaration as **Exhibit 4** is a true and accurate copy of Watch Plaintiffs' August 3, 2026 letter regarding custodian negotiations.

7. Attached to this declaration as **Exhibit 5** is a true and accurate copy of the transcript of the CID deposition of Shaan Pruden, taken May 27, 2022, and produced in this litigation with the Bates stamp CIDDEPO0000000119.

8. Attached to this declaration as **Exhibit 6** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT02452176.

9. Attached to this declaration as **Exhibit 7** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLCIDLIT07851858.

10. Attached to this declaration as **Exhibit 8** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLCIDLIT07027303.

11. Attached to this declaration as **Exhibit 9** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp

APLDOJLIT00274798.

12. Attached to this declaration as **Exhibit 10** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT04890977.

13. Attached to this declaration as **Exhibit 11** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT02363334.

14. Attached to this declaration as **Exhibit 12** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT14720418.

15. Attached to this declaration as **Exhibit 13** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp GARMIN-CID-00002479.

16. Attached to this declaration as **Exhibit 14** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp GARMIN-CID-00002490.

17. Attached to this declaration as **Exhibit 15** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT08869540.

18. Attached to this declaration as **Exhibit 16** is a true and accurate copy of the

transcript of the deposition of Scott Forstall, taken March 8, 2021, and produced in this litigation with the Bates stamp APLDOJLIT16638613.

19. Attached to this declaration as **Exhibit 17** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00109763.

20. Attached to this declaration as **Exhibit 18** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT03189478.

21. Attached to this declaration as **Exhibit 19** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT03808974.

22. Attached to this declaration as **Exhibit 20** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT07466274.

23. Attached to this declaration as **Exhibit 21** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT01988049.

24. Attached to this declaration as **Exhibit 22** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT05998199.

25. Attached to this declaration as **Exhibit 23** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT08595468.

26. Attached to this declaration as **Exhibit 24** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00160189.

27. Attached to this declaration as **Exhibit 25** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00232668.

28. Attached to this declaration as **Exhibit 26** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00223344.

29. Attached to this declaration as **Exhibit 27** is a true and accurate copy of the transcript of the deposition of John Geleynse, taken June 28, 2013, and produced in this litigation with the Bates stamp APLCIDLIT04270863.

30. Attached to this declaration as **Exhibit 28** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT12845067.

31. Attached to this declaration as **Exhibit 29** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp

APLDOJLIT00802953.

32. Attached to this declaration as **Exhibit 30** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00603419.

33. Attached to this declaration as **Exhibit 31** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00371835.

34. Attached to this declaration as **Exhibit 32** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00603201.

35. Attached to this declaration as **Exhibit 33** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT00368454.

36. Attached to this declaration as **Exhibit 34** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT04269914.

37. Attached to this declaration as **Exhibit 35** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT06042367.

38. Attached to this declaration as **Exhibit 36** is a true and accurate copy of a

document produced in this litigation bearing the Bates stamp APLDOJLIT11301020.

39. Attached to this declaration as **Exhibit 37** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT07141678.

40. Attached to this declaration as **Exhibit 38** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLCIDLIT13922958.

41. Attached to this declaration as **Exhibit 39** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT05011524.

42. Attached to this declaration as **Exhibit 40** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLCIDLIT13443372.

43. Attached to this declaration as **Exhibit 41** is a true and accurate copy of the LinkedIn profile for Greg Novick (www.linkedin.com/in/grnovick).

44. Attached to this declaration as **Exhibit 42** is a true and accurate copy of a document produced in this litigation bearing the Bates stamp APLDOJLIT01860316.

45. Attached to this declaration as **Exhibit 43** is a true and accurate copy of a

document produced in this litigation bearing the Bates stamp APLCIDLIT03818941.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

| | | |
|---|---|---|
| Executed: | August 26, 2026<br>St. Louis, MO | /s/ Ian Moody<br>Ian Moody |