**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J.<br>Hon. Ronald J. Hedges, Special Master (U.S.M.J. Ret.) |

**DECLARATION OF JASON LO IN SUPPORT OF APPLE INC.'S LETTER BRIEF REGARDING DOCUMENTS PRODUCED TO THE EUROPEAN COMMISSION**

I hereby declare as follows:

1. I am an attorney licensed to practice in the State of California, and have been admitted *pro hac vice* to practice before this Court pursuant to Case Management Order No. 1 (Dkt. 7). I am a partner at the law firm Gibson, Dunn & Crutcher LLP, counsel of record for Defendant Apple Inc. ("Apple") in this case. I submit this declaration in support of Apple's letter brief regarding whether Apple waived privileged by producing U.S.-privileged materials compelling by the European Commission ("EC") under threat of sanctions and over Apple's express objections. The facts set forth in this declaration are based on my personal knowledge, my involvement in this matter, and my review of correspondence, files, and records maintained by Gibson Dunn in the ordinary course of its representation of Apple. If called as a witness, I could and would testify competently to the facts stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the EC's September 26, 2024 Request For Information by Decision.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the EC's March 3, 2026 Request For Information by Decision and the March 31, 2026 amendment thereto.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the Apple's October 2, 2024 "Reasoned Request Pursuant to Recital 18 of the Commission

Decision of 29 September 2024."

5. Attached hereto as **Exhibit 4** is a true and correct copy of Apple's April 2, 2026 "Submission on Legal Professional Privilege."

6. Attached hereto as **Exhibit 5** is a true and correct copy of Apple's May 18, 2026 Production Letter to the EC.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Apple's November 10, 2024 Production Letter to the EC.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the August 3, 2026 Order issued by the President of the General Court of the European Union.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 27, 2026

GIBSON, DUNN & CRUTCHER LLP

By: *\/s/ Jason Lo*
Jason Lo
*Attorney for Apple Inc.*