HIGHLY CONFIDENTIAL

Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>**DECLARATION OF LIZA M. WALSH IN SUPPORT OF APPLE INC.'S LETTER BRIEF IN OPPOSITION TO WATCH PLAINTIFF'S REQUEST FOR ADDITIONAL CUSTODIANS**<br><br>*Filed Electronically* |

I, Liza M. Walsh, hereby declare and state as follows:

1. I am an attorney admitted to practice before this Court and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Apple Inc. ("Apple") in connection with the above-captioned matter. I have personal knowledge of the facts set forth in this declaration.

2. I submit this Declaration in support of Apple's letter brief, dated September 2, 2026, in opposition to Watch Plaintiff's letter brief seeking an order compelling Apple to add custodians (Dkt. 294) pursuant to the Special Master Appointment Order (Dkt. No. 208).

3. Attached hereto as **Exhibit 1** are true and correct copies of calendar invitations

for meet-and-confer sessions held between December 2025 and February 2026.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the June 16, 2026 deposition of Jeffrey Williams, Volume I, taken on behalf of the Plaintiffs in *United States v. Apple Inc.*, No. 2:24-cv-04055 (JXN) (LDW) (D.N.J. filed Mar. 21, 2024). For the purposes of Apple's letter brief and this declaration, the transcript has been excerpted to include only the cover pages and the pages cited in Apple's letter brief.

5. Attached hereto as **Exhibit 3** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT01164354.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT10731983.

7. Attached hereto as **Exhibit 5** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT03831491.

8. Attached hereto as **Exhibit 6** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT17113335.

9. Attached hereto as **Exhibit 7** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT12504324.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLAPPDOJ2-07316096.

11. Attached hereto as **Exhibit 9** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT10188620.

12. Attached hereto as **Exhibit 10** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT06908619.

13. Attached hereto as **Exhibit 11** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT06466633.

14. Attached hereto as **Exhibit 12** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT06911297.

15. Attached hereto as **Exhibit 13** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT01861013.

16. Attached hereto as **Exhibit 14** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT01976837.

17. Attached hereto as **Exhibit 15** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT02911718.

18. Attached hereto as **Exhibit 16** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT11303928.

19. Attached hereto as **Exhibit 17** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT00753628.

20. Attached hereto as **Exhibit 18** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT02526319.

21. Attached hereto as **Exhibit 19** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT16128393.

22. Attached hereto as **Exhibit 20** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT00958087.

23. Attached hereto as **Exhibit 21** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT00515056.

24. Attached hereto as **Exhibit 22** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT08870132.

25. Attached hereto as **Exhibit 23** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT10180600.

26. Attached hereto as **Exhibit 24** is a true and correct copy of a document produced by Apple in this litigation bearing the Bates stamp APLDOJLIT12594940.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: September 2, 2026

*s/ Liza M. Walsh*
Liza M. Walsh