**From:** Frazar Thomas
**To:** "Apple-SmartphoneMDL-External@groups.gibsondunn.com"
**Cc:** Sullivan, Connor S.; Warren Martin, Katherine; Lo, Jason; Apple All Plaintiffs; Sullivan, Connor S.; Lo, Jason; *jkleinbrodt@gibsondunn.com; Rose, Joseph R.; Rho, Jennifer; *banderson@gibsondunn.com; KELLOGG-APPLEWATCH-MDL-EXTERNAL; ML Apple Watch; KT-AppleWatch-MDL; Snoddon, Emily M.; Bryant, Tracie L.; Johnson, Rachel (ATR); Strong, Curtis (ATR); Mayther, Nolan (ATR); applenjteam@law.njoag.gov; *LWalsh@walsh.law; *LMalakoff@walsh.law; darpert@walsh.law
**Subject:** iPhone Antitrust - Exemplar Documents for 8.28.2026 Meet and Confer re TAR Model
**Date:** Thursday, August 27, 2026 1:00:00 PM
**Attachments:** image001.png
image002.png

---

Counsel,

In the spirit of cooperation, MDL Plaintiffs are providing you examples of documents we have identified thus far that Apple's TAR model scored below the cutoff, but which are clearly responsive. Our review is ongoing. These are exemplar documents that we are providing because we may wish to discuss them on tomorrow's call; they do not represent the full universe of false negatives or false positives that we have identified.

We also note that Apple seemed to indicate during yesterday's meet and confer that it would potentially seek to alter or retrain its model based on examples like this. Without knowing what Apple plans to do or what the implications may be of any alteration or "retraining" to the current sampling process and our evaluation of Apple's TAR model, we do not consent to any alteration or retraining at this time. We look forward to discussing tomorrow any such plans Apple may have.

Below is a list of documents that we may discuss during tomorrow's meet and confer:

- SAMPLE-APLMDL_00170746
- SAMPLE-APLMDL_00069455
- SAMPLE-APLMDL_00031305
- SAMPLE-APLMDL_00037631
- SAMPLE-APLMDL_00038232
- SAMPLE-APLMDL_00139382
- SAMPLE-APLMDL_00039384
- SAMPLE-APLMDL_00052710
- SAMPLE-APLMDL_00054730
- SAMPLE-APLMDL_00138728
- SAMPLE-APLMDL_00172993

Thank you,
Fraz

**Frazar Thomas**
Associate
P: 215-553-7990
FThomas@SeegerWeiss.com

SEEGER WEISS LLP