# EXHIBITS E-K

# REDACTED IN FULL