# plates

your choice of protein, green, side

## 1. pick one protein

- **steak** *grilled medium rare* 270 cal. **$14**
- **salt & pepper chicken*** 250 cal. **$13.5**
- **chipotle bbq chicken*** 300 cal. **$13.5**
- **buttermilk fried chicken*** 340 cal. **$13.5**
- **salmon** *grilled medium* 160 cal. **$16**
- **seared tuna** *grilled rare* 190 cal. **$14**

real food. made real. real food. made real.

IT'S ALL GOOD

## 2. pick one green

- **baby greens** 200 cal.
  *sherry vinaigrette*
- **kale** 220 cal.
  *parmesan, roasted garlic vinaigrette*
- **baby arugula** 215 cal.
  *parmesan, fennel, lemon vinaigrette*
- **butter lettuce** 225 cal.
  *chive, tarragon dressing*
- **romaine hearts** 340 cal.
  *parmesan, croutons, caesar dressing*
- **baby spinach** 255 cal.
  *nuts, goat cheese, cabernet vinaigrette*

## 3. pick one side

- **brown rice** 240 cal.
- **mashed potatoes** 250 cal.
- **seasonal veggies** 70–240 cal.

# sandwiches

add a side or soup for **$4**

- **fried chicken** on brioche bun 950 cal. **$10**
  *fried chicken, cabbage slaw, pickles, chili aioli*
- **the original** on ciabatta 810 cal. **$10**
  *salt & pepper chicken, roasted red peppers, aioli*
- **falafel** on lavash 560 cal. **$9.5**
  *chickpea fritters, tzatziki, harissa, pickles*

● vegan ● contains gluten ● raw food warning

*our chicken is served skin on, with white and dark meat

SAMPLE - PRODUCED FOR VALIDATION PURPOSES ONLY
CONFIDENTIAL

# bowls

**CALIFORNIA**
*brown rice, seasonal salsa, pepitas, cabbage slaw, cotija, lime crema*

pick one:

- **chipotle bbq chicken** 1045 cal. **$13.5**
- **salmon** 900 cal. **$16**
- **steak** 1015 cal. **$14**

**PACIFIC**
*sushi rice, spicy miso mayo, pickled cucumber, carrot, greens, sesame, ginger dressing*

pick one:

- **katsu chicken** 1050 cal. **$13.5**
- **togarashi tuna** 900 cal. **$14**
- **togarashi salmon** 870 cal. **$16**
- **ginger soy steak** 980 cal. **$14**

# salads

**chipotle bbq chicken** 610 cal. **$13.5**
*avocado, cotija, tortilla strips, green onion, radish, romaine, cilantro lime dressing*

**harvest chicken** 960 cal. **$14**
*seasonal fruit, artisan cheese, nuts, baby greens, golden balsamic vinaigrette*

**grilled chicken cobb** 700 cal. **$13.5**
*blue cheese, bacon, egg, avocado, tomato, romaine, tarragon dressing*

**chinese chicken** 700 cal. **$13**
*wontons, peanuts, cilantro, green onion, carrot, mizuna, bok choy, cabbage, romaine, sesame peanut dressing*

**tuna nicoise** 650 cal. **$14**
*tomato, potato, capers, green bean, egg, olives, baby greens, sherry vinaigrette*

**mediterranean steak** 800 cal. **$14**
*feta, tomato, pickled cucumber, green olives, herbs, greens, lemon vinaigrette*

**happy vegan** 868 cal. **$13**
*farro with cranberry & almonds, quinoa with cucumber & beets, green hummus, tabbouleh, baby greens, lemon vinaigrette*

SAMPLE - PRODUCED FOR VALIDATION PURPOSES ONLY
CONFIDENTIAL

## sides choose any side $4

- **mashed potatoes** 250 cal.
- **seasonal veggies** 70–240 cal.
- **brown rice** 240 cal.
- **baby greens** 200 cal.
- **romaine hearts** 340 cal.
- **baby spinach** 255 cal.
- **kale** 220 cal.
- **baby arugula** 215 cal.
- **butter lettuce** 225 cal.

## soups choose from cup $5 or bowl $9

**roasted tomato** 160/320 cal.
*ciabatta croutons and basil oil*

**rustic chicken** 110/220 cal.
*potato, carrot, celery, leek, thyme*

## desserts

- **fresh baked cookie** 390–400 cal. $2.5

**local selections**

GET IT ON Google Play Available on the iPhone App Store

SAMPLE - PRODUCED FOR VALIDATION PURPOSES ONLY
CONFIDENTIAL