HIGHLY CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc.*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**DECLARATION OF STEPHANIE CLERKIN IN SUPPORT OF WATCH PLAINTIFFS' LETTER REGARDING THE TIMELINESS OF WATCH PLAINTIFFS' MOTION TO COMPEL CUSTODIANS**

I, Stephanie Clerkin, affirm as follows pursuant to 28 U.S.C. § 1746:

1. I am the Director of Litigation Support at Korein Tillery LLC, which represents the Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") in this action. I am fully familiar with the facts set forth in this declaration.

2. I submit this declaration in support of Watch Plaintiffs' Letter Regarding the Timeliness of Watch Plaintiffs' Motion to Compel Custodians.

3. Apple first began producing CID documents to Watch Plaintiffs on November 26, 2025.

4. By December 22, 2025—the first date on which Apple claims that Watch Plaintiffs were invited to a meeting between Apple and the Government Plaintiffs regarding custodians—Watch Plaintiffs had received approximately

1.6M CID documents (61% of the total CID documents Apple would produce).

5. By February 12, 2026—the final date on which Apple claims that Watch Plaintiffs were invited to a meeting between Apple and the Government Plaintiffs regarding custodians—Watch Plaintiffs had received approximately 2.2M CID documents (83% of the total CID documents Apple would produce).

6. Apple did not finish producing CID documents to Watch Plaintiffs until July 9, 2026.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: September 22, 2026
St. Louis, MO

Stephanie Clerkin