CONFIDENTIAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc.*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**DECLARATION OF IAN MOODY IN SUPPORT OF WATCH PLAINTIFFS' LETTER REGARDING THE TIMELINESS OF WATCH PLAINTIFFS' MOTION TO COMPEL CUSTODIANS**

I, Ian Moody, affirm as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Korein Tillery LLC, which represents the Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") in this action. I am fully familiar with the facts set forth in this declaration.

2. I submit this declaration in support of Watch Plaintiffs' Letter Regarding the Timeliness of Watch Plaintiffs' Motion to Compel Custodians.

3. To aid the Court in reviewing Watch Plaintiffs' letter, exhibits attached to this Declaration are numbered sequentially following the exhibits attached to the Declaration of Ian Moody in support of Watch Plaintiffs' original letter brief (Dkt. 294-1).

4. Attached to this declaration as **Exhibit 44** is a true and accurate timeline of

the procedural history of custodian negotiations in this action.

5. Attached to this declaration as **Exhibit 45** is a true and accurate copy of the transcript of the Status Conference held on September 16, 2025 in the Government Action, *United States v. Apple,* No. 2:24-cv-04055 (D.N.J. Sept. 16, 2025).

6. Attached to this declaration as **Exhibit 46** is a true and accurate copy of Apple's first CID reproduction letter, dated November 26, 2025

7. Attached to this declaration as **Exhibit 47** is a true and accurate copy of Apple's final CID reproduction letter, dated July 9, 2026.

8. Attached to this declaration as **Exhibit 48** is a true and accurate copy of Watch Plaintiffs' February 6, 2026 letter to Apple regarding RFP negotiations.

9. Attached to this declaration as **Exhibit 49** is a true and accurate copy of Apple's February 11, 2026 letter to the Government Plaintiffs regarding custodian negotiations.

10. Attached to this declaration as **Exhibit 50** is a true and accurate copy of Watch Plaintiffs' service of their initial document requests on Apple, dated October 15, 2025.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed: September 22, 2026 /s/ Ian Moody
St. Louis, MO Ian Moody