Liza M. Walsh
Douglas E. Arpert
Lauren R. Malakoff
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendant Apple Inc.*

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION | Case No. 2:24-md-03113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

# DECLARATION OF LIZA M. WALSH IN SUPPORT OF APPLE INC.'S RESPONSE REGARDING WATCH PLAINTIFF'S PROPOSED ADDITIONAL CUSTODIANS

I, Liza M. Walsh, hereby declare as follows:

1. I am an attorney admitted to practice before this Court and a partner of the law firm of Walsh Pizzi O'Reilly Falanga LLP, counsel for Apple Inc. ("Apple") in connection with the above-captioned matter. I submit this declaration in support of Apple's letter response regarding Watch Plaintiff's proposed additional custodians. The facts set forth in this declaration are based on my personal knowledge, my involvement in this matter, and my review of correspondence, files, and records maintained in the ordinary course of representation of Apple. If called as a witness, I could and would testify competently to the facts stated herein.

2. In preparing this declaration, I have reviewed the exhibits Watch Plaintiff submitted in support of his Motion to Compel Additional Custodians (Dkt. 294) (the "Watch Plaintiff Exhibits") and the production cover letters described below.

3. Attached hereto as **Exhibit 25** is a true and correct copy of an email from Ian Moody, counsel for Watch Plaintiff, dated August 11, 2026, regarding the parties' draft impasse notice.

4. Attached hereto as **Exhibit 26** is a true and correct copy of Apple's cover letter dated November 5, 2025 transmitting production volumes APLDOJLIT_VOL003, APLDOJLIT_VOL005, APLDOJLIT_VOL006, and APLDOJLIT_VOL007 to MDL Plaintiffs. That production included Watch Plaintiff Exhibits 9, 17, 24, 25, 26, 31, and 33.

5. Attached hereto as **Exhibit 27** is a true and correct copy of Apple's cover letter dated November 10, 2025 transmitting production volume APLDOJLIT_VOL008 to MDL Plaintiffs. That production included Watch Plaintiff Exhibits 30 and 32.

6. Attached hereto as **Exhibit 28** is a true and correct copy of Apple's cover letter dated November 21, 2025 transmitting production volume APLDOJLIT_VOL009 to MDL

Plaintiffs. That production included Watch Plaintiff Exhibit 29.

7. Attached hereto as **Exhibit 29** is a true and correct copy of Apple's cover letter dated December 13, 2025 transmitting production volume APLCIDVOL015 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 27.

8. Attached hereto as **Exhibit 30** is a true and correct copy of Apple's cover letter dated December 19, 2025 transmitting production volume APLCIDVOL028 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 8.

9. Attached hereto as **Exhibit 31** is a true and correct copy of Apple's cover letter dated December 23, 2025 transmitting production volume APLCIDVOL032 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 7.

10. Attached hereto as **Exhibit 32** is a true and correct copy of Apple's cover letter dated January 3, 2026 transmitting production volume APLDOJLIT_VOL012 to MDL Plaintiffs. That production included Watch Plaintiff Exhibits 21 and 42.

11. Attached hereto as **Exhibit 33** is a true and correct copy of Apple's cover letter dated January 8, 2026 transmitting to MDL Plaintiffs third-party productions produced to Apple in the Government Action. That production included Watch Plaintiff Exhibits 13 and 14.

12. Attached hereto as **Exhibit 34** is a true and correct copy of Apple's cover letter dated January 10, 2026 transmitting production volume APLDOJLIT_VOL013 to MDL Plaintiffs. That production included Watch Plaintiff Exhibits 6 and 11.

13. Attached hereto as **Exhibit 35** is a true and correct copy of Apple's cover letter dated January 20, 2026 transmitting production volume APLDOJLIT_VOL015 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 18.

14. Attached hereto as **Exhibit 36** is a true and correct copy of Apple's cover letter

dated February 10, 2026 transmitting production volume APLDOJLIT_VOL017 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 19.

15. Attached hereto as **Exhibit 37** is a true and correct copy of Apple's cover letter dated February 19, 2026 transmitting production volume APLDOJLIT_VOL019 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 34.

16. Attached hereto as **Exhibit 38** is a true and correct copy of Apple's cover letter dated March 5, 2026 transmitting production volume APLDOJLIT_VOL021 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 10.

17. Attached hereto as **Exhibit 39** is a true and correct copy of Apple's cover letter dated March 20, 2026 transmitting production volume APLDOJLIT_VOL025 to MDL Plaintiffs. That production included Watch Plaintiff Exhibits 22 and 35.

18. Attached hereto as **Exhibit 40** is a true and correct copy of Apple's cover letter dated April 2, 2026 transmitting production volume APLDOJLIT_VOL028 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 37.

19. Attached hereto as **Exhibit 41** is a true and correct copy of Apple's cover letter dated April 3, 2026 transmitting production volume APLDOJLIT_VOL029 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 20.

20. Attached hereto as **Exhibit 42** is a true and correct copy of Apple's cover letter dated April 22, 2026 transmitting production volume APLDOJLIT_VOL033 to MDL Plaintiffs. That production included Watch Plaintiff Exhibits 15 and 23.

21. Attached hereto as **Exhibit 43** is a true and correct copy of Apple's email dated April 23, 2026 transmitting a zip file named "CID Deposition Transcripts.zip" to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 5.

22. Attached hereto as **Exhibit 44** is a true and correct copy of Apple's cover letter dated May 26, 2026 transmitting production volume APLDOJLIT_VOL040 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 36.

23. Attached hereto as **Exhibit 45** is a true and correct copy of Apple's cover letter dated June 3, 2026 transmitting production volume APLDOJLIT_VOL044 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 28.

24. Attached hereto as **Exhibit 46** is a true and correct copy of Apple's cover letter dated June 11, 2026 transmitting production volume APLDOJLIT_VOL048 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 12.

25. Attached hereto as **Exhibit 47** is a true and correct copy of Apple's cover letter dated June 15, 2026 transmitting production volume APLDOJLIT_VOL054 to MDL Plaintiffs. That production included Watch Plaintiff Exhibit 16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: September 29, 2026

WALSH PIZZI O'REILLY FALANGA LLP

By: */s/ Liza M. Walsh*________
Liza M. Walsh