# EXHIBIT 25

| | |
|---|---|
| **From:** | "Moody, Ian" via Apple-SmartphoneMDL (External) |
| **To:** | Opendo, Nicole E.; Suneel Jain; Sullivan, Connor S.; Lo, Jason; Sesia, Jacqueline Liu; Miller, Dana R. Bucy; Tracie Bryant; Brancato, Alexia Renee |
| **Cc:** | ldayton@mololamken.com; Grueskin, Caroline; Epstein, Daniel; Frazar Thomas; iPhone Antitrust All Plaintiffs – DCO Compliant; ML Apple Watch; KELLOGG-APPLEWATCH-MDL-EXTERNAL; KT-AppleWatch-MDL; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law |
| **Subject:** | RE: Apple MDL // Custodian M&C |
| **Date:** | Tuesday, August 11, 2026 9:37:48 PM |
| **Attachments:** | image001.png<br>image002.png<br>2026.08.11 Watch Plaintiffs Joint Notice of Impasse re Custodians - Redline to Apple.docx<br>2026.06.24 Watch Plaintiffs" Proposed Custodians for Apple M&C.pdf |

---

Nicole,

Thank you for your edits. Please see the attached for Watch Plaintiffs' edits, and let us know if we have Apple's permission to file. I have also attached what we intend to file as Exhibit A to the Joint Notice – this is the same chart Watch Plaintiffs sent Apple on June 24.

Apple included in its edits the contention that Watch Plaintiffs were invited to participate in custodian negotiations in the Government Action three times between December 2025 and February 2026. Please identify the correspondence where Watch Plaintiffs were invited to do so.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Opendo, Nicole E. <NOpendo@gibsondunn.com>
**Sent:** Monday, August 10, 2026 11:21 AM
**To:** Moody, Ian <IMoody@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-

watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law
**Subject:** Re: Apple MDL // Custodian M&C

Counsel,

Please find attached Apple's portions of the draft joint notice of impasse. Please also provide a copy of the Exhibit A referenced in the draft so that there is no ambiguity as to the materials that are the subject of the notice.

Best,
Nicole

**Nicole E. Opendo**
Associate Attorney

T: +1 213.229.7175 | M: +1 213.910.3571
NOpendo@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Date:** Thursday, August 6, 2026 at 9:24 PM
**To:** Opendo, Nicole E. <NOpendo@gibsondunn.com>; Suneel Jain <sjain@schneiderwallace.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** ldayton@mololamken.com <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-

External@groups.gibsondunn.com <Apple-SmartphoneMDL-External@groups.gibsondunn.com>; aaron.sheanin@usdoj.gov <aaron.sheanin@usdoj.gov>; pam.cole@usdoj.gov <pam.cole@usdoj.gov>; matthew.viola@usdoj.gov <matthew.viola@usdoj.gov>; gauri.kasarla@usdoj.gov <gauri.kasarla@usdoj.gov>; Lwalsh@walsh.law <Lwalsh@walsh.law>; Lmalakoff@walsh.law <Lmalakoff@walsh.law>
**Subject:** RE: Apple MDL // Custodian M&C

Nicole,

We disagree that combining the letters would create any efficiencies, for the reasons we have already stated. As you intimate below, doing so would only cause further delay.

Earlier today you proposed that Apple would send edits to Watch Plaintiffs' draft notice by noon PT on Monday, August 10. Please send them by then, or we will file the letter by ourselves.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Opendo, Nicole E. <NOpendo@gibsondunn.com>
**Sent:** Thursday, August 6, 2026 5:50 PM
**To:** Moody, Ian <IMoody@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-

MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law
**Subject:** Re: Apple MDL // Custodian M&C

Counsel,

Apple is not the one setting artificial deadlines. If any Plaintiffs need more time so that they can be coordinated, please suggest a schedule that works. But it is Apple's position that there is no reason why the issues cannot be coordinated and the joint notice prepared in the very near future. We look forward to receiving Plaintiffs' proposed schedule.

Thank you,
Nicole

**Nicole E. Opendo**
Associate Attorney

T: +1 213.229.7175 | M: +1 213.910.3571
NOpendo@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Date:** Thursday, August 6, 2026 at 3:04 PM
**To:** Suneel Jain <sjain@schneiderwallace.com>; Opendo, Nicole E. <NOpendo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** ldayton@mololamken.com <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-

AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com <Apple-SmartphoneMDL-External@groups.gibsondunn.com>; aaron.sheanin@usdoj.gov <aaron.sheanin@usdoj.gov>; pam.cole@usdoj.gov <pam.cole@usdoj.gov>; matthew.viola@usdoj.gov <matthew.viola@usdoj.gov>; gauri.kasarla@usdoj.gov <gauri.kasarla@usdoj.gov>; Lwalsh@walsh.law <Lwalsh@walsh.law>; Lmalakoff@walsh.law <Lmalakoff@walsh.law>
**Subject:** RE: Apple MDL // Custodian M&C

Nicole & Counsel,

To add to Suneel's response, Watch Plaintiffs do not think it makes sense to combine the letters, and do not agree to do so. There is no overlap in disputed custodians and the Plaintiffs have been negotiating separately for additional custodians.

Apple has been in possession of a near-identical copy of Watch Plaintiffs' notice of impasse since July 17. Watch Plaintiffs look forward to receiving your edits Monday and filing shortly thereafter.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Suneel Jain <sjain@schneiderwallace.com>
**Sent:** Thursday, August 6, 2026 5:00 PM
**To:** Opendo, Nicole E. <NOpendo@gibsondunn.com>; Moody, Ian <IMoody@KoreinTillery.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Frazar Thomas

<FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law
**Subject:** RE: Apple MDL // Custodian M&C

Nicole and Counsel,

I write on behalf of IIPs. We reject your proposal. To be clear, IIPs are not refusing to coordinate, as suggested in your email below. IIPs are refusing to prematurely declare impasse.

IIPs and Apple have a meet and confer discussion concerning custodians scheduled from 11:00-noon ET tomorrow, August 7. IIPs intend to negotiate in good faith in an effort to reach agreement or clarify areas of dispute. We hope Apple intends to do the same despite its suggestion that IIPs provide a draft notice of impasse on custodians three hours after our meet and confer.

