**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: APPLE INC. SMARTPHONE ANTITRUST LITIGATION<br><br>*This Document Relates to:*<br><br>*Giamanco v. Apple Inc.*, 24-cv-7238-JXN-LDW | Case No. 24-md-3113-JXN-LDW<br><br>MDL No. 3113<br><br>Hon. Julien X. Neals, U.S.D.J.<br>Hon. Leda D. Wettre, U.S.M.J. |

**DECLARATION OF IAN MOODY IN SUPPORT OF WATCH PLAINTIFFS' REPLY LETTER BRIEF IN SUPPORT OF ADDITIONAL WATCH CUSTODIANS**

I, Ian Moody, affirm as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Korein Tillery LLC, counsel for the Direct Apple Watch Purchaser Plaintiffs ("Watch Plaintiffs") in this action. I am fully familiar with the facts set forth in this declaration.

2. I submit this declaration in support of Watch Plaintiffs' Reply Letter Brief In Support Of Additional Watch Custodians.

3. Attached to this declaration as **Exhibit 51** is a true and accurate copy of the Opinion and Order of the Special Discovery Master Re: Carrier/Non-Carrier Discovery Dispute (Dkt. 296), entered by Judge Linares on August 26, 2026.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

| | | |
|---|---|---|
| Executed: | November 3, 2026 | *<u>/s/ Ian Moody</u>* |
| | St. Louis, MO | Ian Moody |