# EXHIBIT A

Table of Contents

**As filed with the Securities and Exchange Commission on September 21, 2026.**

**Registration No. 333-298734**

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**AMENDMENT NO. 1 TO**

**FORM S-1**
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

---

# Oura Inc.

(Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware**<br>(State or other jurisdiction of incorporation or organization) | **3571**<br>(Primary Standard Industrial Classification Code Number) | **41-4072333**<br>(I.R.S. Employer Identification No.) |

**415 Kearny Street**
**San Francisco, California 94108**
**(415) 429-1773**
(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)

---

**Avonte Campinha-Bacote, Esq.**
**Chief Legal Officer**
**415 Kearny Street**
**San Francisco, California 94108**
**(415) 429-1773**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

---

**Copies to:**

| | |
|---|---|
| **Marc D. Jaffe**<br>**Alison A. Haggerty**<br>**Sandy Kugbei**<br>**Latham & Watkins LLP**<br>**1271 Avenue of the Americas**<br>**New York, New York 10020**<br>**Telephone: (212) 906-1200** | **David W. Azarkh**<br>**Heidi E. Mayon**<br>**Karen J. Reyes**<br>**Simpson Thacher & Bartlett LLP**<br>**2475 Hanover Street**<br>**Palo Alto, California 94304**<br>**Telephone: (650) 251-5000** |

---

**APPROXIMATE DATE OF COMMENCEMENT OF PROPOSED SALE TO THE PUBLIC: AS SOON AS PRACTICABLE AFTER THIS REGISTRATION STATEMENT IS DECLARED EFFECTIVE.**

---

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| **Large accelerated filer** ☐ | **Accelerated filer** ☐ |
| **Non-accelerated filer** ☒ | **Smaller reporting company** ☐ |
| | **Emerging growth company** ☒ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

into member-facing features with the trust and credibility required to expand into new health domains. Our highly engaged member base accelerates this work—yielding a participatory research asset that increases product velocity, lowers the cost of data collection, and allows us to make meaningful contributions to the broader evidence base for proactive, personalized health.

We operate at the intersection of three structural shifts: the move from reactive care to proactive, continuous health management; increasing consumer ownership of health decisions and spend; and advances in AI and wearable technology that enable personalized, predictive insights in real time. We believe we are in the early innings of addressing a large and expanding market opportunity that begins with wearables and extends into preventative healthcare. Oura represented approximately 2% of annual global wearable shipments in the 12 months ended June 30, 2026. We believe our health intelligence platform positions us to address a broader preventative health opportunity representing over $90 billion of serviceable addressable spend, as healthcare investment shifts toward proactive, personalized care. Longer-term, we believe our platform can support meaningfully larger populations as we continue to expand access, build clinical evidence, and deepen integrations with health plans, employers, and care providers.

Our go-to-market strategy is anchored in product-led growth and efficient, diversified distribution. During the nine months ended June 30, 2026, approximately 40% of members were acquired organically through word-of-mouth, driven by our passionate member base. We complement this organic demand with an omnichannel approach that combines direct-to-consumer (“DTC”) with our wholesale channel, which includes our retail and enterprise partners. We are present in approximately 8,400 retail doors globally, increasing product discovery and brand awareness. Internationally, we are in the earlier stages of our expansion efforts and plan to enter new markets using a disciplined, localized go-to-market approach. We also reach members through enterprise channels—including employers, government organizations, and healthcare partners—and strategic ecosystem partnerships. Our omnichannel strategy has significantly increased our brand awareness, with aided awareness among our target audience in the United States growing from approximately 15% in the first quarter of fiscal 2024 to approximately 38% in the third quarter of fiscal 2026, according to our Quarterly Brand Tracking Study conducted by YouGov. While our brand awareness has grown, we have significant room to further increase our awareness both in the United States and internationally.

We operate an integrated hardware-plus-software subscription business model that combines hardware sales with a recurring membership to scale adoption while driving durable, long-term engagement. Hardware economics recover customer acquisition costs on day one, after which members enter a highly retentive subscription model. This model enables sustained investment in cutting-edge science and research and development that drives product innovation. Oura Membership becomes more valuable over time, with new features, partnerships, and services enhancing the tools available to help members understand and proactively manage their health. Together, this integrated model aligns incentives around sustained engagement and outcomes, reinforcing trust and supporting long-term member relationships as health needs evolve.

Our revenue was $1,214.5 million and $697.6 million during the nine months ended June 30, 2026 and 2025, respectively, representing 74% year-over-year growth. During the nine months ended June 30, 2026 and 2025, we delivered gross margins of 55% and 51%, generated net income of $60.8 million and $1.6 million, and generated Adjusted EBITDA of $106.7 million and $83.5 million, respectively. See “Management’s Discussion and Analysis of Financial Condition and Results of Operations—Key Operating Metrics and Non-GAAP Financial Measures” for additional information regarding Adjusted EBITDA, including a reconciliation of Adjusted EBITDA to net income.



Table of Contents

**Oura Ring**

We designed Oura Ring to capture continuous, high-fidelity biometric data that powers our health intelligence platform. The ring form factor enables near-constant wear, including overnight when signals are the most stable, driving more consistent and higher-quality data capture than competing products.

- ***Accuracy.*** Accuracy is core to our product philosophy and our advantage comes from two places. First, we start with better physiological signals. We measure on the finger, not the wrist, because the finger gives us a stronger physiological signal and better signal-to-noise ratio. It is highly vascularized, which means we can capture a PPG signal that can be up to 100 times stronger than the wrist. That stronger signal is the foundation for measuring heart rate, heart rate variability, respiratory patterns, and other health metrics. Second, we turn those signals into insights with proprietary sensing algorithms and AI models. Our algorithms translate raw physiological data into meaningful health metrics, personalized insights, and guidance that our members can act on. Data indicates that Oura achieves research-grade accuracy of approximately 99% for heart rate, 98% for heart rate variability, 96% for ovulation tracking, and 96% for sleep accuracy. And it matters to our members: approximately 87% say accuracy was a key reason behind their purchase decision. Our approach has been validated through third-party research. An independent study published in 2025 and supported by the Air Force Research Laboratory found Oura Ring 4, our previous generation hardware, to deliver leading PPG accuracy for resting heart rate and heart rate variability.
- ***Proprietary Hardware Technology.*** Our patented Smart Sensing technology dynamically adapts to each member’s

physiology to optimize signal quality and accuracy, enabling personalized measurement while preserving battery efficiency.

