JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 18, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litig*., 2:24-md-03113-JXN-LDW (D.N.J.), Joint Withdrawal of Notice of Impasse Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty T-Mobile USA, Inc., ECF 434

Dear Judge Wettre,

Indirect iPhone Purchaser Plaintiffs ("IIPs") and Non-Party T-Mobile USA, Inc. ("T-Mobile") filed on November 4, 2026, a Joint Notice of Impasse regarding the subpoena duces tecum IIPs served on T-Mobile on October 22, 2025 under Federal Rule of Civil Procedure 45. *See* ECF 434. This Court determined that IIPs and T-Mobile had reached impasse on the disputes laid out in the Joint Notice of Impasse on November 10, 2026. *See* ECF 456. Since then, IIPs and T-Mobile have reached resolution on the disputes raised in the Joint Notice of Impasse and accordingly, jointly withdraw the Joint Notice of Impasse filed on November 4, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| *s/ Stanley O. King* | /s/ Ryan Maddock |
| Stanley O. King, Esq. | Ryan Maddock, Esq. |
| JAVERBAUM WURGAFT HICKS | ASHURST PERKINS COIE |
| KAHN WIKSTROM & SININS P.C. | 700 13th St NW #800 |
| 1000 Haddonfield-Berlin Road, | Washington, DC 20005 |
| Suite 203 | Tel. 202.654.1784 |
| Voorhees, NJ 08043 | ryan.maddock@ashurstperkins.com |
| Tel: 856.596.4100 | *Counsel for Nonparty, T-Mobile, USA, Inc.* |
| sking@lawjw.com | |
| *Counsel for Indirect iPhone Plaintiffs* | |

cc: All counsel of record (via ECF)