JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 18, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litig.*, 2:24-md-03113-JXN-LDW (D.N.J.), Withdrawal of Notice of Impasse Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty Costco Wholesale Corporation, ECF 442

Dear Judge Wettre,

Indirect iPhone Purchaser Plaintiffs ("IIPs") filed on November 4, 2026, a Unilateral Notice of Impasse regarding the subpoena duces tecum IIPs served on Non-Party Costco Wholesale Corporation ("Costco") on or around January 30, 2026 under Federal Rule of Civil Procedure 45. *See* ECF 442. This Court determined that IIPs and Costco had reached impasse on the disputes laid out in the Unilateral Notice of Impasse on November 10, 2026. *See* ECF 456. IIPs are no longer in dispute with Costco regarding the issues raised in the November 4 Unilateral Notice of Impasse, and accordingly, withdraw the Unilateral Notice of Impasse filed on November 4, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Stanley O. King*

Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

cc: All counsel of record (via ECF)