JAVERBAUM WURGAFT
HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 18, 2026

**VIA ECF**

Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litig*., 2:24-md-03113-JXN-LDW (D.N.J.), Joint Withdrawal of Notice of Impasse Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty Amazon.com, Inc., ECF 432

Dear Judge Wettre,

Indirect iPhone Purchaser Plaintiffs ("IIPs") and Non-Party Amazon.com, Inc. ("Amazon") filed on November 4, 2026, a Joint Notice of Impasse regarding the subpoena duces tecum IIPs served on Amazon on December 15, 2025 under Federal Rule of Civil Procedure 45. *See* ECF 432. This Court determined that IIPs and Amazon had reached impasse on the disputes laid out in the Joint Notice of Impasse on November 10, 2026. *See* ECF 456. Since then, IIPs and Amazon have reached resolution on the disputes raised in the Joint Notice of Impasse and accordingly, jointly withdraw the Joint Notice of Impasse filed on November 4, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Stanley O. King*
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road,
Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com
*Counsel for Indirect iPhone Plaintiffs*

s/Benjamin Mundel
Benjamin Mundel*
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Tel.: (202) 736-8000
bmundel@sidley.com

*Counsel for Nonparty Amazon.com, Inc.*

*Appearing on a limited basis pursuant to the Order Centralizing Enforcement of Pretrial Subpoenas (ECF No. 371), without consenting to the Court's jurisdiction.

cc: All counsel of record (via ECF)