JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS, P.C.

**STANLEY O. KING, ESQ.**
Partner
sking@lawjw.com

**1000 HADDONFIELD-BERLIN RD.**
**SUITE 203**
**VOORHEES, NJ 08043**
**Phone: (856) 596-4100**
**Fax: (856) 702-6640**
**WWW.LAWJW.COM**

November 24, 2026

**VIA ECF**
Honorable Leda Dunn Wettre, U.S.M.J.
U.S. District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

Re: *In re Apple Inc. Smartphone Antitrust Litig*., 2:24-md-03113-JXN-LDW (D.N.J.), Joint Withdrawal of Notice of Impasse Indirect iPhone Purchaser Plaintiffs' Subpoena to Nonparty Boost SubscriberCo LLC, ECF 439

Dear Judge Wettre:

Indirect iPhone Purchaser Plaintiffs ("IIPs") and Non-Party Boost SubscriberCo LLC ("Boost") filed on November 4, 2026, a Joint Notice of Impasse regarding the subpoena duces tecum IIPs served on Boost on February 5, 2026 under Federal Rule of Civil Procedure 45. *See* ECF 439. This Court has yet to determine that IIPs and Boost are at impasse on the disputes raised in the November 4 joint notice of impasse. IIPs and Boost have reached resolution on the disputes raised in the Joint Notice of Impasse and accordingly, jointly withdraw the Joint Notice of Impasse filed on November 4, 2026.[1]

We thank the Court for its attention to this matter.

Respectfully submitted,

s/ Stanley O. King
Stanley O. King, Esq.
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS P.C.
1000 Haddonfield-Berlin Road, Suite 203
Voorhees, NJ 08043
Tel: 856.596.4100
sking@lawjw.com

*Counsel for Indirect iPhone Plaintiffs*

/s/ Christine P. Payne
Christine P. Payne
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401
561-655-1980
CPayne@gunster.com

*Counsel for Nonparty Boost SubscriberCo LLC*

cc: All counsel of record (via ECF)

---

[1] This withdrawal notice does not apply to the Joint Notice of Impasse filed by IIPs and Boost on November 16, 2026, concerning third party data hashing. *See* ECF 486. Additionally, the November 4 joint notice of impasse remains an accurate statement of the scope of data IIPs requested and Boost agreed to produce.