Thanks,
Suneel

SCHNEIDER² WALLACE COTTRELL KIM LLP

**Suneel Jain**
**Attorney at Law**
2000 Powell Street, Suite 1400
Emeryville, California 94608
Main Line: (415) 421-7100
Toll Free: (800) 689-0024
Direct: (510) 740-2193
Facsimile: (415) 421-7105
www.schneiderwallace.com
***Admitted in California.***

---

**From:** Opendo, Nicole E. <NOpendo@gibsondunn.com>
**Sent:** Thursday, August 6, 2026 2:01 PM
**To:** Moody, Ian <IMoody@KoreinTillery.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>

**Cc:** ldayton@mololamken.com; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law
**Subject:** Re: Apple MDL // Custodian M&C

**Notice:** This email originated from outside of the organization. Please use caution before opening any attached file you did not expect from the sender. Contact support@langtech.com if in doubt.

Counsel for MDL Plaintiffs:

Apple believes that it would be most efficient for all remaining custodial disputes to be resolved simultaneously. As such, Apple proposes the following schedule:

August 7 @ noon PT: all MDL Plaintiffs provide a consolidated draft notice of impasse as to any custodian disputes.
August 11 @ noon PT: Apple to provide its edits to the draft notice.

Please let us know if Plaintiffs agree to this exchange. If Plaintiffs refuse to coordinate, then Apple will provide any edits to Watch Plaintiff's letter on Monday at noon PT.

Thank you,
Nicole

**Nicole E. Opendo**
Associate Attorney

T: +1 213.229.7175 | M: +1 213.910.3571
NOpendo@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Date:** Thursday, August 6, 2026 at 9:06 AM

**To:** Opendo, Nicole E. <NOpendo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** ldayton@mololamken.com <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com <Apple-SmartphoneMDL-External@groups.gibsondunn.com>; aaron.sheanin@usdoj.gov <aaron.sheanin@usdoj.gov>; pam.cole@usdoj.gov <pam.cole@usdoj.gov>; matthew.viola@usdoj.gov <matthew.viola@usdoj.gov>; gauri.kasarla@usdoj.gov <gauri.kasarla@usdoj.gov>; Lwalsh@walsh.law <Lwalsh@walsh.law>; Lmalakoff@walsh.law <Lmalakoff@walsh.law>
**Subject:** RE: Apple MDL // Custodian M&C

**This Message Is From an External Sender**
This message came from outside your organization.

Counsel,

We requested a response by Wednesday, August 5. We take it from Apple's silence that Apple will not agree to add the additional custodians proposed by Watch Plaintiffs. We believe the parties have reached impasse.

Attached you will find a draft joint notice of impasse regarding custodians. As before, we would prefer to submit a joint letter. We kindly ask that Apple send us any edits by 9a PT Friday, August 7. Otherwise Watch Plaintiffs intend to file a solo letter with the Court.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101

314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Sent:** Monday, August 3, 2026 12:52 PM
**To:** Opendo, Nicole E. <NOpendo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law
**Subject:** RE: Apple MDL // Custodian M&C

Counsel,

Please see the attached for Watch Plaintiffs' response to Apple's July 24 letter regarding custodians. To avoid any further delay in resolving this dispute, we ask that Apple explain by Wednesday, August 5, whether it will produce documents from Watch Plaintiffs' proposed custodians. Otherwise, we believe the parties have reached impasse.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have

received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
-----------------------------

---

**From:** Opendo, Nicole E. <NOpendo@gibsondunn.com>
**Sent:** Wednesday, July 29, 2026 5:00 PM
**To:** Moody, Ian <IMoody@KoreinTillery.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law
**Subject:** Re: Apple MDL // Custodian M&C

Counsel,

Watch Plaintiff conditioned its impasse filing on receiving Apple's written positions, which Apple provided on July 24. Before the parties can represent to Judge Wettre that they are at impasse, Apple requests that Watch Plaintiff respond in writing to the positions set out in that letter, including Apple's explanations of why each remaining proposed custodian is cumulative of agreed custodians, its explanation of why the five custodians Apple has agreed to add address the subject matters underlying the remaining requests, and its position regarding communications with Garmin. Apple also requests that Watch Plaintiff identify each custodian it contends remains in dispute.

Apple remains available to meet and confer once we have received that response.

Best,
Nicole

**Nicole E. Opendo**
Associate Attorney

T: +1 213.229.7175 | M: +1 213.910.3571
NOpendo@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Date:** Tuesday, July 28, 2026 at 10:15 AM
**To:** Opendo, Nicole E. <NOpendo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** ldayton@mololamken.com <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com <Apple-SmartphoneMDL-External@groups.gibsondunn.com>; aaron.sheanin@usdoj.gov <aaron.sheanin@usdoj.gov>; pam.cole@usdoj.gov <pam.cole@usdoj.gov>; matthew.viola@usdoj.gov <matthew.viola@usdoj.gov>; gauri.kasarla@usdoj.gov <gauri.kasarla@usdoj.gov>; Lwalsh@walsh.law <Lwalsh@walsh.law>; Lmalakoff@walsh.law <Lmalakoff@walsh.law>
**Subject:** RE: Apple MDL // Custodian M&C

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Nicole,

Thank you for your email and letter. We appreciate Apple investigating our questions regarding the email listservs that we identified.

The parties appear to be at impasse regarding additional custodians that Watch Plaintiffs have proposed. Please find attached a draft joint notice of impasse and let us know if you have any edits. We are available to meet and confer.

We kindly request that Apple send edits by Friday at 9am Pacific. We would prefer to submit a

joint letter, but if we have not heard from you and finalized a joint letter by then, we will proceed to file a solo letter on Friday.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Opendo, Nicole E. <NOpendo@gibsondunn.com>
**Sent:** Friday, July 24, 2026 12:32 PM
**To:** Moody, Ian <IMoody@KoreinTillery.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>; Apple-SmartphoneMDL-External@groups.gibsondunn.com; aaron.sheanin@usdoj.gov; pam.cole@usdoj.gov; matthew.viola@usdoj.gov; gauri.kasarla@usdoj.gov; Lwalsh@walsh.law; Lmalakoff@walsh.law
**Subject:** Re: RE: Apple MDL // Custodian M&C

Counsel,

Please see Apple's letter regarding the parties' meet-and-confers on June 17, 18, and 25, 2026 attached.

Thank you,
Nicole

**Nicole E. Opendo**
Associate Attorney

T: +1 213.229.7175 | M: +1 213.910.3571
NOpendo@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

**This Message Is From an External Sender**
This message came from outside your organization.

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Date:** Thursday, July 23, 2026 at 11:02 AM
**To:** Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Opendo, Nicole E. <NOpendo@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** RE: Apple MDL // Custodian M&C

Connor,

On Monday you said Apple would set out its positions on custodians "in the coming days". A week before that Apple promised to send us its positions "in the following days." Apple has been promising to send these positions since June 25, and continues to ignore our requests for follow-up.