- ***Comfort, Convenience & Style.*** Our discreet, lightweight design integrates naturally into daily life without screens or notifications, enabling continuous wear and driving sustained adherence.
- ***Protected IP.*** As the pioneer of the smart ring category, Oura has built a leading patent portfolio comprising over 1,140 patents and patent applications as of June 30, 2026—spanning hardware design, sensing, and longitudinal biometric data capture and analysis.

**The Oura Platform**

We have architected an integrated health intelligence platform designed to deliver personalized, actionable insights at global scale. Our platform combines proprietary hardware, software, AI, and services across four mutually reinforcing layers—Data, Intelligence, Interaction, and Infrastructure—and is strengthened by our partner ecosystem. Together, this proprietary technology stack transforms biometric data into trusted, actionable insights that we believe become more accurate, personalized, and valuable as the platform scales.

***Data.*** We are a trusted personal health system of record, anchored in high-frequency, longitudinal physiology, behavior, and context data from Oura Ring and third-party integrations, including blood tests, continuous glucose monitors, and electronic health records. We have amassed a proprietary dataset comprising nearly 42 billion hours of longitudinal biometric data, across a wide range of genotypes, phenotypes, genders, ages, ethnicities, and health conditions. Unlike population-level datasets, our data is personal and updated continuously—it captures not just biometrics, but life stage, goals, medications, behaviors, and context, building an evolving longitudinal record that is unique to each member. This allows us to establish individualized physiological baselines and detect deviations from those baselines.



Table of Contents

***Intelligence.*** Intelligence is our proprietary reasoning engine that interprets physiological data into predictive, clinically grounded insights and recommendations. It combines three layers of AI models: proprietary health foundation models trained on more than a decade of longitudinal biometric data that serve as a general knowledge engine for human physiology and behavior; domain-specific health models that power specific use cases and features, such as our heart health models that power our Blood Pressure Signals and women's health models that power our Fertile Window feature for conception and pregnancy planning; and custom health-focused LLMs (like the Oura Women's Health Expert) that power Oura Advisor, our conversational AI that translates complex outputs into intuitive, evidence-based guidance to meet the distinct needs of our members. Together with individualized baselines built from each member's biometric data and context, these models enable us to convert complex physiological signals into actionable insights and predictions at scale.

***Interaction.*** The Interaction layer is where members engage with the platform through Oura App and Oura Advisor, our AI-powered health companion, which together serve as the operating interface for the Oura experience. These interfaces surface personalized scores, trends, and recommendations across sleep, activity, readiness, stress, heart health, metabolic health, and women's health, with AI embedded throughout to translate signals into context-aware guidance tailored to each member's goals and life circumstances. Our health scores, such as Readiness and Sleep, provide an easy to understand number that is personalized to each member, while detailed submetrics and measures, such as heart rate variability and body temperature, allow members to understand their underlying vital signs. Designed to build trust over time, Oura encourages daily check-ins, reflection, and action—creating a sustained engagement loop that traditional healthcare has historically struggled to achieve.

***Infrastructure.*** Our platform is built on a privacy-first, purpose-designed infrastructure that supports trust, efficiency, and scale, aligned with data protection standards such as HIPAA and GDPR. Our use of local data processing and proprietary edge-deployed AI models, together with our secure system designed to protect member data, optimizes compute and data-transfer costs, preserves battery life, and enables efficient, always-on sensing at scale. This architecture is designed to enable secure, scalable integrations across healthcare, employer, research, and government use cases.

***Partner Ecosystem***. Our partner ecosystem extends the reach and utility of the Oura platform without requiring us to build every capability in-house. Partners embed Oura insights into their own products while contributing complementary clinical, physiological, and contextual data back into our platform, creating a bidirectional model that strengthens platform intelligence and member value over time. This model, enabled by our API-first architecture, supports integrations across more than 1,200 partners and serves two strategic objectives. First, feature expansion partners such as Natural Cycles (women's health) and Strava (activity) allow us to expand efficiently into new health domains. Second, connected care partners such as LillyDirect, Eli Lilly and Company's digital health platform and Resmed help connect Oura-generated wellness insights with treatment-support programs, care pathways, healthcare services, and clinical workflows. Together, these partnerships allow us to expand efficiently into new health domains and care settings, while increasing the utility of the Oura platform across our members' health journeys.

***Platform Flywheel***. Together our proprietary hardware, software, data, and AI drive a self-reinforcing flywheel that strengthens

Unless otherwise indicated, all information contained in this prospectus assumes or gives effect to:

- the Reorganization;
- a 2-for-1 forward stock split of our common stock (and a proportionate adjustment in the ratio at which our preferred stock is convertible into our common stock), which became effective on September 18, 2026;
- the conversion of all outstanding shares of our convertible preferred stock into an aggregate of 273,530,612 shares of common stock, which will occur immediately prior to the completion of this offering (the "Preferred Stock Conversion");



Table of Contents

- the conversion of an outstanding $50.0 million Simple Agreement for Future Equity ("SAFE") instrument with Eli Lilly and Company into an aggregate of 1,190,476 shares of common stock, based on an assumed initial public offering price of $42.00 per share, which is the midpoint of the price range set forth on the cover page of this prospectus, which conversion will occur immediately prior to the completion of this offering (the "SAFE Conversion");
- the net issuance of 13,338,451 shares of our common stock underlying RSUs outstanding that will vest in connection with this offering, after giving effect to the withholding of 12,150,103 shares of our common stock to satisfy the estimated tax withholding and remittance obligations (based on an assumed initial public offering price of $42.00 per share, which is the midpoint of the price range set forth on the cover page of this prospectus, and an assumed tax withholding rate of 47.7%) (the "RSU Net Settlement");
- the filing and effectiveness of our amended and restated certificate of incorporation (the "Amended Charter") and the adoption of our amended and restated bylaws (the "Amended Bylaws"), each of which will occur immediately prior to the completion of this offering;
- no exercise of outstanding stock options or settlement of outstanding RSUs subsequent to June 30, 2026 except as described above;
- no exercise by the underwriters of their option to purchase up to 7,500,000 additional shares of common stock from the selling stockholders;
- no purchase of shares of our common stock through the directed share program as described in "Underwriting—Directed Share Program;" and
- an initial public offering price of $42.00 per share of common stock, which is the midpoint of the price range set forth on the cover page of this prospectus.