Watch Plaintiffs intend to file the attached notice of impasse by 2:00pm ET on Friday, July 24, unless Apple can provide us with the substantive positions on custodians that Apple has been promising since June 25.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Sent:** Monday, July 20, 2026 3:10 PM
**To:** Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Opendo, Nicole E. <NOpendo@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** RE: Apple MDL // Custodian M&C

Connor,

Thank you for your email. We are glad to hear Apple will collect and produce documents from the below custodians. I'll note that the below list includes just 2 of the 17 names we last gave you. When can we expect to receive Apple's letter on the remaining proposed custodians?

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101

314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Sullivan, Connor S. <CSSullivan@gibsondunn.com>
**Sent:** Monday, July 20, 2026 8:36 AM
**To:** Moody, Ian <IMoody@KoreinTillery.com>; Opendo, Nicole E. <NOpendo@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** Re: Apple MDL // Custodian M&C

Counsel,

We write in response to your email regarding MDL Plaintiffs' proposed custodians and Watch Plaintiff's notice of impasse filing. Without waiving its objections, and in the interest of narrowing the parties' disputes, Apple is willing to add the following five custodians:

- [redacted]
- [redacted]
- [redacted]
- [redacted]
- [redacted]

A letter will follow in the coming days setting out Apple's positions on MDL Plaintiffs' remaining proposed custodians and listservs.

Connor

**Connor S. Sullivan**
Partner

T: +1 212.351.2459
CSSullivan@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
200 Park Avenue, New York, NY 10166-0193

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Sent:** Friday, 17 July 2026 16:15:51
**To:** Opendo, Nicole E. <NOpendo@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** ldayton@mololamken.com <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** RE: Apple MDL // Custodian M&C

Nicole & counsel,

On Monday it will be four weeks since Apple promised to provide us with its positions on Watch Plaintiffs' proposed custodians. Despite multiple requests, Apple's only response has been that it expects to share its positions "in the following days."

I am writing to request—again—that Apple send us its positions on custodians. If Apple cannot provide those by 10:00am ET on Monday, July 20, Watch Plaintiffs intend to file the attached notice of impasse at noon ET that same day.

We are available to meet and confer.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

-----------------------------

This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Sent:** Tuesday, July 14, 2026 5:52 PM
**To:** Opendo, Nicole E. <NOpendo@gibsondunn.com>; Lo, Jason <JLo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** RE: Apple MDL // Custodian M&C

Hi Nicole,

Thank you for your response. We are glad to hear that Apple plans to respond to our June 25 proposal in the following days. Given Apple's stated concerns about the burden of overall review volume, and stated desire (as recently as last Friday) for a global resolution of these RFP-related issues, we do not want Apple's delay in responding to our June 25 custodian proposal to affect the resolution of the search terms issue currently pending before Judge Hedges.

Thanks,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Opendo, Nicole E. <NOpendo@gibsondunn.com>
**Sent:** Monday, July 13, 2026 8:01 PM

**To:** Moody, Ian <IMoody@KoreinTillery.com>; Lo, Jason <JLo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** Re: Apple MDL // Custodian M&C

Ian,

Thank you for your email. We are finalizing Apple's written positions on the additional custodians proposed by MDL Plaintiffs, including a short list of custodians Apple is prepared to offer, and expect to provide them in the following days. We are also continuing to investigate the questions you raised regarding the requested listservs.

We appreciate MDL Plaintiffs' patience and remain committed to working through these issues cooperatively.

Best,
Nicole

**Nicole E. Opendo**
Associate Attorney

T: +1 213.229.7175 | M: +1 213.910.3571
NOpendo@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Date:** Monday, July 13, 2026 at 10:00 AM
**To:** Lo, Jason <JLo@gibsondunn.com>; Sullivan, Connor S.

<CSSullivan@gibsondunn.com>; Opendo, Nicole E. <NOpendo@gibsondunn.com>; Sesia, Jacqueline Liu <JSesia@gibsondunn.com>; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** ldayton@mololamken.com <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** RE: Apple MDL // Custodian M&C

**This Message Is From an External Sender**
This message came from outside your organization.

Hi Jason,

On June 25 you stated that Apple would respond in writing with its positions on custodians. You have had our detailed summaries of custodians for three weeks, and known these names since April. I've asked and not received anything indicating that a response is forthcoming. I do not want—and do not believe the Court wants—custodial negotiations to drag on longer than necessary.

By the end of the day, please provide Apple's substantive positions as to the custodians that Watch Plaintiffs have proposed thus far, or an update as to when we will receive them.

Thanks,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Sent:** Tuesday, July 7, 2026 2:58 PM
**To:** Lo, Jason <JLo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; NOpendo@gibsondunn.com; JSesia@gibsondunn.com; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** RE: Apple MDL // Custodian M&C

Hi Jason,

During our June 25 call you said Apple would respond in writing with its positions on Watch Plaintiffs' proposed custodians. Do you have an update?

Thanks,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
----------------------------

---

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Sent:** Thursday, June 25, 2026 4:58 PM
**To:** Lo, Jason <JLo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; NOpendo@gibsondunn.com; JSesia@gibsondunn.com; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All

Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** RE: Apple MDL // Custodian M&C

Hi Jason,

Thanks for meeting and conferring with us today on custodians. To memorialize our conversation:

- Apple will not agree to designate any listserv or email distribution list as a custodian, claiming the listservs are not relevant and Watch Plaintiffs' requests are overbroad. We confirmed that the parties are at impasse on those proposals. We requested that Apple confirm whether or not emails can be collected from those listservs (or, whether the listserv merely directs emails to various inboxes). We also requested that Apple investigate whether any existing custodians are included on the listservs we requested, and if so, over what time period(s).
- Apple will not agree to designate [redacted] as a custodian, claiming [redacted] would not be a relevant custodian. We confirmed that the parties are at impasse as to [redacted]
- For the remaining individuals we proposed, Apple stated that it would respond in writing with views on including them as custodians, or requesting to meet and confer.
- Apple requested that Watch Plaintiffs inform Apple in advance regarding which custodians we may move to compel, should the parties reach impasse.
- Apple confirmed that [redacted] will be included as a custodian in the MDL action.