The assumed 47.7% tax withholding rate applicable to the RSU Net Settlement used in this prospectus is an estimated blended withholding rate for all of the RSUs that will vest in connection with this offering. Such estimate and the related share withholding may differ from actual results due to, among other things, the actual initial public offering price and other terms of this offering determined at pricing, actual forfeitures through the date of this prospectus, and actual tax withholding rates.



Table of Contents

## SUMMARY CONSOLIDATED FINANCIAL AND OTHER DATA

The following tables present the summary of our consolidated financial and other data. We have derived the summary consolidated statements of operations data and consolidated statements of cash flows data for the nine months ended June 30, 2026 and 2025 and the summary consolidated balance sheet data as of June 30, 2026 from our unaudited interim condensed consolidated financial statements and related notes included elsewhere in this prospectus. The summary consolidated statements of operations data and statements of cash flow data for the fiscal years ended September 30, 2025 and 2024 have been derived from our audited consolidated financial statements and related notes included elsewhere in this prospectus. The unaudited condensed consolidated financial statements and related notes have been prepared on the same basis as the annual consolidated financial statements and, in management's opinion, include all adjustments necessary for the fair statement of such data.

Our historical results for any prior period are not necessarily indicative of the results that may be expected in the future. You should read the following data together with our consolidated financial statements and related notes included elsewhere in this prospectus and the section titled "Management's Discussion and Analysis of Financial Condition and Results of Operations." See "About this Prospectus" for information regarding our Reorganization.

| | Nine Months Ended June 30, 2026 | Nine Months Ended June 30, 2025 | Year Ended September 30, 2025 | Year Ended September 30, 2024 |
|---|---|---|---|---|
| | (in thousands, except share and per share data) | | | |
| **Consolidated Statements of Operations:** | | | | |
| Revenue: | | | | |
| Hardware | $ 973,980 | $ 588,726 | $ 749,393 | $331,203 |
| Membership | 240,526 | 108,843 | 158,463 | 75,548 |
| Total revenue | 1,214,506 | 697,569 | 907,856 | 406,751 |
| Cost of revenue | 552,339 | 341,544 | 436,844 | 142,657 |
| Gross profit | 662,167 | 356,025 | 471,012 | 264,094 |
| Operating expenses: | | | | |
| Sales and marketing | 257,858 | 140,273 | 202,217 | 108,410 |
| Research and development | 206,800 | 101,078 | 141,957 | 90,596 |
| General and administrative | 126,321 | 54,409 | 81,506 | 51,648 |
| Total operating expenses | 590,979 | 295,760 | 425,680 | 250,654 |
| Income from operations | 71,188 | 60,265 | 45,332 | 13,440 |
| Interest expense | (2,222) | (10,602) | (13,384) | (15,613) |
| Loss on extinguishment of debt | (479) | (8,725) | (8,725) | — |
| Other income (expense), net | 1,596 | (4,471) | 350 | 8,437 |
| Income before income taxes | 70,083 | 36,467 | 23,573 | 6,264 |
| Provision for income taxes | 9,315 | 34,894 | 23,561 | 2,615 |
| Net income | $ 60,768 | $ 1,573 | $ 12 | $ 3,649 |
| Deemed dividend to holders of redeemable convertible preferred stock | (985,023) | (184,417) | (186,100) | (12,200) |
| Net loss attributable to common stockholders | $ (924,255) | $(182,844) | $(186,088) | $ (8,551) |



Table of Contents

| | Nine Months Ended June 30, 2026 | Nine Months Ended June 30, 2025 | Year Ended September 30, 2025 | Year Ended September 30, 2024 |
|---|---|---|---|---|
| | (in thousands, except share and per share data) | | | |
| Net loss per share attributable to common stockholders, basic and diluted(1) | $ (44.77) | $ (8.16) | $ (8.53) | $ (0.30) |
| Weighted-average shares outstanding, basic and diluted(1) | 20,646,388 | 22,398,764 | 21,803,884 | 28,796,772 |
| Pro forma net income (loss) per share attributable to common stockholders:(1)(2) | | | | |
| Basic | $ 0.20 | | $ (0.52) | |
| Diluted | $ 0.18 | | $ (0.52) | |
| Pro forma weighted-average number of shares used in computing net income (loss) per share attributable to common stockholders:(1)(2) | | | | |
| Basic | 308,100,117 | | 309,257,613 | |
| Diluted | 342,160,836 | | 309,257,613 | |

(1) See Note 2 to our consolidated financial statements included elsewhere in this prospectus for an explanation of the method used to calculate our historical basic and diluted net loss per share attributable to common stockholders and the weighted-average number of shares of common stock used in the computation of these per share amounts.