Best,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

-----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
-----------------------------

**From:** Moody, Ian <IMoody@KoreinTillery.com>
**Sent:** Wednesday, June 24, 2026 11:12 AM
**To:** Lo, Jason <JLo@gibsondunn.com>; Sullivan, Connor S. <CSSullivan@gibsondunn.com>; NOpendo@gibsondunn.com; JSesia@gibsondunn.com; Miller, Dana R. Bucy <dana.miller@kirkland.com>; Tracie Bryant <tracie.bryant@kirkland.com>; Brancato, Alexia Renee <alexia.brancato@kirkland.com>
**Cc:** Dayton, Lauren <ldayton@mololamken.com>; Grueskin, Caroline <cgrueskin@mololamken.com>; Epstein, Daniel <DEpstein@KoreinTillery.com>; Suneel Jain <sjain@schneiderwallace.com>; Frazar Thomas <FThomas@seegerweiss.com>; iPhone Antitrust All Plaintiffs – DCO Compliant <AppleCompliantPlaintiffs@seegerweiss.com>; ML Apple Watch <ml-apple-watch@mololamken.com>; KELLOGG-APPLEWATCH-MDL-EXTERNAL <kellogg-applewatch-mdl-external@lists.kellogghansen.com>; KT-AppleWatch-MDL <KT-AppleWatch-MDL@KoreinTillery.com>
**Subject:** Apple MDL // Custodian M&C

Counsel,

I'm writing in response to your June 19, 2026 email and in advance of our meet-and-confer this week regarding document custodians.

Attached is a chart identifying Watch Plaintiffs' proposed additional custodians, the basis for our view that those custodians possess relevant, non-duplicative materials, and citations to documents and other evidence supporting that position. I've reduced distribution to DCO-Compliant firms that may view those materials.

In response to the specific requests in your June 19 email:

- We remain concerned that Apple is not meeting its discovery obligations. Apple has not acknowledged that our proposed custodians possess relevant materials, much less provided evidence that those custodians are duplicative, cumulative, or otherwise disproportionate. Because the negotiations to date have been one-sided, Watch Plaintiffs submit this counterproposal while reserving all rights to seek additional custodians or other relief if Apple impedes meaningful discussions.
- Watch Plaintiffs have narrowed our requests for certain custodians who may overlap by topic area. We do so in good faith to reduce Apple's burden and move negotiations forward; we do not concede that any custodians we proposed previously were inappropriate. As MDL Plaintiffs stated in our June 22 email, the mere fact that custodians overlap on a given topic does not render them redundant, and Apple's position that only superiors with "decision-making authority" should be designated as custodians is without justification.
- Given the current state of search term negotiations, Watch Plaintiffs do not believe that proposing specific custodians for subsets of search terms is appropriate. If Apple believes

that certain proposed custodians possess relevant materials only for a subset of RFPs and/or search terms, we are willing to consider a proposal from Apple.

- Up to this point, Apple has objected to any proposed custodian as categorically duplicative, claiming that relevant documents will necessarily “percolate up” to the custodians it agreed to in the government action. Apple offers nothing to support this claim, and we do not agree that MDL Plaintiffs must prove a negative by showing the existence of documents that have not “percolated up” to current custodians. (These documents are, by definition, documents we do not possess). But in any event, our review of Apple’s productions and the public record confirms that the individuals in the attached chart possess relevant, non-duplicative materials and should be designated as custodians in the MDL action.

During our next meeting, please be prepared to state Apple’s position on (1) whether our proposed custodians possess relevant materials; and (2) if Apple objects to designating them as custodians in the MDL action because they are duplicative, cumulative, or otherwise disproportionate to the needs of the case, the evidentiary basis for Apple’s position.

Thank you,

Ian Moody
**Korein Tillery**
505 North 7th Street
Suite 3600
St. Louis, Missouri 63101
314-241-4844
www.KoreinTillery.com

-----------------------------
This message is from a law firm and may contain privileged or confidential information for the sole use of the intended recipient(s). If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. If you have received this email in error, you do not have permission to forward, print, copy or distribute or use the information in this message.
-----------------------------

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm

and/or our privacy policy.

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---

To unsubscribe from this group and stop receiving emails from it, send an email to Apple-SmartphoneMDL-External+unsubscribe@groups.gibsondunn.com.

# EXHIBIT 26

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

November 5, 2025

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing document volumes produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States (APLDOJLIT_VOL001 – APLDOJLIT_VOL007).

In addition, we are providing the production cover letters that accompanied each respective APLDOJLIT volume, which are attached as exhibits to this letter. These production volumes are made available via the KiteWorks secure file transfer platform:

- Exhibit 1: August 13, 2025 Production Cover Letter for Volume APLDOJLIT_VOL001
- Exhibit 2: August 15, 2025 Production Cover Letter for Volume APLDOJLIT_VOL002
- Exhibit 3: August 29, 2025 Production Cover Letter for Volume APLDOJLIT_VOL003
- Exhibit 4: September 12, 2025 Production Cover Letter for Volume APLDOJLIT_VOL004
- Exhibit 5: September 26, 2025 Production Cover Letter for Volume APLDOJLIT_VOL005

GIBSON DUNN



- Exhibit 6: October 10, 2025 Production Cover Letter for Volume APLDOJLIT_VOL006
- Exhibit 7: October 24, 2025 Production Cover Letter for Volume APLDOJLIT_VOL007

The password for the production files will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the confidentiality protections provided for under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 27

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

November 10, 2025

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document volume that is being produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLDOJLIT_VOL008. The documents, which constitute volume APLDOJLIT_VOL008, are Bates-labeled APLDOJLIT00410722 thru APLDOJLIT00725674.

In addition, we are providing the production cover letter that accompanies this volume, which is attached as Exhibit 1 to this letter. This production volume is made available via KiteWorks secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the

confidentiality protections provided for under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Ling Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 1

KIRKLAND & ELLIS LLP

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

Dana R. Bucy Miller
To Call Writer Directly:
+1 202 389 3383
dana.miller@kirkland.com

+1 202 389 5000

Facsimile:
+1 202 389 5200

www.kirkland.com

November 10, 2025

**VIA E-MAIL** **CONFIDENTAL**

Jack G. Lerner
Trial Attorney
Antitrust Division, U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20530

Re: *United States v. Apple*, No. 2:24-cv-04055-JXN-LDW (D.N.J.)