(2) Gives effect to (i) the Preferred Stock Conversion, (ii) the SAFE Conversion, and (iii) the RSU Net Settlement. The following table sets forth the computation of our unaudited pro forma basic and diluted net income (loss) per share, which does not include shares being issued in this offering:

| | Nine Months Ended June 30, 2026 | Year Ended September 30, 2025 |
|---|---|---|
| | (in thousands, except share and per share data) | |
| **Numerator:** | | |
| Net loss attributable to common stockholders | $ (924,255) | $ (186,088) |
| Pro forma adjustment to reverse the deemed dividend on redeemable convertible preferred stock | 985,023 | 186,100 |
| Pro forma adjustment to record stock-based compensation expense related to RSUs that will vest in connection with this offering, assuming the effectiveness of the offering occurred on October 1, 2024 | — | (159,959) |
| Pro forma net income (loss) per share attributable to common stockholders, basic and diluted | $ 60,768 | $ (159,946) |

| | | |
|---|---|---|
| **Denominator:** | | |
| Weighted-average shares outstanding used in computing net loss per share attributable to common stockholders, basic | 20,646,388 | 21,803,884 |
| Pro forma adjustment to reflect the Preferred Stock Conversion, excluding 605,810 shares of restricted stock | 272,924,802 | 272,924,802 |
| Pro forma adjustment to reflect the SAFE Conversion | 1,190,476 | 1,190,476 |
| Pro forma adjustment to reflect the RSU Net Settlement | 13,338,451 | 13,338,451 |



Table of Contents

| | Nine Months Ended June 30, 2026 | Year Ended September 30, 2025 |
|---|---|---|
| | (in thousands, except share and per share data) | |
| Pro forma weighted-average shares used in computing net income (loss) per share attributable to common stockholders, basic | 308,100,117 | 309,257,613 |
| Pro forma adjustment to reflect the potential future vesting and settlement of RSUs | 10,723,712 | — |
| Pro forma adjustment to reflect the potential future exercise of stock options | 22,784,889 | — |
| Pro forma adjustment to reflect the potential future vesting of restricted stock | 552,118 | — |
| Weighted-average shares used in computing net income per share attributable to common stockholders, diluted | 342,160,836 | 309,257,613 |
| Pro forma net income (loss) per share attributable to common stockholders, basic | $ 0.20 | $ (0.52) |
| Pro forma net income (loss) per share attributable to common stockholders, diluted | $ 0.18 | $ (0.52) |

| | Nine Months Ended June 30, | | Year Ended September 30, | |
|---|---|---|---|---|
| | 2026 | 2025 | 2025 | 2024 |
| | (in thousands) | | | |
| **Consolidated Statements of Cash Flows:** | | | | |
| Net cash provided by operating activities | $ 328,008 | $ 135,315 | $ 121,693 | $ 28,227 |
| Net cash used in investing activities | (76,958) | (20,281) | (29,186) | (12,383) |
| Net cash provided by (used in) financing activities | (741,772) | (44,495) | 653,924 | (41,658) |

| | As of June 30, 2026 | | |
|---|---|---|---|
| | Actual | Pro Forma(1) | Pro Forma As Adjusted(2)(3) |
| | (in thousands) | | |
| **Consolidated Balance Sheet:** | | | |
| Cash and cash equivalents | $ 371,764 | $ 371,764 | $ 377,919 |
| Total assets | 1,063,188 | 1,063,188 | 1,065,094 |
| Total liabilities | 1,181,171 | 1,657,569 | 1,127,855 |
| Redeemable convertible preferred stock | 1,499,751 | — | — |
| Total stockholders' deficit | (1,617,734) | (594,381) | (62,760) |

(1) Gives effect to (i) the Preferred Stock Conversion, (ii) the SAFE Conversion, (iii) the RSU Net Settlement, including an increase in accrued and other current liabilities and an equivalent decrease in additional paid-in capital of $526.4 million in connection with the estimated tax withholding and remittance obligations related to the RSU Net Settlement and stock-based compensation expense of approximately $160.0 million in connection with the RSU Net Settlement, and (iv) the filing and effectiveness of our Amended Charter and the adoption of our Amended Bylaws, each of which will occur immediately prior to the completion of this offering.

(2) Gives effect to (i) the pro forma adjustments described in footnote (1) above, (ii) the issuance and sale by us of 13,500,000 shares of common stock in this offering at an assumed initial public offering price of $42.00 per share, which is the midpoint of the price range set forth on the cover page of this prospectus, after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us, and (iii) the use of approximately $526.4 million of the net



Table of Contents

proceeds from this offering to satisfy our anticipated tax withholding and remittance obligations related to the RSU Net Settlement.

(3) Each $1.00 increase (decrease) in the assumed initial public offering price of $42.00 per share, which is the midpoint of the price range set forth on the cover page of this prospectus, would increase (decrease) the pro forma as adjusted amount of each of cash and cash equivalents, total assets, and total stockholders' deficit by approximately $12.7 million, assuming the number of shares offered by us, as set forth on the cover page of this prospectus, remains the same and after deducting estimated underwriting discounts and commissions and estimated offering expenses payable by us. Similarly, each increase (decrease) of 1,000,000 in the number of shares of common stock we are offering would increase (decrease) the pro forma as adjusted amount of each of cash and cash equivalents, total assets, and total stockholders' deficit by approximately $39.5 million, assuming the assumed initial public offering price per share remains the




---

Table of Contents

## RISK FACTORS

*Investing in our common stock involves a high degree of risk. You should carefully consider and read the following risk factors, together with all of the other information contained in this prospectus, including the section titled "Management's Discussion and Analysis of Financial Condition and Results of Operations" and our consolidated financial statements and related notes thereto, before deciding to invest in our common stock. The risks described below are not the only ones we face. Our business, financial condition, and results of operations could be adversely affected by any of these risks or uncertainties, as well as by risks or uncertainties not currently known to us, or that we do not currently believe are material. In such a case, the trading price of our common stock could decline, and you could lose some or all of your investment. Certain statements contained in the risk factors described below are forward-looking statements. See "Cautionary Note Regarding Forward-Looking Statements" for more information.*

### Risks Related to Our Business and Industry

***We have experienced rapid growth in recent years. This rapid growth may not be sustainable or indicative of future performance, and we expect our growth rate to slow over time.***

We have experienced significant and rapid growth, with total revenue increasing from $406.8 million in fiscal 2024 to $907.9 million in fiscal 2025, representing approximately 123% year-over-year growth, and from $697.6 million in the nine months ended June 30, 2025 to $1,214.5 million in the nine months ended June 30, 2026, representing approximately 74% year-over-year growth. Hardware revenue grew from $331.2 million to $749.4 million and membership revenue grew from $75.5 million to $158.5 million in fiscal 2024 and fiscal 2025, respectively. Hardware revenue was $974.0 million and membership revenue was $240.5 million for the nine months ended June 30, 2026, compared to $588.7 million and $108.8 million, respectively, for the nine months ended June 30, 2025. However, our

recent rate of growth may not be sustainable or indicative of our future rate of growth, and in future periods, our revenue could grow more slowly than we expect or decline.