Dear Jack:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volume APLDOJLIT_VOL008, are Bates-labeled APLDOJLIT00410722 thru APLDOJLIT00725674. We are also producing an overlay file that provides an additional metadata field populated with the document confidentiality designations made pursuant to the Discovery Confidentiality Order for prior productions APLDOJLIT_VOL001 through APLDOJLIT_VOL006. The production volume and overlay have been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:
APLDOJLIT_VOL008.zip.001
APLDOJLIT_VOL008.zip.002
APLDOJLIT_VOL008.zip.003
APLDOJLIT_VOL008.zip.004
APLDOJLIT_Confidentiality_Overlay.zip

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

KIRKLAND & ELLIS LLP



This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

*/s/ Dany R. Bucy Miller*

Dana R. Bucy Miller

cc: Counsel of Record

# EXHIBIT 28

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

November 21, 2025

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production volume responsive to certain of MDL Plaintiffs' Requests for Production that is also being produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLDOJLIT_VOL009. The documents, which constitute volume APLDOJLIT_VOL009, are Bates-labeled APLDOJLIT00725675 thru APLDOJLIT01031036.

This production volume is made available via KiteWorks secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the

GIBSON DUNN



confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 29

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

December 13, 2025

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production volume responsive to certain of MDL Plaintiffs' Requests for Production that will also be produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLCIDLITVOL015. The documents, which constitute volume APLCIDLITVOL015, are Bates-labeled APLCIDLIT04473208 through APLCIDLIT04778029.

This production volume is made available via ShareFile secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the

5004574575.1

GIBSON DUNN



confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 30

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

December 19, 2025

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production volume responsive to certain of MDL Plaintiffs' Requests for Production that will also be produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLCIDLITVOL028. The documents, which constitute volume APLCIDLITVOL028, are Bates-labeled APLCIDLIT06939357 through APLCIDLIT07158746.

This production volume is made available via ShareFile secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the

confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 31

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

December 23, 2025

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production volume responsive to certain of MDL Plaintiffs' Requests for Production that will also be produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLCIDLITVOL032. The documents, which constitute volume APLCIDLITVOL032, are Bates-labeled APLCIDLIT07702112 through APLCIDLIT07860522.

This production volume is made available via ShareFile secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the

GIBSON DUNN



confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 32

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

January 3, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document volume that is being produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLDOJLIT_VOL012. The documents, which constitute volume APLDOJLIT_VOL012, are Bates-labeled APLDOJLIT01739575 through APLDOJLIT01739575.

In addition, we are providing the production cover letter that accompanies this volume, which is attached as Exhibit 1 to this letter. This production volume is made available via ShareFile secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the

GIBSON DUNN



confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 1

KIRKLAND & ELLIS LLP

Dana R. Bucy Miller
To Call Writer Directly:
+1 202 389 3383
dana.miller@kirkland.com

1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
United States

+1 202 389 5000

www.kirkland.com

Facsimile:
+1 202 389 5200

December 19, 2025

**VIA E-MAIL** **CONFIDENTAL**

Jack G. Lerner
Trial Attorney
Antitrust Division, U.S. Department of Justice
450 5th Street, N.W.
Washington, DC 20530

Re: *United States v. Apple*, No. 2:24-cv-04055-JXN-LDW (D.N.J.)

Dear Jack:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volume APLDOJLIT_VOL012, are Bates-labeled APLDOJLIT01739575 thru APLDOJLIT02046641. The production volume has been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:
APLDOJLIT_VOL012.zip
APLDOJLIT_VOL012.z01
APLDOJLIT_VOL012.z02
APLDOJLIT_VOL012.z03

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the

KIRKLAND & ELLIS LLP



Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

*/s/ Dana R. Bucy Miller*

Dana R. Bucy Miller

cc: Counsel of Record

# EXHIBIT 33

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

January 8, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing third-party productions responsive to certain of MDL Plaintiffs' Requests for Production that were produced to Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) and to the U.S. Department of Justice (DOJ) and Plaintiff States. Additionally, Apple provides these documents in response to the Court's Case Management Order. Dkt. 142 at 5 (¶ VIII(A)(2)).

The table below reflects the relevant production ranges:

| Producing Party | Begin Bates | End Bates |
|---|---|---|
| California | CAAGAPPLE-00000001 | CAAGAPPLE-00000058 |
| California | CAAG-APPLE-001-OVERLAY | |
| Connecticut | CT-IFP-000001 | CT-IFP-000007 |
| DOJ | USDOJ-01-000001 | USDOJ-01-051501 |

GIBSON DUNN



| Producing Party | Begin Bates | End Bates |
|---|---|---|
| DOJ | USDOJ-01-051502 | USDOJ-01-089635 |
| DOJ | USDOJ-01-089684 | USDOJ-01-089696 |
| DOJ | USDOJ-01-050872 | USDOJ-01-051501[1] |
| DOJ | USDOJ-002-00000001 | USDOJ-002-00000046 |
| DOJ / AccuWeather | AWDOJ0000001 | AWDOJ0000032 |
| DOJ / Activision Blizzard | ACT-DOJ-0000001 | ACT-DOJ-0075148 |
| DOJ / Airbnb | AIRBNB-ATR0001-00000001 | AIRBNB-ATR0001-00000164 |
| DOJ / Amazon | AMZN-DOJ-Apple_00000001 | AMZN-DOJ-Apple_00007592 |
| DOJ / AT&T | ATT-ACID00000001 | ATT-ACID00000749 |
| DOJ / Capital One | COF00000001 | COF00002636 |
| DOJ / Capital One | USDOJ-01_001_Overlay | |
| DOJ / Capital One | COF00000001 | COF00002636 |
| DOJ / DISH | DISH-ATR001-00000001 | DISH-ATR001-00000003 |
| DOJ / Garmin | GAR-ATR001-00000001 | GAR-ATR001-00000035 |
| DOJ / Garmin | GARMIN-CID-00000001 | GARMIN-CID-00003480 |
| DOJ / Garmin | GARMIN_DOJ22_000001 | GARMIN_DOJ22_000004 |
| DOJ / GM | GM-APPL-CID-00000001 | GM-APPL-CID-000001061 |
| DOJ / Google | GOOG-AP-DOJ-00000001 | GOOG-AP-DOJ-00090694 |
| DOJ / JPMorgan Chase | JPMC_31517_00000001 | JPMC_31517_00000675 |
| DOJ / JPMorgan Chase | JPMC-31517-00000676 | JPMC-31517-00042351 |
| DOJ / Match | MATCH-APL-00000001 | MATCH-APL-00001268 |
| DOJ / Meta | META-ATR001-00000001 | META-ATR001-00000240 |
| DOJ / Meta | META-DOJAPP-00000001 | META-DOJAPP-00082109 |
| DOJ / Microsoft | MSFTCID-APPLE-0000001 | MSFTCID-APPLE-0202525 |
| DOJ / Netflix | Netflix_Apple_DOJ 00000001 | Netflix_Apple_DOJ 00000376 |
| DOJ / Netflix | NETFLIX-APL-00000342 | NETFLIX-APL-00000378 |
| DOJ / NVIDIA | NVIDIA-EPIC-APPLE00000001 | NVIDIA-EPIC-APPLE00001844 |
| DOJ / NVIDIA | NVIDIA-PATEL-00000001 | NVIDIA-PATEL-00000884 |
| DOJ / NVIDIA | NVIDIA-UK-00000001 | NVIDIA-UK-00000148 |
| DOJ / NVIDIA | NVIDIA-US-APPLE00000001 | NVIDIA-US-APPLE00001967 |
| DOJ / PayPal | DOJ-APPLE-000001 | DOJ-APPLE-000192 |
| DOJ / PayPal | PAYPAL00000001 | PAYPAL00003949 |
| DOJ / PayPal | PAYPAL-APL-00000001 | PAYPAL-APL-00001884 |
| DOJ / PayPal | STONE-DOJ-00000001 | STONE-DOJ-00000061 |
| DOJ / Playco | PLAYCO-ATR0001-00000001 | PLAYCO-ATR0001-00000053 |
| DOJ / Playco | PLAYCO-DOJ-00000001 | PLAYCO-DOJ-00000194 |
| DOJ / Roblox | ROBLOX-CID000001 | ROBLOX-CID006220 |