We believe that continued growth in revenue, as well as our ability to improve or maintain margins and profitability, will depend upon, among other factors, our ability to address the challenges, risks, and difficulties described in this “Risk Factors” section. We cannot provide assurance that we will be able to successfully manage any such challenges or risks to our future growth. Any of these factors could cause our revenue growth to slow or decline and may adversely affect our margins and profitability. Because we have a limited history operating at our current scale in an evolving market and across expanding channels, our ability to forecast quarterly or annual results is reduced, and our predictions about future revenue and expenses may be less accurate than if we had a longer operating history. Even if our revenue continues to increase, our growth rate may slow for a number of other reasons, including if there is a slowdown in the growth of demand for our products, an increase in competition, a decrease in the growth or reduction in the size of our overall market, or if we cannot capitalize on growth opportunities. Failure to continue to grow our revenue or improve or maintain margins would adversely affect our business, financial condition, and results of operations. You should not rely on our historical rate of growth as an indication of our future performance.

***If we fail to attract new members, retain existing members, or maintain or increase sales to those members, our business, financial condition, results of operations, and growth prospects will be adversely affected.***

Our growth depends in part on our ability to continue to attract new members to our products and services and to retain and expand our relationships with existing members over time. We acquire members across multiple channels, including our direct-to-consumer website, our retail partners, our



Table of Contents

distribution partners, and our partner programs. We have made, and expect to continue to make, investments in product development, marketing, and channel expansion to acquire new members, and these investments may not result in new members, or in increased sales of our products and services. As our brand becomes more widely known, we may not attract new members at the same rates as we have in the past. If consumers are not convinced that our products and services are superior to alternatives, or if we are unable to scale our channels and partner relationships effectively, our ability to acquire new members and grow our business may be harmed.

Our success also depends in large part on our ability to retain existing members and to maintain or increase sales to those members over time. A meaningful portion of our revenue is generated from recurring membership subscriptions, which are automatically renewed until cancelled by the member or terminated by us, and members may cancel at any time without penalty. In addition, a portion of our membership base is supported through partner programs in which a partner pays for memberships on behalf of eligible end users. If those partners do not renew or expand their programs, or if end users no longer qualify for the program, those individuals are required to convert to an individually paid membership in order to retain access to our membership offering, and many may not do so. Furthermore, some customers choose to purchase our products but do not purchase a membership subscription. If we are unable to continue to attract new members, or our existing members decrease their spending on our products and services or fail to renew their memberships or make repeat purchases, our business, financial condition, results of operations, and growth prospects will be adversely affected.

***We operate in a highly competitive market, including against larger companies with greater resources, brand recognition, distribution capabilities, and track record of technology innovation, and we may be unable to compete successfully, which could adversely affect our business, financial condition, and results of operations.***

Our products and services are offered in the highly competitive health and wellness wearables market. We face significant competition in many aspects of our business, including from large, broad-based consumer electronics and technology companies that offer general-purpose smartwatches and fitness trackers; performance-oriented or category-specific wearables; and software-based health and wellness companies that provide device-agnostic insights. Moreover, we expect the competition in our market to intensify in the future as new and existing competitors introduce new or enhanced products and services that compete with ours.

Our competitors may develop, or have already developed, products, features, content, services, or technologies that are similar to ours or that achieve greater acceptance, may undertake more successful product development efforts, create more compelling employment opportunities or marketing campaigns, or may adopt more aggressive pricing policies, including by discounting hardware in order to gain market share or providing a membership model with no subscription fee. Our competitors may develop or acquire, or have already developed or acquired, intellectual property rights that significantly limit or prevent our ability to compete effectively. In addition, our competitors may have significantly greater resources than us, with more diversified product portfolios, established supply chains and distribution channels, and strong global brand recognition, allowing them to identify and capitalize more efficiently upon opportunities in new markets and consumer preferences and trends, quickly transition and adapt their products and services, devote greater resources to marketing and advertising, or be better positioned to withstand substantial price competition. If we are not able to compete effectively against our competitors, they may acquire and engage members or generate revenue at the expense of our efforts, which could have an adverse effect on our business, financial condition, and results of operations.

Table of Contents

***We have only recently achieved profitability and may not maintain profitability in the future.***

We have a history of operating losses and have only recently achieved profitability. While we generated net income of $60.8 million for the nine months ended June 30, 2026, $0.01 million for fiscal 2025, and $3.6 million for fiscal 2024, there can be no assurance that we will maintain profitability in any future period. We expect our operating expenses to increase in the future as we increase our sales and marketing efforts, continue to invest in research and development of new hardware features, software, and membership offerings, hire additional personnel, expand our operating infrastructure, and expand into new geographies. Further, as a public company, we will incur additional legal, accounting, and other expenses that we did not incur as a private company. These efforts and additional expenses may be more costly than we expect, and we cannot guarantee that we will be able to increase our net revenues to offset our increased operating expenses. Our revenue growth may slow for a number of other reasons, including if we experience reduced demand for our products, increased competition, a decrease in the growth or reduction in the size of our overall market or if we cannot capitalize on growth opportunities. We expect to incur significant expenses as we expand internationally, invest in product development, and scale our operations, and we cannot make assurances that we will remain profitable. If our revenue does not grow at a greater rate than our operating expenses, we will not be able to maintain our current level of profitability.