[1] DOJ's reproduction of documents bearing Bates numbers USDOJ-01-050872 - USDOJ-01-051501 which contained technical issues in original investigative file production.

GIBSON DUNN



| Producing Party | Begin Bates | End Bates |
|---|---|---|
| DOJ / Samsung | SAM-ATR001-00000001 | SAM-ATR001-00000009 |
| DOJ / Samsung | SEA000001 | SEA000001 |
| DOJ / Snap | DOJ_CID_30991_000001 | DOJ_CID_30991_001110 |
| DOJ / Spotify | SPOT-ATR0001-00000001 | SPOT-ATR0001-00000167 |
| DOJ / Spotify | SPOT-DOJ-00000495 | SPOT-DOJ-00000524 |
| DOJ / Tile | TILE-00000001 | TILE-00008891 |
| DOJ / T-Mobile | DOJApple_0000001 | DOJApple_0000025 |
| DOJ / TracFone | TF_00000001 | TF_00000002 |
| DOJ / Verizon | VZAPPL-CID-0000001 | VZAPPL-CID-0002642 |
| DOJ / Verizon | VZ-ATR001-00000001 | VZ-ATR001-00000037 |
| Indiana | IN_IFP_000001 | IN_IFP_000429 |
| Michigan | MI-IFP-000001 | MI-IFP-000014 |
| Minnesota | MN-IFP-000001 | MN-IFP-000112 |
| New Jersey | NJ-IFP-000001 | NJ-IFP-000003 |
| Vermont | VT-IFP-000001 | VT-IFP-000003 |
| Washington | WA-IFP-000000001 | WA-IFP-000000089 |
| Washington | WA-IFP-000000090 | WA-IFP-000009263 |
| Wisconsin | WI-IFP-000001 | WI-IFP-000001 |

This production will be made available via ShareFile secure file transfer platform.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning third-party production in the Government Action, the materials are also entitled to confidential treatment pursuant to the confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's reproduction of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 34

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

January 10, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production volume responsive to certain of MDL Plaintiffs' Requests for Production that is also being produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLDOJLIT_VOL013. The documents, which constitute volume APLDOJLIT_VOL013, are Bates-labeled APLDOJLIT02046642 through APLDOJLIT02668189.

This production volume is made available via KiteWorks secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the Government Action, the materials are also entitled to confidential treatment pursuant to the

5004543508.1

confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 35

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

January 20, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing document production volumes responsive to certain of MDL Plaintiffs' Requests for Production that are also being produced by Apple in the Government Action (*United States v. Apple,* No. 2:24-cv-04055-JXN-LDW) to the U.S. Department of Justice (DOJ) and Plaintiff States, APLDOJLIT_VOL014 and APLDOJLIT_VOL015. The documents, which constitute volumes APLDOJLIT_VOL014 and APLDOJLIT_VOL015, are Bates-labeled APLDOJLIT02668190 through APLDOJLIT03179937 and APLDOJLIT03179938 through APLDOJLIT03427095.

These production volumes are made available via KiteWorks secure file transfer platform. The password for the production will be provided separately.

The enclosed materials are entitled to confidential treatment pursuant to the Discovery Confidentiality Order entered in this case (Dkt. No. 124). Concerning production in the

GIBSON DUNN



Government Action, the materials are also entitled to confidential treatment pursuant to the confidentiality protections provided under the Antitrust Civil Process Act, 15 U.S.C. §§ 1311-1314, and Apple's submission of materials to the MDL Plaintiffs in response to their requests for production does not constitute waiver of these protections. These documents cannot be shared with groups or individuals who have not certified compliance with the Discovery Confidentiality Order entered in this case (Dkt. No. 124).

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 36

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

February 10, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volumes APLDOJLIT_VOL016 and APLDOJLIT_VOL017, are Bates-labeled APLDOJLIT03427096 through APLDOJLIT03721710 and APLDOJLIT03721711 through APLDOJLIT04053225, respectively. The production volumes have been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:

APLDOJLIT_VOL016.zip
APLDOJLIT_VOL016.z01
APLDOJLIT_VOL016.z02
APLDOJLIT_VOL017.zip
APLDOJLIT_VOL017.z01

GIBSON DUNN



APLDOJLIT_VOL017.z02
APLDOJLIT_VOL017.z03
APLDOJLIT_VOL017.z04

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 37

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

February 19, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volumes APLDOJLIT_VOL018 and APLDOJLIT_VOL019, are Bates-labeled APLDOJLIT04053226 through APLDOJLIT04252595 and APLDOJLIT04252596 through APLDOJLIT04610489, respectively. We are additionally providing overlay volumes APLDOJLIT_OVR001 and APLDOJLIT_OVR002 in response to items raised in Plaintiffs' December 12, 2025 letter, and APLDOJLIT_OVR003 to provide replacement images for a document to correct display formatting. The production volumes have been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:

APLDOJLIT_VOL018.zip.001
APLDOJLIT_VOL018.zip.002

GIBSON DUNN



APLDOJLIT_VOL018.zip.003
APLDOJLIT_VOL019.zip.001
APLDOJLIT_VOL019.zip.002
APLDOJLIT_VOL019.zip.003
APLDOJLIT_VOL019.zip.004
APLDOJLIT_OVR001.zip
APLDOJLIT_OVR002.zip
APLDOJLIT_OVR003.zip