***If we do not continue to successfully develop and commercialize new, innovative, and updated products and features, including new product generations, our business, financial condition, and results of operations may be adversely affected.***

Our success in growing our revenue depends, in part, on our ability to continue developing and commercializing new, innovative, and updated products and features, identify, originate, and respond to trends, and anticipate changing consumer preferences in a timely manner. Our products and services are subject to changing consumer preferences and rapidly evolving technology that cannot be predicted with certainty. We have to date introduced multiple successive generations of Oura Ring, including the releases of Oura Ring 4 on October 15, 2024 and Oura Ring 5 on June 4, 2026, and we expect to continue to develop and introduce additional generations of Oura Ring and additional features and functionality for our membership offering. If we are unable to introduce new or enhanced offerings in a timely manner, obtain any necessary U.S. Food and Drug Administration ("FDA") or other required marketing authorizations for our new or enhanced offerings, or our new or enhanced offerings are not accepted by our members, our competitors may introduce similar offerings faster than us, which could negatively affect our rate of growth. Moreover, our new offerings may not receive consumer acceptance as preferences could shift rapidly to different types of consumer wearables or digital health offerings, or away from these types of offerings altogether, and our future success depends in part on our ability to anticipate and respond to these changes. Failure to anticipate and respond in a timely manner to changing consumer preferences could lead to, among other things, lower membership subscription rates, lower hardware sales, increased member churn, pricing pressure, lower gross margins, discounting of existing generations of Oura Ring, and excess inventory levels. Even if we are successful in anticipating consumer preferences, our ability to adequately react to and address them will partially depend upon our continued ability to develop and introduce innovative, high-quality offerings. Development of new or enhanced products and services may require significant time and financial investment, which could result in increased costs and a reduction in our profit margins, without guarantees of success. For example, we have historically incurred higher levels of sales and marketing expenses accompanying each new product introduction. Moreover, the market for health and wellness wearables is evolving rapidly, and competitors are introducing new products and features regularly. If we do not continue to successfully develop and introduce new product generations and features, if our products become obsolete, if our products or features do not receive any required marketing authorizations, or if our new products fail to achieve market acceptance, our business, financial condition, and results of operations may be adversely affected.



Table of Contents

***Actual or perceived defects in, or safety issues with, our products, including issues relating to battery performance, skin irritation, inaccurate health data, or hardware failures, have in the past and could in the future lead to warranty claims, product replacements or recalls, reputational harm, regulatory proceedings, or litigation, which could adversely affect our business, financial condition, and results of operations.***

Oura Ring is a complex product that combines hardware, embedded firmware, and software, and that integrates components, materials, sensors, and batteries sourced from a range of third-party suppliers. Oura Ring could contain design or manufacturing defects in its materials, hardware, firmware, or software, including defective components or "bugs" that interfere with Oura Ring's intended operation, reduce its useful life, or cause injury to a user. Although we extensively and rigorously test new generations of Oura Ring before their release, and review the quality management systems of our suppliers, there can be no assurance we will be able to detect, prevent, or fix all defects.

There can be no assurance that we will be able to timely detect and fix all issues and defects in the hardware, software, and services we offer. Failure to do so could result in widespread technical and performance issues affecting our products and services and could lead to litigation, claims or investigations against us. Design and manufacturing defects, real or perceived, and litigation, claims or investigations related thereto, may subject us to judgments or settlements that result in damages materially in excess of the limits of our insurance coverage. In addition, we may be exposed to recalls, product replacements, or modifications, write-offs of inventory, property and equipment, or intangible assets, and significant warranty and other expenses such as litigation costs and regulatory fines. If we cannot successfully defend any large claim or potential liability, maintain our general liability insurance on acceptable terms, or maintain adequate coverage against potential claims, our financial results could be adversely impacted. Further, quality problems could adversely affect the experience for users of our products and services, and result in harm to our reputation, loss of competitive advantage, poor

partnership with Counsel Health) are designed to layer additional data and services onto the existing member experience. By integrating these offerings into our platform, we can broaden use cases, deepen personalization and support higher member lifetime value over time. We generally expect to fund these initiatives through operating cash flows and existing capital resources. We expect to introduce add-on products and services in phases, informed by the maturity of the underlying technology, the readiness of our partner ecosystem, and the applicable regulatory pathway for each offering.

- ***Expand our Partner Network to extend reach and increase value***. Oura extends its platform through strategic partnerships that (i) expand distribution and reach and (ii) increase our ecosystem value.
  - *Partnerships expand distribution and reach.* We expand our reach through select partnerships that integrate Oura into existing consumer ecosystems and purchasing workflows. These partnerships include premium brands, such as American Express Platinum and Lululemon, as well as HSA and FSA stores, which enable eligible consumers to purchase Oura using pre-tax dollars. We will continue to add partners where they improve reach to high-intent customer segments, increase brand awareness, broaden accessibility, and enhance acquisition efficiency.
  - *Partnerships increase our ecosystem value.* Oura extends its platform through strategic partnerships that integrate third-party clinical, physiological, and health data into a single member experience. Partners choose Oura for access to a large, health-motivated global consumer base and high-quality first-party physiological data. We have established a robust partnership ecosystem across key health use cases—including Natural Cycles (women's health), Dexcom (metabolic health), and Strava (activity), among others—and connected care pathways with Essence Healthcare, Lumeris and its Agentic AI Tom platform, and Maven Clinic. We see a significant opportunity to expand this network further, increasing Oura's utility and relevance across a broader set of members.
- ***Develop emerging channels to broaden access over time.*** We believe enterprise, employer, and healthcare channels can become differentiated distribution opportunities over time. As organizations provide access to Oura as part of care pathways and benefit offerings, we are able to increase accessibility while expanding demand. We believe this model supports efficient member growth and introduces alternative acquisition economics through subsidized or employer-sponsored adoption.

## Oura Member Experience

Oura member experience is designed to be intuitive, personalized, and frictionless, combining unobtrusive hardware, Oura Ring, with a thoughtfully designed software interface, Oura App, that helps members understand and act on their health over time. Our Finnish design heritage reflects a philosophy of simplicity, functionality and sophistication, which members view as both premium and enduring. Our software establishes personalized baselines based on data ingested from our hardware and other third-party data sources and presents insights in a personalized, dynamic and contextual manner. Our products operate passively without requiring manual input, enabling members to receive



---

Table of Contents

insights as part of their everyday routines rather than through episodic check-ins or goal-based activity logging. While our products form the foundation of the member experience, the relationship is elevated by trust in the Oura brand—reinforced through clinical credibility and a clear commitment to privacy, including a promise to never share personal data without consent.