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 38

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

March 5, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. We are also producing documents corresponding to certain hyperlinks identified by MDL Plaintiffs in volume APLDOJLIT_VOL021, which is Bates-labeled APLDOJLIT04664735 through APLDOJLIT05065559. This production volume is made available via ShareFile secure file transfer, in files named as follows:

APLDOJLIT_VOL021

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents

GIBSON DUNN



Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 39

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

March 20, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volume APLDOJLIT_VOL025, are Bates-labeled APLDOJLIT05992204 through APLDOJLIT06280202. The production volume has been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel,in files named as follows:

APLDOJLIT_VOL025.zip.001
APLDOJLIT_VOL025.zip.002
APLDOJLIT_VOL025.zip.003
APLDOJLIT_VOL025.zip.004
APLDOJLIT_VOL025.zip.005

The password for the production files will be provided separately.

GIBSON DUNN



This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 40

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

April 2, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volume APLDOJLIT_VOL028, are Bates-labeled APLDOJLIT07060199 through APLDOJLIT07465503. The production volume has been posted to the JEFS/Kirkland-Apple- Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:

APLDOJLIT_VOL028.zip.001
APLDOJLIT_VOL028.zip.002
APLDOJLIT_VOL028.zip.003
APLDOJLIT_VOL028.zip.004
APLDOJLIT_VOL028.zip.005

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 41

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

April 3, 2026

<u>VIA E-MAIL</u>

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volume APLDOJLIT_VOL029, are Bates-labeled APLDOJLIT07465504 through APLDOJLIT07616647. The production volume has been posted to the JEFS/Kirkland-Apple- Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:

APLDOJLIT_VOL029.zip.001
APLDOJLIT_VOL029.zip.002
APLDOJLIT_VOL029.zip.003
APLDOJLIT_VOL029.zip.004

The password for the production files will be provided separately.

GIBSON DUNN



This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 42

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

April 22, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volume APLDOJLIT_VOL033, are Bates-labeled APLDOJLIT08554390 through APLDOJLIT09107507. We are also providing an overlay volume (APLDOJLIT_OVR004) to update the confidentiality designations of certain documents in accordance with paragraph 41 of the Discovery Confidentiality Order (ECF No. 235) and a metadata overlay file with updates to the ALLCUSTODIANS and EPROPERTIES fields for Volumes APLDOJLIT_VOL001 through APLDOJLIT_VOL032. The production volumes have been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:

APLDOJLIT_VOL033.zip.001
APLDOJLIT_VOL033.zip.002
APLDOJLIT_VOL033.zip.003

GIBSON DUNN



APLDOJLIT_VOL033.zip.004
APLDOJLIT_VOL033.zip.005
APLDOJLIT_VOL033.zip.006
APLDOJLIT_VOL033.zip.007
APLDOJLIT_VOL033.zip.008
APLDOJLIT_OVR004.zip
APLDOJLIT_OverlayMetadata.DAT

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 43

| | |
|---|---|
| **From:** | Bedel, Tony |
| **To:** | AppleAllPlaintiffs@lists.locklaw.com |
| **Cc:** | Craig, Dana Lynn; Rose, Joseph R.; Sullivan, Connor S.; Tran, Vivian; Warren Martin, Katherine; Dansey, Lauren; Anderson, Brian W.; Sesia, Jacqueline Liu; Lo, Jason |
| **Subject:** | 2026.04.23 In re: Apple Inc. Smartphone (24-md-03113-JXN-LDW) - CID Deposition Transcripts |
| **Date:** | Thursday, April 23, 2026 4:17:33 PM |

Counsel,

Apple has uploaded the Investigation transcript to ShareFile, “CID Deposition Transcripts.zip.” A container password will be separately sent to ISMS-compliant firms.

Sincerely,

**Tony Bedel**
Associate Attorney

T: +1 415.393.8354 | M: +1 712.299.4971
TBedel@gibsondunn.com

**GIBSON DUNN**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center Suite 2600, San Francisco, CA 94111-3715

# EXHIBIT 44

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

May 26, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing document productions responsive to certain of Plaintiffs' Requests for Production. The documents include (1) a production volume labeled APLDOJLIT_VOL040, with production bates-range APLDOJLIT11266792 through APLDOJLIT11381314, (2) a production volume labeled APLDOJLIT_VOL041, with production bates range APLDOJLIT11381315 through APLDOJLIT11419395, (3) an overlay volume labeled APLDOJLIT_OVR007, which consists of previously produced documents now being produced with fewer or no redactions, and (4) an overlay volume labeled APLDOJLIT_OVR008, which consists of slipsheets to replace prior production images now reproduced in Volume APLDOJLIT_VOL041. A cross-reference file is also being provided. The production volumes have been posted to https://transfer.kirkland.com in files named as follows:

APLDOJLIT_VOL040.zip.001
APLDOJLIT_VOL040.zip.002

GIBSON DUNN



APLDOJLIT_VOL041.zip
APLDOJLIT_OVR007.zip
APLDOJLIT_OVR008.zip
2026.05.26 APLDOJLIT_VOL041-OVR008_Cross-Reference – HIGHLY CONFIDENTIAL.xlsx

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 45

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

June 3, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volumes APLDOJLIT_VOL044, APLDOJLIT_VOL045, and APLDOJLIT_VOL046, are Bates-labeled APLDOJLIT12784522 through APLDOJLIT13383183, APLDOJLIT13383184 through APLDOJLIT13633567, and APLDOJLIT13633568 through APLDOJLIT13853413, respectively. The production volumes have been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:

APLDOJLIT_VOL044.zip.001
APLDOJLIT_VOL044.zip.002
APLDOJLIT_VOL044.zip.003
APLDOJLIT_VOL044.zip.004
APLDOJLIT_VOL045.zip.001

GIBSON DUNN



APLDOJLIT_VOL045.zip.002
APLDOJLIT_VOL045.zip.003
APLDOJLIT_VOL045.zip.004
APLDOJLIT_VOL045.zip.005
APLDOJLIT_VOL046.zip.001
APLDOJLIT_VOL046.zip.002
APLDOJLIT_VOL046.zip.003
APLDOJLIT_VOL046.zip.004
APLDOJLIT_VOL046.zip.005