***Oura Ring.*** Oura Ring is a smart ring designed for continuous, all-day and overnight wear. Our ring has evolved across multiple generations, with each iteration incorporating advances in sensor technology, battery life, durability, and comfort to support consistent, long-term use. Earlier generations focused on establishing reliable sleep and recovery measurement, while subsequent generations expanded sensing capabilities and improved wearability, enabling broader, all-day health insights. Over time, the product has evolved from a primarily sleep-focused device to a platform capable of supporting a wide range of daily health and wellness use cases. Oura Ring 5 represents the latest generation of the product and is designed to balance high-fidelity data collection with a form factor suitable for everyday life.



Oura Ring 5 introduced a durable, scratch-resistant fully titanium construction and, at 40% smaller than Oura Ring 4, is the world's smallest smart ring. Oura Ring 5 features precision-engineered, low-profile sensor domes that improve skin contact, more efficient LEDs, and 12 stronger, more accurate signal pathways. Together, these new sensor optical design details deliver more accurate metrics on key features and high fidelity signals. These advances enable even more reliable continuous monitoring, while also supporting longer battery life. Together, these enhancements reflect Oura's continued focus on improving measurement fidelity, comfort, and personalization, reinforcing Oura Ring as a research-grade, everyday health wearable.

Oura Ring is offered in a range of finishes, materials, and sizes, allowing members to select a ring that reflects their personal style while maintaining consistent functionality across configurations.



---

Table of Contents

The standard Oura Ring 5 is available in multiple metallic finishes, including Silver, Black, Brushed Silver, Stealth, Gold, and Deep Rose, with pricing starting at approximately $399 and increasing to $499 for premium finishes.




***Oura App***. Oura App, available on iOS and Android in 21 languages, is the primary interface through which members access and engage with their health data. It is designed to present insights to members clearly and intuitively, offering both high-level daily summaries and the ability to explore deeper detail over time. We designed our app to support different engagement styles, enabling members to move seamlessly between quick check-ins and more comprehensive trend analysis, with information organized into distinct sections that reflect these usage patterns. As of June 30, 2026, the Oura App maintained a 4.9 out of 5.0 rating on the Apple App Store.



---

Table of Contents

- ***Today***. The Today view functions as a dynamic home screen and is typically the first screen members see when opening the app. It provides a curated snapshot of current health status based on recent data, including overnight measurements and recent activity. This view highlights their Readiness Score, notable updates, emerging patterns, and suggested actions, allowing members to visualize daily components, often contributing to mood and energy levels, with recommended steps to improve them. For many members, this screen serves as the primary daily touchpoint with our product. Members may see reflections on recovery, stress, or recent behaviors, helping guide day-to-day decisions without requiring interpretation of raw data.

Daily Readiness Scores and navigation to key metrics such as Sleep, Activity, Stress and more



Table of Contents

- ***Vitals.*** The Vitals section organizes core health metrics into distinct cards, each focused on a major dimension of health, including Readiness, Sleep, Activity, Cycles, Stress, and Glucose (for members that have the integration). The Readiness, Sleep, and Activity cards provide a daily score based on various contributing signals which members can further explore by clicking on each respective card. The Stress and Glucose cards feature a concise summary of current status, including historical tracking and recent trends. For women, the Cycles card allows period logging, shows current cycle phase, tracks cycle length and variability, and predicts fertile windows to support conception. Members can view how a given metric compares to their own historical baseline and observe how it has changed over time. This structure allows members to focus on specific areas of interest while maintaining an understanding of how different physiological signals relate to one another.

Personalized health cards highlighting current status and trends relative to baseline






Table of Contents

- ***My Health.*** The My Health tab is designed to help members see the bigger picture of their well-being by bringing together key health signals and habits over time. It maps out ratings over time across Sleep Health, Stress Management, and Heart Health. Rating levels include “Thriving,” “Looking Good,” “Room to Improve,” and “Needs Care,” with additional context and underlying metrics available within each health area. The My Health tab also surfaces longer-term views of everyday behaviors, including average calorie burn, average daily steps, sleep regularity, and cycle regularity. For members seeking a deeper understanding, My Health includes access to additional views such as reports across defined time periods, Health Panels that facilitate access to and display results of comprehensive lab testing across a broad set of health biomarkers, and Chronotype insights that reflect individual circadian preferences.

Longitudinal view of key health areas and trends, connecting daily habits to long-term outcomes






Table of Contents

- ***Oura Advisor.*** Oura Advisor provides an AI-powered conversational interface that allows members to explore their data through natural-language interaction. Members can ask questions about recent changes, review patterns across time, and receive plain-language explanations grounded in their own historical data. Oura Advisor can reference prior trends and contextual information to help explain why a metric may have changed or what factors may be contributing. Advisor is intended to reduce the effort required to interpret complex or evolving signals by translating data into understandable context. For women's health use cases, a dedicated experience supports questions related to cycles, fertility, pregnancy, and menopause, incorporating both scientific research and individual physiological context. Advisor is designed to assist with interpretation and understanding, helping members make sense of their data rather than prescribing or delivering medical care. Oura Advisor also serves as the entry point for Oura Women's health expert and Medical AI.

AI-powered health guidance that is contextualized with individuals' own data




- ***Additional Tools and Insights.*** Our app also provides a range of features that support additional exploration and personalization. For example, users are able to upload their blood lab results to the system directly, and Oura Health Records allows users to securely connect health records in the Oura app.