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 46

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

June 11, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volumes APLDOJLIT_VOL047, APLDOJLIT_VOL048, APLDOJLIT_VOL049, APLDOJLIT_VOL050, and APLDOJLIT_VOL051, are Bates-labeled APLDOJLIT13853414 through APLDOJLIT14561452, APLDOJLIT14561453 through APLDOJLIT15004068, APLDOJLIT15004069 through APLDOJLIT15275592, APLDOJLIT15275593 through APLDOJLIT15615603, and APLDOJLIT15615604 through APLDOJLIT15891147, respectively. We are also providing overlay volume APLDOJLIT_OVR009, which contains replacement images for a document being reproduced at a higher resolution. The production volumes have been posted to the JEFS/Kirkland-Apple-Production for ATR portal, and also to https://transfer.kirkland.com for Plaintiff States' counsel, in files named as follows:

APLDOJLIT_VOL047.zip.001

GIBSON DUNN



APLDOJLIT_VOL047.zip.002
APLDOJLIT_VOL047.zip.003
APLDOJLIT_VOL047.zip.004
APLDOJLIT_VOL047.zip.005
APLDOJLIT_VOL047.zip.006
APLDOJLIT_VOL047.zip.007
APLDOJLIT_VOL047.zip.008
APLDOJLIT_VOL047.zip.009
APLDOJLIT_VOL047.zip.010
APLDOJLIT_VOL047.zip.011
APLDOJLIT_VOL047.zip.012
APLDOJLIT_VOL048.zip.001
APLDOJLIT_VOL048.zip.002
APLDOJLIT_VOL048.zip.003
APLDOJLIT_VOL048.zip.004
APLDOJLIT_VOL048.zip.005
APLDOJLIT_VOL048.zip.006
APLDOJLIT_VOL048.zip.007
APLDOJLIT_VOL048.zip.008
APLDOJLIT_VOL049.zip
APLDOJLIT_VOL049.z01
APLDOJLIT_VOL049.z02
APLDOJLIT_VOL049.z03
APLDOJLIT_VOL049.z04
APLDOJLIT_VOL049.z05
APLDOJLIT_VOL050.zip.001
APLDOJLIT_VOL050.zip.002
APLDOJLIT_VOL050.zip.003
APLDOJLIT_VOL050.zip.004
APLDOJLIT_VOL050.zip.005
APLDOJLIT_VOL051.zip.001
APLDOJLIT_VOL051.zip.002
APLDOJLIT_VOL051.zip.003
APLDOJLIT_VOL051.zip.004
APLDOJLIT_OVR009.zip

The password for the production files will be provided separately.

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express

understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC

# EXHIBIT 47

GIBSON DUNN

Dana Lynn Craig
Partner
T: +1 415.393.8253
M: +1 213.507.7036
dcraig@gibsondunn.com

CONFIDENTIAL

June 15, 2026

VIA E-MAIL

William Christopher Carmody
Susman Godfrey LLP
One Manhattan West, 50th Floor
New York, NY 10001-8602

Steve W. Berman
Hagens Berman Sobol Shapiro LLP
1301 Second Avenue
Suite 2000
Seattle, WA 98101

George A. Zelcs
Korein Tillery LLC
205 North Michigan, Suite 1950
Chicago, IL 60601

Thomas R. Curtin
McElroy, Deutsch, Mulvaney & Carpenter LLP
1300 Mount Kemble Avenue
Morristown, NJ 07962

Re: *In Re: Apple Inc. Smartphone Antitrust Litigation*, No. 2:24-md-03113-JXN-LDW

Dear Counsel:

On behalf of Apple Inc. ("Apple"), we are providing a document production responsive to certain of Plaintiffs' Requests for Production. The documents, which constitute volumes APLDOJLIT_VOL052, APLDOJLIT_VOL053, APLDOJLIT_VOL054, and APLDOJLIT_VOL055, are Bates-labeled APLDOJLIT15891148 through APLDOJLIT16228536, APLDOJLIT16228537 through APLDOJLIT16464813, APLDOJLIT16464814 through APLDOJLIT16951804, and APLDOJLIT16951805 through APLDOJLIT17157995, respectively. We are also providing overlay volumes APLDOJLIT_OVR010 and APLDOJLIT_OVR011, which contain overlays for the DOCUMENTURL field and Custodian and All Custodians fields respectively. We are also providing a HYPERLINKADDRESS Match cross-reference log pursuant to Section V.10 of the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264). The production volumes have been posted to https://transfer.kirkland.com in files named as follows:

GIBSON DUNN



APLDOJLIT_VOL052.zip.001
APLDOJLIT_VOL052.zip.002
APLDOJLIT_VOL052.zip.003
APLDOJLIT_VOL052.zip.004
APLDOJLIT_VOL052.zip.005
APLDOJLIT_VOL053.zip.001
APLDOJLIT_VOL053.zip.002
APLDOJLIT_VOL053.zip.003
APLDOJLIT_VOL053.zip.004
APLDOJLIT_VOL054.zip.001
APLDOJLIT_VOL054.zip.002
APLDOJLIT_VOL054.zip.003
APLDOJLIT_VOL054.zip.004
APLDOJLIT_VOL054.zip.005
APLDOJLIT_VOL054.zip.006
APLDOJLIT_VOL054.zip.007
APLDOJLIT_VOL054.zip.008
APLDOJLIT_VOL054.zip.009
APLDOJLIT_VOL054.zip.010
APLDOJLIT_VOL054.zip.011
APLDOJLIT_VOL055.zip.001
APLDOJLIT_VOL055.zip.002
APLDOJLIT_VOL055.zip.003
APLDOJLIT_OVR010.zip
APLDOJLIT_OVR011.zip
2026.06.15 Apple HYPERLINKADDRESS Match Cross-Reference Log_HighlyConfidential.xlsx

This production is made pursuant to the Discovery Confidentiality Order (ECF No. 235), entered February 19, 2025, and the Stipulation and Order Governing Electronically Stored Information and Hard Copy Documents (ECF No. 264), entered May 22, 2025. By producing these documents Apple does not waive any objection it may have to their relevance or admissibility, or any other objection available at law or in equity. By producing these documents Apple does not waive any rights or privileges, including the attorney-client and work product privileges.

This production includes confidential business information, the release or publication of which could substantially harm Apple. Apple's submissions are made with the express understanding that their content be kept confidential to the maximum extent provided by the Discovery Confidentiality Order and all applicable laws and regulations, including protection from disclosure under the Freedom of Information Act.

GIBSON DUNN



Sincerely,

/s/ Dana Lynn Craig

Dana Lynn Craig
Partner

DLC