Table of Contents

**Competition**

The consumer wearable and digital health markets in which we operate are competitive and rapidly evolving. We compete with a range of solutions, including general-purpose smartwatches and trackers offered by large technology companies such as Apple, Google (including Fitbit), and Samsung; fitness-oriented or activity-specific wearables, which are primarily wrist-based, such as Coros, Garmin, and Whoop; and software-based health and wellness companies that provide device-agnostic insights. Many of these competitors have substantial resources, diversified product portfolios, established supply chains and distribution channels, strong global brand recognition, and significant financial, marketing, and research and development capabilities. In many cases, however, these solutions are designed to prioritize broad functionality, notifications, or activity and fitness tracking, rather than delivering continuous, longitudinal health intelligence optimized for everyday decision-making over time. We believe competition in our market is shaped less by feature breadth and more by a product's ability to support consistent wear, generate high-quality longitudinal data, and translate complex physiological signals into trusted, actionable guidance that fits seamlessly into daily life. Many consumers use multiple devices or applications concurrently, and Oura is frequently used alongside other platforms as a complementary health companion. We expect competitive intensity to increase as consumer demand for proactive and preventative health solutions continues to grow.

The principal competitive factors in our market include:

- Ability to support continuous, longitudinal wear
- Accuracy, consistency, and grounding of insights
- Data privacy, security, and trust practices
- Comfort, form factor, visual appeal and everyday usability
- Product quality, durability, and design
- Battery life and convenience
- Breadth and relevance of health-related use cases
- Pricing and perceived value
- Ecosystem of integration, distribution, and technology partners
- Brand awareness and reputation

We believe these attributes position Oura to compete effectively in a market where long-term engagement, high-quality data, and trust drive durable value creation. Oura is exclusively focused on health, with a platform designed to be interoperable across devices and operating systems, aligning our incentives with our members' health outcomes rather than any single ecosystem.

**Intellectual Property**

Our intellectual property is a critical component of our business, and we believe that our ability to develop and protect our intellectual property is important to developing and maintaining our competitive position in the wearables market. We rely on a combination of trademark, patent, copyright, and trade secret laws and contractual restrictions to establish and protect our proprietary rights.



---

Table of Contents

As of June 30, 2026, our intellectual property portfolio includes 502 trademark registrations and applications, 53 copyright registrations and applications, and 1,140 patents and patent applications (including 299 design patents and applications). We consider the Oura®, Ōura®, Ō®, and Oura Ring trademarks, the proprietary software for our products and services, our machine learning algorithms and the datasets we use to train such algorithms, and our seminal smart ring form factor patent family (the core patent of which has been found valid by both the ITC and PTAB) to be among our most valuable intellectual property assets. We intend to pursue additional intellectual property protection to the extent we believe it would be beneficial and cost-effective.

We consider our smart ring form factor patent family to be among our most significant patent assets. This family includes U.S. utility patents issued to Ouraring Inc. that expire in November 2034, including U.S. Patent Nos. 11,868,178, 12,353,244, and 12,222,759, and corresponding pending European patent applications that extend our intellectual property coverage across key international markets. We also own U.S. design patents covering the form factor of various generations of Oura Ring, including U.S. Patent Nos. D951,786, D1,008,058, D1,043,412, and D1,063,935, which expire between May 2037 and February 2040. We do not currently rely on any material patents licensed from third parties.

We control access to our intellectual property (including our trade secrets) and other confidential information through internal and external controls. Our trade secrets include proprietary algorithms, proprietary datasets, workflow tools, and operational processes. We maintain a policy requiring our employees, contractors, consultants, and other third parties to enter into confidentiality and proprietary rights agreements to control access to and non-disclosure of our trade secrets and other confidential information.

(1) For purposes of determining any liability under the Securities Act the information omitted from the form of prospectus filed as part of this registration statement in reliance upon Rule 430A and contained in a form of prospectus filed by the registrant pursuant to Rule 424(b)(1) or (4) or 497(h) under the Securities Act shall be deemed to be part of this registration statement as of the time it was declared effective.

(2) For the purpose of determining any liability under the Securities Act each post-effective amendment that contains a form of prospectus shall be deemed to be a new registration statement relating to the securities offered therein, and the offering of such securities at that time shall be deemed to be the initial bona fide offering thereof.

(3) For the purpose of determining liability of the registrant under the Securities Act of 1933 to any purchaser in the initial distribution of the securities, the undersigned registrant undertakes that in a primary offering of securities of the undersigned registrant pursuant to this registration statement, regardless of the underwriting method used to sell the securities to the purchaser, if the securities are offered or sold to such purchaser by means of any of the following communications, the undersigned registrant will be a seller to the purchaser and will be considered to offer or sell such securities to such purchaser:

(i) Any preliminary prospectus or prospectus of the undersigned registrant relating to the offering required to be filed pursuant to Rule 424 under the Securities Act;

(ii) Any free writing prospectus relating to the offering prepared by or on behalf of the undersigned registrant or used or referred to by the undersigned registrant;

(iii) The portion of any other free writing prospectus relating to the offering containing material information about the undersigned registrant or its securities provided by or on behalf of the undersigned registrant; and

(iv) Any other communication that is an offer in the offering made by the undersigned registrant to the purchaser.



---

Table of Contents

**SIGNATURES**

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant has duly caused this registration statement to be signed on its behalf by the undersigned, thereunto duly authorized, in San Francisco, California on this 21st day of September, 2026.

**OURA INC.**

By: /s/ Thomas Hale
Thomas Hale
*Chief Executive Officer*



---

Table of Contents

Pursuant to the requirements of the Securities Act of 1933, as amended, this registration statement on Form S-1 has been signed by the following persons in the capacities set forth opposite their names and on the dates indicated.

| Signature | Title | Date |
| --- | --- | --- |
| /s/ Thomas Hale<br>Thomas Hale | Chief Executive Officer and Director<br>(*Principal Executive Officer*) | September 21, 2026 |
| /s/ Sean Brecker<br>Sean Brecker | Chief Financial Officer<br>(*Principal Financial Officer and Principal Accounting Officer*) | September 21, 2026 |
| *<br>David Shuman | Executive Chairman | September 21, 2026 |
| *<br>Timo Ahopelto | Director | September 21, 2026 |

| | | |
|---|---|---|
| * Dennis Durkin | Director | September 21, 2026 |
| * Wen Hsieh | Director | September 21, 2026 |
| * Eurie Kim | Director | September 21, 2026 |

*By: /s/ Thomas Hale
Thomas Hale
Attorney-in-Fact